DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
BRANDON P. LEAHY, State Bar No. 298064
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
dkramer@wsgr.com
jslafsky@wsgr.com
bleahy@wsgr.com

Attorneys for Plaintiff
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPOSSIBLE FOODS INC. a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>IMPOSSIBLE X LLC, an Illinois limited liability company,<br><br>            Defendant. | Case No. 3:21-cv-02419<br><br>**PLAINTIFF IMPOSSIBLE FOODS INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15, Plaintiff Impossible Foods Inc. ("Impossible Foods") states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Impossible Foods further states that other than the individual identified below, there are no persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known to have a financial interest in the subject matter in controversy or any other kind of interest that could be substantially affected by the outcome of the proceeding.

- Patrick O. Brown

If the Court requests or requires private information about Impossible Foods' individual and non-public shareholders, Impossible Foods will provide such information pursuant to appropriate confidentiality provisions.

Dated:  April 2, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ John L. Slafsky
　　　DAVID H. KRAMER
　　　JOHN L. SLAFSKY
　　　BRANDON P. LEAHY

Attorneys for Plaintiff
IMPOSSIBLE FOODS INC.