United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IMPOSSIBLE FOODS INC.,

Plaintiff,

v.

IMPOSSIBLE X LLC,

Defendant.

Case No. 21-cv-02419-BLF (SVK)

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO PURSUE JURISDICTIONAL DISCOVERY**

Re: Dkt. Nos. 19, 22, 26, 29

Before this Court is Plaintiff Impossible Foods Inc.'s ("Plaintiff") motion for leave to pursue jurisdictional discovery. Dkt. 19. The Court set a briefing schedule, stating that if the Court determines that a hearing is necessary, it will be held by video on July 21, 2021 at 9:30 a.m. Dkt. 22. Additionally, the Court ordered the parties to meet and confer regarding the reasonable scope and timing of jurisdictional discovery in light of Judge Freeman's scheduled hearing on the motion to dismiss. *Id.*

"A district court is vested with broad discretion to permit or deny discovery." *Laub v. US Dep't. of Interior*, 342 F.3d 1080, 1093 (9th Cir. 2003). "[D]iscovery should ordinarily be granted where pertinent facts bearing on the question of jurisdiction are controverted or where a more satisfactory showing of the facts is necessary." *Id.* (citation omitted). "A court may grant jurisdictional discovery if the request is based on more than a hunch that it might yield jurisdictionally relevant facts . . . or more than bare allegations in the face of specific denials." *Calix Networks, Inc. v. Wi-Lan, Inc.*, No. C-09-06038-CRB (DMR), 2010 WL 3515759, at *3 (N.D. Cal. Sept. 8, 2010) (internal quotation marks and citations omitted).

The Court finds that Plaintiff has presented a colorable but limited basis for jurisdiction, and therefore, there is good cause to permit Plaintiff to conduct *limited* jurisdictional discovery as

identified below. In particular, the Court notes that in the Complaint, Plaintiff has only made allegations regarding specific jurisdiction. Dkt. 1 ¶ 7. Accordingly, Plaintiffs may propound discovery requests that are designed to elicit information regarding Defendant Impossible X LLC's ("Defendant") contacts with California—relating to specific jurisdiction, not general jurisdiction—to enable Plaintiff to oppose Defendant's pending motion to dismiss. The Court **ORDERS** Plaintiff **by July 23, 2021 at 12 noon** to submit not more than 7 proposed requests for production of documents ("RFPs") related to specific jurisdiction as alleged in the Complaint (Dkt. 1 ¶ 7) and a proposed Notice of Deposition for a three-hour remote Federal Rule of Civil Procedure 30(b)(6) deposition to Defendant for review. **By July 26, 2021 at 12 noon**, the Parties are to meet and confer in good faith either in person or by video conference regarding the scope and timing of the proposed discovery. **By July 27, 2021 at 12 noon**, the Parties will file a joint statement not to exceed 2 pages, in addition to the proposed RFPs and notice, to the Court either stipulating that the proposed discovery is mutually acceptable or briefly identifying any issues in dispute.

In addition, the Court will permit limited jurisdictional discovery related to the screenshot of Defendant's profile on the LinkedIn platform taken on June 14, 2021. Dkt. 19-1 Declaration of John Slafsky ¶¶ 6-8; Dkt. 19-6 Ex. 5. All of the remaining exhibits which Plaintiff appears to be offering as a foundation for discovery regarding general jurisdiction are from several years prior to the filing of the Complaint and are adequately addressed in Defendant's opposition. *See* Dkt. 26-1 Declaration of Joel Runyon. Accordingly, the Court will permit one additional RFP and an one-hour 30(b)6 deposition related to Defendant's purported "headquarters" in San Diego, California in 2021. The meet and confer process and deadlines set forth above shall apply to this RFP and deposition notice as well.

////

////

////

////

////

United States District Court
Northern District of California

Except as noted above, Plaintiff's request regarding its current set of 10 RFPs and for an unspecified deposition notice are **DENIED.** The Court **VACATES** the hearing set for July 21, 2021 at 9:30 a.m.

**SO ORDERED.**

Dated: July 20, 2021

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge