**EXHIBIT 3 – PLAINTIFF'S PROPOSED ORDER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMPOSSIBLE X LLC, an Illinois limited liability company,<br><br>Defendant. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>~~[PROPOSED]~~ **ORDER CONCERNING SCOPE OF JURISDICTIONAL DISCOVERY**<br><br>Re: Dkt. No. 32 |

Having considered the parties' July 27, 2021 joint statement to the Court related to jurisdictional discovery, as well as their prior submissions, the Court hereby grants Plaintiff leave to serve the Requests for Production set forth below ~~no later than ____________, 2021~~. Defendant shall produce responsive documents to Plaintiff within **14 days from the date of this Order**.

The Court also grants Plaintiff leave to serve its Notice of Deposition pursuant to Rule 30(b)(6) ~~no later than ____________, 2021~~. The witness is to be produced no later than **21 days from the date of this Order.** ~~The parties shall meet and confer about scheduling this deposition for a date no later than 10 days following Defendant's production of documents to Plaintiff~~. The topics for the deposition shall be the ones set for the below.

**<u>Requests for Production</u>**

1. This request is limited to documents from 2020-2021 regarding the company being headquartered in San Diego, CA.
2. This request is limited to 3 years from the date of this order.
3. This request is sufficient as drafted.
4. This request is sufficient as drafted.
5. This request is sufficient as drafted.
6. This request is limited to 3 years from the date of this order.
7. This request is limited to negotiated contracts without a time limitation.
8. This request is limited to 3 years from the date of this order.

**<u>Deposition Topics</u>**

1. This deposition topic is limited to "purposeful direction."
2. This topic is sufficient as drafted.
3. This topic is sufficient as drafted.
4. This topic is sufficient as drafted.
5. This topic is sufficient as drafted.
6. This topic is limited to San Diego in the 2020-2021 timeframe.

**SO ORDERED**

Dated: August 9, 2021

Susan van Keulen

HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge