Kevin K. Eng (SBN 209036)
Alan Patrick Smith (SBN 298556)
MARKUN ZUSMAN FRENIERE COMPTON LLP
465 California Street, Suite 401
San Francisco, CA 94194
Telephone: (415) 438-4515
Facsimile: (415) 434-4505
keng@mzclaw.com

David E. Weslow (admitted *pro hac vice*)
Adrienne J. Kosak (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
dweslow@wiley.law
akosak@wiley.law

Attorneys for Defendant Impossible LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br>Plaintiff,<br>v.<br>IMPOSSIBLE X LLC,<br>Defendant. | Case No. 5:21-cv-2419-TSH<br><br>DECLARATION OF DAVID E. WESLOW IN SUPPORT OF REPLY TO MOTION TO DISMISS |

I, David E. Weslow, hereby declare as follows:

1. I am a partner at the law firm Wiley Rein LLP, located in Washington, D.C., and am a member in good standing of the state bars of Maryland and DC.

2. I and my firm represent Defendant Impossible LLC ("Impossible") in this matter.

3. On August 23, 2021, my firm produced jurisdictional discovery documents on behalf of Impossible. Among those documents was IMP00000096, attached hereto as Exhibit 1, bearing a date of June 17, 2015.

4. Attached hereto as Exhibit 2 is a true and correct copy of the registration certificate for Reg. No. 5,459,255 for the mark IMPOSSIBLE, owned by Impossible Foods, Inc. and claiming a date of first use in commerce of June 27, 2016. This document was obtained from the U.S. Patent and Trademark Office's Trademark Status & Document Retrieval portal.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed this 7th day of October, 2021, in Arlington, Virginia.

David E. Weslow

# Exhibit 1

IMPOSSIBLE®





# Why I Got An Office Between A Strip Club & A Porn Shop

June 17, 2015 By **Joel Runyon** — **16 Comments**

That got your attention huh?

Recently, I moved into an office and in the brief time I've been there, it's dramatically helped with my productivity, fitness and overall quality of life.

But first, let's back up really quick.

Since I quit my job in 2011, I've worked for myself – anywhere in the world. I'd consider myself a digital nomad (although that term doesn't make sense to anyone who isn't one).

I typically worked from coffee shops or my house or apartment. Wherever I happened to be was where I worked – as long as it had good internet.

I got to work from home, whenever I wanted, wherever I wanted. Anywhere in the world.

Pretty good deal, right?

Well I started to bump into a few problems (many of them mentioned **by the Oatmeal in this comic)**.




1. I was having less & less human interaction (not a good thing).

2. I could work long amounts of time while getting very little done. With no major movement or marker throughout the day, I could have a large portion of it pass me by without much fanfare.

In other words – even though I could work anywhere at anytime – I found the reality was that I was working everywhere, all the time. To make things even worse, I found myself focusing more and more on work without getting anything done.

I also took a look at my finances and saw an enormous disparity between what I was telling myself were my priorities and what my finances showed my priorities were.

> *Pro tip: If you want to know where your priorities are – take a look at your finances. What you value is shown by where you spend your money.*

So I was done.

No more home office – or at least that wasn't going to be the "hub" of my operations.

My lease was up, so I sold a bunch of the stuff that I had picked up since last year's purge and downsized tremendously again.

I don't need to go on and on about minimalism – there are **people** **out** **there** that do that much better than me – but I've found that I enjoy spending money on tools, assets, experiences and people. Spending money on "stuff" isn't very enjoyable to me and being able to throw away or sell my stuff is actually a highlight (and incredibly freeing).

So why did I get an office?

Well, a few reasons:

1. I wanted to improve my productivity by having a dedicated "space" for work.

2. I wanted to realign my spending with my priorities.

3. I wanted to build my business without sacrificing my health.

So, I quickly went out and bought 5 shirts, 5 ties, 3 pairs of dress shoes and rented a cubicle.

Kidding – that sounds like hell.

I decided to rent an office space at **Crossfit Humanity in San Diego.**

Whether or not you're a fan of crossfit – I did this for a few reasons.

1. I can't work in an typical office space. I almost threw up writing the "gotcha" line up above
2. Co-working solutions in San Diego are not very well done, and typically you're fighting over "general area" space unless you rent a specific space. I wanted to have an office that was all mine.
3. I'm good friends with the owner and the coaches of the gym and it's good to be around people who also value their fitness.
4. I wanted to redevelop my commitment and discipline to fitness – and I knew if I committed to physically being in a place every day that let me do it – I would set myself up in a much better position to succeed.

throughout the day).

So, instead of playing around on reddit, facebook or any other common waste of time, I've put myself in a situation where I'm surrounded by the things I say my priorities are – fitness, productivity and my business.

Since I'm surrounded by just that on a daily basis – it's SO much easier to actually do it.

It also has a few other benefits:

## It gives my day movement

TABLE OF CONTENTS

It gives my day movement
I want to build a team
Working From Home Turned From A Benefit Into a Hindrance
So How Is The New Office Working Out?

On top of all the other benefits, having an office gives me a place "to go." It gives me movement throughout the day which helps me stay productive on an ongoing basis.

This is the same methodology & mentality behind "**workstation popcorn**." By moving myself throughout the day, I give myself internal cues to finish one thing and move on to the next.

Having movement helps break up my day into more manageable chunks, but also gives me "deadlines" to get stuff done on an hourly basis (I have to get that done before I leave the gym/office).

I'm not a fan of commutes, but I can be from my home to "the office" in about 7 minutes. Not bad.

## I want to build a team

▸ TABLE OF CONTENTS

Because of this, I want to have a space where I can do calls and do meetings if I have to either meet up with people or have "team calls."

I'm still pretty new at the whole team building angle, but it's something I want to focus on and grow. A space allows me to do that.

====

## Working From Home Turned From A Benefit Into a Hindrance

At first, working from home can be freeing.

But it's also really easy to get "stuck" at home. If that happens, you start to feel cooped up and it's not fun.

I've found this incredibly true for me and decided that I wanted to get out.

I had the run down of the best coffee shops in San Diego to work out of (I should make a list), but even so – coffee shops don't seem like "your" space.

Nice to be able to go to, but they get old quick.

Even if you have a home office – it's nice to be able to go somewhere else and be productive.

Even though I can work from anywhere at anytime – my tendency is to turn that into working EVERYWHERE ALL THE TIME.

I have problems – I know.

Sure, it sounds like you'd get more done if you didn't have to commute into work or leave your house during the day. Hypothetically, that sounds like it would work.

SO I CHANGED IT UP.

Here's a little of what it looks like:

**joelrunyon**
Crossfit Humanity

View Profile



View More on Instagram

**37 likes**

**joelrunyon**

Setting up shop at the new gym/office (@crossfithumanity). I'll be based here for the summer - trying out a new office location (rather than always at home and bouncing between coffee shops). Gonna be fun to have a dedicated spot for videos and writing. Lots of stuff coming down the pipeline for @impossibleheadquarters @impossibleventures

**joelrunyon**
5,030 followers

View Profile



View More on Instagram

**19 likes**

**joelrunyon**

The new office space. Still a bit dusty but so productive. Standing (squat rack) desk coming soon. #boom

Add a comment...

## So How Is The New Office Working Out?

I'm about 2 weeks in and I love it.

Oh, and I'm out of the house way more and knock out more of my work.

But it doesn't come without it's downsides. Not everything is perfect. Here are some of the downsides:

**No Internet / Bad Internet**

As it stands, the gym currently has no internet. Well, it has very BAD internet at best. There's talk to fix it – but despite their current commercials – Cox does NOT have high speed access everywhere and AT&T is…well…AT&T.
The current solution is a satellite solution, but it's slow and gets choppy when planes fly overhead (not ideal if you're familiar with San Diego's airport location).

> *> The only thing worse than no internet is slow internet.*

For an internet entrepreneur, this sounds like a disaster.

> *"No internet, huh? How are you going to get anything done there?"*

The answer is, maybe counter-intuitively, that I get more done than ever.

I used to use things like "**self control**" or "**focus**" apps to help me cut out distractions online.

This is sort of like the nuclear version of that.

Instead of spending most of my time online, I use the work space for writing, planning, phone calls and videos (coming soon). I see it as my creative "production" plant.

If there's something I absolutely have to use the internet for, I can gamble on the internet or tether my phone up and be good to go. But I've found that I can "batch tasks" pretty well.

Then, post-work, I can schedule / upload it all either at home or at a coffee shop 5 minutes away.

This cuts down on total internet time DRASTICALLY, which is simultaneously boosting productivity thanks to **Parkinson's Law**.

Even after getting an office & a car, I still was 60% of my previous monthly expenses. I have more mobility, more productivity, more freedom and more general happiness. I'm also taking care of myself better, learning new skills.

**Hot Afternoons**

After about 3:30, the office gets pretty hot. I got an AC unit to help cool it down, but after 4 or so, I typically tend to skip out.

This is a little annoying, but it's another incentive to get into the gym earlier in the day. It also gives me an incentive to LEAVE the office and switch activities at 3-4pm – something that I'm typically slow to do.

That's really it (so far). I may have more downsides pop up, but I've been enjoying it immensely as of late.

**Bonuses**:

Oh, and I forgot to mention that there's an **amazing sports massage therapist** in the gym that's literally right NEXT DOOR to my office. Sports massage has been singlehandedly THE BEST MONEY I've spent over the past year as I've recovered from injuries and gotten back to health.

I may or may not have already taken advantage of a mid-day office massage. #boom

===

It's very possible that I'm in the honeymoon phase of this, but I think this is going to be a good long term solution for my work. I do enjoy cafes, but I don't love being there or home all day. I'll try to do a follow up on this in 3-6 months and give my thoughts on it once I've had more time.

===

Massive props to **Patrick Hitches** at Foundation Fitness & **MOVE Coworking**. He BUILT this original gym / office compound concept from the ground up in Cincinnati. I haven't been

===

That's it. I got an office and hopefully productivity will skyrocket. Oh, and for those of you that are wondering: it's definitely not tying me down – I'm headed to Spain at the end of the week for the DCBCN conference to give a talk ☺

===

Oh, and if you're wondering, the gym does happen to be a block from both a strip club and a porn shop (although those aren't the main attractions). Makes for a good title though, huh?

===

image via The Oatmeal




About Joel Runyon

I **started IMPOSSIBLE** to push myself to try to live a life worth writing about by pushing my limits, living an adventure & telling a great story by **doing the impossible**. You can get free updates in your inbox via **your new favorite newsletter**, **free fitness training tutorials**, and see all my businesses at **Impossible X** and our philanthropic efforts at **Impossible.org**

# Comments

Sean says
**June 17, 2015 at 3:52 pm**

I actually work at AT&T. I'm at work and saw that you guys at the gym can actually get our uverse Internet. Not trying to really sell it I'm just curious what the issue is out there? I live in Alabama anD att put a ton of money into improving our stuff. I can send an email to someone in your area to get them to try to improve it email me

**Reply**

**Joel Runyon** says
**June 17, 2015 at 5:38 pm**

I talked to about 3 people. They all flat out said they didn't service the area ☹

**Reply**

Sean says
June 18, 2015 at 9:16 am

We offer 768kbps speed at the address of the gym. We have a lot of business incentives going now too. That speed isn't enough for Netflix streaming and it's fine for a 1-1 call on skype. You may be better off getting on a high data rate plan at a cell phone place that will allow you to use your phone as a hot spot or getting a standalone wifi hotspot. At AT&T we have standalone mifi hotspots for $50/month for 5gb LTE data.

Check out "http://lmt-d2d.att.com/lmt/eligibility"

My email is **xadus1@gmail.com**
Or my work email is **ss3911@att.com**

**Reply**

**Evan Brand of Not Just Paleo** says
**June 17, 2015 at 4:52 pm**

Hey Man,

Glad to see you're continually improving your life and business and that you aren't getting stagnant. I'm super impressed with your hustle..

Talk soon!

Wolf M. says
**June 17, 2015 at 5:11 pm**

Congratulations, Joel!

I've always found working at home too distracting. Looking forward to reading updates on how much you love your new spot.

W

**Reply**

ops30 says
**June 17, 2015 at 6:03 pm**

Joel,

You mention that you switch activities somewhere between 3-4pm. Do you arrive at your new office earlier to compensate, or has this increased focus allowed you to still start work at the same time as when you worked only from home?

**Reply**

**Joel Runyon** says
**June 17, 2015 at 6:24 pm**

I start work earlier & finish quicker. I also take more breaks & am more efficient with my time.

**Reply**

Brad says
**June 17, 2015 at 7:11 pm**

I'm interested to see how the squat rack standing desk turns out, any update on that.
Good for you on the move, sounds like it was a good choice.

**Reply**

Jason says
**June 17, 2015 at 9:01 pm**

Unsubscribed for clickbait B.S. title.

**Reply**

**Joel Runyon** says
**June 17, 2015 at 9:20 pm**

Reply

davidd says
June 17, 2015 at 9:32 pm

Ah, Barcelona! Late-night rambling down La Rambla sipping from a warm bottle of Estrella! One of my best trips ever! Have fun over there!

Reply

Phoenix says
June 17, 2015 at 11:59 pm

I know what you mean about working from home sucking all your time. Between a toddler, keeping my insomniac/chronically depressed/generally anxious partner this side of sane, and my own seasonal mood disorder (it's winter over here), productivity has gone from"so-so" to "non-existent".

The best thing I've done to remedy that is start going into class (I study Auslan two days per week) two hours early, and using that time to plan articles and video content, research, and anything else I can't get done with distractions. It's not perfect, but it's miles better than struggling away at home.

Reply

Barbara says
June 18, 2015 at 10:11 am

So cool how you're seeing the upside in all the things that could be considered negative. It's all about perspective. Turns out the perfect office for you is in a gym with no afternoon a/c and spotty internet. Wow. Who knew?

Reply

Erik says
June 18, 2015 at 7:12 pm

Great title! Really drew me in. It helped that I knew your content would be spot on when I clicked, which it was. I find that Internet outages are by far my most productive periods at work, it's funny how that works.

Reply

Kristie says
June 20, 2015 at 5:17 pm

Ha! Love this! Working for yourself, but in a space in a gym. Genius! As much as I hate my cubicle job (which I am gearing up to quit in February or March 2016), I recognize the benefit of having a space to go to each day of the week to, as you say, get movement throughout the day. I wish there was a gym on the other side of my cubicle wall, though. Moving between home, work and my CrossFit gym helps section off days and pass the time until I get to the

end date to look forward to (that's when my apartment lease is up)! I don't honestly know where I'll go (except I know it will be somewhere out west) or what I'll do yet, but that isn't going to make leaving my cubicle job IMPOSSIBLE anymore!! I've still got 8 more months to build my savings and figure out my next move. ☺
Maybe one day my office will be a gym. That's on my dream list at the moment.
Love the blog Joel! Your topics are thought-provoking, entertaining and applicable to me more than I thought they would be when I first started reading. And I appreciate your straightforward, no-sugar-coating approach. Keep up the good work!!

**Reply**

**Brandon** says
**June 22, 2015 at 8:36 am**

Hey Joel, thanks much for this article. I'm right in the middle of deciding whether to get an office just about a 2 minute drive from my house. You've helped me to get to where I'm ready to give it a go and see how it pays off.

My main distractions at home: With my wife's personality, it's hard to get her to NOT come in through the work day which totally takes me out of the flow. This used to irritate me that she can't just "imagine" that I'm like most other guys and I'm out at the job somewhere. Now I just work in the reality of what is. And if I'm at home, I will get her, friends that think because I work from home that I'm retired and bills pay themselves and other distractions.

Also, school just let out and my two boys are home. #added distractions.
And 3rd, I LOVE to cook and eat healthy. It's very easy for me to workout at noon, then fix myself an awesome lunch, and then before I know it, it's 3:00 to 4:00. And if you're at home, there's lots of little things you can do to

procrastinate. Clean the house, work on some home project etc… Productive stuff but not really productive at all.

My only other option I was entertaining was to change my work schedule. Work 4am to 7 with my most urgent tasks, and then work 8 to 12 or 1 and be done for the day…

But I'm going to opt for the change and do the office, which has a lot of benefits I see. Separating work from home, having a dedicated work space, no distractions, having a place to go, privacy for video, writing, consulting and coaching calls, and on the list goes…

Thanks again and I hope you continue to get full benefits out of your office!!

All the best,

Brandon

**Reply**

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

POST COMMENT

This site uses Akismet to reduce spam. **Learn how your comment data is processed**.




## Hi, I'm Joel Runyon




I created **IMPOSSIBLE** to help people push their limits by taking on impossible challenges and living a good story.

Follow @joelrunyon 10.7K followers

My I recently finished running 7 ultra marathons on 7 continents and raised nearly **$200k for Pencils of Promise. Read more about my story here.**

## Subscribe & Listen To The Podcast




SUBSCRIBE

Impossible Podcast with Joel Runyon
34: Joe Buckner - Founder of Beautifully Sa

00:00 / 50:07

PLAYLIST

- 34: Joe Buckner - Founder of Beautifully Savage Boxi...
- 33: John Durant – Founder at Wild Ventures, Author of..
- 32: "One Question To Ask Yourself" (2018 Annual Revi..
- 31: Krista Stryker – Founder of 12 Minute Athlete
- 30: Going Pro
- 29: Christine GZ – Professional Rally & Off-Road Driver

## How To Start A Blog Walkthrough












## The 777 Project




## THE IMPOSSIBLE FAMILY

**IMPOSSIBLE • Blog + HQ**

**IMPOSSIBLE Fitness • Tutorials & Training**

**IMPOSSIBLE Podcast • Podcast**

**IMPOSSIBLE X • Businesses**

**IMPOSSIBLE.org • Giving**

**IMPOSSIBLE Gear • Apparel + Supplements**

## "How To" Guides

**How To Start A Blog: The Definitive Guide**

**How To Start A Podcast: The Definitive Guide**

Looking For Something?

Search...

About The Impossible Shirt

IMPOSSIBLE®

Impossible X®

Impossible.org

Impossible Gear™

Impossible Fitness ®

Impossible Nutrition ®

RECENT

5 Impossible People Doing Impossible Things

Miss 1? Fine, Never Miss 2

Don't Ask, Don't Get

The Hard Thing About Hard Things Is The Hard Thing

The Obvious Thing

Inspiration

An Unexpected Ass Kicking

How Bad Do You Want It?

The Iron & The Soul

The Only 2 Real Excuses Why People Refuse To Take Cold Showers

We Built a School! (2012)

And We Built 7 More! (2017)

| Copyright © 2021 | **Built on Genesis** & **Hosted By BlueHost** | An **Impossible X** Company
IMPOSSIBLE®, the IMPOSSIBLE® logo, IMPOSSIBLE HQ®, IMPOSSIBLE X®, IMPOSSIBLE Nutrition®, and IMPOSSIBLE Fitness® are registered Trademarks of IMPOSSIBLE X LLC.
The IMPOSSIBLE List™, Push Your Limits™, and Cold Shower Therapy™ are trademarks of IMPOSSIBLE X LLC.

# Exhibit 2

# United States of America

## United States Patent and Trademark Office

# IMPOSSIBLE

**Reg. No. 5,459,255**

**Registered May 01, 2018**

**Int. Cl.: 29**

**Trademark**

**Principal Register**

IMPOSSIBLE FOODS INC. (DELAWARE CORPORATION)
525 Chesapeake Drive
Redwood City, CALIFORNIA 94063

CLASS 29: Substitutes for foods made from animals or animal products, namely, vegetable-based burger patties; meat substitutes

FIRST USE 10-29-2015; IN COMMERCE 6-27-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-102,158, FILED 10-25-2013

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.