# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br>Plaintiff(s)<br>v.<br>IMPOSSIBLE X LLC,<br>Defendant(s) | CASE No C 5:21-cv-02419-BLF<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)
  See Attachment

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: November 8, 2021 /s/ John L. Slafsky
Attorney for Plaintiff

Date: November 8, 2021 /s/ David E. Weslow
Attorney for Defendant

" IT IS SO ORDERED.
" IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:

U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

# ATTACHMENT

During the October 28 Case Management Conference, the Court offered the parties the options of holding the agreed-upon settlement conference before (1) the Magistrate Judge assigned to the case for discovery purposes, (2) another Magistrate Judge agreed upon by the parties, or (3) any other available Magistrate Judge selected by the Court. The parties have met and conferred and jointly request Option 3 – that the Court select a Magistrate Judge for this purpose. The parties are prepared to proceed once the Court selects an available Magistrate Judge.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, John L. Slafsky, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: November 8, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *__/s/ John L. Slafsky__*
JOHN L. SLAFSKY

Attorneys for Plaintiff
IMPOSSIBLE FOODS INC.