```
Kevin K. Eng (SBN 209036)
Alan Patrick Smith (SBN 298556)
MARKUN ZUSMAN & COMPTON LLP
465 California Street, Suite 500
San Francisco, CA 94194
Telephone: (415) 438-4515
Facsimile: (415) 434-4505
keng@mzclaw.com
rsmith@msclaw.com

Michael Lawrence Rodenbaugh
Rodenbaugh Law
548 Market Street
Box 55819
San Francisco, California 94104
Telephone: 415-738-8087
Email: mike@rodenbaugh.com

David E. Weslow (admitted *pro hac vice*)
Adrienne J. Kosak (admitted *pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
dweslow@wiley.law
akosak@wiley.law
```

*Attorneys for Defendant Impossible LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff, <br><br> v. <br><br> IMPOSSIBLE X LLC, <br><br> Defendant. | Case No. 5:21-cv-2419-BLF <br><br> **NOTICE OF CHANGE IN COUNSEL** |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, pursuant to Local Civil Rule 5-1(c)(2)(C), that, effective immediately, Kevin K. Eng and Alan Patrick Smith of Markun Zusman & Compton LLP are no

1  longer counsel of record for Defendant Impossible LLC.  Defendant continues to be represented

2  by the following counsel of record:

3          Michael Lawrence Rodenbaugh
        Rodenbaugh Law
4          548 Market Street
        Box 55819
5          San Francisco, California 94104
        Telephone: 415-738-8087
6          Email: mike@rodenbaugh.com

7          David E. Weslow
8          Adrienne J. Kosak
        WILEY REIN LLP
9          2050 M Street NW
        Washington, DC 20036
10         Telephone: (202) 719-7000
11         Facsimile: (202) 719-7049
        dweslow@wiley.law
12         akosak@wiley.law

13         Respectfully Submitted,

14         MARKUN ZUSMAN & COMPTON LLP

15

16 Dated: February 15, 2024          */s/ Kevin K. Eng*
17         Kevin K. Eng
        Alan Patrick Smith
18         *Withdrawing Attorneys for Defendant Impossible LLC*

19
20         Rodenbaugh Law

21 Dated: February 15, 2024          */s/ Michael Lawrence Rodenbaugh*
22         Michael Lawrence Rodenbaugh
        *Attorneys for Defendant Impossible LLC*
23

24         WILEY REIN LLP

25
26 Dated: February 15, 2024          */s/ Adrienne J. Kosak*
        David E. Weslow
27         Adrienne J. Kosak
        *Attorneys for Defendant Impossible LLC*
28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2024, the foregoing was electronically served on all counsel of record via CM/ECF.

By:    */s/ Kevin K. Eng*
            Kevin K. Eng