# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 14, 2024

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Impossible X LLC
           v. Impossible Foods Inc.
           No. 23-874
           (Your No. 21-16977)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on February 12, 2024 and placed on the docket February 14, 2024 as No. 23-874.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Angela Jimenez
           Case Analyst