United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>IMPOSSIBLE X LLC,<br><br>    Defendant. | Case No.  21-cv-02419-BLF<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT; AND VACATING HEARING**<br><br>[Re:  ECF No. 81] |

The Motion to Dismiss Defendant Impossible X LLC's Counterclaim filed by Plaintiff Impossible Foods Inc. and set for hearing on August 8, 2024 is hereby TERMINATED AS MOOT in light of the filing of the first amended counterclaim.  *See* Fed. R. Civ. P. 15(a)(1)(B).  The hearing is VACATED.

**IT IS SO ORDERED.**

Dated:  April 4, 2024

_____
BETH LABSON FREEMAN
United States District Judge