UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Impossible Foods Inc.          ,

                    Plaintiff(s),

              v.

Impossible X LLC               ,

                    Defendant(s).

Case No. 5:21-cv-02419-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, /s/ Jessica Truelove          , an active member in good standing of the bar of Georgia                              , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Impossible Foods Inc.          in the above-entitled action. My local co-counsel in this case is Gia L. Cincone              , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 141668          .

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, N.E., Ste. 2800
Atlanta, GA 30309-4528
MY ADDRESS OF RECORD

Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center, Ste. 1900
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

404-815-6500
MY TELEPHONE # OF RECORD

415-576-0200
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jtruelove@ktslaw.com
MY EMAIL ADDRESS OF RECORD

gcincone@ktslaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 383586        .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0       times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/5/24 _____          /s/ Jessica Truelove _____
                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ Jessica Truelove_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 7, 2024_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Updated 11/2021                                         2

United States District Court
Northern District of California



*Lawyers Serving the Public and the Justice System*

**Ms. Jessica W. Truelove**
**Kilpatrick Townsend & Stockton LLP**
**1100 Peachtree Street NE Suite 2800**
**Atlanta, GA  30309**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **11/17/2017** |
| **BAR NUMBER:** | **383586** |
| **TODAY'S DATE:** | **07/03/2024** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435