Michael L. Rodenbaugh (SBN 179059)
Meghan Gleeson (SBN 353156)
RODENBAUGH LAW
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087
Email:  mike@rodenbaugh.com
meghan@rodenbaugh.com
docket@rodenbaugh.com

David E. Weslow (admitted *pro hac vice*)
Adrienne J. Kosak (admitted *pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
dweslow@wiley.law
akosak@wiley.law

Attorneys for Defendant IMPOSSIBLE LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IMPOSSIBLE LLC,<br><br>　　　　Defendant. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>Judge: Hon. Beth Labson Freeman<br><br>**WESLOW DECLARATION IN SUPPORT OF DEFENDANT IMPOSSIBLE LLC'S OPPOSITION TO IMPOSSIBLE FOODS INC.'S MOTION TO AMEND** |

Weslow Declaration                    1                    Case No. 5:21-cv-02419-BLF (SVK)

I, David E. Weslow, hereby declare as follows:

1.    I am a partner at the law firm Wiley Rein LLP, located in Washington, D.C., and am a member in good standing of the state bars of Maryland and DC.

2.    I and my firm represent Defendant Impossible LLC ("Impossible") in this matter.

3.    Attached hereto as Exhibit A are a true and correct copies of the registration certificates for Reg. Nos. 5376208, 5387588, 5576376, and 5620625, owned by Impossible. These documents were obtained from the U.S. Patent and Trademark Office's Trademark Status & Document Retrieval portal.

4.    Attached hereto as Exhibit B is a true and correct copy of Impossible's Notice of Opposition, filed on November 25, 2020 in Opp. No. 91266170, against Impossible Foods Inc. and before the U.S. Patent and Trademark Office's Trademark Trial and Appeal Board. This document was obtained from the Board's TTABVUE case docket.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.  Executed this 6th day of August, 2024, in Arlington, Virginia.

_____

David E. Weslow

Weslow Declaration                                    2                    Case No. 5:21-cv-02419-BLF (SVK)