# EXHIBIT B

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 88855875**
**Filing Date: 04/01/2020**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88855875 |
| **MARK INFORMATION** | |
| ***MARK** | [IMPOSSIBLE](#) |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | IMPOSSIBLE |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Impossible Foods Inc. |
| ***MAILING ADDRESS** | 400 Saginaw Drive |
| ***CITY** | Redwood City |
| ***STATE** (Required for U.S. applicants) | California |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 94063 |
| ***EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 043 |
| ***IDENTIFICATION** | Providing information about recipes, ingredients and cooking information; providing an online computer database to consumers featuring information about recipes, ingredients and cooking information |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Grace Han Stanton |
| **ATTORNEY DOCKET NUMBER** | 132511-4001 |

| | |
|---|---|
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Perkins Coie LLP |
| **STREET** | 1201 Third Avenue, Suite 4900 |
| **CITY** | Seattle |
| **STATE** | Washington |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 98101 |
| **PHONE** | 206-359-8000 |
| **FAX** | (206) 359-9000 |
| **EMAIL ADDRESS** | pctrademarks@perkinscoie.com |
| **OTHER APPOINTED ATTORNEY** | Lindsay B. Allen, Britt L. Anderson, Craig A. Beaker, Stefan B. Blum, Jared H. Bryant, Jeremy L. Buxbaum, L. Omar Cojulun, Sabrina J. Danielson, Colleen M. Ganin, Alexander J.A. Garcia, Daniel J. Glenn, Mark S. Goodrich, Lynne E. Graybeal, Patchen M. Haggerty, John P. Halski, Thomas L. Holt, Jason S. Howell, Lisa K. Koenig, Elizabeth A. Kristoferson, Kirstin E. Larson, Winfield B. Martin, Alicia A. Matusheski, Vicki Y. Nee, Lisa T. Oratz, Scott J. Palmer, Seth H. Reagan, Andrew A. Roppel, Heidi L. Sachs, Grace Han Stanton, Danielle Suh, James L. Vana, Fabricio Vayra and Robert G. Woolston |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Grace Han Stanton |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | pctrademarks@perkinscoie.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| ***TOTAL FEES DUE** | 275 |
| ***TOTAL FEES PAID** | 275 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Dana R. Wagner/ |
| **SIGNATORY'S NAME** | Dana R. Wagner |
| **SIGNATORY'S POSITION** | Chief Legal Officer |
| **SIGNATORY'S PHONE NUMBER** | 000-000-0000 |
| **DATE SIGNED** | 04/01/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 88855875**
**Filing Date: 04/01/2020**

## To the Commissioner for Trademarks:

**MARK:** IMPOSSIBLE (Standard Characters, see mark)
The literal element of the mark consists of IMPOSSIBLE. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Impossible Foods Inc., a corporation of Delaware, having an address of
   400 Saginaw Drive
   Redwood City, California 94063
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 043:  Providing information about recipes, ingredients and cooking information; providing an online computer database to consumers featuring information about recipes, ingredients and cooking information
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


The owner's/holder's proposed attorney information: Grace Han Stanton. Other appointed attorneys are Lindsay B. Allen, Britt L. Anderson, Craig A. Beaker, Stefan B. Blum, Jared H. Bryant, Jeremy L. Buxbaum, L. Omar Cojulun, Sabrina J. Danielson, Colleen M. Ganin, Alexander J.A. Garcia, Daniel J. Glenn, Mark S. Goodrich, Lynne E. Graybeal, Patchen M. Haggerty, John P. Halski, Thomas L. Holt, Jason S. Howell, Lisa K. Koenig, Elizabeth A. Kristoferson, Kirstin E. Larson, Winfield B. Martin, Alicia A. Matusheski, Vicki Y. Nee, Lisa T. Oratz, Scott J. Palmer, Seth H. Reagan, Andrew A. Roppel, Heidi L. Sachs, Grace Han Stanton, Danielle Suh, James L. Vana, Fabricio Vayra and Robert G. Woolston. Grace Han Stanton of Perkins Coie LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
   1201 Third Avenue, Suite 4900
   Seattle, Washington 98101
   United States
   206-359-8000(phone)
   (206) 359-9000(fax)
   pctrademarks@perkinscoie.com
The docket/reference number is 132511-4001.
Grace Han Stanton submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
   Grace Han Stanton
    PRIMARY EMAIL FOR CORRESPONDENCE: pctrademarks@perkinscoie.com     SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.
- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.
- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Dana R. Wagner/   Date: 04/01/2020
Signatory's Name: Dana R. Wagner
Signatory's Position: Chief Legal Officer
Payment Sale Number: 88855875
Payment Accounting Date: 04/01/2020

Serial Number: 88855875
Internet Transmission Date: Wed Apr 01 13:12:05 ET 2020
TEAS Stamp: USPTO/BAS-XX.XX.XXX.XXX-2020040113120501
0679-88855875-710886d243a3e10fecf7afeaec
eb6fd25de65673716fc683b4e34ef9164734b618
-CC-12039354-20200325150859721199

# IMPOSSIBLE