GIA CINCONE (SBN 141668)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 273-7546
Facsimile: (415) 723-7173
gcincone@ktslaw.com

WILLIAM H. BREWSTER (*pro hac vice*)
H. FORREST FLEMMING (*pro hac vice)*
JESSICA W. TRUELOVE (*pro hac vice*)
1100 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 815-6549
Facsimile: (404) 541-3139
bbrewster@ktslaw.com
fflemming@ktslaw.com
jtruelove@ktslaw.com

Attorneys for Plaintiff
IMPOSSIBLE FOODS INC.

Michael L. Rodenbaugh (SBN 179059)
RODENBAUGH LAW
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087
Email:  mike@rodenbaugh.com
docket@rodenbaugh.com

David E. Weslow (admitted *pro hac vice*)
Adrienne J. Kosak (admitted *pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
dweslow@wiley.law
akosak@wiley.law

Attorneys for Defendant
IMPOSSIBLE LLC

JOINT NOTICE REGARDING REDACTIONS
CASE NO. 5:21-CV-02419-BLF (SVK)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., | Case No. 5:21-cv-02419-BLF (SVK) |
| Plaintiff, | |
| v. | **JOINT NOTICE REGARDING REDACTIONS** |
| IMPOSSIBLE LLC, | |
| Defendant. | |

Pursuant to the Court's September 17, 2024 Order Directing the Parties to Submit Joint Request for Any Proposed Redactions to Order (Dkt. No. 102), the parties jointly state that neither party requests redactions to the Court's Order on Plaintiff's Motion to Amend.

DATED: October 1, 2024

By: */s/ Jessica W. Truelove*
William H. Brewster (*pro hac vice*)
H. Forrest Flemming (*pro hac vice)*
Gia Cincone (SBN 141668)
Jessica W. Truelove (*pro hac vice*)

*Attorneys for Plaintiff*
IMPOSSIBLE FOODS INC.

By: */s/ Adrienne J. Kosak*
Mike L. Rodenbaugh (SBN 179059)
RODENBAUGH LAW
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087
Email: mike@rodenbaugh.com
docket@rodenbaugh.com

David E. Weslow
Adrienne J. Kosak
WILEY REIN LLP
2050 Street, N.W.
Washington, D.C. 20036
202.719.7000 (telephone)
dweslow@wiley.law (email)
akosak@wiley.law (email)

*Attorneys for Defendant and Counterclaimant*
IMPOSSIBLE LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2024, the foregoing was filed electronically using the Court's CM/ECF system, which will send notification of such filing to party counsel, all of whom are registered ECF filers.

/s/ Adrienne J. Kosak
Adrienne J. Kosak

JOINT NOTICE REGARDING REDACTIONS
CASE NO. 5:21-CV-02419-BLF (SVK)