**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

          Plaintiff,

      v.

IMPOSSIBLE LLC,

          Defendant.

Case No.  5:21-cv-02419-BLF

**ORDER UNSEALING ORDER GRANTING IN PART MOTION TO AMEND COMPLAINT AND SCHEDULING ORDER**

The parties have stated that they do not request redactions to the Court's September 17, 2024 Order Granting in Part Motion to Amend Complaint and Scheduling Order, which was filed provisionally under seal at ECF No. 101.  *See* ECF No. 106.  The Clerk shall unseal the order at ECF No. 101.

**IT IS SO ORDERED.**

Dated:  October 1, 2024

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California