GIA CINCONE (SBN 141668)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center,
Suite 1900
San Francisco, California 94111
Telephone: (415) 273-7546
Facsimile: (415) 723-7173
gcincone@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice)*
JESSICA W. TRUELOVE (*pro hac vice)*
1100 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 815-6549
Facsimile: (404) 541-3139
chenn@ktslaw.com
fflemming@ktslaw.com
jtruelove@ktslaw.com

Attorneys for Plaintiff/Counterclaim Defendant
IMPOSSIBLE FOODS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, AND JOEL RUNYON,<br><br>Defendants. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW WILLIAM H. BREWSTER AS COUNSEL FOR IMPOSSIBLE FOODS INC.**<br><br>Judge: Hon. Beth Labson Freeman |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 11-5(a), the undersigned respectfully moves the Court to withdraw William H. Brewster as counsel for Plaintiff Impossible Foods Inc.

**MOTION TO WITHDRAWAL COUNSEL**

William H. Brewster, of the law firm Kilpatrick Townsend & Stockton LLP, passed away on September 22, 2024. Pursuant to Local Civil Rule 11-5(a), undersigned counsel hereby requests the withdrawal of Mr. Brewster as counsel for Plaintiff Impossible Foods Inc.

Impossible Foods Inc. has been given advance notice of this withdrawal and continues to be represented in this case by Gia Cincone, R. Charles Henn Jr., H. Forrest Flemming, III, and Jessica W. Truelove of Kilpatrick Townsend & Stockton LLP. The withdrawal of Mr. Brewster will have no detrimental effect on Impossible Foods Inc. or its representation in this case, nor will the withdrawal cause any delay in the case.

For the forgoing reasons, the undersigned requests that the Court grant this motion and direct the Clerk of the Court to remove Mr. Brewster from the list of counsel representing Impossible Foods Inc. in this case.

DATED: October 4, 2024

Respectfully submitted,

**KILPATRICK TOWNSEND & STOCKTON**

By: */s/ Jessica W. Truelove*

R. Charles Henn Jr. (*pro hac vice*)
H. Forrest Flemming, III (*pro hac vice)*
Jessica W. Truelove (*pro hac vice)*
Gia Cincone (SBN 141668)

*Attorneys for IMPOSSIBLE FOODS INC.*