**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC., a Delaware corporation,

Plaintiff,

v.

IMPOSSIBLE LLC, a Texas limited liability company, AND JOEL RUNYON,

Defendants.

Case No. 5:21-cv-02419-BLF (SVK)

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW WILLIAM H. BREWSTER AS COUNSEL FOR IMPOSSIBLE FOODS INC.**

Judge: Hon. Beth Labson Freeman

Having considered the Motion to Withdraw William H. Brewster as Counsel for Impossible Foods Inc., and for good cause shown,

IT IS HEREBY ORDERED that the Motion is granted, and William H. Brewster is hereby withdrawn as counsel of record for Plaintiff Impossible Foods Inc.

IT IS SO ORDERED.

Dated: _______________, 2024.

_______________________________
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE