GIA CINCONE (SBN 141668)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center
Suite 1900
San Francisco, California 94111
Telephone: (415) 273-7546
Facsimile: (415) 723-7173
gcincone@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice)*
JESSICA W. TRUELOVE (*pro hac vice)*
1100 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 815-6549
Facsimile: (404) 541-3139
chenn@ktslaw.com
fflemming@ktslaw.com
jtruelove@ktslaw.com

Attorneys for Plaintiff
IMPOSSIBLE FOODS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC., a Delaware corporation,

Plaintiff/Counter-Defendant,

v.

IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,

Defendants/Counter-Plaintiffs.

Case No. 5:21-cv-02419-BLF (SVK)

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' FOURTH CLAIM FOR RELIEF**

| | |
|---|---|
| Judge: | Hon. Beth Labson Freeman |
| Date: | December 5, 2024 |
| Time: | 9:00 a.m. |

**[PROPOSED] ORDER**

Plaintiff/Counter-Defendant Impossible Foods Inc. ("Impossible Foods") has moved to strike Defendants/Counter-Plaintiffs Impossible LLC's and Joel Runyon's (collectively, "ILLC's") "Fourth Claim for Relief," purportedly asserting a claim for "Counterfeiting Under the Lanham Act," from ILLC's Answer and Counterclaims to Impossible Foods's Second Amended Complaint, on the grounds that the counterclaim was asserted in violation of Federal Rules of Civil Procedure 15 and 16, Local Rule 10-1, and the Court's September 17, 2024 Order (ECF 101).

After considering the briefs, the arguments of counsel, and the evidence of record, the Court orders that Impossible Foods's Motion to Strike is GRANTED. ILLC's Fourth Claim for Relief is hereby STRICKEN.

**IT IS SO ORDERED.**

DATED: _______________, 2024

____________________________________
Hon. Beth Labson Freeman
United States District Judge