# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff, <br><br> v. <br><br> IMPOSSIBLE LLC, <br><br> Defendant. | Case No. 5:21-cv-02419-BLF <br><br> **ORDER ADMONISHING IMPOSSIBLE FOODS INC. AND RESETTING HEARING DATE** |

Impossible Foods Inc. has submitted a motion to strike that fails to comply with this Court's requirement that parties reserve a hearing date. *See* Standing Order re Civil Cases § III.A. Thus, the hearing set in violation of the Court's standing orders currently scheduled for December 5, 2024 is RESET to January 30, 2025.

**IT IS SO ORDERED.**

Dated: October 15, 2024

_____
BETH LABSON FREEMAN
United States District Judge