# Exhibit 2

**████.gary@gmail.com** started the conversation  Jul 14, '23, 2:22pm
**From:** ████.gary@gmail.com  Anyone, Active

A new notification from IMPOSSIBLE

---------

| | |
|---|---|
| **Name** | |
| | Gary ████ |
| **Email** | |
| | ████.gary@gmail.com |
| **Type of Feedback** | |
| | General Inquiry |
| **Message** | |

Impossible Protein Staff:
I am a consumer of a salad at Rubios Mexican Restruarant ( in San Diego, CA) three to five days a weeks, in which I use your Impossible Protein as my protein addition to my salad. (I very much like the taste of your vegitarian beef product).
However, I have been told by friends that there is healh danger in your product as you use GMO sobybeans (likely processed with alcohol which removes beneficcal isoflavones). Apparently the GMO soy has been found to use significantly more herbicides then other soys (and therse herbicides could be toxic). Apparently there is alos concern about your use of "heme" in your process and weather or not it is safe for human consumption.
Can you please address these various issues for me and let me know what the Impossible Proteins company view is of these issues.
I like your product and would like to continue eating it; but of course I do not want negative healh issues.
Thank you,
Gary ████

# New customer message on September 15, 2023 at 11:07 am

# 3331 PENDING

impossible foods

| | |
|---|---|
| you assigned to yourself | Oct 1, '23, 8:41pm |
| you marked as Pending | Oct 1, '23, 8:41pm |

  **@gmail.com** started the conversation  Sep 15, '23, 11:08am
From: ███████@gmail.com  Anyone, Active

You received a new message from your online store's contact form.

**Country Code:**
US

**Name:**
Kris

**Email:**
███████@gmail.com

**Phone Number:**

**Comment:**
Please Please Please make some products out of something Other Than Soy.
Some of us are extremely allergic.

Thank you.

 ███████████@gmail.com **started the conversation**

**From:** ███████████@gmail.com

Feb 14, 1:16pm
Anyone, Active

You received a new message from your online store's contact form.

**Country Code:**
US

**Name:**
Beverly ███

**Email:**
███████████@gmail.com

**Phone Number:**
███████

**Comment:**
I bought impossible plant based meat it was thawed. When I got home I froze it is it safe 4 me 2 cook it and eat it? Please reply as soon as possible have it in the refrigerator and has 2 be used by February 17th.