GIA CINCONE (SBN 141668)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center
Suite 1900
San Francisco, California 94111
Telephone: (415) 273-7546
Facsimile: (415) 723-7173
gcincone@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice*)
JESSICA W. TRUELOVE (*pro hac vice*)
1100 Peachtree Street NE
Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6572
Facsimile: (404) 541-3240
chenn@ktslaw.com
fflemming@ktslaw.com
jtruelove@ktslaw.com

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>        Plaintiff/Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,<br><br>        Defendants/Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**[PROPOSED] ORDER GRANTING, IN PART, DEFENDANT IMPOSSIBLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Susan van Keulen |

Defendant/Counter-Plaintiff Impossible LLC ("ILLC") filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("ILLC's Motion"). Dkt. No. 118. The subject of ILLC's Motion is a portion of the parties' Joint Statement Regarding Plaintiff's Discovery Responses (Dkt. No. 118-1), which contains information designated confidential under the operative Protective Order (Dkt. No. 87) by a third-party subpoena recipient.

Pursuant to Civil Local Rule 79-5(f)(4) and 79-5(c), Plaintiff/Counter-Defendant Impossible Foods Inc. ("Impossible Foods") filed a response in support of keeping under seal the information provisionally filed under seal in connection with the parties' Joint Statement Regarding Plaintiff's Discovery Responses (Dkt. No. 118-1). Dkt No. 124. Impossible Foods also concurrently filed **Exhibit 1** with its response, which is Impossible Foods's proposed, more narrowly tailored sealing request of the Joint Statement.

After considering ILLC's Motion and Impossible Foods's response, the arguments of counsel, and the evidence of the record, the Court **GRANTS IN PART** ILLC's Motion and orders the following material to be maintained under seal:

| Document | Text to be Sealed | Reasons for Sealing |
|---|---|---|
| Joint Statement Regarding Plaintiff's Discovery Responses | p. 3, ll. 22, 26–28 | The information requested to be sealed contains Impossible Foods's confidential trademark enforcement strategies and negotiations. Public disclosure of such confidential information could significantly harm Impossible Foods's competitive standing by prejudicing Impossible Foods's ability to enforce its trademarks in the future, as competitors may alter their business and intellectual property strategies accordingly for competitive gain. |

**SO ORDERED.**

DATED: _____, 2025

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge

[PROPOSED] ORDER GRANTING, IN PART, DEFENDANT IMPOSSIBLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:21-CV-02419-BLF (SVK)

2