GIA CINCONE (SBN 141668)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center
Suite 1900
San Francisco, California 94111
Telephone: (415) 273-7546
Facsimile: (415) 723-7173
gcincone@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice*)
JESSICA W. TRUELOVE (*pro hac vice*)
1100 Peachtree Street NE
Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6572
Facsimile: (404) 541-3240
chenn@ktslaw.com
fflemming@ktslaw.com
jtruelove@ktslaw.com

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant<br><br>v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,<br><br>Defendants/Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**DECLARATION OF JESSICA W. TRUELOVE**<br><br>Judge: Hon. Beth Labson Freeman |

**DECLARATION OF JESSICA W. TRUELOVE**

I, Jessica W. Truelove, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Kilpatrick Townsend & Stockton LLP, which represents Plaintiff Impossible Foods Inc. ("Impossible Foods") in this action. I am over the age of twenty-one and competent to make this declaration based on my personal knowledge. This declaration is being submitted in support of Impossible Foods's Response in Opposition to Defendant

Impossible LLC's ("ILLC's") Motion for Leave to Amend its Counterclaims.

2. On March 12, 2024, ILLC served Impossible Foods with its First Set of Interrogatories, First Set of Requests for Production, and First Set of Requests for Admission.

3. On March 13, 2024, Impossible Foods served ILLC with Impossible Foods's First Set of Interrogatories and First Set of Requests for Production.

4. On May 13, 2024, Impossible Foods served ILLC with its responses to ILLC's First Set of Interrogatories. A true and correct copy of Impossible Foods's Objections and Responses to ILLC's First Set of Interrogatories is attached as **Exhibit 1**.

EXECUTED: January 22, 2025 By: */s/ Jessica W. Truelove*

Jessica W. Truelove
KILPATRICK TOWNSEND & STOCKTON
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
jtruelove@ktslaw.com

*Attorney for Plaintiff/Counter-Defendant*
IMPOSSIBLE FOODS INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2025, the foregoing document was filed electronically using the Court's CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Jessica W. Truelove*
Jessica W. Truelove