UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IMPOSSIBLE FOODS INC.,

Plaintiff,

v.

IMPOSSIBLE LLC AND JOEL RUNYON,

Defendant.

Case No. 5:21-cv-02419-BLF (SVK)

**MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) Impossible LLC and Joel Runyon, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

J. Noah Hagey, Adam Cashman, Greg Washington; BraunHagey & Borden LLP

Name(s) of counsel withdrawing from representation and firm name:

Michael Lawrence Rodenbaugh; Rodenbaugh Law

Date: 1/29/2025

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: January 29, 2025

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California