GIA CINCONE (SBN 141668)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center
Suite 1900
San Francisco, California 94111
Telephone: (415) 273-7546
Facsimile: (415) 723-7173
gcincone@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice*)
JESSICA W. TRUELOVE (*pro hac vice*)
1100 Peachtree Street NE
Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6572
Facsimile: (404) 541-3240
chenn@ktslaw.com
fflemming@ktslaw.com
jtruelove@ktslaw.com

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant<br><br>v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,<br><br>Defendants/Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANT IMPOSSIBLE FOODS INC.'S MOTION TO AMEND COMPLAINT AND SCHEDULING ORDER**<br><br>Judge: Hon. Beth Labson Freeman |

**[PROPOSED] ORDER**

Plaintiff/Counter-Defendant Impossible Foods Inc. ("Impossible Foods") has moved to amend its Second Amended Complaint to include claims of fraud in the procurement of incontestability status, fraud in the procurement of trademark registrations, and abandonment by Defendant/Counter-Plaintiff Impossible LLC upon the United States Patent & Trademark Office, on the grounds that there is good cause to amend the Scheduling Order under Federal Rule of Civil

Procedure 16(b)(4) and because the factors under Rule 15 weigh in favor of amendment.

After considering the briefs, the arguments of counsel, and the evidence of record, the Court **GRANTS** Impossible Foods's motion to amend.

**IT IS SO ORDERED.**

DATED: _______________, 2025

_______________________________________
Hon. Beth Labson Freeman
United States District Judge