# Exhibit D

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87116501**
**Filing Date: 07/26/2016**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87116501 |
| MARK INFORMATION | |
| *MARK | \\TICRS\EXPORT16\IMAGEOUT 16\871\165\87116501\xml1\ RFA0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | IMPOSSIBLE NUTRITION |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the word IMPOSSIBLE in strikethrough format followed by NUTRITION. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 1191 x 195 |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Impossible X LLC |
| *STREET | 1231 Champion Forest Court |
| *CITY | Wheaton |
| *STATE (Required for U.S. applicants) | Illinois |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 60187 |
| LEGAL ENTITY INFORMATION | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Illinois |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 005 |
| *IDENTIFICATION | nutritional supplements |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | providing a website featuring information relating to exercise and fitness |

| FILING BASIS | SECTION 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 01/01/2012 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/01/2012 |
| SPECIMEN FILE NAME(S) | [\\TICRS\EXPORT16\IMAGEOUT 16\871\165\87116501\xml1\ RFA0003.JPG](#) |
| SPECIMEN DESCRIPTION | a screen capture showing use of the mark to promote the services |
| **ADDITIONAL STATEMENTS SECTION** | |
| ACTIVE PRIOR REGISTRATION(S) | The applicant claims ownership of active prior U.S. Registration Number(s) 4260617 and 4624158. |
| **ATTORNEY INFORMATION** | |
| NAME | David E. Weslow |
| ATTORNEY DOCKET NUMBER | 87252.0007 |
| FIRM NAME | Wiley Rein LLP |
| STREET | 1776 K Street, NW |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20006 |
| PHONE | 2027197000 |
| EMAIL ADDRESS | dweslow@wileyrein.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | David E. Weslow |
| FIRM NAME | Wiley Rein LLP |
| STREET | 1776 K Street, NW |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20006 |
| PHONE | 2027197000 |
| *EMAIL ADDRESS | dweslow@wileyrein.com;tmdocket@wileyrein.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 550 |
| *TOTAL FEE PAID | 550 |

| SIGNATURE INFORMATION | |
|---|---|
| **SIGNATURE** | /Joel Runyon/ |
| **SIGNATORY'S NAME** | Joel L. Runyon |
| **SIGNATORY'S POSITION** | Manager |
| **DATE SIGNED** | 07/26/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

Serial Number: 87116501
Filing Date: 07/26/2016

## To the Commissioner for Trademarks:

**MARK:** IMPOSSIBLE NUTRITION (stylized and/or with design, see mark)

The literal element of the mark consists of IMPOSSIBLE NUTRITION.
The applicant is not claiming color as a feature of the mark. The mark consists of the word IMPOSSIBLE in strikethrough format followed by NUTRITION.
The applicant, Impossible X LLC, a limited liability company legally organized under the laws of Illinois, having an address of
   1231 Champion Forest Court
   Wheaton, Illinois 60187
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 005:  nutritional supplements
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

   International Class 041:  providing a website featuring information relating to exercise and fitness

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/01/2012, and first used in commerce at least as early as 01/01/2012, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) a screen capture showing use of the mark to promote the services.
Specimen File1


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4260617 and 4624158.

The applicant's current Attorney Information:
   David E. Weslow of Wiley Rein LLP      1776 K Street, NW
   Washington, District of Columbia 20006
   United States
   2027197000(phone)
   dweslow@wileyrein.com (authorized)
The attorney docket/reference number is 87252.0007.

The applicant's current Correspondence Information:
   David E. Weslow
   Wiley Rein LLP
   1776 K Street, NW
   Washington, District of Columbia 20006
   2027197000(phone)
   dweslow@wileyrein.com;tmdocket@wileyrein.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to

do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $550 has been submitted with the application, representing payment for 2 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Joel Runyon/   Date: 07/26/2016
Signatory's Name: Joel L. Runyon
Signatory's Position: Manager
RAM Sale Number: 87116501
RAM Accounting Date: 07/27/2016

Serial Number: 87116501
Internet Transmission Date: Tue Jul 26 14:32:02 EDT 2016
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.X-2016072614320255
5344-87116501-550cf30f28c154ec7ff6f99907
18ee3eb41a1627726b3ae8b4ce255d717d928b30
-DA-824-20160725173334192311

# IMPOSSIBLE NUTRITION

# IMPOSSIBLE NUTRITION

Welcome to Impossible Nutrition. We provide resources to help people eat healthily by understanding nutrition and what they're putting into their bodies. Check out our resources below.

**The Impossible Guides to Nutrition:**

- Nutrition Resources
- Definitive Guide To Vegetables
- Definitive Guide To Meat
- Definitive Guide To Fruits
- Definitive Guide To Grains
- Definitive Guide To Dairy
- Definitive Guide To Oils
- Definitive Guide To Sugar
- Definitive Guide To Junk Food
- Definitive Guide To Fish Oil
- The Impossible Guide to The Paleo Diet