# Exhibit F

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87116501 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION (current)** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/87116501/large |
| **LITERAL ELEMENT** | IMPOSSIBLE NUTRITION |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR(S) CLAIMED** (If applicable) | Color is not claimed as a feature of the mark. |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of the word "IMPOSSIBLE" in strikethrough format followed by "NUTRITION". |
| **MARK SECTION (proposed)** | |
| **MARK FILE NAME** | \\TICRS\EXPORT17\IMAGEOUT 17\871\165\87116501\xml13\SOU0002.JPG |
| **LITERAL ELEMENT** | IMPOSSIBLE NUTRITION |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | NO |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of the word "IMPOSSIBLE" in strikethrough format above "NUTRITION". |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 1096 x 377 |
| **OWNER SECTION** | |
| **NAME** | Impossible X LLC |
| **STREET** | 1231 Champion Forest Court |
| **CITY** | Wheaton |
| **STATE** | Illinois |
| **ZIP/POSTAL CODE** | 60187 |
| **COUNTRY** | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 005 |

| | |
|---|---|
| **CURRENT IDENTIFICATION** | nutritional supplements |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 08/15/2017 |
| **FIRST USE IN COMMERCE DATE** | 08/15/2017 |
| **SPECIMEN FILE NAME(S)** | |
|    **ORIGINAL PDF FILE** | SPN0-1622221524-20171116133229893780_._Impossible_Class_5.pdf |
|    **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT17\IMAGEOUT17\871\165\87116501\xml13\SOU0003.JPG |
| **SPECIMEN DESCRIPTION** | a screen capture of the mark on the goods together with a means for purchasing the goods |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Joel Runyon/ |
| **SIGNATORY'S NAME** | Joel L. Runyon |
| **SIGNATORY'S POSITION** | Manager |
| **DATE SIGNED** | 11/16/2017 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Thu Nov 16 13:58:13 EST 2017 |
| **TEAS STAMP** | USPTO/SOU-XXX.XXX.XXX.X-20171116135813385218-87116501-5107a611e0bae038e231523430aa5dabe4b428373a834356193308e74764d89ac-DA-188-20171116133229893780 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** IMPOSSIBLE NUTRITION (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/87116501/large)
**SERIAL NUMBER:** 87116501

**MARK**
**Applicant proposes to amend the mark as follows:**
**Current:** IMPOSSIBLE NUTRITION (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/87116501/large)
**Proposed:** IMPOSSIBLE NUTRITION (Stylized and/or with Design, see mark)

The applicant is not claiming color as a feature of the mark.
The mark consists of the word "IMPOSSIBLE" in strikethrough format above "NUTRITION".

The applicant, Impossible X LLC, having an address of
    1231 Champion Forest Court
    Wheaton, Illinois 60187
    United States
is submitting the following allegation of use information:

For International Class 005:
Current identification: nutritional supplements

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 08/15/2017, and first used in commerce at least as early as 08/15/2017, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) a screen capture of the mark on the goods together with a means for purchasing the goods.

**Original PDF file:**
SPN0-1622221524-20171116133229893780_._Impossible_Class_5.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

**Declaration**

☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
   **For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
   **For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
   **For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized

users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

- ☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Joel Runyon/     Date Signed: 11/16/2017
Signatory's Name: Joel L. Runyon
Signatory's Position: Manager

RAM Sale Number: 87116501
RAM Accounting Date: 11/17/2017

Serial Number: 87116501
Internet Transmission Date: Thu Nov 16 13:58:13 EST 2017
TEAS Stamp: USPTO/SOU-XXX.XXX.XXX.X-2017111613581338
5218-87116501-5107a611e0bae038e231523430
aa5dabe4b428373a834356193308e74764d89ac-
DA-188-20171116133229893780





# FEE RECORD SHEET

**Serial Number:** 87116501

**RAM Sale Number:** 87116501

**RAM Accounting Date:** 20171117

**Total Fees:** $100

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20171116 | $100 | 1 | $100 |

**Transaction Date:** 20171116

