# Exhibit I

# Amazon.com has shipped the item you sold

 **Amazon.com** <fba-ship-confirm@amazon.com>　　　　　　　　　Dec 14, 2017 (6 years 7 months ago)
to joel@impossible.co　▼　　　　　　　　　　　　　　　　　　　Archive　📌　○　↩ Reply　Actions ⌄

**amazon**

Greetings from Amazon.com

We thought you'd like to know that we completed and shipped your Amazon.com Fulfillment Order (112-0601797-4529006) to one of your customers:

ROY, WA 98580-9588 US

You can track the status of this order, and all your orders, online by visiting

[Seller Central](#)

The following items have been shipped by Amazon.com:

| Package: 1 | Shipped by: UPS<br>Tracking: 1Z9F7Y890318291606 |
|---|---|
| Qty | Order Item |
| 1 | Impossible Krill Oil | Arctic Krill |

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　IMP00004189