# Exhibit J

## Removal Order Details  Rate this page

### Removal order ID: 220916UMX

| | | |
|---|---|---|
| **Order Type:** Disposal | **Date Submitted:** September 16, 2022 at 11:03:07 AM GMT-5 | **Ordered:** 1 |
| **Order source:** Seller-initiated Manual Removal | **Status:** Completed | **Disposed:** 1 |
| | | **Cancelled:** 0 |
| | | **Pending:** 0 |

### All items for order: 220916UMX

1

| Product Details | Ordered | Disposed | Cancelled | Pending |
|---|---|---|---|---|
| IMPOSSIBLE Krill Oil \| Arctic Krill Omega 3s with EPA, DHA (30 Count)<br>**Merchant SKU:** 4L-HGSD-B799<br>**FNSKU:** B071G3QB72<br>**ASIN:** B071G3QB72<br>**Order Item ID:** 220916UMX_0<br>**Disposition:** Sellable<br>**Condition:** New<br>**EAN:** 0652012233671<br>**UPC:** 652012233671 | 1 | 1 | 0 | 0 |

Highly Confidential