# Exhibit K

**Amazon Seller Central Notifications(Do Not Reply)** <donotreply@amazon.com>   Sep 21, 2021 (2 years 10 months ago)
to joel@impossible.co



Hello from Fulfillment by Amazon,

We've processed and shipped your Fulfillment by Amazon order(s) to customers. See details below for up to 20 of the most recent orders.

To track the status of these orders, and all of your orders, visit the Manage orders page on Seller Central.

The following complete order items have been shipped by Amazon.com for:

Order number: 112-9505129-7315436

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Impossible Krill Oil | Arctic Krill Omega 3s with EPA, DHA (30 Count) by IMPOSSIBLE | Amazon Logistics Tracking: TBA000773146404 |

Confidential

IMP00004195