# Exhibit L

http://impossible.co/collections/nutrition    Go

45 captures
30 Nov 2020 - 20 Nov 2024

AUG OCT NOV
17
2020 2021 2022

◀ ▶

About this capture

# IMPOSSIBLE Nutrition ®



**Pre-order**

IMPOSSIBLE ®
## Endurance
$ 39.00

IMPOSSIBLE ®
## Sleep Gummies
Sold Out

IMPOSSIBLE ®
## Impossible Whey
$ 0.00

**Pre-order**

IMPOSSIBLE ®
## Impossible Sleep™
$ 49.00

IMPOSSIBLE ®
## Recovery
$ 49.00

IMPOSSIBLE Nutrition ® by IMPOSSIBLE ®

IMPOSSIBLE® designs nutritional supplement formulas designed to help you push your limits, and do something impossible. Whether that's something on your impossible list or something you haven't dreamed up yet - Impossible Nutrition has a formula to help you endure, focus, and recover. In tandem with our training programs at IMPOSSIBLE Fitness ®, you'll be ready for whatever adventure is up next.

Like many small businesses, due to COVID, we began to reformulate our products and are looking forward to launching our new formulas in Summer 2021. Stay tuned.

Sign up to get early access notification when we're back.

http://impossible.co/collections/nutrition

45 captures
30 Nov 2020 - 20 Nov 2024

Like many small businesses, due to COVID, we began to reformulate our products and are looking forward to launching our new formulas in Summer 2021. Stay tuned.

Sign up to get early access notification when we're back.



## GET EARLY ACCESS

Get early access notification when IMPOSSIBLE Nutrition products are back!

Your email address | **Send it my way!**

## About Joel Runyon



Joel Runyon is the founder of IMPOSSIBLE. Building off his impossible list, IMPOSSIBLE has grown into a blog, a fitness training site, a philanthropy initiative, along with Impossible.co - an e-commerce branch focused on performance apparel and supplements.

SEARCH

ABOUT US

CONTACT US

HEALTH BLOG

NEWS BLOG

ALL COLLECTIONS

IMPOSSIBLE GALLERY

TERMS OF SERVICE

REFUND POLICY

TERMS OF SERVICE

PRIVACY POLICY

SHIPPING POLICY

REFUND POLICY

### SIGN UP FOR UPDATES

Promotions, new products and sales. Directly to your inbox.

My email address | SUBSCRIBE ▸

Copyright © 2021, IMPOSSIBLE ®. Powered by Shopify

      

INTERNET ARCHIVE
WayBackMachine
https://impossible.co/products/sleep-drink    Go
3 captures
17 Oct 2021 - 28 Mar 2022
SEP OCT JAN
17
2020 2021 2022
About this capture



☰  **IMPOSSIBLE** ®  🛒

Open image in slideshow, Impossible Sleep™

IMPOSSIBLE ®

# Impossible Sleep™

$ 49.00

Shipping calculated at checkout.

Coming Soon - Pre-order Yours Today

**PRE-ORDER**

We will fulfill the item as soon as it becomes available

🔗 **SHARE**

# Impossible Sleep ™

Impossible Sleep™ is the sleep drink and recovery drink of choice for elite athletes and high performance humans. Designed to help you fall asleep quickly by turning off your racing mind and recover deeply through essential minerals and deep sleep - Impossible Sleep™ is the natural recovery drink that's going to be a staple in your nightly routine.

# How to Use

Use one scoop every night - 15-30 minutes before you go to sleep. Mix in cold water or heat some up for a warm bed-time drink to help ease you into the best sleep of your life.


Coming Soon - Pre-order Yours Today

**PRE-ORDER**

We will fulfill the item as soon as it becomes available

**SHARE**

...use one scoop every night - 15-30 minutes before you go to sleep. Mix in cold water or heat some up for a warm bed-time drink to help ease you into the best sleep of your life.

# The Ingredients

- 200mg Magnesium
- 100mg l-theanine
- Sweetened with stevia and natural flavors

# How It Works

**Magnesium**

Magnesium is an essential mineral and electrolyte that your body needs. It serves to help recovery and improve sleep. It's also been shown to improve muscle oxygenation and aerobic exercise. If you're an active athlete - recovering with magnesium allows you to replenish much of what you lose while sweating.

In short? Magnesium is awesome.

**L-Theanine**

L-theanine has a notable relaxation effect. Combined with improved sleep quality and lowering anxiety - our formula has the perfect amount to "turn off your brain" and wind down for the best sleep of your life.

# Why We Made This

I created this because I'm terrible at sleep. They say you're supposed to use your struggles to help others. So #boom - here we are.

I had two problems with sleep. One. Two, when I would wake up - I would feel beat the hell up. I push my body in extreme ways - from running across every continent on earth to doing a 30 minute retcon that leaves you on the floor to running all night on the longest day of the year. I push hard, and would wake up trashed - even if got sleep - I wouldn't wake up recovered.

*And…I tried it all…*

Coming Soon - Pre-order Yours Today

**PRE-ORDER**

We will fulfill the item as soon as it becomes available

≪ **SHARE**

push hard, and would wake up crashed - even if I got sleep - I wouldn't wake up recovered.

*And…I tried it all…*

Some sleep supplements would leave me with wild dreams, waking up in a puddle of my own sweat (gross) or sleeping *way* too long - due to the strange ingredients they included.

Some recovery supplements would work from a performance angle - but would do nothing to help me wind down at night - and I'd lay there with my mind racing for hours.

Other melatonin-heavy supplements would be hit & miss and mess with my hormone productions - something I didn't want any part of.

So we settled on a simple, straightforward formula focused on replenishing what your body needs while staying far away from supplements that have unwanted side-effects.

## What's Not Inside

**Sugar -** Spikes your blood sugar, keeps you wired and secretly in other formulas.

**Melatonin -** A hormone - not a mineral - and found in supra-physiological doses. Can interfere with your body's natural production. More on this here in: Why Melatonin is Bad For You (coming soon).

**Valerian Root -** Acts like a sedative, creates wild dreams, and about as effective as a placebo.

**5-HTP -** Helpful for stress relief, but not for sleep. Can have dangerous interactions with medications.

## Order Impossible Sleep ™

You sleep every day. For the best sleep of your life - use Impossible Sleep™ every night before bedtime. Because we use all natural ingredients - you don't have to worry about building a dependency other than waking up feeling amazing every day. We guarantee that you'll notice a difference or your money back.

you don't have to worry about building a
dependency other than waking up feeling
amazing every day. We guarantee that you'll
notice a difference or your money back.

Work hard. Sleep Harder.



Open image in slideshow, Impossible Sleep™

4.5 ★★★★★
Based on 52 Reviews

★★★★★ (43)
★★★★☆ (1)
★★★☆☆ (1)
★★☆☆☆ (3)
★☆☆☆☆ (4)

Reviews 52

Most Recent

WN  **William N.**  Verified Buyer                                    05/27/2024
🇺🇸 United States

★★★★★ **Sleep Consistently Works!!**

I added this to my nighttime routine about a year ago and have seen great results. Sleep does what it claims by helping me wind down to fall asleep and stay asleep between sleep



William N. Verified Buyer
WN  United States
05/27/2024

★★★★★ Sleep Consistently Works!!

I added this to my nighttime routine about a year ago and have seen great results. Sleep does what it claims by helping me wind down to fall asleep and stay asleep between sleep cycles. It's also great to wake up in the morning and not feel so groggy unlike other sleep aids out there. I love that it has simple ingredients baked by science!!

- Apple Cinnamon

↪ Share                                                      Was this helpful?  👍 0  👎 1

---

Valery H. Verified Buyer
VH  Canada
01/16/2024

★★★★★ Great stuff

I have tried several magnesium supplements and this one is by far the best. The taste is great and my sleeps have become very restful and deep.

- Strawberry

↪ Share                                                      Was this helpful?  👍 0  👎 0

---

Denise
D  United States
01/14/2024

★★★★☆ Eurs feel rested

I spelt a first full night in over 35 years! I've taken every prescription medication and they never gave me a solid night's sleep like this wonderful, delicious drink. Cinnamon apple flavor has a nice aroma and gives you that cozy loved all-over feeling.

↪ Share                                                      Was this helpful?  👍 0  👎 0

---

Jeff Verified by shop
United States
12/08/2023

★★★★★

I fall asleep so easy and feel rested when I wake up.

- Strawberry

↪ Share                                                      Was this helpful?  👍 0  👎 0

---

Corey N. Verified Buyer
CN  United States
09/22/2023

★★★★★ I SLEEP

Best sleep I ever had.

Its hard to decribe but its not like Zzzquil or melotonin where it feels like you are being lulled to sleep but rather you feel relaxed and calm. And I actually STAY asleep unlike other sleep aids.

- Apple Cinnamon

↪ Share                                                      Was this helpful?  👍 0  👎 0

<  1  2  3  4  5  6  7  8  9  10  >

★★★★☆ **Eurs feel rested**

I spelt a first full night in over 35 years! I've taken every prescription medication and they never gave me a solid night's sleep like this wonderful, delicious drink. Cinnamon apple flavor has a nice aroma and gives you that cozy loved all-over feeling.



↪ Share

Was this helpful?  👍 0  👎 0

---

**Jeff** Verified by shop
🇺🇸 United States

12/08/2023

★★★★★

I fall asleep so easy and feel rested when I wake up.

- Strawberry

↪ Share

Was this helpful?  👍 0  👎 0

---

**Corey N.** Verified Buyer
🇺🇸 United States

09/22/2023

★★★★★ **I SLEEP**

Best sleep I ever had.

Its hard to decribe but its not like Zzzquil or melotonin where it feels like you are being lulled to sleep but rather you feel relaxed and calm. And I actually STAY asleep unlike other sleep aids.

- Apple Cinnamon

↪ Share

Was this helpful?  👍 0  👎 0

<  **1**  2  3  4  5  6  7  8  9  10  >

---

**SEARCH**

**ABOUT US**

**CONTACT US**

**HEALTH BLOG**

**NEWS BLOG**

**ALL COLLECTIONS**

**IMPOSSIBLE GALLERY**

**TERMS OF SERVICE**

**REFUND POLICY**

**TERMS OF SERVICE**

**PRIVACY POLICY**

**SHIPPING POLICY**

**REFUND POLICY**

### SIGN UP FOR UPDATES

Promotions, new products and sales. Directly to your inbox.

My email address

SUBSCRIBE  ➤

f  🐦  📷  ▶️

Copyright © 2021, IMPOSSIBLE ®. Powered by Shopify

   

---

Document title: Impossible Sleep | Sleep Drink + Natural Sleep Aid by IMPOSSIBLE ®
Capture URL: https://web.archive.org/web/20211017103711/https://impossible.co/products/sleep-drink
Capture timestamp (UTC): Mon, 12 Aug 2024 13:40:44 GMT
Estimated post date: 10/17/2021 10:37:11 AM

Page 6 of 6

INTERNET ARCHIVE
WayBackMachine
https://impossible.co/collections/nutrition
Go
35 captures
30 Nov 2020 - 25 May 2024
OCT NOV JAN
◀ 24 ▶
2020 2021 2022
About this capture

# IMPOSSIBLE ®

Men's    Women's    Nutrition ⌄    Accessories    About



## IMPOSSIBLE Nutrition ®

IMPOSSIBLE Nutrition ® by IMPOSSIBLE ®

IMPOSSIBLE® designs nutritional supplement formulas designed to help you push your limits, and do something impossible. Whether that's something on your impossible list or something you haven't dreamed up yet - Impossible Nutrition has a formula to help you endure, focus, and recover. In tandem with our training programs at IMPOSSIBLE Fitness ®, you'll be ready for whatever adventure is up next.

Like many small businesses, due to COVID, we began to reformulate our products and are looking forward to launching our new formulas in Summer 2021. Stay tuned.

Sign up to get early access notification when we're back.



### GET EARLY ACCESS

Get early access notification when IMPOSSIBLE Nutrition products are back!

Your email address          **Send it my way!**

FILTER BY   **All products** ⌄      SORT BY   **Best selling** ⌄                    *5 products*







**Endurance**
$ 39.00

**Impossible Sleep™**
$ 49.00

**Sleep Gummies**
$ 0.00

SOLD OUT

**Recovery**
$ 49.00



**Impossible Whey**
$ 0.00

## Quick links

Search   About Us   Contact Us   Health Blog   News Blog
All Collections   IMPOSSIBLE Gallery   Terms of Service
Refund policy

## Newsletter

Email address                              SUBSCRIBE



© 2021, IMPOSSIBLE ® Powered by Shopify

---

https://impossible.co/collections/nutrition   Go

INTERNET ARCHIVE
WayBack Machine
35 captures
30 Nov 2020 - 25 May 2024

DEC  JAN  MAY
◄  07  ►
2020  2022  2023
▼ About this capture

# IMPOSSIBLE ®

Men's    Women's    Nutrition ˅    Accessories    About



## IMPOSSIBLE Nutrition ®

IMPOSSIBLE Nutrition ® by IMPOSSIBLE ®

IMPOSSIBLE® designs nutritional supplement formulas designed to help you push your limits, and do something impossible. Whether that's something on your impossible list or something you haven't dreamed up yet - Impossible Nutrition has a formula to help you endure, focus, and recover. In tandem with our training programs at IMPOSSIBLE Fitness ®, you'll be ready for whatever adventure is up next.

Like many small businesses, due to COVID, we began to reformulate our products and are looking forward to launching our new formulas in Summer 2021. Stay tuned.

Sign up to get early access notification when we're back.

### GET EARLY ACCESS

Get early access notification when IMPOSSIBLE Nutrition products are back!

Your email address          **Send it my way!**

FILTER BY   All products ˅       SORT BY   Best selling ˅                    *5 products*









**Impossible Sleep™**
$ 49.00



**Endurance**
$ 39.00



**Sleep Gummies**
$ 0.00

SOLD OUT



**Recovery**
$ 49.00



**Impossible Whey**
$ 0.00



## Quick links

Search    About Us    Contact Us    Health Blog    News Blog
All Collections    IMPOSSIBLE Gallery    Terms of Service
Refund policy

## Newsletter

| Email address | SUBSCRIBE |

© 2022, IMPOSSIBLE ® Powered by Shopify

---

Document title: IMPOSSIBLE Nutrition ® | Performance Supplements by IMPOSSIBLE ®
Capture URL: https://web.archive.org/web/20220107091857/https://impossible.co/collections/nutrition
Capture timestamp (UTC): Mon, 12 Aug 2024 13:41:31 GMT
Estimated post date: 01/07/2022 9:18:57 AM                                    Page 2 of 2



https://impossible.co/products/sleep-drink

Go

JAN **MAR** APR ◀ **28** ▶ 2021 **2022** 2023

3 captures
17 Oct 2021 - 28 Mar 2022

# IMPOSSIBLE®

Men's   Women's   Nutrition ⌄   Accessories   About





Impossible Sleep™

# Impossible Sleep™

### $ 49.00

Shipping calculated at checkout.

Pay in 4 interest-free installments for orders over $50 with **shop** Pay
Learn more

Flavor

Strawberry ⌄

**ADD TO CART**

**BUY IT NOW**

Wayback Machine

## IMPOSSIBLE SLEEP ™

Impossible Sleep™ is the sleep drink and recovery drink of choice for e
athletes and high performance humans. Designed to help you fall aslee
quickly by turning off your racing mind and recover deeply through esse
minerals and deep sleep - Impossible Sleep™ is the natural recovery dr
that's going to be a staple in your nightly routine.

## HOW TO USE

Use one scoop every night - 15-30 minutes before you go to sleep. Mix
water or heat some up for a warm bed-time drink to help ease you into t
sleep of your life.

## THE INGREDIENTS

- 350mg Magnesium
- 150mg l-theanine
- Sweetened with stevia and natural flavors

# How It Works

Magnesium



## IMPOSSIBLE®

Men's    Women's    Nutrition ⌄    Accessories    About

**Magnesium**

Magnesium is an essential mineral and electrolyte tha
serves to help recovery and improve sleep. It's also b
muscle oxygenation and aerobic exercise. If you're an
recovering with magnesium allows you to replenish m
while sweating.

In short? Magnesium is awesome.

**L-Theanine**

L-theanine has a notable relaxation effect. Combined
quality and lowering anxiety - our formula has the per
your brain" and wind down for the best sleep of your l

# Why We Made This

I created this because I'm terrible at sleep. They say
your struggles to help others. So #boom - here we are

I had two problems with sleep. One. Two, when I wou
beat the hell up. I push my body in extreme ways - fro
continent on earth to doing a 30 minute retcon that lea
running all night on the longest day of the year. I push
trashed - even if got sleep - I wouldn't wake up recove

*And…I tried it all…*

Some sleep supplements would leave me with wild dr
puddle of my own sweat (gross) or sleeping *waytoo* lo
ingredients they included.

Some recovery supplements would work from a perfo
do nothing to help me wind down at night - and I'd lay
for hours.

Other melatonin-heavy supplements would be hit & m
hormone productions - something I didn't want any pa

So we settled on a simple, straightforward formula fo
what your body needs while staying far away from su
unwanted side-effects.

# What's Not Inside

**Sugar -** Spikes your blood sugar, keeps you wired an
formulas.

**Melatonin -** A hormone - not a mineral - and found in
doses. Can interfere with your body's natural producti
Why Melatonin is Bad For You (coming soon).

**Valerian Root -** Acts like a sedative. creates wild dreams. and about as

https://impossible.co/products/sleep-drink  Go

INTERNET ARCHIVE
WayBackMachine
3 captures
17 Oct 2021 - 28 Mar 2022

JAN MAR APR
2021 2022 2023

About this capture

# IMPOSSIBLE®

Men's    Women's    Nutrition    Accessories    About

Push Your Limits. D

You are $100.00 aw

**Your ca**

Add your favori

Sh

**Valerian Root -** Acts like a sedative, creates wild dre
effective as a placebo.

**5-HTP -** Helpful for stress relief, but not for sleep. Car
interactions with medications.

## ORDER IMPOSSIBLE SLEEP ™

You sleep every day. For the best sleep of your life -
every night before bedtime. Because we use all natur
have to worry about building a dependency other than
amazing every day. We guarantee that you'll notice a
back.

Work hard. Sleep Harder.

**f SHARE**    **TWEET**    **PIN IT**

---

4.5 ★★★★½
Based on 52 Reviews

★★★★★ ▓▓▓▓▓▓ (43)
★★★★☆ ▌ (1)
★★★☆☆ ▌ (1)
★★☆☆☆ ▌ (3)
★☆☆☆☆ ▌ (4)

**Reviews** 52

---

**WN**  **William N.**  Verified Buyer
🇺🇸 United States

★★★★★ **Sleep Consistently Works!!**
I added this to my nighttime routine about a year ago and have seen great results. Sleep does what it claims by helping me wind down to fall asleep
cycles. It's also great to wake up in the morning and not feel so groggy unlike other sleep aids out there. I love that it has simple ingredients baked

Impossible Sleep™ - Apple Cinnamon

↪ Share

---

**VH**  **Valery H.**  Verified Buyer
🇨🇦 Canada

★★★★★ **Great stuff**
I have tried several magnesium supplements and this one is by far the best. The taste is great and my sleeps have become very restful and deep.

Impossible Sleep™ - Strawberry

↪ Share

INTERNET ARCHIVE

WayBack Machine

https://impossible.co/products/sleep-drink

Go

JAN MAR APR

3 captures
17 Oct 2021 - 28 Mar 2022

28
2021 2022 2023

▼ About this capture

## IMPOSSIBLE®

Men's    Women's    Nutrition ⌄    Accessories    About

Push Your Limits. Do Something Imp

You are $100.00 away from **FREE SH**

### Your cart is empty!

Add your favorite items to your

Shop Now



**D**  **Denise**
🇺🇸 United States

★★★★☆ **Eurs feel rested**

I spelt a first full night in over 35 years! I've taken every prescription medication and they never gave me a solid night's sleep like thi flavor has a nice aroma and gives you that cozy loved all-over feeling.

IMPOSSIBLE ® Impossible Sleep™ Review

Impossible Sleep™

↪ Share

---

**Jeff** Verified by **shop**
🇺🇸 United States

★★★★★

I fall asleep so easy and feel rested when I wake up.

Impossible Sleep™ - Strawberry

↪ Share

---

**CN**  **Corey N.** Verified Buyer
🇺🇸 United States

★★★★★ **I SLEEP**

Best sleep I ever had.

Its hard to decribe but its not like Zzzquil or melotonin where it feels like you are being lulled to sleep but rather you feel relaxed ar sleep aids.

Impossible Sleep™ - Apple Cinnamon

↪ Share

<    **1**  2  3  4  5  6  7  8  9  10    >

### Quick links

Search    About Us    Contact Us    Health Blog    News Blog

All Collections    IMPOSSIBLE Gallery    Terms of Service

Refund policy

### Newsletter

Email address

United States (USD $) ⌄

© 2022 IMPOSSIBLE ® Powered by Shopify

Document title: Impossible Sleep | Sleep Drink + Natural Sleep Aid by IMPOSSIBLE ®
Capture URL: https://web.archive.org/web/20220328093227/https://impossible.co/products/sleep-drink
Capture timestamp (UTC): Mon, 12 Aug 2024 14:29:03 GMT
Estimated post date: 03/28/2022 9:32:27 AM
Page 4 of 5

I spelt a first full night in over 35 years! I've taken every prescription medication and they never gave me a solid night's sleep like this wonderful, delicious drink. Cinna flavor has a nice aroma and gives you that cozy loved all-over feeling.

IMPOSSIBLE ® Impossible Sleep™ Review

**Impossible Sleep™**

↪ Share

Was this hel

**Jeff** Verified by shop
🇺🇸 United States

★★★★★

I fall asleep so easy and feel rested when I wake up.

**Impossible Sleep™ - Strawberry**

↪ Share

Was this hel

**Corey N.** Verified Buyer
🇺🇸 United States

★★★★★ **I SLEEP**

Best sleep I ever had.

Its hard to decribe but its not like Zzzquil or melotonin where it feels like you are being lulled to sleep but rather you feel relaxed and calm. And I actually STAY asleep
sleep aids.

**Impossible Sleep™ - Apple Cinnamon**

↪ Share

Was this hel

< <u>1</u>  2  3  4  5  6  7  8  9  10  >

**Quick links**

Search    About Us    Contact Us    Health Blog    News Blog
All Collections    IMPOSSIBLE Gallery    Terms of Service
Refund policy

**Newsletter**

Email address                    SUBSC

United States (USD $) ⌄

AMEX  Apple Pay  Diners  DISCOVER  G Pay  G Pay  Mastercard  DPay  VISA

© 2022, IMPOSSIBLE ® Powered



About    Apparel ⌄    Performance Drinks ⌄    Research    Contact

 

# IMPOSSIBLE Nutrition ®

IMPOSSIBLE Nutrition ® by IMPOSSIBLE ®

IMPOSSIBLE® designs nutritional supplement formulas designed to help you push your limits, and do something impossible. Whether that's something on your impossible list or something you haven't dreamed up yet - Impossible Nutrition has a formula to help you endure, focus, and recover. In tandem with our training programs at IMPOSSIBLE Fitness ®, you'll be ready for whatever adventure is up next.

Like many small businesses, due to COVID, we began to reformulate our products and are looking forward to launching our new formulas in Summer 2021. Stay tuned.



| Your email address | Send it my way! |

Filter:    Availability ⌄    Price ⌄                          Sort by:    Best selling ⌄          2 products

INTERNET ARCHIVE WayBack Machine
https://impossible.co/collections/nutrition    Go
44 captures
30 Nov 2020 - 20 Nov
FEB MAR SEP
◄ 28 ►
2022 2023 2024
About this capture



Impossible Sleep™

$ 49.00 USD



Energy

$ 39.00 USD

### Explore Impossible ®

About Us

Manage Subscription

Supplements

Apparel

Health Blog

Terms of Service

Refund policy

Shipping Policy

Privacy Policy

Contact Us

Search

### Primary Research

How to Use Magnesium for Better Sleep

How to Use L-Theanine For Better Sleep

The Side Effects of Melatonin

Are Energy Drinks Bad For You?

The Andrew Huberman Sleep Cocktail

Taurine Research Guide

Tyrosine Research Guide

Apigenin Research Guide

### Our mission

We create content to inspire people to push their limits and products to help people do the impossible.

IMPOSSIBLE LLC

Proudly Based in Austin, Texas

© 2023 IMPOSSIBLE ® Powered by Shopify

Impossible Sleep™

$ 49.00 USD



Energy

$ 39.00 USD

### Explore Impossible ®

About Us

Manage Subscription

Supplements

Apparel

Health Blog

Terms of Service

Refund policy

Shipping Policy

Privacy Policy

Contact Us

Search

### Primary Research

How to Use Magnesium for Better Sleep

How to Use L-Theanine For Better Sleep

The Side Effects of Melatonin

Are Energy Drinks Bad For You?

The Andrew Huberman Sleep Cocktail

Taurine Research Guide

Tyrosine Research Guide

Apigenin Research Guide

### Our mission

We create content to inspire people to push their limits and products to help people do the impossible.

IMPOSSIBLE LLC

Proudly Based in Austin, Texas

© 2023, IMPOSSIBLE ® Powered by Shopify

Stock up on our Black Friday Bundle & Save  →

# IMPOSSIBLE Nutrition ®

IMPOSSIBLE Nutrition ® by IMPOSSIBLE ®

IMPOSSIBLE® designs nutritional supplement formulas designed to help you push your limits, and do something impossible. Whether that's something on your impossible list or something you haven't dreamed up yet - Impossible Nutrition has a formula to help you endure, focus, and recover. In tandem with our training programs at IMPOSSIBLE Fitness ®, you'll be ready for whatever adventure is up next.

Like many small businesses, due to COVID, we began to reformulate our products and are looking forward to launching our new formulas in Summer 2021. Stay tuned.

Sign up to get early access notification when we're back.

INTERNET ARCHIVE
WayBackMachine
30 Nov 2020 - 20 Nov

https://impossible.co/collections/nutrition          Go    SEP   DEC   JAN
44 captures                                                  ◀  01  ▶
                                                       2022  2023  2024   ▼ About this capture

| Your email address | Send it my way! |

Filter:   Availability ⌄    Price ⌄                    Sort by:   Best selling          ⌄    2 products







**Sale**

Impossible Energy

~~$ 80.00 USD~~ From $ 39.00 USD

Impossible Sleep™

$ 49.00 USD

### Explore Impossible ®

About Us

Manage Subscription

Supplements

Apparel

Health Blog

Terms of Service

Refund policy

Shipping Policy

Privacy Policy

Contact Us

Search

### Primary Research

How to Use Magnesium for Better Sleep

How to Use L-Theanine For Better Sleep

The Side Effects of Melatonin

Are Energy Drinks Bad For You?

The Andrew Huberman Sleep Cocktail

Taurine Research Guide

Tyrosine Research Guide

Apigenin Research Guide

### Our mission

We create content to inspire people to push their limits and products to help people do the impossible.

IMPOSSIBLE LLC

Proudly Based in Austin, Texas

$ 49.00 USD

## Explore Impossible ®

About Us

Manage Subscription

Supplements

Apparel

Health Blog

Terms of Service

Refund policy

Shipping Policy

Privacy Policy

Contact Us

Search

## Primary Research

How to Use Magnesium for Better Sleep

How to Use L-Theanine For Better Sleep

The Side Effects of Melatonin

Are Energy Drinks Bad For You?

The Andrew Huberman Sleep Cocktail

Taurine Research Guide

Tyrosine Research Guide

Apigenin Research Guide

## Our mission

We create content to inspire people to push their limits and products to help people do the impossible.

IMPOSSIBLE LLC

Proudly Based in Austin, Texas

© 2023, IMPOSSIBLE ® Powered by Shopify

Document title: IMPOSSIBLE Nutrition ® | Performance Supplements by IMPOSSIBLE ®
Capture URL: https://web.archive.org/web/20231201092913/https://impossible.co/collections/nutrition
Capture timestamp (UTC): Fri, 03 Jan 2025 20:14:16 GMT
Estimated post date: 12/01/2023 9:29:13 AM