# Exhibit M

| From: | TMOfficialNotices@USPTO.GOV |
| --- | --- |
| Sent: | Monday, January 23, 2023 01:40 AM |
| To: | XXXX |
| Cc: | XXXX |
| Subject: | Official USPTO Courtesy Reminder: Trademark Registration Maintenance Document Must Be Filed Before Deadline for U.S. Trademark Registration No. 5387588 IMPOSSIBLE NUTRITION (Styli |

# USPTO COURTESY REMINDER

## TRADEMARK REGISTRATION MAINTENANCE DOCUMENT UNDER SECTION 8 MUST BE FILED BEFORE DEADLINE OR REGISTRATION WILL BE CANCELLED

**U.S. Application Serial No.** 87116501
**U.S. Registration No.** 5387588
**U.S. Registration Date:** January 23, 2018
**Mark:** IMPOSSIBLE NUTRITION (Stylized/Design)
**Owner:** IMPOSSIBLE LLC
**Docket/Reference No.** 87252.0007

**Issue Date:** January 23, 2023

**Required submission.** The owner of the trademark registration must file a **Declaration of Use and/or Excusable Nonuse Under Section 8** (Section 8 Declaration) between now and January 23, 2024. For an additional fee, the owner can file within the 6-month grace period that ends on July 23, 2024.

**Optional submission.** If the owner can claim the benefits of incontestability, the owner may file an optional Declaration of Incontestability under Section 15. This may be combined with the required Section 8 Declaration by filing a **Combined Declaration of Use and Incontestability Under Sections 8 and 15** (Combined Sections 8 and 15 Declaration).

**If ownership of the registration or the owner's name has changed,** the owner can use the **Electronic Trademark Assignment System (ETAS)** to record the change. More information on changes of ownership/owner name is available on the **USPTO website.**

**Click here for more information about maintaining a trademark registration.**

**Proof of Use Audit.** The USPTO is conducting an audit program to promote the accuracy and integrity of the trademark register. If a registration is selected for audit, the holder/owner will be required to submit proof of use for additional goods/services for which use is claimed in a Section 8 Declaration. Detailed information about the program is available on the **Proof of Use Audit Program webpage**.

**Determination of time of receipt by USPTO.** Correspondence transmitted through the Trademark Electronic Application System (TEAS) is considered filed on the date the USPTO receives the transmission in Eastern Time.

**If the owner fails to file a timely Section 8 Declaration the registration will be CANCELLED** and cannot be reinstated.

**This reminder notice is being sent only as a courtesy** to trademark owners who maintain a current email address with the USPTO. Failure by the USPTO to send a reminder or non-receipt of a reminder does not excuse a trademark owner from meeting the statutory obligations for maintaining a registration.

**Foreign-domiciled owners must have a U.S.-licensed attorney** represent them at the USPTO in any post-registration filing.

**Beware of misleading notices sent by private companies about registrations.** Private companies **not** associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices - most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

**Direct questions** about this notice to the Trademark Assistance Center at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.