# Exhibit N

# IMPOSSIBLE Nutrition ®

IMPOSSIBLE Nutrition ® by IMPOSSIBLE ®



IMPOSSIBLE® designs nutritional supplement formulas designed to help you push your limits, and do something impossible. Whether that's something on your impossible list or something you haven't dreamed up yet - Impossible Nutrition has a formula to help you endure, focus, and recover. In tandem with our training programs at IMPOSSIBLE Fitness ®, you'll be ready for whatever adventure is up next.



Your email address    **Send it my way!**

Filter:  Availability  Price                    Sort by: Best selling    2 products

Filter: Availability  Price                    Sort by: Best selling    2 products




Sale

Choose options    Choose options

Impossible Sleep™                Impossible Energy
★★★★☆ (51)                      ★★★★★ (3)
$ 49.00 USD                       ~~$ 80.00 USD~~ From $ 39.00 USD

## Explore Impossible ®

About Us

Manage Subscription

Supplements

Apparel

Health Blog

Terms of Service

Refund policy

Shipping Policy

Privacy Policy

Contact Us

Search

## Primary Research

How to Use Magnesium for Better Sleep

How to Use L-Theanine For Better Sleep

The Side Effects of Melatonin

Are Energy Drinks Bad For You?

The Andrew Huberman Sleep Cocktail

Taurine Research Guide

Tyrosine Research Guide

Apigenin Research Guide

## Our mission

We create content to inspire people to push their limits and products to help people do the impossible.

IMPOSSIBLE LLC

Proudly Based in Austin, Texas


0

$ 49.00 USD        $ 80.00 USD   From $ 59.00 USD

## Explore Impossible ®

About Us

Manage Subscription

Supplements

Apparel

Health Blog

Terms of Service

Refund policy

Shipping Policy

Privacy Policy

Contact Us

Search

## Primary Research

How to Use Magnesium for Better Sleep

How to Use L-Theanine For Better Sleep

The Side Effects of Melatonin

Are Energy Drinks Bad For You?

The Andrew Huberman Sleep Cocktail

Taurine Research Guide

Tyrosine Research Guide

Apigenin Research Guide

## Our mission

We create content to inspire people to push their limits and products to help people do the impossible.

IMPOSSIBLE LLC

Proudly Based in Austin, Texas





© 2024, IMPOSSIBLE ® Powered by Shopify

