# Exhibit O

PTO- 1583

Approved for use through 01/31/2025. OMB 0651-0055

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 5387588 |
| **REGISTRATION DATE** | 01/23/2018 |
| **SERIAL NUMBER** | 87116501 |
| **MARK SECTION** | |
| **MARK** | IMPOSSIBLE NUTRITION (stylized and/or with design, see mark) |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | David E. Weslow |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | WILEY REIN LLP |
| **STREET** | 1776 K STREET, NW |
| **CITY** | WASHINGTON |
| **STATE** | District of Columbia |
| **POSTAL CODE** | 20006 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 2027197000 |
| **EMAIL** | dweslow@wileyrein.com |
| **DOCKET/REFERENCE NUMBER** | 87252.0007 |
| **ATTORNEY INFORMATION (proposed)** | |
| **NAME** | David E. Weslow |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | WILEY REIN LLP |
| **STREET** | 2050 M STREET, NW |
| **CITY** | WASHINGTON |
| **STATE** | District of Columbia |
| **POSTAL CODE** | 20036 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |

| | |
|---|---|
| **PHONE** | 2027197000 |
| **EMAIL** | dweslow@wiley.law |
| **DOCKET/REFERENCE NUMBER** | 87252.0007 |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | DAVID E. WESLOW |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | dweslow@wileyrein.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | tmdocket@wileyrein.com |
| **DOCKET/REFERENCE NUMBER** | 87252.0007 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | David E. Weslow |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | dweslow@wiley.law |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | tmdocket@wiley.law; akosak@wiley.law |
| **DOCKET/REFERENCE NUMBER** | 87252.0007 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 005 |
| **GOODS OR SERVICES** | nutritional supplements |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\871\165\87116501\xml2 \8150002.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\871\165\87116501\xml2 \8150003.jpg |
| **SPECIMEN DESCRIPTION** | screenshot showing the use of the mark at the point of sale (on the same page that offers an add-to-cart option) for nutritional supplements |
| **WEBPAGE URL** | impossible.co/collections/nutrition |
| **WEBPAGE DATE OF ACCESS** | 07/11/2024 |
| **INTERNATIONAL CLASS** | 041 |
| **GOODS OR SERVICES** | providing a website featuring information relating to exercise and fitness |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\871\165\87116501\xml2 \8150004.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\871\165\87116501\xml2 \8150005.jpg |
| **SPECIMEN DESCRIPTION** | screenshots of the mark in use on websites that provide fitness information |
| **WEBPAGE URL** | impossible.co/collections/nutrition |
| **WEBPAGE DATE OF ACCESS** | 07/11/2024 |
| **WEBPAGE URL** | impossiblehq.com/nutrition |
| **WEBPAGE DATE OF ACCESS** | 07/11/2024 |
| **OWNER SECTION (current)** | |
| **NAME** | IMPOSSIBLE LLC |
| **MAILING ADDRESS** | 402 W. JOHANNA STREET |

| | |
|---|---|
| **CITY** | AUSTIN |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 78704 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |

## OWNER SECTION (proposed)

| | |
|---|---|
| **NAME** | IMPOSSIBLE LLC |
| **MAILING ADDRESS** | 402 W. JOHANNA STREET |
| **CITY** | AUSTIN |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 78704 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| **TYPE** | limited liability company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Texas |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES** | 2 |
| **NUMBER OF CLASSES PAID** | 2 |
| **COMBINED §§ 8 & 15 FILING FEE PER CLASS** | 850 |
| **GRACE PERIOD FEE FOR §8** | 200 |
| **TOTAL FEE PAID** | 1050 |

## SIGNATURE SECTION

| | |
|---|---|
| **SIGNATURE** | /Joel Runyon/ |
| **SIGNATORY'S NAME** | Joel Runyon |
| **SIGNATORY'S POSITION** | Owner |
| **DATE SIGNED** | 07/12/2024 |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **PAYMENT METHOD** | DA |

## FILING INFORMATION

| | |
|---|---|
| **SUBMIT DATE** | Fri Jul 12 14:58:43 ET 2024 |
| **TEAS STAMP** | USPTO/S08N15-XX.XXX.XX.XX-20240712145843594990-5387588-8502b573d93df85734 57c3325ba2a95257ede4af2f907 d1039579cda18c4aa589a-DA-58439124-2024071117283601 2697 |

PTO- 1583
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 5387588
**REGISTRATION DATE:** 01/23/2018

**MARK:** (Stylized and/or with Design, IMPOSSIBLE NUTRITION (see, mark))

**Current:** The owner, IMPOSSIBLE LLC, a limited liability company legally organized under the laws of Texas, having an address of
402 W. JOHANNA STREET
AUSTIN, Texas 78704
United States

**Proposed:** The owner, IMPOSSIBLE LLC, a limited liability company legally organized under the laws of Texas, having an address of
402 W. JOHANNA STREET
AUSTIN, Texas 78704
United States
XXXX
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 005, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: nutritional supplements; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshot showing the use of the mark at the point of sale (on the same page that offers an add-to-cart option) for nutritional supplements.
Specimen File1
Specimen File2

Webpage URL: impossible.co/collections/nutrition
Webpage Date of Access: 07/11/2024
For International Class 041, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: providing a website featuring information relating to exercise and fitness; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshots of the mark in use on websites that provide fitness information.
Specimen File1
Specimen File2

Webpage URL: impossible.co/collections/nutrition
Webpage Date of Access: 07/11/2024
Webpage URL: impossiblehq.com/nutrition
Webpage Date of Access: 07/11/2024

The owner's/holder's current attorney information: David E. Weslow. David E. Weslow of WILEY REIN LLP, is located at

    1776 K STREET, NW
    WASHINGTON, District of Columbia 20006
    United States
The docket/reference number is 87252.0007.

The phone number is 2027197000.

The email address is dweslow@wileyrein.com

David E. Weslow submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.


The owner's/holder's proposed attorney information: David E. Weslow. David E. Weslow of WILEY REIN LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    2050 M STREET, NW
    WASHINGTON, District of Columbia 20036
    United States
The docket/reference number is 87252.0007.

The phone number is 2027197000.

The email address is dweslow@wiley.law

David E. Weslow submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current)**
    DAVID E. WESLOW
    PRIMARY EMAIL FOR CORRESPONDENCE: dweslow@wileyrein.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmdocket@wileyrein.com
    The docket/reference number is 87252.0007.

**Correspondence Information (proposed)**
    David E. Weslow
    PRIMARY EMAIL FOR CORRESPONDENCE: dweslow@wiley.law
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmdocket@wiley.law; akosak@wiley.law
    The docket/reference number is 87252.0007.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $1050 will be submitted with the form, representing payment for 2 class(es), plus any additional grace period fee, if necessary.

**Declaration**

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Joel Runyon/    Date: 07/12/2024
Signatory's Name: Joel Runyon
Signatory's Position: Owner
Signature method: Sent to third party for signature


Mailing Address **(current):**
    WILEY REIN LLP
    1776 K STREET, NW
    WASHINGTON, District of Columbia 20006

Mailing Address **(proposed):**
    WILEY REIN LLP
    2050 M STREET, NW
    WASHINGTON, District of Columbia 20036


Serial Number: 87116501
Internet Transmission Date: Fri Jul 12 14:58:43 ET 2024
TEAS Stamp: USPTO/S08N15-XX.XXX.XX.XX-20240712145843
594990-5387588-8502b573d93df8573457c3325
ba2a95257ede4af2f907d1039579cda18c4aa589
a-DA-58439124-20240711172836012697



## IMPOSSIBLE Nutrition ®

IMPOSSIBLE Nutrition ™ by IMPOSSIBLE ®

IMPOSSIBLE® designs nutritional supplement formulas designed to help you push your limits, and do something impossible. Whether that's something on your impossible list or something you haven't dreamed up yet - Impossible Nutrition has a formula to help you endure, focus, and recover. In tandem with our training programs at IMPOSSIBLE Fitness™ you'll be ready for whatever adventure is up next.

| Your email address | **Send it my way!** |

Filter    Availability    Price    Sort by    Best selling    1 product

Impossible Sleep™
★★★★★
$49.99 USD

**Choose options**

Impossible Energy
★★★★★
From $49.99 USD

**Choose options**



# IMPOSSIBLE Nutrition ®

IMPOSSIBLE Nutrition ™ by IMPOSSIBLE ™



IMPOSSIBLE® designs nutritional supplement formulas designed to help you push your limits, and do something impossible. Whether that's something on your impossible list or something you haven't dreamed up yet - Impossible Nutrition has a formula to help you endure, focus, and recover. In tandem with our training programs at IMPOSSIBLE Fitness™ you'll be ready for whatever adventure is up next.

| Your email address | Send it my way! |
|---|---|

Filter    Availability ∨    Price ∨                                    Sort by    Best selling    ∨    1 product

IMPOSSIBLE Sleep™                    IMPOSSIBLE Energy
★★★★★ 17                             ★★★★★ 41
$ 49.00 USD                          From $ 39.00 USD

[ Choose options ]                   [ Choose options ]

# IMPOSSIBLE
## NUTRITION

Welcome to Impossible Nutrition. We provide resources to help people eat healthily by understanding nutrition and what they're putting into their bodies. Check out our resources below.

**The Impossible Guides to Nutrition:**

- Nutrition Resources
- Definitive Guide To Vegetables
- Definitive Guide To Meat
- Definitive Guide To Fruits
- Definitive Guide To Grains
- Definitive Guide To Dairy
- Definitive Guide To Oils
- Definitive Guide To Sugar
- Definitive Guide To Junk Food
- Definitive Guide To Fish Oil
- The Impossible Guide to The Paleo Diet

Other Articles about Nutrition:

[catlist name=nutritions]

### It's Time To Do Something IMPOSSIBLE

Sign up and get your *FREE Impossible List* template and start pushing your limits.

Plus, weekly motivation, resources & tools to do more badass stuff every day.

| Email Address | SIGN ME UP! |

### Hi, I'm Joel Runyon

I created **IMPOSSIBLE** to help people push their limits by taking on impossible challenges and living a good story.

Follow @joelrunyon

My I recently finished running 7 ultra marathons on 7 continents and raised nearly **$200k for Pencils of Promise. Read more about my story here.**

### Subscribe & Listen To The Podcast

| About | Speaking | Giving |

## IMPOSSIBLE

| Home | Impossible List™ |

...cast with Joel Runyon    Impo    ARTIS
'X - Ice Cross: Life on the Edge Docume

00:00 / 01:16:17

PLAYLIST

► Brian Morris & DJ Kilpatrick - h...    May 20, 2024
► Jonny Goes Hard - Inside the In...    May 13, 2024

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Monday, December 16, 2024 08:51:38 EST |
| To: | XXXX |
| Subject: | Official USPTO Notification: U.S. Trademark Registration No. 5387588 -- Docket/Reference No. 87252.0007 |

**U.S. Serial Number:** 87116501
**U.S. Registration Number:** 5387588
**U.S. Registration Date:** January 23, 2018
**Mark:** IMPOSSIBLE NUTRITION
**Owner:** IMPOSSIBLE LLC

December 16, 2024

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
005, 041

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=87116501&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=87116501&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

\*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**