# Exhibit P

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87125862**
**Filing Date: 08/03/2016**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87125862 |
| MARK INFORMATION | |
| *MARK | \\TICRS\EXPORT16\IMAGEOUT 16\871\258\87125862\xml1\ RFA0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | IMPOSSIBLE FITNESS |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the word IMPOSSIBLE in strikethrough format followed by FITNESS. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 1141 x 237 |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Impossible X LLC |
| *STREET | 1231 Champion Forest Court |
| *CITY | Wheaton |
| *STATE (Required for U.S. applicants) | Illinois |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 60187 |
| LEGAL ENTITY INFORMATION | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Illinois |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | clothing |
| FILING BASIS | SECTION 1(b) |
| ADDITIONAL STATEMENTS SECTION | |
| ACTIVE PRIOR REGISTRATION(S) | The applicant claims ownership of active prior U.S. Registration Number(s) 4260617 and 4624158. |

| ATTORNEY INFORMATION | |
|---|---|
| NAME | David E. Weslow |
| ATTORNEY DOCKET NUMBER | 87252.0009 |
| FIRM NAME | Wiley Rein LLP |
| STREET | 1776 K Street, NW |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20006 |
| PHONE | 2027197000 |
| EMAIL ADDRESS | dweslow@wileyrein.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| CORRESPONDENCE INFORMATION | |
| NAME | David E. Weslow |
| FIRM NAME | Wiley Rein LLP |
| STREET | 1776 K Street, NW |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20006 |
| PHONE | 2027197000 |
| *EMAIL ADDRESS | dweslow@wileyrein.com;tmdocket@wileyrein.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Joel Runyon/ |
| SIGNATORY'S NAME | Joel L. Runyon |
| SIGNATORY'S POSITION | Manager |
| DATE SIGNED | 08/03/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

Serial Number: 87125862
Filing Date: 08/03/2016

## To the Commissioner for Trademarks:

**MARK:** IMPOSSIBLE FITNESS (stylized and/or with design, see mark)

The literal element of the mark consists of IMPOSSIBLE FITNESS.
The applicant is not claiming color as a feature of the mark. The mark consists of the word IMPOSSIBLE in strikethrough format followed by FITNESS.
The applicant, Impossible X LLC, a limited liability company legally organized under the laws of Illinois, having an address of
   1231 Champion Forest Court
   Wheaton, Illinois 60187
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 025:  clothing
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4260617 and 4624158.

The applicant's current Attorney Information:
   David E. Weslow of Wiley Rein LLP     1776 K Street, NW
   Washington, District of Columbia 20006
   United States
   2027197000(phone)
   dweslow@wileyrein.com (authorized)
The attorney docket/reference number is 87252.0009.

The applicant's current Correspondence Information:
   David E. Weslow
   Wiley Rein LLP
   1776 K Street, NW
   Washington, District of Columbia 20006
   2027197000(phone)
   dweslow@wileyrein.com;tmdocket@wileyrein.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the

application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Joel Runyon/   Date: 08/03/2016
Signatory's Name: Joel L. Runyon
Signatory's Position: Manager
RAM Sale Number: 87125862
RAM Accounting Date: 08/04/2016

Serial Number: 87125862
Internet Transmission Date: Wed Aug 03 14:40:48 EDT 2016
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XXX-201608031440484
31398-87125862-550fdf2f76be3e4d82f082b5d
9bcac91c34cd9af528a0c29c3fa2eca68552678e
-DA-762-20160802095334504374

# IMPOSSIBLE FITNESS