# Exhibit R

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1553 (Rev 09/2005)

OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87125862 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK FILE NAME | https://tmng-al.uspto.gov/resting2/api/img/87125862/large |
| LITERAL ELEMENT | IMPOSSIBLE FITNESS |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| **OWNER SECTION** | |
| NAME | Impossible X LLC |
| STREET | 1231 Champion Forest Court |
| CITY | Wheaton |
| STATE | Illinois |
| ZIP/POSTAL CODE | 60187 |
| COUNTRY | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| CURRENT IDENTIFICATION | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear |
| GOODS OR SERVICES DELETED FROM THE APPLICATION | underwear |
| GOODS OR SERVICES IN USE IN COMMERCE | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights |
| FIRST USE ANYWHERE DATE | 01/24/2014 |
| FIRST USE IN COMMERCE DATE | 01/24/2014 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\871\258\87125862\xml19\SOU0002.JPG |
| SPECIMEN DESCRIPTION | a screen capture showing use of the mark together with a means to purchase the goods |
| REQUEST TO DIVIDE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES IN USE | 1 |

| | |
|---|---|
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |

## SIGNATURE SECTION

| | |
|---|---|
| **DECLARATION SIGNATURE** | /Joel Runyon/ |
| **SIGNATORY'S NAME** | Joel L. Runyon |
| **SIGNATORY'S POSITION** | Manager |
| **DATE SIGNED** | 08/15/2018 |
| **SIGNATORY'S PHONE NUMBER** | Joel Runyon |

## FILING INFORMATION

| | |
|---|---|
| **SUBMIT DATE** | Wed Aug 15 15:34:32 EDT 2018 |
| **TEAS STAMP** | USPTO/SOU-XXX.XXX.XXX.X-2<br>0180815153432761852-87125<br>862-61065461a45b7b9e1f9ad<br>f68a72f73f36ee324c5fa3306<br>fc1e32a4215490829256-DA-6<br>97-20180814164551077601 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** IMPOSSIBLE FITNESS (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/87125862/large)
**SERIAL NUMBER:** 87125862

The applicant, Impossible X LLC, having an address of
   1231 Champion Forest Court
   Wheaton, Illinois 60187
   United States
is submitting the following allegation of use information:

For International Class 025:
Current identification: Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear

This **allegation of use** does **NOT** cover the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods/services are **permanently deleted:** underwear

The mark is in use in commerce on or in connection with the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 01/24/2014, and first used in commerce at least as early as 01/24/2014, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) a screen capture showing use of the mark together with a means to purchase the goods.

Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

## Declaration

☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
   **For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
   **For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
   **For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the

allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Joel Runyon/     Date Signed: 08/15/2018
Signatory's Name: Joel L. Runyon
Signatory's Position: Manager
Signatory's Phone: Joel Runyon

RAM Sale Number: 87125862
RAM Accounting Date: 08/16/2018

Serial Number: 87125862
Internet Transmission Date: Wed Aug 15 15:34:32 EDT 2018
TEAS Stamp: USPTO/SOU-XXX.XXX.XXX.X-2018081515343276
1852-87125862-61065461a45b7b9e1f9adf68a7
2f73f36ee324c5fa3306fc1e32a4215490829256
-DA-697-20180814164551077601

# IMPOSSIBLE

Home    Apparel    Accessories    Gallery    Blog    Contact

Home  >  Impossible Fitness

## Impossible Fitness

Browse by [ All ▾ ]    Sort by [ Best Selling ▾ ]

# IMPOSSIBLE FITNESS



**Impossible Shirt Blue**
IMPOSSIBLE
From $ 25.00



**IMPOSSIBLE Shirt**
IMPOSSIBLE GEAR
From $ 25.00

---

**Quick Links**

Search
About Us

**Impossible Brand**

IMPOSSIBLE GEAR
IMPOSSIBLE HQ
IMPOSSIBLE X
IMPOSSIBLE.org
IMPOSSIBLE LABS

**Follow Us**

🐦 📘 📷 ▶️

**Newsletter**

Sign up for the latest news, offers and styles

[ Your email ]

Subscribe

**FEE RECORD SHEET**

**Serial Number:**  87125862

**RAM Sale Number:  87125862**

**RAM Accounting Date:  20180816**

**Total Fees:**      $100

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20180815 | $100 | 1 | $100 |

**Transaction Date:**    20180815

