# Exhibit S

https://gear.impossiblehq.com/collections/impossible-fitness

Push Your Limits. Do Something Impossible.   Log in  or  Create account   Cart   Search

# IMPOSSIBLE

Home  Apparel  Accessories  Gallery  Blog  Contact

Home  >  Impossible Fitness

## Impossible Fitness

Browse by  All     Sort by  Best Selling







**Impossible Shirt Blue**
IMPOSSIBLE
From $ 25.00

**IMPOSSIBLE Shirt**
IMPOSSIBLE GEAR
From $ 25.00

| Quick Links | Impossible Brand | Follow Us | Newsletter |
|---|---|---|---|
| Search | IMPOSSIBLE GEAR |  | Sign up for the latest news, offers and styles |
| About Us | IMPOSSIBLE HQ | | Your email |
| | IMPOSSIBLE X | | |
| | IMPOSSIBLE.org | | Subscribe |
| | IMPOSSIBLE LABS | | |