# Exhibit U

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 87687403
### Filing Date: 11/16/2017

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87687403 |
| **MARK INFORMATION** | |
| *****MARK** | IMPOSSIBLE FITNESS |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | IMPOSSIBLE FITNESS |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Impossible X LLC |
| *****STREET** | 1231 Champion Forest Court |
| *****CITY** | Wheaton |
| *****STATE** (Required for U.S. applicants) | Illinois |
| *****COUNTRY** | United States |
| *****ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 60187 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Illinois |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 025 |
| *****IDENTIFICATION** | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear |
| **FILING BASIS** | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| **DISCLAIMER** | No claim is made to the exclusive right to use FITNESS apart from the mark as shown. |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 4624158, 4260617, 5155646, and others. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | David E. Weslow |
| **ATTORNEY DOCKET NUMBER** | 87252.0009 |
| **FIRM NAME** | Wiley Rein LLP |
| **STREET** | 1776 K Street, NW |
| **CITY** | Washington |
| **STATE** | District of Columbia |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 20006 |
| **PHONE** | 202-719-7000 |
| **EMAIL ADDRESS** | dweslow@wileyrein.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | David E. Weslow |
| **FIRM NAME** | Wiley Rein LLP |
| **STREET** | 1776 K Street, NW |
| **CITY** | Washington |
| **STATE** | District of Columbia |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 20006 |
| **PHONE** | 202-719-7000 |
| *EMAIL ADDRESS | dweslow@wileyrein.com; tmdocket@wileyrein.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **SIGNATURE** | /Joel Runyon/ |
| **SIGNATORY'S NAME** | Joel L. Runyon |
| **SIGNATORY'S POSITION** | Manager |
| **SIGNATORY'S PHONE NUMBER** | 630-337-7221 |
| **DATE SIGNED** | 11/16/2017 |

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87687403**
**Filing Date: 11/16/2017**

# To the Commissioner for Trademarks:

**MARK:** IMPOSSIBLE FITNESS (Standard Characters, see mark)
The literal element of the mark consists of IMPOSSIBLE FITNESS.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Impossible X LLC, a limited liability company legally organized under the laws of Illinois, having an address of
    1231 Champion Forest Court
    Wheaton, Illinois 60187
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 025: Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

**Disclaimer**
No claim is made to the exclusive right to use FITNESS apart from the mark as shown.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4624158, 4260617, 5155646, and others.

The applicant's current Attorney Information:
    David E. Weslow of Wiley Rein LLP     1776 K Street, NW
    Washington, District of Columbia 20006
    United States
    202-719-7000(phone)
    dweslow@wileyrein.com (authorized)
The attorney docket/reference number is 87252.0009.

The applicant's current Correspondence Information:
    David E. Weslow
    Wiley Rein LLP
    1776 K Street, NW
    Washington, District of Columbia 20006
    202-719-7000(phone)
    dweslow@wileyrein.com;tmdocket@wileyrein.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Joel Runyon/  Date: 11/16/2017
Signatory's Name: Joel L. Runyon
Signatory's Position: Manager
Payment Sale Number: 87687403
Payment Accounting Date: 11/16/2017

Serial Number: 87687403
Internet Transmission Date: Thu Nov 16 12:56:19 EST 2017
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.X-2017111612561913
0217-87687403-5108d728510e62c7e6d5723d92
91d1134cd1102ac42d54a0ca3926dfd554777bc3
-DA-15442-20171116113155038820

# IMPOSSIBLE FITNESS