# Exhibit W

Push Your Limits. Do Something Impossible.    Log in  or  Create account    🛒 Cart    🔍 Search

# IMPOSSIBLE

Home    Apparel    Accessories    Gallery    Blog    Contact

Home  >  Impossible Fitness

## Impossible Fitness

Browse by  [ All ⇅ ]    Sort by  [ Best Selling ⇅ ]








**Impossible Shirt Blue**
IMPOSSIBLE
From $ 25.00

**IMPOSSIBLE Shirt**
IMPOSSIBLE GEAR
From $ 25.00

---

**Quick Links**
Search
About Us

**Impossible Brand**
IMPOSSIBLE GEAR
IMPOSSIBLE HQ
IMPOSSIBLE X
IMPOSSIBLE.org
IMPOSSIBLE LABS

**Follow Us**
🐦 📘 📷 ▶️

**Newsletter**
Sign up for the latest news, offers and styles

[ Your email ]

[ Subscribe ]