# Exhibit Y

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87755108**
**Filing Date: 01/15/2018**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87755108 |
| **MARK INFORMATION** | |
| *MARK | IMPOSSIBLE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | IMPOSSIBLE |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Impossible X LLC |
| *STREET | 1231 Champion Forest Court |
| *CITY | Wheaton |
| *STATE (Required for U.S. applicants) | Illinois |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 60187 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Illinois |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Providing a website featuring information in the field of personal fitness, endurance athletics, storytelling, adventure activities, and self-improvement |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 09/01/2011 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/01/2011 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\877\551\87755108\xml1\RFA0003.JPG |
| SPECIMEN DESCRIPTION | use of the mark to promote and provide the services |

| | |
|---|---|
| INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tips, yoga pants, tights and underwear |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 09/01/2011 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/01/2011 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\877\551\87755108\xml1\RFA0004.JPG |
| SPECIMEN DESCRIPTION | use of the mark in association with a means for purchasing the goods |
| INTERNATIONAL CLASS | 005 |
| *IDENTIFICATION | nutritional supplements |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 08/15/2017 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/15/2017 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-1622221524-20180112170022399250_._Impossible_Class_5.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\877\551\87755108\xml1\RFA0005.JPG |
| SPECIMEN DESCRIPTION | use of the mark with a means for purchasing the goods |
| INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | search engine optimization and marketing services; marketing consulting in the field of social media |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/20/2012 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/20/2012 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\877\551\87755108\xml1\RFA0006.JPG |
| SPECIMEN DESCRIPTION | use of the mark to promote and provide the services |
| ADDITIONAL STATEMENTS SECTION | |
| ACTIVE PRIOR REGISTRATION(S) | The applicant claims ownership of active prior U.S. Registration Number(s) 4260617, 4624158, 5179974, and others. |
| ATTORNEY INFORMATION | |
| NAME | David E. Weslow |
| ATTORNEY DOCKET NUMBER | 87252.0014 |
| FIRM NAME | Wiley Rein LLP |
| STREET | 1776 K Street, NW |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20006 |

| PHONE | 202-719-7000 |
|---|---|
| EMAIL ADDRESS | dweslow@wileyrein.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | David E. Weslow |
| FIRM NAME | Wiley Rein LLP |
| STREET | 1776 K Street, NW |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20006 |
| PHONE | 202-719-7000 |
| *EMAIL ADDRESS | dweslow@wileyrein.com; tmdocket@wileyrein.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 4 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 1100 |
| *TOTAL FEE PAID | 1100 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Joel Runyon/ |
| SIGNATORY'S NAME | Joel L. Runyon |
| SIGNATORY'S POSITION | Manager |
| SIGNATORY'S PHONE NUMBER | 630-337-7221 |
| DATE SIGNED | 01/12/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

Serial Number: 87755108
Filing Date: 01/15/2018

## To the Commissioner for Trademarks:

**MARK:** IMPOSSIBLE (Standard Characters, see mark)
The literal element of the mark consists of IMPOSSIBLE.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Impossible X LLC, a limited liability company legally organized under the laws of Illinois, having an address of
   1231 Champion Forest Court
   Wheaton, Illinois 60187
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 041:  Providing a website featuring information in the field of personal fitness, endurance athletics, storytelling, adventure activities, and self-improvement

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/01/2011, and first used in commerce at least as early as 09/01/2011, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) use of the mark to promote and provide the services.
Specimen File1

   International Class 025:  clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tips, yoga pants, tights and underwear

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/01/2011, and first used in commerce at least as early as 09/01/2011, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) use of the mark in association with a means for purchasing the goods.
Specimen File1

   International Class 005:  nutritional supplements

In International Class 005, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/15/2017, and first used in commerce at least as early as 08/15/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) use of the mark with a means for purchasing the goods.

**Original PDF file:**
SPE0-1622221524-20180112170022399250_._Impossible_Class_5.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

   International Class 035:  search engine optimization and marketing services; marketing consulting in the field of social media

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 02/20/2012, and first used in commerce at least as early as 02/20/2012, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) use of the mark to promote and provide the services.
Specimen File1

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4260617, 4624158, 5179974, and others.

The applicant's current Attorney Information:
    David E. Weslow of Wiley Rein LLP     1776 K Street, NW
    Washington, District of Columbia 20006
    United States
    202-719-7000(phone)
    dweslow@wileyrein.com (authorized)
The attorney docket/reference number is 87252.0014.

The applicant's current Correspondence Information:
    David E. Weslow
    Wiley Rein LLP
    1776 K Street, NW
    Washington, District of Columbia 20006
    202-719-7000(phone)
    dweslow@wileyrein.com;tmdocket@wileyrein.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $1100 has been submitted with the application, representing payment for 4 class(es).

**Declaration**

- ☐ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- ☐ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- ☐ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☐ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Joel Runyon/   Date: 01/12/2018
Signatory's Name: Joel L. Runyon

Signatory's Position: Manager
Payment Sale Number: 87755108
Payment Accounting Date: 01/16/2018

Serial Number: 87755108
Internet Transmission Date: Mon Jan 15 11:09:04 EST 2018
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.X-2018011511090472
3997-87755108-5101c95fa12dae3c47f8ab73f6
35ef2d73d6593d208d33a2ffe189b9d971d8c5-D
A-12906-20180112170022399250

# IMPOSSIBLE







