# Exhibit Z




Mindset | Fitness | Nutrition

# IMPOSSIBLE

Home | Impossible List™ | Blog | Gear | Podcast | 777

**Push Your Limits. Do Something Impossible.**   Enter your email address here...   SIGN UP

AS FEATURED ON:
VICE · RUNNERS · 99U · GQ · TIME · Virgin · competitor.com

### Mindset
Build a stronger mindset and become resilient in the face of challenges..

### Fitness
Grow stronger, get faster, train harder and ready your body for adventure.

### Adventure
Take your mindset and your fitness into the real world and live a story worth telling.

YOU ONLY GET ONE LIFE.
## Do Something Impossible.

If you're bored of doing what you're "supposed" to do. If you're tired of backing down from challenges that seem *IMPOSSIBLE*. And you're ready to do something about it - welcome home. This is not a place to be comfortable, this is not a place to maintain the status quo. If you're here, your challenge is to do something impossible.

## Change Your Life, Do Something IMPOSSIBLE
Build mental toughness, take on physical challenges and live an story worth telling.

First Name | E-Mail Address | SUBSCRIBE

IMPOSSIBLE™ | RECENT | INSPIRATION | WE BUILT A SCHOOL! (2012)



Push Your Limits. Do Something Impossible.   Log in  or  Create account    Cart   Search

# IMPOSSIBLE

Home    Apparel    Accessories    Gallery    Blog    Contact

Home  >  Impossible Women's Tank - Grey

IMPOSSIBLE
## Impossible Women's Tank - Grey

$ 25.00

Style
Women's

Color
Heather Grey

Size
Small

Quantity
1

**Add to Cart**

Share this Product

Share  Tweet  Pin it  Fancy  +1




