# Exhibit AA

PTO- 1563
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 5620625 |
| **REGISTRATION DATE** | 12/04/2018 |
| **SERIAL NUMBER** | 87755108 |
| **MARK SECTION** | |
| **MARK** | IMPOSSIBLE (see, [mark](#)) |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | David E. Weslow |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | WILEY REIN LLP |
| **STREET** | 1776 K STREET, NW |
| **CITY** | WASHINGTON |
| **STATE** | District of Columbia |
| **POSTAL CODE** | 20006 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 202-719-7000 |
| **EMAIL** | dweslow@wileyrein.com |
| **DOCKET/REFERENCE NUMBER** | 87252.0014 |
| **ATTORNEY INFORMATION (proposed)** | |
| **NAME** | David E. Weslow |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | WILEY REIN LLP |
| **STREET** | 2050 M STREET, NW |
| **CITY** | WASHINGTON |
| **STATE** | District of Columbia |
| **POSTAL CODE** | 20036 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |

| | |
|---|---|
| **PHONE** | 202-719-7000 |
| **EMAIL** | dweslow@wiley.law |
| **DOCKET/REFERENCE NUMBER** | 87252.0014 |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | DAVID E. WESLOW |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | dweslow@wileyrein.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | tmdocket@wileyrein.com |
| **DOCKET/REFERENCE NUMBER** | 87252.0014 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | David E. Weslow |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | dweslow@wiley.law |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | tmdocket@wiley.law; akosak@wiley.law |
| **DOCKET/REFERENCE NUMBER** | 87252.0014 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 005 |
| **GOODS OR SERVICES** | Nutritional supplements |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-991648775-2024011716 3851916724_._Class_005.pdf |
| **CONVERTED PDF FILE(S)** <br> **(1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\877\551\87755108\xml2\S080002.jpg |
| **SPECIMEN DESCRIPTION** | screenshot of the mark in use with the sale of nutritional supplements |
| **WEBPAGE URL** | impossible.co/products/sleep |
| **WEBPAGE DATE OF ACCESS** | 01/17/2024 |
| **INTERNATIONAL CLASS** | 025 |
| **GOODS OR SERVICES** | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights and underwear |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN1-991648775-2024011716 3851916724_._Class_025.pdf |
| **CONVERTED PDF FILE(S)** <br> **(1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\877\551\87755108\xml2\S080003.jpg |
| **SPECIMEN DESCRIPTION** | screenshot of the mark in use with the sale of clothing |
| **WEBPAGE URL** | impossible.co/products/impossible-shirt-mens |
| **WEBPAGE DATE OF ACCESS** | 01/17/2024 |
| **INTERNATIONAL CLASS** | 035 |
| **GOODS OR SERVICES** | Search engine optimization for promotion and marketing services; marketing consulting in the field of social media |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN2-991648775-2024011716 3851916724_._IC_035.pdf |

| | |
|---|---|
| **CONVERTED PDF FILE(S)**<br>(1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\877\551\87755108\xml2\S080004.jpg |
| **SPECIMEN DESCRIPTION** | screenshot of the mark in use with the promotion of search engine optimization services |
| **WEBPAGE URL** | impossiblex.com |
| **WEBPAGE DATE OF ACCESS** | 01/17/2024 |
| **INTERNATIONAL CLASS** | 041 |
| **GOODS OR SERVICES** | Providing a website featuring information in the field of personal fitness, endurance athletics, storytelling, and adventure activities, namely, bungee jumping, skydiving, trekking, mountaineering, surfing, and kite surfing |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN3-991648775-2024011716 3851916724_._IC_041.pdf |
| **CONVERTED PDF FILE(S)**<br>(1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\877\551\87755108\xml2\S080005.jpg |
| **SPECIMEN DESCRIPTION** | screenshot of the mark in use with the offering of a website featuring information in the field of personal fitness |
| **WEBPAGE URL** | impossible.co/blogs/health |
| **WEBPAGE DATE OF ACCESS** | 01/17/2024 |
| **OWNER SECTION (current)** | |
| **NAME** | IMPOSSIBLE LLC |
| **MAILING ADDRESS** | 402 W. JOHANNA STREET |
| **CITY** | AUSTIN |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 78704 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | IMPOSSIBLE LLC |
| **MAILING ADDRESS** | 402 W. JOHANNA STREET |
| **CITY** | AUSTIN |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 78704 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Texas |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 4 |

| | |
|---|---|
| NUMBER OF CLASSES PAID | 4 |
| FILING § 8 AFFIDAVIT PER CLASS | 900 |
| TOTAL FEE PAID | 900 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Joel Runyon/ |
| SIGNATORY'S NAME | Joel L. Runyon |
| SIGNATORY'S POSITION | Manager |
| DATE SIGNED | 01/17/2024 |
| SIGNATURE METHOD | Sent to third party for signature |
| PAYMENT METHOD | DA |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Jan 18 07:38:56 ET 2024 |
| TEAS STAMP | USPTO/SECT08-XX.XXX.XX.XX-20240118073857170939-5620625-8509f32d4f16d2723cd125c4cf8f5d462e1636c9bbc61572ebb4eea11928930-DA-38565606-20240117163851916724 |

PTO- 1563

Approved for use through 01/31/2025. OMB 0651-0055

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 5620625
**REGISTRATION DATE:** 12/04/2018

**MARK:** IMPOSSIBLE

**Current:** The owner, IMPOSSIBLE LLC, a limited liability company legally organized under the laws of Texas, having an address of
   402 W. JOHANNA STREET
   AUSTIN, Texas 78704
   United States

**Proposed:** The owner, IMPOSSIBLE LLC, a limited liability company legally organized under the laws of Texas, having an address of
   402 W. JOHANNA STREET
   AUSTIN, Texas 78704
   United States
   XXXX

is filing a Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8.

For International Class 005, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Nutritional supplements ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshot of the mark in use with the sale of nutritional supplements.

**Original PDF file:**
SPN0-991648775-2024011716 3851916724_._Class_005.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

Webpage URL: impossible.co/products/sleep
Webpage Date of Access: 01/17/2024
For International Class 025, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights and underwear ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshot of the mark in use with the sale of clothing.

**Original PDF file:**
SPN1-991648775-2024011716 3851916724_._Class_025.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

Webpage URL: impossible.co/products/impossible-shirt-mens
Webpage Date of Access: 01/17/2024
For International Class 035, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Search engine optimization for promotion and marketing services; marketing consulting in the field of social media ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshot of the mark in use with the promotion of search engine optimization services.

**Original PDF file:**
SPN2-991648775-2024011716 3851916724_._IC_035.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

Webpage URL: impossiblex.com
Webpage Date of Access: 01/17/2024
For International Class 041, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Providing a website featuring information in the field of personal fitness, endurance athletics, storytelling, and adventure activities, namely, bungee jumping, skydiving, trekking, mountaineering, surfing, and kite surfing ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshot of the mark in use with the offering of a website featuring information in the field of personal fitness.

**Original PDF file:**
SPN3-991648775-2024011716 3851916724_._IC_041.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

Webpage URL: impossible.co/blogs/health
Webpage Date of Access: 01/17/2024
The owner's/holder's current attorney information: David E. Weslow. David E. Weslow of WILEY REIN LLP, is located at

   1776 K STREET, NW
   WASHINGTON, District of Columbia 20006
   United States
The docket/reference number is 87252.0014.

The phone number is 202-719-7000.

The email address is dweslow@wileyrein.com

David E. Weslow submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.


The owner's/holder's proposed attorney information: David E. Weslow. David E. Weslow of WILEY REIN LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

   2050 M STREET, NW
   WASHINGTON, District of Columbia 20036
   United States
The docket/reference number is 87252.0014.

The phone number is 202-719-7000.

The email address is dweslow@wiley.law

David E. Weslow submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current)**
   DAVID E. WESLOW
   PRIMARY EMAIL FOR CORRESPONDENCE: dweslow@wileyrein.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmdocket@wileyrein.com
   The docket/reference number is 87252.0014.

**Correspondence Information (proposed)**
   David E. Weslow
   PRIMARY EMAIL FOR CORRESPONDENCE: dweslow@wiley.law

SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmdocket@wiley.law; akosak@wiley.law
The docket/reference number is 87252.0014.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $900 will be submitted with the form, representing payment for 4 class(es), plus any additional grace period fee, if necessary.

### Declaration

- ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).
- ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.
- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.
- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Joel Runyon/   Date: 01/17/2024
Signatory's Name: Joel L. Runyon
Signatory's Position: Manager
Signature method: Sent to third party for signature


Mailing Address **(current)**:
  WILEY REIN LLP
  1776 K STREET, NW
  WASHINGTON, District of Columbia 20006

Mailing Address **(proposed)**:
  WILEY REIN LLP
  2050 M STREET, NW
  WASHINGTON, District of Columbia 20036

Serial Number: 87755108
Internet Transmission Date: Thu Jan 18 07:38:56 ET 2024
TEAS Stamp: USPTO/SECT08-XX.XXX.XX.XX-20240118073857
170939-5620625-8509f32d4f16d2723cd125c4c
f8f5d462e1636c9bbc61572ebb4eea11928930-D
A-38565606-20240117163851916724

co/products/sleep

Stock up on our Black Friday Bundle & Save →

**IMPOSSIBLE**  About  Apparel  Performance Drinks  Research  Contact



   

IMPOSSIBLE ®

# Impossible Sleep™

★★★★☆ (51)

$44.10

Shipping calculated at checkout.

- ⊙ $44.10   Subscribe & save 10%
  - ✔ Save 10%
  - ✔ Free Shipping
  - ✔ Free Sleep Reset Welcome Kit
  - ✔ Pause or Cancel Anytime (1-click)

- ○ $49.00   One-time purchase

**Delivery every 30 Days**

↻ Subscription details

Pay in 4 interest-free installments for orders over $50.00 with **shop**Pay  Learn more

**Flavor**

[ Strawberry ]  [ Apple Cinnamon ]

**Quantity**

[ − ]  1  [ + ]

**Add to cart**

## Impossible Sleep ™

Impossible Sleep™ is the sleep drink and recovery drink of choice for elite athletes and high performance humans. Designed to help you fall asleep quickly by turning off your racing mind and recover deeply through essential minerals and deep sleep - Impossible Sleep™ is the natural recovery drink





