# Exhibit BB

Stock up on our Black Friday Bundle & Save →

**IMPOSSIBLE**   About   Apparel   Performance Drinks   Research   Contact

IMPOSSIBLE®

# Impossible Sleep™

★★★★☆ (51)

$44.10

Shipping calculated at checkout.

- ● $44.10   Subscribe & save 10%
  - ✔ Save 10%
  - ✔ Free Shipping
  - ✔ Free Sleep Reset Welcome Kit
  - ✔ Pause or Cancel Anytime (1-click)

- ○ $49.00   One-time purchase

**Delivery every 30 Days**

↻ Subscription details

Pay in 4 interest-free installments for orders over $50.00 with **shop** Pay  Learn more

Flavor

[ Strawberry ]   [ Apple Cinnamon ]

Quantity

[ − ]  1  [ + ]

**Add to cart**

## Impossible Sleep ™

Impossible Sleep™ is the sleep drink and recovery drink of choice for elite athletes and high performance humans. Designed to help you fall asleep quickly by turning off your racing mind and recover deeply through essential minerals and deep sleep - Impossible Sleep™ is the natural recovery drink











