# Exhibit DD

# Response To Office Action for Post-Registration Matters

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87755108 |
| **REGISTRATION NUMBER** | 5620625 |
| **RESPONSE TYPE** | Response to Office Action for Declaration of Use and/or Excusable Nonuse of a Mark under Section 8. |
| **MARK SECTION** | |
| **MARK** | mark |
| **LITERAL ELEMENT** | IMPOSSIBLE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **EVIDENCE SECTION** | |
|    **EVIDENCE FILE NAME(S)** | |
|    **ORIGINAL PDF FILE** | evi_991648775-20241204141 922961110_._Response_to_Office_Action__Reg._No._56 20625.pdf |
|    **CONVERTED PDF FILE(S)**<br>   (2 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\877\551\87755108\xml4\ TRS0002.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\877\551\87755108\xml4\ TRS0003.jpg |
| **DESCRIPTION OF EVIDENCE FILE** | Argument in support of acceptance of original specimen of use |
| **GOODS AND/OR SERVICES SECTION (005) (no change)** | |
| **INTERNATIONAL CLASS** | 005 |
| **IDENTIFICATION** | Nutritional supplements |
| **GOODS AND/OR SERVICES SECTION (025) (current)** | |
| **INTERNATIONAL CLASS** | 025 |
| **IDENTIFICATION** | |
| Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights and underwear | |
| **GOODS AND/OR SERVICES SECTION (025) (proposed)** | |
| **INTERNATIONAL CLASS** | 025 |
| **TRACKED TEXT IDENTIFICATION** | Clothing and performance apparel, namely, t-shirts <ins>and</ins> <del>, sweatshirts, pants, shorts,</del> tank tops<del>, yoga pants, tights and underwear</del> |
| **MODIFIED IDENTIFICATION** | |
| Clothing and performance apparel, namely, t-shirts and tank tops | |
|    **SPECIMEN**<br>   **FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\877\551\87755108\xml4 \ TRS0004.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\877\551\87755108\xml4 \ TRS0005.jpg |

| | |
|---|---|
| **SPECIMEN DESCRIPTION** | screenshots of the mark in use on, and at the point of sales, of t-shirts and tank tops |
| **WEBPAGE URL** | amazon.com/IMPOSSIBLE-Shirt-L-Blue/dp/B07NKD4HV9?ref_=ast_sto_dp&th=1&psc=1 |
| **WEBPAGE DATE OF ACCESS** | 12/04/2024 |
| **WEBPAGE URL** | impossible.co/products/impossible-muscle-tank |
| **WEBPAGE DATE OF ACCESS** | 10/29/2024 |

## GOODS AND/OR SERVICES SECTION (035) (no change)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 035 |

**IDENTIFICATION**

Search engine optimization for promotion and marketing services; marketing consulting in the field of social media

## GOODS AND/OR SERVICES SECTION (041) (no change)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 041 |

**IDENTIFICATION**

Providing a website featuring information in the field of personal fitness, endurance athletics, storytelling, and adventure activities, namely, bungee jumping, skydiving, trekking, mountaineering, surfing, and kite surfing

| | |
|---|---|
| **STATEMENT FOR PROPOSED GOODS/SERVICES** | "The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce during the relevant period for filing the current declaration of use" OR "The attached specimen is a true copy of the specimen that was originally submitted with the declaration of use" [for an illegible specimen]. |

## PROOF OF USE SUBMISSIONS

| | |
|---|---|
| **CLASS 005** | Nutritional supplements |
| **PROOF OF USE INFO** | No proof of use required. |
| **CLASS 025** | Clothing and performance apparel, namely, t-shirts and tank tops |
| **PROOF OF USE INFO** | Proof of use provided. |

## PROOF OF USE INFORMATION

| | |
|---|---|
| **AUDITED GOODS AND/OR SERVICES** | Clothing and performance apparel, namely, tank tops |
| **DESCRIPTION** | screenshot showing tank tops bearing the subject mark, for sale on a website bearing the subject mark |
| **FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\877\551\87755108\xml4 \ TRS0006.jpg |
| **STATEMENT** | The owner/holder was using the mark in commerce on or in connection with the goods and/or services identified in the registration for which use of the mark in commerce is claimed, as evidenced by the submitted proof of use, during the relevant period for filing the current declaration of use. |
| **CLASS 035** | Search engine optimization for promotion and marketing services; marketing consulting in the field of social media |
| **PROOF OF USE INFO** | Proof of use provided. |

## PROOF OF USE INFORMATION(1st submission)

| | |
|---|---|
| **AUDITED GOODS AND/OR SERVICES** | Search engine optimization for promotion and marketing services |
| **DESCRIPTION** | screenshot showing the subject mark in use on a website promoting Registrant's search engine optimization services |
| **FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\877\551\87755108\xml4 \ TRS0007.jpg |

| PROOF OF USE INFORMATION(2nd submission) | |
|---|---|
| AUDITED GOODS AND/OR SERVICES | Marketing consulting in the field of social media |
| DESCRIPTION | screenshot showing the subject mark in use on a website promoting Registrant's marketing consulting services |
| FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\877\551\87755108\xml4 \ TRS0008.jpg |
| STATEMENT | The owner/holder was using the mark in commerce on or in connection with the goods and/or services identified in the registration for which use of the mark in commerce is claimed, as evidenced by the submitted proof of use, during the relevant period for filing the current declaration of use. |
| CLASS 041 | Providing a website featuring information in the field of personal fitness, endurance athletics, storytelling, and adventure activities, namely, bungee jumping, skydiving, trekking, mountaineering, surfing, and kite surfing |
| PROOF OF USE INFO | Proof of use provided. |
| PROOF OF USE INFORMATION(1st submission) | |
| AUDITED GOODS AND/OR SERVICES | Providing a website featuring information in the field of adventure activities, namely, skydiving |
| DESCRIPTION | screenshot showing the subject mark in use for providing a website with information in the field of skydiving |
| FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\877\551\87755108\xml4 \ TRS0009.jpg |
| PROOF OF USE INFORMATION(2nd submission) | |
| AUDITED GOODS AND/OR SERVICES | Providing a website featuring information in the field of adventure activities, namely, kite surfing |
| DESCRIPTION | screenshot showing the subject mark in use for providing a website with information in the field of kite surfing |
| FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\877\551\87755108\xml4 \ TRS0010.jpg |
| STATEMENT | The owner/holder was using the mark in commerce on or in connection with the goods and/or services identified in the registration for which use of the mark in commerce is claimed, as evidenced by the submitted proof of use, during the relevant period for filing the current declaration of use. |
| CORRESPONDENCE INFORMATION | |
| NAME | David E. Weslow |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | dweslow@wiley.law |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | tmdocket@wiley.law; akosak@wiley.law |
| DOCKET/REFERENCE NUMBER | 87252.0014 |
| PAYMENT SECTION | |
| Deleting goods and/or services, and/or classes after submission and prior to acceptance of a section 8 affidavit, per class | 250 |
| NUMBER OF CLASSES | 1 |
| TOTAL FEES DUE | 250 |
| SIGNATURE SECTION | |
| DECLARATION SIGNATURE | /Joel Runyon/ |
| SIGNATORY'S NAME | Joel Runyon |
| SIGNATORY'S POSITION | Manager |

| | |
|---|---|
| **SIGNATORY'S PHONE NUMBER** | 2027197000 |
| **DATE SIGNED** | 12/04/2024 |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **RESPONSE SIGNATURE** | /David E. Weslow/ |
| **SIGNATORY'S NAME** | David E. Weslow |
| **SIGNATORY'S POSITION** | Attorney of Record, DC Bar member |
| **SIGNATORY'S PHONE NUMBER** | 2027197000 |
| **DATE SIGNED** | 12/04/2024 |
| **ROLE OF AUTHORIZED SIGNATORY** | |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Wed Dec 04 17:38:16 ET 2024 |
| **TEAS STAMP** | USPTO/TRS-XX.XXX.XX.XX-20241204173817392313-5620625-850f291e9c2f74fb7fc1858a7d4e06d2a42f2c7b2956b885c672ceb9d247f70-DA-38167614-20241204141922961110 |

# Response To Office Action for Post-Registration Matters

**To the Commissioner for Trademarks:**

Registration no. **5620625** IMPOSSIBLE(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87755108/large) has been amended as follows:
**RESPONSE TYPE** Response to Office Action for Declaration of Use and/or Excusable Nonuse of a Mark under Section 8.

**EVIDENCE**
Evidence has been attached: Argument in support of acceptance of original specimen of use
**Original PDF file:**
evi_991648775-20241204141_922961110_._Response_to_Office_Action__Reg._No._56 20625.pdf
**Converted PDF file(s)** ( 2 pages) Evidence-1Evidence-2

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Current:** class 005 (No Change)

**The owner/holder proposes to amend the following:**

**Current:** Class 025

Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights and underwear

**Proposed:** Class 025

**Tracked Text Identification:**

Clothing and performance apparel, namely, t-shirts and , sweatshirts, pants, shorts, tank tops, yoga pants, tights and underwear

**Modified Identification:**

Clothing and performance apparel, namely, t-shirts and tank tops

The owner/holder hereby submits one(or more) specimen(s) for Class 025. The specimen(s) submitted consists of screenshots of the mark in use on, and at the point of sales, of t-shirts and tank tops.
[Specimen File1](#)
[Specimen File2](#)

Webpage URL: amazon.com/IMPOSSIBLE-Shirt-L-Blue/dp/B07NKD4HV9?ref_=ast_sto_dp&th=1&psc=1
Webpage Date of Access: 12/04/2024
Webpage URL: impossible.co/products/impossible-muscle-tank
Webpage Date of Access: 10/29/2024
**Current:** class 035 (No Change)

**Current:** class 041 (No Change)


**Statement for proposed goods/services: "The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce during the relevant period for filing the current declaration of use" OR "The attached specimen is a true copy of the specimen that was originally submitted with the declaration of use" [for an illegible specimen].**


**PROOF OF USE SUBMISSIONS**

**Class** 005: Nutritional supplements
**Proof of Use Information:** No proof of use required.

**Class** 025: Clothing and performance apparel, namely, t-shirts and tank tops

**Proof of Use Information:** Proof of use provided.

**PROOF OF USE INFORMATION**
**Audited Goods and/or Services:** Clothing and performance apparel, namely, tank tops
**Description:** screenshot showing tank tops bearing the subject mark, for sale on a website bearing the subject mark
[Proof of Use File-1](#)

The owner/holder was using the mark in commerce on or in connection with the goods and/or services identified in the registration for which use of the mark in commerce is claimed, as evidenced by the submitted proof of use, during the relevant period for filing the current declaration of use.

**Class** 035: Search engine optimization for promotion and marketing services; marketing consulting in the field of social media

**Proof of Use Information:** Proof of use provided.
**PROOF OF USE INFORMATION(1st submission)**
**Audited Goods and/or Services:** Search engine optimization for promotion and marketing services
**Description:** screenshot showing the subject mark in use on a website promoting Registrant's search engine optimization services
[Proof of Use File-1](#)
**PROOF OF USE INFORMATION(2nd submission)**
**Audited Goods and/or Services:** Marketing consulting in the field of social media
**Description:** screenshot showing the subject mark in use on a website promoting Registrant's marketing consulting services
[Proof of Use File-1](#)

The owner/holder was using the mark in commerce on or in connection with the goods and/or services identified in the registration for which use of the mark in commerce is claimed, as evidenced by the submitted proof of use, during the relevant period for filing the current declaration of use.

**Class** 041: Providing a website featuring information in the field of personal fitness, endurance athletics, storytelling, and adventure activities, namely, bungee jumping, skydiving, trekking, mountaineering, surfing, and kite surfing

**Proof of Use Information:** Proof of use provided.

**PROOF OF USE INFORMATION(1st submission)**
**Audited Goods and/or Services:** Providing a website featuring information in the field of adventure activities, namely, skydiving
**Description:** screenshot showing the subject mark in use for providing a website with information in the field of skydiving
Proof of Use File-1
**PROOF OF USE INFORMATION(2nd submission)**
**Audited Goods and/or Services:** Providing a website featuring information in the field of adventure activities, namely, kite surfing
**Description:** screenshot showing the subject mark in use for providing a website with information in the field of kite surfing
Proof of Use File-1

The owner/holder was using the mark in commerce on or in connection with the goods and/or services identified in the registration for which use of the mark in commerce is claimed, as evidenced by the submitted proof of use, during the relevant period for filing the current declaration of use.

**Correspondence Information**
　　David E. Weslow
　　PRIMARY EMAIL FOR CORRESPONDENCE: dweslow@wiley.law
　　SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmdocket@wiley.law; akosak@wiley.law

　　The docket/reference number is 87252.0014.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**FEE(S)**
Fee(s) in the amount of $250 is being submitted.

## Declaration

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**SIGNATURE(S)**

Signature: /Joel Runyon/     Date: 12/04/2024
Signatory's Name: Joel Runyon
Signatory's Position: Manager
Signatory's Phone Number: 2027197000
Signature method: Sent to third party for signature

Signature: /David E. Weslow/     Date: 12/04/2024
Signatory's Name: David E. Weslow
Signatory's Position: Attorney of Record, DC Bar member

Signatory's Phone Number: 2027197000 Signature method: Signed directly within the form

Mailing Address:    David E. Weslow
　 WILEY REIN LLP

　 2050 M STREET, NW
　 WASHINGTON, District of Columbia 20036
Mailing Address:    David E. Weslow
　 WILEY REIN LLP

2050 M STREET, NW
WASHINGTON, District of Columbia 20036

PAYMENT: 5620625
PAYMENT DATE: 12/04/2024

Serial Number: 87755108
Internet Transmission Date: Wed Dec 04 17:38:16 ET 2024
TEAS Stamp: USPTO/TRS-XX.XXX.XX.XX-20241204173817392
313-5620625-850f291e9c2f74fb7fc1858a7d4e
06d2a42f2c7b2956b885c672ceb9d247f70-DA-3
8167614-20241204141922961110

Sir or Madam:

In response to the Office Action issued February 3, 2024 directed to Reg. No. 5620625, to which a response is due by or before December 4, 2024, Registrant submits the following remarks:

## I. SPECIMEN DEFICIENCY AS TO IC 035

The Examining Attorney found that the submitted specimen as to Class 035 "Search engine optimization for promotion and marketing services; marketing consulting in the field of social media" was deficient, based on a perception that the identified services were not being offered "for the benefit of others."

Registrant respectfully submits that the originally submitted specimen does, in fact, show use of the mark on promotional materials for services offered for the benefit of others. The specimen, a screenshot of Registrant's website that bears the subject mark prominently at the top of the page, states that Registrant "help[s] startups scale their business through the use of SEO, SEM and content marketing strategy." The specimen goes on to identify several third party businesses for which it has provided these services, including SpotHero, Woven, LM, and Simple Energy. While Registrant also performs the identified services for itself, the specimen indicates those internal services separately, after discussing the services it provides to the third parties—thus confirming that Registrant performs the services for itself and third parties separately, and they are therefore not offered solely for its own benefit.

With this additional explanation, Registrant respectfully requests that the original specimen be accepted as its Class 035 services.

## II. AUDIT RESPONSE

The Examining Attorney further indicated that Reg. No. 5620625 had been randomly selected for audit, and required evidence of current use of the subject mark with numerous goods and services identified in the registration. As part of this response, Registrant has submitted specimens showing current use of the mark with the audited services in Classes 35 and 41. As to Class 25, Registrant has amended its description of goods, and provided proof of current use of the two remaining goods in that class (t-shirts and tank tops).

## III. CONCLUSION

Registrant believes it has fully addressed the concerns raised in the February 3, 2024 Office Action. Registrant respectfully requests that its maintenance filings be accepted, and Reg. No. 5620625 be renewed.

If any further questions remain, Registrant respectfully requests that the Examining Attorney contact the undersigned via telephone or email.

Respectfully submitted,

Impossible, LLC

By:

David E. Weslow
Wiley Rein LLP
2050 M Street, N.W.
Washington, DC 20036
202.719.7525
202.719.7049
dweslow@wiley.law









APPS    IMPOSSIBLE LABS™    BUSINESSES

# IMPOSSIBLE®
DO SOMETHING IMPOSSIBLE ®

ABOUT    CONTACT US

## About IMPOSSIBLE ®

——

==IMPOSSIBLE and Impossible X help startups scale their business through the use of SEO==, SEM and content marketing strategy. We worked very closely with SpotHero scaling them from their seed to Series A stage. They have gone on to raise $118M.

We've also worked closely with startups like Going, LMNT and other companies in the productivity, health, fitness, and nutrition space as well as companies like Simple Energy and other TechStars companies. We're selective about our client list at the moment, but we're pretty active & focused in the ones we do take on.

We also invest & develop our own businesses (IMPOSSIBLE, Ultimate Paleo Guide, Ultimate Meal Plans, and Start A Blog). We've also been developing apps for iOS and Android as well including several top sellers



# About IMPOSSIBLE ®

IMPOSSIBLE and Impossible X help startups scale their business through the use of SEO, SEM and content marketing strategy. We worked very closely with SpotHero scaling them from their seed to Series A stage. They have gone on to raise $118M.

We've also worked closely with startups like Going, LMNT and other companies in the productivity, health, fitness, and nutrition space as well as companies like Simple Energy and other TechStars companies. We're selective about our client list at the moment, but we're pretty active & focused in the ones we do take on.

We also invest & develop our own businesses (IMPOSSIBLE, Ultimate Paleo Guide, Ultimate Meal Plans, and Start A Blog). We've also been developing apps for iOS and Android as well including several top sellers





| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, December 16, 2024 08:14:33 EST |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark Registration No. 5620625 -- Docket/Reference No. 87252.0014 |

**U.S. Serial Number:** 87755108
**U.S. Registration Number:** 5620625
**U.S. Registration Date:** December 04, 2018
**Mark:** IMPOSSIBLE
**Owner:** IMPOSSIBLE LLC

December 16, 2024

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.

**Class(es):**
005, 025, 035, 041

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

## REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=87755108&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=87755108&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**