# Exhibit EE



