# Exhibit GG

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87884481**
**Filing Date: 04/19/2018**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87884481 |
| **MARK INFORMATION** | |
| **\*MARK** | \\TICRS\EXPORT17\IMAGEOUT 17\878\844\87884481\xml1\ RFA0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | IMPOSSIBLE |
| **COLOR MARK** | NO |
| **\*DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of an animation depicting a strikethrough line through the word IMPOSSIBLE. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 798 x 299 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Impossible X LLC |
| **\*STREET** | 1231 Champion Forest Court |
| **\*CITY** | Wheaton |
| **\*STATE** (Required for U.S. applicants) | Illinois |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 60187 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Illinois |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 025 |
| **\*IDENTIFICATION** | clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tips, yoga pants, tights and underwear |
| **FILING BASIS** | SECTION 1(a) |
|     **FIRST USE ANYWHERE DATE** | At least as early as 05/29/2012 |
|     **FIRST USE IN COMMERCE DATE** | At least as early as 05/29/2012 |

| SPECIMEN FILE NAME(S) | |
| --- | --- |
| ORIGINAL FILE | APPLICANT-SUPPLIED FILE (SOUND/MOTION) |
| SPECIMEN DESCRIPTION | a video screen capture showing use of the mark to promote and sell the goods |
| INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Providing a website featuring information in the field of personal fitness, nutrition, endurance athletics, storytelling, adventure activities, and self-improvement |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 05/29/2012 |
| FIRST USE IN COMMERCE DATE | At least as early as 05/29/2012 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL FILE | APPLICANT-SUPPLIED FILE (SOUND/MOTION) |
| SPECIMEN DESCRIPTION | a video screen capture showing use of the mark to provide the services |
| ADDITIONAL STATEMENTS SECTION | |
| ACTIVE PRIOR REGISTRATION(S) | The applicant claims ownership of active prior U.S. Registration Number(s) 4260617, 5179974, 5376208, and others. |
| ATTORNEY INFORMATION | |
| NAME | David E. Weslow |
| ATTORNEY DOCKET NUMBER | 87252.0015 |
| FIRM NAME | Wiley Rein LLP |
| STREET | 1776 K Street, NW |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20006 |
| PHONE | 202-719-7000 |
| EMAIL ADDRESS | dweslow@wileyrein.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| CORRESPONDENCE INFORMATION | |
| NAME | David E. Weslow |
| FIRM NAME | Wiley Rein LLP |
| STREET | 1776 K Street, NW |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20006 |
| PHONE | 202-719-7000 |

| | |
|---|---|
| *EMAIL ADDRESS | dweslow@wileyrein.com; tmdocket@wileyrein.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 550 |
| *TOTAL FEE PAID | 550 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Joel Runyon/ |
| SIGNATORY'S NAME | Joel L. Runyon |
| SIGNATORY'S POSITION | Manager |
| SIGNATORY'S PHONE NUMBER | 630-337-7221 |
| DATE SIGNED | 04/19/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87884481**
**Filing Date: 04/19/2018**

## To the Commissioner for Trademarks:

**MARK:** IMPOSSIBLE (stylized and/or with design, see [mark](mark))

The literal element of the mark consists of IMPOSSIBLE.
The mark consists of an animation depicting a strikethrough line through the word IMPOSSIBLE.
The applicant, Impossible X LLC, a limited liability company legally organized under the laws of Illinois, having an address of
 1231 Champion Forest Court
 Wheaton, Illinois 60187
 United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

 International Class 025:  clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tips, yoga pants, tights and underwear

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 05/29/2012, and first used in commerce at least as early as 05/29/2012, and is now in use in such commerce. The applicant will submit one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) a video screen capture showing use of the mark to promote and sell the goods.

**Original File:**
APPLICANT-SUPPLIED FILE (SOUND/MOTION)

 International Class 041:  Providing a website featuring information in the field of personal fitness, nutrition, endurance athletics, storytelling, adventure activities, and self-improvement

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 05/29/2012, and first used in commerce at least as early as 05/29/2012, and is now in use in such commerce. The applicant will submit one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) a video screen capture showing use of the mark to provide the services.

**Original File:**
APPLICANT-SUPPLIED FILE (SOUND/MOTION)


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4260617, 5179974, 5376208, and others.

The applicant's current Attorney Information:
 David E. Weslow of Wiley Rein LLP  1776 K Street, NW
 Washington, District of Columbia 20006
 United States
 202-719-7000(phone)
 dweslow@wileyrein.com (authorized)
The attorney docket/reference number is 87252.0015.

The applicant's current Correspondence Information:
 David E. Weslow

Wiley Rein LLP
1776 K Street, NW
Washington, District of Columbia 20006
202-719-7000(phone)

dweslow@wileyrein.com;tmdocket@wileyrein.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $550 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

- ☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**
  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**
  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Joel Runyon/   Date: 04/19/2018
Signatory's Name: Joel L. Runyon
Signatory's Position: Manager
Payment Sale Number: 87884481
Payment Accounting Date: 04/20/2018

Serial Number: 87884481
Internet Transmission Date: Thu Apr 19 15:08:17 EDT 2018
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.X-2018041915081779
6543-87884481-510c9b8b960bda25850402b88f
d8a3073add6a9ea7ed3dfa4b733454e92f2512d2
6-DA-2648-20180419122622562134

IMPOSSIBLE IMPOSSIBLE IMPOSSIBLE

IMPOSSIBLE IMPOSSIBLE