# Exhibit HH

NATIVE FILE