# Exhibit KK

<mark>https://gear.impossiblehq.com/products/impossible-shirt-blue</mark>

# IMPOSSIBLE

Home  Apparel  Accessories  Gallery  Blog  Contact

Home  >  Impossible Shirt Blue




**IMPOSSIBLE**
## Impossible Shirt Blue

$ 25.00

**Style**
Unisex

**Color**
Tri-Indigo

**Size**
Small

**Quantity**
1

**Add to Cart**

The ORIGINAL IMPOSSIBLE shirt.

What's your next adventure? Jumping off a cliff? Running a marathon? Kayaking down a class 5?

The impossible shirt is your go to shirt for adventure. It's scientifically proven to help you jump higher and be more bouyant in water (not really, but maybe). It also makes you up to 200% braver and has been tested in the field thousands of time.

Do it. Get it.

Push your limits. Do something Impossible.

Share this Product

 Share   Tweet   Pin it   Fancy  G+ +1

More from this collection

