# Exhibit MM
NATIVE FILE