# Exhibit OO

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1960 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/30/2020)

# Request for Reconsideration after Final Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87884481 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 125 |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/87884481/large |
| **LITERAL ELEMENT** | IMPOSSIBLE |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **GOODS AND/OR SERVICES SECTION (025) (current)** | |
| **INTERNATIONAL CLASS** | 025 |
| **DESCRIPTION** | |
| clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tips, yoga pants, tights and underwear | |
| **FILING BASIS** | Section 1(a) |
|     FIRST USE ANYWHERE DATE | At least as early as 05/29/2012 |
|     FIRST USE IN COMMERCE DATE | At least as early as 05/29/2012 |
| **GOODS AND/OR SERVICES SECTION (025) (proposed)** | |
| **INTERNATIONAL CLASS** | 025 |
| **DESCRIPTION** | |
| clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tips, yoga pants, tights and underwear | |
| **FILING BASIS** | Section 1(a) |
|     FIRST USE ANYWHERE DATE | At least as early as 05/29/2012 |
|     FIRST USE IN COMMERCE DATE | At least as early as 05/29/2012 |
| **STATEMENT TYPE** | "**The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application**"*[for an application based on Section 1(a), Use in Commerce]* OR "**The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use**" *[for an application based on Section 1(b) Intent-to-Use]*. OR "**The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use**" [for an illegible specimen]. |
| **SPECIMEN FILE NAME(S)** | |
|     ORIGINAL FILE | APPLICANT-SUPPLIED FILE (SOUND/MOTION) |
|     SPECIMEN DESCRIPTION | a video screen capture showing using of the motion mark, in association with a means for purchasing the product, and including the URL and the date of the capture |
| **GOODS AND/OR SERVICES SECTION (041) (no change)** | |

| CORRESPONDENCE INFORMATION (current) | |
|---|---|
| NAME | David E. Weslow |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | dweslow@wileyrein.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | tmdocket@wileyrein.com |
| DOCKET/REFERENCE NUMBER | 87252.0015 |
| CORRESPONDENCE INFORMATION (proposed) | |
| NAME | David E. Weslow |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | dweslow@wileyrein.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | tmdocket@wileyrein.com |
| DOCKET/REFERENCE NUMBER | 87252.0015 |
| SIGNATURE SECTION | |
| DECLARATION SIGNATURE | /David E. Weslow/ |
| SIGNATORY'S NAME | David E. Weslow |
| SIGNATORY'S POSITION | Attorney of record, MD bar member |
| SIGNATORY'S PHONE NUMBER | 2027197000 |
| DATE SIGNED | 10/20/2020 |
| RESPONSE SIGNATURE | /David E. Weslow/ |
| SIGNATORY'S NAME | David E. Weslow |
| SIGNATORY'S POSITION | Attorney of record, MD bar member |
| SIGNATORY'S PHONE NUMBER | 2027197000 |
| DATE SIGNED | 10/20/2020 |
| AUTHORIZED SIGNATORY | YES |
| CONCURRENT APPEAL NOTICE FILED | NO |
| FILING INFORMATION SECTION | |
| SUBMIT DATE | Tue Oct 20 14:26:47 ET 2020 |
| TEAS STAMP | USPTO/RFR-XX.XX.XX.XXX-20 201020142647238528-878844 81-750a8311e24955d94ff463 fa83747915163b55d8160f0f0 55f313322df68ada7ab1-N/A- N/A-20201020142112850760 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1960 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/30/2020)

# Request for Reconsideration after Final Action
## To the Commissioner for Trademarks:

Application serial no. **87884481** IMPOSSIBLE (Stylized and/or with Design, see https://tmng-al.uspto.gov /resting2/api/img/8788448 1/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant proposes to amend the following:**

**Current:**
Class 025 for clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tips, yoga pants, tights and underwear
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 05/29/2012 and first used in commerce at least as early as 05/29/2012 , and is now in use in such commerce.


**Proposed:**
Class 025 for clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tips, yoga pants, tights and underwear
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 05/29/2012 and first used in commerce at least as early as 05/29/2012 , and is now in use in such commerce. Applicant hereby submits one(or more) specimen(s) for Class 025. The specimen(s) submitted consists of a video screen capture showing using of the motion mark, in association with a means for purchasing the product, and including the URL and the date of the capture.
"**The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce] OR* "**The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use**" *[for an application based on Section 1(b) Intent-to-Use]. OR* "**The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use**" [for an illegible specimen].
**Original Specimen:**
APPLICANT-SUPPLIED FILE (SOUND/MOTION)

**Correspondence Information (current):**
   David E. Weslow
   PRIMARY EMAIL FOR CORRESPONDENCE: dweslow@wileyrein.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmdocket@wileyrein.com

The docket/reference number is 87252.0015.

**Correspondence Information (proposed):**
   David E. Weslow
   PRIMARY EMAIL FOR CORRESPONDENCE: dweslow@wileyrein.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmdocket@wileyrein.com

The docket/reference number is 87252.0015.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Declaration Signature**


**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU**: If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark*

*application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**


Signature: /David E. Weslow/      Date: 10/20/2020
Signatory's Name: David E. Weslow
Signatory's Position: Attorney of record, MD bar member
Signatory's Phone Number: 2027197000


**Request for Reconsideration Signature**
Signature: /David E. Weslow/      Date: 10/20/2020
Signatory's Name: David E. Weslow
Signatory's Position: Attorney of record, MD bar member

Signatory's Phone Number: 2027197000

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

The applicant is not filing a Notice of Appeal in conjunction with this Request for Reconsideration.

Mailing Address:   David E. Weslow
   WILEY REIN LLP

   1776 K STREET, NW
   WASHINGTON, District of Columbia 20006
Mailing Address:   David E. Weslow
   WILEY REIN LLP
   1776 K STREET, NW
   WASHINGTON, District of Columbia 20006

Serial Number: 87884481
Internet Transmission Date: Tue Oct 20 14:26:47 ET 2020
TEAS Stamp: USPTO/RFR-XX.XX.XX.XXX-20201020142647238

528-87884481-750a8311e24955d94ff463fa837
47915163b55d8160f0f055f313322df68ada7ab1
-N/A-N/A-20201020142112850760