# Exhibit PP

## NATIVE FILE