# Exhibit QQ



https://gear.impossiblehq.com/products/mens-impossible-shirt-blue
Go
APR / MAY 11 / OCT
2019 / 2020 / 2021
4 captures
2 Apr 2020 - 13 Nov 2020
About this capture

$ 25.00

**Size** - S

**ADD TO CART**

**SHARE**

The ORIGINAL IMPOSSIBLE shirt.

via GIPHY

What's your next adventure? Jumping off a cliff? Running a marathon? Kayaking down a class 5?

The impossible shirt is your go to shirt for adventure. It's scientifically proven to help you jump higher and be more bouyant in water (not really, but maybe). It also makes you up to 200% braver and has been tested in the field thousands of time.

Do it. Get it.

Push your limits. Do something Impossible.





SEARCH
ABOUT US

**SIGN UP FOR UPDATES**

Promotions, new products and sales. Directly to your inbox.

My email address — SUBSCRIBE

Copyright © 2020, IMPOSSIBLE ®. Powered by Shopify