# Exhibit RR



INTERNET ARCHIVE WaybackMachine
https://impossible.co/collections/mens    Go
29 captures
4 Mar 2021 - 25 Jan 2025
AUG  OCT  JAN
     17
2020 2021 2022
About this capture

# Men's Apparel

Sorry, there are no products in this collection

Men's Apparel

## About Joel Runyon



Joel Runyon is the founder of IMPOSSIBLE. Building off his impossible list, IMPOSSIBLE has grown into a blog, a fitness training site, a philanthropy initiative, along with Impossible.co - an e-commerce branch focused on performance apparel and supplements.

SEARCH
ABOUT US
CONTACT US
HEALTH BLOG
NEWS BLOG
ALL COLLECTIONS
IMPOSSIBLE GALLERY
TERMS OF SERVICE
REFUND POLICY

TERMS OF SERVICE
PRIVACY POLICY
SHIPPING POLICY
REFUND POLICY

**SIGN UP FOR UPDATES**

Promotions, new products and sales. Directly to your inbox.

My email address                    SUBSCRIBE ▸

Copyright © 2021, IMPOSSIBLE ®. Powered by Shopify

