# EXHIBIT A

| **Request** | **Response** | **Plaintiff's Proposed Compromise** | **Defendant's Proposed Compromise** | **[Reserved for Court Use]** |
|---|---|---|---|---|
| **Interrogatory No. 10:** For each of Impossible LLC's Goods and Services, Describe In Detail any time in which Impossible LLC ceased using any IMPOSSIBLE-formative Marks in commerce, regardless of whether that cessation in use was temporary or Impossible LLC resumed use, including the date, time period, and explanation of the cessation in use. | <u>Original Response</u><br>Impossible incorporates all general objections stated above. Impossible objects to this interrogatory to the extent it seeks information protected by attorney-client privilege, work-product immunity, or any other applicable privilege or immunity. Impossible objects to this interrogatory as vague and ambiguous with respect to the term "ceased," especially in view of Impossible's seasonal and rotating product offerings. Subject to and without waiver of the foregoing general and specific objections, Impossible responds as follows: Impossible has never ceased offering any of its goods or services with an intent not to resume use in the future.<br><br><u>Supplemental Response</u><br>Without waiving its objections, Impossible provides the following information to supplement its prior response: Impossible withdrew its krill oil supplement product from Amazon.com sales on September 16, 2022, and has not sold any krill oil supplements since that date.<br><br><u>Amended Response</u><br>Without waving its objections, Impossible provides the following amended response:<br>Impossible has never ceased using any of the IMPOSSIBLE®-formative Marks in commerce. For time to time, it has varied the specific goods and services offered under the IMPOSSIBLE®-formative marks, sometimes as a result of supply chain issues, delays and shortages caused by the COVID-19 pandemic, variations in consumer demand, and other factors. However, Impossible never ceased using any of the IMPOSSIBLE®-formative Marks in commerce. | (1) ILLC to answer Interrogatory No. 10 in full and under oath by March 27, 2025; and (2) ILLC and its counsel to certify, separately, and also on March 27, that *each* has conducted a reasonable search for information responsive to Interrogatory No. 10 and that *each* has a good faith belief that no additional responsive information is available. | Impossible has answered Interrogatory 10 as written. If IFI propounds a new interrogatory seeking information regarding issues that relate to new claims in its Amended Complaint, Impossible agrees to respond on an expedited timeline with a verified response within 21 days. | |