**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant<br><br>v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,<br><br>Defendants/Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**[PLAINTIFF'S PROPOSED] ORDER ON JOINT STATEMENT REGARDING DEFENDANT IMPOSSIBLE LLC'S DISCOVERY RESPONSES**<br><br>Judge: Hon. Beth Labson Freeman |

**ORDER**

Before the Court is a Joint Statement submitted by Plaintiff Impossible Foods Inc. concerning Defendant Impossible LLC's response to Plaintiff's Interrogatory No. 10. Having reviewed the Joint Statement and its exhibits, the Court grants Plaintiff's motion. Interrogatory No. 10 seeks relevant information and is proportional to the needs of the case.

Defendant is hereby ORDERED to respond, in full and under oath, to Interrogatory No. 10—as to "**each** of Impossible LLC's Goods and Services" as provided and defined in the interrogatory, which includes at least each of the "goods and services" listed in Defendant's trademark registrations—by March 27, 2025. Defendant and its counsel are further ORDERED to certify by March 27, 2025, separately and under oath, that each has conducted a reasonable search for information responsive to Interrogatory No. 10 and that each has a good faith belief that no

additional responsive information exists within Defendant's possession, custody, or control.

IT IS SO ORDERED.

______________________________
HON. SUSAN VAN KEULEN
United States Magistrate Judge