KOLLIN J. ZIMMERMANN (SBN 273092)
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East
Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
kzimmermann@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice*)
JESSICA W. TRUELOVE (*pro hac vice*)
ERICA C. CHANIN (*pro hac vice*)
1100 Peachtree Street NE
Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
chenn@ktslaw.com
fflemming@ktslaw.com
jtruelove@ktslaw.com
echanin@ktslaw.com

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant<br><br>v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,<br><br>Defendants/Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**PLAINTIFF IMPOSSIBLE FOODS INC.'S NOTICE OF FILING UNSEALED PUBLIC VERSIONS OF DOCUMENTS**<br><br>Judge: Hon. Beth Labson Freeman |

Pursuant to the Court's Order denying Plaintiff Impossible Foods Inc.'s ("Impossible Foods") Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 149), Impossible Foods hereby files unsealed public versions of the following documents, attached hereto as Exhibits 1-4.

| Exhibit | Document | Previously Filed Under Seal at ECF No. |
|---|---|---|
| 1 | Impossible Foods's Motion to Amend | 137 |

| | | |
|---|---|---|
| | Complaint and Scheduling Order | |
| 2 | Redlined version of the Third Amended Complaint | 137-47 |
| 3 | Declaration of H. Forrest Flemming, III | 138 |
| 4 | Exhibit H to Declaration of H. Forrest Flemming, III | 138-8 |

Unsealed public versions of Impossible Foods's Third Amended Complaint and Exhibits I, J and K thereto have been filed on March 7, 2025 at ECF Nos. 151, 151-9, 151-10 and 151-11.

DATED: March 18, 2025

By: */s/ Erica C. Chanin*
R. Charles Henn Jr. (*pro hac vice*)
H. Forrest Flemming, III (*pro hac vice*)
Jessica W. Truelove (*pro hac vice*)
Erica C. Chanin (*pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
chenn@ktslaw.com
fflemming@ktslaw.com
jtruelove@ktslaw.com
echanin@ktslaw.com

Kollin J. Zimmermann (SBN 273092)
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East
Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
kzimmermann@ktslaw.com

*Attorneys for Plaintiff/Counter-Defendant*
IMPOSSIBLE FOODS INC.