J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
    cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
    gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Faith Barksdale, Esq. (*pro hac vice* admission)
    barksdale@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Defendants / Counter-Plaintiffs*
*IMPOSSIBLE LLC and JOEL RUNYON*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff / Counter-Defendant, <br><br> v. <br><br> IMPOSSIBLE LLC and JOEL RUNYON, <br><br> Defendants / Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK) <br><br> **DECLARATION OF ADAM CASHMAN IN SUPPORT OF PARTIES' JOINT STIPULATED REQUEST TO MODIFY TIME** <br><br> Judge:   Hon. Beth Labson Freeman |

I, Adam Cashman, declare:

1. I am an attorney licensed to practice before this Court and am counsel of record on behalf of Defendants/Counter-Plaintiffs Impossible LLC and Joel Runyon (together "Defendants/Counter-Plaintiffs"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. The close of fact discovery in this action is set for April 14, 2025. (*See* Dkt. 113 at 4.) Plaintiff/Counter-Defendant Impossible Foods Inc. ("Plaintiff/Counter-Defendant") filed its Third Amended Complaint (the "TAC") on March 7, 2025. (Dkt. 151.) The Court issued a Summons in a Civil Action in connection with the TAC to Defendant/Counter-Plaintiff Joel Runyon on March 16, 2025, Dkt. 158 (the "Summons"), which counsel for Mr. Runyon agreed to accept by email on March 18, 2025.

3. To promote efficiency and allow for the filing of a single, unified responsive pleading in response to the TAC, my office requested that Plaintiff/Counter-Defendant agree that the responsive pleading for both Defendants/Counter-Plaintiffs be filed and served on or before March 31, 2025. Plaintiff/Counter-Defendant agreed to this request, which will not affect any other pending deadlines.

4. There have been two previous scheduling modifications in this action:

- Dkt. 101 – Order Granting Impossible Foods's Motion to Amend Complaint and Scheduling Order in Part; and
- Dkt. 113 – Order Granting Stipulated Request for Order Changing Time

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 20, 2025                By:   /s/ *Adam S. Cashman*
                                              Adam S. Cashman

*Attorney for Defendants / Counter-Plaintiffs Impossible LLC and Joel Runyon*