1  KOLLIN J. ZIMMERMANN (SBN 273092)
   KILPATRICK TOWNSEND & STOCKTON LLP
2  1801 Century Park East
   Suite 2300
3  Los Angeles, California 90067
   Telephone: (310) 248-3830
4  Facsimile: (310) 860-0363
   kzimmermann@ktslaw.com
5

6  R. CHARLES HENN JR. (*pro hac vice*)
   H. FORREST FLEMMING, III (*pro hac vice*)
7  ERICA CHANIN (*pro hac vice*)
   1100 Peachtree Street NE
8  Atlanta, Georgia 30309
   Telephone: (404) 815-6549
9  Facsimile: (404) 541-3139
   chenn@ktslaw.com
10 fflemming@ktslaw.com
   echanin@ktslaw.com
11
   Attorneys for Plaintiff
12 IMPOSSIBLE FOODS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,<br><br>Defendants/Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES**<br><br>Judge:  Hon. Beth Labson Freeman<br>Date:   June 26, 2025<br>Time:   9:00 a.m. |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE
CASE NO. 5:21-CV-02419-BLF

**[PROPOSED] ORDER**

Plaintiff/Counter-Defendant Impossible Foods Inc. ("Impossible Foods") has moved to strike Defendants/Counter-Plaintiffs Impossible LLC's and Joel Runyon's affirmative defenses of unclean hands, estoppel, waiver, and acquiescence asserted in Defendants' Answer and Counterclaims to Impossible Foods's Third Amended Complaint, on the grounds that the counterclaim was asserted in violation of pursuant to Federal Rules of Civil Procedure 12(f), 15, 16 and Local Rule 10-1.

After considering the briefs, the arguments of counsel, and the evidence of record, the Court orders that Impossible Foods's Motion to Strike is GRANTED. Defendants' affirmative defenses of unclean hands, estoppel, waiver, and acquiescence are hereby STRICKEN.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Hon. Beth Labson Freeman
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE
CASE NO. 5:21-CV-02419-BLF