# Exhibit A

**Investor Subpoenas**

| **Third Party & Requests** | **Plaintiff's Proposed Compromise** | **Defendant's Proposed Compromise** | **[Reserved for Court Use]** |
|---|---|---|---|
| **Google Ventures**<br><br>**Request for Production No. 1**: All documents and communications regarding Joel Runyon or Impossible LLC, including without limitation any product or service offered by either.<br><br>**RFP No. 2:** All communications with Impossible Foods regarding the value of Impossible Foods's trademarks.<br><br>**RFP No. 3:** All documents and communications with Impossible Foods regarding Impossible Foods's product roadmap or future expansion plans, including, but not limited to, nutritional supplements, protein bars, snack bars, cookbooks, recipes, or meal planning services.<br><br>**RFP No. 4:** All documents and communications regarding Impossible Foods's past, current, or future target consumers.<br><br>**RFP No. 5:** All communications regarding actual or potential licenses of Impossible Foods's | Withdrawal of the subpoena. | Impossible LLC will withdraw the subpoena if Impossible Foods timely produces all the information requested therein and provides a witness to testify about the contents of those documents. | |

1

| | | | |
|---|---|---|---|
| trademarks to third parties.<br><br>**RFP No. 6:** Documents sufficient to show actual or potential licenses of Impossible Foods's trademarks to third parties. | | | |
| **Khosla Ventures**<br><br>**RFP No. 1**: All documents and communications regarding Joel Runyon or Impossible LLC, including without limitation any product or service offered by either.<br><br>**RFP No. 2:** All communications with Impossible Foods regarding the value of Impossible Foods's trademarks.<br><br>**RFP No. 3:** All documents and communications with Impossible Foods regarding Impossible Foods's product roadmap or future expansion plans, including, but not limited to, nutritional supplements, protein bars, snack bars, cookbooks, recipes, or meal planning services.<br><br>**RFP No. 4:** All documents and communications regarding Impossible Foods's past, current, or future target consumers. | Withdrawal of the subpoena. | Impossible LLC will withdraw the subpoena if Impossible Foods timely produces all the information requested therein and provides a witness to testify about the contents of those documents. | |

2

| | | | |
|---|---|---|---|
| **RFP No. 5:** All communications regarding actual or potential licenses of Impossible Foods's trademarks to third parties.<br><br>**RFP No. 6:** Documents sufficient to show actual or potential licenses of Impossible Foods's trademarks to third parties. | | | |
| **Next Play Capital**<br><br>**RFP No. 1**: All documents and communications regarding Joel Runyon or Impossible LLC, including without limitation any product or service offered by either.<br><br>**RFP No. 2:** All communications with Impossible Foods regarding the value of Impossible Foods's trademarks.<br><br>**RFP No. 3:** All documents and communications with Impossible Foods regarding Impossible Foods's product roadmap or future expansion plans, including, but not limited to, nutritional supplements, protein bars, snack bars, cookbooks, recipes, or meal planning services. | Withdrawal of the subpoena. | Impossible LLC will withdraw the subpoena if Impossible Foods timely produces all the information requested therein and provides a witness to testify about the contents of those documents. | |

3

| | | | |
|---|---|---|---|
| **RFP No. 4:** All documents and communications regarding Impossible Foods's past, current, or future target consumers.<br><br>**RFP No. 5:** All communications regarding actual or potential licenses of Impossible Foods's trademarks to third parties.<br><br>**RFP No. 6:** Documents sufficient to show actual or potential licenses of Impossible Foods's trademarks to third parties. | | | |
| **Serena Ventures**<br><br>**RFP No. 1**: All documents and communications regarding Joel Runyon or Impossible LLC, including without limitation any product or service offered by either.<br><br>**RFP No. 2:** All communications with Impossible Foods regarding the value of Impossible Foods's trademarks.<br><br>**RFP No. 3:** All documents and communications with Impossible Foods regarding Impossible Foods's product roadmap or future expansion plans, including, but not limited to, nutritional | Withdrawal of the subpoena. | Impossible LLC will withdraw the subpoena if Impossible Foods timely produces all the information requested therein and provides a witness to testify about the contents of those documents. | |

4

| | | | |
|---|---|---|---|
| supplements, protein bars, snack bars, cookbooks, recipes, or meal planning services.<br><br>**RFP No. 4:** All documents and communications regarding Impossible Foods's past, current, or future target consumers.<br><br>**RFP No. 5:** All communications regarding actual or potential licenses of Impossible Foods's trademarks to third parties.<br><br>**RFP No. 6:** Documents sufficient to show actual or potential licenses of Impossible Foods's trademarks to third parties. | | | |
| **Temasek Holdings**<br><br>**RFP No. 1**: All documents and communications regarding Joel Runyon or Impossible LLC, including without limitation any product or service offered by either.<br><br>**RFP No. 2:** All communications with Impossible Foods regarding the value of Impossible Foods's trademarks.<br><br>**RFP No. 3:** All documents and communications with Impossible Foods regarding Impossible | Withdrawal of the subpoena. | Impossible LLC will withdraw the subpoena if Impossible Foods timely produces all the information requested therein and provides a witness to testify about the contents of those documents. | |

| | | | |
|---|---|---|---|
| Foods's product roadmap or future expansion plans, including, but not limited to, nutritional supplements, protein bars, snack bars, cookbooks, recipes, or meal planning services.<br><br>**RFP No. 4:** All documents and communications regarding Impossible Foods's past, current, or future target consumers.<br><br>**RFP No. 5:** All communications regarding actual or potential licenses of Impossible Foods's trademarks to third parties.<br><br>**RFP No. 6:** Documents sufficient to show actual or potential licenses of Impossible Foods's trademarks to third parties. | | | |
| **USB**<br><br>**RFP No. 1**: All documents and communications regarding Joel Runyon or Impossible LLC, including without limitation any product or service offered by either.<br><br>**RFP No. 2:** All communications with Impossible Foods regarding the value of Impossible Foods's trademarks. | Withdrawal of the subpoena. | Impossible LLC will withdraw the subpoena if Impossible Foods timely produces all the information requested therein and provides a witness to testify about the contents of those documents. | |

6

| | | | |
|---|---|---|---|
| **RFP No. 3:** All documents and communications with Impossible Foods regarding Impossible Foods's product roadmap or future expansion plans, including, but not limited to, nutritional supplements, protein bars, snack bars, cookbooks, recipes, or meal planning services.<br><br>**RFP No. 4:** All documents and communications regarding Impossible Foods's past, current, or future target consumers.<br><br>**RFP No. 5:** All communications regarding actual or potential licenses of Impossible Foods's trademarks to third parties.<br><br>**RFP No. 6:** Documents sufficient to show actual or potential licenses of Impossible Foods's trademarks to third parties. | | | |
| **Viking Global Investors**<br><br>**RFP No. 1**: All documents and communications regarding Joel Runyon or Impossible LLC, including without limitation any product or service offered by either. | Withdrawal of the subpoena. | Impossible LLC will withdraw the subpoena if Impossible Foods timely produces all the information requested therein and provides a witness to testify about the contents of those documents. | |

7

| | | | |
|---|---|---|---|
| **RFP No. 2:** All communications with Impossible Foods regarding the value of Impossible Foods's trademarks.<br><br>**RFP No. 3:** All documents and communications with Impossible Foods regarding Impossible Foods's product roadmap or future expansion plans, including, but not limited to, nutritional supplements, protein bars, snack bars, cookbooks, recipes, or meal planning services.<br><br>**RFP No. 4:** All documents and communications regarding Impossible Foods's past, current, or future target consumers.<br><br>**RFP No. 5:** All communications regarding actual or potential licenses of Impossible Foods's trademarks to third parties.<br><br>**RFP No. 6:** Documents sufficient to show actual or potential licenses of Impossible Foods's trademarks to third parties. | | | |
| **Coatue Management**<br><br>**RFP No. 1**: All documents and communications regarding Joel Runyon or Impossible LLC, | Withdrawal of the subpoena. | Impossible LLC will withdraw the subpoena if Impossible Foods timely produces all the information requested therein and provides a witness to testify about the contents of those documents. | |

8

| | | | |
|---|---|---|---|
| including without limitation any product or service offered by either.<br><br>**RFP No. 2:** All communications with Impossible Foods regarding the value of Impossible Foods's trademarks.<br><br>**RFP No. 3:** All documents and communications with Impossible Foods regarding Impossible Foods's product roadmap or future expansion plans, including, but not limited to, nutritional supplements, protein bars, snack bars, cookbooks, recipes, or meal planning services.<br><br>**RFP No. 4:** All documents and communications regarding Impossible Foods's past, current, or future target consumers.<br><br>**RFP No. 5:** All communications regarding actual or potential licenses of Impossible Foods's trademarks to third parties.<br><br>**RFP No. 6:** Documents sufficient to show actual or potential licenses of Impossible Foods's trademarks to third parties. | | | |

**Agency Notices of Deposition**

| Third Party & Topics | Plaintiff's Proposed Compromise | Defendant's Proposed Compromise | [Reserved for Court Use] |
|---|---|---|---|
| **William Morris Endeavor, LLC**<br><br>**Topic 1:** The negotiation, terms, and duration of any agreements between Impossible Foods any WME client.<br><br>**Topic 2:** The compensation or other consideration of any nature or value whatsoever furnished by Impossible Foods to any WME client in respect of any promotional activity undertaken by such client.<br><br>**Topic 3:** The brand guidelines or policies applicable to any promotional activity undertaken by any WME client in respect of any Impossible Foods product or campaign.<br><br>**Topic 4:** The specific promotional activities undertaken by any WME client in respect of any Impossible Foods product or marketing campaign. | Withdrawal of the deposition notice. | Impossible LLC will withdraw the deposition notice if Impossible Foods timely produces all the information requested in the disputed document subpoenas and provides a witness to testify about the contents of those documents. | |
| **California Artists Agency, LLC**<br><br>**Topic 1:** The negotiation, terms, and duration of any agreements between Impossible Foods any CAA client. | Withdrawal of the deposition notice. | Impossible LLC will withdraw the deposition notice if Impossible Foods timely produces all the information requested in the disputed document subpoenas and | |

| | | provides a witness to testify about the contents of those documents. | |
|---|---|---|---|
| **Topic 2:** The compensation or other consideration of any nature or value whatsoever furnished by Impossible Foods to any CAA client in respect of any promotional activity undertaken by such client.<br><br>**Topic 3:** The brand guidelines or policies applicable to any promotional activity undertaken by any CAA client in respect of any Impossible Foods product or campaign.<br><br>**Topic 4:** The specific promotional activities undertaken by any CAA client in respect of any Impossible Foods product or marketing campaign. | | | |

**Agency Subpoenas**

| **Third Party & Requests** | **Plaintiff's Proposed Compromise** | **Defendant's Proposed Compromise** | **[Reserved for Court Use]** |
|---|---|---|---|
| **William Morris Endeavor, LLC**<br><br>**Request for Production No. 1**: All communications with Impossible Foods on behalf of or relating to any past, present, or potential future promotional activity undertaken by Serena | Withdrawal of the subpoena. | Impossible LLC will withdraw the subpoena if Impossible Foods timely produces all the information requested therein and provides a witness to testify about the contents of those documents. | |

11

| | | | |
|---|---|---|---|
| Williams, Jaden Smith, Ahmir Khalib Thompson, and Jimmy Kimmel. | | | |
| **RFP No. 2:** All contracts or other agreements relating to any past, present, or potential future promotional activity undertaken by any of Serena Williams, Jaden Smith, Ahmir Khalib Thompson, and Jimmy Kimmel in relation to Impossible Foods or any of its products or campaigns. | | | |
| **RFP No. 3:** All branding guidelines or policies relating to any past, present, or potential future promotional activity undertaken by any of Serena Williams, Jaden Smith, Ahmir Khalib Thompson, and Jimmy Kimmel in relation to Impossible Foods or any of its products or campaigns. | | | |
| **RFP No. 4:** Documents sufficient to show all compensation or other tangible consideration of any value whatsoever provided by Impossible Foods to any of | | | |

12

| | | | |
|---|---|---|---|
| Serena Williams, Jaden Smith, Ahmir Khalib Thompson, and Jimmy Kimmel.<br><br>**RFP No. 5:** Any sample, suggested, or exemplary posts, scripts, art, graphics, press releases, drafts, or public statements of any kind or nature whatsoever provided by to You by Impossible Foods in relation to any of its products or campaigns.<br><br>**RFP No. 6:** All communications with Impossible Foods regarding Impossible LLC or its principal, Joel Runyon.<br><br>**RFP No. 7:** All communications with Impossible Foods regarding its legal dispute with Impossible LLC and Mr. Runyon. | | | |
| **California Artists Agency, LLC**<br><br>**RFP No. 1**: All communications with Impossible Foods on behalf of or relating to any past, present, or potential future promotional activity undertaken by Terry Crews, Lonnie Rashid Lynn | Withdrawal of the subpoena. | Impossible LLC will withdraw the subpoena if Impossible Foods timely produces all the information requested therein and provides a witness to testify about the contents of those documents. | |

| | | | |
|---|---|---|---|
| (stage name "Common"), Mindy Kaling, Katy Perry, Trevor Noah, and Paul George.<br><br>**RFP No. 2:** All contracts or other agreements relating to any past, present, or potential future promotional activity undertaken by any of [list clients] [sic] in relation to Impossible Foods or any of its products or campaigns.<br><br>**RFP No. 3:** All branding guidelines or policies relating to any past, present, or potential future promotional activity undertaken by any of Terry Crews, Lonnie Rashid Lynn (stage name "Common"), Mindy Kaling, Katy Perry, Trevor Noah, and Paul George in relation to Impossible Foods or any of its products or campaigns.<br><br>**RFP No. 4:** Documents sufficient to show all compensation or other tangible consideration of any value whatsoever provided by Impossible Foods to any of Terry Crews, Lonnie Rashid Lynn | | | |

14

| | | | |
|---|---|---|---|
| (stage name "Common"), Mindy Kaling, Katy Perry, Trevor Noah, and Paul George.<br><br>**RFP No. 5:** Any sample, suggested, or exemplary posts, scripts, art, graphics, press releases, drafts, or public statements of any kind or nature whatsoever provided by to You by Impossible Foods in relation to any of its products or campaigns.<br><br>**RFP No. 6:** All communications with Impossible Foods regarding Impossible LLC or its principal, Joel Runyon.<br><br>**RFP No. 7:** All communications with Impossible Foods regarding its legal dispute with Impossible LLC and Mr. Runyon. | | | |