**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation, | Case No. 5:21-cv-02419-BLF (SVK) |
| Plaintiff/Counter-Defendant | **[PLAINTIFF'S PROPOSED] ORDER ON JOINT STATEMENT REGARDING DEFENDANT IMPOSSIBLE LLC'S SUBPOENAS TO THIRD PARTIES** |
| v. | |
| IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON, | Re: Dkt. No. 172 |
| Defendants/Counter-Plaintiffs. | |

**ORDER**

Before the Court is a Joint Statement submitted by Plaintiff Impossible Foods Inc. concerning Defendant Impossible LLC's subpoenas and notices of deposition to third parties. Having reviewed the Joint Statement and its exhibits, the Court grants Plaintiff's motion for a protective order quashing the subpoenas and notices of deposition because Defendants issued the subpoenas to improperly create settlement leverage and because the subpoenas seek information disproportional to the needs of this case.

Accordingly, Plaintiff's motion is hereby GRANTED.

**SO ORDERED**.

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge