UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br> Plaintiff, <br> v. <br> IMPOSSIBLE LLC, et al., <br> Defendants. | Case No. 5:21-cv-02419-BLF <br><br> **ORDER TERMINATING MOTION TO STRIKE AS MOOT AND VACATING HEARING DATE** |

On April 4, 2025, Plaintiff/Counter-Defendant Impossible Foods Inc. filed a Motion to Strike Defendants' Affirmative Defenses, seeking an order striking Defendants/Counter-Plaintiffs' affirmative defenses of unclean hands, estoppel, waiver, and acquiescence from the record. Dkt. No. 170. Later that same day, Defendants/Counter-Plaintiffs Impossible LLC and Joel Runyon filed an Answer and Revised Counterclaims to Third Amended Complaint [Corrected]. Dkt. No. 171.

Because Impossible Foods Inc. moved to strike material from Dkt. No. 168, which is no longer the operative Answer and Counterclaims, the motion to strike as currently filed is moot. The Court hereby TERMINATES Dkt. No. 170 and VACATES the June 26, 2025 hearing date. This Order is without prejudice to Impossible Foods Inc. renewing the motion to strike select affirmative defenses based upon the operative Answer and Counterclaims.

**IT IS SO ORDERED.**

Dated: April 7, 2025

_____
BETH LABSON FREEMAN
United States District Judge