KOLLIN J. ZIMMERMANN (SBN 273092)
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East
Suite 2300
Los Angeles, California 90067
Telephone: (310) 777-3755
Facsimile: (310) 362-8756
kzimmermann@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice*)
ERICA CHANIN (*pro hac vice*)
1100 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 815-6572
Facsimile: (404) 541-3240
chenn@ktslaw.com
fflemming@ktslaw.com
echanin@ktslaw.com

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>　　　　　Plaintiff/Counter-Defendant,<br><br>　v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,<br><br>　　　　　Defendants/Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANT IMPOSSIBLE FOODS INC.'S MOTION TO STRIKE DEFENDANTS/COUNTER-PLAINTIFFS' AFFIRMATIVE DEFENSES**<br><br>Judge:　Hon. Beth Labson Freeman<br>Date:　June 26, 2025<br>Time:　9:00 a.m. |

**[PROPOSED] ORDER**

Plaintiff/Counter-Defendant Impossible Foods Inc. ("Impossible Foods") has moved to strike Defendants/Counter-Plaintiffs' Impossible LLC's and Joel Runyon's affirmative defenses of unclean hands, estoppel, waiver, and acquiescence asserted in Defendants' Answer and Revised Counterclaims to Impossible Foods's Third Amended Complaint [Corrected] pursuant to Federal Rules of Civil Procedure 12(f) and Local Rule 10-1.

After considering the briefs, the arguments of counsel, and the evidence of record, the Court orders that Impossible Foods's Motion to Strike is GRANTED. Defendants' affirmative defenses of unclean hands, estoppel, waiver, and acquiescence are hereby STRICKEN.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Hon. Beth Labson Freeman
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF/DEFENDANT IMPOSSIBLE FOODS INC.'S MOTION TO STRIKE
CASE NO. 5:21-CV-02419-BLF