1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

   Plaintiff / Counter-Defendant,

      v.

IMPOSSIBLE LLC and JOEL RUNYON,

 Defendants / Counter- Plaintiffs.

Case No. 5:21-cv-02419-BLF (SVK)

**[PROPOSED] ORDER**

<u>**ORDER**</u>

     Before the Court is a Joint Statement submitted by Defendant/Counterclaim Plaintiff Impossible LLC concerning Plaintiff/Counterclaim Defendant Impossible Foods Inc.'s responses to Impossible LLC's Interrogatory Nos. 16, 20, and 21, and Requests for Production Nos. 124 and 125. Having reviewed the Joint Statement and its exhibits, the Court grants Impossible LLC's motion.

     **IT IS SO ORDERED.**

Dated: _____, 2025

_____
Honorable Susan van Keulen
United States Magistrate Judge