**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

Plaintiff / Counter-Defendant,

v.

IMPOSSIBLE LLC and JOEL RUNYON,

Defendants / Counter- Plaintiffs.

Case No. 5:21-cv-02419-BLF (SVK)

**[PROPOSED] ORDER**

**ORDER**

Before the Court is a Joint Statement submitted by Defendant/Counterclaim Plaintiff Impossible LLC concerning further inquiry into the timing of Plaintiff/Counterclaim Defendant Impossible Foods Inc.'s permanent deletion of the emails and custodial documents of Myra Pasek and Jordan Schenck. Having reviewed the Joint Statement and its exhibits, the Court grants Impossible LLC's motion.

**IT IS SO ORDERED.**

Dated: _______________, 2025

_______________________________
Honorable Susan van Keulen
United States Magistrate Judge