J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
  cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
  gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel.: (415) 599-0210

Faith Barksdale, Esq. (*pro hac vice* admission)
  barksdale@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Tel.: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Defendants / Counter-Plaintiffs*
*IMPOSSIBLE LLC and JOEL RUNYON*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff / Counter-Defendant, <br><br> v. <br><br> IMPOSSIBLE LLC and JOEL RUNYON, <br><br> Defendants / Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK) <br><br> **DECLARATION OF ADAM S. CASHMAN REGARDING ECF NOS. 185, 186, and 187** |

I, Adam Cashman, declare as follows:

1. I am licensed to practice before this Court. I am a partner of the law firm of BraunHagey & Borden LLP, counsel of record for Defendant/Counterclaim-Plaintiff Impossible LLC ("Impossible LLC") and Joel Runyon. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. Impossible LLC was unable to file ECF Nos. 185, 186, and 187 by 11:59 a.m. because of technical difficulties that arose with finalizing the joint statements.

3. When Impossible LLC received Impossible Foods's portions of the joint statements at 10:12 a.m., attorneys and staff immediately started working to finalize the joint statements and incorporate the new exhibits into the filing. However, in finalizing the Joint Statement on Impossible Foods's Interrogatory and RFP Responses in Microsoft Word, a series of technical difficulties arose. Specifically, the text and pleading paper were misaligned and our efforts to re-format the document to align the text with the line numbers only created additional formatting issues with the document. Our staff then reverted to a prior version of the joint statement and transferred the joint statement text, but that apparently corrupted the formatting of that version of the document. After efforts to recover that document were unsuccessful, our office re-created the pleading from scratch and incorporated the parties' portions of the joint statements into a PDF and filed as soon as possible.

4. Unfortunately, our office also experienced similar formatting issues with the Joint Statement Regarding Further Inquiry into Impossible Foods Inc.'s Deletion of the Emails and Custodial Documents of Myra Pasek and Jordan Schenck, which also required our office to reconstruct that document before filing. Because that document was the subject of an administrative motion to seal, the process to reconstruct the document further delayed our ability to finalize the PDF, redact the relevant portions of the statement, and file the sealing papers.

5. Throughout the process, attorneys and staff worked diligently to address the issues but were unable to resolve them prior to the Court's deadline. We regret that we were unable to overcome these technical issues before the deadline and would respectfully request that the Court accept and consider the Motions on their merits notwithstanding that they were untimely filed.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 23, 2025

BRAUNHAGEY & BORDEN LLP

By: /s/ Adam S. Cashman
     Adam S. Cashman

*Attorneys for Defendants / Counter-Plaintiffs Impossible LLC and Joel Runyon*