J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel. (415) 599-0210

Faith Barksdale, Esq. (*pro hac vice*)
barksdale@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Tel.: (646) 829-9403

*Attorneys for Defendants / Counter-Plaintiffs Impossible LLC and Joel Runyon*

KOLLIN J. ZIMMERMANN (SBN 273092)
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
kzimmermann@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice*)
JESSICA W. TRUELOVE (*pro hac vice*)
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6572
Facsimile: (404) 541-3240
chenn@ktslaw.com
fflemming@ktslaw.com
jtruelove@ktslaw.com

*Attorneys for Plaintiff/Counter-Defendant IMPOSSIBLE FOODS INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

Plaintiff / Counter-Defendant,

v.

IMPOSSIBLE LLC and JOEL RUNYON,

Defendants / Counter-Plaintiffs.

Case No. 5:21-cv-02419-BLF (SVK)

# JOINT STATEMENT REGARDING CORRECTION TO DKT. NO. 186

| | |
|---|---|
| **Judge:** | Hon. Beth Labson Freeman |
| **Compl. Filed:** | April 2, 2021 |
| **Third Am. Compl. Filed:** | March 7, 2025 |
| **Trial Date:** | November 10, 2025 |

In response to the Court's April 24, 2025 Order (Dkt. No. 193), Impossible LLC states the following: As the moving party, Impossible LLC assumed responsibility for finalizing and filing the parties' Joint Statement Regarding Further Inquiry Into the Timing of Impossible Foods Inc.'s Permanent Deletion of the Emails and Custodial Documents of Myra Pasek and Jordan Schenck (Dkt. No. 186). As such, Impossible Foods sent its portion of the Joint Statement to Impossible LLC for filing. However, because of formatting issues that appear to have been caused by multiple law firms editing and saving the same Microsoft Word Document, that Joint Statement became corrupted in the lead-up to filing. Among the formatting issues impacted by corruption of that document were extraneous tabs and the removal of all bolding and italicization, including in the main text and in citations (and their signals). Impossible LLC represents that it was aware of, but unable to correct, those issues before filing Dkt. No. 186. After the filing was completed, Impossible Foods requested that these formatting issues be corrected, which Impossible LLC was able to accomplish by reverting to a prior version of the Joint Statement and manually inputting Impossible Foods's portion of the statement, which it filed as the Corrected Joint Statement, Dkt. No. 188. The changes made were therefore only stylistic formatting changes; no substantive changes were made.

Dated: April 24, 2025

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: *s/ Adam S. Cashman*
Adam S. Cashman

*Attorneys for Defendants / Counter-Plaintiffs Impossible LLC and Joel Runyon*

Dated: April 24, 2025

KILPATRICK TOWNSEND & STOCKTON

By: */s/ H. Forrest Flemming III (w/permission)*
H. Forrest Flemming III

*Attorney for Plaintiff/Counter-Defendant Impossible Foods Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2025, the foregoing was served electronically on all counsel of record.

By: *<u>/s/Adam S. Cashman</u>*
Adam S. Cashman