# Exhibit G

| ILLC's Discovery Request | Duplicative/Cumulative Requests |
|---|---|
| **Interrogatory No. 16**: On a year-by-year basis, identify the descriptive words most often used to describe IFI's products in its marketing messaging for each year from 2015 to the present. | **Interrogatory No. 6**: For each good or service with which Plaintiff has used, is using, or intends to use Plaintiff's Marks, identify any efforts to market or promote such good or service in connection with Plaintiff's Marks, including the type of marketing or advertising, the targeted audience for such marketing or advertising, the amount spent on such marketing or advertising, and Plaintiff's person most knowledgeable [sic] of such facts. |
| **Interrogatory No. 20**: On a year-by-year and product-by-product basis, identify IFI's annual revenue for all plant-based meat products sold in connection with Plaintiff/Counter-Defendant's Marks, for every year from 2015 through the date of service of your response. | **RFP No. 21**: For each good and services with which Plaintiff has used, is using, or intends to use Plaintiff's Marks, produce documents sufficient to identify, by calendar quarter, the approximate revenue received to date from sales of Plaintiff's goods and services under Plaintiff's Marks.<br><br>**RFP No. 113**: On a product-by-product basis, produce documents sufficient to identify, by quarter or annually, the profits from sales of IFI's goods and services offered under one or more of its trademarks.<br><br>**RFP No. 116**: Produce all documents sufficient to show the volume of IFI's apparel sales, by quarter or annually, from the date of first sale of IFI-branded apparel.<br><br>**RFP No. 117**: Produce all documents sufficient to show the revenue for IFI's apparel sales, by quarter or annually, from the date of first sale of IFI-branded apparel.<br><br>**RFP No. 118**: Produce all documents sufficient to show the profits from IFI's apparel sales, by quarter or annually, from the date of first sale of IFI-branded apparel.<br><br>**RFP No. 121**: Produce documents sufficient to show the approximate revenue for IFI's cookbook sales, by quarter or annually, from the date of first sale.<br><br>**RFP No. 122**: Produce documents sufficient to show the approximate profits from IFI's cookbook sales, by quarter or annually, from the date of first sale. |
| **Interrogatory No. 21**: On a year-by-year and product-by-product basis, identify IFI's total annual expenditures on all forms of advertising or promotional activity undertaken as to any (i) | **RFP No. 12**: For each good and service with which Plaintiff has used, is using, or intends to use Plaintiff's Marks, produce documents sufficient to show, by calendar quarter, the dollar amount expended by Plaintiff to advertise Plaintiff's Marks in connection therewith. |

| | |
|---|---|
| cookbooks; (ii) apparel products; (iii) philanthropic activities; and (iv) sales of edible products offered for sale under any of Plaintiff's Marks from 2015 through the date of your response. | **RFP No. 80**: Produce documents sufficient to show, on a monthly, quarterly, and annual basis, the amount Plaintiff spent on advertising and promoting nutrition and recipe information under the IMPOSSIBLE brand, from 2019 to the present.<br><br>**RFP No. 81**: Produce documents sufficient to show, on a monthly, quarterly, and annual basis, the amount Plaintiff spent on advertising and promoting philanthropy services (including charitable fundraising and charitable events) offered under the IMPOSSIBLE Marks, from 2019 to the present.<br><br>**RFP No. 82**: Produce documents sufficient to show, on a monthly, quarterly, and annual basis, the amount Plaintiff spent on advertising and promoting the IMPOSSIBLE brand at athletic events, from 2019 to the present.<br><br>**RFP No. 128**: Produce documents sufficient to show IFI's marketing expenditures from 2011 to the present.<br><br>**RFP No. 131**: Produce documents sufficient to show IFI's branding expenditures from 2011 to the present.<br><br>**RFP No. 134**: Produce documents sufficient to show IFI's advertising expenditures from 2011 to the present. |
| **RFP No. 124**: Produce all documents concerning business forecasts and projections, by quarter or annually, from 2025 onward. | N/A |
| **RFP No. 125**: Produce documents sufficient to show internal reporting of annual sales and distribution activities for goods and services bearing Plaintiff/Counter-Defendant's Marks from 2011 to the present. | **RFP No. 21**: For each good and services with which Plaintiff has used, is using, or intends to use Plaintiff's Marks, produce documents sufficient to identify, by calendar quarter, the approximate revenue received to date from sales of Plaintiff's goods and services under Plaintiff's Marks.<br><br>**RFP No. 113**: On a product-by-product basis, produce documents sufficient to identify, by quarter or annually, the profits from sales of IFI's goods and services offered under one or more of its trademarks.<br><br>**RFP No. 116**: Produce all documents sufficient to show the volume of IFI's apparel sales, by quarter or annually, from the date of first sale of IFI-branded apparel. |

|  | **RFP No. 117**: Produce all documents sufficient to show the revenue for IFI's apparel sales, by quarter or annually, from the date of first sale of IFI-branded apparel.<br><br>**RFP No. 118**: Produce all documents sufficient to show the profits from IFI's apparel sales, by quarter or annually, from the date of first sale of IFI-branded apparel.<br><br>**RFP No. 119**: Produce documents sufficient to show the date of the first sale of any cookbook offered under or in connection with any IFI trademark.<br><br>**RFP No. 121**: Produce documents sufficient to show the approximate revenue for IFI's cookbook sales, by quarter or annually, from the date of first sale.<br><br>**RFP No. 122**: Produce documents sufficient to show the approximate profits from IFI's cookbook sales, by quarter or annually, from the date of first sale. |