# EXHIBIT A

## FILED UNDER SEAL PURSUANT TO COURT ORDER GRANTING SEALING [Dkt. Nos. 203, 204]