UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br>  Plaintiff, <br><br> v. <br><br> IMPOSSIBLE LLC, et al., <br><br>  Defendants. <br><br> IMPOSSIBLE LLC, et al., <br><br>  Counterclaim Plaintiffs, <br><br> v. <br><br> IMPOSSIBLE FOODS INC., <br><br>  Counterclaim Defendant. | Case No. 5:21-cv-02419-BLF <br><br> **ORDER DIRECTING PARTIES TO SUBMIT JOINT REQUEST FOR ANY PROPOSED REDACTIONS TO ORDER** <br><br> [Re: Dkt. No. 222] |

On June 4, 2025, the Court issued its written order on Impossible Foods Inc.'s Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge provisionally under seal. Dkt. No. 222. The Parties SHALL submit a joint request for any proposed redactions to the order before it is filed on the public docket, or a statement that no redactions are requested, **by June 18, 2025**. If the Parties request redactions, they shall submit two versions of the proposed redacted order with their joint request (both under seal), one with proposed redactions highlighted and one with proposed redactions applied.

**IT IS SO ORDERED.**

Dated: June 4, 2025

_____
BETH LABSON FREEMAN
United States District Judge