UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IMPOSSIBLE FOODS INC            ,

Plaintiff(s),

v.

IMPOSSIBLE LLC and JOEL ☐      ,

Defendant(s).

Case No. 5:21-cv-02419-BLF (SVK)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Marissa R. Benavides      , an active member in good standing of the bar of

Illinois                      , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Impossible LLC and Joel Runyon in the

above-entitled action. My local co-counsel in this case is Adam S. Cashman        , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 255063         .

| | |
|---|---|
| 118 W 22nd Street, 12th Floor<br>New York NY 10011 | 747 Front Street, 4th Floor<br>San Francisco CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (646) 829-9403 | (415) 599-0210 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| benavides@braunhagey.com | cashman@braunhagey.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 6323626    .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ____0____ times in the 12 months

preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 06/06/2025                                    Marissa R. Benavides
                                                          APPLICANT

5

6

7

8                       ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11      IT IS HEREBY ORDERED THAT the application of Marissa R. Benavides        is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: June 10, 2025

16

17                                    _____
                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                              2



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite
1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
2/26/2025

Re: Marissa Benavides
Attorney No. 6323626

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that
Marissa Benavides was admitted to practice law in Illinois on 11/10/2016; is currently
registered on the master roll of attorneys entitled to practice law in this state; has never been
disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar