KOLLIN J. ZIMMERMANN (SBN 273092)
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East
Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
kzimmermann@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice)*
ERICA CHANIN (*pro hac vice)*
1100 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 815-6549
Facsimile: (404) 541-3139
chenn@ktslaw.com
fflemming@ktslaw.com
echanin@ktslaw.com

Attorneys for Plaintiff
IMPOSSIBLE FOODS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,<br><br>Defendants/Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE CASE SCHEDULING ORDER**<br><br>Judge: Hon. Beth Labson Freeman<br>Date: August 28, 2025<br>Time: 9:00 a.m. |

# [PROPOSED] ORDER

Plaintiff/Counter-Defendant Impossible Foods Inc. ("Impossible Foods") moved to modify the case scheduling order in accordance with Local Rule 6-3 in order to accommodate *in camera* review of Defendants' documents as ordered by this Court on June 4, 2025 (ECF 222).

After considering the briefs, the arguments of counsel, and the evidence of record, the Court orders that Impossible Foods's Motion is GRANTED. The case schedule is modified as follows:

| **Event** | **New Date** |
|---|---|
| Summary Judgment Motions Due | 8/8/2025 |
| Summary Judgment Oppositions Due | 8/29/2025 |
| Summary Judgment Replies Due | 9/12/2025 |

**IT IS SO ORDERED.**

DATED: _______________, 2025

_________________________________
Hon. Beth Labson Freeman
United States District Judge