UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br> Plaintiff, <br> v. <br> IMPOSSIBLE X LLC, et al., <br> Defendants. | Case No. 21-cv-02419-BLF (SVK) <br><br> **ORDER FOR SUBMISSION OF FURTHER DOCUMENTS** <br><br> Re: Dkt. Nos. 224, 230 |

To assist the Court in conducting *in camera* review pursuant to its Order re *In Camera Review*, (Dkt. 224), Defendants are hereby directed to submit the following additional documents:

(1) the attachment to the email at Tab 8, which was omitted from the previously submitted documents; and

(2) additional emails leading up to the first email in Tab 13, whether in the same chain or a different chain in the preceding days, to identify the questions to which Tab 13 is responding.

These additional documents shall be submitted to SvKCRD@cand.uscourts.gov for *in camera* review **by 5:00pm Pacific Time today**.

**SO ORDERED.**

Dated: June 25, 2025

SUSAN VAN KEULEN
United States Magistrate Judge