**FILED UNDER SEAL**

KOLLIN J. ZIMMERMANN (SBN 273092)
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East
Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
kzimmermann@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice*)
ERICA CHANIN (*pro hac vice*)
1100 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 815-6549
Facsimile: (404) 541-3139
chenn@ktslaw.com
fflemming@ktslaw.com
echanin@ktslaw.com

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant<br><br>v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,<br><br>Defendants/Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**DECLARATION OF JUDY LUCAS-MCGREEVY PER DKT. 248**<br><br>**FILED UNDER SEAL**<br><br>Judge: Hon. Beth Labson Freeman |

I, Judy Lucas-McGreevy, declare under penalty of perjury that the following is true and correct:

1.  I am currently Director, IT Governance & Services at Impossible Foods, Inc. ("Impossible Foods"). I am over the age of twenty-one and am competent to make this declaration based on my personal knowledge. I submit this supplemental declaration pursuant to the Court's July 15, 2025 Order. *See* Dkt. 248.

2.  I have been the Director, IT Governance & Services at Impossible Foods since

**FILED UNDER SEAL**

August 2022. I joined Impossible Foods as a full-time employee in December 2018 (after a period as a contractor between July 2018 and December 2018), and from December 2018 to August 2022, I was a Senior Manager in Impossible Foods's IT department. In my current role, I am the head of Impossible Foods's IT department. William Van Curen discussed his prior conversations with me about the topics below in his May 23, 2025 Declaration.

3. As a Senior Manager and then as Director, I have personal knowledge of the document retention policies and practices used by Impossible Foods since December 2018. When I joined the company, I was educated on the IT department's existing policies and practices, including for retaining or deleting documents of departing employees.

[lines 10–28 redacted]

DECLARATION OF JUDY LUCAS-MCGREEVY
CASE NO. 5:21-CV-02419-BLF

2

**FILED UNDER SEAL**



DECLARATION OF JUDY LUCAS-MCGREEVY
CASE NO. 5:21-CV-02419-BLF

**FILED UNDER SEAL**

1. ████████████████████████████████████████
2. ████████████████████████████████████████
3. ████████████████████████████████████████
4. ████████████████████████████████████
5.    █  ██████████████████████████████████
6. ████████████████████████████████████
7. ████████████████████████████████████
8. ████████████████████████████████████████
9. █████
10.    █  ██████████████████████████████████
11. ████████████████████████████████████████
12. ████████████████████████████████████████
13. ████████████████████████████████████████
14. ████████████████████████████████████████
15. ██
16.    █  ██████████████████████████████
17. ████████████████████████████████████████
18. ████████████████████████████████████████
19. ████████████████████████████████████████
20. ██████████████████
21.    █  ██████████████████████████████
22. ████████████████████████████████████████
23. ████████████████████████████████████████
24. ██████████████████████

25. I declare under penalty of perjury that the foregoing is true and correct.

26. Executed on July 22, 2025, in Walnut Creek, California.

27.                                         */s/ Judy Lucas-McGreevy*
28.                                         Judy Lucas-McGreevy

DECLARATION OF JUDY LUCAS-MCGREEVY
CASE NO. 5:21-CV-02419-BLF

4