J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
Faith Barksdale, Esq. (*pro hac vice* admission)
barksdale@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Defendants / Counter-Plaintiffs*
*Impossible LLC and Joel Runyon*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC and JOEL RUNYON,<br><br>Defendants / Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**JOINT STIPULATION REGARDING MOTION TO REOPEN FACT DISCOVERY [DKT. NO. 246]**<br><br>**Judge:** Hon. Beth Labson Freeman<br>**Mag. Judge:** Hon. Susan van Keulen<br>**Compl. Filed:** April 2, 2021<br>**Third Am. Compl. Filed:** March 7, 2025<br>**Hearing Date:** August 7, 2025 |

Plaintiff/Counter-Defendant Impossible Foods Inc. ("Plaintiff/Counter-Defendant") and Defendants/Counter-Plaintiffs Impossible LLC and Joel Runyon ("Defendants/Counter-Plaintiffs" and together, the "Parties"), hereby stipulate and agree through their undersigned counsel of record as follows:

**WHEREAS**, on July 14, 2025, Impossible Foods moved to reopen fact discovery, seeking an in-person deposition of Joel Runyon and Impossible LLC for up to one hour, *see* Dkt. No. 246; and

**WHEREAS**, counsel for the Parties have agreed to resume the deposition of Joel Runyon and Impossible LLC for up to one hour, virtually, as a compromise that addresses all relief sought through Impossible Foods's pending Motion;

**NOW THEREFORE, IT IS HEREBY STIPULATED THAT** upon the Court's so-ordering of this joint stipulation, Impossible Foods may continue the deposition of Joel Runyon and Impossible LLC for up to one hour, virtually, on a mutually agreeable date to occur on or before August 5, 2025, and further, that such agreement fully addresses all relief sought through Impossible Foods's pending Motion [Dkt. No. 246], which is hereby withdrawn.

**IT IS SO STIPULATED.**

Dated: July 25, 2025

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: /s/ *Adam S. Cashman*
Adam S. Cashman

*Attorney for Defendants/Counter-Plaintiffs Impossible LLC and Joel Runyon*

KILPATRICK TOWNSEND & STOCKTON

By: */s/ H. Forrest Flemming III*
H. Forrest Flemming III

*Attorney for Plaintiff/Counter-Defendant Impossible Foods Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _______________, 2025

_________________________________
Honorable Beth Labson Freeman
United States District Court Judge