KOLLIN J. ZIMMERMANN (SBN 273092)
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East
Suite 2300
Los Angeles, California 90067
Telephone: (310) 777-3755
Facsimile: (310) 362-8756
kzimmermann@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice*)
ERICA CHANIN (*pro hac vice*)
1100 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 815-6572
Facsimile: (404) 541-3240
chenn@ktslaw.com
fflemming@ktslaw.com
echanin@ktslaw.com

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC., a Delaware corporation,

Plaintiff/Counter-Defendant,

v.

IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,

Defendants/Counter-Plaintiffs.

Case No. 5:21-cv-02419-BLF (SVK)

**STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF IMPOSSIBLE FOODS'S MOTION TO SEAL DECLARATION OF JUDY LUCAS-MCGREEVY**

As stipulated pursuant to L.R. 7-11(a), Plaintiff/Counter-Defendant Impossible Foods Inc. ("Impossible Foods") hereby moves for leave to file a Reply in Support of Impossible Foods's Administrative Motion to Seal the Declaration of Judy Lucas-McGreevy, previously filed on this docket as Document No. 252.

On July 28, 2025, Defendants/Counter-Plaintiff Impossible LLC and Joel Runyon ("Defendants") filed an opposition to Impossible Foods's Administrative Motion to Seal (Dkt. No. 252). Impossible Foods seeks an opportunity to respond to Defendants' contentions given the sensitive nature of the declaration and the harmful implications to Impossible Foods if the Court orders the disclosure of the information that Impossible Foods moves to seal.

In light of the sensitive nature of the declaration at issue and the harm to Impossible Foods that would result if this information is made public, Impossible Foods respectfully requests that the Court grant Impossible Foods's Motion for Leave to file the Reply attached hereto as Exhibit A. Defendants stipulate to Impossible Foods' motion for leave to file the Proposed Reply but reserve all rights with regard to Impossible Foods' assertions therein.

A proposed Order is attached hereto.

DATED: August 1, 2025

Respectfully submitted,

**KILPATRICK TOWNSEND & STOCKTON**

By: _/s/ H. Forrest Flemming, III_
R. Charles Henn Jr. (*pro hac vice*)
H. Forrest Flemming, III (*pro hac vice*)
Erica C. Chanin (*pro hac vice*)
Kollin Zimmerman (SBN 273092)

*Attorneys for Plaintiff/Counter-Defendant*
IMPOSSIBLE FOODS INC.

By: **BRAUNHAGEY & BORDEN LLP**
_/s/ Marissa Benavides_

*Attorney for Defendants/Counter-Plaintiffs*
*IMPOSSIBLE LLC and JOEL RUNYON*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, the foregoing document was filed electronically using the Court's CM/ECF system, which will send notification of such filing to counsel for Defendants Impossible LLC and Joel Runyon.

*/s/ H. Forrest Flemming, III*
H. Forrest Flemming, III