KOLLIN J. ZIMMERMANN (SBN 273092)
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East
Suite 2300
Los Angeles, California 90067
Telephone: (310) 777-3755
Facsimile: (310) 362-8756
kzimmermann@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice*)
ERICA CHANIN (*pro hac vice*)
1100 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 815-6572
Facsimile: (404) 541-3240
chenn@ktslaw.com
fflemming@ktslaw.com
echanin@ktslaw.com

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,<br><br>Defendants/Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT/COUNTER-PLAINTIFFS' STIPULATED ADMINISTRATIVE MOTION TO FILE REPLY IN SUPPORT OF ITS MOTION TO SEAL** |

The Court, having considered Plaintiff/Counter-Defendant Impossible Foods Inc.'s ("Impossible Foods's") Stipulated Administrative Motion for Leave to File a Reply in Support of Impossible Foods's Motion to Seal Declaration of Judy Lucas-McGreevy, hereby **GRANTS**

the Administrative Motion and **ORDERS** the filing of the Reply in Support of Impossible Foods's Motion to Seal Declaration of Judy Lucas-McGreevy attached as Exhibit A to Impossible Foods' Stipulated Administrative Motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___________, 2025

___________________________
Hon. Susan van Keulen
United States Magistrate Judge