J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Defendants / Counter-Plaintiffs*
*Impossible LLC and Joel Runyon*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

Plaintiff / Counter-Defendant,

v.

IMPOSSIBLE LLC and JOEL RUNYON,

Defendants / Counter-Plaintiffs.

Case No. 5:21-cv-02419-BLF (SVK)

**DECLARATION OF GREG WASHINGTON IN SUPPORT OF DEFENDANTS/COUNTER-PLAINTIFFS IMPOSSIBLE LLC AND JOEL RUNYON'S MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF LAW IN SUPPORT**

**Judge:** Hon. Beth Labson Freeman
**Mag. Judge:** Hon. Susan van Keulen
**Compl. Filed:** April 2, 2021
**Third Am. Compl. Filed:** March 7, 2025
**Hearing Date:** October 23, 2025

I, Greg Washington, declare:

1. I am an attorney licensed to practice before this Court and am counsel of record on behalf of Defendants/Counter-Plaintiffs Impossible LLC and Joel Runyon (together "Impossible LLC"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. Attached as **Exhibit A** is a true and correct copy of a blog post entitled "Impossible List" on https://impossiblehq.com that was published on April 1st, 2010, which was produced in this action at Bates stamp IMP00068740.

3. Attached as **Exhibit B** is a true and correct copy of the transcript of the first deposition of Joel Runyon taken on April 10, 2025.

4. Attached as **Exhibit C** is a true and correct copy of a blog post entitled "The Ultimate Paleo Guide" on https://impossiblehq.com that was published on April 30, 2013, which was produced in this action at Bates stamp IMP00000344.

5. Attached as **Exhibit D** is a true and correct copy of a blog post entitled "Cold Shower Therapy" on https://impossiblehq.com that was published on October 21, 2013, which was produced in this action at Bates stamp IMP00002440.

6. Attached as **Exhibit E** is a true and correct copy of a blog post entitled "Impossible Abs 2.0 Is Here" on https://impossiblehq.com that was published on November 29, 2012, which was produced in this action at Bates stamp IMP00002748.

7. Attached as **Exhibit F** is a true and correct copy of a blog post entitled "The Impossible TRI Triathlon Program Is Here" on https://impossiblehq.com that was published on February 28, 2012, which was produced in this action at Bates stamp IMP00084713.

8. Attached as **Exhibit G** is a true and correct copy of a blog post entitled "3…2…1…Launch Launch Launch!" on https://impossiblehq.com that was published on October 3, 2011, which was produced in this action at Bates stamp IMP00001935.

9. Attached as **Exhibit H** is a true and correct copy of a blog post entitled "Impossible Abs Is Here!" on https://impossiblehq.com that was published on September 4, 2012, which was produced in this action at Bates stamp IMP00083838.

10. Attached as **Exhibit I** is a true and correct copy of a webpage screenshot listing Impossible LLC's Krill Oil on https://www.amazon.com, which was produced in this action at Bates stamp IMP00001760.

11. Attached as **Exhibit J** is a true and correct copy of an archived webpage for Impossible LLC listing its Krill Oil product, which was produced in this action at Bates stamp IMP00001749.

12. Attached as **Exhibit K** is a true and correct copy of a blog post entitled "10 Things I Learned Bootstrapping My First 4 Apps To 6 Figures" on https://impossiblehq.com that was published on January 15, 2016, which was produced in this action at Bates stamp IMP00001762.

13. Attached as **Exhibit L** is a true and correct copy of a blog post entitled "Impossible Fitness – Now Available on Android, iOS, and Web" on https://impossiblehq.com that was published on November 29, 2021, which was produced in this action at Bates stamp IMP00002836.

14. Attached as **Exhibit M** is a true and correct copy of the Paleo (io) App Store Preview, which was produced in this action at Bates stamp IMP00000367.

15. Attached as **Exhibit N** is a true and correct copy of a blog post entitled "New IMPOSSIBLE Gear is Here (End of Winter Drop)" on https://impossiblehq.com that was published on March 6, 2023, which was produced in this action at Bates stamp IMP00004050.

16. Attached as **Exhibit O** is a true and correct copy of the United States Patent and Trademark Office ("PTO") US Registration Number 4260617, which was produced in this action at Bates stamp IMP00092637.

17. Attached as **Exhibit P** is a true and correct copy of the trademark registration for PTO US Registration Number 4624158, which was produced in this action at Bates stamp IMP00092714.

18. Attached as **Exhibit Q** is a true and correct copy of the trademark registration for PTO US Registration Number 5576376, which was produced in this action at Bates stamp IMP00092778.

19. Attached as **Exhibit R** is a true and correct copy of the trademark registration for PTO US Registration Number 5179974, which was produced in this action at Bates stamp IMP00092932.

20. Attached as **Exhibit S** is a true and correct copy of the trademark registration for PTO US Registration Number 5155646, which was produced in this action at Bates stamp IMP00092989.

21. Attached as **Exhibit T** is a true and correct copy of the trademark registration for PTO US Registration Number 5387588, which was produced in this action at Bates stamp IMP00093025.

22. Attached as **Exhibit U** is a true and correct copy of the trademark registration for PTO US Registration Number 5376208, which was produced in this action at Bates stamp IMP00093116.

23. Attached as **Exhibit V** is a true and correct copy of the trademark registration for PTO US Registration Number 5590801, which was produced in this action at Bates stamp IMP00093193.

24. Attached as **Exhibit W** is a true and correct copy of the trademark registration for PTO US Registration Number 5603025, which was produced in this action at Bates stamp IMP00093288.

25. Attached as **Exhibit X** is a true and correct copy of the trademark registration for PTO US Registration Number 5620625, which was produced in this action at Bates stamp IMP00093329.

26. Attached as **Exhibit Y** is a true and correct copy of the trademark registration for PTO US Registration Number 6571603, which was produced in this action at Bates stamp IMP00093425.

27. Attached as **Exhibit Z** is a true and correct copy of the transcript of the deposition of Nicholas Halla taken on April 29, 2025.

28. Attached as **Exhibit AA** is a true and correct copy of Maraxi Inc.'s Lexicon Naming System Project Pre-Read Materials, which was produced in this action at Bates stamp IF00034961.

29. Attached as **Exhibit BB** is a true and correct copy of the transcript of the deposition of Caitlyn Hatman taken on April 1, 2025.

30. Attached as **Exhibit CC** is a true and correct copy of Lexicon Branding Inc.'s May 6, 2013, invoice to Maraxi, Inc., which was produced in this action at Bates stamp IF00022184.

31. Attached as **Exhibit DD** is a true and correct copy of Lexicon Branding Inc.'s June 20, 2013, invoice to Maraxi, Inc., which was produced in this action at Bates stamp IF00022185.

32. Attached as **Exhibit EE** is a true and correct copy of Lexicon Branding Inc.'s November 18, 2013, invoice to Maraxi, Inc., which was produced in this action at Bates stamp IF00022186.

33. Attached as **Exhibit FF** is a true and correct copy of the transcript of the deposition of Myra Pasek taken on April 4, 2025.

34. Attached as **Exhibit GG** is a true and correct copy of an email containing the results of Maraxi, Inc.'s trademark search results before re-naming the company to Impossible Foods, Inc. dated October 9, 2013, which was produced in this action at Bates stamp IF00005100.

35. Attached as **Exhibit HH** is a true and correct copy of email correspondence between Matthew Sade and Nicholas Halla on March 10, 2014, which was produced in this action at Bates stamp IF00035046.

36. Attached as **Exhibit II** is a true and correct copy of Impossible Foods's Third Supplemental Responses to Defendants' First Set of Interrogatories dated March 5, 2025.

37. Attached as **Exhibit JJ** is a true and correct copy of PTO US Serial Number 88855875, which was produced in this action at Bates stamp IF00003788.

38. Attached as **Exhibit KK** is a true and correct copy of a letter from David E. Weslow of Wiley Law to Grace Han Stanton, dated November 10, 2020, which was produced in this action at Bates stamp IF00008506.

39. Attached as **Exhibit LL** is a true and correct copy of IFI's Objections and Responses to Impossible's ROGs, Set Two (ROGs 10-14), dated October 21, 2024.

40. Attached as **Exhibit MM** is a true and correct copy of the transcript of the deposition of Keaton Schwarz taken on April 3, 2025.

41. Attached as **Exhibit NN** is a true and correct copy of Impossible Foods's Third Supplemental Responses to Defendants' Second Set of Interrogatories, dated March 5, 2025.

42. Attached as **Exhibit OO** is a compilation of true and correct copies of the May 5, 2025 Expert Report of John G. Plumpe; the May 23, 2025 Supplemental Expert Report of John G. Plumpe; the May 30, 2025 Initial Report on Impossible Foods's Deductible Expenses; and the June 13, 2025 Rebuttal Expert Report of John G. Plumpe.

43. Attached as **Exhibit PP** is a true and correct copy of the complete public record maintained by the PTO for US Registration Number 5590801 as of August 8, 2025.

44. Attached as **Exhibit QQ** is a true and correct copy of the complete public record maintained by the PTO for US Registration Number 5603025 as of August 8, 2025.

45. Attached as **Exhibit RR** is a true and correct copy of an August 27, 2013 email that was produced in this action at Bates stamp IF00035042.

46. Attached as **Exhibit SS** is a true and correct copy of the Impossible X Income Statement for the year ended December 31, 2020, which was produced in this action at Bates stamp IMP00107303.

47. Attached as **Exhibit TT** is a true and correct copy of the Impossible X Income Statement for the year ended December 31, 2021, including both a slip sheet and PDF printout of the native image produced in this action at Bates stamp IMP00058445.

48. Attached as **Exhibit UU** is a true and correct copy of the Impossible X Income Statement for the year ended November 30, 2022, including both a slip sheet and PDF printout of the native image produced in this action at Bates stamp IMP00063876.

49. Attached as **Exhibit VV** is a true and correct copy of the Impossible LLC Profit & Loss Statement for the year ended December 31, 2023, including both a slip sheet and PDF printout of the native excel file produced in this action at Bates stamp IMP00107300.

50. Attached as **Exhibit WW** is a true and correct copy of Defendants' Amended Objections and Responses to Impossible Foods's Interrogatory Nos. 1, 10, dated April 9, 2025.

51. Attached as **Exhibit XX** is a true and correct copy of Defendants' Third Supplemental Responses to Impossible Foods's First Set of Interrogatories, dated March 5, 2025.

52. Attached as **Exhibit YY** is a true and correct copy of the Impossible TRI Cookbook, which was produced in this action at Bates stamp IMP00096170.

53. Attached as **Exhibit ZZ** is a true and correct copy of the Impossible TRI Nutrition Guide, which was produced in this action at Bates stamp IMP00096287.

54. Attached as **Exhibit AAA** is a true and correct copy of a blog post entitled "Impossible Abs 2.0 Is Here" on https://impossiblehq.com that was published on November 29, 22012, which was produced in this action at Bates stamp IMP00083828.

55. Attached as **Exhibit BBB** is a true and correct copy of a blog post entitled "30 Pounds In 2 Months: Meet Justin, The First Impossible Abs Success Story" on https://impossiblehq.com that was published on September 11, 2012, which was produced in this action at Bates stamp IMP00001970.

56. Attached as **Exhibit CCC** is a true and correct copy of a blog post entitled "How Impossible Fits Together" on https://impossiblehq.com that was published on November 26, 2016, which was produced in this action at Bates stamp IMP00000239.

57. Attached as **Exhibit DDD** is a true and correct copy of a blog post entitled "State of the Impossible – October 2016" on https://impossiblehq.com that was published on October 13, 2016, which was produced in this action at Bates stamp IMP00004153.

58. Attached as **Exhibit EEE** is a true and correct copy of a blog post entitled "How To Fix Muscle Pain, Get Stronger and Move Better – Introducing The MoveWell App" on https://impossiblehq.com that was published on May 6, 2015, which was produced in this action at Bates stamp IMP00086242.

59. Attached as **Exhibit FFF** is a true and correct copy of the Impossible Ventures LLC Profit & Loss Statement for the year ended December 31, 2015, including both a slip sheet and PDF printout of the native excel file produced in this action at Bates stamp IMP00060077.

60. Attached as **Exhibit GGG** is a true and correct copy of the Impossible X Income Statement for the year ended December 31, 2017, which was produced in this action at Bates stamp IMP00107295.

61. Attached as **Exhibit HHH** is a true and correct copy of the Impossible X Income Statement for the year ended December 31, 2018, including both a slip sheet and PDF printout of the native image produced in this action at Bates stamp IMP00059837.

62. Attached as **Exhibit III** is a true and correct copy of the slip sheet and a PDF printout of the native excel file produced in this action at Bates stamp IMP00107307.

63. Attached as **Exhibit JJJ** is a true and correct copy of a blog post entitled "How To Submit Your 2013 New Years Contest Entry" on https://impossiblehq.com that was published on March 4, 2013, which was produced in this action at Bates stamp IMP00074646.

64. Attached as **Exhibit KKK** is a true and correct copy of a blog post entitled "Impossible Fitness" on https://impossiblehq.com that was published on January 18, 2014, which was produced in this action at Bates stamp IMP00107281.

65. Attached as **Exhibit LLL** is a true and correct copy of a webpage that was produced in this action at Bates stamp IMP00094528.

66. Attached as **Exhibit MMM** is a true and correct copy of a blog post entitled "How Impossible Fits Together" on https://impossiblehq.com that was published on November 26, 2016, which was produced in this action at Bates stamp IMP00079785.

67. Attached as **Exhibit NNN** is a true and correct copy of a blog post entitled "Introducing Paleo Meal Plans 2.0" on https://impossiblehq.com that was published on November 28, 2018, which was produced in this action at Bates stamp IMP00000279.

68. Attached as **Exhibit OOO** is a true and correct copy of a blog post entitled "A New Home for IMPOSSIBLE Products" on https://impossiblehq.com that was published on January 15, 2019, which was produced in this action at Bates stamp IMP00002292.

69. Attached as **Exhibit PPP** is a true and correct copy of a blog post entitled "The Longest Night Race 2020 – Are You In?" on https://impossiblehq.com that was published on December 11, 2020, which was produced in this action at Bates stamp IMP00075153.

70. Attached as **Exhibit QQQ** is a true and correct copy of a podcast episode synopsis entitled "How to Build A Business Teaching The Impossible with Joel Runyon" on

http://www.grantbaldwin.com/joel-runyon/, which was produced in this action at Bates stamp IMP00094134.

71. Attached as **Exhibit RRR** is a true and correct copy of the transcript of an Impossible TRI interview with Jim Hodgson, which was produced in this action at Bates stamp IMP00000681.

72. Attached as **Exhibit SSS** is a true and correct copy of an interview entitled "Never retire always run! – Joel Runyon" on https://medium.com/digital-nomads-interviews/never-retire-always-run-joel-runyon-703f987e7dfb, that was published on July 19, 2017, which was produced in this action at Bates stamp IMP00004042.

73. Attached as **Exhibit TTT** is a true and correct copy of a blog post entitled "Joel Runyon, CEO, and Founder of IMPOSSIBLE, the Brand Pushing People to Their Limits" on https://finance.yahoo.com/news/Joel-runyon-ceo-founder-impossible-121400381.html, that was published on January 3, 2021, which was produced in this action at Bates stamp IMP00068572.

74. Attached as **Exhibit UUU** is a true and correct copy of a blog post entitled "Why Vegans and Paleos Should Stop Hating Each Other" on https://www.nomeatathlete.com/vegans-and-paleos/, which was produced in this action at Bates stamp IMP00070264.

75. Attached as **Exhibit VVV** is a true and correct copy of a blog post entitled "Joel Runyon – Balancing Multiple Businesses While Doing the Impossible" on https://hustleandflowchart.com/joel-runyon-balancing-multiple-businesses/, which was produced in this action at Bates stamp IMP00068713.

76. Attached as **Exhibit WWW** is a true and correct copy of a blog post entitled "Building a Fitness Empire to a Multi Six-Figure Business in 10 Years" on https://www.failory.com/interview/impossible that was published on May 11, 2021, which was produced in this action at Bates stamp IMP00070129.

77. Attached as **Exhibit XXX** is a true and correct copy of a blog post entitled "Impossible List Limiting beliefs-turned-done and dusted." on https://www.mattagustin.com/my-impossible-list, which was produced in this action at Bates stamp IMP00070206.

78. Attached as **Exhibit YYY** is a true and correct copy of a blog post entitled "Joel Runyon: Doing the Impossible" on https://elevatesociety.com/joel-runyon/, which was produced in this action at Bates stamp IMP00071548.

79. Attached as **Exhibit ZZZ** is a true and correct copy of a blog post entitled "How I Built An iPhone Fitness App To $1,000 MRR" on https://www.starterstory.com/stories/how-i-built-an-iphone-fitness-app-to-1-00-mrr?successful_subscribe=true, which was produced in this action at Bates stamp IMP00071900.

80. Attached as **Exhibit AAAA** is a true and correct copy of a blog post entitled "Bonus Interview with Paleo Ultra Runner Joel Runyon" on https://strengthrunning.com/bonus-paleo-interview/, which was produced in this action at Bates stamp IMP00069859.

81. Attached as **Exhibit BBBB** is a true and correct copy of the listing for "Impossible: The Cookbook: How to Save Our Planet, One Delicious Meal at a Time" on the Amazon books website, which was produced in this action at Bates stamp IF00005788.

82. Attached as **Exhibit CCCC** is a true and correct copy of Impossible LLC's Notice of Opposition before the Trademark Trial and Appeal Board dated November 25, 2020.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 8, 2025

By: *__/s/ Greg Washington__*
Greg Washington

*Attorney for Defendants / Counter-Plaintiffs Impossible LLC and Joel Runyon*