**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br>Plaintiff / Counter-Defendant,<br>v.<br>IMPOSSIBLE LLC and JOEL RUNYON,<br>Defendants / Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br>**[PROPOSED] ORDER GRANTING DEFENDANTS/COUNTER-PLAINTIFFS IMPOSSIBLE LLC AND JOEL RUNYON'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**ORDER**

Before the Court is Defendants/Counter-Plaintiffs Impossible LLC and Joel Runyon's Motion for Partial Summary Judgment. Having reviewed the Motion and all exhibits, the Court GRANTS Impossible LLC and Joel Runyon's motion and enters judgment in favor of Defendants as to Impossible Foods, Inc.'s, Second, Third, Fourth, Sixth and Seventh Claims in this action; and further summarily adjudicates that Impossible LLC has priority to the IMPOSSIBLE mark for nutrition and recipe information.

**IT IS SO ORDERED.**

Dated: ______________, 2025

______________________________
Honorable Beth Labson Freeman
United States District Judge