# EXHIBIT PP

**Generated on:** This page was generated by TSDR on 2025-08-08 15:43:32 EDT

**Mark:** IMPOSSIBLE FITNESS

**US Serial Number:** 87125862

**Application Filing Date:** Aug. 03, 2016

**US Registration Number:** 5590801

**Registration Date:** Oct. 23, 2018

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Cancellation/Invalidation Pending

This trademark application has been registered with the Office, but it is currently undergoing a challenge which may result in its removal from the registry.

**Status:** A cancellation proceeding is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Jul. 05, 2025

**Publication Date:** Jan. 24, 2017 **Notice of Allowance Date:** Mar. 21, 2017

# Mark Information

**Mark Literal Elements:** IMPOSSIBLE FITNESS

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM

**Description of Mark:** The mark consists of the word "IMPOSSIBLE" in strike through format followed by "FITNESS".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "FITNESS"

# Related Properties Information

**Claimed Ownership of US Registrations:** 4260617, 4624158

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights

**International Class(es):** 025 - Primary Class

**U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**First Use:** Jan. 24, 2014

**Use in Commerce:** Jan. 24, 2014

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** Yes

**Filed ITU:** Yes

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** IMPOSSIBLE LLC

**Owner Address:** 700 Lavaca Street
#1400-91341
AUSTIN, TEXAS UNITED STATES 78701

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** TEXAS

# Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** IMPOSSIBLE LLC
402 W. JOHANNA STREET
AUSTIN, TEXAS UNITED STATES 78704

**Correspondent e-mail:** info@impossiblehq.com joel@impossible.co

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 05, 2025 | CANCELLATION INSTITUTED NO. 999999 | 88839 |
| Apr. 22, 2025 | TEAS SECTION 8 RECEIVED | |
| Oct. 23, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Apr. 14, 2021 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Oct. 23, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 18, 2018 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Sep. 16, 2018 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 13, 2018 | STATEMENT OF USE PROCESSING COMPLETE | |
| Aug. 15, 2018 | USE AMENDMENT FILED | |
| Sep. 10, 2018 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Aug. 15, 2018 | TEAS STATEMENT OF USE RECEIVED | |
| Mar. 21, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 19, 2018 | SOU EXTENSION 2 GRANTED | |
| Mar. 19, 2018 | SOU EXTENSION 2 FILED | |
| Mar. 19, 2018 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 21, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 19, 2017 | SOU EXTENSION 1 GRANTED | |
| Sep. 19, 2017 | SOU EXTENSION 1 FILED | |
| Sep. 19, 2017 | SOU TEAS EXTENSION RECEIVED | |
| Mar. 21, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 24, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 24, 2017 | PUBLISHED FOR OPPOSITION | |
| Jan. 04, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 14, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 14, 2016 | EXAMINER'S AMENDMENT ENTERED | |
| Dec. 14, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Dec. 14, 2016 | EXAMINERS AMENDMENT E-MAILED | |
| Dec. 14, 2016 | EXAMINERS AMENDMENT -WRITTEN | |
| Dec. 10, 2016 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Dec. 10, 2016 | FINAL REFUSAL E-MAILED | |

| | |
|---|---|
| Dec. 10, 2016 | FINAL REFUSAL WRITTEN |
| Nov. 28, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Nov. 28, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 28, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Nov. 07, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Nov. 07, 2016 | NON-FINAL ACTION E-MAILED |
| Nov. 07, 2016 | NON-FINAL ACTION WRITTEN |
| Nov. 04, 2016 | ASSIGNED TO EXAMINER |
| Aug. 08, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Aug. 06, 2016 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Sep. 16, 2018

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1 **Registrant:** Impossible X LLC

**Assignment 1 of 1**

**Conveyance:** MERGER EFFECTIVE 01/04/2021

**Reel/Frame:** 7249/0822 **Pages:** 12

**Date Recorded:** Apr. 08, 2021

**Supporting Documents:** assignment-tm-7249-0822.pdf

**Assignor**

**Name:** IMPOSSIBLE X LLC **Execution Date:** Dec. 31, 2020

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** ILLINOIS

**Assignee**

**Name:** IMPOSSIBLE LLC

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** TEXAS

**Address:** 402 W. JOHANNA STREET
AUSTIN, TEXAS 78704

**Correspondent**

**Correspondent Name:** DAVID E. WESLOW

**Correspondent Address:** 1776 K STREET NW
WASHINGTON, DC 20006

**Domestic Representative - Not Found**

# Proceedings

**Summary**

**Number of Proceedings:** 4

**Type of Proceeding: Cancellation**

**Proceeding Number:** 92088839 **Filing Date:** Jul 03, 2025

**Status:** Pending **Status Date:** Jul 05, 2025

**Interlocutory Attorney:** JENNIFER KRISP

**Defendant**

**Name:** Impossible LLC

**Correspondent Address:** IMPOSSIBLE LLC
402 W. JOHANNA STREET
AUSTIN TX UNITED STATES , 78704

**Correspondent e-mail:** info@impossiblehq.com , joel@impossible.co

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE X | | 87116499 | 5155646 |
| IMPOSSIBLE | | 87116503 | 5376208 |
| IMPOSSIBLE NUTRITION | | 87116501 | 5387588 |
| DO SOMETHING IMPOSSIBLE | | 87116483 | 5576376 |
| IMPOSSIBLE FITNESS | | 87125862 | 5590801 |
| IMPOSSIBLE FITNESS | | 87687403 | 5603025 |
| IMPOSSIBLE | | 87755108 | 5620625 |
| IMPOSSIBLE | | 87884481 | 6571603 |

**Plaintiff(s)**

**Name:** Impossible Foods Inc.

**Correspondent Address:** ERICA CATHERINE CHANIN
1100 PEACHTREE STREET NE, SUITE 2800
ATLANTA GA UNITED STATES , 30309

**Correspondent e-mail:** echanin@ktslaw.com , chenn@ktslaw.com , fflemming@ktslaw.com , kzimmerman@ktslaw.com , rkurtiak@ktslaw.com , kteilhaber@ktslaw.com , bnelson@ktslaw.com , tmadmin@ktslaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| SILIBRAIN | | 88875975 | 6220270 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 3 | INSTITUTED | Jul 05, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 05, 2025 | Aug 14, 2025 |
| 1 | FILED AND FEE | Jul 03, 2025 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91266170

**Filing Date:** Nov 25, 2020

**Status:** Suspended

**Status Date:** Apr 05, 2021

**Interlocutory Attorney:** JENNIFER KRISP

**Defendant**

**Name:** Impossible Foods Inc.

**Correspondent Address:** H. FORREST FLEMMING III
KILPATRICK TOWNSEND & STOCKTON LLP
1100 PEACHTREE STREET, SUITE 2800
ATLANTA GA UNITED STATES , 30309

**Correspondent e-mail:** fflemming@ktslaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE | | 88855875 | |

**Plaintiff(s)**

**Name:** Impossible X LLC

**Correspondent Address:** DAVID E. WESLOW
WILEY REIN LLP
2050 M STREET, N.W.
WASHINGTON DC UNITED STATES , 20036

**Correspondent e-mail:** dweslow@wiley.law , akosak@wiley.law , tmdocket@wiley.law

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE | | 85578345 | 4260617 |
| IMPOSSIBLE FITNESS | | 86208828 | 4624158 |
| IMPOSSIBLE X | | 87116499 | 5155646 |
| IMPOSSIBLE HQ | | 87116490 | 5179974 |
| IMPOSSIBLE | | 87116503 | 5376208 |
| IMPOSSIBLE NUTRITION | | 87116501 | 5387588 |
| DO SOMETHING IMPOSSIBLE | | 87116483 | 5576376 |
| IMPOSSIBLE FITNESS | | 87125862 | 5590801 |
| IMPOSSIBLE FITNESS | | 87687403 | 5603025 |
| IMPOSSIBLE | | 87755108 | 5620625 |
| IMPOSSIBLE | | 87884481 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 22 | SUSP PEND DISP OF CIVIL ACTION | Aug 04, 2025 | |
| 21 | P RESP TO BD ORDER/INQUIRY | Jul 03, 2025 | |
| 20 | RESPONSE DUE 30 DAYS (DUE DATE) | Jun 05, 2025 | Jul 05, 2025 |
| 19 | SUSP PEND DISP OF CIVIL ACTION | Jun 05, 2024 | |
| 18 | D RESP TO BD ORDER/INQUIRY | May 02, 2024 | |
| 17 | D APPEARANCE / POWER OF ATTORNEY | May 02, 2024 | |
| 16 | RESPONSE DUE 30 DAYS (DUE DATE) | Apr 30, 2024 | May 30, 2024 |
| 15 | SUSP PEND DISP OF CIVIL ACTION | Apr 27, 2023 | |
| 14 | P RESP TO BD ORDER/INQUIRY | Apr 20, 2023 | |
| 13 | P CHANGE OF CORRESP ADDRESS | Apr 20, 2023 | |
| 12 | RESPONSE DUE 30 DAYS (DUE DATE) | Apr 05, 2023 | May 05, 2023 |
| 11 | SUSP PEND DISP OF CIVIL ACTION | Apr 05, 2022 | |
| 10 | P RESP TO BD ORDER/INQUIRY | Apr 05, 2022 | |
| 9 | RESPONSE DUE 30 DAYS (DUE DATE) | Apr 05, 2022 | May 05, 2022 |
| 8 | SUSP PEND DISP OF CIVIL ACTION | Apr 05, 2021 | |
| 7 | D MOT TO SUSP PEND DISP CIV ACTION | Apr 02, 2021 | |
| 6 | ANSWER | Jan 29, 2021 | |
| 5 | EXTENSION OF TIME GRANTED | Dec 31, 2020 | |
| 4 | D MOT FOR EXT W/ CONSENT | Dec 31, 2020 | |
| 3 | INSTITUTED | Nov 25, 2020 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 25, 2020 | Jan 04, 2021 |
| 1 | FILED AND FEE | Nov 25, 2020 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91241647

**Filing Date:** Jun 04, 2018

**Status:** Terminated

**Status Date:** Feb 18, 2020

**Interlocutory Attorney:** WENDY COHEN

**Defendant**

**Name:** Not Impossible Ltd.

**Correspondent Address:** LYNN E RZONCA
BALLARD SPAHR LLP
1735 MARKET STREET 51ST FLOOR
PHILADELPHIA PA UNITED STATES , 19103-7599

**Correspondent e-mail:** rzoncal@ballardspahr.com , watkinsjh@ballardspahr.com , phila_tmdocketing@ballardspahr.com , phila_tmdocketing@ballardspar.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE | | 79219029 | |

**Plaintiff(s)**

**Name:** Impossible X LLC

**Correspondent Address:** DAVID E WESLOW
WILEY REIN LLP
1776 K ST NW
WASHINGTON DC UNITED STATES , 20006

**Correspondent e-mail:** dweslow@wileyrein.com , tmdocket@wileyrein.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE | | 85578345 | 4260617 |
| IMPOSSIBLE FITNESS | | 86208828 | 4624158 |
| IMPOSSIBLE X | | 87116499 | 5155646 |
| IMPOSSIBLE HQ | | 87116490 | 5179974 |
| IMPOSSIBLE | | 87116503 | 5376208 |
| IMPOSSIBLE NUTRITION | | 87116501 | 5387588 |
| DO SOMETHING IMPOSSIBLE | | 87116483 | |
| IMPOSSIBLE FITNESS | | 87125862 | |
| IMPOSSIBLE FITNESS | | 87687403 | |
| IMPOSSIBLE | | 87755108 | |
| IMPOSSIBLE | | 87884481 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 36 | TERMINATED | Feb 18, 2020 | |
| 35 | BD DECISION: OPP DISMISSED W/ PREJ | Feb 18, 2020 | |
| 34 | W/DRAW OF OPPOSITION | Jan 22, 2020 | |
| 33 | RESPONSE DUE 30 DAYS (DUE DATE) | Nov 30, 2019 | Dec 30, 2019 |
| 32 | MOT TO AMEND APPLICATION | Nov 14, 2019 | |
| 31 | SUSPENDED | Oct 21, 2019 | |
| 30 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Oct 21, 2019 | |
| 29 | SUSPENDED | Sep 19, 2019 | |
| 28 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Sep 19, 2019 | |
| 27 | SUSPENDED | Aug 20, 2019 | |
| 26 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Aug 20, 2019 | |
| 25 | ANSWER | Jun 20, 2019 | |
| 24 | D APPEARANCE / POWER OF ATTORNEY | Jun 20, 2019 | |
| 23 | SUSPENDED | May 20, 2019 | |
| 22 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | May 20, 2019 | |
| 21 | SUSPENDED | Apr 18, 2019 | |
| 20 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Apr 18, 2019 | |
| 19 | SUSPENDED | Mar 15, 2019 | |
| 18 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Mar 15, 2019 | |
| 17 | SUSPENDED | Feb 19, 2019 | |
| 16 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Feb 15, 2019 | |
| 15 | SUSPENDED | Jan 11, 2019 | |
| 14 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Jan 11, 2019 | |
| 13 | SUSPENDED | Nov 13, 2018 | |
| 12 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Nov 13, 2018 | |
| 11 | SUSPENDED | Oct 14, 2018 | |
| 10 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Oct 14, 2018 | |
| 9 | SUSPENDED | Sep 13, 2018 | |
| 8 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Sep 13, 2018 | |

| | | | |
|---|---|---|---|
| 7 | SUSPENDED | Aug 14, 2018 | |
| 6 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Aug 14, 2018 | |
| 5 | SUSPENDED | Jun 29, 2018 | |
| 4 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Jun 29, 2018 | |
| 3 | PENDING, INSTITUTED | Jun 06, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 06, 2018 | Jul 16, 2018 |
| 1 | FILED AND FEE | Jun 04, 2018 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91240949 **Filing Date:** May 02, 2018

**Status:** Terminated **Status Date:** Aug 21, 2018

**Interlocutory Attorney:** KATIE W MCKNIGHT

### Defendant

**Name:** Kenny Arsene Roeland

**Correspondent Address:** JOSHUA BILETSKY
BILTETSKY LAW
7080 HOLLYWOOD BLVD., SUITE 1100
LOS ANGELES CA UNITED STATES , 90028

**Correspondent e-mail:** Joshua@biletskylaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMP SSIBLE | | 87578183 | |

### Plaintiff(s)

**Name:** Impossible X LLC

**Correspondent Address:** DAVID E WESLOW
WILEY REIN LLP
1776 K STREET NW
WASHINGTON DC UNITED STATES , 20006

**Correspondent e-mail:** dweslow@wileyrein.com , tmdocket@wileyrein.com , vcapati@wileyrein.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE | | 85578345 | 4260617 |
| IMPOSSIBLE FITNESS | | 86208828 | 4624158 |
| IMPOSSIBLE X | | 87116499 | 5155646 |
| IMPOSSIBLE HQ | | 87116490 | 5179974 |
| IMPOSSIBLE | | 87116503 | 5376208 |
| IMPOSSIBLE NUTRITION | | 87116501 | 5387588 |
| DO SOMETHING IMPOSSIBLE | | 87116483 | |
| IMPOSSIBLE FITNESS | | 87125862 | |
| IMPOSSIBLE FITNESS | | 87687403 | |
| IMPOSSIBLE | | 87755108 | |
| IMPOSSIBLE | | 87884481 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Aug 21, 2018 | |
| 5 | BD DECISION: OPP SUSTAINED | Aug 21, 2018 | |
| 4 | NOTICE OF DEFAULT | Jun 21, 2018 | |
| 3 | PENDING, INSTITUTED | May 02, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 02, 2018 | Jun 11, 2018 |
| 1 | FILED AND FEE | May 02, 2018 | |

PTO- 1563
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 5590801 |
| **REGISTRATION DATE** | 10/23/2018 |
| **SERIAL NUMBER** | 87125862 |
| **MARK SECTION** | |
| **MARK** | IMPOSSIBLE FITNESS (stylized and/or with design, see mark) |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | David E. Weslow |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | WILEY REIN LLP |
| **STREET** | 1776 K STREET, NW |
| **CITY** | WASHINGTON |
| **STATE** | District of Columbia |
| **POSTAL CODE** | 20006 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 2027197000 |
| **EMAIL** | dweslow@wileyrein.com |
| **DOCKET/REFERENCE NUMBER** | 87252.0009 |
| **ATTORNEY INFORMATION (proposed)** | |
| **NAME** | David E. Weslow |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | WILEY REIN LLP |
| **STREET** | 2050 M STREET, NW |
| **CITY** | WASHINGTON |
| **STATE** | District of Columbia |
| **POSTAL CODE** | 20036 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |

| | |
|---|---|
| **PHONE** | 2027197000 |
| **EMAIL** | dweslow@wiley.law |
| **DOCKET/REFERENCE NUMBER** | 87252.0009 |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | DAVID E. WESLOW |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | dweslow@wileyrein.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | tmdocket@wileyrein.com |
| **DOCKET/REFERENCE NUMBER** | 87252.0009 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | David E. Weslow |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | dweslow@wiley.law |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | tmdocket@wiley.law; akosak@wiley.law |
| **DOCKET/REFERENCE NUMBER** | 87252.0009 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 025 |
| | |
| **GOODS OR SERVICES TO BE DELETED** | sweatshirts, pants, shorts, yoga pants, tights |
| **GOODS OR SERVICES IN USE IN COMMERCE OR FOR WHICH OWNER CLAIMS EXCUSABLE NONUSE** | Clothing and performance apparel, namely, t-shirts and tank tops |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-991648775-2025042115 2948032197_._Screenshot_2025-04-21_151344.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\871\258\87125862\xml2\S080002.jpg |
| **SPECIMEN DESCRIPTION** | screenshot of the mark in use on Registrant's website, at the point of sale for clothing and performance apparel |
| **WEBPAGE URL** | impossible.co/collections/impossible-fitness |
| **WEBPAGE DATE OF ACCESS** | 04/21/2025 |
| **OWNER SECTION (current)** | |
| **NAME** | IMPOSSIBLE LLC |
| **MAILING ADDRESS** | 402 W. JOHANNA STREET |
| **CITY** | AUSTIN |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 78704 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | IMPOSSIBLE LLC |

| | |
|---|---|
| **INTERNAL ADDRESS** | #1400-91341 |
| **MAILING ADDRESS** | 700 Lavaca Street |
| **CITY** | AUSTIN |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 78701 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Texas |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **FILING § 8 AFFIDAVIT PER CLASS** | 325 |
| **ADDITIONAL FEE FOR FILING §8 AFFIDAVIT DURING GRACE PERIOD FEE PER CLASS** | 100 |
| **TOTAL FEE PAID** | 425 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Joel Runyon/ |
| **SIGNATORY'S NAME** | Joel L. Runyon |
| **SIGNATORY'S POSITION** | Manager |
| **DATE SIGNED** | 04/21/2025 |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **PAYMENT METHOD** | DA |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Tue Apr 22 11:22:40 ET 2025 |
| **TEAS STAMP** | USPTO/SECT08-XX.XXX.XX.XX<br>-20250422112240722618-559<br>0801-900c6d596a6810e3cbb3<br>655d7da9f73a93a566b25a3ed<br>2fb644b6ee65bb1f94-DA-224<br>08277-2025042115294803219<br>7 |

PTO- 1563
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 5590801
**REGISTRATION DATE:** 10/23/2018

**MARK:** (Stylized and/or with Design, IMPOSSIBLE FITNESS (see, mark))

**Current:** The owner, IMPOSSIBLE LLC, a limited liability company legally organized under the laws of Texas, having an address of
402 W. JOHANNA STREET
AUSTIN, Texas 78704
United States

**Proposed:** The owner, IMPOSSIBLE LLC, a limited liability company legally organized under the laws of Texas, having an address of
#1400-91341
700 Lavaca Street
AUSTIN, Texas 78701
United States
XXXX
is filing a Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8.

For International Class 025, this filing does **NOT** cover the following goods or services for this specific class listed in the registration, and these goods or services are to be permanently **deleted** from the registration: sweatshirts, pants, shorts, yoga pants, tights

The mark is in use in commerce on or in connection with the following goods or services listed in the existing registration for this specific class; or, the owner is making the listed excusable nonuse claim: Clothing and performance apparel, namely, t-shirts and tank tops

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshot of the mark in use on Registrant's website, at the point of sale for clothing and performance apparel.

**Original PDF file:**
SPN0-991648775-2025042115 2948032197_._Screenshot_2 025-04-21_151344.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

Webpage URL: impossible.co/collections/impossible-fitness
Webpage Date of Access: 04/21/2025
The owner's/holder's current attorney information: David E. Weslow. David E. Weslow of WILEY REIN LLP, is located at

1776 K STREET, NW
WASHINGTON, District of Columbia 20006
United States
The docket/reference number is 87252.0009.

The phone number is 2027197000.

The email address is dweslow@wileyrein.com

David E. Weslow submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The owner's/holder's proposed attorney information: David E. Weslow. David E. Weslow of WILEY REIN LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

2050 M STREET, NW
WASHINGTON, District of Columbia 20036
United States
The docket/reference number is 87252.0009.

The phone number is 2027197000.

The email address is dweslow@wiley.law

David E. Weslow submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current)**
DAVID E. WESLOW
PRIMARY EMAIL FOR CORRESPONDENCE: dweslow@wileyrein.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmdocket@wileyrein.com
The docket/reference number is 87252.0009.

**Correspondence Information (proposed)**
David E. Weslow
PRIMARY EMAIL FOR CORRESPONDENCE: dweslow@wiley.law
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmdocket@wiley.law; akosak@wiley.law
The docket/reference number is 87252.0009.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $425 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

- ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).
- ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.
- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.
- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Joel Runyon/ Date: 04/21/2025
Signatory's Name: Joel L. Runyon
Signatory's Position: Manager
Signature method: Sent to third party for signature

Mailing Address **(current):**
WILEY REIN LLP
1776 K STREET, NW
WASHINGTON, District of Columbia 20006

Mailing Address **(proposed):**
WILEY REIN LLP
2050 M STREET, NW
WASHINGTON, District of Columbia 20036

Serial Number: 87125862
Internet Transmission Date: Tue Apr 22 11:22:40 ET 2025
TEAS Stamp: USPTO/SECT08-XX.XXX.XX.XX-20250422112240
722618-5590801-900c6d596a6810e3cbb3655d7
da9f73a93a566b25a3ed2fb644b6ee65bb1f94-D
A-22408277-20250421152948032197


Impossible Fitness ® | IMPOSS
impossible.co/collections/impossible-fitness
Sort by: Best selling
5 products
Filter:
DO SOMETHING IMPOSSIBLE
DO SOMETHING IMPOSSIBLE
IMPOSSIBLE ®
Impossible x Ten Thousand Limited Edition
$ 65.00 USD
Shipping calculated at checkout.
Pay in 4 interest-free installments of $16.25 with shop Pay Learn more
Color
Black
Size
XS
Small
Medium
Large
XL
Bundle
Single Shirt
3 Pack
Quantity
1
Add to cart
View full details
IMPOSSIBLE
BLACK - FRONT
IMPOSSIBLE FITNESS
Explore Impossible ®
About Us
Manage Subscription
Primary Research
How to Use Magnesium for Better Sleep
How to Use L-Theanine For Better Sleep
Our mission
We create content to inspire people to push their limits and products to help people do the impossible.
82°F
Sunny
Search
3:13 PM
4/21/2025


Impossible Fitness ® | IMPOSS
impossible.co/collections/impossible-fitness
Sort by: Best selling
5 products
Filter:
DO SOMETHING IMPOSSIBLE
DO SOMETHING IMPOSSIBLE
IMPOSSIBLE
BLACK - FRONT
IMPOSSIBLE ®
Impossible x Ten Thousand Limited Edition
$ 65.00 USD
Shipping calculated at checkout.
Pay in 4 interest-free installments of $16.25 with shop Pay Learn more
Color
Black
Size
XS
Small
Medium
Large
XL
Bundle
Single Shirt
3 Pack
Quantity
1
Add to cart
View full details
IMPOSSIBLE FITNESS
Explore Impossible ®
About Us
Manage Subscription
Primary Research
How to Use Magnesium for Better Sleep
How to Use L-Theanine For Better Sleep
Our mission
We create content to inspire people to push their limits and products to help people do the impossible.
82°F
Sunny
Search
3:13 PM
4/21/2025

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Monday, October 23, 2023 01:37 AM
**To:** XXXX
**Cc:** XXXX
**Subject:** Official USPTO Courtesy Reminder: Trademark Registration Maintenance Document Must Be Fil ed Before Deadline for U.S. Trademark Registration No. 5590801 IMPOSSIBLE FITNESS (Stylize

## USPTO COURTESY REMINDER

## TRADEMARK REGISTRATION MAINTENANCE DOCUMENT UNDER SECTION 8 MUST BE FILED BEFORE DEADLINE OR REGISTRATION WILL BE CANCELLED

**U.S. Application Serial No.** 87125862
**U.S. Registration No.** 5590801
**U.S. Registration Date:** October 23, 2018
**Mark:** IMPOSSIBLE FITNESS (Stylized/Design)
**Owner:** IMPOSSIBLE LLC
**Docket/Reference No.** 87252.0009

**Issue Date:** October 23, 2023

**Required submission.** The owner of the trademark registration must file a **Declaration of Use and/or Excusable Nonuse Under Section 8** (Section 8 Declaration) between now and October 23, 2024. For an additional fee, the owner can file within the 6-month grace period that ends on April 23, 2025.

**Optional submission.** If the owner can claim the benefits of incontestability, the owner may file an optional Declaration of Incontestability under Section 15. This may be combined with the required Section 8 Declaration by filing a **Combined Declaration of Use and Incontestability Under Sections 8 and 15** (Combined Sections 8 and 15 Declaration).

**If ownership of the registration or the owner's name has changed,** the owner can use the **Electronic Trademark Assignment System (ETAS)** to record the change. More information on changes of ownership/owner name is available on the **USPTO website.**

**Click here for more information about maintaining a trademark registration.**

**Proof of Use Audit.** The USPTO is conducting an audit program to promote the accuracy and integrity of the trademark register. If a registration is selected for audit, the holder/owner will be required to submit proof of use for additional goods/services for which use is claimed in a Section 8 Declaration. Detailed information about the program is available on the **Proof of Use Audit Program webpage**.

**Determination of time of receipt by USPTO.** Correspondence transmitted through the Trademark Electronic Application System (TEAS) is considered filed on the date the USPTO receives the transmission in Eastern Time.

**If the owner fails to file a timely Section 8 Declaration the registration will be CANCELLED** and cannot be reinstated.

**This reminder notice is being sent only as a courtesy** to trademark owners who maintain a current email address with the USPTO. Failure by the USPTO to send a reminder or non-receipt of a reminder does not excuse a trademark owner from meeting the statutory obligations for maintaining a registration.

**Foreign-domiciled owners** must have a U.S.-licensed attorney represent them at the USPTO in any post-registration filing.

**Beware of misleading notices sent by private companies about registrations.** Private companies **not** associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices - most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

**Direct questions** about this notice to the Trademark Assistance Center at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

# United States of America

## United States Patent and Trademark Office

# IMPOSSIBLE FITNESS

**Reg. No. 5,590,801**

**Registered Oct. 23, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Impossible X LLC (ILLINOIS LIMITED LIABILITY COMPANY)
1231 Champion Forest Court
Wheaton, ILLINOIS 60187

CLASS 25: Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights

FIRST USE 1-24-2014; IN COMMERCE 1-24-2014

The mark consists of the word "IMPOSSIBLE" in strike through format followed by "FITNESS".

OWNER OF U.S. REG. NO. 4260617, 4624158

No claim is made to the exclusive right to use the following apart from the mark as shown: "FITNESS"

SER. NO. 87-125,862, FILED 08-03-2016

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, September 18, 2018 00:14 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance of SOU: U.S. Trademark SN 87125862: IMPOSSIBLE FITNESS (Stylized/Design): Docket/Reference No. 87252.0009 |

NOTICE OF ACCEPTANCE OF STATEMENT OF USE

**U.S. Serial Number:** 87125862
**Mark:** IMPOSSIBLE FITNESS (Stylized/Design)
**Owner:** Impossible X LLC
**Docket/Reference Number:** 87252.0009

The USPTO has accepted the Statement of Use filed for the trademark application identified above. The mark will now register and the registration certificate will issue in due course barring any extraordinary circumstances.

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=87125862&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=87125862&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at http://www.uspto.gov/trademarks/ or contact the Trademark Assistance Center at 1-800-786-9199.

## Trademark Snap Shot Publication Stylesheet

(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87125862 | FILING DATE | 08/03/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LAPTER, ALAIN J | L.O. ASSIGNED | 105 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 09/18/2018 |
| PUB DATE | 01/24/2017 |
| STATUS | 819-SU - REGISTRATION REVIEW COMPLETE |
| STATUS DATE | 09/16/2018 |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |
| NAME | Impossible X LLC |
| ADDRESS | 1231 Champion Forest Court<br>Wheaton, IL 60187 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Illinois |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION TEXT | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights |

## GOODS AND SERVICES CLASSIFICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 025 | FIRST USE DATE | 01/24/2014 | FIRST USE IN COMMERCE DATE | 01/24/2014 | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DISCLAIMER W/PREDETER TXT | "FITNESS" |
| DESCRIPTION OF MARK | The mark consists of the word "IMPOSSIBLE" in strike through format followed by "FITNESS". |
| OWNER OF US REG NOS | 4260617 4624158 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 09/18/2018 | SUNA | E | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | 035 |
| 09/16/2018 | CNPR | P | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | 034 |
| 09/13/2018 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 033 |
| 08/15/2018 | IUAF | S | USE AMENDMENT FILED | 032 |
| 09/10/2018 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 031 |
| 08/15/2018 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 030 |
| 03/21/2018 | EXRA | E | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | 029 |
| 03/19/2018 | EX2G | S | EXTENSION 2 GRANTED | 028 |
| 03/19/2018 | EXT2 | S | EXTENSION 2 FILED | 027 |
| 03/19/2018 | EEXT | I | TEAS EXTENSION RECEIVED | 026 |
| 09/21/2017 | EXRA | E | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | 025 |
| 09/19/2017 | EX1G | S | EXTENSION 1 GRANTED | 024 |
| 09/19/2017 | EXT1 | S | EXTENSION 1 FILED | 023 |
| 09/19/2017 | EEXT | I | TEAS EXTENSION RECEIVED | 022 |
| 03/21/2017 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 021 |
| 01/24/2017 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 020 |
| 01/24/2017 | PUBO | A | PUBLISHED FOR OPPOSITION | 019 |

| | | | | |
|---|---|---|---|---|
| 01/04/2017 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 018 |
| 12/14/2016 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 017 |
| 12/14/2016 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 016 |
| 12/14/2016 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 015 |
| 12/14/2016 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 014 |
| 12/14/2016 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 013 |
| 12/10/2016 | GNFN | O | NOTIFICATION OF FINAL REFUSAL EMAILED | 012 |
| 12/10/2016 | GNFR | O | FINAL REFUSAL E-MAILED | 011 |
| 12/10/2016 | CNFR | R | FINAL REFUSAL WRITTEN | 010 |
| 11/28/2016 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 11/28/2016 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 11/28/2016 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 11/07/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 11/07/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 11/07/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 11/04/2016 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 08/08/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 08/06/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| | |
|---|---|
| ATTORNEY | David E. Weslow |
| CORRESPONDENCE ADDRESS | DAVID E. WESLOW<br>WILEY REIN LLP<br>1776 K STREET, NW<br>WASHINGTON, DC 20006 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Impossible X LLC |
| ADDRESS | 1231 Champion Forest Court<br>Wheaton, IL 60187 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Illinois |

# IMPOSSIBLE FITNESS

## Trademark Snap Shot ITU Unit Action
(Table presents the data on ITU Unit Action)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87125862 | FILING DATE | 08/03/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LAPTER, ALAIN J | L.O. ASSIGNED | 105 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 09/14/2018 |
| PUB DATE | 01/24/2017 |
| STATUS | 748-STATEMENT OF USE - TO EXAMINER |
| STATUS DATE | 09/13/2018 |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |
| NAME | Impossible X LLC |
| ADDRESS | 1231 Champion Forest Court<br>Wheaton, IL 60187 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Illinois |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION TEXT | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights |

## GOODS AND SERVICES CLASSIFICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 025 | FIRST USE DATE | 01/24/2014 | FIRST USE IN COMMERCE DATE | 01/24/2014 | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DISCLAIMER W/PREDETER TXT | "FITNESS" |
| DESCRIPTION OF MARK | The mark consists of the word "IMPOSSIBLE" in strike through format followed by "FITNESS". |
| OWNER OF US REG NOS | 4260617 4624158 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 09/13/2018 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 033 |
| 08/15/2018 | IUAF | S | USE AMENDMENT FILED | 032 |
| 09/10/2018 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 031 |
| 08/15/2018 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 030 |
| 03/21/2018 | EXRA | E | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | 029 |
| 03/19/2018 | EX2G | S | EXTENSION 2 GRANTED | 028 |
| 03/19/2018 | EXT2 | S | EXTENSION 2 FILED | 027 |
| 03/19/2018 | EEXT | I | TEAS EXTENSION RECEIVED | 026 |
| 09/21/2017 | EXRA | E | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | 025 |
| 09/19/2017 | EX1G | S | EXTENSION 1 GRANTED | 024 |
| 09/19/2017 | EXT1 | S | EXTENSION 1 FILED | 023 |
| 09/19/2017 | EEXT | I | TEAS EXTENSION RECEIVED | 022 |
| 03/21/2017 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 021 |
| 01/24/2017 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 020 |
| 01/24/2017 | PUBO | A | PUBLISHED FOR OPPOSITION | 019 |
| 01/04/2017 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 018 |
| 12/14/2016 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 017 |

| | | | | |
|---|---|---|---|---|
| 12/14/2016 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 016 |
| 12/14/2016 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 015 |
| 12/14/2016 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 014 |
| 12/14/2016 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 013 |
| 12/10/2016 | GNFN | O | NOTIFICATION OF FINAL REFUSAL EMAILED | 012 |
| 12/10/2016 | GNFR | O | FINAL REFUSAL E-MAILED | 011 |
| 12/10/2016 | CNFR | R | FINAL REFUSAL WRITTEN | 010 |
| 11/28/2016 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 11/28/2016 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 11/28/2016 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 11/07/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 11/07/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 11/07/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 11/04/2016 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 08/08/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 08/06/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| | |
|---|---|
| ATTORNEY | David E. Weslow |
| CORRESPONDENCE ADDRESS | DAVID E. WESLOW<br>WILEY REIN LLP<br>1776 K STREET, NW<br>WASHINGTON, DC 20006 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Impossible X LLC |
| ADDRESS | 1231 Champion Forest Court<br>Wheaton, IL 60187 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Illinois |

# IMPOSSIBLE FITNESS

Secure | https://gear.impossiblehq.com/collections/impossible-fitness

Push Your Limits. Do Something Impossible. Log in or Create account Cart Search

IMPOSSIBLE

Home Apparel Accessories Gallery Blog Contact

Home › Impossible Fitness

# Impossible Fitness

Browse by All Sort by Best Selling

IMPOSSIBLE FITNESS



**Impossible Shirt Blue**
IMPOSSIBLE
From $ 25.00




**IMPOSSIBLE Shirt**
IMPOSSIBLE GEAR
From $ 25.00

**Quick Links**
Search
About Us

**Impossible Brand**
IMPOSSIBLE GEAR
IMPOSSIBLE HQ
IMPOSSIBLE X
IMPOSSIBLE.org
IMPOSSIBLE LABS

**Follow Us**

**Newsletter**
Sign up for the latest news, offers and styles
Your email
Subscribe

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87125862 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/87125862/large |
| **LITERAL ELEMENT** | IMPOSSIBLE FITNESS |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION** | |
| **NAME** | Impossible X LLC |
| **STREET** | 1231 Champion Forest Court |
| **CITY** | Wheaton |
| **STATE** | Illinois |
| **ZIP/POSTAL CODE** | 60187 |
| **COUNTRY** | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 025 |
| **CURRENT IDENTIFICATION** | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear |
| **GOODS OR SERVICES DELETED FROM THE APPLICATION** | underwear |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights |
| **FIRST USE ANYWHERE DATE** | 01/24/2014 |
| **FIRST USE IN COMMERCE DATE** | 01/24/2014 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\871\258\87125862\xml19\SOU0002.JPG |
| **SPECIMEN DESCRIPTION** | a screen capture showing use of the mark together with a means to purchase the goods |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |

| | |
|---|---|
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Joel Runyon/ |
| **SIGNATORY'S NAME** | Joel L. Runyon |
| **SIGNATORY'S POSITION** | Manager |
| **DATE SIGNED** | 08/15/2018 |
| **SIGNATORY'S PHONE NUMBER** | Joel Runyon |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Wed Aug 15 15:34:32 EDT 2018 |
| **TEAS STAMP** | USPTO/SOU-XXX.XXX.XXX.X-2<br>0180815153432761852-87125<br>862-61065461a45b7b9e1f9ad<br>f68a72f73f36ee324c5fa3306<br>fc1e32a4215490829256-DA-6<br>97-20180814164551077601 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** IMPOSSIBLE FITNESS (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/87125862/large)
**SERIAL NUMBER:** 87125862

The applicant, Impossible X LLC, having an address of
1231 Champion Forest Court
Wheaton, Illinois 60187
United States
is submitting the following allegation of use information:

For International Class 025:
Current identification: Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear

This **allegation of use** does **NOT** cover the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods/services are **permanently deleted:** underwear

The mark is in use in commerce on or in connection with the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 01/24/2014, and first used in commerce at least as early as 01/24/2014, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) a screen capture showing use of the mark together with a means to purchase the goods.
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

## Declaration

- ☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
  **For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
  **For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
  **For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.
- ☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.
- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.
- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the

allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Joel Runyon/ Date Signed: 08/15/2018
Signatory's Name: Joel L. Runyon
Signatory's Position: Manager
Signatory's Phone: Joel Runyon

RAM Sale Number: 87125862
RAM Accounting Date: 08/16/2018

Serial Number: 87125862
Internet Transmission Date: Wed Aug 15 15:34:32 EDT 2018
TEAS Stamp: USPTO/SOU-XXX.XXX.XXX.X-2018081515343276
1852-87125862-61065461a45b7b9e1f9adf68a7
2f73f36ee324c5fa3306fc1e32a4215490829256
-DA-697-20180814164551077601

Secure | https://gear.impossiblehq.com/collections/impossible-fitness

Push Your Limits. Do Something Impossible. Log in or Create account Cart Search

IMPOSSIBLE

Home Apparel Accessories Gallery Blog Contact

Home › Impossible Fitness

Impossible Fitness

Browse by All Sort by Best Selling

IMPOSSIBLE FITNESS



Impossible Shirt Blue
IMPOSSIBLE
From $ 25.00



IMPOSSIBLE Shirt
IMPOSSIBLE GEAR
From $ 25.00

Quick Links
Search
About Us

Impossible Brand
IMPOSSIBLE GEAR
IMPOSSIBLE HQ
IMPOSSIBLE X
IMPOSSIBLE.org
IMPOSSIBLE LABS

Follow Us

Newsletter
Sign up for the latest news, offers and styles
Your email
Subscribe

**FEE RECORD SHEET**

**Serial Number:** 87125862

**RAM Sale Number: 87125862**

**Total Fees:** $100

**RAM Accounting Date: 20180816**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20180815 | $100 | 1 | $100 |

**Transaction Date:** 20180815

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, March 21, 2018 00:16 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notice of Approval of Extension Request: U.S. Trademark SN 87125862: IMPOSSIBLE FITNESS (Stylized/Design): Docket/Reference No. 87252.0009 |

NOTICE OF APPROVAL OF EXTENSION REQUEST

**U.S. Serial Number:** 87125862
**Mark:** IMPOSSIBLE FITNESS (Stylized/Design)
**Owner:** Impossible X LLC
**Extension Request Number:** 2
**Docket/Reference Number:** 87252.0009
**Notice of Allowance Date:** Mar 21, 2017

The USPTO issued a Notice of Allowance on **Mar 21, 2017** for the trademark application identified above. Applicant's **SECOND** request for Extension of Time to File a Statement of Use has been **GRANTED**. If you are currently using the mark in commerce, please visit https://www.uspto.gov/trademarks/apply/intent-use-itu-forms and select form number 1 ("Statement of Use/Amendment to Allege Use for Intent-to-Use Application") to file your statement of use and complete the registration process.

**PLEASE NOTE:**

1. Applicant must continue to file extension requests every six (6) months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed, or the USPTO will abandon the application.
2. Applicant may only request a total of five (5) extensions of time.
3. Applicant may **NOT** file a Statement of Use more than thirty-six (36) months from the date the Notice of Allowance was issued.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=87125862&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=87125862&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information on filing a Statement of Use or an additional extension request, if applicable, please consult the USPTO website at https://www.uspto.gov/trademarks or contact the Trademark Assistance Center at 1-800-786-9199.

**Trademark Snap Shot ITU Unit Action**
(Table presents the data on ITU Unit Action)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87125862 | FILING DATE | 08/03/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LAPTER, ALAIN J | L.O. ASSIGNED | 105 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/21/2018 |
| PUB DATE | 01/24/2017 |
| STATUS | 731-SECOND EXTENSION - GRANTED |
| STATUS DATE | 03/19/2018 |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |
| NAME | Impossible X LLC |
| ADDRESS | 1231 Champion Forest Court<br>Wheaton, IL 60187 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Illinois |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION TEXT | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear |

## GOODS AND SERVICES CLASSIFICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 025 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DISCLAIMER W/PREDETER TXT | "FITNESS" |
| DESCRIPTION OF MARK | The mark consists of the word "IMPOSSIBLE" in strike through format followed by "FITNESS". |
| OWNER OF US REG NOS | 4260617 4624158 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 03/21/2018 | EXRA | E | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | 029 |
| 03/19/2018 | EX2G | S | EXTENSION 2 GRANTED | 028 |
| 03/19/2018 | EXT2 | S | EXTENSION 2 FILED | 027 |
| 03/19/2018 | EEXT | I | TEAS EXTENSION RECEIVED | 026 |
| 09/21/2017 | EXRA | E | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | 025 |
| 09/19/2017 | EX1G | S | EXTENSION 1 GRANTED | 024 |
| 09/19/2017 | EXT1 | S | EXTENSION 1 FILED | 023 |
| 09/19/2017 | EEXT | I | TEAS EXTENSION RECEIVED | 022 |
| 03/21/2017 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 021 |
| 01/24/2017 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 020 |
| 01/24/2017 | PUBO | A | PUBLISHED FOR OPPOSITION | 019 |
| 01/04/2017 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 018 |
| 12/14/2016 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 017 |
| 12/14/2016 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 016 |
| 12/14/2016 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 015 |
| 12/14/2016 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 014 |
| 12/14/2016 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 013 |

| | | | | |
|---|---|---|---|---|
| 12/10/2016 | GNFN | O | NOTIFICATION OF FINAL REFUSAL EMAILED | 012 |
| 12/10/2016 | GNFR | O | FINAL REFUSAL E-MAILED | 011 |
| 12/10/2016 | CNFR | R | FINAL REFUSAL WRITTEN | 010 |
| 11/28/2016 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 11/28/2016 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 11/28/2016 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 11/07/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 11/07/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 11/07/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 11/04/2016 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 08/08/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 08/06/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| | |
|---|---|
| ATTORNEY | David E. Weslow |
| CORRESPONDENCE ADDRESS | DAVID E. WESLOW<br>WILEY REIN LLP<br>1776 K STREET, NW<br>WASHINGTON, DC 20006 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Impossible X LLC |
| ADDRESS | 1231 Champion Forest Court<br>Wheaton, IL 60187 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Illinois |

# IMPOSSIBLE FITNESS

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1581 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Request for Extension of Time to File a Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87125862 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **MARK SECTION** | |
| **MARK** | IMPOSSIBLE FITNESS (stylized and/or with design) |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION** | |
| **NAME** | Impossible X LLC |
| **STREET** | 1231 Champion Forest Court |
| **CITY** | Wheaton |
| **STATE** | Illinois |
| **ZIP/POSTAL CODE** | 60187 |
| **COUNTRY** | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 025 |
| **CURRENT IDENTIFICATION** | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **EXTENSION SECTION** | |
| **EXTENSION NUMBER** | 2 |
| **ONGOING EFFORT** | product or service research or development |
| **ALLOWANCE MAIL DATE** | 03/21/2017 |
| **STATEMENT OF USE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **SUBTOTAL AMOUNT [EXTENSION FEE]** | 125 |
| **TOTAL AMOUNT** | 125 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /David E. Weslow/ |
| **SIGNATORY'S NAME** | David E. Weslow |
| | |

| | |
|---|---|
| **SIGNATORY'S POSITION** | Attorney for Applicant, DC and MD bar member |
| **DATE SIGNED** | 03/19/2018 |
| **SIGNATORY'S PHONE NUMBER** | 2027197000 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Mon Mar 19 09:13:40 EDT 2018 |
| **TEAS STAMP** | USPTO/ESU-XXX.XXX.XXX.X-2<br>0180319091340419177-87125<br>862-510fba7c250e127397563<br>a039811232a25bd83ad8b46a8<br>11bb2493f36d2eab47-DA-877<br>9-20180319091211211200 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1581 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# SOU Extension Request
# (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** IMPOSSIBLE FITNESS (stylized and/or with design)
**SERIAL NUMBER:** 87125862

The applicant, Impossible X LLC, having an address of
1231 Champion Forest Court
Wheaton, Illinois 60187
United States
requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application. The Notice of Allowance mailing date was 03/21/2017.

For International Class 025:
Current identification: Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this specific class.

This is the second extension request. The applicant has made the following ongoing efforts to use the mark in commerce on or in connection with each of those goods/services covered by the extension request: product or service research or development

A fee payment in the amount of $125 will be submitted with the form, representing payment for 1 class.

## Declaration

STATEMENTS: The signatory believes that: the applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all the goods/services under Section 1(b) in the notice of allowance or as subsequently modified, or, if applicable, the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with all the goods/services/collective membership organization under Section 1(b) in the notice of allowance or as subsequently modified; and that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, members and concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any resulting registration, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /David E. Weslow/ Date Signed: 03/19/2018
Signatory's Name: David E. Weslow
Signatory's Position: Attorney for Applicant, DC and MD bar member
Signatory's Phone: 2027197000

RAM Sale Number: 87125862
RAM Accounting Date: 03/19/2018

Serial Number: 87125862
Internet Transmission Date: Mon Mar 19 09:13:40 EDT 2018
TEAS Stamp: USPTO/ESU-XXX.XXX.XXX.X-2018031909134041
9177-87125862-510fba7c250e127397563a0398
11232a25bd83ad8b46a811bb2493f36d2eab47-D
A-8779-20180319091211211200

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, September 21, 2017 00:16 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notice of Approval of Extension Request: U.S. Trademark SN 87125862: IMPOSSIBLE FITNESS (Stylized/Design): Docket/Reference No. 87252.0009 |

NOTICE OF APPROVAL OF EXTENSION REQUEST

**U.S. Serial Number:** 87125862
**Mark:** IMPOSSIBLE FITNESS (Stylized/Design)
**Owner:** Impossible X LLC
**Extension Request Number:** 1
**Docket/Reference Number:** 87252.0009
**Notice of Allowance Date:** Mar 21, 2017

The USPTO issued a Notice of Allowance on **Mar 21, 2017** for the trademark application identified above. Applicant's **FIRST** request for Extension of Time to File a Statement of Use has been **GRANTED**. If you are currently using the mark in commerce, please visit https://www.uspto.gov/trademarks/apply/intent-use-itu-forms and select form number 1 ("Statement of Use/Amendment to Allege Use for Intent-to-Use Application") to file your statement of use and complete the registration process.

**PLEASE NOTE:**

1. Applicant must continue to file extension requests every six (6) months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed, or the USPTO will abandon the application.
2. Applicant may only request a total of five (5) extensions of time.
3. Applicant may **NOT** file a Statement of Use more than thirty-six (36) months from the date the Notice of Allowance was issued.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=87125862&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=87125862&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information on filing a Statement of Use or an additional extension request, if applicable, please consult the USPTO website at https://www.uspto.gov/trademarks or contact the Trademark Assistance Center at 1-800-786-9199.

## Trademark Snap Shot ITU Unit Action

(Table presents the data on ITU Unit Action)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87125862 | FILING DATE | 08/03/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LAPTER, ALAIN J | L.O. ASSIGNED | 105 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 09/21/2017 |
| PUB DATE | 01/24/2017 |
| STATUS | 730-FIRST EXTENSION - GRANTED |
| STATUS DATE | 09/19/2017 |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |
| NAME | Impossible X LLC |
| ADDRESS | 1231 Champion Forest Court<br>Wheaton, IL 60187 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Illinois |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION TEXT | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear |

## GOODS AND SERVICES CLASSIFICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 025 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DISCLAIMER W/PREDETER TXT | "FITNESS" |
| DESCRIPTION OF MARK | The mark consists of the word "IMPOSSIBLE" in strike through format followed by "FITNESS". |
| OWNER OF US REG NOS | 4260617 4624158 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 09/21/2017 | EXRA | E | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | 025 |
| 09/19/2017 | EX1G | S | EXTENSION 1 GRANTED | 024 |
| 09/19/2017 | EXT1 | S | EXTENSION 1 FILED | 023 |
| 09/19/2017 | EEXT | I | TEAS EXTENSION RECEIVED | 022 |
| 03/21/2017 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 021 |
| 01/24/2017 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 020 |
| 01/24/2017 | PUBO | A | PUBLISHED FOR OPPOSITION | 019 |
| 01/04/2017 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 018 |
| 12/14/2016 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 017 |
| 12/14/2016 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 016 |
| 12/14/2016 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 015 |
| 12/14/2016 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 014 |
| 12/14/2016 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 013 |
| 12/10/2016 | GNFN | O | NOTIFICATION OF FINAL REFUSAL EMAILED | 012 |
| 12/10/2016 | GNFR | O | FINAL REFUSAL E-MAILED | 011 |
| 12/10/2016 | CNFR | R | FINAL REFUSAL WRITTEN | 010 |
| 11/28/2016 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |

| | | | | |
|---|---|---|---|---|
| 11/28/2016 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 11/28/2016 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 11/07/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 11/07/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 11/07/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 11/04/2016 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 08/08/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 08/06/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| | |
|---|---|
| ATTORNEY | David E. Weslow |
| CORRESPONDENCE ADDRESS | DAVID E. WESLOW<br>WILEY REIN LLP<br>1776 K STREET, NW<br>WASHINGTON, DC 20006 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Impossible X LLC |
| ADDRESS | 1231 Champion Forest Court<br>Wheaton, IL 60187 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Illinois |

# IMPOSSIBLE FITNESS

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1581 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Request for Extension of Time to File a Statement of Use
# (15 U.S.C. Section 1051(d))

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87125862 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **MARK SECTION** | |
| **MARK** | IMPOSSIBLE FITNESS (stylized and/or with design) |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION** | |
| **NAME** | Impossible X LLC |
| **STREET** | 1231 Champion Forest Court |
| **CITY** | Wheaton |
| **STATE** | Illinois |
| **ZIP/POSTAL CODE** | 60187 |
| **COUNTRY** | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 025 |
| **CURRENT IDENTIFICATION** | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **EXTENSION SECTION** | |
| **EXTENSION NUMBER** | 1 |
| **ALLOWANCE MAIL DATE** | 03/21/2017 |
| **STATEMENT OF USE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **SUBTOTAL AMOUNT [EXTENSION FEE]** | 125 |
| **TOTAL AMOUNT** | 125 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /David E. Weslow/ |
| **SIGNATORY'S NAME** | David E. Weslow |
| **SIGNATORY'S POSITION** | Attorney for Applicant, DC and MD bar member |

| | |
|---|---|
| **DATE SIGNED** | 09/19/2017 |
| **SIGNATORY'S PHONE NUMBER** | 2027197000 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Tue Sep 19 09:13:29 EDT 2017 |
| **TEAS STAMP** | USPTO/ESU-XXX.XXX.XXX.X-2<br>0170919091329719466-87125<br>862-5104bf330a884d7604dfa<br>5b90571eb49c68dd11c73fcc3<br>98775f5d78b376b4125-DA-87<br>98-20170919091202957595 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1581 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# SOU Extension Request
# (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** IMPOSSIBLE FITNESS (stylized and/or with design)
**SERIAL NUMBER:** 87125862

The applicant, Impossible X LLC, having an address of
1231 Champion Forest Court
Wheaton, Illinois 60187
United States
requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application. The Notice of Allowance mailing date was 03/21/2017.

For International Class 025:
Current identification: Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this specific class.

This is the first extension request.

A fee payment in the amount of $125 will be submitted with the form, representing payment for 1 class.

## Declaration

STATEMENTS: The signatory believes that: the applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all the goods/services under Section 1(b) in the notice of allowance or as subsequently modified, or, if applicable, the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with all the goods/services/collective membership organization under Section 1(b) in the notice of allowance or as subsequently modified; and that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, members and concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any resulting registration, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /David E. Weslow/ Date Signed: 09/19/2017
Signatory's Name: David E. Weslow
Signatory's Position: Attorney for Applicant, DC and MD bar member
Signatory's Phone: 2027197000

RAM Sale Number: 87125862
RAM Accounting Date: 09/19/2017

Serial Number: 87125862
Internet Transmission Date: Tue Sep 19 09:13:29 EDT 2017
TEAS Stamp: USPTO/ESU-XXX.XXX.XXX.X-2017091909132971
9466-87125862-5104bf330a884d7604dfa5b905
71eb49c68dd11c73fcc398775f5d78b376b4125-
DA-8798-20170919091202957595

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, March 21, 2017 00:07 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notice of Allowance: U.S. Trademark SN 87125862: IMPOSSIBLE FITNESS (Stylized/Design): Docket/Reference No. 87252.0009 |

NOTICE OF ALLOWANCE (NOA)

ISSUE DATE: Mar 21, 2017

**U.S. Serial Number:** 87125862
**Mark:** IMPOSSIBLE FITNESS (Stylized/Design)
**Docket/Reference Number:** 87252.0009

**No opposition was filed for this published application. The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue. Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**

- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); **OR**
- An Extension Request, if the applicant is not yet using the mark in commerce. If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed. The applicant may file a total of five (5) extension requests. **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued. The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS). Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed. Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at https://www.uspto.gov/trademarks-application-process/filing-online (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information. If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see https://www.uspto.gov/trademarks-getting-started/process-overview/additional-information-post-notice-allowance-process.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.**

**REVIEW APPLICATION INFORMATION FOR ACCURACY**

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit. Please use the "Post-Publication Amendment" form under the "POST-APPROVAL/PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) AMENDMENT FORMS" category, available at https://www.uspto.gov/trademarks-application-process/filing-online/post-approvalpublicationpost-notice-allowance-noa. Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 87125862 |
| **Mark:** | IMPOSSIBLE FITNESS (Stylized/Design) |
| **Docket/Reference Number:** | 87252.0009 |
| **Owner:** | Impossible X LLC<br>1231 Champion Forest Court<br>Wheaton , ILLINOIS 60187 |
| **Correspondence Address:** | DAVID E. WESLOW<br>WILEY REIN LLP<br>1776 K STREET, NW<br>WASHINGTON, DC 20006 |

**This application has the following bases, but not necessarily for all listed goods/services:**

Section 1(a): NO Section 1(b): YES Section 44(e): NO

**GOODS/SERVICES BY INTERNATIONAL CLASS**

025 - Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

**ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.**

---

**Appropriate Specimens for Goods and/or Services:** A trademark specimen should be a label, tag, or container for the goods, or a display associated with the goods. See TMEP §§904.03 et seq. A service mark specimen should be an advertisement, sign, brochure, website printout or other image that shows the mark used in the actual sale or advertising of the services. See TMEP §§1301.04 et seq. For an instructional video on what is an appropriate trademark or service mark specimen for a good and/or service, click here.

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may

result in the cancellation of any issued trademark registration. The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of this application, go to https://tsdr.uspto.gov/#caseNumber=87125862&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=87125862&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, January 24, 2017 00:45 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 87125862: IMPOSSIBLE FITNESS (Stylized/Design): Docket/Reference No. 87252.0009 |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 87125862
**Mark:** IMPOSSIBLE FITNESS (Stylized/Design)
**International Class(es):** 025
**Owner:** Impossible X LLC
**Docket/Reference Number:** 87252.0009

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Jan 24, 2017.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2017-01-24&serialNumber=87125862

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

* Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a complete Statement of Use or Extension Request with the required fees within six (6) months after the NOA issues to avoid abandonment of the application.)

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=87125862&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=87125862&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Jan 4, 2017

# NOTICE OF PUBLICATION

1. Serial No.:
87-125,862

2. Mark:
IMPOSSIBLE FITNESS
(STYLIZED/DESIGN)

3. International Class(es):
25

4. Publication Date:
Jan 24, 2017

5. Applicant:
Impossible X LLC

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

**Email Address(es):**

dweslow@wileyrein.com
tmdocket@wileyrein.com

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Wednesday, January 4, 2017 04:09 AM
**To:** XXXX
**Cc:** XXXX
**Subject:** Official USPTO Notification of Notice of Publication: U.S. Trademark SN 87125862: IMPOSSIBLE FITNESS (Stylized/Design): Docket/Reference No. 87252.0009

NOTIFICATION OF "NOTICE OF PUBLICATION"

Your trademark application (Serial No. 87125862) is scheduled to publish in the *Official Gazette* on Jan 24, 2017. To preview the Notice of Publication, go to http://tdr.uspto.gov/search.action?sn=87125862. If you have difficulty accessing the Notice of Publication, contact TDR@uspto.gov.

**PLEASE NOTE:**
1. The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Do NOT hit "Reply" to this e-mail notification. If you have any questions about the content of the Notice of Publication, contact TMPostPubQuery@uspto.gov.

**Trademark Snap Shot Publication Stylesheet**
(Table presents the data on Publication Approval)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87125862 | FILING DATE | 08/03/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LAPTER, ALAIN J | L.O. ASSIGNED | 105 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 12/15/2016 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 12/14/2016 |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Impossible X LLC |
| ADDRESS | 1231 Champion Forest Court<br>Wheaton, IL 60187 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Illinois |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION TEXT | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear |

## GOODS AND SERVICES CLASSIFICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 025 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DISCLAIMER W/PREDETER TXT | "FITNESS" |
| DESCRIPTION OF MARK | The mark consists of the word IMPOSSIBLE in strikethrough format followed by FITNESS. |
| OWNER OF US REG NOS | 4260617 4624158 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 12/14/2016 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 017 |
| 12/14/2016 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 016 |
| 12/14/2016 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 015 |
| 12/14/2016 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 014 |
| 12/14/2016 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 013 |
| 12/10/2016 | GNFN | O | NOTIFICATION OF FINAL REFUSAL EMAILED | 012 |
| 12/10/2016 | GNFR | O | FINAL REFUSAL E-MAILED | 011 |
| 12/10/2016 | CNFR | R | FINAL REFUSAL WRITTEN | 010 |
| 11/28/2016 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 11/28/2016 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 11/28/2016 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 11/07/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 11/07/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 11/07/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 11/04/2016 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 08/08/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 08/06/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

| CURRENT CORRESPONDENCE INFORMATION | |
|---|---|
| ATTORNEY | David E. Weslow |
| CORRESPONDENCE ADDRESS | DAVID E. WESLOW<br>WILEY REIN LLP<br>1776 K STREET, NW<br>WASHINGTON, DC 20006 |
| DOMESTIC REPRESENTATIVE | NONE |

# IMPOSSIBLE FITNESS

**Trademark Snap Shot Amendment & Mail Processing Stylesheet**
(Table presents the data on Amendment & Mail Processing Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87125862 | FILING DATE | 08/03/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LAPTER, ALAIN J | L.O. ASSIGNED | 105 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 12/15/2016 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 12/14/2016 |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Impossible X LLC |
| ADDRESS | 1231 Champion Forest Court<br>Wheaton, IL 60187 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Illinois |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION TEXT | Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear |

## GOODS AND SERVICES CLASSIFICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 025 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DISCLAIMER W/PREDETER TXT | "FITNESS" |
| DESCRIPTION OF MARK | The mark consists of the word IMPOSSIBLE in strikethrough format followed by FITNESS. |
| OWNER OF US REG NOS | 4260617 4624158 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 12/14/2016 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 017 |
| 12/14/2016 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 016 |
| 12/14/2016 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 015 |
| 12/14/2016 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 014 |
| 12/14/2016 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 013 |
| 12/10/2016 | GNFN | O | NOTIFICATION OF FINAL REFUSAL EMAILED | 012 |
| 12/10/2016 | GNFR | O | FINAL REFUSAL E-MAILED | 011 |
| 12/10/2016 | CNFR | R | FINAL REFUSAL WRITTEN | 010 |
| 11/28/2016 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 11/28/2016 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 11/28/2016 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 11/07/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 11/07/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 11/07/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 11/04/2016 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 08/08/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 08/06/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

| CURRENT CORRESPONDENCE INFORMATION | |
|---|---|
| ATTORNEY | David E. Weslow |
| CORRESPONDENCE ADDRESS | DAVID E. WESLOW<br>WILEY REIN LLP<br>1776 K STREET, NW<br>WASHINGTON, DC 20006 |
| DOMESTIC REPRESENTATIVE | NONE |

# IMPOSSIBLE FITNESS

| | |
|---|---|
| **To:** | Impossible X LLC (dweslow@wileyrein.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87125862 - IMPOSSIBLE FITNESS - 87252.0009 |
| **Sent:** | 12/14/2016 4:40:14 PM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 87125862

**MARK:** IMPOSSIBLE FITNESS

*87125862*

**CORRESPONDENT ADDRESS:**
DAVID E. WESLOW
WILEY REIN LLP
1776 K STREET, NW
WASHINGTON, DC 20006

**GENERAL TRADEMARK INFORMATION:**
**http://www.uspto.gov/trademarks/index.jsp**

VIEW YOUR APPLICATION FILE

**APPLICANT:** Impossible X LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
87252.0009

**CORRESPONDENT E-MAIL ADDRESS:**
dweslow@wileyrein.com

## EXAMINER'S AMENDMENT

**ISSUE/MAILING DATE: 12/14/2016**

**DATABASE SEARCH:** The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

**APPLICATION HAS BEEN AMENDED:** In accordance with the authorization granted by David Weslow on 12/14/16, the trademark examining attorney has amended the application as indicated below. Please advise the undersigned immediately of any objections. Otherwise, no response is necessary. TMEP §707. Any amendments to the identification of goods and/or services may clarify or limit the goods and/or services, but may not add to or broaden the scope of the goods and/or services. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*

**AMENDMENT TO IDENTIFICATION OF GOODS AND SERVICES**

The identification of goods and services is amended to read as follows:

International Class 25 - Clothing and performance apparel, namely, t-shirts, sweatshirts, pants, shorts, tank tops, yoga pants, tights, and underwear

*See* TMEP §§1402.01, 1402.01(e).

/Alain J. Lapter/
Trademark Examining Attorney
Law Office 105
500 Dulany Ave.
Alexandria, VA 22316
(571) 272-3162
alain.lapter@uspto.gov

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the Trademark Electronic Application System (TEAS) form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

| | |
|---|---|
| **To:** | Impossible X LLC (dweslow@wileyrein.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87125862 - IMPOSSIBLE FITNESS - 87252.0009 |
| **Sent:** | 12/14/2016 4:40:14 PM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

# IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **12/14/2016** FOR U.S. APPLICATION SERIAL NO.87125862

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov/, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

| | |
|---|---|
| **To:** | Impossible X LLC (dweslow@wileyrein.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87125862 - IMPOSSIBLE FITNESS - 87252.0009 |
| **Sent:** | 12/10/2016 10:38:13 AM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 87125862

**MARK:** IMPOSSIBLE FITNESS

*87125862*

**CORRESPONDENT ADDRESS:**
DAVID E. WESLOW
WILEY REIN LLP
1776 K STREET, NW
WASHINGTON, DC 20006

**CLICK HERE TO RESPOND TO THIS LETTER:**

http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Impossible X LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
87252.0009

**CORRESPONDENT E-MAIL ADDRESS:**
dweslow@wileyrein.com

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 12/10/2016**

**THIS IS A FINAL ACTION.**

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per

international class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

INTRODUCTION

This Office action is in response to applicant's communication filed on 11/28/2016 .

In a previous Office action dated 11/7/16, it was noted that applicant was required to satisfy the following requirements: amend the identification of goods and disclaim descriptive wording in the mark.

Based on applicant's response, the trademark examining attorney notes that the following requirement has been satisfied: disclaimer of the term FITNESS. *See* TMEP §§713.02, 714.04.

The trademark examining attorney maintains and now makes FINAL the requirement in the summary of issues below. *See* 37 C.F.R. §2.63(b); TMEP §714.04.

SUMMARY OF ISSUES MADE FINAL that applicant must address:

- Identification of goods

**<u>IDENTIFICATION OF GOODS</u>**

The amended wording "athletic clothing" is indefinite and must be clarified. Applicant must specify the common commercial name of the type of garment/apparel, as suggested below. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

As previously stated, an applicant may only amend an identification to clarify or limit the goods, but not to add to or broaden the scope of the goods. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*, 1402.07.

The USPTO has the discretion to determine the degree of particularity needed to clearly identify goods and/or services covered by a mark. *In re Fiat Grp. Mktg. & Corp. Commc'ns S.p.A*, 109 USPQ2d 1593, 1597 (TTAB 2014) (citing *In re Omega SA*, 494 F.3d 1362, 1365, 83 USPQ2d 1541, 1543-44 (Fed. Cir. 2007)). Accordingly, the USPTO requires the description of goods and/or services in a U.S. application to be specific, definite, clear, accurate, and concise. TMEP §1402.01; *see In re Fiat Grp. Mktg. & Corp. Commc'ns S.p.A*, 109 USPQ2d at 1597-98; *Cal. Spray-Chem. Corp. v. Osmose Wood Pres. Co. of Am*., 102 USPQ 321, 322 (Comm'r Pats. 1954).

The purpose of the identification of goods and/or services is to provide the general population, including consumers and members of the relevant industry, with an understandable description of the goods and services, which is done by using the common commercial name for the goods and/or services. *In re Gulf Coast Nutritionals, Inc.*, 106 USPQ2d 1243, 1247 (TTAB 2013) (citing *In re Sones*, 590 F.3d 1282, 1289, 93 USPQ2d 1118, 1124 (Fed. Cir. 2009)). If there is no common, ordinary name for the goods and/or services, applicant should describe the goods and/or services using wording that would be generally understood by the average person. *See Schenley Indus., Inc. v. Battistoni*, 112 USPQ 485, 486 (Comm'r Pats. 1957); *Cal. Spray-Chem. Corp. v. Osmose Wood Pres. Co. of Am*., 102 USPQ 321, 322 (Comm'r Pats. 1954); TMEP §1402.01.

An in depth knowledge of the relevant field should not be necessary for understanding a description of the goods and/or services. TMEP §1402.01. "[T]echnical, high-sounding verbiage" should be avoided. *Cal. Spray-Chem. Corp. v. Osmose Wood Pres. Co. of Am.*, 102 USPQ at 322.

Applicant must address the following issues and may adopt the suggested language, if accurate:

Please note that the suggested language is underlined.

International Class 25 - clothing, namely, t-shirts, sweatshirts, athletic clothing, namely ____________ (Applicant must identify the common commercial name of the clothing items, e.g. shorts, yoga pants, sweaters, tights, etc.), pants, shorts, and tank tops

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual* at http://tess2.uspto.gov/netahtml/tidm.html. *See* TMEP §1402.04.

Response Guidelines

Applicant must respond within six months of the date of issuance of this final Office action or the following goods to which the final requirement apply will be **deleted** from the application by Examiner's Amendment: athletic clothing. 37 C.F.R. §2.65(a); *see* 15 U.S.C. §1062(b).

The application will then proceed for the following goods: clothing, namely, t-shirts, sweatshirts, pants, shorts, and tank tops.

Applicant may respond by providing one or both of the following:

(1) A response that fully satisfies all outstanding requirements and/or resolves all outstanding refusals.

(2) An appeal to the Trademark Trial and Appeal Board, with the appeal fee of $100 per class.

37 C.F.R. §2.63(b)(1)-(2); TMEP §714.04; *see* 37 C.F.R. §2.6(a)(18); TBMP ch. 1200.

In certain rare circumstances, an applicant may respond by filing a petition to the Director pursuant to 37 C.F.R. §2.63(b)(2) to review procedural issues. TMEP §714.04; *see* 37 C.F.R. §2.146(b); TBMP §1201.05; TMEP §1704 (explaining petitionable matters). The petition fee is $100. 37 C.F.R. §2.6(a)(15).

**ADDITIONAL INFORMATION**

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

/Alain J. Lapter/

Trademark Examining Attorney

Law Office 105

500 Dulany Ave.

Alexandria, VA 22316

(571) 272-3162

alain.lapter@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

| | |
|---|---|
| **To:** | Impossible X LLC (dweslow@wileyrein.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87125862 - IMPOSSIBLE FITNESS - 87252.0009 |
| **Sent:** | 12/10/2016 10:38:14 AM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

# IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **12/10/2016** FOR U.S. APPLICATION SERIAL NO. 87125862

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **12/10/2016** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp**.**

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay

“fees.”

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the “United States Patent and Trademark Office” in Alexandria, VA; or sent by e-mail from the domain “@uspto.gov.” For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

**Trademark Snap Shot Amendment & Mail Processing Stylesheet**
(Table presents the data on Amendment & Mail Processing Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87125862 | FILING DATE | 08/03/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LAPTER, ALAIN J | L.O. ASSIGNED | 105 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 11/29/2016 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 11/28/2016 |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | IMPOSSIBLE FITNESS |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Impossible X LLC |
| ADDRESS | 1231 Champion Forest Court<br>Wheaton, IL 60187 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Illinois |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION TEXT | clothing, namely, t-shirts, sweatshirts, athletic clothing, pants, shorts, and tanktops |

## GOODS AND SERVICES CLASSIFICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 025 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DISCLAIMER W/PREDETER TXT | "FITNESS" |
| DESCRIPTION OF MARK | The mark consists of the word IMPOSSIBLE in strikethrough format followed by FITNESS. |
| OWNER OF US REG NOS | 4260617 4624158 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 11/28/2016 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 11/28/2016 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 11/28/2016 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 11/07/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 11/07/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 11/07/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 11/04/2016 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 08/08/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 08/06/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| | |
|---|---|
| ATTORNEY | David E. Weslow |
| CORRESPONDENCE ADDRESS | DAVID E. WESLOW<br>WILEY REIN LLP<br>1776 K STREET, NW<br>WASHINGTON, DC 20006 |
| DOMESTIC REPRESENTATIVE | NONE |

IMPOSSIBLE FITNESS

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87125862 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/87125862/large |
| **LITERAL ELEMENT** | IMPOSSIBLE FITNESS |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR(S) CLAIMED (If applicable)** | Color is not claimed as a feature of the mark. |
| **DESCRIPTION OF THE MARK (and Color Location, if applicable)** | The mark consists of the word IMPOSSIBLE in strikethrough format followed by FITNESS. |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| **INTERNATIONAL CLASS** | 025 |
| **DESCRIPTION** | clothing |
| **FILING BASIS** | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| **INTERNATIONAL CLASS** | 025 |
| **TRACKED TEXT DESCRIPTION** | |
| ~~clothing~~; clothing, namely, t-shirts, sweatshirts, athletic clothing, pants, shorts, and tanktops | |
| **FINAL DESCRIPTION** | |
| clothing, namely, t-shirts, sweatshirts, athletic clothing, pants, shorts, and tanktops | |
| **FILING BASIS** | Section 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| **DISCLAIMER** | No claim is made to the exclusive right to use FITNESS apart from the mark as shown. |
| **SIGNATURE SECTION** | |
| **RESPONSE SIGNATURE** | /David E. Weslow/ |
| **SIGNATORY'S NAME** | David E. Weslow |
| **SIGNATORY'S POSITION** | Attorney of record, DC and MD bar member |
| **SIGNATORY'S PHONE NUMBER** | 2027197000 |
| **DATE SIGNED** | 11/28/2016 |
| **AUTHORIZED SIGNATORY** | YES |

| FILING INFORMATION SECTION | |
|---|---|
| **SUBMIT DATE** | Mon Nov 28 12:19:07 EST 2016 |
| **TEAS STAMP** | USPTO/ROA-XXX.XXX.XXX.X-2 0161128121907839684-87125 862-5707826a0257a846ef310 50c534f3215f09eaedce76c79 655dc7da31d86ac7d3a4-N/A-N/A-20161128121732003570 |

---

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **87125862** IMPOSSIBLE FITNESS (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/87125862/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 025 for clothing
Original Filing Basis:
**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services in the application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Proposed:**
**Tracked Text Description:** ~~clothing~~; clothing, namely, t-shirts, sweatshirts, athletic clothing, pants, shorts, and tanktops

Class 025 for clothing, namely, t-shirts, sweatshirts, athletic clothing, pants, shorts, and tanktops
**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services in the application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**ADDITIONAL STATEMENTS**
**Disclaimer**
No claim is made to the exclusive right to use FITNESS apart from the mark as shown.

**SIGNATURE(S)**
**Response Signature**
Signature: /David E. Weslow/ Date: 11/28/2016
Signatory's Name: David E. Weslow

Signatory's Position: Attorney of record, DC and MD bar member

Signatory's Phone Number: 2027197000

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the owner/holder in this matter: (1) the owner/holder has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the owner/holder has filed a power of attorney appointing him/her in this matter; or (4) the owner's/holder's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 87125862
Internet Transmission Date: Mon Nov 28 12:19:07 EST 2016
TEAS Stamp: USPTO/ROA-XXX.XXX.XXX.X-2016112812190783
9684-87125862-5707826a0257a846ef31050c53
4f3215f09eaedce76c79655dc7da31d86ac7d3a4
-N/A-N/A-20161128121732003570

| | |
|---|---|
| **To:** | Impossible X LLC (dweslow@wileyrein.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87125862 - IMPOSSIBLE FITNESS - 87252.0009 |
| **Sent:** | 11/7/2016 5:19:34 PM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | Attachment - 1<br>Attachment - 2<br>Attachment - 3<br>Attachment - 4<br>Attachment - 5<br>Attachment - 6<br>Attachment - 7<br>Attachment - 8<br>Attachment - 9 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 87125862

**MARK:** IMPOSSIBLE FITNESS

*87125862*

**CORRESPONDENT ADDRESS:**
DAVID E. WESLOW
WILEY REIN LLP
1776 K STREET, NW
WASHINGTON, DC 20006

**CLICK HERE TO RESPOND TO THIS LETTER:**
**http://www.uspto.gov/trademarks/teas/response_forms.jsp**

VIEW YOUR APPLICATION FILE

**APPLICANT:** Impossible X LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
87252.0009

**CORRESPONDENT E-MAIL ADDRESS:**
dweslow@wileyrein.com

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 11/7/2016**

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SEARCH OF OFFICE'S DATABASE OF MARKS**

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

**Although no similar registered or pending mark has been found that would bar registration, applicant must satisfy the following requirements.**

**DISCLAIMER**

Applicant must disclaim the wording "FITNESS" because it merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services, and thus is an unregistrable component of the mark. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); TMEP §§1213, 1213.03(a).

Specifically, the examining attorney believes that applicant's clothing items are intended to be used during fitness classes or exercises. See attached evidence of numerous manufacturers describing their clothing as fitness, in nature.

An applicant may not claim exclusive rights to terms that others may need to use to describe their goods and/or services in the marketplace. *See Dena Corp. v. Belvedere Int'l, Inc.* , 950 F.2d 1555, 1560, 21 USPQ2d 1047, 1051 (Fed. Cir. 1991); *In re Aug. Storck KG*, 218 USPQ 823, 825 (TTAB 1983). A disclaimer of unregistrable matter does not affect the appearance of the mark; that is, a disclaimer does not physically remove the disclaimed matter from the mark. *See Schwarzkopf v. John H. Breck, Inc.*, 340 F.2d 978, 978, 144 USPQ 433, 433 (C.C.P.A. 1965); TMEP §1213.

If applicant does not provide the required disclaimer, the USPTO may refuse to register the entire mark. *See In re Stereotaxis Inc.*, 429 F.3d 1039, 1040-41, 77 USPQ2d 1087, 1088-89 (Fed. Cir. 2005); TMEP §1213.01(b).

Applicant should submit a disclaimer in the following standardized format:

**No claim is made to the exclusive right to use "FITNESS" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to satisfy this disclaimer requirement online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/disclaimer.jsp.

A “disclaimer” is a statement in the application record that an applicant does not claim exclusive rights to an unregistrable component of the mark; a disclaimer of unregistrable matter does not affect the appearance of the mark or physically remove disclaimed matter from the mark. *See Schwarzkopf v. John H. Breck, Inc*., 340 F.2d 978, 978, 144 USPQ 433, 433 (C.C.P.A. 1965); TMEP §1213. An unregistrable component of a mark includes wording and designs that are merely descriptive of an applicant’s goods and/or services. 15 U.S.C. §1052(e); *see* TMEP §§1209.03(f), 1213.03 *et seq*. Such words or designs need to be freely available for other businesses to market comparable goods or services and should not become the proprietary domain of any one party. *See Dena Corp. v. Belvedere Int’l, Inc.* , 950 F.2d 1555, 1560, 21 USPQ2d 1047, 1051 (Fed. Cir. 1991); *In re Aug. Storck KG*, 218 USPQ 823, 825 (TTAB 1983).

If applicant does not provide the required disclaimer, the USPTO may refuse to register the entire mark. *See In re Stereotaxis Inc*., 429 F.3d 1039, 1041, 77 USPQ2d 1087, 1089 (Fed. Cir. 2005); TMEP §1213.01(b).

The following cases further explain the disclaimer requirement: *Dena Corp. v. Belvedere Int’l Inc* ., 950 F.2d 1555, 21 USPQ2d 1047 (Fed. Cir. 1991); *In re Brown-Forman Corp.*, 81 USPQ2d 1284 (TTAB 2006); *In re Kraft, Inc.*, 218 USPQ 571 (TTAB 1983).

**IDENTIFICATION OF GOODS**

As identified below, some of the wording in the identification of goods must be clarified to identify the common commercial name of the product associated with the mark. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

An applicant may only amend an identification to clarify or limit the goods, but not to add to or broaden the scope of the goods. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*, 1402.07.

The wording could include goods in other international classes for which additional filing fees are required.

The USPTO has the discretion to determine the degree of particularity needed to clearly identify goods and/or services covered by a mark. *In re Fiat Grp. Mktg. & Corp. Commc’ns S.p.A* , 109 USPQ2d 1593, 1597 (TTAB 2014) (citing *In re Omega SA*, 494 F.3d 1362, 1365, 83 USPQ2d 1541, 1543-44 (Fed. Cir. 2007)). Accordingly, the USPTO requires the description of goods and/or services in a U.S. application to be specific, definite, clear, accurate, and concise. TMEP §1402.01; *see In re Fiat Grp. Mktg. & Corp. Commc’ns S.p.A* , 109 USPQ2d at 1597-98; *Cal. Spray-Chem. Corp. v. Osmose Wood Pres. Co. of Am*., 102 USPQ 321, 322 (Comm’r Pats. 1954).

The purpose of the identification of goods and/or services is to provide the general population, including consumers and members of the relevant industry, with an understandable description of the goods and services, which is done by using the common commercial name for the goods and/or services. *In re Gulf Coast Nutritionals, Inc.*, 106 USPQ2d 1243, 1247 (TTAB 2013) (citing *In re Sones*, 590 F.3d 1282, 1289, 93 USPQ2d 1118, 1124 (Fed. Cir. 2009)). If there is no common, ordinary name for the goods and/or services, applicant should describe the goods and/or services using wording that would be generally understood by the average person. *See Schenley Indus., Inc. v. Battistoni*, 112 USPQ 485, 486 (Comm’r Pats. 1957); *Cal. Spray-Chem. Corp. v. Osmose Wood Pres. Co. of Am*., 102 USPQ 321, 322 (Comm’r Pats. 1954); TMEP §1402.01.

An in depth knowledge of the relevant field should not be necessary for understanding a description of the goods and/or services. TMEP §1402.01. “[T]echnical, high-sounding verbiage” should be avoided. *Cal. Spray-Chem. Corp. v. Osmose Wood Pres. Co. of Am.*, 102 USPQ at 322.

Applicant must address the following issues and may adopt the suggested language, if accurate:

Please note that the suggested language is underlined.

International Class 9 – clothing for protection against accidents and fire

International Class 25 – clothing, namely ___________ (Applicant must identify the common commercial name of the clothing, e.g. t-shirts, pants, etc.)

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual* at http://tess2.uspto.gov/netahtml/tidm.html. *See* TMEP §1402.04.

Insufficient Filing Fees

The application identifies goods and/or services that are classified in at least 2 classes; however, applicant submitted a fee(s) sufficient for only 1 class. In a multiple-class application, a fee for each class is required. 37 C.F.R. §2.86(a)(2); TMEP §§810.01, 1403.01.

Therefore, applicant must either (1) restrict the application to the number of classes covered by the fees already paid, or (2) submit the fees for each additional class.

The filing fees for adding classes to an application are as follows:

(1) A $325 fee per class, when the fees are submitted with an electronic response filed online at http://www.uspto.gov/trademarks/teas/response_forms.jsp, via the Trademark Electronic Application System (TEAS).

(2) A $375 fee per class, when the fees are submitted with a paper response.

37 C.F.R. §2.6(a)(1)(i)-(ii); TMEP §§810, 1403.02(c).

**ADDITIONAL INFORMATION**

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

Response Guidelines

To expedite prosecution of the application, applicant is encouraged to file its response to this Office action online via the Trademark Electronic Application System (TEAS), which is available at http://www.uspto.gov/trademarks/teas/index.jsp. If applicant has technical questions about the TEAS response to Office action form, applicant can review the electronic filing tips available online at http://www.uspto.gov/trademarks/teas/e_filing_tips.jsp and e-mail technical questions to TEAS@uspto.gov.

/Alain J. Lapter/

Trademark Examining Attorney
Law Office 105
500 Dulany Ave.
Alexandria, VA 22316
(571) 272-3162
alain.lapter@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

https://www.amazon.com/icyzone-Woemens-Racerback-Workout-Fitness/dp/B01H34JL32/ref=sr_1_2?ie=UTF8&qid=1478556225&sr=8-2&keywords=fitness+apparel+tops 11/07/2016 05:04:09 PM

amazon Try Prime | All | fitness apparel tops | COUNTDOWN TO BLACK FRIDAY DEALS WEEK Presented by Discover Card

Departments | Your Amazon.com | Today's Deals | Gift Cards & Registry | Sell | Help | Hello. Sign in Your Account | Try Prime | Lists | 0 Cart

Amazon Fashion | WOMEN | MEN | GIRLS | BOYS | BABY | LUGGAGE | SALES & DEALS | YOUR FASHION & S | FREE RETURNS Restrictions Apply

style code LIVE DISCOVER MORE FASHION

‹ Back to search results for "fitness apparel tops"



icyzone

icyzone Workout Yoga Fitness Sports Racerback Tank Tops for Women

14 customer reviews

Price: $13.99 - $19.99 & FREE Returns on some sizes and colors. Details

Sale: Lower price available on select options

Fit: As expected (78%)

Size:

Select | Size Chart

Color: Black

- 90% Polyester 10% Spandex
- Imported
- Machine Washable
- Racerback style with bound edges and interlock seams
- This product is made in our own manufacturer through an emphasis on quality and customer service.
- lightweight, stretchy, moisture-wicking power fabric
- Quick-drying ,keep you cool and dry
- Fashion pattern printed

DEAL OF THE DAY

**Up to 60% Off Sweaters**

Today only, save up to 60% on sweaters for women, men, kids, and baby. Select styles and sizes. Prices as marked. See more

Customers who viewed this item also bought

| Move With You | Baleaf | Ssyiz | Yaker |
|---|---|---|---|
| $24.99 | $19.99 | $12.99 - $19.99 | $16.99 |

Share

To buy, select **Size**

Add to Cart

Add to List

https://www.amazon.com/icyzone-Woemens-Racerback-Workout-Fitness/dp/B01H34JL32/ref=sr_1_2?ie=UTF8&qid=1478556225&sr=8-2&keywords=fitness+apparel+tops 11/07/2016 05:04:09 PM

Roll over image to zoom in

**Sponsored Products Related To This Item** (What's this?)




Shine Athletica Women's Peace Yoga Workout Fitness Burnout Racerback Tank Top S... 4 $26.99

American Fitness Couture Women's Barre Beautiful Top Color Fuchsia Size L 3 $34.99 Prime

Women Nice Sleeveless Tops Sexy Cami Mature Women Clothing Blue M $12.99 Prime

Volcom Junior's Lived In Racer Back Tank, Cloud Pink, Small 7 $10.80

VISHTEA Ladies Burnout Racerback Tank Yoga Tank Top Soft Fabric Fitness Gym Pack of 3 5 $25.99

Orange Arrow Women's Workout This Is My Happy Hour Racerback Tank (Medium, Lilac) 2 $16.95

Orange Arrow Women's Workout Be Stronger Than Your Excuses Tank (Medium, Lilac) 3 $14.95

Ad feedback

**Customers Who Bought This Item Also Bought**



icyzone Women's Workout Yoga Clothes Strappy Crisscross Racerback Sports Bras 11 $16.99 - $21.99

Queenie Ke Women's Yoga shirts Sports Tops Super Soft Knit Cowl Back Tank 33 $18.89 - $18.99

Women's Sexy Strappys Wirefree Yoga Sports Bra 15 $9.99 - $17.99

Queenie Ke Women's Light Support Cross Back Wirefree Pad Yoga Sports Bra 60 $16.99 - $21.88

CharmLeaks Womens WorkOut Wirefree CrossBack Padded Running Yoga Sports... 50 $14.99 - $20.99

Ssyiz Women's Long Sleeve Stretchy Top Solid Color Fashion T Shirt 227 $12.99 - $19.99

**Customers Viewing This Page May Be Interested In These Sponsored Links** (What's this?)

1. **Lucy Yoga Tank Tops - New Arrivals Are Here** - **Workout Clothes** as Flexible as You. Free Standard Shipping - Shop Today! (lucy.com)
2. **lululemon® Women** - **Yoga**-to see this! We can't resist a pun, or **clothes** that ship free. (lululemon.com)

https://www.amazon.com/icyzone-Woemens-Racerback-Workout-Fitness/dp/B01H34JL32/ref=sr_1_2?ie=UTF8&qid=1478556225&sr=8-2&keywords=fitness+apparel+tops 11/07/2016 05:04:09 PM

3. Fabletics™ Workout Wear - Ladies Activewear For Anywhere. Free Shipping. New Styles In Stock! (fabletics.com)

Ad feedback

## Product Description

Lightweight exercise yoga running top
It's flexible to wear and comes in a special eye-catching design.
Perfect top for yoga, exercise, fitness, any type of workout, or everyday use. Icyzone Yoga top combine fashion, function and performance
Incredible stretchy fabric help keeps its shape.
Flate seams reduce friction. won't Fade, won't Shrink
Fabric increase drying by wicking away moisture.
Look charming when you workout.
These Active Yoga Running top for women are designed by our Australia designer inspired by the nature and are made from the highest quality fabric to remove moisture from your body, providing maximum comfort

**Product Dimensions:** 13.4 x 9.4 x 0.8 inches
**Shipping Weight:** 3.5 ounces (View shipping rates and policies)
**ASIN:** B01H34JL28
**Item model number:** T02
**Date first available at Amazon.com:** June 15, 2016
**Amazon Best Sellers Rank:** #5,704 in Clothing (See Top 100 in Clothing)
#43 in Clothing > Women > Tops & Tees > **Tanks & Camis**
**Average Customer Review:** 14 customer reviews
Would you like to give feedback on images?

## Customer Questions & Answers

Have a question? Search for answers

0 votes
**Question:** I am small size (but with c cup bra) and i don't like tight tops to workout, should i go a size up, medium? or is it too big compared with the small?
**Answer:** I usually wear a small and ordered a small in this. I am an a/b cup and it is fairly loose fitting throughout the chest and body but I'm definitely not swimming in it.
By Amazon Customer on September 21, 2016
See more answers (1)

0 votes
**Question:** Built in bra?
**Answer:** Nope
By Minnie on September 29, 2016

## Customer Reviews

14
4.5 out of 5 stars

| | |
|---|---|
| 5 star | 72% |
| 4 star | 21% |
| 3 star | 7% |

Share your thoughts with other customers

Write a customer review

**Customer Images**





https://www.amazon.com/icyzone-Woemens-Racerback-Workout-Fitness/dp/B01H34JL32/ref=sr_1_2?ie=UTF8&qid=1478556225&sr=8-2&keywords=fitness+apparel+tops 11/07/2016 05:04:09 PM

2 star 0%
1 star 0%

See all 14 customer reviews ›

### Top Customer Reviews

**Very comfy and light weight.**
By tatiana on August 3, 2016
Size: Large | Color: Chinese Ink
I really liked this item.I LOVE the material of these tank tops, plus the fact that they're not tight so they don't show my fat stomach!The cut of the shirt is very nice, curving in at the wait just a bit to give a feminine silhouette but still loose enough to allow for easy movement.These tank tops are so lightweight and soft. I bought them to work out in.High quality fabric.Super comfy, Washes well.The length is as pictured - falls to widest part of hips.I just love the color and the fit! it is perfect for summer.Highly recommend!I received this product at a discount for my honest and unbiased review.



Comment | 9 people found this helpful. Was this review helpful to you? Yes No Report abuse

**So Cute**
By Meg Ashley on August 10, 2016
Size: Large | Color: Chinese Ink
I just love this racerback yoga shirt. It's nice and light with really great breathable material. It is made really well and has raunched sides so it fits well. This is true to size so please do not size up or it'll be a bit big. What I like the most about this is how cool this shirt keeps you during your workout. Not only does it look great while on but it also keeps you incredibly cool. I love the print too. It's super cute! Overall, great shirt! Thanks!
Please note, I received this product at a discount in exchange for a honest and unbiased review. All views expressed are solely my own. I only review items I actually use in an attempt to bring forth the most honest review possible.
Comment | 3 people found this helpful. Was this review helpful to you? Yes No Report abuse

**Great quality...great price. LOVE it!!!**
By HappyJennie on October 20, 2016
Size: Medium | Color: Storm | Verified Purchase
This top is very well made. The quality far surpassed my expectations for the price. I love the print...it's black and white but still very vibrant and the picture is clear. The fabric is silky and stretchy...similar to swimsuit material but not too thin or cheap-looking. It looks much better than shirts I've received from Fabletics...(and with much faster shipping).

As far as fit goes... I'm 5'8 140 lbs and the medium fits perfectly. It's not super long...but long enough. It's loose enough to hide some jiggly bits, but not baggy at all.

I love this shirt...will probably order additional prints from this company
Comment | One person found this helpful. Was this review helpful to you? Yes No Report abuse

**Fits true to size**
By Marque on August 13, 2016
Size: Medium | Color: Black
This icy zone tank is well made and comfortable. It is a longer style than most other work out tanks that are available in stores, but I often want a longer cut. This fabric is very lightweight and easy to move in. It has some rouching on the sides near the hip to create a feminine look and hide some trouble areas. This gives me some confidence as I'm working out. I really like the racerback style on this. It's quite flattering on, but more important, it's not restricting my movements as I run or work out.
This is solid black and not fading in the wash at all. I've been washing on cold and drying on low heat. It dries very quickly.
I ordered the size medium and I feel it fits true to size. I am pleased with this Icyzone workout tank and do recommend it to others.

*I received this item at a discount in exchange for my honest review of this product.
Comment | One person found this helpful. Was this review helpful to you? Yes No Report abuse

### Most Recent Customer Reviews

**but love the look**
Haven't had a chance to ware this yet, but love the look, and the fabric seems to be good quality.
Published 5 days ago by Kathlynn L Ball

**icyzone Workout Yoga Fitness Sports Racerback Tank Tops for Women**
This is a very cute top and fits nicely. Does not cling to my body and is a great length. I plan to buy more in different colors.
Published 6 days ago by bornblonde

**... long torso and I am 5'10 and they fit great!**
I was worried these wouldnt be long enough since I have a long torso and I am 5'10 and they fit great!
Published 8 days ago by Amazon Customer

**Four Stars**
Very nice fit and good looking
Published 13 days ago by Amazon Customer

**Five Stars**
Very comfortable!
Published 13 days ago by Kevin W. Meehan

**Cute, except for being one size too small!**
It was a size to small for me I am usually always an XL and this one didn't fit:(
Published 22 days ago by Kindle Customer

**Five Stars**
Very comfortable
Published 1 month ago by Mana alikhani

Search Customer Reviews
Search

**LOVE IT**
By Amazon Customer on October 21, 2016
Size: Medium | Color: Chinese Ink | Verified Purchase
Just recently getting into fitness classes and was looking for tank tops that are comfortable, light weight, and airy. Hesitated to make the purchase because I thought it is a little pricey (to be fair though - I don't have experience buying this type of clothing so I'm not sure if its actually pricey) But this piece has everything I wanted plus it looks great. (was also specifically looking for something that is a little longer to be able to cover the crotch area since I always wear leggings to my fitness classes)

Just ordered their yoga pants and sports bra - hope they have the same amazing quality!

Comment | One person found this helpful. Was this review helpful to you? Yes No Report abuse

**Pretty black tank**
By Amazon Customer on October 21, 2016
Size: Medium | Color: Black | Verified Purchase
This tank was a little loose through the upper back. I ordered medium because I like a bit looser fit. The fabric is soft and comfy. Its a nice long tank, which I love! Lots of length to stretch in for yoga. I am 5'6", 135lbs.

Comment | One person found this helpful. Was this review helpful to you? Yes No Report abuse

**Yoga Tima**
By Jane the avid reader of great literature on September 13, 2016
Size: Medium | Color: Chinese Ink | Verified Purchase
Beautifully design...runs a little too big...other wise excellent product!

Comment | 2 people found this helpful. Was this review helpful to you? Yes No Report abuse

See all 14 customer reviews (newest first) ›

Write a customer review

**Customers Who Viewed This Item Also Viewed**



| | | | | | |
|---|---|---|---|---|---|
| Move With You Womens Large Circle Cutout Mesh Yoga Tank Tops With Built-in bra | YAKER Women's Active Fitness Workout Soft Stretch Racerback Yoga Tank Top Shirt | icyzone Activewear Workout Yoga Fitness Sports Lined Racerback Tank Tops for Women | icyzone Activewear Workout Yoga Fitness Sports Racerback Tank Top T-Back Women | icyzone Women's Workout Yoga Strappy Crisscross Racerback Tank Tops with Built in Bra | Queenie Ke Women's Yoga shirts Sports Tops Super Soft Knit Cowl Back Tank |
| 7 | 21 | | 1 | 1 | 33 |
| $24.99 Prime | $16.99 Prime | $14.99 - $17.99 | $13.99 - $16.99 | $24.99 - $29.99 | $18.89 - $18.99 |

https://www.amazon.com/icyzone-Woemens-Racerback-Workout-Fitness/dp/B01H34JL32/ref=sr_1_2?ie=UTF8&qid=1478556225&sr=8-2&keywords=fitness+apparel+tops 11/07/2016 05:04:09 PM

### Look for Similar Items by Category

Clothing, Shoes & Jewelry > Women > Clothing > Tops & Tees > Tanks & Camis
Clothing, Shoes & Jewelry > Women > Petite > Tops & Tees > Tanks & Camis
Clothing, Shoes & Jewelry > Women > Plus-Size > Tops & Tees > Tanks & Camis

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

Australia Brazil Canada China France Germany India Italy Japan Mexico Netherlands Spain United Kingdom

6pm Score deals on fashion brands
AbeBooks Rare Books & Textbooks
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Amazon Business Everything For Your Business
AmazonFresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Handpicked Pros Happiness Guarantee
Amazon Inspire Free Digital Educational Resources
Amazon Video Direct Video Distribution Made Easy
Amazon Web Services Scalable Cloud Computing Services
Audible Download Audio Books
BeautyBar.com Prestige Beauty Delivered
Book Depository Books With Free Delivery Worldwide
Casa.com Kitchen, Storage & Everything Home
ComiXology Thousands of Digital Comics
CreateSpace Indie Print Publishing Made Easy
Diapers.com Everything But The Baby
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
Junglee.com Shop Online in India
Kindle Direct Publishing Indie Digital Publishing Made Easy
Prime Now FREE 2-Hour Delivery on Everyday Items
Prime Photos Unlimited Photo Storage Free With Prime
Shopbop Designer Fashion Brands
Soap.com Health, Beauty & Home Essentials
TenMarks.com Math Activities for Kids & Schools
Wag.com Everything For Your Pet
Warehouse Deals Open-Box Discounts
Whispercast Discover & Distribute Digital Content
Woot! Deals and Shenanigans
Yoyo.com A Happy Place To Shop For Toys
Zappos Shoes & Clothing

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2016, Amazon.com, Inc. or its affiliates

http://www.bodybuilding.com/store/fitness-clothing.html 11/07/2016 05:04:46 PM

Customer Support 1-866-236-8417 • Help • Get Discounts & Deals
Free Gift with Orders Over $99.00
United States

STORE TRAINING FIND A PLAN NUTRITION WOMEN VIDEOS APPS

All Search articles, products, brands...

24-HOUR BOGOS | RSP DYN.O. & AMINOLEAN
SHOP NOW

Main › Store › Shop By Category › **Fitness Clothing**




STORE

Choose Category
Choose Goal
Choose Brand
Choose Ingredient

SHOP BY CATEGORY

- Sports Nutrition & Workout Support
- Diet & Weight Management
- Protein
- Fitness Clothing
  - Bodybuilding.com Clothing
  - Men's Clothing

## MAIN FITNESS CLOTHING CATEGORIES



**BODYBUILDING.COM CLOTHING**

Everyone will want to be seen sporting these trendy and comfy clothes.



**MEN'S CLOTHING**

Check out our great selection of men's clothing including tank tops, t-shirts, shorts, pants, and much more.






Men's Clothing
Women's Clothing
Compression Wear
Clothing Accessories
Clothing By Brand
Workout Accessories
Workout Equipment
Healthy Food & Meal Plan Delivery
Natural Testosterone Support

SHOP BY GOAL
SHOP BY BRAND
SHOP BY INGREDIENT
SHOP BY BRAND POPULARITY

PayPal CREDIT

**No Payments + No Interest if paid in full in 6 Months** on purchases of $99+

Check out with PayPal and choose PayPal Credit.

Subject to credit approval. See Terms. US Customers only.



## WOMEN'S CLOTHING

Get high quality women's clothing such as tank tops, capris, and pants. Feel comfortable and stylish at the gym!



## COMPRESSION WEAR

Get the support and fit you desire to help you achieve your fitness goals.



## CLOTHING ACCESSORIES

Check out our awesome clothing accessories and complement your training get-up with some serious style.



## CLOTHING BY BRAND

Wear what you trust! Shop by brand and find the latest threads from your favorite brands.

**OVER 32,000,000 ORDERS SHIPPED**

- **LOWEST PRICES** ON OVER 13,000 PRODUCTS
- **FASTEST SHIPPING** WORLDWIDE
- **AWARD-WINNING** CUSTOMER SERVICE

CATEGORIES INDEX



http://www.bodybuilding.com/store/fitness-clothing.html 11/07/2016 05:04:46 PM

## CATEGORIES INDEX

**Sports Nutrition & Workout Support**
- Protein
- Pre-Workout Supplements
- During Workout
- Post-Workout Recovery
- View All ...

**Diet & Weight Management**
- Fat Burners
- Stimulant Free Fat Burners
- Fat Control
- Carbohydrate Management
- View All ...

**Protein**
- Whey Protein
- Protein Powder
- Protein Bars
- Soy Protein
- View All ...

**Fitness Clothing**
- Bodybuilding.com Clothing
- Men's Clothing
- Women's Clothing
- Compression Wear
- View All ...

**Workout Accessories**
- Women's Accessories
- Shakers, Mixers & Bottles
- Gloves
- Belts
- View All ...

**Workout Equipment**
- Heart Rate Monitors
- Home Gyms
- Strength Equipment
- Fitness Equipment
- View All ...

**Healthy Food & Meal Plan Delivery**
- B-Elite Fuel
- Healthy Snacks & Foods

**Natural Testosterone Support**
- Tribulus
- ZMA
- D-Aspartic Acid

**Vitamins, Herbs & Health**
- Multivitamins
- Fish Oil, Flax Oil & Omegas
- Joint Support
- Vitamins A-Z
- View All ...

**Joint Support**
- Glucosamine
- MSM
- Chondroitin

**Personal Care & Competition**
- Bath & Body
- Tanning Products
- Posing Oils
- Shaving & Hair Removal

**Energy & Endurance**
- Caffeine / Stimulants
- Energy Drinks
- Oxygen Enhancers
- Non-Stimulant Energy
- View All ...

**Resistance Bands**

**CrossFit**
- Medicine Balls
- Kettlebells
- Resistance Bands

**Food Storage**

**Massage Tools**

**Nootropics**

**Trial Size Supplements**

**Books & Video**

**Exclusive Products**

**Donation**

** These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.*

NEED HELP?
- Help Center
- Email Support
- Live Chat
- Gift Certificates
- Send Us Feedback

ORDERS & SHIPPING
- Order Status
- Returns/Exchanges
- Shipping Support
- United States

CONNECT WITH US

JOIN OUR NEWSLETTER

Be the first to receive exciting news, features, and special offers from Bodybuilding.com!

Your Email Address SEND

Careers | Terms of Use | Privacy Policy | About Us | Site Map | Advertise With Us | Affiliates | Help

© 2016 Bodybuilding.com, LLC. All rights reserved. Bodybuilding.com® and BodySpace® are trademarks of Bodybuilding.com, LLC.

© Bodybuilding.com, 5777 N. Meeker Ave. Boise ID 83713 USA - 1-866-236-8417

| | |
|---|---|
| **To:** | Impossible X LLC (dweslow@wileyrein.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87125862 - IMPOSSIBLE FITNESS - 87252.0009 |
| **Sent:** | 11/7/2016 5:19:35 PM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

# IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED

ON **11/7/2016** FOR U.S. APPLICATION SERIAL NO. 87125862

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **11/7/2016** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp**.**

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay

"fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

*** User:alapter ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 42170 | N/A | 0 | 0 | 0:02 | "do"*[bi,ti] not dead[ld] |
| 02 | 6473 | N/A | 0 | 0 | 0:02 | "do"[bi,ti] not dead[ld] |
| 03 | 737 | N/A | 0 | 0 | 0:02 | *{"Szc"}om$th{v}n*[bi,ti] not dead[ld] |
| 04 | 176 | N/A | 0 | 0 | 0:01 | *mpo{"szc"1:2}{v}b{v0:1}l*[bi,ti] not dead[ld] |
| 05 | 1 | 0 | 1 | 1 | 0:01 | 2 and 3 and 4 |
| 06 | 3 | 0 | 3 | 2 | 0:01 | 4 and (2 or 3) |
| 07 | 7243 | N/A | 0 | 0 | 0:01 | 2 ane 3 |
| 08 | 59 | 0 | 59 | 58 | 0:01 | 2 and 3 |
| 09 | 190 | N/A | 0 | 0 | 0:02 | ("hq" "h q")[bi,ti] not dead[ld] |
| 10 | 1 | 0 | 1 | 1 | 0:01 | 4 and 9 |
| 11 | 8085 | N/A | 0 | 0 | 0:02 | "x"[bi,ti] not dead[ld] |
| 12 | 1 | 0 | 1 | 1 | 0:01 | 4 and 11 |
| 13 | 2797 | N/A | 0 | 0 | 0:02 | *n{"uew"}tr{v}{"szct"}{v1:2}n*[bi,ti] not dead[ld] |
| 14 | 0 | 0 | 0 | 0 | 0:01 | 4 and 132 |
| 15 | 1 | 0 | 1 | 1 | 0:01 | 4 and 13 |
| 16 | 3422 | N/A | 0 | 0 | 0:01 | (*fitn{v}{"szc"}* *phitn{v}{"szc"}*)[bi,ti] not dead[ld] |
| 17 | 3 | 0 | 3 | 3 | 0:01 | 4 and 16 |
| 18 | 112 | N/A | 0 | 0 | 0:01 | 4 and ("005" "035" "036")[cc] |
| 19 | 32 | 0 | 32 | 32 | 0:01 | 4 and ("005" "035" "036" a b 200)[ic] |

Session started 11/7/2016 3:54:19 PM
Session finished 11/7/2016 4:14:44 PM
Total search duration 0 minutes 25 seconds
Session duration 20 minutes 25 seconds
Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 87125862

# IMPOSSIBLE FITNESS

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87125862**
**Filing Date: 08/03/2016**

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87125862 |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT16\IMAGEOUT 16\871\258\87125862\xml1\ RFA0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | IMPOSSIBLE FITNESS |
| **COLOR MARK** | NO |
| ***DESCRIPTION OF THE MARK (and Color Location, if applicable)** | The mark consists of the word IMPOSSIBLE in strikethrough format followed by FITNESS. |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 1141 x 237 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Impossible X LLC |
| ***STREET** | 1231 Champion Forest Court |
| ***CITY** | Wheaton |
| ***STATE (Required for U.S. applicants)** | Illinois |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE (Required for U.S. applicants)** | 60187 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Illinois |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 025 |
| ***IDENTIFICATION** | clothing |
| **FILING BASIS** | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 4260617 and 4624158. |

| ATTORNEY INFORMATION | |
|---|---|
| NAME | David E. Weslow |
| ATTORNEY DOCKET NUMBER | 87252.0009 |
| FIRM NAME | Wiley Rein LLP |
| STREET | 1776 K Street, NW |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20006 |
| PHONE | 2027197000 |
| EMAIL ADDRESS | dweslow@wileyrein.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| CORRESPONDENCE INFORMATION | |
| NAME | David E. Weslow |
| FIRM NAME | Wiley Rein LLP |
| STREET | 1776 K Street, NW |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20006 |
| PHONE | 2027197000 |
| *EMAIL ADDRESS | dweslow@wileyrein.com;tmdocket@wileyrein.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Joel Runyon/ |
| SIGNATORY'S NAME | Joel L. Runyon |
| SIGNATORY'S POSITION | Manager |
| DATE SIGNED | 08/03/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87125862**
**Filing Date: 08/03/2016**

## To the Commissioner for Trademarks:

**MARK:** IMPOSSIBLE FITNESS (stylized and/or with design, see mark)

The literal element of the mark consists of IMPOSSIBLE FITNESS.
The applicant is not claiming color as a feature of the mark. The mark consists of the word IMPOSSIBLE in strikethrough format followed by FITNESS.
The applicant, Impossible X LLC, a limited liability company legally organized under the laws of Illinois, having an address of
1231 Champion Forest Court
Wheaton, Illinois 60187
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 025: clothing
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4260617 and 4624158.

The applicant's current Attorney Information:
David E. Weslow of Wiley Rein LLP 1776 K Street, NW
Washington, District of Columbia 20006
United States
2027197000(phone)
dweslow@wileyrein.com (authorized)
The attorney docket/reference number is 87252.0009.

The applicant's current Correspondence Information:
David E. Weslow
Wiley Rein LLP
1776 K Street, NW
Washington, District of Columbia 20006
2027197000(phone)
dweslow@wileyrein.com;tmdocket@wileyrein.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the

application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Joel Runyon/ Date: 08/03/2016
Signatory's Name: Joel L. Runyon
Signatory's Position: Manager
RAM Sale Number: 87125862
RAM Accounting Date: 08/04/2016

Serial Number: 87125862
Internet Transmission Date: Wed Aug 03 14:40:48 EDT 2016
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XXX-201608031440484
31398-87125862-550fdf2f76be3e4d82f082b5d
9bcac91c34cd9af528a0c29c3fa2eca68552678e
-DA-762-20160802095334504374

# IMPOSSIBLE FITNESS