J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Defendants / Counter-Plaintiffs Impossible LLC and Joel Runyon*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

Plaintiff / Counter-Defendant,

v.

IMPOSSIBLE LLC and JOEL RUNYON,

Defendants / Counter-Plaintiffs.

Case No. 5:21-cv-02419-BLF (SVK)

**DECLARATION OF ADAM S. CASHMAN IN SUPPORT OF DEFENDANTS/COUNTER-PLAINTIFFS IMPOSSIBLE LLC AND JOEL RUNYON'S OPPOSITION TO PLAINTIFF/COUNTER-DEFENDANT IMPOSSIBLE FOODS INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

| | |
|---|---|
| **Judge:** | Hon. Beth Labson Freeman |
| **Mag. Judge:** | Hon. Susan van Keulen |
| **Compl. Filed:** | April 2, 2021 |
| **Third Am. Compl. Filed:** | March 7, 2025 |
| **Hearing Date:** | October 23, 2025 |
| **Hearing Time:** | 9:00 A.M. |

I, Adam S. Cashman, declare:

1. I am an attorney licensed to practice before this Court. I am a partner of the law firm of BraunHagey & Borden LLP, counsel of record for Defendants/Counter-Plaintiffs Impossible LLC and Joel Runyon (together "Impossible LLC"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the deposition transcript of Joel Runyon taken on April 10, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the deposition transcript of Caitlyn Hatman taken on April 1, 2025.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 29, 2025

BRAUNHAGEY & BORDEN LLP

By: */s/ Adam S. Cashman*
Adam S. Cashman

*Attorneys for Defendants / Counter-Plaintiffs Impossible LLC and Joel Runyon*