J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
    cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
    gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
    rowe@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
    benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
[Other counsel of record indicated on docket.]

*Attorneys for Defendants / Counter-Plaintiffs*
*Impossible LLC and Joel Runyon*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff / Counter-Defendant, <br><br> v. <br><br> IMPOSSIBLE LLC and JOEL RUNYON, <br><br> Defendants / Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK) <br><br> **DECLARATION OF GREG WASHINGTON IN SUPPORT OF DEFENDANTS/COUNTER-PLAINTIFFS IMPOSSIBLE LLC AND JOEL RUNYON'S MOTION FOR RULE 11 SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES** <br><br> Judge: Hon. Beth Labson Freeman <br> Compl. Filed: April 2, 2021 <br> Third Am. Compl. Filed: March 7, 2025 <br> Hearing Date: November 14, 2025 <br> Hearing Time: 9:00 a.m. |

Case No. 5:21-cv-02419-BLF (SVK)
DECLARATION OF GREG WASHINGTON IN SUPPORT OF DEFENDANTS/COUNTER-PLAINTIFFS
IMPOSSIBLE LLC AND JOEL RUNYON'S MOTION FOR RULE 11 SANCTIONS

Case 5:21-cv-02419-BLF    Document 283-1    Filed 09/12/25    Page 2 of 3

I, Greg Washington, declare:

1. I am an attorney licensed to practice before this Court and am counsel of record on behalf of Defendants/Counter-Plaintiffs Impossible LLC and Joel Runyon (together "Impossible LLC"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated here.

2. Attached as **Exhibit A** is a true and correct copy of Impossible LLC's First Set of Requests for Production, served on March 12, 2024.

3. Attached as **Exhibit B** is a true and correct copy of Impossible LLC's Second Set of Requests for Production, served on September 19, 2024.

4. Attached as **Exhibit C** is a true and correct copy of Impossible Foods's Third Supplemental Responses to Defendants' First Set of Interrogatories, served on March 5, 2025.

5. Attached as **Exhibit D** is a true and correct copy of portions of the transcript of the deposition of John Plumpe, taken on June 25, 2025.

6. Attached as **Exhibit E** is a true and correct copy of Impossible LLC's Notice of Rule 30(b)(6) Deposition of Impossible Foods Inc., served on March 14, 2025.

7. Attached as **Exhibit F** is a true and correct copy of email correspondence between counsel for Impossible LLC and Impossible Foods Inc., dated March 28, 2025.

8. Attached as **Exhibit G** is a true and correct copy of portions of the transcript of the deposition of Caitlyn Hatman, taken on April 1, 2025.

9. Attached as **Exhibit H** is a true and correct copy of portions of the transcript of the deposition of Keaton Schwarz, taken on April 3, 2025.

10. Attached as **Exhibit I** is a true and correct copy of the letter from Adam S. Cashman to Forrest Flemming III, dated April 11, 2025.

11. Attached as **Exhibit J** is a true and correct copy of email correspondence between counsel for Impossible LLC and Impossible Foods Inc., dated April 15, 2025.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1    Case No. 5:21-cv-02419-BLF (SVK)
DECLARATION OF GREG WASHINGTON IN SUPPORT OF DEFENDANTS/COUNTER-PLAINTIFFS IMPOSSIBLE LLC AND JOEL RUNYON'S MOTION FOR RULE 11 SANCTIONS

| | | |
|---|---|---|
| 1 | Dated: September 12, 2025 | By:    /s/ *Greg Washington* <br> Greg Washington |

*Attorney for Defendants / Counter-Plaintiffs Impossible LLC and Joel Runyon*

2     Case No. 5:21-cv-02419-BLF (SVK)

DECLARATION OF GREG WASHINGTON IN SUPPORT OF DEFENDANTS/COUNTER-PLAINTIFFS IMPOSSIBLE LLC AND JOEL RUNYON'S MOTION FOR RULE 11 SANCTIONS