J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Defendants / Counter-Plaintiffs Impossible LLC and Joel Runyon*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC and JOEL RUNYON,<br><br>Defendants / Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**DECLARATION OF ADAM S. CASHMAN IN SUPPORT OF DEFENDANTS/COUNTER-PLAINTIFFS IMPOSSIBLE LLC AND JOEL RUNYON'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Judge:** Hon. Beth Labson Freeman<br>**Compl. Filed:** April 2, 2021<br>**Hearing Date:** October 23, 2025<br>**Hearing Time:** 9:00 a.m. |

I, Adam S. Cashman, declare:

1. I am an attorney licensed to practice before this Court. I am a partner of the law firm of BraunHagey & Borden LLP, counsel of record for Defendants/Counter-Plaintiffs Impossible LLC and Joel Runyon (together "Impossible LLC"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of a July 3, 2024 email from counsel for Impossible Foods Inc. and the amended complaint attached to that email.

3. Attached as **Exhibit 2** is a true and correct copy of Impossible Foods Inc.'s Supplemental Responses to Impossible LLC's Requests for Production, Set One (RFPs 1-48) dated November 8, 2024.

4. Attached as **Exhibit 3** is a true and correct copy of Impossible Foods Inc.'s Second Amended Initial Disclosures dated March 26, 2025.

5. Attached as **Exhibit 4** is a true and correct copy of a document produced by Impossible LLC in discovery bearing the Bates number IMP00072623.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 12, 2025

*<u>/s/ Adam Cashman</u>*
Adam Cashman