# EXHIBIT 4

PageVault

| | |
|---|---|
| Document title: | About - Impossible Fitness ® |
| Capture URL: | https://impossiblefitness.com/about/ |
| Page loaded at (UTC): | Tue, 04 Feb 2025 10:10:23 GMT |
| Capture timestamp (UTC): | Tue, 04 Feb 2025 10:10:24 GMT |
| Capture tool: | 3.3.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 5 |
| Capture ID: | cbMt4gcyT5sHeRDDFToPTB |
| Display Name: | abhi |

Download the Impossible Fitness App
Download
X

IMPOSSIBLE FITNESS®

ABOUT STANDARDS MOVEMENTS ARTICLES EXERCISES TRAINING CONTACT US




AI Accelerates Insight

Uncover insights with our integrated AI solutions. Explore datasets seamlessly.

S&P Global Market Intelligence S&P Global

Learn More

# About

This site is designed to help you push your limits and do something impossible.As a sister site of IMPOSSIBLE, this is focused on the nuts + bolts of getting you ready for whatever adventures are on your impossible list.

## Push Your Limits

Get our elite custom formulations




Impossible Sleep




Impossible Energy



Hemophilia Breakthroughs

Open

Download the Impossible Fitness App
Download
X



# THINGS WE DO AT IMPOSSIBLE



Start Your Impossible List



Take Cold Showers




Get The Shirt



Recover Harder With MoveWell



Start A Blog & Change Your Life

Get Jacked

# GEAR UP


Hemophilia Breakthroughs
Open

Download the Impossible Fitness App
Download
X

CONTACT US

Apparel Hats Accessories



Hemophilia Breakthroughs
Open

Apparel Hats Accessories

IMPOSSIBLE®

PUSH YOUR LIMITS. DO SOMETHING IMPOSSIBLE

Get latest updates, programs and supplement discounts by signing up for our email list.

Email SUBSCRIBE

IMPOSSIBLE HQ IMPOSSIBLE ORG IMPOSSIBLE STORE MOVE WELL IMPOSSIBLE LLC IMPOSSIBLE on Amazon

Copyright 2025 © All rights Reserved. Impossible LLC


Hemophilia Breakthroughs
Open