# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br>     Plaintiff, <br> v. <br> IMPOSSIBLE X LLC, et al., <br>     Defendants. | Case No. 21-cv-02419-BLF <br><br> **ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR RULE 11 SANCTIONS** |

Before the Court is Defendants Impossible LLC and Joel Runyon's (collectively, "Defendants") Motion for Rule 11 Sanctions, which is set for hearing on November 14, 2025. ECF No. 283. Plaintiff Impossible Foods Inc. filed an Administrative Motion to Strike Defendants' Motion for Rule 11 Sanctions, ECF No. 290, and Defendants submitted an Opposition, ECF No. 297.

To give the Court adequate time to review the Motion to Strike and to avoid any unnecessary work by the parties, the Court hereby MODIFIES the briefing schedule associated with Defendants' Motion for Rule 11 Sanctions as follows.

Plaintiff's Opposition may be filed by Friday, October 24 at 12:00 p.m. Defendants may file a reply brief by Friday, October 31 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: September 22, 2025

_____
BETH LABSON FREEMAN
United States District Judge