KOLLIN J. ZIMMERMANN (SBN 273092)
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East
Suite 2300
Los Angeles, California 90067
Telephone: (310) 777-3755
Facsimile: (310) 362-8756
kzimmermann@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice*)
ERICA CHANIN (*pro hac vice*)
1100 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 815-6572
Facsimile: (404) 541-3240
chenn@ktslaw.com
fflemming@ktslaw.com
echanin@ktslaw.com

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>　　　　Plaintiff/Counter-Defendant<br><br>　　v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,<br><br>　　　　Defendants/Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANT IMPOSSIBLE FOODS INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>Judge: Hon. Beth Labson Freeman |

**[~~PROPOSED~~] ORDER**

The Court, having considered Plaintiff/Counter-Defendant Impossible Foods Inc.'s ("Impossible Foods's") Statement in Support of Sealing, ECF No. 294, hereby **GRANTS** Impossible Foods's motion and **ORDERS** the following material to be maintained under seal:

| ECF/Exhibit No. | Document | Portion to Seal | Reasons for Sealing |
|---|---|---|---|
| 284-2 | Ex. 1 to Cashman Sealing Declaration:<br><br>Defendants/Counter-Plaintiffs Impossible LLC and Joel Runyon's Notice of Motion and Motion for Rule 11 Sanctions | Highlighted portions at 1:8-10; 3:1-4, 7-9, 11-28; 4:1-2, 4-17, 19-26; 5:1-19, 24-28; 7:16-17, 22-28; 8:1-22, 26-27; 9:1-10, 24-26. | GRANTED. The information contains Impossible Foods's confidential and highly confidential business strategy and financial information and data, including information regarding revenue, expenditures, marketing strategies, and litigation strategies. Public disclosure of this information would result in economic harm and significant competitive disadvantage to Impossible Foods. |
| 284-4 | Ex. 3 to Cashman Sealing Declaration:<br><br>Ex. D - Portions of the transcript of the deposition of John Plumpe, taken on June 25, 2025. | Entire document | GRANTED. The information contains Impossible Foods's highly confidential litigation strategies, including information regarding its approach to expert witnesses and trademark enforcement efforts. Public disclosure of this information would result in economic harm and significant competitive disadvantage to Impossible Foods. |
| 284-6 | Ex. 5 to Cashman Sealing Declaration:<br><br>Ex. G - Portions of the transcript of the deposition of Caitlyn Hatman, taken on April 1, 2025. | Entire document | GRANTED. The information contains Impossible Foods's confidential and highly confidential business strategy, including information regarding trademark enforcement and marketing strategies. Public disclosure of this information would result in economic harm and significant competitive disadvantage to Impossible Foods. |
| 284-8 | Ex. 7 to Cashman Sealing Declaration:<br><br>Ex. I - Letter from Adam S. Cashman to Forrest Flemming III, dated April 11, 2025. | Portions identified below:<br><br>(1) Page 1, paragraph 1, line 7 beginning at "because" and ending at "IFI's" | |

[PROPOSED] ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANT IMPOSSIBLE FOODS INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 5:21-CV-02419-BLF (SVK)

2

| ECF/Exhibit No. | Document | Portion to Seal | Reasons for Sealing |
|---|---|---|---|
| | | (2) Pages 2-3, complete excerpt from deposition of Caitlyn Hatman<br><br>(3) Page 3, paragraph 1, last two sentences beginning at line 6 ("IFI's own") through line 9 | |
| 284-7 | Ex. 6 to Cashman Sealing Declaration:<br><br>Ex. H - Portions of the transcript of the deposition of Keaton Schwarz, taken on April 3, 2025. | Entire document | GRANTED. The information contains Impossible Foods's confidential and highly confidential business strategy and financial information and data, including information regarding revenue, expenditures, and sales. Public disclosure of this information would result in economic harm and significant competitive disadvantage to Impossible Foods. |

**IT IS SO ORDERED.**

DATED: __October 3__, 2025

_/s/ Beth Labson Freeman_
Hon. Beth Labson Freeman
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANT IMPOSSIBLE FOODS INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 5:21-CV-02419-BLF (SVK)

3