| | |
|---|---|
| J. Noah Hagey, Esq. (SBN: 262331)<br>hagey@braunhagey.com<br>Adam S. Cashman, Esq. (SBN: 255063)<br>cashman@braunhagey.com<br>Greg Washington, Esq. (SBN: 318796)<br>gwashington@braunhagey.com<br>J. Tobias Rowe, Esq. (SBN: 305596)<br>rowe@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>747 Front Street, 4th Floor<br>San Francisco, CA 94111<br>Tel. (415) 599-0210<br><br>Marissa R. Benavides (*pro hac vice* admission)<br>benavides@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>118 W 22nd Street, 12th Floor<br>New York, NY 10011<br>Tel.: (646) 829-9403<br><br>*Attorneys for Defendants / Counter-Plaintiffs*<br>*Impossible LLC and Joel Runyon* | KOLLIN J. ZIMMERMANN (SBN 273092)<br>KILPATRICK TOWNSEND &<br>STOCKTON LLP<br>1801 Century Park East, Suite 2300<br>Los Angeles, California 90067<br>Telephone: (310) 248-3830<br>Facsimile: (310) 860-0363<br>kzimmermann@ktslaw.com<br><br>R. CHARLES HENN JR. (*pro hac vice*)<br>H. FORREST FLEMMING, III (*pro hac vice*)<br>ERICA C. CHANIN (*pro hac vice*)<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, Georgia 30309<br>Telephone: (404) 815-6572<br>Facsimile: (404) 541-3240<br>chenn@ktslaw.com<br>fflemming@ktslaw.com<br>echanin@ktslaw.com<br><br>*Attorneys for Plaintiff/Counter-Defendant*<br>*Impossible Foods, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>    Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC and JOEL RUNYON,<br><br>    Defendants / Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**JOINT STIPULATION REGARDING MEDIATION BEFORE MAGISTRATE JUDGE**<br><br>**Judge:**    Hon. Beth Labson Freeman |

**JOINT STIPULATION REGARDING MEDIATION BEFORE MAGISTRATE JUDGE**

Pursuant to the Court's Order during the October 23, 2025, summary judgment hearing, Plaintiff / Counter-Defendant Impossible Foods, Inc. and Defendants / Counter-Plaintiffs Impossible LLC and Joel Runyon (collectively, the "Parties"), by and through their counsel of record, hereby jointly stipulate to mediation before a magistrate judge of this district.

In support of this stipulation, the parties state as follows:

1. WHEREAS, on July 24, 2024, the Parties participated in a Settlement Conference before Magistrate Judge Susan van Keulen without resolution;

2. WHEREAS, during the summary judgment hearing on October 23, 2025, the Court ordered the Parties to file a stipulation regarding mediation; and

3. WHEREAS, the Parties agree to a mediation with Magistrate Judge Nathanael M. Cousins. If Judge Cousins is unable to timely assist for any reason, the Parties agree to meet and confer further regarding a mutually agreeable alternative, with all Parties reserving their rights to request reassignment to another Magistrate in the event they are unable to mutually agree.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

[*signatures on following page*]

| | | |
|---|---|---|
| 1 | Dated: October 30, 2025 | BRAUNHAGEY & BORDEN LLP |
| 2 | | |
| 3 | | By: *s/ Adam S. Cashman*<br>Adam S. Cashman |
| 4 | | |
| 5 | | *Attorneys for Defendants / Counter-Plaintiffs Impossible LLC and Joel Runyon* |
| 6 | | |
| 7 | Dated: October 30, 2025 | KILPATRICK TOWNSEND & STOCKTON |
| 8 | | |
| 9 | | By: */s/ H. Forrest Flemming, III*<br>H. Forrest Flemming, III |
| 10 | | |
| 11 | | *Attorney for Plaintiff/Counter-Defendant Impossible Foods Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2025, the foregoing was served electronically on all counsel of record.

                                                 By:   */s/ Adam S. Cashman*
                                                                      Adam S. Cashman

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2025

_____
Honorable Beth Labson Freeman
United States District Court Judge