# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br>     Plaintiff, <br> v. <br> IMPOSSIBLE X LLC, et al., <br>     Defendants. | Case No. 5:21-cv-02419-BLF <br><br> **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

The Parties have filed a joint stipulation stating that they have conferred and agreed upon Magistrate Judge Cousins to conduct mediation. The case is referred to Magistrate Judge Cousins for settlement conference.

**IT IS SO ORDERED.**

Dated: October 31, 2025

_____
BETH LABSON FREEMAN
United States District Judge