G. ROXANNE ELINGS (*pro hac vice* forthcoming)
roxanneelings@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/ Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>IMPOSSIBLE X LLC, et al.,<br><br>Defendants. | Case No. 5:21-cv-02419BLF<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (CIVIL LOCAL RULE 11-3)** |

I, G. Roxanne Elings, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Plaintiff/Counter-Defendant Impossible Foods Inc. in the above-entitled action. My local co-counsel in this case is Sarah E. Burns, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is 324466.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020-1104 | DAVIS WRIGHT TREMAINE LLP<br>50 California Street, 23rd Floor<br>San Francisco, CA 94111 |
| **MY ADDRESS OF RECORD** | **LOCAL CO-COUNSEL'S ADDRESS OF RECORD** |
| (212) 489-8230 | (415) 276-6500 |
| **MY TELEPHONE # OF RECORD** | **LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD** |
| roxanneelings@dwt.com | sarahburns@dwt.com |
| **MY EMAIL ADDRESS OF RECORD** | **LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD** |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above. My bar number is: 2145662.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have not been granted *pro hac vice* admission by the Court at any time in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 3, 2025

G. Roxanne Elings (Applicant)

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**

***PRO HAC VICE***

IT IS HEREBY ORDERED THAT the application of G. Roxanne Elings, is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED: December 4, 2025

UNITED STATES DISTRICT JUDGE