KOLLIN J. ZIMMERMANN (SBN 273092)
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East
Suite 2300
Los Angeles, California 90067
Telephone: (310) 777-3755
Facsimile: (310) 362-8756
kzimmermann@ktslaw.com

R. CHARLES HENN JR. (*pro hac vice*)
H. FORREST FLEMMING, III (*pro hac vice*)
ERICA CHANIN (*pro hac vice*)
JESSICA TRUELOVE (*pro hac vice*)
1100 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 815-6572
Facsimile: (404) 541-3240
chenn@ktslaw.com
fflemming@ktslaw.com
echanin@ktslaw.com

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>         Plaintiff/Counter-Defendant,<br><br>  v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,<br><br>         Defendants/Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>Judge: Hon. Beth Labson Freeman |

PLEASE TAKE NOTICE that Plaintiff/Counter-Defendant Impossible Foods Inc. ("Impossible Foods") hereby requests that the Court remove attorneys R. Charles Henn, Jr., H. Forrest Flemming, III, Kollin Zimmerman, Erica C. Chanin, and Jessica W. Truelove and the law firm Kilpatrick Towsend & Stockton LLP (collectively, "Kilpatrick") as counsel of record for Impossible Foods in this matter. Impossible Foods was provided notice of and has consented to the withdrawal of counsel. All other parties also received prior written notice.

Impossible Foods respectfully requests that the Court remove Kilpatrick from the Notice of Electronic Filing and all other service lists. The other counsel of record for Impossible Foods remains the same.

DATED: December 12, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KILPATRICK TOWNSEND & STOCKTON LLP

　　　　　　　　　　　　　　　　　　　　*/s/ R. Charles Henn Jr.*
　　　　　　　　　　　　　　　　　　　　R. Charles Henn Jr. (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　H. Forrest Flemming, III (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Erica C. Chanin (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Jessica W. Truelove (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Kollin Zimmerman (SBN 273092)

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff/Counter-Defendant*
　　　　　　　　　　　　　　　　　　　　IMPOSSIBLE FOODS INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, the foregoing document was filed electronically using the Court's CM/ECF system, which will send notification of such filing to counsel for Defendants Impossible LLC and Joel Runyon.

*/s/ R. Charles Henn Jr.*
R. Charles Henn Jr.