| | |
|---|---|
| 1 | G. ROXANNE ELINGS (*pro hac vice*) |
| 2 | roxanneelings@dwt.com<br>DAVIS WRIGHT TREMAINE LLP |
| 3 | 1251 Avenue of the Americas, 21st Floor<br>New York, NY  10020-1104 |
| 4 | Telephone:  (212) 489-8230<br>Facsimile: (212) 489-8340 |
| 5 | SARAH E. BURNS (CA State Bar No. 324466) |
| 6 | sarahburns@dwt.com<br>DAVIS WRIGHT TREMAINE LLP |
| 7 | 50 California Street, 23rd Floor<br>San Francisco, CA 94111 |
| 8 | Telephone: (415) 276-6500<br>Facsimile: (415) 276-6599 |
| 9 | Attorneys for Plaintiff/ Counter-Defendant |
| 10 | IMPOSSIBLE FOODS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., | Case No. 5:21-cv-02419 BLF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING IMPOSSIBLE FOODS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| vs. | |
| IMPOSSIBLE X LLC, et al., | |
| Defendants. | Judge:   Hon. Beth L. Freeman |

1  This matter comes before the Court on Plaintiff/Counter-Defendant Impossible Foods Inc.'s ("Impossible Foods") Administrative Motion toto Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) ("Motion"), which seeks to provisionally seal limited portions of the materials filed in connection with Impossible Foods' Motions in Limine 1-3 (the "Motions") filed on January 29, 2026.  Impossible Foods seeks to redact limited portions of Motions in Limine 1 and 2, and also requests that four exhibits to the Declaration of Sarah E. Burns In Support of Impossible Foods' Motions in Limine 1-3 ("Burns Declaration") be provisionally filed entirely under seal.

Having considered Impossible Foods' Motion, and for the reasons stated therein, the Motion is **GRANTED** as follows:

The following documents shall remain partially redacted on the public docket until the Court determines whether the material at issue warrants sealing:

- Impossible Foods' Motion in Limine No. 1
- Impossible Foods' Motion in Limine No. 2

It is further **ORDERED** that the following documents shall remain entirely under seal on the public docket until the Court determines whether the material at issue warrants sealing:

- Exhibit 1 to the Burns Declaration
- Exhibit 2 to the Burns Declaration
- Exhibit 3 to the Burns Declaration
- Exhibit 4 to the Burns Declaration

**IT IS SO ORDERED.**

DATED:_____, 2026.   By:_____
                                      Honorable Beth L. Freeman
                                      United States District Judge

1

[PROPOSED] ORDER GRANTING IMPOSSIBLE FOODS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:21-CV-02419-BLF (SVK)