# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff, <br> v. <br> IMPOSSIBLE X LLC, et al., <br><br> Defendants. | Case No. 5:21-cv-02419-BLF <br><br> **NOTICE REGARDING ADMINISTRATIVE SEALING MOTIONS** <br><br> [Re: ECF Nos. 324, 326] |

    Both Parties have filed administrative motions to consider whether another party's materials should be sealed in connection with briefing for motions in limine. See ECF Nos. 324, 326. Any party that wishes for the portions indicated therein to be filed under seal SHALL file a brief and supporting affidavit within one week of the date of this order.

    **IT IS SO ORDERED.**

Dated: February 4, 2026

_____
BETH LABSON FREEMAN
United States District Judge