# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff,<br>v.<br>IMPOSSIBLE X LLC, et al.,<br><br>Defendants. | Case No. 5:21-cv-02419-BLF<br><br>**ADMONITION REGARDING CHAMBERS COPIES OF PRETRIAL CONFERENCE MATERIALS**<br><br>[Re: ECF Nos. 326 327, 328, 329, 330] |

The Court has received chambers copies of Defendant/Counter-Plaintiff Impossible X LLC's motions *in limine* and the Parties' joint pretrial statement containing double-sided pages. The Court admonishes the Parties that all chambers copies should be single-sided but will accept the submitted copies.

**IT IS SO ORDERED.**

Dated: February 4, 2026

_____
BETH LABSON FREEMAN
United States District Judge