J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC and Joel Runyon*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

Plaintiff / Counter-Defendant,

v.

IMPOSSIBLE LLC and JOEL RUNYON,

Defendants / Counter-Plaintiffs.

Case No. 5:21-cv-02419-BLF (SVK)

**DECLARATION OF J. TOBIAS ROWE IN SUPPORT OF IMPOSSIBLE LLC AND JOEL RUNYON'S OPPOSITION TO IMPOSSIBLE FOODS INC.'S MOTION IN LIMINE NO. 2 TO EXCLUDE THE REPORT AND TESTIMONY OF DR. ROBERT PALMATIER**

**Judge:** Hon. Beth Labson Freeman
**Conference Date:** February 12, 2026
**Conference Time:** 1:30 p.m.

I, J. Tobias Rowe, declare:

1. I am an attorney licensed to practice before this Court. I am an attorney of the law firm of BraunHagey & Borden LLP, counsel of record for Impossible LLC and Joel Runyon (together "Impossible LLC"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. Attached as **Exhibit 1** are true and correct excerpts from the transcript for the June 24, 2025, deposition of Robert Palmatier, Ph.D., which highlights those portions of the Deposition that Impossible LLC cites in its Opposition.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 5, 2026

*/s/ J. Tobias Rowe*
J. Tobias Rowe