# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff, <br> v. <br> IMPOSSIBLE X LLC, et al., <br><br> Defendants. | Case No. 5:21-cv-02419-BLF <br><br> **ORDER STRIKING DEFENDANTS/COUNTER-PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** <br><br> [Re: ECF No. 346] |

Defendants/Counter-Plaintiffs Impossible X LLC and Joel Runyon's proposed findings of fact and conclusions of law, *see* ECF No. 346, does not comply with the Court's standing order requiring all written text to be double-spaced. *See* Standing Order re Civil Cases § IV.E. The filing is STRICKEN without prejudice to re-file a compliant proposed findings of fact and conclusions of law.

**IT IS SO ORDERED.**

Dated: February 9, 2026

_____
BETH LABSON FREEMAN
United States District Judge