G. ROXANNE ELINGS (appearance *pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice* pending)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020-1104
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>               Plaintiff,<br><br>  vs.<br><br>IMPOSSIBLE LLC, et al.,<br><br>               Defendants. | Case No. 5:21-cv-02419-BLF<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br>(CIVIL LOCAL RULE 11-3)** |

I, Raphael Holoszyc-Pimentel, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Plaintiff/Counter-Defendant Impossible Foods Inc. in the above-entitled action. My local co-counsel in this case is Sarah E. Burns, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 324466.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 42nd Floor<br>New York, NY 10020-1104<br>**MY ADDRESS OF RECORD** | DAVIS WRIGHT TREMAINE LLP<br>50 California Street, 23rd Floor<br>San Francisco, CA 94111<br>**LOCAL CO-COUNSEL'S ADDRESS OF RECORD** |
| (212) 489-8230<br>**MY TELEPHONE # OF RECORD** | (415) 276-6500<br>**LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD** |
| rhp@dwt.com<br>**MY EMAIL ADDRESS OF RECORD** | sarahburns@dwt.com<br>**LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD** |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above. My bar number is: 5469887.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have not been granted *pro hac vice* admission by the Court at any time in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 9, 2026            */s/ Raphael Holoszyc-Pimentel*
                                    Raphael Holoszyc-Pimentel (Applicant)

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

IT IS HEREBY ORDERED THAT the application of Raphael Holoszyc-Pimentel is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED: _____   _____
                                UNITED STATES DISTRICT JUDGE



## Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Raphael Holoszyc-Pimentel

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **December 22, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on February 9, 2026.

*Clerk of the Court*