G. ROXANNE ELINGS (appearance *pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice* pending)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY  10020-1104
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff, <br><br> vs. <br><br> IMPOSSIBLE LLC, et al., <br><br> Defendants. | Case No. 5:21-cv-02419-BLF <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (CIVIL LOCAL RULE 11-3)** |

I, Raphael Holoszyc-Pimentel, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Plaintiff/Counter-Defendant Impossible Foods Inc. in the above-entitled action. My local co-counsel in this case is Sarah E. Burns, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 324466.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 42nd Floor<br>New York, NY 10020-1104<br>**MY ADDRESS OF RECORD** | DAVIS WRIGHT TREMAINE LLP<br>50 California Street, 23rd Floor<br>San Francisco, CA 94111<br>**LOCAL CO-COUNSEL'S ADDRESS OF RECORD** |
| (212) 489-8230<br>**MY TELEPHONE # OF RECORD** | (415) 276-6500<br>**LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD** |
| rhp@dwt.com<br>**MY EMAIL ADDRESS OF RECORD** | sarahburns@dwt.com<br>**LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD** |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above. My bar number is: 5469887.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have not been granted *pro hac vice* admission by the Court at any time in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 9, 2026         */s/ Raphael Holoszyc-Pimentel*
                                 Raphael Holoszyc-Pimentel (Applicant)

1
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. 5:21-cv-02419-BLF

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

IT IS HEREBY ORDERED THAT the application of Raphael Holoszyc-Pimentel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED: February 9, 2026

_____
UNITED STATES DISTRICT JUDGE