1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| IMPOSSIBLE FOODS INC., | Case No. 5:21-cv-02149-BLF (SVK) |
|---|---|
| Plaintiff / Counter-Defendant, | [~~PROPOSED~~] **ORDER GRANTING IMPOSSIBLE LLC AND JOEL RUNYON'S OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING ECF. NOS. 324 AND 326 AT DKT. NO. 335** |
| v. | |
| IMPOSSIBLE LLC and JOEL RUNYON, | |
| Defendants / Counter-Plaintiffs. | |

Pending before the Court is Impossible LLC and Joel Runyon's (together "Impossible LLC") Omnibus Administrative Motion to File Under Seal Regarding ECF Nos. 324 and 326 at ECF No. 335. Having considered the Response, the Court hereby **GRANTS** the Motion and **ORDERS** the following material to be maintained under seal:

Regarding ECF No. 324:

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 321 | Impossible Foods's Motion in Limine No. 1 | Highlighted portions at 1:18-19, 3:4-5, 4:1-2. | Contains discussion of Impossible LLC's confidential financial information and competitively sensitive business information. |
| 322 | Impossible Foods's Motion in Limine No. 2 | Highlighted portions at 2:10-11. | Contains discussion of Impossible LLC's confidential financial information and competitively sensitive business information. |
| 324-2 | Exhibit 1 to Declaration of Sarah E. Burns in Support of Impossible Foods's Motions in Limine 1-3 (Report of Jennifer Vanderhart, PhD, dated May 5, 2025) | Highlighted portions at pages 3:8; 8:17; n. 30; n. 39; 12:26; 14:27; n. 53, n. 54; 30:51, n. 133.<br><br>Table 1; Table 2; Ex. C-1; Ex. C-2; Ex. C-3; Ex. D-1. | Contains discussion of Impossible LLC's confidential financial information and competitively sensitive business information. |

Regarding ECF No. 326

| 325-2 | Exhibit 2 to Declaration of M. Benavides in support of Impossible LLC's Motion in Limine to Exclude Certain Opinions Proffered by John G. Plumpe (Rebuttal Expert Report of John G. Plumpe) | Highlighted portions at pages 11:20; 21:45-22:49; n. 66; n. 70; n. 73; 23:51-26:57; n. 77; n. 79; 32:72-33:73; n. 108; n. 109; n. 110; 35:79. Tab 3-R. | Contains discussion of Impossible LLC's confidential financial information and competitively sensitive business information. |
|---|---|---|---|

**IT IS SO ORDERED.**

Dated: February 12, 2026

_(signature)_
Honorable Beth Labson Freeman
United States Judge