**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff, <br> v. <br> IMPOSSIBLE X LLC, et al., <br><br> Defendants. | Case No. 5:21-cv-02419-BLF <br><br> **ORDER FOLLOWING PRETRIAL CONFERENCE** |

The Final Pretrial Conference was held on February 12, 2026. The Court heard oral arguments on the Parties' motions *in limine* and *Daubert* motions, which will be addressed in separate orders. The Court also advised counsel regarding trial scheduling and procedures, as summarized below.

IT IS HEREBY ORDERED as follows:

**(1) REVISED PRETRIAL MATERIALS**

    a. Defendants/Counter-Plaintiff Impossible X LLC SHALL submit a supplemental two-page brief on Plaintiff/Counter-Defendant Impossible Foods Inc.'s motion to exclude Dr. Vanderhart by February 13, 2026, at 5:00 p.m. Plaintiff/Counter-Defendant Impossible Foods Inc. SHALL submit a supplemental two-page response brief by February 17, 2026, at 5:00 p.m.

    b. The Parties SHALL submit an agreed-upon joint jury questionnaire by February 20, 2026, at 5:00 p.m.

    c. The Parties SHALL submit an annotated chart delineating which claims, counterclaims, and defenses are to be tried to a jury and which are to be tried by the Court, as well as their associated evidentiary presentation, by February 20, 2026, at 5:00 p.m.

    d. The Parties SHALL submit a joint neutral statement no later than 5:00 p.m. on February 27, 2026. If the Parties are unable to submit an agreed-upon joint neutral statement by February 27, 2026, counsel SHALL appear in Courtroom 1 of the United States District Court, San Jose Division, at 9:00 a.m. on March 2, 2026, where they will continue to appear day-to-day until an agreed-upon neutral statement is submitted to the Court.

    e. The Court will hold a jury instruction conference at 1:00 p.m. on March 5, 2026.

**(2) JURY SELECTION**

A total of 9 jurors will be seated. Each side will be permitted 3 peremptory challenges.

**(3) TRIAL SCHEDULE**

Each side will be permitted 18 hours of trial time, which will include all direct examination and cross-examination during the jury and bench phases of the trial. In addition, each side will be permitted 45 minutes for Opening Statement and 1.5 hours for Closing and Rebuttal Arguments. Defendant/Counter-Plaintiff Impossible X LLC will be permitted to present Closing Argument last.

The trial schedule will be as follows, with normal lunch and rest breaks.

    Mondays: 9:00 a.m. – 5:00 p.m.

    Tuesdays: 10:00 a.m. – 5:00 p.m.

    Wednesdays: 9:00 a.m. – 5:00 p.m.

    Thursdays: Dark (except for jury deliberation)

    Fridays: 9:00 a.m. – 5:00 p.m.

Jury selection will commence on March 6, 2026, at 8:30 a.m. The only activity that day will be presenting the written questionnaire to the jury. Jury selection will continue on March 9, 2026, at 9:00 a.m. Opening statements and testimony will also take place on March 9, 2026, and thereafter day to day.

**(4) MOTIONS DURING TRIAL**

The Court will be available from 8:30 a.m. – 9:00 a.m. each trial day to hear motions. The parties need not file written motions to raise an issue before the Court. Any written motions SHALL be no more than 3 pages in length, in 12-point font (including footnotes), and double-spaced (including footnotes). One such motion may be filed per court day, per side. Any such motion shall be filed and emailed to the undersigned by 5:00 p.m. the previous court day. No written opposition is required.

**IT IS SO ORDERED.**

Dated: February 12, 2026

_____
BETH LABSON FREEMAN
United States District Judge