J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC and Joel Runyon*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

Plaintiff / Counter-Defendant,

v.

IMPOSSIBLE LLC and JOEL RUNYON,

Defendants / Counter-Plaintiffs.

Case No. 5:21-cv-02419-BLF (SVK)

**DECLARATION OF ADAM S. CASHMAN IN SUPPORT OF IMPOSSIBLE LLC AND JOEL RUNYON'S SUPPLEMENTAL BRIEF RE: IMPOSSIBLE FOODS'S MOTION IN LIMINE NO. 1 TO EXCLUDE REPORT AND TESTIMONY OF DR. JENNIFER VANDERHART, PH.D.**

**Judge:** Hon. Beth Labson Freeman
**Trial Date:** March 9, 2026

I, Adam S. Cashman, declare:

1. I am an attorney licensed to practice before this Court. I am a partner of the law firm of BraunHagey & Borden LLP, counsel of record for Impossible LLC and Joel Runyon (together "Impossible LLC"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. I make this declaration in support of Impossible LLC's Supplemental Brief Re: Impossible Foods's Motion in Limine No. 1 to Exclude Report and Testimony of Dr. Jennifer Vanderhart, Ph.D.

3. Attached as **Exhibit 1** is a true and correct copy of Defendants/Counter-Plaintiffs Impossible LLC's and Joel Runyon's Amended Objections and Responses to Plaintiff/Counter-Defendant's Interrogatory Nos. 1, 10, dated April 9, 2025.

4. Attached as **Exhibit 2** is a true and correct copy of Defendants/Counter-Plaintiffs Impossible LLC's and Joel Runyon's Objections and Third Supplemental Responses to Plaintiff/Counter-Defendant's First Set of Interrogatories, dated March 5, 2025.

5. Attached as **Exhibit 3** is a true and correct copy of deposition transcript excerpts of Keaton Schwarz taken on April 3, 2025, in *Impossible Foods, Inc. v. Impossible LLC,* No. 5:21-cv-02419 (N.D. Cal.).

6. Attached as **Exhibit 4** is a true and correct copy of deposition transcript excerpts of Dr. Robert William Palmatier taken on June 24, 2025, in *Impossible Foods, Inc. v. Impossible LLC,* No. 5:21-cv-02419 (N.D. Cal.).

7. Attached as **Exhibit 5** is a true and correct copy of an agreement between Chronicle Books LLC and Impossible Foods, Inc. This document was produced in this action to Impossible LLC by Impossible Foods, Inc. and bears the beginning bates number IF00035073.

8. Attached as **Exhibit 6** is a true and correct copy of deposition transcript excerpts of Caitlyn Hatman taken on April 1, 2025, in *Impossible Foods, Inc. v. Impossible LLC,* No. 5:21-cv-02419 (N.D. Cal.).

9. Attached as **Exhibit 7** is a highlighted true and correct copy of Impossible Foods's financial statements. This document was produced in this action to Impossible LLC by Impossible Foods, Inc. and bears the beginning bates number IF00026503.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 13, 2026

BRAUNHAGEY & BORDEN LLP

By: *_/s/ Adam S. Cashman_*
Adam S. Cashman