UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>　　　　　Plaintiff,<br>　v.<br>IMPOSSIBLE X LLC, et al.,<br><br>　　　　　Defendants. | Case No. 5:21-cv-02419-BLF<br><br>**NOTICE REGARDING ADMINISTRATIVE SEALING MOTIONS**<br><br>[Re: ECF Nos. 351, 361, 371, 373] |

　　　Both parties have filed administrative motions to consider whether another party's materials should be sealed. *See* ECF Nos. 351, 361, 371, 373. Any party that wishes for the portions indicated therein to be filed under seal SHALL file a brief and supporting affidavit within one week of the date of this order.

　　　**IT IS SO ORDERED.**

Dated: February 24, 2026

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge