# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff, <br><br> v. <br><br> IMPOSSIBLE X LLC, et al., <br><br> Defendants. | Case No. 21-cv-02419-BLF <br><br> **ORDER DIRECTING PARTIES TO FILE AMENDED PROPOSED VERDICT FORM AND JURY INSTRUCTIONS BY 5:00 P.M. ON MARCH 3, 2026** |

Having reviewed the Parties' neutral statement and joint claim chart, the Court concludes that liability for Impossible Foods Inc.'s second, third, and fourth claims (i.e., Lanham Act trademark infringement, Lanham Act unfair competition, and common law unfair competition) shall be tried to the jury. Accordingly, the Parties SHALL file an amended proposed verdict form and jury instructions no later than 5:00 p.m. on Tuesday, March 3, 2026.

**IT IS SO ORDERED.**

Dated: February 27, 2026

_____
BETH LABSON FREEMAN
United States District Judge