UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Impossible Foods Inc.
                Plaintiff(s)
VS
Impossible LLC and Joel Runyon
                Defendant(s)

AFFIRMATION OF SERVICE

File/Index No.: 5:21-cv-02419-BLF
Issued On:
Alt File/Index No.: Calendar No.:

**SERVICE UPON: Nicholas Halla**

STATE OF CALIFORNIA, CITY OF SAN FRANCISCO: ss

Gabriela de Araujo Guimaraes hereby affirms and says: I am not a party to the within action, am over the age of 18 years and reside in the State of California.

On 2/4/2026 at 9:14 AM PST at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, I personally served the following documents: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; ACKNOWLEDGEMENT OF SERVICE OF SUBPOENA AND AGREEMENT OF WITNESS TO APPEAR ON CALL (CCP §1985.1); LETTER DATED FEBRUARY 3, 2026 upon Nicholas Halla.

By delivering to and leaving a true copy thereof with Nicholas Halla.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: Caucasian Age: 60 Height: 5'7-6'0 Weight: 161-180 Hair: Brown Eyes: Hazel

At the time of service, I tendered a witness fee in the amount of $118.00.

I affirm this  5th  day of   February  ,  2026  under the penalties of perjury under the laws of California, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*Gabriela Guimaraes* (signature)

Gabriela de Araujo Guimaraes
2023-0001533
San Francisco County
859 Harrison Street Suite A
San Francisco, CA 94107
(415) 351-0400



Order #:NY4132