UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff,<br><br>v.<br><br>IMPOSSIBLE X LLC, et al.,<br><br>Defendants. | Case No.  21-cv-02419-BLF (SVK)<br><br>**ORDER RE PRODUCTION OF UPDATED PROFIT AND LOSS STATEMENT**<br><br>Re: Dkt. No. 388 |

Before the Court is the Parties' Joint Statement Regarding the Timely Production of Plaintiff Impossible Foods Inc.'s ("Impossible Foods") 2025 Profit and Loss Statement. Dkt. 388. The trial in this matter is set to begin March 9, 2026. *See id.*; Dkt. 366 at 3. Defendants Impossible X LLC and Joel Runyon (collectively, "Impossible LLC") request that Impossible Foods produce an updated profit and loss statement by the start of trial. Dkt. 388 at 2. Impossible Foods agrees to produce an unaudited version of the 2025 statement[1] "if, and only if, liability is found" because that is when it contends "the profit and loss statement becomes relevant." Dkt. 388 at 5. Having considered the Parties' submissions, the record in this action and the relevant law, the Court finds the matter suitable for determination without oral argument and **GRANTS** Impossible LLC's request.

Under the Federal Rules of Civil Procedure, a party has a continuing obligation to supplement discovery responses that are incomplete "in a timely manner." Fed. R. Civ. P. 26(e). Impossible Foods thus has a duty to supplement its 2024 profit and loss statement produced in response to Request for Production no. 138, which requested profit and loss statements from 2011 "to the present." Dkt. 388-2 at 2. Delaying until the end of the liability phase of trial would be

---

[1] As set forth in the declaration of William Van Curen, Impossible Foods does not yet have an audited version of its 2025 statement.  Dkt. 388-6.

unduly prejudicial to Impossible LCC as, if liability is found, Impossible LLC will need to be prepared to put on its case for punitive damages – the phase for which "begins 'immediately'" after liability. *See* Dkt. 388 at 2. Moreover, there is no prejudice or harm to Impossible Foods in producing the statement now; the 2025 statement will remain subject to the protective order and will not be made public until, and unless, a finding of liability is returned such that the punitive damages phase may begin. *See id.*

Accordingly, for all the foregoing reasons, Impossible LLC's request is **GRANTED**. Impossible Foods shall produce the unaudited profit and loss statement **no later than the start of trial on March 9, 2026**.

**SO ORDERED.**

Dated: March 3, 2026

SUSAN VAN KEULEN
United States Magistrate Judge