J. Noah Hagey, Esq. (SBN: 262331)
   hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
   cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
   gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
   rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
   omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
   benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC and Joel Runyon*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br>       Plaintiff / Counter-Defendant, <br><br>   v. <br><br> IMPOSSIBLE LLC and JOEL RUNYON, <br><br>       Defendants / Counter-Plaintiffs. <br> . | Case No. 5:21-cv-02419-BLF (SVK) <br><br> **UNOPPOSED REQUEST AND [PROPOSED] ORDER RE IMPOSSIBLE LLC AND JOEL RUNYON'S COURTROOM EQUIPMENT FOR TRIAL** <br><br> **Judge:**    Hon. Beth Labson Freeman <br> **Trial Date:**  March 9, 2026 |

Pursuant to General Order No. 58, Impossible LLC and Joel Runyon (together "Impossible LLC") hereby declare as follows:

WHEREAS, trial in the above-captioned matter is scheduled to commence on March 9, 2026, Courtroom 1 – 5th Floor;

WHEREAS, the parties have met and conferred regarding the necessary equipment for use in the courtroom and breakout rooms during trial;

WHEREAS, Impossible Foods has represented that it does not intend to use equipment for which an order is required and that Impossible LLC may submit its own request for equipment for which an order is required;

NOW THEREFORE, Impossible LLC respectfully moves the Court for an Order directing the Federal Marshal and/or Federal Security Services to allow Impossible LLC to bring the equipment listed below into the Federal Courthouse for the duration of the trial. Impossible LLC will coordinate with the Court's staff to set up and test the equipment prior to commencement of opening statements at such time as the Court may specify.

1. Brother tabletop printer
2. Four mobile hotspots
3. Extension cords
4. Power strips
5. Easel and large notepad

Dated:  March 3, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:   /s/ *Adam S. Cashman*
      Adam S. Cashman

*Attorney for Impossible LLC and Joel Runyon*

UNOPPOSED REQUEST AND [PROPOSED] ORDER RE IMPOSSIBLE LLC AND JOEL RUNYON'S
COURTROOM EQUIPMENT FOR TRIAL

1    **[PROPOSED] ORDER**

2        **GOOD CAUSE APPEARING**, Impossible LLC's request is GRANTED. The Court

3    Orders the United States Marshals Service to allow the following equipment through security:

4            1.        Brother tabletop printer

5            2.        Four mobile hotspots

6            3.        Extension cords

7            4.        Power strips

8            5.        Easel and large notepad

9        **IT IS SO ORDERED.**

10    Dated: _____, 2026                          _____

11                                                          Hon. Beth Labson Freeman
                                                            United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28