1  G. ROXANNE ELINGS (*pro hac vice*)
   roxanneelings@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   1251 Avenue of the Americas, 42nd Floor
3  New York, NY  10020-1104
   Telephone:  (212) 489-8230
4  Facsimile: (212) 489-8340

5  SARAH E. BURNS (CA State Bar No. 324466)
   sarahburns@dwt.com
6  DAVIS WRIGHT TREMAINE LLP
   50 California Street, 23rd Floor
7  San Francisco, CA 94111
   Telephone: (415) 276-6500
8  Facsimile: (415) 276-6599

9  Attorneys for Plaintiff/ Counter-Defendant
   IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff, <br><br> vs. <br><br> IMPOSSIBLE X LLC, et al., <br><br> Defendants. | Case No. 5:21-cv-02419 BLF <br><br> **IMPOSSIBLE FOODS' REQUEST TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL** <br><br> Judge:   Hon. Beth L. Freeman <br> Trial Date: March 9, 2026 |

Pursuant to General Order No. 58, Plaintiff/Counter-Defendant Impossible Foods Inc. ("Impossible Foods") hereby declares as follows:

WHEREAS, trial in the above captioned matter is scheduled to commence on March 9, 2026 in Courtroom 1, 5th floor;

WHEREAS, the parties have met and conferred regarding the necessary equipment for use in the courtroom and breakout rooms during trial;

WHEREAS, Defendants Impossible LLC and Joel Runyon do not oppose this request;

WHEREAS, Impossible Foods respectfully requests that the Court issue an order directing the Federal Marshall and/or Federal Security Services to allow Impossible Foods to bring the equipment listed below into the Federal Courthouse for the duration of the trial.

1. Brother tabletop printer.

DATED: March 6, 2026              DAVIS WRIGHT TREMAINE LLP

                                  By: /s/ G. Roxanne Elings
                                       G. Roxanne Elings

                                  Attorneys for Plaintiff/Counter-Defendant
                                  IMPOSSIBLE FOODS INC.

[PROPOSED] ORDER

GOOD CAUSE APPEARING, Impossible Foods' request is GRANTED. The Court orders the United States Marshals Service to allow the following equipment through security:

1. Brother tabletop printer

IT IS SO ORDERED.

Dated: March __, 2026

_____
Hon. Beth Labson Freeman
United States District Court Judge