=

G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020-1104
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/ Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>      Plaintiff,<br><br> vs.<br><br>IMPOSSIBLE X LLC, et al.,<br><br>      Defendants. | Case No. 5:21-cv-02419 BLF<br><br>**IMPOSSIBLE FOODS' REQUEST TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL**<br><br>Judge: Hon. Beth L. Freeman<br>Trial Date: March 9, 2026 |

1  Pursuant to General Order No. 58, Plaintiff/Counter-Defendant Impossible Foods Inc. ("Impossible Foods") hereby declares as follows:

WHEREAS, trial in the above captioned matter is scheduled to commence on March 9, 2026 in Courtroom 1, 5th floor;

WHEREAS, the parties have met and conferred regarding the necessary equipment for use in the courtroom and breakout rooms during trial;

WHEREAS, Defendants Impossible LLC and Joel Runyon do not oppose this request;

WHEREAS, Impossible Foods respectfully requests that the Court issue an order directing the Federal Marshall and/or Federal Security Services to allow Impossible Foods to bring the equipment listed below into the Federal Courthouse for the duration of the trial.

1. Brother tabletop printer.

DATED: March 6, 2026                           DAVIS WRIGHT TREMAINE LLP

By: /s/ G. Roxanne Elings
G. Roxanne Elings

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

[PROPOSED] ORDER

GOOD CAUSE APPEARING, Impossible Foods' request is GRANTED. The Court orders the United States Marshals Service to allow the following equipment through security:

1. Brother tabletop printer

IT IS SO ORDERED.

Dated: March 6, 2026

_____
Hon. Beth Labson Freeman
United States District Court Judge