UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## *IMPOSITIVE FOODS INC. v. IMPOSSIBLE LLC*
### CASE NUMBER: 5:21-cv-02419 BLF

## Civil Minutes and Trial Log

Date:    March 10, 2026

Time in Court:  5 hr, 37 min   (9:45-10:07 AM; 10:11-10:48 AM; 10:58 AM – 12:03 PM; 1:05-2:10 PM; 2:22-3:59 PM; 4:10-5:01 PM)

Courtroom Deputy Clerk:  Esmeralda Mejia
Court Reporter:  Summer Fisher

**APPEARANCES:**
Impossible Foods Attorney(s) present:  Sarah Burns, Gayle Elings, Raphael Holoszyc-Pimentel

　　　Also present:  Noel Nurrenbern (Trial Technician)

Impossible LLC Attorney(s) present:   Adam Cashman, Marissa Benavides, Gregory Washington, Oliver McNicholas

　　　Also present:   Todd Thompson (Trial Technician)

**PROCEEDINGS:  Jury Trial (Day 3)**

Jury Trial held.  Further Jury Trial set for March 11, 2026, to begin at 9:00 AM.

*See* attached Trial Log.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE BETH LABSON FREEMAN

Case Name:  *Impossible Foods Inc. v. Impossible LLC*
Case No:  5:21-cv-02419 BLF

# TRIAL LOG

| TRIAL DATE: March 10, 2026 | | | REPORTER(S):<br>Summer Fisher | CLERK:<br>Esmeralda Mejia |
|---|---|---|---|---|
| Imp. Foods | Imp. LLC | TIME | DESCRIPTION | |
|  |  | 9:45 am | Court in session with Counsel out of presence of Jury | |
|  |  |  | 2132, 2140 – Exhibits withdrawn | |
|  | 2160 |  | ADMITTED into Evidence (from 3/9/2026) | |
|  |  |  | Imp. LLC to notify Imp. Foods counsel by 5pm day before exhibits to be offered into evidence. | |
|  |  | 10:07 am | Court breaks for 5 min | |
|  |  | 10:12 am | Court in Session | |
|  |  | 10:12 am | Witness 1 Joel Runyon re-sworn | |
|  |  | 10:13 am | Impossible LLC continues direct examination of Joel Runyon | |
|  |  | 10:14 am | Counsel reads into record exhibits offered into evidence (with exhibit numbers for physical exhibits previously admitted to which the exhibit corresponds) | |
|  |  | 10:17 am | ADMITTED INTO EVIDENCE:  666 (2069), 665 (2068); 656 (2049), 658 (2050), 659 (2051), 661(2053), 662 (2054), 663 (2055) | |
|  | 2160 | 10:19 am | ADMITTED INTO EVIDENCE: | |
| Obj | 2157 | 10:22 am | Offered into Evidence | |
|  |  |  | Objection sustained | |
| Obj | 68 | 10:23 am | Offered into Evidence | |
|  |  |  | Objection sustained | |

| TRIAL DATE: March 10, 2026 | | | REPORTER(S):<br>Summer Fisher | CLERK:<br>Esmeralda Mejia |
|---|---|---|---|---|
| Imp. Foods | Imp. LLC | TIME | DESCRIPTION | |
| | | 10:24 am | Exhibit 312, previously admitted | |
| Obj | 298 | 10:27 am | Offered into Evidence | |
| | | | Further foundation to be laid | |
| Obj | 298 | 10:28 am | ADMITTED into Evidence | |
| | 273 | 10:31 am | ADMITTED into Evidence | |
| | | 10:47 am | Imp. LLC completes direct examination of Joel Runyon | |
| | | 10:48 am | Court breaks for 10 min | |
| | | 10:58 am | Imp. Foods begins cross-examination of Joel Runyon | |
| | | 11:03 am | Ex. 2213, previously admitted | |
| | | 11:09 am | Ex. 2209, previously admitted | |
| 2040 | | 11:13 am | ADMITTED into Evidence | |
| | | 11:15 am | Ex. 2209, previously admitted | |
| | | 11:19 am | Ex. 2210, previously admitted | |
| | | 11:22 am | Ex. 2211, previously admitted | |
| 2212 | | 11:26 am | ADMITTED into Evidence | |
| | | 11:30 am | Ex. 1260, previously admitted | |
| 713 | | 11:35 am | ADMITTED into Evidence | |
| | | 11:37 am | Ex. 2053, previously admitted | |
| | | 11:38 am | Ex. 2069, previously admitted | |
| | | 11:40 am | Ex. 2068, previously admitted | |
| | | 11:41 am | Ex. 2070, previously admitted | |
| | | | Ex. 2050, previously admitted | |

**Esmeralda Mejia**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| TRIAL DATE: March 10, 2026 | | | REPORTER(S):<br>Summer Fisher | CLERK:<br>Esmeralda Mejia |
|---|---|---|---|---|

| Imp. Foods | Imp. LLC | TIME | DESCRIPTION | |
|---|---|---|---|---|
| | | 11:43 am | Ex. 2054, previously admitted | |
| 1257 | | 11:45 am | ADMITTED into Evidence | |
| 246 | | 11:58 am | ADMITTED into Evidence | |
| | | 12:03 pm | Court breaks for 62 min | |
| | | 1:05 pm | Court in session | |
| | | | Imp. Foods continues cross-examination of Joel Runyon | |
| | | 1:06 pm | Ex. 246, previously admitted | |
| | | 1:07 pm | Ex. 1257, previously admitted | |
| | | | Ex. 246, previously admitted | |
| | | 1:09 pm | Ex. 1257, previously admitted | |
| 247 | | 1:16 pm | ADMITTED into Evidence | |
| | | 1:22 pm | Imp. Foods plays video deposition testimony of Joel Runyon | |
| 2179 | | 1:25 pm | ADMITTED into Evidence | |
| | | 1:36 pm | Witness reviews deposition transcript for recollection | |
| | | 1:47 pm | Ex. 1257, previously admitted | |
| 2175 | | 1:48 pm | ADMITTED into Evidence | |
| 3 | | 1:57 pm | ADMITTED into Evidence | |
| | | 2:05 pm | Ex. 2183, previously admitted | |
| 1033 | | 2:07 pm | ADMITTED into Evidence | |
| | | 2:10 pm | Court breaks for 12 min | |
| | | 2:22 pm | Court in session | |

| Imp. Foods | Imp. LLC | TIME | DESCRIPTION |
|---|---|---|---|
| TRIAL DATE: March 10, 2026 | | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |

| Imp. Foods | Imp. LLC | TIME | DESCRIPTION |
|---|---|---|---|
| | | | Imp. Foods continues cross-examination of Joel Runyon |
| | | 2:23 pm | Imp. Foods completes cross examination of Joel Runyon |
| | | | Imp. LLC begins re-direct examination of Joel Runyon |
| | | 2:28 pm | Imp. LLC completes re-direct examination of Joel Runyon |
| | | | Witness 1 Joel Runyon completes testimony – subject to recall. |
| | | 2:29 pm | Imp. LLC calls Witness 2 Marya Pasek |
| | | 2:35 pm | Witness sworn |
| | | | Imp. LLC begins direct examination of Myra Pasek |
| | 60 | 2:39 pm | ADMITTED into Evidence |
| | 2181 | 2:41 pm | ADMITTED into Evidence |
| | | 2:45 pm | Imp. LLC completes direct examination of Myra Pasek |
| | | | Imp. Foods begins cross-examination of Myra Pasek |
| | | 2:51 pm | Ex. 2181, previously admitted |
| | | 3:03 pm | Imp. Foods completes cross-examination of Myra Pasek |
| | | | Imp. LLC begins redirect examination of Myra Pasek |
| | | 3:04 pm | Ex. 2181, previously admitted |
| | | 3:11 pm | Imp. LLC completes redirect examination of Myra Pasek |
| | | | Imp. Foods begins re-cross-examination of Myra Pasek |
| | | 3:15 pm | Imp. Foods completes re-cross-examination of Myra Pasek |
| | | | Witness 2 Myra Pasek excused |
| | | 3:16 pm | Imp. LLC calls Witness 3 Nicholas Holla |

**Esmeralda Mejia**
**Courtroom Deputy**
**Original: Efiled**
CC:

| Imp. Foods | Imp. LLC | TIME | DESCRIPTION |
|---|---|---|---|
| TRIAL DATE: March 10, 2026 | | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
| | | 3:17 pm | Witness sworn |
| | | | Imp. LLC begins direct examination of Nicholas Holla |
| | 33 | 3:23 pm | ADMITTED into Evidence |
| | | 3:26 pm | Ex. 34, previously admitted |
| | | 3:27 pm | Imp. LLC completes direct examination of Nicholas Holla |
| | | | Imp. Foods begins cross-examination of Nicholas Holla |
| 32 | | 3:49 pm | ADMITTED into Evidence |
| 31 | | 3:54 pm | ADMITTED into Evidence |
| 2006 | | 3:56 pm | ADMITED into Evidence |
| | | 3:58 pm | Ex. 2181, previously admitted |
| | | 3:59 pm | Court breaks for 11 min |
| | | 4:10 pm | Court in session |
| | | | Imp. Foods continues cross-examination of Nicholas Holla |
| | | | Ex. 2181, previously admitted |
| | | 4:11 pm | Ex. 33, previously admitted |
| | | 4:13 pm | Ex. 34, previously admitted |
| | | 4:18 pm | Imp. Foods completes cross-examination of Nicholas Holla |
| | | | Imp. LLC begins re-direct examination of Nicholas Holla |
| | | 4:26 pm | Imp. LLC completes re-direct examination of Nicholas Holla |
| | | | Imp. Foods begins re-cross-examination of Nicholas Holla |
| | | 4:27 pm | Imp. Foods completes re-cross-examination of Nicholas Holla |

**Esmeralda Mejia**
**Courtroom Deputy**
**Original: Efiled**
CC:

| Imp. Foods | Imp. LLC | TIME | DESCRIPTION |
|---|---|---|---|
| | | **TRIAL DATE: March 10, 2026** | **REPORTER(S):** Summer Fisher  **CLERK:** Esmeralda Mejia |
| | | | Witness 3 Nicholas Holla excused |
| | | 4:28 pm | Imp. LLC calls Witness 4 John Durant |
| | | 4:29 pm | Witness sworn |
| | | | Imp. LLC begins direct examination of John Durant |
| | | 4:33 pm | Side Bar requested by Imp. Foods |
| | | | Side Bar begins |
| | | 4:35 pm | Side Bar ends |
| | | | Imp. LLC continues direct examination of John Durant |
| | | 4:39 pm | Imp. LLC completes direct examination of John Durant |
| | | | Imp. Foods begins cross-examination of John Durant |
| | | 4:41 pm | Imp. Foods completes cross-examination of John Durant |
| | | | Witness 4 John Durant excused |
| | | 4:43 pm | Court gives admonishment to Jury |
| | | | Jury departs for day |
| | | 4:44 pm | Court in session with Counsel out of presence of Jury |
| | | 4:49 pm | Imp. Foods informs the Court that the parties are stipulating to dismissing Joel Runyon as a party in this case |
| | | 4:59 pm | Court adjourns |
| | | | Further Jury Trial set for March 11, 2026, at 9:00 a.m. |

**Esmeralda Mejia**
**Courtroom Deputy**
**Original: Efiled**
**CC:**