G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020-1104
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation,<br><br>              Plaintiff/Counter-Defendant<br><br>     v.<br><br>IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON,<br><br>              Defendants/Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF DEFENDANT JOEL RUNYON**<br><br>Judge: Hon. Beth Labson Freeman |

**STIPULATED DISMISSAL WITH PREJUDICE OF JOEL RUNYON**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii)(A), Plaintiff/Counter-Defendant Impossible Foods Inc. and Defendants/Counter-Plaintiffs Impossible LLC and Joel Runyon stipulate and agree that this action and all claims in this action as to Defendant/Counter-Plaintiff Joel Runyon are hereby dismissed with prejudice and without attorneys' fees and/or costs to any party. This dismissal shall not affect Impossible Foods' claims against Impossible LLC.

DATED: March 10, 2026        DAVIS WRIGHT TREMAINE LLP

By: */s/ G. Roxanne Elings*
G. Roxanne Elings

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

DATED: March 10, 2026        BRAUNHAGEY & BORDEN LLP

By: */s/ Adam S. Cashman*
Adam S. Cashman

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE LLC and JOEL RUNYON