G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020-1104
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

APPROVED

Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., a Delaware corporation, | Case No. 5:21-cv-02419-BLF |
| Plaintiff/Counter-Defendant | **STIPULATED DISMISSAL WITH PREJUDICE OF DEFENDANT JOEL RUNYON** |
| v. | |
| IMPOSSIBLE LLC, a Texas limited liability company, and JOEL RUNYON, | Judge: Hon. Beth Labson Freeman |
| Defendants/Counter-Plaintiffs. | |

## STIPULATED DISMISSAL WITH PREJUDICE OF JOEL RUNYON

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii)(A), Plaintiff/Counter-Defendant Impossible Foods Inc. and Defendants/Counter-Plaintiffs Impossible LLC and Joel Runyon stipulate and agree that this action and all claims in this action as to Defendant/Counter-Plaintiff Joel Runyon are hereby dismissed with prejudice and without attorneys' fees and/or costs to any party.  This dismissal shall not affect Impossible Foods' claims against Impossible LLC.

DATED: March 10, 2026                          DAVIS WRIGHT TREMAINE LLP


                                               By: */s/ G. Roxanne Elings*
                                                        G. Roxanne Elings

                                               Attorneys for Plaintiff/Counter-Defendant
                                               IMPOSSIBLE FOODS INC.

DATED: March 10, 2026                          BRAUNHAGEY & BORDEN LLP


                                               By: */s/ Adam S. Cashman*
                                                        Adam S. Cashman

                                               Attorneys for Plaintiff/Counter-Defendant
                                               IMPOSSIBLE LLC and JOEL RUNYON

DAVIS WRIGHT TREMAINE LLP

DISMISSAL WITH PREJUDICE OF JOEL RUNYON
Case No. 5:21-CV-02419-BLF (SVK)