J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
    cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
    gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
    rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
    omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
    benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., | Case No. 5:21-cv-02419-BLF (SVK) |
|     Plaintiff / Counter-Defendant, | **IMPOSSIBLE LLC'S THIRD AMENDED PROPOSED VERDICT FORM** |
|       v. | **Judge:**       Hon. Beth Labson Freeman |
| IMPOSSIBLE LLC, | **Trial Date:**   March 9, 2026 |
|     Defendant / Counter-Plaintiff. | |

i

Impossible LLC respectfully proposes the following verdict form in the above-captioned matter. Impossible LLC reserves the right to amend, supplement, modify, withdraw, or otherwise revise this verdict form including, but not limited to, based upon or in response to the parties' stipulations, the Court's ruling on any pending or pretrial motion, evidentiary dispute, or other issue, a final determination as to the manner in which this case will be tried, proof at trial, the parties' pursuit or abandonment of their claims or defenses, or as otherwise reasonable and appropriate. Impossible LLC also reserves the right to amend, supplement, modify, withdraw, or otherwise revise this verdict form in response to any proposed verdict form or jury instruction submitted by Impossible Foods Inc., in response to any objection to this verdict form by Impossible Foods Inc., to conform the evidence presented at trial, or for any other proper reason.

Dated:  March 16, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:  /s/Adam S. Cashman
     Adam S. Cashman

*Attorneys for Impossible LLC*

ii

## **VERDICT FORM**

We, the jury impaneled in this case, unanimously answer the questions submitted to us as follows.

## **PART I**

### **Impossible LLC's Claims**

*For Questions 1-4, please answer "Yes" or "No" as to each line.*

1.    **Trademark Infringement and Unfair Competition – Lanham Act.** For each of the following registrations, did Impossible LLC prove by a preponderance of the evidence that the registration is valid, was not the product of fraud on the United States Patent and Trademark Office, and was infringed by Impossible Foods?

Registration No. 4260617 for IMPOSSIBLE (stylized):          Yes ___ No ___

Registration No. 4624158 for IMPOSSIBLE FITNESS:          Yes ___ No ___

Registration No. 5179974 for IMPOSSIBLE HQ:          Yes ___ No ___

Registration No. 5376208 for IMPOSSIBLE (stylized):          Yes ___ No ___

Registration No. 5387588 for IMPOSSIBLE NUTRITION (stylized):          Yes ___ No ___

Registration No. 5620625 for IMPOSSIBLE:          Yes ___ No ___

*Go to Question 2.*

2.    **Federal and California Trademark Infringement – Common Law.** Did Impossible LLC prove, by a preponderance of the evidence, that it established a valid common law trademark in IMPOSSIBLE in connection with the following goods or services?

Providing apparel:          Yes ___ No ___

Providing nutrition information:          Yes ___ No ___

Providing recipes:          Yes ___ No ___

*For each good or service as to which you answered "Yes" in Question 2, please answer Question 3 for that good or service. If you did not answer "Yes" as to any good or service listed in Question 2, please skip Question 3 and go to Question 5.*

1

3.    **Federal and California Trademark Infringement – Common Law.** Did Impossible LLC prove, by a preponderance of the evidence, that Impossible Foods infringed Impossible LLC's common law trademark in IMPOSSIBLE by offering apparel or cookbooks?

Providing apparel:                   Yes ___  No ___

Providing nutrition information:     Yes ___  No ___

Providing recipes:                   Yes ___  No ___

*Go to Question 4.*

4.    **Abandonment Defense.** Did Impossible Foods prove, by clear and convincing evidence, that Impossible LLC abandoned the IMPOSSIBLE mark in connection with providing recipes?

       Yes ___  No ___

*If you answered "Yes" to any part of Questions 1, 2, or 3, please answer Questions 5 and 6. However, if you answered "Yes" only to Question 3 regarding "providing recipes" and also answered "Yes" to Question 4, skip Questions 5, 6, and 7, and go to Question 8.*

5.    **Damages.** What is the total amount of damages for any infringement or unfair competition found?

       $ _____
*Go to Question 6.*

6.    **Willfulness.** Did Impossible LLC prove, by a preponderance of the evidence, that Impossible Foods' infringement or unfair competition was willful?

       Yes ___  No ___

*If you answered "Yes" to any part of Question 3, go to Question 7. If not, go to Part II.*

2

7.      **Malice, Fraud, or Oppression.** Did Impossible LLC prove, by clear and convincing evidence, that Impossible Foods acted with oppression, fraud, or malice in infringing Impossible LLC's trademark?

Yes ___   No ___

*Go to Part II.*

## PART II

### Impossible Foods' Claims

*For Registration Nos. 5620625 and 5387588, if you answered "Yes" to that registration on Question 1, do not answer Question 8 as to that registration.  Otherwise, please answer each part of Question 8.*

8.      **Fraud in the Procurement.** Did Impossible Foods prove, by clear and convincing evidence, that Impossible LLC procured any of the following trademark registrations by fraud on the U.S. Patent and Trademark Office?

Registration No. 5590801 for IMPOSSIBLE FITNESS (stylized):      Yes ___ No ___

Registration No. 5603025 for IMPOSSIBLE FITNESS:      Yes ___ No ___

Registration No. 5620625 for IMPOSSIBLE:      Yes ___ No ___

Registration No. 6571603 for IMPOSSIBLE (animated):      Yes ___ No ___

Registration No. 5387588 for IMPOSSIBLE NUTRITION (stylized):      Yes ___ No ___

*Go to Question 9.*

9.      **Trademark Infringement and Unfair Competition – Lanham Act.** For each of the following registrations, did Impossible Foods prove by a preponderance of the evidence that the registration is valid and was infringed by Impossible LLC?

Registration No. 5459255 for IMPOSSIBLE      Yes ___ No ___

Registration No. 7179385 for IMPOSSIBLE (stylized)      Yes ___ No ___

Registration No. 7401728 for IMPOSSIBLE      Yes ___ No ___

*Go to Question 10.*

3

10.    **Federal and California Unfair Competition – Common Law.** Did Impossible Foods prove, by a preponderance of the evidence, that it established a valid common law trademark in IMPOSSIBLE in connection with plant-based meat products?

Yes ___    No ___

*If you answered "Yes" to Question 10, go to Question 11. If you answered "No" to Question 10, do not answer Question 11.*

11.    **Federal and California Unfair Competition – Common Law.** Did Impossible Foods prove, by a preponderance of the evidence, that Impossible LLC infringed Impossible Foods' common law trademark in IMPOSSIBLE in connection with plant-based meat products by offering nutritional supplements?

Yes ___    No ___

*Once you have completed the verdict form, the presiding juror should then sign and date the verdict form in the spaces below, and notify the clerk that you have reached a verdict.*

Dated: _____        _____
                                                            Signature of Presiding Juror

4