J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
    cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
    gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
    rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
    omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
    benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., | Case No. 5:21-cv-02419-BLF (SVK) |
| Plaintiff / Counter-Defendant, | **STIPULATED DISMISSAL WITH PREJUDICE AS TO CERTAIN CLAIMS AND DEFENSES** |
| v. | |
| IMPOSSIBLE LLC, | **Judge:**          Hon. Beth Labson Freeman |
| Defendant / Counter-Plaintiff. | |

JOINT STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii)(A), Impossible LLC and Impossible Foods, Inc. ("Impossible Foods") hereby stipulate and agree through their undersigned counsel of record as follows:

The following claims and defenses in this action are hereby dismissed with prejudice, and with all parties to bear their own attorneys' fees and costs. This dismissal shall not affect any claim or defense by either party not expressly dismissed or waived pursuant to this Joint Stipulation.

**Impossible LLC**

1.      Impossible LLC dismisses its claims under Count One (Federal Trademark Infringement) and Count Two (Federal Unfair Competition) of its Counterclaim to Impossible Foods's Third Amended Complaint ("Counterclaim," Dkt. 241), solely with respect to the following federal registrations:

        a.      Reg. No. 5155646;

        b.      Reg. No. 5576376;

        c.      Reg. No. 6571603;

        d.      Reg. No. 5590801;

        e.      Reg. No. 5603025.

For the avoidance of doubt, Impossible LLC continues to maintain its claims as to all other federal registrations and common law trademarks pleaded.

2.      Impossible LLC dismisses Count Three (False Association) of its Counterclaim.

3.      Impossible LLC dismisses its common law claims asserted under Count Two (Unfair Competition) and Count Five (Common Law Trademark Infringement Under California Law) of its Counterclaim, solely with respect to the stylized mark: IMPOSSIBLE (rendered with a strikethrough):

**IMPOSSIBLE**

For the avoidance of doubt, Impossible LLC continues to maintain its claims arising from the common law word mark "IMPOSSIBLE" as asserted under Counts Two and Five of its Counterclaim.

4.      Impossible LLC waives any remedy of equitable disgorgement of profits in this action.

**Impossible Foods**

5.      Impossible Foods dismisses its claims under Count Two (Federal Trademark Infringement) of its Third Amended Complaint ("TAC," Dkt. 151), solely with respect to the following federal registrations:

a.      Reg. No. 6211591;

b.      Reg. No. 7249916;

c.      Reg. No. 5370337.

For the avoidance of doubt, Impossible Foods continues to maintain its claims as to all other federal registrations and common law trademarks pleaded.

6.      Impossible Foods dismisses its claim under Count Seven (Abandonment) of the TAC.

7.      Impossible Foods dismisses its Second Affirmative Defense (Abandonment) solely as to Impossible LLC's asserted trademarks in connection with apparel.  For the avoidance of doubt, Impossible Foods continues to maintain this defense as to Impossible LLC's asserted trademarks in connection with nutrition information and recipes.

8.      Impossible Foods dismisses its Third Affirmative Defense (Unclean Hands) as to Impossible LLC's claims.  For the avoidance of doubt, Impossible Foods continues to maintain its claims under Counts Five and Six (Fraud in the Procurement) of the TAC.

9. Impossible Foods waives any remedy of equitable disgorgement of profits in this action.

**IT IS SO STIPULATED.**

Dated: March 17, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: __/s/ *Adam S. Cashman*__
Adam S. Cashman

*Attorney for Impossible LLC*

Dated: March 17, 2026

DAVIS WRIGHT TREMAINE LLP

By: *_/s/ G. Roxanne Elings_*
G. Roxanne Elings

*Attorneys for Impossible Foods Inc.*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 17, 2026

_____
Honorable Beth Labson Freeman
United States District Court Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION