J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
    cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
    gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
    rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
    omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
    benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., | Case No. 5:21-cv-02419-BLF (SVK) |
| Plaintiff / Counter-Defendant, | **STIPULATED DISMISSAL WITH PREJUDICE AS TO CERTAIN CLAIMS** |
| v. | **Judge:**　　　Hon. Beth Labson Freeman |
| IMPOSSIBLE LLC, | |
| Defendant / Counter-Plaintiff. | |

Case No. 5:21-cv-02419-BLF (SVK)

JOINT STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii)(A), Impossible LLC and Impossible Foods, Inc. ("Impossible Foods") hereby stipulate and agree through their undersigned counsel of record as follows:

The following claims in this action are hereby dismissed with prejudice, and with all parties to bear their own attorneys' fees and costs. This dismissal shall not affect any claim or defense by either party not expressly dismissed or waived pursuant to this Joint Stipulation.

1.      Impossible LLC dismisses its claims under Count One (Federal Trademark Infringement) and Count Two (Federal Unfair Competition) of its Counterclaim to Impossible Foods' Third Amended Complaint (Dkt. 241), solely with respect to the following federal registrations:

a.      Reg. No. 4624158;

b.      Reg. No. 5179974;

c.      Reg. No. 5376208;

d.      Reg. No. 5387588.

2.      For the avoidance of doubt, Impossible LLC continues to maintain its claims as to all other federal registrations and common law trademarks pleaded and not otherwise dismissed pursuant to the parties' previously filed Stipulated Dismissal with Prejudice as to Certain Claims and Defenses (Dkt. 420).

**IT IS SO STIPULATED.**

Dated: March 17, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:    /s/ *Adam S. Cashman*
Adam S. Cashman

*Attorneys for Impossible LLC*

Dated: March 17, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ G. Roxanne Elings*
G. Roxanne Elings

*Attorneys for Impossible Foods Inc.*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2026

_____
Honorable Beth Labson Freeman
United States District Court Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION