**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff, <br><br> v. <br><br> IMPOSSIBLE X LLC, et al., <br><br> Defendants. | Case No.  5:21-cv-02419-BLF <br><br> **ORDER TERMINATING ADMINSITRATIVE SEALING MOTIONS AND ORDERING PUBLIC FILING OF DOCUMENTS** <br><br> [Re: ECF Nos. 341, 391] |

Under the local rules, "[f]or any document a party ('Filing Party') seeks to seal because that document has been designated as confidential by another party or non-party (the 'Designating Party'), the Filing Party must, instead of filing an Administrative Motion to File Under Seal, file an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed."  Civ. L.R. 72-5(f).  For such administrative motions, "[w]ithin 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)(1).  A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party."  Civ. L.R. 72-5(f)(3).

The Parties have filed two administrative motions to consider whether another party's materials should be sealed for which the designating party has not filed supporting declaration . *See* ECF No. 341 (filed February 2, 2026); ECF No. 391 (filed March 2, 2026).  There being no supporting declarations appearing, **IT IS HEREBY ORDERED THAT** the administrative motions are TERMINATED and the material indicated therein is ORDERED unsealed.

Dated:  March 19, 2026

_____

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California