**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED*
TIME TOTAL: 5 Hours 29 Minutes

**CIVIL MINUTES - JURY TRIAL**

| | |
|---|---|
| **Judge: Beth Labson Freeman** | **Courtroom Deputy: Esmeralda Mejia** |
| **Date: 03/19/2026** | **Court Reporter: Summer Fisher** |
| **Case No: 5:21-cv-02419-BLF** | |

**Impossible Foods Inc. v. Impossible LLC**

Attorneys for Plaintiff: Sarah Burns

      Also present:  Noel Nurrenbern (Trial Technician)

Attorneys for Defendant: Gregory Washington

**PROCEEDINGS**

**Jury Deliberation (Day 10 - Trial).**

**Further Jury Trial set for March 20, 2026, at 10:00 a.m.**

**Please See Trial Log Attached**

//////

Esmeralda Mejia
Courtroom Deputy
Original: **E-Filed**