UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **5:21-cv-02419-BLF**          Case Name: **Impossible Foods Inc. v. Impossible LLC**

**EXHIBIT and WITNESS LIST**

| JUDGE: BETH LABSON FREEMAN | PLAINTIFF ATTORNEY: Sarah Burns, Gayle Elings, Raphael Holoszyc-Pimentel | DEFENSE ATTORNEY: Marissa Benavides, Adam Cashman, Oliver McNicholas, Gregory Washington, Todd Thompson |
|---|---|---|

**TRIAL DATE: 3/19/2026 – Day 10**      **REPORTER:** Summer Fisher      **CLERK**: Esmeralda Mejia

| EXH NO. | TIME | ID | ADMIT | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 10:02 – 11:48 am | | | Jurors Present and Deliberating | |
| | 11:38 am | | | Jurors asking for copies of Admitted Exhibits | |
| | 11:48 – 12:54 pm | | | Jurors Lunch Recess | |
| | 12:54 pm | | | Jurors Present and Deliberating | |
| | 12:54 pm | | | Hand delivered copies of Admitted Exhibits to Jurors | |
| | 3:57 – 4:05 pm | | | Jurors Recess | |
| | 4:05 – 4:45 pm | | | Jurors Present and Deliberating | |
| | 4:45 pm | | | Jurors Recess for the evening | |
| | | | | Further Jury Deliberations Continued to March 20, 2026, at 10:00 a.m. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |