**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff,<br><br>v.<br><br>IMPOSSIBLE X LLC,<br><br>Defendant. | Case No.  5:21-cv-02419-BLF<br><br>**ORDER DENYING AS UNTIMELY MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>[Re: ECF No. 431] |

At the close of evidence, counsel for Impossible LLC orally moved for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a), which the Court deferred pending the jury's verdict.  Counsel subsequently filed a written motion for judgment as a matter of law at ECF No. 431, which raised arguments and was not previewed at trial.  The written motion is untimely.  Further, the jury having returned a verdict for Impossible LLC on all claims, there is no relief the Court could grant on the motion.  The motion is accordingly DENIED.

**IT IS SO ORDERED.**

Dated:  March 24, 2026

_____
BETH LABSON FREEMAN
United States District Judge