**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
**TIME TOTAL**: 2 Hours 50 Minutes

## CIVIL MINUTES - JURY TRIAL

**Judge: Beth Labson Freeman**        **Courtroom Deputy: Esmeralda Mejia**
**Date: 03/24/2026**                 **Court Reporter: Summer Fisher**
**Case No: 5:21-cv-02419-BLF**

### Impossible Foods Inc. v. Impossible LLC

Attorneys for Plaintiff: Sarah Burns, Gayle Elings, Raphael Holoszyc-Pimentel


Attorneys for Defendant: Marissa Benavides, Adam Cashman, Oliver McNicholas, Gregory Washington, Todd Thompson


## PROCEEDINGS

**Jury Deliberation – Punitive Damages (Day 13 - Trial).**


**Further Hearing Re Brief *Regarding Laches* set for March 26, 2026, at 10:00 a.m.**


**Please See Trial Log Attached**

//////

Esmeralda Mejia
Courtroom Deputy
Original: **E-Filed**