UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **5:21-cv-02419-BLF**          Case Name: **Impossible Foods Inc. v. Impossible LLC**

**EXHIBIT and WITNESS LIST**

| JUDGE: BETH LABSON FREEMAN | PLAINTIFF ATTORNEY: Sarah Burns, Gayle Elings, Raphael Holoszyc-Pimentel | DEFENSE ATTORNEY: Marissa Benavides, Adam Cashman, Oliver McNicholas, Gregory Washington, Todd Thompson |
|---|---|---|

**TRIAL DATE: 3/24/2026 – Day 13**          **REPORTER:** Summer Fisher          **CLERK**: Esmeralda Mejia

| EXH NO. | TIME | ID | ADMIT | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 11:07 am | | | Jurors Arrived | |
| | 11:08 a.m. | | | Jurors in Deliberation | |
| | 12:44 p.m. – 1:39 p.m. | | | Jurors Lunch Recess | |
| | 1:39 p.m. | | | Jurors back from Lunch | |
| | 1:39 p.m. – 1:59 p.m. | | | Jurors Deliberating | |
| | 1:59 p.m. | | | Verdict Submitted | |
| | 2:06 p.m. | | | Jury Panel Seated / Call to Order | |
| | 2:08 p.m. | | | Deputy reads Verdict into the Record | |
| | 2:10 p.m. | | | Court asks Counsel if Jury Polled | |
| | 2:12 p.m. | | | Off the Record Side Bar | |
| | 2:13 p.m. | | | Court is back on record | |
| | 2:13 p.m. | | | Court asking Counsel if any objection | |
| | 2:14 p.m. – 2: 16 p.m. | | | Court addresses Jurors re Case after Jury | |
| | 2:17 p.m. | | | Jurors Excused by the Court and Thanked for their service | |
| | 2:28 p.m. | | | Re Motion (Doc #431) – Court Denies | |
| | 2:30 p.m. | | | Further Hearing Re Brief *Regarding Laches* set for March 26, 2026, at 10:00 a.m. | |
| | 2:30 p.m. – 2:43 p.m. | | | Court addresses Counsel Fees | |
| | 2:43 p.m. | | | Court Breaks for the Evening | |
| | | | | Brief *Regarding Laches* Scheduled for March 26, 2026, at 10:00 a.m. | |