# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

IMPOSSIBLE FOODS INC.,

        Plaintiff / Counter-Defendant,

v.

IMPOSSIBLE LLC,

        Defendant / Counter-Plaintiff.

Case No.   21-cv-02419-BLF

**JURY INSTRUCTIONS–PUNITIVE PHASE**

**IT IS SO ORDERED.**

Dated: Mar 23, 2026

_____
BETH LABSON FREEMAN
United States District Judge

**Instruction No. 65-b**

**Punitive Damages—Amount**

You must now decide the amount, if any, that you should award Impossible LLC in punitive damages. The purposes of punitive damages are to punish a wrongdoer for the conduct that harmed the plaintiff and to discourage similar conduct in the future.

There is no fixed formula for determining the amount of punitive damages, and you are not required to award any punitive damages. If you decide to award punitive damages, you should consider all of the following factors in determining the amount:

(a)    How reprehensible was Impossible Foods' conduct? In deciding how reprehensible Impossible Foods' conduct was, you may consider, among other factors:

1.  Whether the conduct caused physical harm;

2.  Whether Impossible Foods disregarded the health or safety of others;

3.  Whether Impossible LLC was financially weak or vulnerable and Impossible Foods knew Impossible LLC was financially weak or vulnerable and took advantage of it;

4.  Whether Impossible Foods' conduct involved a pattern or practice; and

5.  Whether Impossible Foods acted with trickery or deceit.

(b)    Is there a reasonable relationship between the amount of punitive damages and Impossible LLC's harm or between the amount of punitive damages and potential harm to Impossible LLC that Impossible Foods knew was likely to occur because of its conduct?

(c)    In view of Impossible Foods' financial condition, what amount is necessary to punish it and discourage future wrongful conduct? You may not increase the punitive award above an amount that is otherwise appropriate merely because Impossible Foods has substantial financial resources. Any award you impose may not exceed Impossible Foods' ability to pay.

Punitive damages may not be used to punish Impossible Foods for the impact of its alleged misconduct on persons other than Impossible LLC.