# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

IMPOSSIBLE FOODS INC.,

       Plaintiff / Counter-Defendant,

    v.

IMPOSSIBLE LLC,

       Defendant / Counter-Plaintiff.

Case No.   21-cv-02419-BLF

**VERDICT FORM–PUNITIVE PHASE**

**VERDICT FORM**

We, the jury impaneled in this case, unanimously answer the question submitted to us as follows.

**PUNITIVE DAMAGES**

1.  What amount of punitive damages, if any, do you award Impossible LLC?

$ _1,750,000_

*Once you have completed the verdict form, the presiding juror should then sign and date the verdict form in the spaces below and notify the clerk that you have reached a verdict.*

Dated: _March 24, 2026_

_____
Signature of Presiding Juror

2