**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**\*E-FILED\***</u>
<u>**TIME TOTAL**</u>: **52 Minutes**

<u>**CIVIL MINUTES - BRIEF**</u>

**Judge: Beth Labson Freeman**              **Courtroom Deputy: Esmeralda Mejia**
**Date: 03/26/2026**                             **Court Reporter: Summer Fisher**
**Case No: 5:21-cv-02419-BLF**

<u>**Impossible Foods Inc. v. Impossible LLC**</u>

Attorneys for Plaintiff: Sarah Burns

Attorneys for Defendant: Adam Cashman

<u>**PROCEEDINGS**</u>

Post Trial (Day 14).

Verdict Entered – March 23, 2026.
Verdict Punitive Phase – March 24, 2026.

**Further Brief Hearing** *Regarding Laches* **set for April 23, 2026, at 9:00 a.m.**

**Please See Trial Log Attached**

//////

*Esmeralda Mejia*
Esmeralda Mejia
Courtroom Deputy
Original: **E-Filed**