# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

IMPOSSIBLE FOODS INC.,

      Plaintiff,

   v.

IMPOSSIBLE X LLC,

      Defendant.

Case No.  5:21-cv-02419-BLF

**ORDER REQUIRING CHAMBERS COPIES FILED IN CONNECTION WITH POST-TRIAL BRIEFING**

The Parties are ORDERED to deliver paper copies of all briefs—and exhibits and transcripts cited therein—to Chambers to be filed in connection with post-trial matters. These matters include (but are not limited to) the Parties' equitable defenses, attorneys' fees and costs, enhanced damages, and JMOL/new trial motions.

**IT IS SO ORDERED.**

Dated:  March 31, 2026

_____
BETH LABSON FREEMAN
United States District Judge