G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

[Other counsel of record indicated on docket.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>                    Plaintiff,<br><br>       vs.<br><br>IMPOSSIBLE LLC,<br><br>                    Defendant. | Case No. 5:21-cv-02419-BLF<br><br>**DEMONSTRATIVES USED DURING TRIAL**<br><br> Judge:     Hon. Beth L. Freeman |

1

Impossible LLC and Impossible Foods Inc. respectfully submit the following demonstratives used during the trial of this matter.

| Dkt. No(s). | Trial Demo. No. | Description of Demonstrative | Date(s) Used |
|---|---|---|---|
| 474-1 | 3001 | Impossible LLC's opening statement presentation | 3/9/2026 |
| 474-2 (redacted) 466-6 (sealed) | 3002 | Impossible LLC's expert witness Robert Palmatier presentation | 3/13/2026 3/16/2026 |
| 474-3 | 3003 | Impossible LLC's expert witness Jennifer Vanderhart presentation | 3/13/2026 3/16/2026 |
| 474-4 (redacted) 466-4 (sealed) | 3004 | Impossible LLC's closing argument presentation | 3/18/2026 |
| 474-5 | 3005 | Impossible LLC's closing rebuttal presentation | 3/18/2026 |
| 474-6 | 3006 | Impossible Foods' opening statement presentation | 3/9/2026 |
| 474-7 | 3007 | Impossible Foods' expert witness John Plumpe presentation | 3/16/2026 |
| 474-8 | 3008 | Impossible Foods' closing argument presentation | 3/18/2026 |

Respectfully submitted,

Dated: March 31, 2026                    BRAUNHAGEY & BORDEN LLP

By: */s/ Adam S. Cashman*
         Adam S. Cashman

*Attorneys for Impossible LLC*

Dated: March 31, 2026                    DAVIS WRIGHT TREMAINE LLP

By: */s/ G. Roxanne Elings*
         G. Roxanne Elings

*Attorneys for Impossible Foods Inc.*

DEMONSTRATIVES USED DURING TRIAL
Case No. 5:21-CV-02419-BLF (SVK)