G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY  10020-1104
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> IMPOSSIBLE LLC, <br><br> Defendant/Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF <br><br> **[PROPOSED] ORDER GRANTING IMPOSSIBLE FOODS INC.'S ADMINISTRATIVE MOTION TO SEAL TRIAL DEMONSTRATIVES AND EXHIBIT** <br><br> Judge:    Hon. Beth L. Freeman |

This matter comes before the Court on Plaintiff/Counter-Defendant Impossible Foods Inc.'s ("Impossible Foods") Administrative Motion to Seal Pursuant to Civil Local Rules 7-11 and 79-5(c) ("Motion"), which seeks to seal portions of demonstratives used by Impossible LLC at trial and a trial exhibit.

Having considered Impossible Foods' Motion, and for the reasons stated therein, the Motion is **GRANTED** as follows:

The following documents shall be sealed:

| ECF or Ex. No. | Document | Portion(s) to Seal | Reason(s) |
|---|---|---|---|
| N/A | Impossible LLC's Closing Argument Demonstrative | Highlighted portions of pages 64-69, 71, 77 | The information requested to be sealed contains Impossible Foods' highly sensitive information regarding its marketing spend and strategies and financial information. Public disclosure of such information would harm Impossible Foods by revealing its internal business and financial strategies to competitors and business partners alike. |
| N/A | Impossible LLC's Demonstrative for expert witness Robert Palmatier | Highlighted portion of page 9 | |
| Ex. 1124 | Impossible Foods Revenue Spreadsheet | Entire exhibit | |

**IT IS SO ORDERED.**

DATED:_____April 9_____, 2026.      By: _____

Honorable Beth L. Freeman
United States District Judge

1