# EXHIBIT 4

 Outlook

## Impossible Foods v Impossible LLC - Exhibit identification

**From** Burns, Sarah <SarahBurns@dwt.com>

**Date** Sun 3/15/2026 3:43 PM

**To**  Adam Cashman <cashman@braunhagey.com>; Marissa Benavides <benavides@braunhagey.com>; Gregory Washington <gwashington@braunhagey.com>; Oliver McNicholas <omcnicholas@braunhagey.com>; Toby Rowe <rowe@braunhagey.com>

**Cc**  Elings, G. Roxanne <RoxanneElings@dwt.com>; Holoszyc-Pimentel, Raphael <rhp@dwt.com>; Queiroz, Julia <JuliaQueiroz@dwt.com>

**\*\*\* EXTERNAL MESSAGE \*\*\***

Good afternoon,

Below is our identification of exhibits for tomorrow.

Best,
Sarah

### Emmalee Giffin

1. Exhibit 1128
2. Exhibit 1130
3. Exhibit 1153
4. Exhibit 1154
5. Exhibit 1155
6. Exhibit 1156
7. Exhibit 1157
8. Exhibit 1158
9. Exhibit 1159
10. Exhibit 1160
11. Exhibit 1161
12. Exhibit 1163
13. Exhibit 1167
14. Exhibit 1187
15. Exhibit 1189
16. Exhibit 1190
17. Exhibit 1197
18. Exhibit 1204
19. Exhibit 1205
20. Exhibit 1208
21. Exhibit 1210
22. Exhibit 1219
23. Exhibit 1220
24. Exhibit 1221
25. Exhibit 1222

26. Exhibit 1225
27. Exhibit 1226
28. Exhibit 1227
29. Exhibit 1228
30. Exhibit 1229
31. Exhibit 1230
32. Exhibit 1231
33. Exhibit 1232
34. Exhibit 1233
35. Exhibit 1234
36. Exhibit 1236
37. Exhibit 1237
38. Exhibit 1238
39. Exhibit 1240
40. Exhibit 1259
41. Exhibit 1304
42. Exhibit 1305
43. Exhibit 1306
44. Exhibit 1309
45. Exhibit 1310
46. Exhibit 1333
47. Exhibit 1334
48. Exhibit 1391
49. Exhibit 1396
50. Exhibit 1398


**Robert Palmatier**

1. Exhibit 1401
2. Exhibit 1402
3. Exhibit 1403
4. Exhibit 1404
5. Exhibit 1405
6. Exhibit 1406

**John Plumpe**

1. Exhibit 1256
2. Exhibit 1399
3. Exhibit 1400



**Sarah Burns**
**Associate |** Davis Wright Tremaine LLP

**P** 415.276.4892  **E** sarahburns@dwt.com
**A** 50 California Street, 23rd Floor, San Francisco, CA 94111

DWT.COM  in