| | |
|---|---|
| **From:** | Lisa Greenwald-Swire |
| **Sent:** | Wednesday, October 09, 2013 5:12 PM |
| **To:** | Myra Pasek (myra@maraxi.com) |
| **Cc:** | Kathy Tsai; Kimberley Thompson |
| **Subject:** | **Privileged** |
| **Attachments:** | IMPOSSIBLE full search.pdf |

*Privileged & Confidential*

Dear Myra,

I hope this email finds you doing well. **Redacted**

# Redacted



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005101

Redacted

Best regards,
Lisa

**Lisa Greenwald-Swire**
**Principal**
*Fish & Richardson P.C.*
500 Arguello Street, Suite 500
Redwood City, CA  94063
tel (650) 839-5198
fax (650) 839-5071

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005102

# Trademark Research Report

THOMSON COMPUMARK

**Mark Searched:**    IMPOSSIBLE

**Client Name:**    WILMER CUTLER PICKERING HALE & DORR LLP
**Attention:**    **MICHAEL BEVILACQUA**

**Type Of Search:**    U.S. Full Search

**Additional Coverage:**
**Industry Coverage:**    Food

**Your File:**    **2208.320.122**
**Our File:**    238481711
Date Completed:    September 23, 2013
Date Received:    September 19, 2013

## Classes Searched: 01, 05, 29, 30, 31, 32, 33

## Goods/Services:

PROTEIN – RAW, RESIN AND PROTEINS WHICH MIMIC FOOD; NUTRITIONAL SUPPLEMENTS; BABY
FOOD AND FORMULA; PET FOOD; ALL FOOD PRODUCTS WITH A FOCUS ON AGAIN: PROTEINS
WHICH MIMIC FOOD, SUCH AS MEAT, POULTRY, EGGS, MILK AND MILK PRODUCTS, INCLUDING YO-
GURT, YOGURT DRINKS, BUTTER, AND ICE CREAM; EDIBLE OILS AND FATS, FLOUR AND PREPARA-
TIONS, BREAD, PASTRY, CONFECTIONERY, GRAINS, ALL BEVERAGE PRODUCTS WITH A FOCUS
ON: PROTEIN SHAKES/SMOOTHIES, JUICES, COFFEE, TEA, WATER, NON–ALCOHOLIC DRINKS, AL–
COHOLIC DRINKS

This Search or Watch report is valid only for the mark, goods, property and/or title that were the subject of this report. If the subject of the report changes even slightly
a new search should be performed or a new watch ordered. This report in no way constitutes a legal opinion. Thomson CompuMark has taken all reasonable steps
to ensure the completeness, accuracy and timeliness of this report; however, for various reasons, including but not limited to, the subjective nature of intellectual
property research, the possibility of incomplete and inaccurate data provided by other data sources, and (where applicable) the general dynamic and unstructured
nature of the Worldwide Web, Thomson CompuMark cannot warrant that this report is complete or error free. THEREFORE, THOMSON COMPUMARK AND ITS
AFFILIATES, AGENTS, LICENSORS AND THIRD PARTY PROVIDERS HEREBY DISCLAIM ALL REPRESENTATIONS AND WARRANTIES, EXPRESS, IMPLIED
OR STATUTORY, WITH REGARD TO ITS PRODUCTS AND SERVICES, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTY OF MERCHANTABILITY,
FITNESS FOR A PARTICULAR PURPOSE AND NON–INFRINGEMENT. IN NO EVENT WILL THOMSON COMPUMARK OR ITS AFFILIATES, AGENTS,
LICENSORS OR THIRD PARTY PROVIDERS BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES,
EVEN IF ADVISED IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGES. **ANY LIABILITY ARISING OUT OF THE PREPARATION OF THIS REPORT IS
LIMITED TO A REFUND OF THE FEE PAID. ACCEPTANCE OF THIS REPORT CONSTITUTES AN ACCEPTANCE OF THE AFORESAID TERMS, CONDITIONS
AND LIMITATIONS.**

Thomson CompuMark, 500 Victory Road, North Quincy, MA 02171–3145
Telephone (800) 692–8833 • Fax (617) 786–8273 (800) 543–1983

 THOMSON REUTERS

This page was intentionally left blank.

Search: 238481711

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005104

# Table of Contents

**Report Summary**

    Report Graph ........................................................................5

**USPTO Trademark Report**

    USPTO Summary ...................................................................7

    Analyst Review .....................................................................11

    USPTO Citations ...................................................................14

**State Trademark Report**

    State Summary ....................................................................113

    Analyst Review .....................................................................114

    State Citations ......................................................................116

**Web Common Law**

    Analyst Review .....................................................................123

    Web Common Law Summary ...............................................125

    Web Common Law Citations ................................................126

**Common Law Database Report**

    Common Law Database Summary ........................................141

    Analyst Review .....................................................................142

    Common Law Database Citations .........................................143

**Common Law Business Name Report**

    Common Law Business Name Summary ...............................145

    Analyst Review .....................................................................146

    Common Law Business Name Citations ................................148

**Internet Domain Name Report**

    Internet Domain Name Summary .........................................151

    Analyst Review .....................................................................154

    Internet Domain Name Citations .........................................156

**References**

    Common Law References ....................................................231

    Shepard's Citations .............................................................233

**Reported Owner Index**

    Reported Owner Index ........................................................235

Mark Searched: IMPOSSIBLE
Search: 238481711

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005105

This page was intentionally left blank.

Search: 238481711

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005106

# Report Graph & Table



| | USPTO | State | Common Law Database | Business Name | Domain Name |
|---|---|---|---|---|---|
| Group 1 | 0 | 0 | 0 | 1 | 39 |
| Group 2 | 0 | 0 | 0 | 0 | 0 |
| Group 3 | 2 | 1 | 0 | 0 | 0 |
| Group 4 | 56 | 6 | 0 | 5 | 1 |
| Group 5 | 6 | 0 | 0 | 0 | 0 |
| Totals | 64 | 7 | 0 | 6 | 40 |

\* Common Law Database citations that make up the report table and graph do not include Pharmaceutical Common Law citations.

Mark Searched: IMPOSSIBLE
Analyst: SUZY TORRES

Report Graph Page: 5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005107

This page was intentionally left blank.

Search: 238481711                    Analyst: SUZY TORRES                    Page: 6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005108

IMPOSSIBLE

## USPTO Summary Page

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| **GROUP ONE** | | | | | | |
| No Group One Matches | | | | | | |
| **GROUP TWO** | | | | | | |
| No Group Two Matches | | | | | | |
| **GROUP THREE** | | | | | | |
| 1. IMPASTABLES | | | | | | |
| | Published | 30 | QUEST NUTRITION, LLC | 85–881,864 | 14 | ☐ |
| 2. IMPASTABILITY | | | | | | |
| | Published | 30 | QUEST NUTRITION, LLC | 85–881,870 | 15 | ☐ |
| **GROUP FOUR** | | | | | | |
| 3. FLAT EARTH IMPOSSIBLY GOOD | | | | | | |
| | Registered | 29, 30 | FRITO–LAY NORTH AMERICA, INC. | 78–979,313 | 16 | ☐ |
| 4. FLAT EARTH IMPOSSIBLY GOOD | | | | | | |
| | Registered | 29, 30 | FRITO–LAY NORTH AMERICA, INC. | 78–979,347 | 18 | ☐ |
| 5. POPPABILITIES | | | | | | |
| | Pending | 30 | RICH PRODUCTS CORPORATION | 85–957,968 | 20 | ☐ |
| 6. POSSIBILITY | | | | | | |
| | Published | 33 | ARMSTRONG VINEYARDS, INC. | 85–701,129 | 21 | ☐ |
| 7. UNWRAP THE POSSIBILITIES | | | | | | |
| | TTAB Registered | 30 | H. J. HEINZ COMPANY | 77–127,951 | 22 | ☐ |
| 8. S EXPLORE INFINITE POSSIBILITIES | | | | | | |
| | Published | 33 | SAGATIBA BRASIL S/A | 85–312,867 | 27 | ☐ |
| 9. MAKING MORE POSSIBLE | | | | | | |
| | Pending | 16, 30, 35 | SOCIETE DES PRODUITS NESTLE S.A. | 85–910,772 | 29 | ☐ |
| 10. FLAVOR THE POSSIBILITIES | | | | | | |
| | Registered | 31 | CITROMAX FLAVORS, INC. | 77–982,754 | 31 | ☐ |
| 11. NUTRITION POSSIBLE | | | | | | |
| | Registered | 5, 44 | WYETH HOLDINGS CORPORATION | 85–365,487 | 33 | ☐ |
| 12. NUTRITION POSSIBLE | | | | | | |
| | Registered | 5 | WYETH HOLDINGS CORPORATION | 85–434,095 | 35 | ☐ |
| 13. PERFECTLY POSSIBLE | | | | | | |
| | Published | 32 | TALKING RAIN BEVERAGE COMPANY, INC. | 85–923,313 | 37 | ☐ |

Search: 238481711                  Analyst: SUZY TORRES                  USPTO Summary Page: 7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005109

IMPOSSIBLE

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|---------------|------|--------------------|
| 14. FLAVOR THE POSSIBILITIES | Registered | 32, 33 | CITROMAX FLAVORS, INC. | 77-982,755 | 38 | ☐ |
| 15. IT'S POSSIBLE | Registered | 32 | THE COCA-COLA COMPANY | 77-466,459 | 40 | ☐ |
| 16. MAKE IT POSSIBLE | Published | 32 | THE COCA-COLA COMPANY | 85-256,581 | 41 | ☐ |
| 17. DISCOVER ENDLESS POSSIBILITIES | Published | Multi | SOLAZYME ROQUETTE NUTRITIONALS, LLC | 85-808,247 | 43 | ☐ |
| 18. FLAVOR THE POSSIBILITIES | Registered | 1, 3, 30 | CITROMAX FLAVORS, INC. | 77-982,385 | 45 | ☐ |
| 19. IMAGINE THE POSSIBILITIES | Registered | Multi | QUALITY INGREDIENTS CORPORATION | 77-208,681 | 47 | ☐ |
| 20. IT'S NATURALLY POSSIBLE. | Published | 5 | POSHAGREEN LLC | 85-832,223 | 49 | ☐ |
| 21. THE CLEANEST PROTEIN POSSIBLE | Registered | 5 | BODY PLUS NUTRITIONAL PRODUCTS INC. | 77-443,496 | 50 | ☐ |
| 22. SAVOR THE POSSIBILITIES | Registered | 29, 30 | CULINARY DESTINATIONS LIMITED | 77-197,595 | 52 | ☐ |
| 23. FULL OF POSSIBILITIES | Registered | 30 | BEYOND COFFEE & CAPPUCCINO LLC | 77-365,737 | 54 | ☐ |
| 24. POSSIBILICHEESE | Registered | 29 | LACTALIS RETAIL DAIRY, INC. | 76-690,865 | 55 | ☐ |
| 25. FLAVOR THE POSSIBILITIES | Published | 29 | CITROMAX FLAVORS, INC. | 85-477,467 | 57 | ☐ |
| 26. PASTABILITIES DAILY | Registered | 30 | NOODLE, INC. | 77-982,241 | 58 | ☐ |
| 27. POSSIBLY THE MOST REFRESHING DRINK EVER! | Pending | 32 | ASAT, INC. | 86-027,818 | 59 | ☐ |
| 28. POSSIBLY THE BEST DIP IN THE WORLD | Published | 29 | THE DANNON COMPANY, INC. | 85-887,071 | 60 | ☐ |
| 29. POSSIBLY THE BEST YOGURT IN THE WORLD | Published | 29 | THE DANNON COMPANY, INC. | 85-887,016 | 61 | ☐ |
| 30. POSSIBLY THE BEST HAM YOU'LL EVER TASTE! | Registered | 29 | FRED MEYER STORES, INC | 77-816,800 | 62 | ☐ |
| 31. THE IMPOSSIBLE DREAM | Cancelled | 30 | VELVETTE FOODS, INC. | 73-602,274 | 63 | ☐ |
| 32. EK CHATKA KHANA...IMPOSSIBLE | Abandoned | 30 | DISHAKA GOURMET IMPORTS, L.L.C. | 77-264,103 | 64 | ☐ |

Search: 238481711                    Analyst: SUZY TORRES                    USPTO Summary Page: 8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005110

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 33. BECAUSE DOING THE IMPOSSIBLE IS ON YOUR AGENDA | | | | | | |
| | Abandoned | 5 | TRANSPACIFIC TRADING CO. LIMITED | 75-210,543 | 65 | ☐ |
| 34. NOTHING IS IMPOSSIBLE | | | | | | |
| | Abandoned | 32 | MBUYU, YOHE | 76-680,588 | 66 | ☐ |
| 35. BALZAC THE IMPOSSIBLE | | | | | | |
| | Abandoned | 33 | HOWARD PARK WINES PTY LTD | 77-516,864 | 67 | ☐ |
| 36. TO LIVE MORE IS IMPOSSIBLE | | | | | | |
| | Abandoned | 33 | 1872 TRADEMARKS LLC | 85-101,505 | 69 | ☐ |
| 37. SPECIALIZING IN IMPOSSIBLE RESERVATIONS | | | | | | |
| | Abandoned | 43 | PRIME TIME TABLES, LLC | 78-768,299 | 70 | ☐ |
| 38. VIVIR MAS ES IMPOSIBLE | | | | | | |
| | Abandoned | 33 | 1872 TRADEMARKS LLC | 85-101,518 | 71 | ☐ |
| 39. INCREDIBLE !! IMPOSSIBLE !! | | | | | | |
| | Abandoned | 29 | CAPDEPON, ROGER | 76-195,060 | 72 | ☐ |
| 40. MISSION IMPOSSIBLE | | | | | | |
| | Abandoned | 29, 30 | PARAMOUNT PICTURES CORPORATION | 74-676,264 | 73 | ☐ |
| 41. THE IMPOSSIBLE TO GET FAT | | | | | | |
| | Abandoned | 41, 44 | VITAL PHARMACEUTICALS, INC. | 77-056,231 | 74 | ☐ |
| 42. THE IMPOSSIBLE TO GET FAT DIET! | | | | | | |
| | Abandoned | 44 | VITAL PHARMACEUTICALS, INC. | 77-513,570 | 75 | ☐ |
| 43. ENORMOUSLY POWERFUL. IMPOSSIBLY SMALL | | | | | | |
| | Abandoned | 5 | IOMEDIX DEVELOPMENT INTERNATIONAL SRL | 77-050,905 | 76 | ☐ |
| 44. FLAT EARTH IMPOSSIBLY GOOD | | | | | | |
| | Abandoned | 29, 30 | FRITO-LAY NORTH AMERICA, INC. | 78-927,674 | 77 | ☐ |
| 45. FLAT EARTH IMPOSSIBLY GOOD | | | | | | |
| | Abandoned | 29, 30 | FRITO-LAY NORTH AMERICA, INC. | 78-967,949 | 79 | ☐ |
| 46. UNLIMITED PASTABILITIES | | | | | | |
| | **TTAB** Abandoned | 30 | UNLIMITED PASTABILITIES, INC. | 74-216,610 | 81 | ☐ |
| 47. PASTABILITIES | | | | | | |
| | **TTAB** Abandoned | 42 | PASTABILITIES FOOD SERVICE CORPORATION | 73-440,854 | 84 | ☐ |
| 48. PASTABILITIES | | | | | | |
| | **TTAB** Cancelled | 30 | PASTABILITIES FOOD SERVICE CORPOATION | 73-345,642 | 86 | ☐ |
| 49. PASTABILITIES | | | | | | |
| | Abandoned | 30 | MATTHEW T WOLF | 77-508,951 | 89 | ☐ |
| 50. PASTA BILITIES | | | | | | |
| | Abandoned | 30 | SPAGHETTI FACTORY, INC., THE | 74-538,435 | 90 | ☐ |
| 51. PASTABILITIES | | | | | | |
| | Abandoned | 30 | WILLIAM J. OLIVER AND MARGUERITE OLIVER | 74-083,889 | 91 | ☐ |

Search: 238481711                    Analyst: SUZY TORRES                    USPTO Summary Page: 9

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005111

IMPOSSIBLE

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 52. PASTABILITIES | | | | | | |
| | Cancelled | 30 | PASTABILITIES ACQUISTION COMPANY | 74-269,501 | 92 | ☐ |
| 53. POSSIBILITY WATER | | | | | | |
| | Abandoned | 32 | HILL, JENNIFER | 78-937,393 | 94 | ☐ |
| 54. PASTABILITIES | | | | | | |
| | Abandoned | 30 | JOSEPH DEFRANCO AND RICHARD KATZ | 73-819,914 | 95 | ☐ |
| 55. NUTRITION POSSIBLE | | | | | | |
| | Abandoned | 5, 44 | WALDEN-HAYS, INC. | 85-342,367 | 96 | ☐ |
| 56. PROTEIN POSSIBILITIES | | | | | | |
| | Abandoned | 29 | PROTEIN POSSIBILITIES | 77-678,574 | 97 | ☐ |
| 57. POSSIBILITY LIVING VIBRANT LIFE NUTRIENTS | | | | | | |
| | Abandoned | 5 | POSSIBILITY LIVING, LLC | 76-607,103 | 98 | ☐ |
| 58. POSSIBLY THE MIRACLE FOOD OF THE CENTURY | | | | | | |
| | Abandoned | 29 | IDEAL SNACKS, INC. | 73-456,956 | 99 | ☐ |

## GROUP FIVE

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 59. IMPOSSIBLE | | | | | | |
| | Registered | Multi | IMPOSSIBLE B.V. | 79-084,821 | 100 | ☐ |
| 60. IMPOSSIBLE | | | | | | |
| | Registered | 37, 40, 42 | JAY CASHMAN, INC. | 85-748,909 | 102 | ☐ |
| 61. IMPOSSIBLE | | | | | | |
| | Registered | 25, 41 | RUNYON, JOEL | 85-578,345 | 104 | ☐ |
| 62. IMPOSSIBALL | | | | | | |
| | Registered | 28 | PLAY VISIONS, INC. | 75-806,175 | 106 | ☐ |
| 63. IMPOSSIBLES | | | | | | |
| | Registered | 28 | UNIVERSITY GAMES CORPORATION | 78-598,464 | 107 | ☐ |
| 64. IMPOSSIBLE | | | | | | |
| | Pending | 35, 45 | I AM POSSIBLE LIMITED | 85-581,471 | 110 | ☐ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005112

IMPOSSIBLE

## ANALYST REVIEW – USPTO REPORT

---

**Search Information**

Type of Search:     **U.S. Full Search**
Mark:               **IMPOSSIBLE**
Goods/Services:     PROTEIN ? RAW, RESIN AND PROTEINS WHICH MIMIC FOOD; NUTRITIONAL SUPPLEMENTS; BABY FOOD AND FORMULA; PET FOOD; ALL FOOD PRODUCTS WITH A FOCUS ON AGAIN: PROTEINS WHICH MIMIC FOOD, SUCH AS MEAT, POULTRY, EGGS, MILK AND MILK PRODUCTS, INCLUDING YOGURT, YOGURT DRINKS, BUTTER, AND ICE CREAM; EDIBLE OILS AND FATS, FLOUR AND PREPARATIONS, BREAD, PASTRY, CONFECTIONERY, GRAINS, ALL BEVERAGE PRODUCTS WITH A FOCUS ON: PROTEIN SHAKES/SMOOTHIES, JUICES, COFFEE, TEA, WATER, NON-ALCOHOLIC DRINKS, ALCOHOLIC DRINKS

---

**Data Information**

This search report includes information from the USPTO Official Gazette published on **09/17/2013** and pending applications filed through **09/16/2013**. The pending applications are received from the U.S. Patent and Trademark Office and are updated to our database as they are made available.

Our database includes active USPTO text records dating from **1884** to present.

All queries in the Search Strategy below have been applied to all active applications and registrations in our database, as well as inactive USPTO applications and registrations from 01/01/2008 to the present. Inactive USPTO applications and registrations from 01/01/1984 – 01/01/2008 were searched for identical trademarks.

**Last Reported Owner**

"Last Reported Owner" is our best determination of the owner of a trademark, based on a programmatic analysis of USPTO trademark records and any assignment transactions associated with the trademark. In determining "Last Reported Owner", we exclude recorded documents representing security interests, liens and other transactions which ordinarily do not result in a change of ownership.

**Owner Matching**

The Owner Matching feature is an index within the trademark record showing citations within the report with the same owner. Owner Matching is an alphabetical, word for word match. Inconsistencies in the data coming from providers (i.e., USPTO, State, etc.) may impact results.

**Global Filings**

A Global Filings flag indicates how often owners of cited USPTO trademarks have filed for protection of the cited marks outside the United States. We compare the owner and trademark, as listed in our proprietary USPTO database, to our worldwide trademark databases. The worldwide trademark databases include first publications since January 1, 1976. (For China, only trademarks published since January 1, 1986 are included). In most of the over 200 countries, first publications are new applications published in the Official Gazettes for opposition purposes.

Please Note: Global Filings provides an indication of international trademark filings, but should be considered advisory information only, due to possible inconsistencies in the data and the update frequency of trademark records provided by international trademark offices. Furthermore, the documentation does not include renewals or indications about the subsequent fate of the applications retrieved, such as registrations, rejections, withdrawals, amendments and partial cancellations. For additional information, please refer to the electronic version of this search report, accessible through your SAEGIS™ Inbox.

**Earliest Date in Record**

The Earliest Date in Record is an added field derived from a programmatic review of all available fields within a given record to estimate the earliest date by which the trademark can claim protection. Fields reviewed can include the Date Filed and First Use Dates for both U.S. and international protection. Please note that not all records with a status of MISASSIGNED will be included, as many of these records do not contain dates. This field is designed to be a helpful reference tool only; further research may be required to determine the mark's priority rights.

---

Search: 238481711                    **Analyst: SUZY TORRES**                    **USPTO Review Page: 11**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005113

<u>Analyst Information</u>

Name:        **SUZY TORRES**
Comments:    These queries, listed below, retrieved <u>869</u> potential references from the database.
             After careful review and analysis, I have selected <u>64</u> records for your review.

             **THERE ARE ADDIITONAL INACTIVE "IMPOSSIBLE" IDENTICALS FOR UNRELATED GOODS
             AND SERVICES. THERE ARE ADDIITONAL "IMPOSSIBLE" FORMATIVES FOR UNRELATED
             GOODS AND SERVICES. THERE ARE ADDIITONAL "POSSIB~" FORMATIVES FOR RELATED
             GOODS AND SERVICES.**

<u>Search Strategy</u>

|  | Type | Query | Classes | #References |
|---|---|---|---|---|
| 1. | EXACT MARK<br>GOODS PREFIX | IMPOSSIBL(E,ES) <and><br>(PROTEIN,RESIN,MIMIC,<br>NUTR,SUPPLEM,FORMUL,<br>PET,MEAT,POULT,EGG,<br>MILK,YOGUR) | ALL CLASSES | 0 |
| 2. | EXACT MARK<br>GOODS PREFIX | THEIMPOSSIBL(E,ES) <and><br>(PROTEIN,RESIN,MIMIC,<br>NUTR,SUPPLEM,FORMUL,<br>PET,MEAT,POULT,EGG,<br>MILK,YOGUR) | ALL CLASSES | 0 |
| 3. | EXACT MARK | IMPOSSIBL(E,ES) | 1,5,29,30,31,32,33,42,43 | 7 |
| 4. | EXACT MARK | THEIMPOSSIBL(E,ES) | 1,5,29,30,31,32,33,42,43 | 0 |
| 5. | EXACT MARK | IMPOSSIBL(E,ES) | ALL CLASSES | 31 |
| 6. | EXACT MARK | THEIMPOSSIBL(E,ES) | ALL CLASSES | 1 |
| 7. | PREFIX<br>GOODS PREFIX | IMPOSSIBLE <and><br>(PROTEIN,RESIN,MIMIC,<br>NUTR,SUPPLEM,FORMUL,<br>PET,MEAT,POULT,EGG,<br>MILK,YOGUR) | ALL CLASSES | 4 |
| 8. | LETTERSTRING<br>GOODS PREFIX | IMPOSSIBLE <and><br>(PROTEIN,RESIN,MIMIC,<br>NUTR,SUPPLEM,FORMUL,<br>PET,MEAT,POULT,EGG,<br>MILK,YOGUR) | ALL CLASSES | 0 |
| 9. | PREFIX | IMPOSSIBLE | 1,5,29,30,31,32,33,42,43 | 22 |
| 10. | LETTERSTRING | IMPOSSIBLE | 1,5,29,30,31,32,33,42,43 | 0 |
| 11. | PREFIX | IMPOSSIBLE | ALL CLASSES | 125 |
| 12. | LETTERSTRING | MPOSSIBLE | ALL CLASSES | 0 |
| 13. | LETTERSTRING | MPOSSIB | ALL CLASSES | 11 |
| 14. | PREFIX<br>LETTERSTRING | IMP <and><br>OSSI | ALL CLASSES | 0 |
| 15. | PREFIX<br>LETTERSTRING | IMP <and><br>SSIB | 1,5,29,30,31,32,33 | 0 |
| 16. | PREFIX<br>LETTERSTRING | IMP <and><br>SIBL | 1,5,29,30,31,32,33 | 0 |
| 17. | PREFIX | IMP <and> | 1,5,29,30,31,32,33 | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005114

### Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| | LETTERSTRING | IBLE | | |
| 18. | LETTERSTRING | OSSIBLE | 1,5,29,30,31,32,33 | 38 |
| 19. | WORD | IMPOSS(0-5 characters) | 1,5,29,30,31,32,33 | 0 |
| 20. | PREFIX | IMPOSS | 1,5,29,30,31,32,33 | 0 |
| 21. | WORD | IMPOS(0-6 characters)(E,ES) | 1,5,29,30,31,32,33 | 2 |
| 22. | PREFIX | IMPOS | 1,5,29,30,31,32,33 | 5 |
| 23. | LETTERSTRING | MPOS | 1,5,29,30,31,32,33 | 198 |
| 24. | PREFIX<br>SUFFIX | I <and><br>SSIBL(E,ES) | 1,5,29,30,31,32,33 | 0 |
| 25. | SUFFIX | SSIBL(E,ES) | 1,5,29,30,31,32,33 | 7 |
| 26. | PREFIX<br>LETTERSTRING | I <and><br>SIBL | 1,5,29,30,31,32,33 | 53 |
| 27. | EXACT MARK | (0-5 characters)SIBL(E,ES) | 1,5,29,30,31,32,33 | 12 |
| 28. | SUFFIX | SIBL(E,ES) | 1,5,29,30,31,32,33 | 118 |
| 29. | LETTERSTRING | MPOSSIB | ALL CLASSES | 94 |
| 30. | PHONETIC PREFIX | IMPPOSSIBL | ALL CLASSES | 3 |
| 31. | PHONETIC SUFFIX | IMPPOSSIBLE | ALL CLASSES | 1 |
| 32. | PHONETIC SUFFIX | MPPOSSIBLE | ALL CLASSES | 0 |
| 33. | PHONETIC SUFFIX | POSSIBLE | 1,5,29,30,31,32,33 | 37 |
| 34. | LETTERSTRING<br>GOODS PREFIX | POSSIBL <and><br>(PROTEIN,RESIN,MIMIC,<br>NUTR,SUPPLEM,FORMUL,<br>PET,MEAT,POULT,EGG,<br>MILK,YOGUR) | ALL CLASSES | 16 |
| 35. | LETTERSTRING | POSSIBL | 1,5,29,30,31,32,33 | 1 |
| 36. | LETTERSTRING | POSSIB | 1,5,29,30,31,32,33 | 83 |

### Class Identification

| | |
|---|---|
| 01 | CHEMICALS |
| 05 | PHARMACEUTICALS |
| 29 | MEATS AND PROCESSED FOODS |
| 30 | STAPLE FOODS |
| 31 | NATURAL AGRICULTURAL PRODUCTS |
| 32 | LIGHT BEVERAGES |
| 33 | WINES AND SPIRITS |
| 42 | SCIENTIFIC, TECHNOLOGICAL AND LEGAL SERVICES |
| 43 | SERVICES FOR PROVIDING FOOD AND DRINK; TEMPORARY ACCOMMODATION |

**Search: 238481711**          **Analyst: SUZY TORRES**          **USPTO Review Page: 13**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005115

# Impastables

**IMPASTABLES**

| | |
|---|---|
| **Status:** | PUBLISHED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** PUBLISHED FOR OPPOSITION |
| | **USPTO Status Date:** SEP 17, 2013 |
| | |
| **Goods/Services:** | **International Class 30:** PASTA AND NOODLES |
| | |
| **Last Reported Owner:** | QUEST NUTRITION, LLC |
| | CALIFORNIA LIMITED LIABILITY CO. |
| | 4712 ADMIRALTY WAY, #670 |
| | MARINA DEL REY, CALIFORNIA 90292 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| IMPASTABILITY | USPTO | Page 15 |

**Chronology:**

**Filed:** MAR 20, 2013          **Serial Number:** 85-881,864
**Published For Opposition:** SEP 17, 2013
**Earliest Date in Record:** MAR 20, 2013  (Filed)

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | QUEST NUTRITION, LLC |
| | CALIFORNIA LIMITED LIABILITY CO. |
| | 4712 ADMIRALTY WAY, #670 |
| | MARINA DEL REY, CALIFORNIA 90292 |
| | |
| **Filing Correspondent:** | MAX J SPRECHER |
| | LAW OFFICES OF MAX J SPRECHER |
| | 5850 CANOGA AVE FL 4 |
| | WOODLAND HILLS, CA 91367-6554 |

Search: 238481711          **Analyst: SUZY TORRES**          USPTO Page: 14

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005116

# Impastability

**IMPASTABILITY**

**Status:**
PUBLISHED
INTENT TO USE

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** SEP 17, 2013

**Goods/Services:**
International Class 30:  PASTA AND NOODLES

**Last Reported Owner:**
QUEST NUTRITION, LLC
CALIFORNIA  LIMITED LIABILITY CO.
4712 ADMIRALTY WAY, #670
MARINA DEL REY, CALIFORNIA  90292

**We Have Located Other Marks With This Owner**

IMPASTABLES                                                                    USPTO           Page 14

**Chronology:**
**Filed:** MAR 20, 2013          **Serial Number:** 85-881,870
**Published For Opposition:** SEP 17, 2013
**Earliest Date in Record:** MAR 20, 2013  (Filed)

**Ownership Details:**

**Applicant:**
QUEST NUTRITION, LLC
CALIFORNIA  LIMITED LIABILITY CO.
4712 ADMIRALTY WAY, #670
MARINA DEL REY, CALIFORNIA  90292

**Filing Correspondent:**
MAX J SPRECHER
LAW OFFICES OF MAX J SPRECHER
5850 CANOGA AVE FL 4
WOODLAND HILLS, CA 91367-6554

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005117



## FLAT EARTH IMPOSSIBLY GOOD

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 06, 2009

**Goods/Services:**    **International Class 29:** FRUIT CHIPS; FRUIT–BASED SNACK FOOD; POTATO–BASED SNACK
FOODS; VEGETABLE CHIPS; VEGETABLE–BASED SNACK FOODS
**International Class 30:** FLOUR–BASED CHIPS; GRAIN–BASED CHIPS
**First Used:** FEB 05, 2007  (INTL. CL. 29)
**In Commerce:** FEB 05, 2007
**First Used:** FEB 05, 2007  (INTL. CL. 30)
**In Commerce:** FEB 05, 2007

**Last Reported Owner:**    FRITO–LAY NORTH AMERICA, INC.
DELAWARE  CORPORATION
7701 LEGACY DRIVE
PLANO, TEXAS  75024

### We Have Located Other Marks With This Owner

| | | |
|---|---|---|
| FLAT EARTH IMPOSSIBLY GOOD | USPTO | Page 18 |
| FLAT EARTH IMPOSSIBLY GOOD | USPTO | Page 77 |
| FLAT EARTH IMPOSSIBLY GOOD | USPTO | Page 79 |

**Chronology:**    **Filed:** JUL 12, 2006       **Serial Number:** 78–979,313
**Parent Serial Number:** 78–927,674
**Published For Opposition:** DEC 19, 2006
**Registered:** JAN 06, 2009       **Registration Number:** 3,559,193
**Earliest Date in Record:** JUL 12, 2006  (Filed)

## Ownership Details:

**Registrant:**    FRITO–LAY NORTH AMERICA, INC.
DELAWARE  CORPORATION
7701 LEGACY DRIVE

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005118

IMPOSSIBLE

**Design Phrase:**
PLANO, TEXAS  75024
THE MARK CONSISTS OF A FLYING PIG FIGURE APPEARING ABOVE THE TEXT "FLAT EARTH IMPOSSIBLY GOOD", ALL ENCLOSED IN A CLOUD-SHAPED DESIGN.

**Filing Correspondent:**
JOSEPH J. FERRETTI
FRITO-LAY NORTH AMERICA, INC.
MAIL STOP 3A-421
7701 LEGACY DRIVE
PLANO, TX 75024

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005119

IMPOSSIBLE

US-4
Group: Four



## FLAT EARTH IMPOSSIBLY GOOD

**Status:**       REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 25, 2007

**Goods/Services:**    **International Class 29:** FRUIT CHIPS; FRUIT-BASED SNACK FOOD; POTATO-BASED SNACK FOODS; VEGETABLE CHIPS; VEGETABLE-BASED SNACK FOODS
**International Class 30:** FLOUR-BASED CHIPS; GRAIN-BASED CHIPS
**First Used:** FEB 05, 2007  (INTL. CL. 29)
**In Commerce:** FEB 05, 2007
**First Used:** FEB 05, 2007  (INTL. CL. 30)
**In Commerce:** FEB 05, 2007

**Last Reported Owner:**    FRITO-LAY NORTH AMERICA, INC.
DELAWARE  CORPORATION
7701 LEGACY DRIVE
PLANO, TEXAS  75024

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| FLAT EARTH IMPOSSIBLY GOOD | USPTO | Page 16 |
| FLAT EARTH IMPOSSIBLY GOOD | USPTO | Page 77 |
| FLAT EARTH IMPOSSIBLY GOOD | USPTO | Page 79 |

**Chronology:**    **Filed:** SEP 06, 2006        **Serial Number:** 78-979,347
**Parent Serial Number:** 78-967,949
**Published For Opposition:** DEC 19, 2006
**Registered:** DEC 25, 2007        **Registration Number:** 3,361,034
**Earliest Date in Record:** SEP 06, 2006  (Filed)

**Ownership Details:**

**Registrant:**    FRITO-LAY NORTH AMERICA, INC.
DELAWARE  CORPORATION

---

Search: 238481711                     **Analyst:** SUZY TORRES                     **USPTO Page:** 18

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005120

IMPOSSIBLE

|  | 7701 LEGACY DRIVE |
| --- | --- |
|  | PLANO, TEXAS  75024 |
| **Claims:** | THE COLOR(S) RED AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK. |
| **Design Phrase:** | THE MARK CONSISTS OF A WHITE FLYING PIG APPEARING ABOVE WHITE TEXT READING "FLAT EARTH", UNDERNEATH WHICH ARE TWO WHITE STARS ON EITHER SIDE OF WHITE TEXT READING "IMPOSSIBLY GOOD", ALL APPEARING ON A RED CLOUD-SHAPED BACKGROUND. |
| **Filing Correspondent:** | JOSEPH J. FERRETTI |
|  | JEANETTE S. ZIMMER |
|  | FRITO LAY NORTH AMERICA, INC. |
|  | 3A-421 |
|  | 7701 LEGACY DR |
|  | PLANO TX 75024 |

---

Search: 238481711                          **Analyst: SUZY TORRES**                          **USPTO Page: 19**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                    IF00005121

# POPPABILITIES

## POPPABILITIES

| | |
|---|---|
| **Status:** | PENDING<br>INTENT TO USE<br><br>**USPTO Status:** NEW APPLICATION – RECORD INITIALIZED NOT ASSIGNED TO EXAMINER<br>**USPTO Status Date:** JUN 20, 2013 |
| **Goods/Services:** | **International Class 30:** DAIRY-BASED AND NON-DAIRY-BASED CAKES; DAIRY-BASED AND NON-DAIRY-BASED PIES; BAKERY PRODUCTS; BAKERY DESSERTS; FROZEN, FRESH OR PACKED BAKERY PRODUCTS, NAMELY, CREAM PUFFS, CHOCOLATE PUFFS, PIES, PETITS FOURS, CAKES, CHEESECAKES, MOUSSE CAKE, COOKIES, BROWNIES, PASTRIES, CINNAMON ROLLS, DONUTS, BUNS, CUPCAKES, SCONES, ECLAIRS, PASTRIES, PUFF PASTRIES, BAKLAVA, BISCOTTI, BREAD PUDDING, DANISH, FUDGE, STICKY BUNS, STRUDEL, TARTS, TORTS, BEAR CLAWS, CAKE POPS, ICE-CREAM CAKES, WAFERS, STRUDEL, CRACKERS, COBBLERS, TURNOVERS; ICE CREAM CAKE; ICE CREAM CUPCAKES; FROZEN YOGURT CAKES |
| **Last Reported Owner:** | RICH PRODUCTS CORPORATION<br>DELAWARE  CORPORATION<br>ONE ROBERT RICH WAY<br>BUFFALO, NEW YORK  14213 |
| **Chronology:** | **Filed:** JUN 12, 2013          **Serial Number:** 85-957,968<br>**Earliest Date in Record:** JUN 12, 2013  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | RICH PRODUCTS CORPORATION<br>DELAWARE  CORPORATION<br>ONE ROBERT RICH WAY<br>BUFFALO, NEW YORK  14213 |
| **Filing Correspondent:** | BRIAN E. TURUNG<br>FAY SHARPE LLP<br>1228 EUCLID AVE<br>CLEVELAND, OH 44115-1834 |

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 20

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IMPOSSIBLE

US-6
Group: Four

# POSSIBILITY

**POSSIBILITY**

| | |
|---|---|
| **Status:** | PUBLISHED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** FIRST EXTENSION – GRANTED |
| | **USPTO Status Date:** AUG 09, 2013 |
| **Goods/Services:** | **International Class 33:** ALCOHOLIC BEVERAGES EXCEPT BEERS |
| **Last Reported Owner:** | ARMSTRONG VINEYARDS, INC. |
| | COLORADO  CORPORATION |
| | 1421 BLAKE STREET |
| | DENVER, COLORADO  80202 |

**Chronology:**     **Filed:** AUG 10, 2012          **Serial Number:** 85-701,129
**Published For Opposition:** JAN 15, 2013
**Allowance Filed:** MAR 12, 2013
**Earliest Date in Record:** AUG 10, 2012  (Filed)

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | ARMSTRONG VINEYARDS, INC. |
| | COLORADO  CORPORATION |
| | 1421 BLAKE STREET |
| | DENVER, COLORADO  80202 |
| **Filing Correspondent:** | MELVILLE OWEN |
| | OWEN, WICKERSHAM & ERICKSON, P.C. |
| | 455 MARKET ST STE 1910 |
| | SAN FRANCISCO, CA 94105-5408 |

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 21

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005123

IMPOSSIBLE

US-7
Group: Four

UNWRAP THE POSSIBILITIES

## UNWRAP THE POSSIBILITIES

**TTAB**

| | |
|---|---|
| **Status:** | REGISTERED |
| | **USPTO Status:** SECTION 8 & 15 – ACCEPTED AND ACKNOWLEDGED |
| | **USPTO Status Date:** MAY 30, 2013 |
| **Goods/Services:** | **International Class 30:** SAUCES |
| | **First Used:** DEC 30, 2006  (INTL. CL. 30) |
| | **In Commerce:** DEC 30, 2006 |
| **Last Reported Owner:** | H. J. HEINZ COMPANY |
| | PENNSYLVANIA  CORPORATION |
| | ONE PPG PLACE, SUITE 3100 |
| | PITTSBURGH, PENNSYLVANIA  15222 |
| **Chronology:** | **Filed:** MAR 12, 2007    **Serial Number:** 77–127,951 |
| | **Published For Opposition:** AUG 21, 2007 |
| | **Opposition/Cancellation Filed:** NOV 14, 2008 |
| | **Registered:** NOV 06, 2007    **Registration Number:** 3,328,906 |
| | **Affidavit Section:** REGISTERED – SEC. 8 (6–YR) ACCEPTED & SEC. 15 ACK.  MAY 30, 2013 |
| | **Earliest Date in Record:** DEC 30, 2006  (First Used) |

## Trademark Trials and Appeal Board (TTAB) Information:

**TTAB**

**Opposition Number:** 91187520
**Outcome:** TERMINATED, MAR 17, 2009

| **Plaintiff:** | **Defendant:** |
|---|---|
| PROMARK BRANDS INC. | INNOVATIVE DELIGHTS LLC |
| **Mark:** UNWRAP THE POSSIBILITIES | **Mark:** POUR ON THE POSSIBILITIES |
| **Registration Number:** 3,328,906 | **Registration Number:** |
| **Serial Number:** 77–127,951 | **Serial Number:** 77–452,234 |

Search: 238481711          Analyst: SUZY TORRES          USPTO Page: 22

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          IF00005124

IMPOSSIBLE

**Correspondent:**
TIMOTHY P. FRAELICH
JONES DAY
901 LAKESIDE AVE.
CLEVELAND, OH 44114 US

**Trademark Defendant Correspondent:**
AIMEE L. KAPLAN
COLLARD & ROE, P.C.
1077 NORTHERN BLVD.
ROSLYN, NY 11576-1614 US

**TTAB Entry:** #5 BOARD'S DECISION: SUSTAINED, MAR 17, 2009
**TTAB Entry:** #4 NOTICE OF DEFAULT, JAN 14, 2009

## Ownership Details:

**Registrant:**      PROMARK BRANDS INC.
                     IDAHO  CORPORATION
                     2541 NORTH STOKESBERRY PLACE, SUITE 100
                     MERIDIAN, IDAHO  83646

**Assignee**
WELLS FARGO BANK, NATIONAL ASSOCIATION
UNITED STATES NATIONAL BANKING ASSOCIATION
420 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA, 94104

**Assignor**
H.J. HEINZ COMPANY
DELAWARE CORPORATION
**Signed:** JUN 07, 2013

**Assignor**
HAWK ACQUISITION SUB, INC.
DELAWARE CORPORATION
**Signed:** JUN 07, 2013

**Assignor**
HAWK ACQUISITION INTERMEDIATE CORPORATION II
DELAWARE CORPORATION
**Signed:** JUN 07, 2013

**Assignor**
H.J. HEINZ COMPANY, L.P.
DELAWARE LIMITED PARTNERSHIP
**Signed:** JUN 07, 2013

**Assignor**
H.J. HEINZ FINANCE COMPANY
DELAWARE COMPANY
**Signed:** JUN 07, 2013

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005125

IMPOSSIBLE

**Assignor**

HEINZ CREDIT LLC

DELAWARE LIMITED LIABILITY COMPANY

**Signed:** JUN 07, 2013

**Assignor**

HEINZ INVESTMENT COMPANY

DELAWARE COMPANY

**Signed:** JUN 07, 2013

**Assignor**

HEINZ GP LLC

DELAWARE LIMITED LIABILITY COMPANY

**Signed:** JUN 07, 2013

**Assignor**

HEINZ MANAGEMENT, L.L.C.

DELAWARE LIMITED LIABILITY COMPANY

**Signed:** JUN 07, 2013

**Assignor**

HEINZ PURCHASING COMPANY

DELAWARE COMPANY

**Signed:** JUN 07, 2013

**Assignor**

HEINZ THAILAND LIMITED

DELAWARE CORPORATION

**Signed:** JUN 07, 2013

**Assignor**

HEINZ TRANSATLANTIC HOLDING LLC

DELAWARE LIMITED LIABILITY COMPANY

**Signed:** JUN 07, 2013

**Assignor**

HEINZ FOREIGN INVESTMENT COMPANY

IDAHO CORPORATION

**Signed:** JUN 07, 2013

**Assignor**

HJH ONE, L.L.C.

DELAWARE LIMITED LIABILITY COMPANY

**Signed:** JUN 07, 2013

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005126

IMPOSSIBLE

**Assignor**

HJH OVERSEAS, L.L.C.

DELAWARE LIMITED LIABILITY COMPANY

**Signed:** JUN 07, 2013

**Assignor**

LEA AND PERRINS, INC.

DELAWARE CORPORATION

**Signed:** JUN 07, 2013

**Assignor**

NANCY'S SPECIALTY FOODS

DELAWARE CORPORATION

**Signed:** JUN 07, 2013

**Brief:** SECOND LIEN INTELLECTUAL PROPERTY

SECURITY AGREEMENT

**Recorded:** JUN 20, 2013

**Reel/Frame:** 5054/0248

**Correspondent:**

HAYLEY SMITH

KIRKLAND & ELLIS LLP

601 LEXINGTON AVENUE

NEW YORK, NY 10022

**Assignee**

JPMORGAN CHASE BANK, N.A.

UNITED STATES NATIONAL ASSOCIATION

270 PARK AVENUE

NEW YORK, NEW YORK, 10017

**Assignor**

H. J. HEINZ COMPANY

PENNSYLVANIA CORPORATION

**Signed:** JUN 07, 2013

**Assignor**

H. J. HEINZ COMPANY, L.P.

DELAWARE LIMITED PARTNERSHIP

**Signed:** JUN 07, 2013

**Brief:** INTELLECTUAL PROPERTY SECURITY

AGREEMENT (TRADEMARKS)

**Recorded:** JUN 18, 2013

**Reel/Frame:** 5050/0943

---

**Search:** 238481711 | **Analyst:** SUZY TORRES | **USPTO Page:** 25

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005127

IMPOSSIBLE

**Correspondent:**
HAYLEY SMITH
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022

**Assignee**
H. J. HEINZ COMPANY
PENNSYLVANIA CORPORATION
ONE PPG PLACE, SUITE 3100
PITTSBURGH, PENNSYLVANIA, 15222

**Assignor**
PROMARK BRANDS INC.
IDAHO CORPORATION
**Signed:** APR 27, 2011

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** MAY 05, 2011
**Reel/Frame:** 4534/0456
**Correspondent:**
SABRINA J. HUDSON
ONE PPG PLACE, SUITE 3100
PITTSBURGH, PA 15222

**Filing Correspondent:**    SABRINA J. HUDSON
H. J. HEINZ COMPANY
P.O. BOX 57
PITTSBURGH PA 15230

Search: 238481711                    **Analyst: SUZY TORRES**                    **USPTO Page: 26**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005128

IMPOSSIBLE

US-8
Group: Four



**S EXPLORE INFINITE POSSIBILITIES**

| | |
|---|---|
| **Status:** | PUBLISHED<br>INTENT TO USE<br>AMENDED TO USE APPLICATION<br>USE APPLICATION - CURRENT<br><br>**USPTO Status:** SU - FINAL REFUSAL - MAILED<br>**USPTO Status Date:** FEB 19, 2013 |
| **Goods/Services:** | **International Class 33:** ALCOHOLIC BEVERAGES, INCLUDING SPIRIT MADE OF SUGAR CANE, EXCEPT BEERS<br>**First Used:** MAY 2011 (INTL. CL. 33)<br>**In Commerce:** MAY 2011 |
| **Last Reported Owner:** | SAGATIBA BRASIL S/A<br>BRAZIL CORPORATION<br>TORRE NORTE - 10 ANDAR - SALA 11<br>AV. BRIGADEIRO FARIA LIMA, 1485<br>SAO PAULO, BRAZIL 01452-002 |
| **Chronology:** | **Filed:** MAY 05, 2011          **Serial Number:** 85-312,867<br>**Published For Opposition:** SEP 27, 2011<br>**Allowance Filed:** NOV 22, 2011<br>**Date Revived/Reinstated:** JAN 10, 2013<br>**Earliest Date in Record:** MAY 2011 (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | SAGATIBA BRASIL S/A<br>BRAZIL CORPORATION<br>TORRE NORTE - 10 ANDAR - SALA 11<br>AV. BRIGADEIRO FARIA LIMA, 1485<br>SAO PAULO, BRAZIL 01452-002 |
| **Claims:** | COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK. |
| **Design Phrase:** | THE MARK CONSISTS OF A HORIZONTAL RECTANGLE CONTAINING A STYLIZED LETTER "S" PLACED HORIZONTALLY WITHIN A CIRCLE ABOVE THE WORDS "EXPLORE INFINITE |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          IF00005129

**IMPOSSIBLE**

POSSIBILITIES" ABOVE A SOLID LINE.

**Other U.S. Registrations:** 3,410,369

**Filing Correspondent:**     MATTHEW R. MOWERS
BROOKS KUSHMAN P.C.
1000 TOWN CTR FL 22
SOUTHFIELD, MI 48075-1183

Search: 238481711                    **Analyst: SUZY TORRES**                    **USPTO Page: 28**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                      IF00005130

**IMPOSSIBLE**

**US-9**
**Group:** Four



## MAKING MORE POSSIBLE

**Status:**

PENDING
INTENT TO USE
COLOR DRAWING - CURRENT

**USPTO Status:** NON-FINAL ACTION - MAILED
**USPTO Status Date:** AUG 14, 2013

**Goods/Services:**

**International Class 16:** PAMPHLETS, CATALOGUES, INDEX CARDS, NEWSPAPERS, BOOKS, MAGAZINES, MANUALS, PERIODICALS, PRINTED PUBLICATIONS; INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELD OF FOOD AND BEVERAGES

**International Class 30:** COFFEE, COFFEE EXTRACTS, COFFEE-BASED BEVERAGES, COFFEE-BASED BEVERAGE MIXES IN POWDER OR LIQUID CONCENTRATE FORM; ICED COFFEE; COFFEE SUBSTITUTES, EXTRACTS OF COFFEE SUBSTITUTES, PREPARED COFFEE SUBSTITUTE BASED BEVERAGES; CHICORY; TEA, TEA EXTRACTS, TEA-BASED BEVERAGES; ICED TEA; MALT EXTRACTS FOR FOOD; MALT FOR FOOD PURPOSES; COCOA, COCOA-BASED BEVERAGES; CHOCOLATE, CHOCOLATE-BASED BEVERAGES; CHOCOLATE-BASED PREPARATIONS, NAMELY CHOCOLATE-BASED BEVERAGE MIXES IN POWDER OR LIQUID CONCENTRATE FORM, SUGAR

**International Class 35:** RETAIL SALE AND ON-LINE RETAIL STORE SERVICES FEATURING FOOD AND BEVERAGES. BUSINESS MANAGEMENT; ADVERTISING BY SPONSORING ENTERTAINMENT ACTIVITIES, SPORTING AND CULTURAL ACTIVITIES; COMMERCIAL SPONSORING (ADVERTISING) RECREATIONAL, SPORTING AND CULTURAL ACTIVITIES. PROVIDING ONLINE CUSTOMER INFORMATION AND ADVICE INCLUDING COMMERCIAL OR ADVERTISING INFORMATION ON GOODS AND SERVICES AND OFFERING COMMERCIAL OR ADVERTISING INFORMATION ON GOODS AND SERVICES VIA WEBSITES, ONLINE PLATFORMS, SMARTPHONES, MOBILE PHONES AND OTHER MOBILE DEVICES ON WHICH USERS CAN PUT QUESTIONS, COMMENTS AND RECOMMENDATIONS ON GOODS AND SERVICES OF THIRD PARTIES; PROVIDING ONLINE PRODUCT CATALOGS (ADVERTISING); PROMOTION OF RETAIL SERVICES FOR THIRD PARTIES BY DISPLAYING ONLINE COUPONS AND LINKS ALLOWING ACCESS TO RETAIL SALE, INCLUDING VIA WEBSITES, ONLINE PLATFORMS, MOBILE PHONES, SMARTPHONES AND OTHER MOBILE DEVICES; PROVIDING ELECTRONIC ORDER PROCESSING FOR THIRD PARTIES, NAMELY TRANSACTION AND PURCHASE ORDERS VIA WEBSITES, ONLINE PLATFORMS, MOBILE

Search: 238481711                    **Analyst: SUZY TORRES**                    **USPTO Page: 29**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005131

PHONES, SMARTPHONES AND OTHER MOBILE DEVICES; PRESENTATION OF GOODS FOR
RETAIL SELLING PURPOSES; ADVERTISING; ADVERTISING ON ANY COMMUNICATION
MEDIA, INCLUDING COMPUTER NETWORKS, IN THE FORM OF DATA, TEXT, IMAGES,
SOUNDS OR ALL COMBINATION THEREOF, FOR SELLING GOODS AND RETAILING
SERVICES AS WELL AS PROVISION OF INFORMATION ABOUT GOODS FOR ADVERTISING
AND SALES PURPOSES; COMMERCIAL INFORMATION SERVICES REGARDING LOCATIONS
OF NEARBY RESTAURANTS AND SHOPS VIA MOBILE PHONES, SMARTPHONES AND
OTHER ELECTRONIC MEDIA

**Last Reported Owner:**    SOCIETE DES PRODUITS NESTLE S.A.
SWITZERLAND  CORPORATION
CASE POSTALE 353
1800 VEVEY, SWITZERLAND

**Chronology:**    **Filed:** APR 22, 2013        **Serial Number:** 85-910,772
**Earliest Date in Record:** APR 22, 2013  (Filed)

**Ownership Details:**

**Applicant:**    SOCIETE DES PRODUITS NESTLE S.A.
SWITZERLAND  CORPORATION
CASE POSTALE 353
1800 VEVEY, SWITZERLAND

**Claims:**    THE COLOR(S) LIGHT GREY, RED, YELLOW, ORANGE IS/ARE CLAIMED AS A FEATURE OF
THE MARK.

**Design Phrase:**    THE MARK CONSISTS OF THE WORDING MAKING MORE POSSIBLE IN RED, WITH FOUR
CONNECTED ARCS OF VARYING SIZES TO THE LEFT OF THE WORDING. FROM LARGEST
TO SMALLEST, THE LARGEST ARC IS LIGHT GREY, THE NEXT ARC IS RED, THE NEXT ARC

IS YELLOW, AND THE SMALLEST ARC IS ORANGE.

**Other U.S. Registrations:** 3,873,753; 3,873,754; 3,978,422

**Filing Correspondent:**    CHRISTA COLE
NESTLE USA, INC.
800 N BRAND BLVD
GLENDALE, CA 91203-3213

**Domestic Representative:** CHRISTA COLE

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                IF00005132

IMPOSSIBLE

US–10
Group: Four

FLAVOR THE POSSIBILITIES

## FLAVOR THE POSSIBILITIES

**Status:**              REGISTERED

                     **USPTO Status:** REGISTERED
                     **USPTO Status Date:** FEB 28, 2012

**Goods/Services:**     **International Class 31:** FRESH BLUEBERRIES; UNPROCESSED BLUEBERRIES; RAW BLUEBERRIES
                     **First Used:** OCT 2011  (INTL. CL. 31)
                     **In Commerce:** OCT 2011

**Last Reported Owner:**    CITROMAX FLAVORS, INC.
                     NEW JERSEY  CORPORATION
                     444 WASHINGTON AVE.
                     CARLSTADT, NEW JERSEY  07072

                     **We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| FLAVOR THE POSSIBILITIES | USPTO | Page 38 |
| FLAVOR THE POSSIBILITIES | USPTO | Page 45 |
| FLAVOR THE POSSIBILITIES | USPTO | Page 57 |

**Chronology:**       **Filed:** MAR 13, 2009      **Serial Number:** 77–982,754
                     **Parent Serial Number:** 77–690,874
                     **Child Serial Number:** 77–982,385
                     **Published For Opposition:** SEP 01, 2009
                     **Registered:** FEB 28, 2012      **Registration Number:** 4,106,125
                     **Earliest Date in Record:** MAR 13, 2009  (Filed)

**Ownership Details:**

**Registrant:**          CITROMAX FLAVORS, INC.
                     NEW JERSEY  CORPORATION
                     444 WASHINGTON AVE.
                     CARLSTADT, NEW JERSEY  07072

**Filing Correspondent:**   DAVID M. PERRY
                     BLANK ROME LLP
                     1 LOGAN SQ 9TH FL

---

**Search:** 238481711            **Analyst:** SUZY TORRES            **USPTO Page: 31**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                      IF00005133

IMPOSSIBLE

PHILADELPHIA, PA 19103-6998

Search: 238481711                              Analyst: SUZY TORRES                              USPTO Page: 32

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                              IF00005134

NUTRITION POSSIBLE

## NUTRITION POSSIBLE

**Status:** REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 20, 2012

**Goods/Services:**  **International Class 5:** DIETARY AND NUTRITIONAL SUPPLEMENTS; VITAMINS
**International Class 44:** PROVIDING A WEBSITE FEATURING INFORMATION ABOUT HEALTH, WELLNESS AND NUTRITION; PROVIDING INFORMATION, NEWS AND COMMENTARY IN THE FIELD OF NUTRITION, HEALTH AND WELLNESS
**First Used:** SEP 2011  (INTL. CL. 5)
**In Commerce:** SEP 2011
**First Used:** NOV 18, 2011  (INTL. CL. 44)
**In Commerce:** NOV 18, 2011

**Disclaimers:**  "NUTRITION"

**Last Reported Owner:**  WYETH HOLDINGS CORPORATION
MAINE  CORPORATION
FIVE GIRALDA FARMS
MADISON, NEW JERSEY  07940

**We Have Located Other Marks With This Owner**

NUTRITION POSSIBLE                                     USPTO            Page 35

**Chronology:**  **Filed:** JUL 07, 2011          **Serial Number:** 85-365,487
**Published For Opposition:** MAR 06, 2012
**Registered:** NOV 20, 2012          **Registration Number:** 4,246,884
**Earliest Date in Record:** JUL 07, 2011  (Filed)

**Ownership Details:**

**Registrant:**  WYETH HOLDINGS CORPORATION
MAINE  CORPORATION
FIVE GIRALDA FARMS
MADISON, NEW JERSEY  07940

**Filing Correspondent:**  RICHARD A. FRIEDMAN

Search: 238481711                    **Analyst: SUZY TORRES**                    USPTO Page: 33

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005135

IMPOSSIBLE

PFIZER INC.
5 GIRALDA FARMS
MADISON, NJ 07940-1027

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005136



## NUTRITION POSSIBLE

| | |
|---|---|
| **Status:** | REGISTERED |
| | **USPTO Status:** REGISTERED<br>**USPTO Status Date:** DEC 18, 2012 |
| **Goods/Services:** | **International Class 5:** DIETARY AND NUTRITIONAL SUPPLEMENTS; VITAMINS<br>**First Used:** SEP 2011 (INTL. CL. 5)<br>**In Commerce:** SEP 2011 |
| **Disclaimers:** | "NUTRITION" |
| **Last Reported Owner:** | WYETH HOLDINGS CORPORATION<br>MAINE  CORPORATION<br>FIVE GIRALDA FARMS<br>MADISON, NEW JERSEY  07940 |

**We Have Located Other Marks With This Owner**

NUTRITION POSSIBLE                                        USPTO            Page 33

| | |
|---|---|
| **Chronology:** | **Filed:** SEP 28, 2011          **Serial Number:** 85-434,095<br>**Published For Opposition:** MAR 20, 2012<br>**Registered:** DEC 18, 2012     **Registration Number:** 4,262,313<br>**Earliest Date in Record:** SEP 2011 (First Used) |

## Ownership Details:

| | |
|---|---|
| **Registrant:** | WYETH HOLDINGS CORPORATION<br>MAINE  CORPORATION<br>FIVE GIRALDA FARMS<br>MADISON, NEW JERSEY  07940 |
| **Claims:** | THE COLOR(S) RED, ORANGE, YELLOW, GREEN, BLUE, BLACK AND WHITE IS/ARE<br>CLAIMED AS A FEATURE OF THE MARK. |
| **Design Phrase:** | THE MARK CONSISTS OF THE BLACK WORDING "NUTRITION POSSIBLE" INSIDE AN OVAL<br>COLOR SPECTRUM DESIGN. THE COLORS RED, ORANGE, YELLOW, GREEN AND BLUE<br>APPEAR IN THE OVAL. THE COLOR WHITE APPEARS INSIDE THE OVAL AS BACKGROUND. |

Search: 238481711                  **Analyst:** SUZY TORRES                  USPTO Page: 35

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005137

IMPOSSIBLE

THE WHITE AREA THAT EXISTS OUTSIDE OF THE OVAL REPRESENTS THE DRAWING

PAGE AND IS NOT CLAIMED AS PART OF THE MARK.

**Other U.S. Registrations:** 3,399,034; 3,524,644; 3,550,660

**Filing Correspondent:**    RICHARD A. FRIEDMAN
PFIZER INC.
5 GIRALDA FARMS
MADISON, NJ 07940

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    IF00005138

IMPOSSIBLE

**US-13**
**Group:** Four

PERFECTLY POSSIBLE

## PERFECTLY POSSIBLE

| | |
|---|---|
| **Status:** | PUBLISHED<br>INTENT TO USE<br><br>**USPTO Status:** PUBLISHED FOR OPPOSITION<br>**USPTO Status Date:** SEP 17, 2013 |
| **Goods/Services:** | International Class 32: CARBONATED FLAVORED WATERS; SOFT DRINKS |
| **Last Reported Owner:** | TALKING RAIN BEVERAGE COMPANY, INC.<br>WASHINGTON CORPORATION<br>P.O. BOX 549<br>PRESTON, WASHINGTON 98050 |
| **Chronology:** | **Filed:** MAY 03, 2013          **Serial Number:** 85-923,313<br>**Published For Opposition:** SEP 17, 2013<br>**Earliest Date in Record:** MAY 03, 2013 (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | TALKING RAIN BEVERAGE COMPANY, INC.<br>WASHINGTON CORPORATION<br>P.O. BOX 549<br>PRESTON, WASHINGTON 98050 |
| **Filing Correspondent:** | JENNIFER M. LANTZ<br>HOGAN LOVELLS US LLP<br>525 UNIVERSITY AVE<br>PALO ALTO, CA 94301-1903 |

Search: 238481711          **Analyst: SUZY TORRES**          USPTO Page: 37

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                              IF00005139

IMPOSSIBLE

US-14
Group: Four

FLAVOR THE POSSIBILITIES

## FLAVOR THE POSSIBILITIES

**Status:**

REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 24, 2012

**Goods/Services:**

**International Class 32:** ESSENCES FOR THE MANUFACTURE OF LIQUEURS; ESSENCES FOR THE PREPARATION OF MINERAL WATERS; ESSENCES FOR USE IN THE MAKING OF SOFT DRINKS; FRUIT CONCENTRATES AND PUREES USED AS INGREDIENTS OF BEVERAGES; FRUIT JUICE BASES; FRUIT JUICE CONCENTRATES; FRUIT JUICES, NAMELY, LEMON JUICE AND BLUEBERRY JUICE; LEMON SQUASH; LEMONADE; SYRUP FOR MAKING LEMONADE; SYRUPS FOR BEVERAGES; SYRUPS FOR MAKING SOFT DRINKS
**International Class 33:** ALCOHOLIC EXTRACTS; ALCOHOLIC ESSENCES
**First Used:** MAY 01, 2011  (INTL. CL. 32)
**In Commerce:** MAY 01, 2011
**First Used:** MAY 01, 2011  (INTL. CL. 33)
**In Commerce:** MAY 01, 2011

**Last Reported Owner:**

CITROMAX FLAVORS, INC.
NEW JERSEY  CORPORATION
444 WASHINGTON AVENUE
CARLSTADT, NEW JERSEY  07072

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| FLAVOR THE POSSIBILITIES | USPTO | Page 31 |
| FLAVOR THE POSSIBILITIES | USPTO | Page 45 |
| FLAVOR THE POSSIBILITIES | USPTO | Page 57 |

**Chronology:**

**Filed:** MAR 13, 2009        **Serial Number:** 77-982,755
**Parent Serial Number:** 77-982,385
**Published For Opposition:** SEP 01, 2009
**Registered:** JAN 24, 2012        **Registration Number:** 4,091,586
**Earliest Date in Record:** MAR 13, 2009  (Filed)

## Ownership Details:

**Registrant:**

CITROMAX FLAVORS, INC.
NEW JERSEY  CORPORATION

---

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 38

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                IF00005140

**IMPOSSIBLE**

444 WASHINGTON AVENUE
CARLSTADT, NEW JERSEY 07072

**Filing Correspondent:**     DAVID M. PERRY
BLANK ROME LLP
1 LOGAN SQ 9TH FL
PHILADELPHIA, PA 19103-6998

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 39

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                IF00005141

IMPOSSIBLE

**US-15**
**Group:** Four

# IT'S POSSIBLE

**IT'S POSSIBLE**

**Status:**                REGISTERED

                          **USPTO Status:** REGISTERED
                          **USPTO Status Date:** JAN 26, 2010

**Goods/Services:**        International Class 32: BEVERAGES, NAMELY, SOFT DRINKS
                          **First Used:** SEP 07, 2009  (INTL. CL. 32)
                          **In Commerce:** SEP 07, 2009

**Last Reported Owner:**   THE COCA-COLA COMPANY
                          DELAWARE  CORPORATION
                          ONE COCA-COLA PLAZA
                          ATLANTA, GEORGIA  30313

                          **We Have Located Other Marks With This Owner**

                          MAKE IT POSSIBLE                          USPTO          Page 41

**Chronology:**            **Filed:** MAY 06, 2008        **Serial Number:** 77-466,459
                          **Published For Opposition:** JUL 29, 2008
                          **Registered:** JAN 26, 2010        **Registration Number:** 3,742,990
                          **Earliest Date in Record:** MAY 06, 2008  (Filed)

**Ownership Details:**

**Registrant:**            THE COCA-COLA COMPANY
                          DELAWARE  CORPORATION
                          ONE COCA-COLA PLAZA
                          ATLANTA, GEORGIA  30313

**Filing Correspondent:**  DINISA H. FOLMAR
                          1 COCA COLA COMPANY
                          ATLANTA, GA 30313

Search: 238481711                    **Analyst: SUZY TORRES**                    USPTO Page: 40

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005142

IMPOSSIBLE

**US-16**
**Group:** Four

## MAKE IT POSSIBLE

**MAKE IT POSSIBLE**

 **Global Filings = 4**

| | |
|---|---|
| **Status:** | PUBLISHED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** SU – FINAL REFUSAL – MAILED |
| | **USPTO Status Date:** SEP 18, 2013 |
| **Goods/Services:** | **International Class 32:** SOFT DRINKS |
| | **First Used:** MAY 31, 2012 (INTL. CL. 32) |
| | **In Commerce:** MAY 31, 2012 |
| **Last Reported Owner:** | THE COCA-COLA COMPANY |
| | DELAWARE CORPORATION |
| | ONE COCA-COLA PLAZA |
| | ATLANTA, GEORGIA 30313 |

**We Have Located Other Marks With This Owner**

IT'S POSSIBLE                                    USPTO          Page 40

| | |
|---|---|
| **Chronology:** | **Filed:** MAR 03, 2011        **Serial Number:** 85-256,581 |
| | **Published For Opposition:** JUN 21, 2011 |
| | **Allowance Filed:** AUG 16, 2011 |
| | **Earliest Date in Record:** MAR 03, 2011 (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | THE COCA-COLA COMPANY |
| | DELAWARE CORPORATION |
| | ONE COCA-COLA PLAZA |
| | |
| | ATLANTA, GEORGIA 30313 |

**Other U.S. Registrations:** 3,742,990

| | |
|---|---|
| **Filing Correspondent:** | PAMELA C. MALLARI |
| | 1 COCA COLA PLZ NW |

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 41

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                IF00005143

IMPOSSIBLE

ATLANTA, GA 30313-2420

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005144

IMPOSSIBLE

US-17
Group: Four

DISCOVER ENDLESS
POSSIBILITIES

## DISCOVER ENDLESS POSSIBILITIES

**Status:**
PUBLISHED
INTENT TO USE

**USPTO Status:** NOTICE OF ALLOWANCE – ISSUED
**USPTO Status Date:** AUG 20, 2013

**Goods/Services:**
**International Class 1:** CHEMICAL ADDITIVES FOR USE IN THE MANUFACTURE OF FOODS, DIETARY SUPPLEMENTS, NUTRACEUTICALS, AND A WIDE VARIETY OF GOODS; PROTEINS FOR USE IN FOODS, NAMELY, PROTEINS FOR USE FOR THE MANUFACTURE OF FOODSTUFFS FOR HUMAN CONSUMPTION
**International Class 5:** DIETARY AND NUTRITIONAL FOOD SUPPLEMENTS; NUTRAC EUTICALS FOR USE AS DIETARY SUPPLEMENTS; DIETARY FIBER AS AN ADDITIVE FOR FOOD PRODUCTS, NAMELY, DIETARY FIBER TO AID DIGESTION
**International Class 29:** OILS FOR USE IN FOODS, NAMELY, EDIBLE OILS AND EDIBLE FATS; FLOUR FOR USE IN FOODS, NAMELY, FLOUR DERIVED FROM ALGAE; PROCESSED FOODSTUFFS FOR USE IN FOODS, NAMELY, FOOD ADDITIVES DERIVED FROM ALGAE FOR CULINARY PURPOSES
**International Class 31:** PROCESSED FOODSTUFFS, NAMELY, ANIMAL FOODSTUFFS

**Last Reported Owner:** SOLAZYME ROQUETTE NUTRITIONALS, LLC
DELAWARE  LIMITED LIABILITY CO.
225 GATEWAY BOULEVARD
SOUTH SAN FRANCISCO, CALIFORNIA  94080

**Chronology:**
**Filed:** DEC 20, 2012        **Serial Number:** 85-808,247
**Published For Opposition:** JUN 25, 2013
**Allowance Filed:** AUG 20, 2013
**Earliest Date in Record:** DEC 20, 2012  (Filed)

**Ownership Details:**

**Applicant:**
SOLAZYME ROQUETTE NUTRITIONALS, LLC
DELAWARE  LIMITED LIABILITY CO.
225 GATEWAY BOULEVARD
SOUTH SAN FRANCISCO, CALIFORNIA  94080

**Filing Correspondent:**   JOHN C. BAUM

**Search:** 238481711          **Analyst:** SUZY TORRES          **USPTO Page:** 43

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005145

IMPOSSIBLE

OWEN, WICKERSHAM & ERICKSON, P.C.
455 MARKET ST STE 1910
SAN FRANCISCO, CA 94105-5408

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005146

FLAVOR THE POSSIBILITIES

## FLAVOR THE POSSIBILITIES

**Status:**

REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 17, 2012

**Goods/Services:**

**International Class 1:** CITRIC ACID; FOOD PRESERVATIVE COMPOSITIONS
**International Class 3:** FOOD FLAVORING, BEING ESSENTIAL OILS; FOOD FLAVORINGS PREPARED FROM ESSENTIAL OILS; ESSENTIAL OILS
**International Class 30:** FLAVORINGS; FLAVORINGS AND SEASONINGS; FLAVORING ADDITIVES FOR NON-NUTRITIONAL PURPOSES; FLAVORING SYRUP
**First Used:** MAY 01, 2011  (INTL. CL. 1)
**In Commerce:** MAY 01, 2011
**First Used:** MAY 01, 2011  (INTL. CL. 3)
**In Commerce:** MAY 01, 2011
**First Used:** MAY 01, 2011  (INTL. CL. 30)
**In Commerce:** MAY 01, 2011

**Last Reported Owner:**

CITROMAX FLAVORS, INC.
NEW JERSEY  CORPORATION
444 WASHINGTON AVENUE
CARLSTADT, NEW JERSEY  07072

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| FLAVOR THE POSSIBILITIES | USPTO | Page 31 |
| FLAVOR THE POSSIBILITIES | USPTO | Page 38 |
| FLAVOR THE POSSIBILITIES | USPTO | Page 57 |

**Chronology:**

**Filed:** MAR 13, 2009     **Serial Number:** 77-982,385
**Parent Serial Number:** 77-690,874
**Child Serial Number:** 77-982,755
**Published For Opposition:** SEP 01, 2009
**Registered:** JUL 17, 2012     **Registration Number:** 4,176,095
**Earliest Date in Record:** MAR 13, 2009  (Filed)

**Ownership Details:**

**Registrant:**

CITROMAX FLAVORS, INC.

**Search:** 238481711          **Analyst:** SUZY TORRES          **USPTO Page:** 45

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          IF00005147

**IMPOSSIBLE**

NEW JERSEY  CORPORATION
444 WASHINGTON AVENUE
CARLSTADT, NEW JERSEY  07072

**Filing Correspondent:**    DAVID M. PERRY
BLANK ROME LLP
8TH FLOOR
ONE LOGAN SQUARE
PHILADELPHIA PA 19103−6998

Search: 238481711                    Analyst: SUZY TORRES                    USPTO Page: 46

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005148

IMAGINE THE POSSIBILITIES

## IMAGINE THE POSSIBILITIES

**Status:**         REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUN 08, 2010

**Goods/Services:**   **International Class 1:** DRY FOOD AND BEVERAGE INGREDIENTS FOR HUMAN AND ANIMAL FOOD FOR MANUFACTURING PURPOSES, NAMELY, ARTIFICIAL SWEETENERS, EMULSIFIERS FOR USE IN THE MANUFACTURE OF FOODS, AND INGREDIENTS USED IN THE MANUFACTURE OF DRY FOOD AND BEVERAGES, NAMELY, CARRAGEENAN, GELLAN GUM AND XANTHAN GUM
**International Class 5:** DRY FOOD AND BEVERAGE INGREDIENTS FOR HUMAN AND ANIMAL FOOD FOR MANUFACTURING PURPOSES, NAMELY, DIETARY FIBER AS AN ADDITIVE FOR FOOD PRODUCTS, AND DIETARY AND NUTRITIONAL SUPPLEMENTS
**International Class 29:** DRY FOOD AND BEVERAGE INGREDIENTS FOR HUMAN AND ANIMAL FOOD FOR MANUFACTURING PURPOSES, NAMELY, PROTEIN FOR USE AS A FOOD ADDITIVE, AND OILS AND FATS FOR FOOD
**International Class 30:** DRY FOOD AND BEVERAGE INGREDIENTS FOR HUMAN AND ANIMAL FOOD FOR MANUFACTURING PURPOSES, NAMELY, FOOD STARCH, PROCESSED GRAINS, FOOD FLAVORINGS, AND FOOD ADDITIVES FOR NON-NUTRITIONAL PURPOSES FOR USE AS A FLAVORING
**International Class 40:** CUSTOM MANUFACTURING SERVICES FOR OTHERS IN THE FIELD OF DRY FOOD AND BEVERAGE INGREDIENTS
**First Used:** JUL 31, 2007  (INTL. CL. 1)
**In Commerce:** JUN 30, 2009
**First Used:** JUL 31, 2007  (INTL. CL. 5)
**In Commerce:** JUN 30, 2009
**First Used:** JUL 31, 2007  (INTL. CL. 29)
**In Commerce:** JUN 30, 2009
**First Used:** JUL 31, 2007  (INTL. CL. 30)
**In Commerce:** JUN 30, 2009
**First Used:** JUL 31, 2007  (INTL. CL. 40)
**In Commerce:** JUN 30, 2009

**Last Reported Owner:**   QUALITY INGREDIENTS CORPORATION
MINNESOTA  CORPORATION
14300 ROSEMOUNT DRIVE
BURNSVILLE, MINNESOTA  55306

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 47

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                IF00005149

IMPOSSIBLE

| Chronology: | **Filed:** JUN 18, 2007 | **Serial Number:** 77-208,681 |
| --- | --- | --- |
| | **Published For Opposition:** DEC 04, 2007 | |
| | **Registered:** JUN 08, 2010 | **Registration Number:** 3,799,940 |
| | **Earliest Date in Record:** JUN 18, 2007  (Filed) | |

**Ownership Details:**

**Registrant:**        QUALITY INGREDIENTS CORPORATION
MINNESOTA  CORPORATION
14300 ROSEMOUNT DRIVE
BURNSVILLE, MINNESOTA  55306

**Filing Correspondent:**   JOHN PICKERILL
FREDRIKSON & BYRON, P.A.
200 S 6TH ST STE 4000
MINNEAPOLIS, MN 55402-1425

---

Search: 238481711                     **Analyst: SUZY TORRES**                     **USPTO Page: 48**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005150

It's Naturally Possible.

---

## IT'S NATURALLY POSSIBLE.

**Status:**  PUBLISHED
INTENT TO USE

**USPTO Status:** NOTICE OF ALLOWANCE – ISSUED
**USPTO Status Date:** AUG 13, 2013

**Goods/Services:**  **International Class 5:** NUTRITIONAL SUPPLEMENTS

**Last Reported Owner:**  POSHAGREEN LLC
MASSACHUSETTS  LIMITED LIABILITY CO.
18 JAY ST.
#1
SOMERVILLE, MASSACHUSETTS  02144

**Chronology:**  **Filed:** JAN 25, 2013       **Serial Number:** 85-832,223
**Published For Opposition:** JUN 18, 2013
**Allowance Filed:** AUG 13, 2013
**Earliest Date in Record:** JAN 25, 2013  (Filed)

---

**Ownership Details:**

**Applicant:**  POSHAGREEN LLC
MASSACHUSETTS  LIMITED LIABILITY CO.
18 JAY ST.
#1
SOMERVILLE, MASSACHUSETTS  02144

**Filing Correspondent:**  POSHAGREEN LLC
18 JAY ST # 1
SOMERVILLE, MA 02144-2712

---

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 49

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005151

THE CLEANEST PROTEIN
POSSIBLE

## THE CLEANEST PROTEIN POSSIBLE

 **Global Filings = 1**

**Status:**
REGISTERED
SUPPLEMENTAL REGISTER
SECTION 44 (D)
INTENT-TO-USE – AMENDED
FILED AS 44(D) APPLICATION

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 14, 2009

**Goods/Services:**
**International Class 5:** PROTEIN FORTIFIED FOODS IN POWDERED DRINK MIX FORM,
NAMELY, POWDERED NUTRITIONAL SUPPLEMENT DRINK MIX; PROTEIN FORTIFIED FOODS
IN LIQUID FORM, NAMELY, LIQUID NUTRITIONAL SUPPLEMENTS; DIETARY AND
BREAKFAST DRINKS, NAMELY, NUTRITIONAL DRINK MIX FOR USE AS A MEAL REPLAC
EMENT; MEAL REPLACEMENT POWDERS; MEAL REPLACEMENT BARS; MEAL REPLAC
EMENT DRINKS; MEAL REPLACEMENT SHAKES; MEAL REPLACEMENT PUDDINGS
**First Used:** JUN 30, 2008  (INTL. CL. 5)
**In Commerce:** JUN 30, 2008

**Last Reported Owner:**  BODY PLUS NUTRITIONAL PRODUCTS INC.
CANADA  CORPORATION
130 MCLEVIN AVENUE
UNIT 5
TORONTO, CANADA  M1B3R6

**Chronology:**
**Filed:** APR 09, 2008        **Serial Number:** 77-443,496
**Application Amended:** MAY 22, 2009
**Registered:** JUL 14, 2009        **Registration Number:** 3,656,073
**Earliest Date in Record:** FEB 25, 2008  (Non-U.S. Application Date)

**Ownership Details:**

**Registrant:**
BODY PLUS NUTRITIONAL PRODUCTS INC.
CANADA  CORPORATION
130 MCLEVIN AVENUE

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 50

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005152

IMPOSSIBLE

UNIT 5
TORONTO, CANADA  M1B3R6

**Non-U.S. Application Claimed:** 1384847
**Non-U.S. Application Date:** FEB 25, 2008
**Non-U.S. Application Country:** CANADA

**Filing Correspondent:**    AMY B. BERGE
GREENEBAUM DOLL & MCDONALD PLLC
3500 NATIONAL CITY TOWER
101 SOUTH FIFTH ST
LOUISVILLE, KY 40202

Search: 238481711                    **Analyst: SUZY TORRES**                    **USPTO Page: 51**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005153

IMPOSSIBLE

US-22
Group: Four

SAVOR THE POSSIBILITIES

## SAVOR THE POSSIBILITIES

**Status:**  REGISTERED
SECTION 44 (D)
FILED AS 44(D) APPLICATION
44(E) APPLICATION – CURRENT

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 19, 2010

**Goods/Services:**  **International Class 29:** PREPARED FROZEN MEALS AND APPETIZERS CONSISTING PRIMARILY OF MEAT, FISH, POULTRY, VEGETABLES AND BEANS
**International Class 30:** PREPARED FROZEN MEALS AND APPETIZERS CONSISTING PRIMARILY OF PASTA AND RICE

**Last Reported Owner:**  CULINARY DESTINATIONS LIMITED
CANADA  CORPORATION
777 THE QUEENSWAY, ETOBICOKE
ONTARIO, CANADA  M8Z1N4

**Chronology:**  **Filed:** JUN 05, 2007        **Serial Number:** 77-197,595
**Published For Opposition:** NOV 03, 2009
**Registered:** JAN 19, 2010        **Registration Number:** 3,738,547
**Earliest Date in Record:** DEC 05, 2006  (Non-U.S. Application Date)

**Ownership Details:**

**Registrant:**  CULINARY DESTINATIONS LIMITED
CANADA  CORPORATION
777 THE QUEENSWAY, ETOBICOKE
ONTARIO, CANADA  M8Z1N4

**Non-U.S. Application Claimed:** 1326881
**Non-U.S. Application Date:** DEC 05, 2006
**Non-U.S. Application Country:** CANADA

**Non-U.S. Registration Claimed:** TMA745956
**Non-U.S. Registration Date:** AUG 24, 2009

---

**Search:** 238481711                **Analyst:** SUZY TORRES                **USPTO Page:** 52

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005154

IMPOSSIBLE

**Non-U.S. Registration Country:** CANADA

**Filing Correspondent:**     RUSSELL D. ORKIN
THE WEBB LAW FIRM
700 KOPPERS BUILDING 436 SEVENTH AVE
PITTSBURGH, PA 15219

**Domestic Representative:** RUSSELL D. ORKIN

---

**Search: 238481711**            **Analyst: SUZY TORRES**            **USPTO Page: 53**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY            IF00005155

Full of Possibilities

## FULL OF POSSIBILITIES

**Status:**

REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 27, 2009

**Goods/Services:**

**International Class 30:** BEVERAGES MADE OF COFFEE; CAFFEINE-FREE COFFEE; COFFEE; COFFEE AND TEA; COFFEE BASED BEVERAGES; COFFEE BEANS; COFFEE BEVERAGES WITH MILK; COFFEE ESSENCES; COFFEE EXTRACTS; COFFEE FLAVORED SYRUP USED IN MAKING FOOD BEVERAGES; COFFEE-BASED BEVERAGE CONTAINING MILK; COFFEE-BASED BEVERAGES; INSTANT COFFEE; PREPARED COFFEE AND COFFEE-BASED BEVERAGES; ROASTED COFFEE BEANS; CAPPUCCINO
**First Used:** FEB 01, 2008  (INTL. CL. 30)
**In Commerce:** FEB 01, 2008

**Last Reported Owner:**

BEYOND COFFEE & CAPPUCCINO LLC
VIRGINIA  LIMITED LIABILITY CO.
11047-K PIERSON DRIVE
FREDERICKSBURG, VIRGINIA  22408

**Chronology:**

**Filed:** JAN 07, 2008          **Serial Number:** 77-365,737
**Published For Opposition:** MAY 27, 2008
**Registered:** JAN 27, 2009          **Registration Number:** 3,568,480
**Earliest Date in Record:** JAN 07, 2008  (Filed)

## Ownership Details:

**Registrant:**

BEYOND COFFEE & CAPPUCCINO LLC
VIRGINIA  LIMITED LIABILITY CO.
11047-K PIERSON DRIVE
FREDERICKSBURG, VIRGINIA  22408

**Filing Correspondent:**

ROBERT P. HENLEY, ESQUIRE
HIRSCHLER FLEISCHER, A PROFESSIONAL CORP
PO BOX 500
RICHMOND VA 23218-0500

Search: 238481711          **Analyst: SUZY TORRES**          USPTO Page: 54

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005156

IMPOSSIBLE

US-24
Group: Four

## POSSIBILICHEESE

**POSSIBILICHEESE**

**Status:**  REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 09, 2010

**Goods/Services:**  **International Class 29:** CHEESE
**First Used:** APR 19, 2010  (INTL. CL. 29)
**In Commerce:** APR 19, 2010

**Last Reported Owner:**  LACTALIS RETAIL DAIRY, INC.
UTAH  CORPORATION
2376 SOUTH PARK AVENUE
BUFFALO, NEW YORK  14220

**Chronology:**  **Filed:** JUN 26, 2008        **Serial Number:** 76-690,865
**Published For Opposition:** NOV 18, 2008
**Registered:** NOV 09, 2010        **Registration Number:** 3,873,629
**Earliest Date in Record:** JUN 26, 2008  (Filed)

**Ownership Details:**

**Registrant:**  LACTALIS RETAIL DAIRY, INC.
UTAH  CORPORATION
2376 SOUTH PARK AVENUE
BUFFALO, NEW YORK  14220

**Assignee**
LACTALIS RETAIL DAIRY, INC.
UTAH CORPORATION
2376 SOUTH PARK AVENUE
BUFFALO, NEW YORK, 14220

**Brief:** CHANGE OF NAME
**Recorded:** APR 16, 2009
**Reel/Frame:** 3971/0431

**Assignor**
LACTALIS SORRENTO RETAIL DAIRY, INC.
UTAH CORPORATION
**Signed:** JAN 31, 2009

---

**Search:** 238481711        **Analyst: SUZY TORRES**        **USPTO Page: 55**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                IF00005157

**IMPOSSIBLE**

Correspondent:

PHILLIPS LYTLE LLP

INTELLECTUAL PROPERTY GROUP

3400 HSBC CENTER

BUFFALO, NY 14203

**Assignee**

LACTALIS SORRENTO RETAIL DAIRY, INC.

UTAH CORPORATION

2376 SOUTH PARK AVENUE

BUFFALO, NEW YORK, 14220

**Brief:** CHANGE OF NAME

**Recorded:** MAR 25, 2009

**Reel/Frame:** 3958/0860

**Correspondent:**

PHILLIPS LYTLE LLP

INTELLECTUAL PROPERTY GROUP

3400 HSBC CENTER

BUFFALO, NY 14203

**Assignor**

SORRENTO LACTALIS COMMERCIAL, INC.

UTAH CORPORATION

**Signed:** DEC 12, 2008

**Filing Correspondent:**   TARA HART–NOVA

PHILLIPS LYTLE LLP

3400 HSBC CENTER

INTELLECTUAL PROPERTY GROUP

BUFFALO, NY 14203

Search: 238481711                         Analyst: SUZY TORRES                         USPTO Page: 56

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005158

IMPOSSIBLE

US-25
Group: Four

FLAVOR THE POSSIBILITIES

## FLAVOR THE POSSIBILITIES

**Status:** PUBLISHED
INTENT TO USE

**USPTO Status:** SECOND EXTENSION – GRANTED
**USPTO Status Date:** JUL 22, 2013

**Goods/Services:** **International Class 29:** FROZEN FRUITS

**Last Reported Owner:** CITROMAX FLAVORS, INC.
NEW JERSEY CORPORATION
444 WASHINGTON AVE.
CARLSTADT, NEW JERSEY 07072

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| FLAVOR THE POSSIBILITIES | USPTO | Page 31 |
| FLAVOR THE POSSIBILITIES | USPTO | Page 38 |
| FLAVOR THE POSSIBILITIES | USPTO | Page 45 |

**Chronology:** **Filed:** NOV 21, 2011       **Serial Number:** 85-477,467
**Published For Opposition:** MAY 01, 2012
**Allowance Filed:** JUN 26, 2012
**Earliest Date in Record:** NOV 21, 2011  (Filed)

**Ownership Details:**

**Applicant:** CITROMAX FLAVORS, INC.
NEW JERSEY CORPORATION
444 WASHINGTON AVE.
CARLSTADT, NEW JERSEY 07072

**Filing Correspondent:** DAVID M. PERRY
BLANK ROME LLP
1 LOGAN SQ FL 8
PHILADELPHIA, PA 19103-6998

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 57

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                IF00005159

PASTABILITIES DAILY

## PASTABILITIES DAILY

**Status:**              REGISTERED

                         **USPTO Status:** REGISTERED
                         **USPTO Status Date:** SEP 06, 2011

**Goods/Services:**      **International Class 30:** DIPPING SAUCES; SAUCES; SPAGHETTI SAUCE; TOMATO SAUCE
                         **First Used:** JUN 28, 2011  (INTL. CL. 30)
                         **In Commerce:** JUN 28, 2011

**Last Reported Owner:** NOODLE, INC.
                         DBA PASTABILITIES
                         NEW YORK  CORPORATION
                         311 SOUTH FRANKLIN STREET
                         SYRACUSE, NEW YORK  13202

**Chronology:**          **Filed:** JAN 13, 2010          **Serial Number:** 77-982,241
                         **Parent Serial Number:** 77-910,604
                         **Published For Opposition:** NOV 23, 2010
                         **Registered:** SEP 06, 2011          **Registration Number:** 4,023,523
                         **Earliest Date in Record:** JAN 13, 2010  (Filed)

**Ownership Details:**

**Registrant:**          NOODLE, INC.
                         DBA PASTABILITIES
                         NEW YORK  CORPORATION
                         311 SOUTH FRANKLIN STREET
                         SYRACUSE, NEW YORK  13202

**Filing Correspondent:** PHILIP I. FRANKEL
                          BOND, SCHOENECK & KING, PLLC
                          1 LINCOLN CTR STE 1800
                          SYRACUSE, NY 13202-1355

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                          IF00005160

IMPOSSIBLE

**US-27**
Group: Four

POSSIBLY THE MOST
REFRESHING DRINK EVER!

## POSSIBLY THE MOST REFRESHING DRINK EVER!

**Status:**            PENDING
                       INTENT TO USE

                       **USPTO Status:** NEW APPLICATION – RECORD INITIALIZED NOT ASSIGNED TO EXAMINER
                       **USPTO Status Date:** AUG 10, 2013

**Goods/Services:**    **International Class 32:** FRUIT DRINKS

**Last Reported Owner:** ASAT, INC.
                       CALIFORNIA CORPORATION
                       3800 LA CRESCENTA AVE., STE. 208
                       LA CRESCENTA, CALIFORNIA 91214

**Chronology:**        **Filed:** AUG 02, 2013          **Serial Number:** 86–027,818
                       **Earliest Date in Record:** AUG 02, 2013 (Filed)

**Ownership Details:**

**Applicant:**         ASAT, INC.
                       CALIFORNIA CORPORATION
                       3800 LA CRESCENTA AVE., STE. 208
                       LA CRESCENTA, CALIFORNIA 91214

**Filing Correspondent:** GREGORY S. LAMPERT
                       CHRISTIE, PARKER & HALE, LLP
                       PO BOX 29001
                       GLENDALE, CA 91209–9001

Search: 238481711                    **Analyst:** SUZY TORRES                    USPTO Page: 59

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IMPOSSIBLE

**US-28**
Group: Four

POSSIBLY THE BEST DIP IN
THE WORLD

## POSSIBLY THE BEST DIP IN THE WORLD

**Status:**      PUBLISHED
INTENT TO USE

**USPTO Status:** NOTICE OF ALLOWANCE – ISSUED
**USPTO Status Date:** SEP 10, 2013

**Goods/Services:**      **International Class 29:** YOGURT

**Disclaimers:**      "DIP"

**Last Reported Owner:**      THE DANNON COMPANY, INC.
DELAWARE  CORPORATION
100 HILLSIDE AVENUE
WHITE PLAINS, NEW YORK  10603-2863

**We Have Located Other Marks With This Owner**

POSSIBLY THE BEST YOGURT IN THE WORLD      USPTO      Page 61

**Chronology:**      **Filed:** MAR 26, 2013      **Serial Number:** 85-887,071
**Published For Opposition:** JUL 16, 2013
**Allowance Filed:** SEP 10, 2013
**Earliest Date in Record:** MAR 26, 2013  (Filed)

**Ownership Details:**

**Applicant:**      THE DANNON COMPANY, INC.
DELAWARE  CORPORATION
100 HILLSIDE AVENUE
WHITE PLAINS, NEW YORK  10603-2863

**Filing Correspondent:**      ANN K. FORD
DLA PIPER LLP (US)
500 EIGHTH STREET, NW
WASHINGTON DC 20004

Search: 238481711      **Analyst: SUZY TORRES**      USPTO Page: 60

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

POSSIBLY THE BEST YOGURT
IN THE WORLD

## POSSIBLY THE BEST YOGURT IN THE WORLD

**Status:** PUBLISHED
FILED AS USE APPLICATION
USE APPLICATION – CURRENT

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** JUL 16, 2013

**Goods/Services:** **International Class 29:** YOGURT
**First Used:** JUN 01, 2011 (INTL. CL. 29)
**In Commerce:** JUN 01, 2011

**Disclaimers:** "YOGURT"

**Last Reported Owner:** THE DANNON COMPANY, INC.
DELAWARE CORPORATION
100 HILLSIDE AVENUE
WHITE PLAINS, NEW YORK 10603-2863

**We Have Located Other Marks With This Owner**

POSSIBLY THE BEST DIP IN THE WORLD          USPTO          Page 60

**Chronology:** **Filed:** MAR 26, 2013          **Serial Number:** 85-887,016
**Published For Opposition:** JUL 16, 2013
**Earliest Date in Record:** JUN 01, 2011 (First Used)

**Ownership Details:**

**Applicant:** THE DANNON COMPANY, INC.
DELAWARE CORPORATION
100 HILLSIDE AVENUE
WHITE PLAINS, NEW YORK 10603-2863

**Filing Correspondent:** ANN K. FORD
DLA PIPER LLP (US)
500 EIGHTH STREET, NW
WASHINGTON DC 20004

Search: 238481711          **Analyst: SUZY TORRES**          USPTO Page: 61

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          IF00005163

IMPOSSIBLE

**US-30**
Group: Four

POSSIBLY THE BEST HAM
YOU'LL EVER TASTE!

## POSSIBLY THE BEST HAM YOU'LL EVER TASTE!

**Status:**            REGISTERED

                       **USPTO Status:** REGISTERED
                       **USPTO Status Date:** NOV 09, 2010

**Goods/Services:**    **International Class 29:** HAM
                       **First Used:** NOV 30, 2009  (INTL. CL. 29)
                       **In Commerce:** NOV 30, 2009

**Last Reported Owner:**   FRED MEYER STORES, INC
                           OHIO  CORPORATION
                           3800 S.E. 22ND AVENUE P.O. BOX 42121
                           PORTLAND, OHIO  97242

**Chronology:**        **Filed:** AUG 31, 2009        **Serial Number:** 77-816,800
                       **Published For Opposition:** FEB 02, 2010
                       **Registered:** NOV 09, 2010    **Registration Number:** 3,874,626
                       **Earliest Date in Record:** AUG 31, 2009  (Filed)

**Ownership Details:**

**Registrant:**        FRED MEYER STORES, INC
                       OHIO  CORPORATION
                       3800 S.E. 22ND AVENUE P.O. BOX 42121
                       PORTLAND, OHIO  97242

**Filing Correspondent:**   ARIANA GALLISA
                            PILLSBURY WINTHROP SHAW PITTMAN LLP
                            CALENDAR/DOCKETING DEPARTMENT
                            P.O. BOX 2824
                            SAN FRANCISCO, CA 94126-2824

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 62

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                IF00005164

## THE IMPOSSIBLE DREAM

| | | |
|---|---|---|
| **Status:** | CANCELLED | **Cancellation Section:** 8 |

**USPTO Status:** CANCELLED – SECTION 8
**USPTO Status Date:** SEP 27, 1993

**Goods/Services:**      **International Class 30:** FROZEN CONFECTIONS
**First Used:** MAY 02, 1986  (INTL. CL. 30)
**In Commerce:** MAY 02, 1986

**Last Reported Owner:**    VELVETTE FOODS, INC.
PENNSYLVANIA  CORPORATION
P.O. BOX 854
ARDMORE, PENNSYLVANIA  19003

**Chronology:**    **Filed:** JUN 04, 1986       **Serial Number:** 73–602,274
**Published For Opposition:** DEC 30, 1986
**Registered:** MAR 24, 1987       **Registration Number:** 1,434,130
**Cancelled:** NOV 09, 1993
**Earliest Date in Record:** MAY 02, 1986  (First Used)

### Ownership Details:

**Registrant:**    VELVETTE FOODS, INC.
PENNSYLVANIA  CORPORATION
P.O. BOX 854
ARDMORE, PENNSYLVANIA  19003

**Filing Correspondent:**    EUGENE E. RENZ, JR.
P.O. BOX 2056
MEDIA, PENNSYLVANIA 19063–9056

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005165

EK CHATKA
KHANA...IMPOSSIBLE

---

**EK CHATKA KHANA...IMPOSSIBLE**

**Translation:**          THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS ONE SPICY FOOD.

**Status:**               ABANDONED
                          INTENT TO USE

                          **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
                          **USPTO Status Date:** MAY 04, 2009

**Goods/Services:**       **International Class 30:** RICE AND CORN-BASED SNACK FOODS

**Last Reported Owner:**  DISHAKA GOURMET IMPORTS, L.L.C.
                          TEXAS  LIMITED LIABILITY CO.
                          11300 S. SAM HOUSTON PKWY. W.
                          HOUSTON, TEXAS  77031

**Chronology:**           **Filed:** AUG 24, 2007          **Serial Number:** 77-264,103
                          **Published For Opposition:** JUL 08, 2008
                          **Abandoned:** MAY 04, 2009
                          **Earliest Date in Record:** AUG 24, 2007  (Filed)

---

**Ownership Details:**

**Applicant:**            DISHAKA GOURMET IMPORTS, L.L.C.
                          TEXAS  LIMITED LIABILITY CO.
                          11300 S. SAM HOUSTON PKWY. W.
                          HOUSTON, TEXAS  77031

**Filing Correspondent:** JOHN S. EGBERT
                          EGBERT LAW OFFICES
                          412 MAIN ST
                          FL 7
                          HOUSTON, TX 77002-1838

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                          IF00005166

**IMPOSSIBLE**

**US-33**
**Group:** Four

**BECAUSE DOING THE IMPOSSIBLE IS ON YOUR AGENDA**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED |
| | **USPTO Status Date:** DEC 17, 1998 |
| | |
| **Goods/Services:** | **International Class 5:** NUTRITIONAL SUPPLEMENTS |
| | |
| **Last Reported Owner:** | TRANSPACIFIC TRADING CO. LIMITED |
| | UNITED KINGDOM  CORPORATION |
| | SKYE SUITE, MOLLFORT HOUSE |
| | 2 WATER STREET |
| | RAMSEY, ISLE OF MAN  IM8 2HP |

**Chronology:**

**Filed:** DEC 06, 1996          **Serial Number:** 75-210,543
**Published For Opposition:** MAR 24, 1998
**Abandoned:** DEC 17, 1998
**Earliest Date in Record:** DEC 06, 1996  (Filed)

**Ownership Details:**

**Applicant:**       TRANSPACIFIC TRADING CO. LIMITED
UNITED KINGDOM  CORPORATION
SKYE SUITE, MOLLFORT HOUSE
2 WATER STREET
RAMSEY, ISLE OF MAN  IM8 2HP

**Filing Correspondent:**  PAUL W KRUSE
CUSHMAN DARBY & CUSHMAN INTELLECTUAL
PROP GRP OF PILLSBURY MADISON & SUTRO
1100 NEW YORK AVENUE NW NINTH FLOOR
WASHINGTON DC 20005-3918

**Domestic Representative:** CUSHMAN, DARBY & CUSHMAN

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                IF00005167

IMPOSSIBLE

US-34
Group: Four

**NOTHING IS IMPOSSIBLE**

---

## NOTHING IS IMPOSSIBLE

**Status:**

ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 08, 2008

**Goods/Services:**

**International Class 32:** NON-ALCOHOLIC BEVERAGES, NAMELY, CARBONATED BEVERAGES; AND SYRUPS AND CONCENTRATES USED IN THE PREPARATION OF SOFT DRINKS

**Last Reported Owner:**

MBUYU, YOHE
UNITED STATES  INDIVIDUAL
17 PINEWOOD DRIVE
FRAMINGHAM, MASSACHUSETTS  01701

**Chronology:**

**Filed:** AUG 13, 2007          **Serial Number:** 76-680,588
**Published For Opposition:** FEB 12, 2008
**Abandoned:** DEC 08, 2008
**Earliest Date in Record:** AUG 13, 2007  (Filed)

---

**Ownership Details:**

**Applicant:**

MBUYU, YOHE
UNITED STATES  INDIVIDUAL
17 PINEWOOD DRIVE
FRAMINGHAM, MASSACHUSETTS  01701

**Filing Correspondent:**

ROBERT K. TENDLER
65 ATLANTIC AVE
BOSTON, MA 02110-3714

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          IF00005168

BALZAC THE IMPOSSIBLE

## BALZAC THE IMPOSSIBLE

**Status:**
ABANDONED
SECTION 44 (D)
INTENT TO USE
44(D) APPLICATION – CURRENT

**USPTO Status:** ABANDONED–FAILURE TO RESPOND
**USPTO Status Date:** MAY 18, 2009

**Goods/Services:**
**International Class 33:** WINES; WINE COOLERS BEING DRINKS MADE FROM WINE, FRUIT JUICE AND CARBONATED WATER; PORT WINE; ALCOHOLIC BEVERAGES WITH A WINE BASE

**Last Reported Owner:** HOWARD PARK WINES PTY LTD
AUSTRALIA  CORPORATION
28–42 VENTNOR AVENUE
LEVEL 2
WEST PERTH, AUSTRALIA  6005

**Chronology:**
**Filed:** JUL 08, 2008          **Serial Number:** 77–516,864
**Abandoned:** APR 21, 2009
**Earliest Date in Record:** JUL 03, 2008  (Non–U.S. Application Date)

**Ownership Details:**

**Applicant:**
HOWARD PARK WINES PTY LTD
AUSTRALIA  CORPORATION
28–42 VENTNOR AVENUE
LEVEL 2
WEST PERTH, AUSTRALIA  6005
**Non–U.S. Application Date:** JUL 03, 2008
**Non–U.S. Application Country:** AUSTRALIA

**Filing Correspondent:**
DAVID L. SIGALOW
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
255 S ORANGE AVE STE 1401
ORLANDO, FL 32801–3460

**Search:** 238481711          **Analyst:** SUZY TORRES          **USPTO Page:** 67

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005169

**IMPOSSIBLE**

**Domestic Representative:** DAVID L. SIGALOW

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005170

TO LIVE MORE IS IMPOSSIBLE

## TO LIVE MORE IS IMPOSSIBLE

 **Global Filings = 1**

**Status:** ABANDONED
INTENT TO USE

USPTO Status: ABANDONED–NO STATEMENT OF USE FILED
USPTO Status Date: APR 16, 2012

**Goods/Services:** International Class 33: ALCOHOLIC BEVERAGES, EXCEPT BEER

**Last Reported Owner:** 1872 TRADEMARKS LLC
DELAWARE  LIMITED LIABILITY CO.
2151 LE JEUNE ROAD, SUITE 202
CORAL GABLES, FLORIDA  33134

**We Have Located Other Marks With This Owner**

VIVIR MAS ES IMPOSIBLE                    USPTO        Page 71

**Chronology:** Filed: AUG 05, 2010        Serial Number: 85–101,505
Published For Opposition: JAN 18, 2011
Abandoned: APR 16, 2012
Earliest Date in Record: AUG 05, 2010  (Filed)

**Ownership Details:**

**Applicant:** 1872 TRADEMARKS LLC
DELAWARE  LIMITED LIABILITY CO.
2151 LE JEUNE ROAD, SUITE 202
CORAL GABLES, FLORIDA  33134

**Filing Correspondent:** LAWRENCE E. ABELMAN
ABELMAN, FRAYNE & SCHWAB
666 3RD AVE
NEW YORK, NY 10017–4011

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 69

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                IF00005171

IMPOSSIBLE

US-37
Group: Four

Specializing in Impossible
Reservations

## SPECIALIZING IN IMPOSSIBLE RESERVATIONS

**Status:**                    ABANDONED

                               **USPTO Status:** ABANDONED-FAILURE TO RESPOND
                               **USPTO Status Date:** JAN 10, 2007

**Goods/Services:**            **International Class 43:** OFFERING UPSCALE RESTAURANT RESERVATIONS EXCLUSIVELY
                               ON-LINE
                               **First Used:** NOV 01, 2005  (INTL. CL. 43)
                               **In Commerce:** NOV 01, 2005

**Last Reported Owner:**       PRIME TIME TABLES, LLC
                               **Composed Of:** LAUREN GAITHER (OWNER) US CITIZEN JOHN MCHALE (PARTNER) US
                               CITIZEN
                               TEXAS  LIMITED LIABILITY CO.
                               325 NORTH END AVENUE
                               SUITE 25A
                               NEW YORK CITY, NEW YORK  10282

**Chronology:**                **Filed:** DEC 07, 2005          **Serial Number:** 78-768,299
                               **Abandoned:** DEC 14, 2006
                               **Earliest Date in Record:** NOV 01, 2005  (First Used)

**Ownership Details:**

**Applicant:**                 PRIME TIME TABLES, LLC
                               **Composed Of:** LAUREN GAITHER (OWNER) US CITIZEN JOHN MCHALE (PARTNER) US
                               CITIZEN
                               TEXAS  LIMITED LIABILITY CO.
                               325 NORTH END AVENUE
                               SUITE 25A
                               NEW YORK CITY, NEW YORK  10282

**Filing Correspondent:**      PRIME TIME TABLES, LLC
                               325 N END AVE STE 25A
                               NEW YORK, NY 10282-1023

Search: 238481711                    **Analyst:** SUZY TORRES                    USPTO Page: 70

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005172

IMPOSSIBLE

US-38
Group: Four

VIVIR MAS ES IMPOSIBLE

## VIVIR MAS ES IMPOSIBLE

**Translation:**  THE ENGLISH TRANSLATION OF "VIVIR MAS ES IMPOSIBLE" IS "TO LIVE MORE IS IMPOSSIBLE".

**Status:**  ABANDONED
INTENT TO USE

USPTO Status: ABANDONED-NO STATEMENT OF USE FILED
USPTO Status Date: APR 16, 2012

**Goods/Services:**  International Class 33: ALCOHOLIC BEVERAGES, EXCEPT BEER

**Last Reported Owner:**  1872 TRADEMARKS LLC
DELAWARE  LIMITED LIABILITY CO.
2151 LE JEUNE ROAD, SUITE 202
CORAL GABLES, FLORIDA  33134

**We Have Located Other Marks With This Owner**

TO LIVE MORE IS IMPOSSIBLE                USPTO          Page 69

**Chronology:**  **Filed:** AUG 05, 2010        **Serial Number:** 85-101,518
**Published For Opposition:** JAN 18, 2011
**Abandoned:** APR 16, 2012
**Earliest Date in Record:** AUG 05, 2010  (Filed)

## Ownership Details:

**Applicant:**  1872 TRADEMARKS LLC
DELAWARE  LIMITED LIABILITY CO.
2151 LE JEUNE ROAD, SUITE 202
CORAL GABLES, FLORIDA  33134

**Filing Correspondent:**  LAWRENCE E. ABELMAN
ABELMAN, FRAYNE & SCHWAB
666 3RD AVE
NEW YORK, NY 10017-4011

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 71

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005173

IMPOSSIBLE

**US-39**
**Group:** Four

INCREDIBLE !! IMPOSSIBLE !!

 **Global Filings = 1**

| | |
|---|---|
| **Status:** | ABANDONED<br>INTENT TO USE<br><br>**USPTO Status:** ABANDONED-FAILURE TO RESPOND<br>**USPTO Status Date:** JAN 04, 2005 |
| **Goods/Services:** | **International Class 29:** FOOD PRODUCTS, NAMELY; HIGHLY FAT-REDUCED CHEESE<br>**First Used:** DEC 10, 2003 (INTL. CL. 29)<br>**In Commerce:** DEC 10, 2003 |
| **Last Reported Owner:** | CAPDEPON, ROGER<br>CANADA INDIVIDUAL<br>102, AVENUE ST-JEAN<br>SAINT-RAYMOND QUEBEC, CANADA G3L 4C1 |
| **Chronology:** | **Filed:** JAN 17, 2001    **Serial Number:** 76-195,060<br>**Published For Opposition:** AUG 28, 2001<br>**Abandoned:** DEC 07, 2004<br>**Date Revived/Reinstated:** JAN 14, 2003<br>**Earliest Date in Record:** JAN 17, 2001 (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | CAPDEPON, ROGER<br>CANADA INDIVIDUAL<br>102, AVENUE ST-JEAN<br>SAINT-RAYMOND QUEBEC, CANADA G3L 4C1 |
| **Filing Correspondent:** | SIMON LEMAY<br>LAVERY DE BILLY<br>925, CHEMIN ST-LOUIS, SUITE 500<br>QUEBEC CANADA G1S 1C1 |

**Domestic Representative:** STEPHANIE J. MAPES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    IF00005174

IMPOSSIBLE

**US-40**
**Group:** Four

## MISSION IMPOSSIBLE

 **Global Filings = 40**

| | |
|---|---|
| **Status:** | ABANDONED<br>INTENT TO USE<br><br>**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED<br>**USPTO Status Date:** AUG 14, 1997 |
| **Goods/Services:** | **International Class 29:** POTATO CHIPS<br>**International Class 30:** CHEWING GUM, BUBBLE GUM, CANDY, CRACKERS, PRETZELS, CANDIED NUTS, POPPED POPCORN, AND CORN CHIPS |
| **Last Reported Owner:** | PARAMOUNT PICTURES CORPORATION<br>DELAWARE  CORPORATION<br>5555 MELROSE AVENUE<br>LOS ANGELES, CALIFORNIA  90038 |
| **Chronology:** | **Filed:** MAY 16, 1995          **Serial Number:** 74-676,264<br>**Published For Opposition:** NOV 21, 1995<br>**Abandoned:** AUG 14, 1997<br>**Earliest Date in Record:** MAY 16, 1995  (Filed) |

**Ownership Details:**

**Applicant:**  PARAMOUNT PICTURES CORPORATION
DELAWARE  CORPORATION
5555 MELROSE AVENUE

LOS ANGELES, CALIFORNIA  90038

**Other U.S. Registrations:** 1,684,718; 1,722,155

**Filing Correspondent:**  LINDA L. SWEDEEN
PARAMOUNT PICTURES
5555 MELROSE AVENUE
LOS ANGELES, CA 90038

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005175

THE IMPOSSIBLE TO GET FAT

## THE IMPOSSIBLE TO GET FAT

**Status:**                    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 20, 2010

**Goods/Services:**        **International Class 41:** PROVIDING INFORMATION ABOUT PHYSICAL EXERCISE TRAINING
**International Class 44:** WEIGHT REDUCTION PLANNING AND SUPERVISING; PROVIDING
INFORMATION ABOUT NUTRITIONAL SUPPLEMENTS

**Last Reported Owner:** VITAL PHARMACEUTICALS, INC.
FLORIDA CORPORATION
15751 SW 41ST STREET, #300
DAVIE, FLORIDA 33331

**We Have Located Other Marks With This Owner**

THE IMPOSSIBLE TO GET FAT DIET!                    USPTO          Page 75

**Chronology:**           **Filed:** DEC 04, 2006        **Serial Number:** 77-056,231
**Published For Opposition:** AUG 28, 2007
**Abandoned:** DEC 20, 2010
**Earliest Date in Record:** DEC 04, 2006  (Filed)

## Ownership Details:

**Applicant:**             VITAL PHARMACEUTICALS, INC.
FLORIDA CORPORATION
15751 SW 41ST STREET, #300
DAVIE, FLORIDA 33331

**Filing Correspondent:** KALINA PAGANO
VITAL PHARMACEUTICALS, INC.
15751 SW 41 STREET, #300
DAVIE FL 33331

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005176

IMPOSSIBLE

**US-42**
**Group:** Four

THE IMPOSSIBLE TO GET FAT
DIET!

## THE IMPOSSIBLE TO GET FAT DIET!

**Status:**
ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED–NO STATEMENT OF USE FILED
**USPTO Status Date:** AUG 30, 2010

**Goods/Services:**
**International Class 44:** PROVIDING INFORMATION ABOUT NUTRITIONAL SUPPLEMENTS; WEIGHT REDUCTION DIET PLANNING AND SUPERVISION

**Last Reported Owner:**
VITAL PHARMACEUTICALS, INC.
FLORIDA CORPORATION
1600 NORTH PARK DRIVE
WESTON, FLORIDA 33326

**We Have Located Other Marks With This Owner**

THE IMPOSSIBLE TO GET FAT                           USPTO         Page 74

**Chronology:**
**Filed:** JUL 02, 2008          **Serial Number:** 77–513,570
**Published For Opposition:** NOV 04, 2008
**Abandoned:** AUG 30, 2010
**Earliest Date in Record:** JUL 02, 2008  (Filed)

## Ownership Details:

**Applicant:**
VITAL PHARMACEUTICALS, INC.
FLORIDA CORPORATION
1600 NORTH PARK DRIVE
WESTON, FLORIDA 33326

**Filing Correspondent:**
KALINA PAGANO
VITAL PHARMACEUTICALS, INC.
15751 SW 41 STREET, # 300
DAVIE FL 33331

---

Search: 238481711                  **Analyst: SUZY TORRES**                  USPTO Page: 75

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                              IF00005177

ENORMOUSLY POWERFUL.
IMPOSSIBLY SMALL

## ENORMOUSLY POWERFUL. IMPOSSIBLY SMALL

 **Global Filings = 1**

**Status:**  ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 08, 2008

**Goods/Services:**  **International Class 5:** DIETARY SUPPLEMENTS

**Last Reported Owner:**  IOMEDIX DEVELOPMENT INTERNATIONAL SRL
BARBADOS  CORPORATION
THE GROVE, 21 PINE ROAD
BELLEVILLE,ST. MICHAEL, BARBADOS  BB11113

**Chronology:**  **Filed:** NOV 27, 2006          **Serial Number:** 77-050,905
**Published For Opposition:** FEB 12, 2008
**Abandoned:** DEC 08, 2008
**Earliest Date in Record:** NOV 27, 2006  (Filed)

**Ownership Details:**

**Applicant:**  IOMEDIX DEVELOPMENT INTERNATIONAL SRL
BARBADOS  CORPORATION
THE GROVE, 21 PINE ROAD
BELLEVILLE,ST. MICHAEL, BARBADOS  BB11113

**Filing Correspondent:**  HOWARD J. SHIRE, ESQ.
KENYON & KENYON LLP
ONE BROADWAY
NEW YORK NY 10004

**Domestic Representative:** HOWARD J. SHIRE, ESQ.

**Search: 238481711**                    **Analyst: SUZY TORRES**                    **USPTO Page: 76**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005178

IMPOSSIBLE

US-44
Group: Four



## FLAT EARTH IMPOSSIBLY GOOD

**Status:**

ABANDONED
INTENT TO USE

USPTO Status: ABANDONED-NO STATEMENT OF USE FILED
USPTO Status Date: OCT 19, 2009

**Goods/Services:**

**International Class 29:** DIPS; PROCESSED VEGETABLES; SNACK FOOD DIPS; VEGETABLE PASTE; VEGETABLE PUREE; VEGETABLE-BASED SPREADS
**International Class 30:** CRACKERS; READY TO EAT, CEREAL DERIVED FOOD BARS

**Last Reported Owner:**

FRITO-LAY NORTH AMERICA, INC.
DELAWARE CORPORATION
7701 LEGACY DRIVE
PLANO, TEXAS 75024

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| FLAT EARTH IMPOSSIBLY GOOD | USPTO | Page 16 |
| FLAT EARTH IMPOSSIBLY GOOD | USPTO | Page 18 |
| FLAT EARTH IMPOSSIBLY GOOD | USPTO | Page 79 |

**Chronology:**

**Filed:** JUL 12, 2006        **Serial Number:** 78-927,674
**Child Serial Number:** 78-979,313
**Published For Opposition:** DEC 19, 2006
**Abandoned:** OCT 19, 2009
**Earliest Date in Record:** JUL 12, 2006  (Filed)

**Ownership Details:**

**Applicant:**

FRITO-LAY NORTH AMERICA, INC.
DELAWARE CORPORATION
7701 LEGACY DRIVE
PLANO, TEXAS 75024

**Claims:**       COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.
**Design Phrase:**    THE MARK CONSISTS OF A FLYING PIG FIGURE APPEARING ABOVE THE TEXT "FLAT

---

Search: 238481711              **Analyst: SUZY TORRES**              USPTO Page: 77

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005179

IMPOSSIBLE

EARTH IMPOSSIBLY GOOD", ALL ENCLOSED IN A CLOUD-SHAPED DESIGN.

**Filing Correspondent:**   JEANETTE S. ZIMMER
FRITO-LAY NORTH AMERICA, INC.
MAIL STOP 3A-421
7701 LEGACY DRIVE
PLANO TX 75024

Search: 238481711                    **Analyst: SUZY TORRES**                    **USPTO Page: 78**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005180

IMPOSSIBLE

**US-45**
**Group:** Four



## FLAT EARTH IMPOSSIBLY GOOD

**Status:**
ABANDONED
INTENT TO USE

USPTO Status: ABANDONED-NO STATEMENT OF USE FILED
USPTO Status Date: OCT 19, 2009

**Goods/Services:**
**International Class 29:** DIPS; PROCESSED VEGETABLES; SNACK FOOD DIPS; VEGETABLE PASTE; VEGETABLE PUREE; VEGETABLE-BASED SPREADS
**International Class 30:** CRACKERS; READY TO EAT, CEREAL DERIVED FOOD BARS

**Last Reported Owner:**
FRITO-LAY NORTH AMERICA, INC.
DELAWARE CORPORATION
7701 LEGACY DRIVE
PLANO, TEXAS 75024

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| FLAT EARTH IMPOSSIBLY GOOD | USPTO | Page 16 |
| FLAT EARTH IMPOSSIBLY GOOD | USPTO | Page 18 |
| FLAT EARTH IMPOSSIBLY GOOD | USPTO | Page 77 |

**Chronology:**
**Filed:** SEP 06, 2006      **Serial Number:** 78-967,949
**Child Serial Number:** 78-979,347
**Published For Opposition:** DEC 19, 2006
**Abandoned:** OCT 19, 2009
**Earliest Date in Record:** SEP 06, 2006  (Filed)

**Ownership Details:**

**Applicant:**
FRITO-LAY NORTH AMERICA, INC.
DELAWARE CORPORATION
7701 LEGACY DRIVE
PLANO, TEXAS 75024

**Claims:** THE APPLICANT CLAIMS COLOR AS A FEATURE OF THE MARK, NAMELY, RED AND WHITE.
**Design Phrase:** THE MARK CONSISTS OF A WHITE FLYING PIG APPEARING ABOVE WHITE TEXT READING

Search: 238481711                **Analyst:** SUZY TORRES                **USPTO Page:** 79

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                IF00005181

"FLAT EARTH", UNDERNEATH WHICH ARE TWO WHITE STARS ON EITHER SIDE OF WHITE TEXT READING "IMPOSSIBLY GOOD", ALL APPEARING ON A RED CLOUD-SHAPED BACKGROUND.

**Filing Correspondent:** JEANETTE S. ZIMMER
FRITO-LAY NORTH AMERICA, INC.
7701 LEGACY DR MSC 3A-421
PLANO TX 75024-4002

Search: 238481711                     **Analyst: SUZY TORRES**                     **USPTO Page: 80**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005182

IMPOSSIBLE

**US-46**
**Group:** Four



## UNLIMITED PASTABILITIES

**TTAB**

| | |
|---|---|
| **Status:** | ABANDONED |
| | |
| | **USPTO Status:** ABANDONED-AFTER INTER-PARTES DECISION |
| | **USPTO Status Date:** MAY 07, 1996 |
| | |
| **Goods/Services:** | **International Class 30:** FOOD; NAMELY, PASTA AND PASTA SAUCES |
| | **First Used:** MAR 1990 (INTL. CL. 30) |
| | **In Commerce:** OCT 1991 |
| | |
| **Last Reported Owner:** | UNLIMITED PASTABILITIES, INC. |
| | NEW YORK CORPORATION |
| | 901 AVENUE OF THE AMERICAS |
| | BOX #215 |
| | NEW YORK, NEW YORK 10001 |

**Chronology:**

**Filed:** OCT 28, 1991        **Serial Number:** 74-216,610
**Published For Opposition:** APR 04, 1995
**Opposition/Cancellation Filed:** AUG 27, 1992
**Opposition/Cancellation Filed:** AUG 01, 1995
**Date Suspended:** SEP 14, 1992
**Abandoned:** MAY 07, 1996
**Earliest Date in Record:** MAR 1990 (First Used)

## Trademark Trials and Appeal Board (TTAB) Information:

**TTAB**

**Opposition Number:** 91098942
**Outcome:** TERMINATED, MAY 07, 1996

Search: 238481711             **Analyst:** SUZY TORRES             **USPTO Page:** 81

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IMPOSSIBLE

**Plaintiff:**
WILLIAM J. OLIVER AND MARGUERITE B.
OLIVER D/B/A PASTABILITIES

**Mark:** PASTABILITIES
**Registration Number:** 2,028,072
**Serial Number:** 74-269,461
**Correspondent:**
JOSEPH A. DEGRANDI
BEVERIDGE, DEGRANDI, WEILACHER & YOUNG
1850 M STREET, N.W., SUITE 800
WASHINGTON, DC 20036

**Defendant:**
UNLIMITED PASTABILITIES

**Mark:** UNLIMITED PASTABILITIES
**Registration Number:**
**Serial Number:** 74-216,610
**Trademark Defendant Correspondent:**
PAUL SPADARO
UNLIMITED PASTABILITIES
901 AVENUE OF THE AMERICAS BOX #215, 7TH FLOOR
NEW YORK, NY 10001

**TTAB Entry:** #10 BOARD'S DECISION: SUSTAINED, MAY 07, 1996
**TTAB Entry:** #9 TERMINATED, MAY 07, 1996

**Cancellation Action Number:** 92021049
**Outcome:** TERMINATED  FEB 08, 1994

**Plaintiff:**
UNLIMITED PASTABILITIES, INC.

**Mark:** UNLIMITED PASTABILITIES
**Registration Number:**
**Serial Number:** 74-216,610
**Correspondent:**
STEVEN G. MINTZ
SQUADRON, ELLENOFF, PLESENT & LEHRER
551 FIFTH AVENUE
NEW YORK, NY 10176

**Defendant:**
PASTABILITIES FOOD SERVICE CORPORATION

**Mark:** PASTABILITIES
**Registration Number:** 1,424,991
**Serial Number:** 73-345,642
**Trademark Defendant Correspondent:**
PASTABILITIES FOOD SERVICE CORPORATION
1130 ROUTE 46
PARSIPPANY, NJ 07056

**TTAB Entry:** #8 TERMINATED, FEB 08, 1994
**TTAB Entry:** #7 NO COMMISSIONER'S ORDER WILL BE ISSUED, OCT 18, 1993

**Ownership Details:**

**Applicant:**          UNLIMITED PASTABILITIES, INC.
                        NEW YORK  CORPORATION
                        901 AVENUE OF THE AMERICAS
                        BOX #215
                        NEW YORK, NEW YORK  10001

**Filing Correspondent:**  PAUL SPADARO
                           UNLIMITED PASTABILITIES
                           901 AVENUE OF THE AMERICAS
                           BOX #215, 7TH FLOOR

**Search:** 238481711            **Analyst:** SUZY TORRES            **USPTO Page: 82**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                 IF00005184

IMPOSSIBLE

NEW YORK, NY 10001

Search: 238481711                    Analyst: SUZY TORRES                    USPTO Page: 83

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005185

IMPOSSIBLE

**US-47**
Group: Four

## PASTABILITIES

**TTAB**

**Status:** ABANDONED

**USPTO Status:** ABANDONED-AFTER PUBLICATION
**USPTO Status Date:** JUL 26, 1985

**Goods/Services:** International Class 42: RESTAURANT SERVICES
First Used: MAR 29, 1981 (INTL. CL. 42)
In Commerce: MAR 29, 1981

**Last Reported Owner:** PASTABILITIES FOOD SERVICE CORPORATION
NEW JERSEY CORPORATION
1130 RTE. 46
PARSIPPANY, NEW JERSEY 07054

**Chronology:** **Filed:** AUG 25, 1983     **Serial Number:** 73-440,854
**Published For Opposition:** DEC 25, 1984
**Opposition/Cancellation Filed:** JAN 09, 1984
**Abandoned:** JUL 26, 1985
**Earliest Date in Record:** MAR 29, 1981 (First Used)

---

### Trademark Trials and Appeal Board (TTAB) Information:

**TTAB**

**Opposition Number:** 91068718
**Outcome:** TERMINATED, NOV 05, 1986

| **Plaintiff:** | **Defendant:** |
|---|---|
| PASTABILITIES FOOD CORPORATION | THE OLIVE BRANCH |
| | |
| **Mark:** PASTABILITIES | **Mark:** PASTABILITIES |
| **Registration Number:** | **Registration Number:** 1,424,991 |
| **Serial Number:** 73-440,854 | **Serial Number:** 73-345,642 |
| **Correspondent:** | **Trademark Defendant Correspondent:** |
| ROBERT D. FARKAS | JAMES E. STEPHENSON AND |
| 1776 MARTINE AVENUE | GEORGE E. ROLLER |
| SCOTCH PLAINS, NJ 07076 | C/O OLSEN AND STEPHENSON 750 CITY CENTER |
| | BUILDING |
| | ANN ARBOR, MI 48108 |

**TTAB Entry:** #18 BOARD'S DECISION: DISMISSED AS MOOT, NOV 06, 1986
**TTAB Entry:** #17 TERMINATED, NOV 05, 1986

---

### Ownership Details:

---

**Search:** 238481711               **Analyst:** SUZY TORRES               **USPTO Page:** 84

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005186

IMPOSSIBLE

**Applicant:**          PASTABILITIES FOOD SERVICE CORPORATION
                        NEW JERSEY  CORPORATION
                        1130 RTE. 46
                        PARSIPPANY, NEW JERSEY  07054

**Filing Correspondent:**    ROBERT D. FARKAS
                             1776 MARTINE AVE.
                             SCOTCH PLAINS NJ 07076

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005187

IMPOSSIBLE

US-48
Group: Four

PASTABILITIES

TTAB

| | | |
|---|---|---|
| **Status:** | CANCELLED | **Cancellation Section:** 8 |

**USPTO Status:** CANCELLED – SECTION 8
**USPTO Status Date:** FEB 08, 1994

**Goods/Services:**     **International Class 30:** PASTA
**First Used:** SEP 18, 1981  (INTL. CL. 30)
**In Commerce:** NOV 08, 1981

**Last Reported Owner:** PASTABILITIES FOOD SERVICE CORPOATION
NEW JERSEY  CORPORATION
1130 ROUTE 46
PARSIPPANY, NEW JERSEY  07056

**Chronology:**     **Filed:** JAN 15, 1982     **Serial Number:** 73-345,642
**Published For Opposition:** DEC 20, 1983
**Opposition/Cancellation Filed:** AUG 27, 1992
**Opposition/Cancellation Filed:** JAN 09, 1984
**Registered:** JAN 13, 1987     **Registration Number:** 1,424,991
**Cancelled:** AUG 31, 1993
**Earliest Date in Record:** SEP 18, 1981  (First Used)

---

## Trademark Trials and Appeal Board (TTAB) Information:

TTAB

**Opposition Number:** 91068718
**Outcome:** TERMINATED, NOV 05, 1986

| **Plaintiff:** | **Defendant:** |
|---|---|
| PASTABILITIES FOOD CORPORATION | THE OLIVE BRANCH |
| | |
| **Mark:** PASTABILITIES | **Mark:** PASTABILITIES |
| **Registration Number:** | **Registration Number:** 1,424,991 |
| **Serial Number:** 73-440,854 | **Serial Number:** 73-345,642 |
| **Correspondent:** | **Trademark Defendant Correspondent:** |
| ROBERT D. FARKAS | JAMES E. STEPHENSON AND |
| 1776 MARTINE AVENUE | GEORGE E. ROLLER |
| SCOTCH PLAINS, NJ 07076 | C/O OLSEN AND STEPHENSON 750 CITY CENTER |
| | BUILDING |
| | ANN ARBOR, MI 48108 |

**TTAB Entry:** #18 BOARD'S DECISION: DISMISSED AS MOOT, NOV 06, 1986
**TTAB Entry:** #17 TERMINATED, NOV 05, 1986

---

Search: 238481711          **Analyst:** SUZY TORRES          USPTO Page: 86

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005188

IMPOSSIBLE

**Cancellation Action Number:** 92021049
**Outcome:** TERMINATED  FEB 08, 1994

**Plaintiff:**
UNLIMITED PASTABILITIES, INC.

**Mark:** UNLIMITED PASTABILITIES
**Registration Number:**
**Serial Number:** 74-216,610
**Correspondent:**
STEVEN G. MINTZ
SQUADRON, ELLENOFF, PLESENT & LEHRER
551 FIFTH AVENUE
NEW YORK, NY 10176

**Defendant:**
PASTABILITIES FOOD SERVICE CORPORATION

**Mark:** PASTABILITIES
**Registration Number:** 1,424,991
**Serial Number:** 73-345,642
**Trademark Defendant Correspondent:**
PASTABILITIES FOOD SERVICE CORPORATION
1130 ROUTE 46
PARSIPPANY, NJ 07056

**TTAB Entry:** #8 TERMINATED, FEB 08, 1994
**TTAB Entry:** #7 NO COMMISSIONER'S ORDER WILL BE ISSUED, OCT 18, 1993

**Ownership Details:**

**Registrant:**  PASTABILITIES FOOD SERVICE CORPOATION
NEW JERSEY  CORPORATION
1130 ROUTE 46
PARSIPPANY, NEW JERSEY  07056

**Assignee**
PASTABILITIES FOOD SERVICE CORPORATION
1130 ROUTE 46
PARSIPPANY, NEW JERSEY

**Assignor**
PASTABILITIES
MARGUERITE B. OLIVER AND WILLIAM J. OLIVER
PARTNERSHIP
212 EAST KINGSLEY
ANN ARBOR, MICHIGAN
**Acknowledge:** APR 19, 1985

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE
GOODWILL
**Recorded:** AUG 20, 1985
**Reel/Frame:** 0503/0360
**Correspondent:**
ROBERT D. FARKAS
1776 MARTIN AVE.
SCOTCH PLAINS, NJ 07076

Search: 238481711              Analyst: SUZY TORRES              USPTO Page: 87

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005189

IMPOSSIBLE

**Assignee**
PASTABILITIES
MARGURETIE B. OLIVER AND WILLIAM J. OLIVER
#212 KINGSLEY
ARBOR, MICHIGAN, 48104

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE
GOODWILL
**Recorded:** AUG 20, 1985
**Reel/Frame:** 0503/0359
**Correspondent:**
ROBERT D. FARKAS
1776 MARTINE AVE.
SCOTCH PLAINS, NJ 07076

**Assignor**
OLIVE BRANCH, THE
MARGUERITE B. OLIVER AND JOYCE A. HOWATT
PARTNERSHIP
**Acknowledge:** APR 19, 1985

**Filing Correspondent:**   JONATHAN GINSBURG
GINSBURG, FELDMAN AND BRESS, CHARTERED
1250 CONNECTICUT AVENUE, N. W.
WASHINGTON, D. C. 20036

Search: 238481711          **Analyst: SUZY TORRES**          USPTO Page: 88

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005190

IMPOSSIBLE

US-49
Group: Four



## PASTABILITIES

| | |
|---|---|
| **Status:** | ABANDONED<br>INTENT TO USE<br><br>**USPTO Status:** ABANDONED-FAILURE TO RESPOND<br>**USPTO Status Date:** APR 29, 2009 |
| **Goods/Services:** | **International Class 30:** DRIED PASTA; FRESH PASTA; PASTA; PASTA AND NOODLES; PASTA FOR SOUPS; PASTA SALAD; PASTA SAUCE; PASTA SHELLS; PREPARED PASTA; PREPARED ENTREES CONSISTING PRIMARILY OF PASTA OR RICE; PACKAGED MEALS CONSISTING PRIMARILY OF PASTA OR RICE |
| **Last Reported Owner:** | MATTHEW T WOLF<br>UNITED STATES  INDIVIDUAL<br>221 BRAESHIRE DR. UNIT A<br>BALLWIN, MISSOURI  63021 |
| **Chronology:** | **Filed:** JUN 26, 2008          **Serial Number:** 77-508,951<br>**Abandoned:** APR 01, 2009<br>**Earliest Date in Record:** JUN 26, 2008  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | MATTHEW T WOLF<br>UNITED STATES  INDIVIDUAL<br>221 BRAESHIRE DR. UNIT A<br>BALLWIN, MISSOURI  63021 |
| **Claims:** | COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK. |
| **Design Phrase:** | THE MARK CONSISTS OF COMIC SANS WORD ART ELEMENT, WITH WAVE OR "NOODLE LOKE DESIGN". |
| **Filing Correspondent:** | MATTHEW T WOLF<br>221 BRAESHIRE DR APT A<br>BALLWIN, MO 63021-5676 |

Search: 238481711                    **Analyst:** SUZY TORRES                    **USPTO Page:** 89

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005191

IMPOSSIBLE

**US-50**
**Group:** Four



## PASTA BILITIES

| | |
|---|---|
| **Status:** | ABANDONED |
| | **USPTO Status:** ABANDONED-FAILURE TO RESPOND |
| | **USPTO Status Date:** APR 10, 1998 |
| **Goods/Services:** | **International Class 30:** PASTA, PASTA SAUCE, PACKAGED MEAL, CONSISTING ESSEN-TIALLY OF PASTA WITH A SAUCE |
| | **First Used:** APR 01, 1994  (INTL. CL. 30) |
| | **In Commerce:** APR 01, 1994 |
| **Disclaimers:** | "PASTA" |
| **Last Reported Owner:** | SPAGHETTI FACTORY, INC., THE |
| | VIRGINIA  CORPORATION |
| | P. O. BOX 393 |
| | STERLING, VIRGINIA  20167 |
| **Chronology:** | **Filed:** JUN 16, 1994      **Serial Number:** 74-538,435 |
| | **Date Suspended:** FEB 01, 1995 |
| | **Abandoned:** APR 10, 1998 |
| | **Earliest Date in Record:** APR 01, 1994  (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | SPAGHETTI FACTORY, INC., THE |
| | VIRGINIA  CORPORATION |
| | P. O. BOX 393 |
| | STERLING, VIRGINIA  20167 |
| **Filing Correspondent:** | THE SPAGHETTI FACTORY, INC. |
| | P. O. BOX 393 |
| | STERLING, VA 20167 |

| | | |
|---|---|---|
| Search: 238481711 | **Analyst:** SUZY TORRES | USPTO Page: 90 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005192

IMPOSSIBLE

**US-51**
**Group:** Four

## PASTABILITIES

| | |
|---|---|
| **Status:** | ABANDONED |
| | **USPTO Status:** ABANDONED-FAILURE TO RESPOND |
| | **USPTO Status Date:** JUL 29, 1991 |
| **Goods/Services:** | **International Class 30:** PASTA |
| | **First Used:** SEP 18, 1980 (INTL. CL. 30) |
| | **In Commerce:** NOV 08, 1981 |
| **Last Reported Owner:** | WILLIAM J. OLIVER AND MARGUERITE OLIVER |
| | DBA PASTABILITIES |
| | 2892 BAY RIDGE |
| | ANN ARBOR, MICHIGAN 48103 |
| **Chronology:** | **Filed:** AUG 01, 1990        **Serial Number:** 74-083,889 |
| | **Abandoned:** JUL 29, 1991 |
| | **Earliest Date in Record:** SEP 18, 1980 (First Used) |

## Ownership Details:

| | |
|---|---|
| **Applicant:** | WILLIAM J. OLIVER AND MARGUERITE OLIVER |
| | DBA PASTABILITIES |
| | 2892 BAY RIDGE |
| | ANN ARBOR, MICHIGAN 48103 |
| **Filing Correspondent:** | JOSEPH A. DEGRANDI |
| | FEDERAL BAR BUILDING WEST |
| | SUITE 1100 |
| | 1819 H STREET, N.W. |
| | WASHINGTON, DC 20006 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005193

## PASTABILITIES

**Status:** CANCELLED    **Cancellation Section:** 8

**USPTO Status:** CANCELLED – SECTION 8
**USPTO Status Date:** SEP 29, 2007

**Goods/Services:**    **International Class 30:** PASTA
**First Used:** SEP 18, 1980  (INTL. CL. 30)
**In Commerce:** NOV 08, 1981

**Last Reported Owner:** PASTABILITIES ACQUISTION COMPANY
708 STATE CIRCLE
ANN ARBOR, MICHIGAN  48108

**Chronology:**    **Filed:** APR 27, 1992    **Serial Number:** 74-269,501
**Published For Opposition:** OCT 01, 1996
**Registered:** DEC 24, 1996    **Registration Number:** 2,024,765
**Affidavit Section:**   REGISTERED – SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.  MAR 22, 2003

**Cancelled:** NOV 06, 2007
**Earliest Date in Record:** SEP 18, 1980  (First Used)

## Ownership Details:

**Registrant:**    PASTABILITIES ACQUISTION COMPANY
MICHIGAN  LIMITED LIABILITY CO.
708 STATE CIRCLE
ANN ARBOR, MICHIGAN  48108

**Assignee**    **Assignor**
PASTABILITIES ACQUISTION COMPANY    OLIVER, WILLIAM PARTNERSHIP
708 STATE CIRCLE    **Signed:** DEC 15, 2000
ANN ARBOR, MICHIGAN, 48108

**Assignor**
OLIVER, MARQUERITE, D/B/A PASTABILITIES
PARTNERSHIP
**Signed:** DEC 15, 2000

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** DEC 30, 2002
**Reel/Frame:** 2597/0478

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    IF00005194

IMPOSSIBLE

**Correspondent:**
MARK J. EBY
320 N. MAIN ST.
SUITE 300
ANN ARBOR, MI 48104

**Filing Correspondent:**   MARK J. EBY
ELLIS, EBY, CONNER, SMILLIE & BOURQUE, P
320 N. MAIN ST. SUITE 300
ANN ARBOR, MI 48104

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        IF00005195

## possibility water

**POSSIBILITY WATER**

**Status:**            ABANDONED
                       INTENT TO USE

                       **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
                       **USPTO Status Date:** NOV 30, 2007

**Goods/Services:**    **International Class 32:** DRINKING WATER

**Disclaimers:**       "WATER"

**Last Reported Owner:** HILL, JENNIFER
                       UNITED STATES  INDIVIDUAL
                       33 DRIFTWOOD ST.
                       APT. 20
                       MARINA DEL REY, CALIFORNIA  90292

**Chronology:**        **Filed:** JUL 25, 2006          **Serial Number:** 78-937,393
                       **Published For Opposition:** MAR 06, 2007
                       **Abandoned:** NOV 30, 2007
                       **Earliest Date in Record:** JUL 25, 2006  (Filed)

**Ownership Details:**

**Applicant:**         HILL, JENNIFER
                       UNITED STATES  INDIVIDUAL
                       33 DRIFTWOOD ST.
                       APT. 20
                       MARINA DEL REY, CALIFORNIA  90292

**Filing Correspondent:**  JENNIFER HILL
                       33 DRIFTWOOD ST APT 20
                       MARINA DEL REY, CA 90292-7833

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 94

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                      IF00005196



## PASTABILITIES

**Status:**                ABANDONED

                           **USPTO Status:** ABANDONED-FAILURE TO RESPOND
                           **USPTO Status Date:** AUG 28, 1990

**Goods/Services:**        International Class 30: FRESH PASTA PRODUCTS; FETTUCCINI, SPAGHETTI, LINGUINI,
                           RAVIOLI, ROTINI SHELLS, DRY PASTA PRODUCTS; CHILE SPIRALS, MIXED VEGETABLE
                           SPIRALS, MIXED VEGETABLE SHELLS
                           **First Used:** JUN 21, 1984  (INTL. CL. 30)
                           **In Commerce:** JUN 21, 1984

**Last Reported Owner:**   JOSEPH DEFRANCO AND RICHARD KATZ
                           **Composed Of:** JOSEPH DEFRANCO AND RICHARD KATZ, BOTH CITIZENS OF THE USA
                           OREGON  PARTNERSHIP
                           P.O. BOX 567
                           ASHLAND, OREGON  97520

**Chronology:**            **Filed:** AUG 18, 1989        **Serial Number:** 73-819,914
                           **Abandoned:** AUG 28, 1990
                           **Earliest Date in Record:** JUN 21, 1984  (First Used)

## Ownership Details:

**Applicant:**             JOSEPH DEFRANCO AND RICHARD KATZ
                           **Composed Of:** JOSEPH DEFRANCO AND RICHARD KATZ, BOTH CITIZENS OF THE USA
                           OREGON  PARTNERSHIP
                           P.O. BOX 567
                           ASHLAND, OREGON  97520

**Filing Correspondent:**  JOSEPH DEFRANCO AND RICHARD KATZ
                           P.O. BOX 567
                           ASHLAND, OR 97520

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

NUTRITION POSSIBLE

**NUTRITION POSSIBLE**

**Status:**            ABANDONED
                      INTENT TO USE

                      **USPTO Status:** ABANDONED-AFTER PUBLICATION
                      **USPTO Status Date:** JAN 11, 2012

**Goods/Services:**    **International Class 5:** DIETARY AND NUTRITIONAL SUPPLEMENTS; VITAMINS
                      **International Class 44:** PROVIDING A WEB SITE FEATURING INFORMATION ABOUT
                      HEALTH, WELLNESS AND NUTRITION; PROVIDING INFORMATION, NEWS AND
                      COMMENTARY IN THE FIELD OF HEALTH, WELLNESS, AND NUTRITION

**Disclaimers:**       "NUTRITION"

**Last Reported Owner:** WALDEN-HAYS, INC.
                      NEW YORK  CORPORATION
                      PO BOX 1071
                      NEW YORK, NEW YORK  10276

**Chronology:**        **Filed:** JUN 09, 2011          **Serial Number:** 85-342,367
                      **Published For Opposition:** NOV 15, 2011
                      **Abandoned:** JAN 10, 2012
                      **Earliest Date in Record:** JUN 09, 2011  (Filed)

**Ownership Details:**

**Applicant:**         WALDEN-HAYS, INC.
                      NEW YORK  CORPORATION
                      PO BOX 1071
                      NEW YORK, NEW YORK  10276

**Filing Correspondent:** CLAUDIA A. SMITH
                      WHITE & CASE LLP
                      1155 AVENUE OF THE AMERICAS
                      NEW YORK, NY 10036-2711

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          IF00005198

IMPOSSIBLE

**US-56**
**Group:** Four

PROTEIN POSSIBILITIES

## PROTEIN POSSIBILITIES

**Status:**
ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** APR 26, 2010

**Goods/Services:**
International Class 29: PLANT-BASED, PROTEIN-ENRICHED MEAT ALTERNATIVES

**Disclaimers:**
"PROTEIN"

**Last Reported Owner:**
PROTEIN POSSIBILITIES
IOWA  CORPORATION
P.O. BOX 106
ST. CHARLES, IOWA  50240

**Chronology:**
**Filed:** FEB 25, 2009        **Serial Number:** 77-678,574
**Published For Opposition:** JUN 30, 2009
**Abandoned:** APR 26, 2010
**Earliest Date in Record:** FEB 25, 2009  (Filed)

**Ownership Details:**

**Applicant:**
PROTEIN POSSIBILITIES
IOWA  CORPORATION
P.O. BOX 106
ST. CHARLES, IOWA  50240

**Filing Correspondent:**
PROTEIN POSSIBILITIES
PO BOX 106
SAINT CHARLES, IA 50240-0106

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 97

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                IF00005199

POSSIBILITY LIVING VIBRANT LIFE NUTRIENTS

## POSSIBILITY LIVING VIBRANT LIFE NUTRIENTS

| | |
|---|---|
| **Status:** | ABANDONED |
| | **USPTO Status:** ABANDONED–FAILURE TO RESPOND |
| | **USPTO Status Date:** MAY 24, 2006 |
| **Goods/Services:** | **International Class 5:** VITAMINS AND NUTRITIONAL DIETARY FOOD SUPPLEMENTS |
| | **First Used:** MAR 25, 2002  (INTL. CL. 5) |
| | **In Commerce:** MAR 25, 2002 |
| **Last Reported Owner:** | POSSIBILITY LIVING, LLC |
| | CALIFORNIA  LIMITED LIABILITY CO. |
| | 4482 BARRANCA PARKWAY, SUITE 170 |
| | IRVINE, CALIFORNIA  92604 |

**Chronology:**

**Filed:** AUG 16, 2004    **Serial Number:** 76–607,103
**Abandoned:** APR 27, 2006
**Earliest Date in Record:** MAR 25, 2002  (First Used)

## Ownership Details:

| | |
|---|---|
| **Applicant:** | POSSIBILITY LIVING, LLC |
| | CALIFORNIA  LIMITED LIABILITY CO. |
| | 4482 BARRANCA PARKWAY, SUITE 170 |
| | IRVINE, CALIFORNIA  92604 |
| **Filing Correspondent:** | NORMAN ZAFMAN |
| | BLAKELY SOKOLOFF TAYLOR & ZAFMAN |
| | 12400 WILSHIRE BLVD FL 7 |
| | LOS ANGELES CA 90025–1019 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IMPOSSIBLE

**US-58**
**Group:** Four

## POSSIBLY THE MIRACLE FOOD OF THE CENTURY

**Status:** ABANDONED

**USPTO Status:** ABANDONED–FAILURE TO RESPOND
**USPTO Status Date:** DEC 31, 1984

**Goods/Services:** **International Class 29:** IDEAL SNACKS
**First Used:** NOV 22, 1983  (INTL. CL. 29)
**In Commerce:** NOV 22, 1983

**Last Reported Owner:** IDEAL SNACKS, INC.
WASHINGTON  CORPORATION
1010 S.E. EVERETT MALL WAY
SUITE 229
EVERETT, WASHINGTON  98204

**Chronology:** **Filed:** DEC 14, 1983          **Serial Number:** 73–456,956
**Abandoned:** DEC 31, 1984
**Earliest Date in Record:** NOV 22, 1983  (First Used)

## Ownership Details:

**Applicant:** IDEAL SNACKS, INC.
WASHINGTON  CORPORATION
1010 S.E. EVERETT MALL WAY
SUITE 229
EVERETT, WASHINGTON  98204

**Filing Correspondent:** IDEAL SNACKS, INC.
1010 S.E. EVERETT MALL WAY, SUITE 229
EVERETT, WA 98204

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005201

# IMꟼOSSIBLE

IMPOSSIBLE

 **Global Filings = 11**

**Status:**

REGISTERED
SECTION 66(A) (MADRID PROTOCOL) – FILED
SECTION 66(A) (MADRID PROTOCOL) – CURRENT
INTERNATIONAL PRIORITY CLAIMED
NOTICE OF FIRST REFUSAL

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 02, 2011

**Goods/Services:**

**International Class 1:** CHEMICAL PREPARATIONS FOR PHOTOGRAPHY; PHOTOGRAPHIC EMULSIONS; PHOTOGRAPHIC PAPER; PHOTOGRAPHIC SENSITIZERS; GELATINE FOR PHOTOGRAPHIC PURPOSES; SENSITIZED PHOTOGRAPHIC DRY PLATES; CINEMATOGRAPHIC FILM, SENSITIZED BUT NOT EXPOSED; SENSITIZED FILMS, UNEXPOSED; PHOTOGRAPHIC DEVELOPERS; FERROTYPE PHOTOGRAPHIC DRY PLATES; SELF–TONING PHOTOGRAPHIC PAPER
**International Class 9:** CAMERA FILMS, EXPOSED; CINEMATOGRAPHIC FILM, EXPOSED; EDITING APPLIANCES FOR CINEMATOGRAPHIC FILMS; SHUTTER RELEASES FOR PHOTOGRAPHY; DIAPHRAGMS FOR PHOTOGRAPHY; FLASHLIGHTS FOR PHOTOGRAPHY; FLASH–BULBS FOR PHOTOGRAPHY; DARKROOM LAMPS FOR PHOTOGRAPHY; CINEMATOGRAPHIC CAMERAS; TRIPODS FOR CAMERAS; CAMCORDERS; FILTERS FOR PHOTOGRAPHY; SPEED MEASURING APPARATUS FOR PHOTOGRAPHY; CAMERAS FOR PHOTOGRAPHY; SCREENS FOR PHOTOENGRAVING; SCREENS FOR PHOTOGRAPHY; CASES ESPECIALLY MADE FOR PHOTOGRAPHIC APPARATUS AND INSTRUMENTS; STANDS FOR PHOTOGRAPHIC APPARATUS; VIEWFINDERS, PHOTOGRAPHIC; DRYING APPARATUS FOR PHOTOGRAPHIC PRINTS; DRYING RACKS FOR PHOTOGRAPHY; FILTERS FOR ULTRAVIOLET RAYS, FOR PHOTOGRAPHY; SHUTTERS FOR PHOTOGRAPHY; ENLARGING APPARATUS FOR PHOTOGRAPHY; WASHING TRAYS FOR PHOTOGRAPHY; FILM CUTTING APPARATUS FOR PHOTOGRAPHY; PHOTOGRAPHIC SLIDE TRANSPARENCIES; SLIDE PROJECTORS; FRAMES FOR PHOTOGRAPHIC TRANSPARENCIES; BAGS FOR MOBILE TELEPHONES; SUNGLASSES; DIGITAL PICTURE FRAMES
**International Class 16:** TRANSFERS, NAMELY, TRANSFERS OF DEVELOPED PHOTOGRAPHIC DEPICTIONS FROM ORIGINAL EXPOSURE TO OTHER MATERIALS; ALBUMS, NAMELY, PHOTOGRAPHIC ALBUMS; PHOTOGRAPHS; PHOTO–ENGRAVINGS; PHOTOGRAPH STANDS; GRAPHIC REPRODUCTIONS
**International Class 20:** PICTURE FRAMES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005202

**International Class 40**: PHOTOGRAPHIC FILM DEVELOPMENT; PHOTOGRAVURE; PHOTOGRAPHIC PRINTING; PHOTOCOMPOSING SERVICES; PROCESSING OF CINEMATO GRAPHIC FILMS

**Last Reported Owner:**   IMPOSSIBLE B.V.
NETHERLANDS  KAPITALGESELLSCHAFT NACH NIEDERLäNDISCHEN RECHT
NL−7500 AE ENSCHEDE
HOGE BOTHOFSTRAAT 45 , NETHERLANDS

**Chronology:**   **Filed:** MAY 25, 2010         **Serial Number:** 79−084,821
**Published For Opposition:** MAY 17, 2011
**Registered:** AUG 02, 2011      **Registration Number:** 4,004,492
**Earliest Date in Record:** MAR 31, 2010  (International Priority Claimed Date)

**International Trademark Information:**
**International Registration Number:** 1044561
**International Registration Date:** MAY 25, 2010
**International Publication Date:** AUG 12, 2010
**International Renewal Date:** MAY 25, 2020
**Date of Automatic Protection:** FEB 05, 2012
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** AUG 05, 2010
**International Priority Claimed Date:** MAR 31, 2010

**Ownership Details:**

**Registrant:**   IMPOSSIBLE B.V.
NETHERLANDS  KAPITALGESELLSCHAFT NACH NIEDERLäNDISCHEN RECHT
NL−7500 AE ENSCHEDE
HOGE BOTHOFSTRAAT 45 , NETHERLANDS

**Claims:**   COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Filing Correspondent:**   BRUCKMÜLLER ZEITLER RECHTSANWÄLTE GMBH
HUEMERSTRAßE 23
A−4020 LINZ
AUSTRIA

HIGHLY CONFIDENTIAL − ATTORNEYS' EYES ONLY                IF00005203

IMPOSSIBLE

US-60
Group: Five



IMPOSSIBLE

**Status:**          REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUN 11, 2013

**Goods/Services:**   **International Class 37:**  CONSTRUCTION OF ROADS AND HIGHWAYS, PIPELINES, UNDERGROUND STRUCTURES, UTILITIES, TUNNELS, BRIDGES, RAIL TRANSIT, MARINE STRUCTURES, WIND ENERGY FACILITIES; CONSTRUCTION PROJECT MANAGEMENT SERVICES; CRANE RENTAL AND LEASING FOR CONSTRUCTION PURPOSES; DREDGING; RENTAL OF EARTH MOVING EQUIPMENT AND EXCAVATORS
**International Class 40:**  DEMOLITION SERVICES
**International Class 42:**  CIVIL ENGINEERING FOR THE DESIGN OF ROADS AND HIGHWAYS, PIPELINES, UNDERGROUND STRUCTURES, UTILITIES, TUNNELS, BRIDGES, RAIL TRANSIT, MARINE STRUCTURES
**First Used:** MAY 15, 2012  (INTL. CL. 37)
**In Commerce:** JUL 13, 2012
**First Used:** MAY 15, 2012  (INTL. CL. 40)
**In Commerce:** JUL 13, 2012
**First Used:** MAY 15, 2012  (INTL. CL. 42)
**In Commerce:** JUL 13, 2012

**Last Reported Owner:**  JAY CASHMAN, INC.
MASSACHUSETTS  CORPORATION
549 SOUTH STREET
QUINCY, MASSACHUSETTS  02169

**Chronology:**   **Filed:** OCT 09, 2012          **Serial Number:** 85-748,909
**Published For Opposition:** MAR 26, 2013
**Registered:** JUN 11, 2013          **Registration Number:** 4,349,710
**Earliest Date in Record:** MAY 15, 2012  (First Used)

---

Search: 238481711                    **Analyst: SUZY TORRES**                    USPTO Page: 102

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005204

IMPOSSIBLE

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | JAY CASHMAN, INC.<br>MASSACHUSETTS  CORPORATION<br>549 SOUTH STREET<br>QUINCY, MASSACHUSETTS  02169 |
| **Claims:** | COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK. |
| **Design Phrase:** | THE MARK CONSISTS OF A CIRCLE DIVIDED IN THE MIDDLE WITH A LINE. IN THE MIDDLE OF THE CIRCLE IS THE WORD "IMPOSSIBLE" IN BACK OF THE DIVIDING LINE. |
| **Filing Correspondent:** | BENJAMIN N. SPRUILL<br>JAY CASHMAN, INC.<br>549 SOUTH ST<br>QUINCY, MA 02169 |

---

Search: 238481711                    **Analyst: SUZY TORRES**                    USPTO Page: 103

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005205

IMPOSSIBLE

## IMPOSSIBLE

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 18, 2012

**Goods/Services:**    **International Class 25:** CLOTHING, NAMELY, SHIRTS, T–SHIRTS, TANK TOPS
**International Class 41:** PROVIDING A WEBSITE FEATURING INFORMATION IN THE FIELD
OF PERSONAL FITNESS, ENDURANCE ATHLETICS, STORY TELLING, AND ADVENTURE
ACTIVITIES, NAMELY, BUNGEE JUMPING, SKYDIVING, TREKKING, MOUNTAINEERING,
SURFING, AND KITE SURFING
**First Used:** SEP 01, 2011  (INTL. CL. 25)
**In Commerce:** SEP 01, 2011
**First Used:** SEP 01, 2011  (INTL. CL. 41)
**In Commerce:** SEP 01, 2011

**Last Reported Owner:**    RUNYON, JOEL
UNITED STATES  INDIVIDUAL
1231 CHAMPION FOREST COURT
WHEATON, ILLINOIS  60187

**Chronology:**    **Filed:** MAR 23, 2012        **Serial Number:** 85–578,345
**Published For Opposition:** OCT 02, 2012
**Registered:** DEC 18, 2012        **Registration Number:** 4,260,617
**Earliest Date in Record:** SEP 01, 2011  (First Used)

## Ownership Details:

**Registrant:**    RUNYON, JOEL
UNITED STATES  INDIVIDUAL
1231 CHAMPION FOREST COURT
WHEATON, ILLINOIS  60187

**Claims:**    COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.
**Design Phrase:**    THE MARK CONSISTS OF THE STYLIZED WORD "IMPOSSIBLE".

Search: 238481711                **Analyst: SUZY TORRES**                USPTO Page: 104

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                IF00005206

IMPOSSIBLE

**Filing Correspondent:**    J. MICHAEL HURST
KEATING MUETHING & KLEKAMP PLL
1 E 4TH ST STE 1400
CINCINNATI, OH 45202-3752

Search: 238481711                    **Analyst: SUZY TORRES**                    **USPTO Page: 105**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          IF00005207

IMPOSSIBLE

US-62
Group: Five

## IMPOSSIBALL

**Status:**          REGISTERED

                     **USPTO Status:** SECTION 8 & 15 – ACCEPTED AND ACKNOWLEDGED
                     **USPTO Status Date:** NOV 08, 2008

**Goods/Services:**  **International Class 28:** TOY BALLS, NAMELY PLASTIC BALLS, FOAM BALLS AND BALLS
                     HAVING AN ECCENTRIC CENTER OF GRAVITY
                     **First Used:** SEP 01, 2001  (INTL. CL. 28)
                     **In Commerce:** SEP 01, 2001

**Last Reported Owner:**  PLAY VISIONS, INC.
                     WASHINGTON  CORPORATION
                     19180 144TH AVENUE, N.E.
                     WOODINVILLE, WASHINGTON  98072

**Chronology:**      **Filed:** SEP 23, 1999          **Serial Number:** 75-806,175
                     **Published For Opposition:** JAN 23, 2001
                     **Registered:** MAY 06, 2003          **Registration Number:** 2,713,819
                     **Affidavit Section:**   REGISTERED – SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.  NOV 08, 2008

                     **Date Revived/Reinstated:** JAN 28, 2003
                     **Earliest Date in Record:** SEP 23, 1999  (Filed)

## Ownership Details:

**Registrant:**      PLAY VISIONS, INC.
                     WASHINGTON  CORPORATION
                     19180 144TH AVENUE, N.E.
                     WOODINVILLE, WASHINGTON  98072

**Filing Correspondent:**  ERIC A. LAMORTE
                     LAMORTE & ASSOCIATES, P.C.
                     985 READING AVENUE
                     YARDLEY PA 19067-1626

Search: 238481711          **Analyst:** SUZY TORRES          USPTO Page: 106

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          IF00005208

# IMPOSSIBLES

**IMPOSSIBLES**

 Global Filings = 3

| | |
|---|---|
| **Status:** | REGISTERED |
| | **USPTO Status:** SECTION 8 & 15 – ACCEPTED AND ACKNOWLEDGED |
| | **USPTO Status Date:** APR 23, 2012 |
| **Goods/Services:** | **International Class 28:** JIGSAW PUZZLES |
| | **First Used:** 1995 (INTL. CL. 28) |
| | **In Commerce:** 1995 |
| **Last Reported Owner:** | UNIVERSITY GAMES CORPORATION |
| | CALIFORNIA CORPORATION |
| | 2030 HARRISON STREET |
| | SAN FRANCISCO, CALIFORNIA 94110 |

**Chronology:**

**Filed:** MAR 30, 2005        **Serial Number:** 78-598,464
**Published For Opposition:** JAN 17, 2006
**Registered:** APR 11, 2006        **Registration Number:** 3,079,303
**Affidavit Section:**    REGISTERED – SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.  APR 23, 2012

**Earliest Date in Record:** 1995 (First Used)

**Ownership Details:**

**Registrant:**        UNIVERSITY GAMES CORPORATION
CALIFORNIA CORPORATION
2030 HARRISON STREET
SAN FRANCISCO, CALIFORNIA 94110

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Assignee**
UNIVERSITY GAMES CORP.
CALIFORNIA CORPORATION
2030 HARRISON STREET
SAN FRANCISCO, CALIFORNIA, 94110

**Brief:** RELEASE BY SECURED PARTY
**Recorded:** MAY 27, 2008
**Reel/Frame:** 3783/0928
**Correspondent:**
ERIN O'BRIEN
C/O COOLEY GODWARD KRONISH LLP
4401 EASTGATE MALL
SAN DIEGO, CA 92121

**Assignor**
COMERICA BANK TEXAS BANKING ASSOCIATION
**Signed:** MAY 05, 2008

**Assignee**
BANK OF THE WEST
CALIFORNIA BANKING CORPORATION
180 MONTGOMERY STREET, 3RD FLOOR
SAN FRANCISCO, CALIFORNIA, 94104

**Brief:** SECURITY INTEREST
**Recorded:** MAY 02, 2008
**Reel/Frame:** 3771/0250
**Correspondent:**
JOHN KLINE, SENIOR PARALEGAL
MORRISON & FOERSTER LLP, 425 MARKET ST.
SAN FRANCISCO, CA 94105-2482

**Assignor**
UNIVERSITY GAMES CORPORATION
CALIFORNIA CORPORATION
**Signed:** MAY 01, 2008

**Assignee**
COMERICA BANK
MICHIGAN A MICHIGAN BANKING CORPORATION
COMMERICAL LOAN SERVICES DIVISION
2321 ROSECRANS AVE
EL SEGUNDO, CALIFORNIA, 90245

**Brief:** SECURITY INTEREST
**Recorded:** DEC 29, 2006
**Reel/Frame:** 3452/0831

**Assignor**
UNIVERSITY GAMES CORPORATION
CALIFORNIA CORPORATION
**Signed:** NOV 08, 2006

**Search:** 238481711                    **Analyst: SUZY TORRES**                    **USPTO Page: 108**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005210

IMPOSSIBLE

**Correspondent:**
JONI M. THROWER
150 WEST JEFFERSON AVE
SUITE 2500
DETROIT, MI 48226

**Filing Correspondent:**     JOHN M. MCCORMACK
KOLISCH HARTWELL, P.C.
520 SW YAMHILL ST STE 200
PORTLAND OR 97204-1324

---

Search: 238481711                    Analyst: SUZY TORRES                    USPTO Page: 109

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005211

# IMPOSSIBLE

**IMPOSSIBLE**

 **Global Filings = 2**

**Status:** PENDING
INTENT TO USE

**USPTO Status:** REPORT COMPLETED SUSPENSION CHECK – CASE STILL SUSPENDED
**USPTO Status Date:** JUL 09, 2013

**Goods/Services:** **International Class 35:** ON-LINE ADVERTISEMENTS ON A COMPUTER NETWORK; ARRANGING AND CONDUCTING ON-LINE AUCTIONS; EXCHANGE SERVICES, NAMELY, THE ONLINE BARTERING OF GOODS FOR OTHERS; ONLINE SERVICE FOR CONNECTING SOCIAL NETWORK USERS WITH RETAILERS FOR THE PURPOSE OF FACILITATING PURCHASES
**International Class 45:** ON-LINE SOCIAL NETWORKING SERVICES

**Last Reported Owner:** I AM POSSIBLE LIMITED
UNITED KINGDOM PRIVATE LIMITED COMPANY
16000 VENTURA BLVD., STE. 600
ENCINO, CALIFORNIA 91436

**Chronology:** **Filed:** MAR 27, 2012          **Serial Number:** 85-581,471
**Earliest Date in Record:** MAR 27, 2012 (Filed)

**Ownership Details:**

**Applicant:** I AM POSSIBLE LIMITED
UNITED KINGDOM PRIVATE LIMITED COMPANY
16000 VENTURA BLVD., STE. 600
ENCINO, CALIFORNIA 91436

---

**Search:** 238481711          **Analyst:** SUZY TORRES          **USPTO Page:** 110

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IMPOSSIBLE

**Assignee**
FLEET NATIONAL BANK, AS AGENT
MASSACHUSETTS CORPORATION
100 FEDERAL STREET
BOSTON, MASSACHUSETTS, 02110

**Brief:** PATENT COLLATERAL ASSIGNMENT AND
SECURITY AGREEMENT
**Recorded:** FEB 13, 2001
**Reel/Frame:** 2233/0649
**Correspondent:**
BINGHAM DANA LLP
MARION GILIBERTI BARISH, ESQ
150 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

**Other U.S. Registrations:** 2,659,216

**Filing Correspondent:**   JASON J LIBERMAN
THE CORPORATE PRACTICE
16000 VENTURA BLVD STE 600
ENCINO, CA 91436-2753

**Assignor**
BASIC MEASURING INSTRUMENTS
CALIFORNIA CORPORATION
**Signed:** SEP 29, 2000

Search: 238481711            **Analyst: SUZY TORRES**            USPTO Page: 111

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                IF00005213

This page was intentionally left blank.

Search: 238481711                    Analyst: SUZY TORRES                    Page: 112

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005214

IMPOSSIBLE

## State Summary Page

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| | | | **GROUP ONE** | | | | |
| | | | No Group One Matches | | | | |
| | | | **GROUP TWO** | | | | |
| | | | No Group Two Matches | | | | |
| | | | **GROUP THREE** | | | | |
| 1. IMMPUL$ABLES | Renewed | 20, 42 | M & M SALES COMPANY | RN101667 | OH | 116 | ☐ |
| | | | **GROUP FOUR** | | | | |
| 2. IMPOSSIBLES PIZZA | Registered | 43 | MICAH DILCHER | 4077110 | HI | 117 | ☐ |
| 3. MEET ME WHERE ANYTHING'S POSSIBLE | Registered | Multi | STEVEN ADRIAN ALKANA | 42377 | OR | 118 | ☐ |
| 4. THE IMPASTABLE DREAM RESTAURANT | Renewed | 43 | JOHN FORTIN, III | 19940117 | ME | 119 | ☐ |
| 5. ENDLESS PASTABILITIES | Registered | 30, 42 | HEIDI SHEPPARD | N/A | WI | 120 | ☐ |
| 6. ALPASTABILITYS | Expired | 30, 42 | VIRGINIA MARY NEWLIN | 20074 | WA | 121 | ☐ |
| 7. JAVA JOINT "DISCOVER THE POSSIBILITIES OF JAVA . . ." | Expired | 30, 35, 43 | JOE CANNON ARTZ AND MICHAEL LOPEZ | 569917 | LA | 122 | ☐ |
| | | | **GROUP FIVE** | | | | |
| | | | No Group Five Matches | | | | |

Search: 238481711    **Analyst: SUZY TORRES**    State Summary Page: 113

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005215

## ANALYST REVIEW – STATE REPORT

---

Search Information

Type of Search:  **U.S. Full Search**
Mark:            **IMPOSSIBLE**
Goods/Services:  **PROTEIN ? RAW, RESIN AND PROTEINS WHICH MIMIC FOOD; NUTRITIONAL SUPPLEMENTS; BABY FOOD AND FORMULA; PET FOOD; ALL FOOD PRODUCTS WITH A FOCUS ON AGAIN: PROTEINS WHICH MIMIC FOOD, SUCH AS MEAT, POULTRY, EGGS, MILK AND MILK PRODUCTS, INCLUDING YOGURT, YOGURT DRINKS, BUTTER, AND ICE CREAM; EDIBLE OILS AND FATS, FLOUR AND PREPARATIONS, BREAD, PASTRY, CONFECTIONERY, GRAINS, ALL BEVERAGE PRODUCTS WITH A FOCUS ON: PROTEIN SHAKES/SMOOTHIES, JUICES, COFFEE, TEA, WATER, NON~ALCOHOLIC DRINKS, ALCOHOLIC DRINKS**

---

Data Information

This search report covers State Trademark data updated on **09/20/2013**. While we make diligent efforts to secure timely updates from each state, the currentness of trademark information varies by state. See the chart below for the dates of most recent registration for each state.

| STATE NAME | | REGISTRATIONS THROUGH | STATE NAME | | REGISTRATIONS THROUGH |
|---|---|---|---|---|---|
| ALABAMA | + | 08/27/2013 | MONTANA | + | 08/23/2013 |
| ALASKA | + | 06/27/2013 | NEBRASKA | + | 03/31/2013 |
| AMERICAN SAMOA | | 03/29/2005 | NEVADA | + | 08/31/2013 |
| ARIZONA | + | 09/15/2012 | NEW HAMPSHIRE | + | 07/07/2004 |
| ARKANSAS | | 08/31/2013 | NEW JERSEY | + | 07/31/2013 |
| CALIFORNIA | + | 04/30/2013 | NEW MEXICO | + | 07/31/2013 |
| COLORADO | + | 07/30/2013 | NEW YORK | + | 05/23/2013 |
| CONNECTICUT | + | 05/15/2013 | NORTH CAROLINA | | 07/26/2013 |
| DELAWARE | + | 06/30/2013 | NORTH DAKOTA | + | 07/31/2013 |
| FLORIDA | + | 08/31/2013 | OHIO | | 05/31/2011 |
| GEORGIA | + | 08/31/2013 | OKLAHOMA | + | 01/02/2013 |
| HAWAII | + | 08/31/2013 | OREGON | + | 05/31/2013 |
| IDAHO | | 07/31/2013 | PENNSYLVANIA | | 09/30/2011 |
| ILLINOIS | | 07/31/2013 | *PUERTO RICO | | 12/15/2008 |
| INDIANA | + | 06/24/2013 | RHODE ISLAND | + | 06/28/2013 |
| IOWA | + | 08/31/2013 | SOUTH CAROLINA | + | 03/26/2013 |
| KANSAS | + | 08/31/2013 | SOUTH DAKOTA | + | 06/30/2013 |
| KENTUCKY | + | 06/21/2013 | TENNESSEE | + | 06/28/2013 |
| LOUISIANA | + | 08/31/2013 | TEXAS | + | 02/14/2013 |
| MAINE | + | 07/10/2012 | UTAH | + | 05/21/2013 |
| MARYLAND | | 06/15/2012 | VERMONT | + | 05/16/2013 |
| MASSACHUSETTS | + | 07/31/2013 | VIRGINIA | + | 04/30/2013 |
| MICHIGAN | | 12/31/2012 | WASHINGTON | + | 04/03/2013 |
| MINNESOTA | + | 08/31/2013 | WEST VIRGINIA | + | 05/10/2013 |
| MISSISSIPPI | + | 12/07/2009 | WISCONSIN | + | 05/29/2013 |
| MISSOURI | + | 06/27/2013 | WYOMING | + | 08/31/2013 |

Not Renewed: A state trademark record receives a status of "Not Renewed" when the deadline to renew the trademark has passed and the applicable state trademark office has not sent a notice of renewal.

+ Indicates that our trademark database for this state contains images, packaging samples and specimens of use filed with trademark applications.

* Because of the manual nature of data collection for Puerto Rico, we are unable to guarantee that all records through the coverage date are included.

Search: 238481711                    Analyst: SUZY TORRES                    State Review Page: 114

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IMPOSSIBLE

Analyst Information

Name:          **SUZY TORRES**
Comments:      **The queries listed below retrieved** <u>133</u> **potential references from the database. After careful review and analysis I have selected** <u>7</u> **records for your review.**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                        IF00005217

IMPOSSIBLE

ST-1
**Group:** Three

**IMMPUL$ABLES**

| | |
|---|---|
| **State:** | OHIO |
| **Status:** | RENEWED |
| **Mark Type:** | TRADE NAME |
| **Date Registered:** | MAY 28, 1987 |
| **Registration No.:** | RN101667 |
| **Renewed:** | FEB 09, 2007 |
| **Goods/Services:** | **International Class:  Classes Not Available**<br>GOODS/SERVICES NOT LISTED |
| **Registrant:** | M & M SALES COMPANY<br>COMPANY<br>2529 E MAIN ST<br>COLUMBUS, OHIO 43209 |
| **Renewed To:** | M & M SALES COMPANY<br>COMPANY<br>2529 E MAIN ST<br>COLUMBUS, OHIO 43209 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                  IF00005218

IMPOSSIBLE

ST-2
**Group:** Four

**IMPOSSIBLES PIZZA**

**State:**                HAWAII

**Status:**               REGISTERED
**Mark Type:**            TRADE NAME
**Date Registered:**      SEP 23, 2009
**Registration No.:**     4077110


**Goods/Services:**       **International Class:  43**
                          PIZZERIA

**Registrant:**           MICAH DILCHER
                          59-798 KAMEHAMEHA HWY #A1
                          HALEIWA, HAWAII 96712

Search: 238481711                    **Analyst: SUZY TORRES**                    State Page: 117

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                IF00005219

IMPOSSIBLE

ST–3
**Group:** Four

## MEET ME WHERE ANYTHING'S POSSIBLE

| | |
|---|---|
| **State:** | OREGON |
| **Status:** | REGISTERED |
| **Date Registered:** | AUG 29, 2012 |
| **Registration No.:** | 42377 |

**Goods/Services:**
**International Class: 13, 15, 16, 25, 26, 30, 32, 33, 35, 41, 42**
CD ALBUM, OPERA CLOTHES, T–SHIRTS, HATS, MUGS, PACKAGING, DISPLAY HOLDERS, FOOD, FIREWORKS, FIREARMS, COFFEE & TEA, BEER,WINE SPIRITS, FOOTWARE, STATIONARY
**State Class:** 113,115,116,125,126,130,132,133,135,141,142
**First Use In State:** JAN 23, 2012     **First Use Anywhere:** JAN 23, 2012

**Registrant:**
STEVEN ADRIAN ALKANA
INDIVIDUAL
1865 SW FILMONT AVE
PORTLAND, OREGON 97225

**Manner Of Display:**
ON GOODS, ON CONTAINERS, ON CD'S ON THEATRICAL PRODUCTIONS, MOVIES AND MUSIC VIDEOS

**Filing Correspondent:**
STEVEN ADRIAN ALKANA
1865 SW FILMONT AVE
PORTLAND, OREGON 97225

---

Search: 238481711                    Analyst: SUZY TORRES                    State Page: 118

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005220

IMPOSSIBLE

ST-4
Group: Four

## THE IMPASTABLE DREAM RESTAURANT

**State:**              MAINE

**Status:**             RENEWED
**Date Registered:**    NOV 29, 1993
**Registration No.:**   19940117
**Renewed:**            NOV 24, 2003

**Goods/Services:**     **International Class: 43**
                        RESTAURANT (LUNCH & DINNERS) – PASTA
                        **First Use In State:** MAY 15, 1993

**Registrant:**         JOHN FORTIN, III
                        INDIVIDUAL
                        P. O. BOX 1532
                        OGUNQUIT, MAINE 03907

**Renewed To:**         JOHN FORTIN, III
                        P. O. BOX 1532
                        OGUNQUIT, MAINE 03907

**Manner Of Display:**  MENUS, SIGNAGE, ADVERTISING & LEGAL DOCUMENTS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005221

IMPOSSIBLE

ST–5
Group: Four

## ENDLESS PASTABILITIES

**State:**              WISCONSIN

**Status:**             REGISTERED
**Mark Type:**          TRADE NAME
**Date Registered:**    MAR 09, 1988

**Goods/Services:**     **International Class: 30, 42**
                        WHOLESALE & RETAIL SALE OF PASTA
                        **First Use In State:** FEB 15, 1988     **First Use Anywhere:** FEB 15, 1988

**Registrant:**         HEIDI SHEPPARD
                        SOLE PROPRIETOR
                        1132 SPAIGHT ST.
                        MADISON, (DANE CO.) WISCONSIN 53703
                        TEL: 608–251–4583

**Assignment Date:** JUN 26, 1991

| **Assignee** | **Assignor** |
|---|---|
| ROBYN G. ENNIS SOLE PROPRIETOR | HEIDI SHEPPARD |
| 119 SOUTH MAIN STREET | 600 S. BREARLY |
| VERONA, VERONA WISCONSIN 53593 | MADISON, DANE WISCONSIN 53703 |

Search: 238481711                 Analyst: SUZY TORRES                 State Page: 120

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                IF00005222

IMPOSSIBLE

ST-6
**Group:** Four

## ALPASTABILITYS

| | |
|---|---|
| **State:** | WASHINGTON |
| **Status:** | EXPIRED |
| **Date Registered:** | SEP 21, 1990 |
| **Registration No.:** | 20074 |
| **Expiration Date:** | SEP 21, 2000 |

**Goods/Services:** **International Class:** 30, 42
WHOLESALE AND RETAIL SALE OF PASTA SAUCES.
**State Class:** 42
**First Use In State:** JUN 29, 1990    **First Use Anywhere:** JUN 29, 1990

**Registrant:** VIRGINIA MARY NEWLIN
916 3RD AVE., A 304
KIRKLAND, WASHINGTON 98033
TEL: 206-889-9087

**Manner Of Display:** APPLIED TO TAGS OR LABELS ACCOMPANYING THE GOODS, TO CONTAINERS FOR THE
GOODS AND SHOWN ON DISPLAYS ASSOCIATED WITH THE GOODS.

---

**Search:** 238481711 **Analyst:** SUZY TORRES **State Page:** 121

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005223

IMPOSSIBLE

ST–7
Group: Four

## JAVA JOINT "DISCOVER THE POSSIBILITIES OF JAVA . . ."

| | |
|---|---|
| **State:** | LOUISIANA |
| **Status:** | EXPIRED |
| **Date Registered:** | MAR 19, 2001 |
| **Registration No.:** | 569917 |
| **Expiration Date:** | MAR 19, 2011 |

**Goods/Services:** International Class: 30, 35, 43
COFFEE HOUSE – SPECIALTY COFFEE, RETAIL, BAKED GOODS
**First Use In State:** AUG 01, 2000    **First Use Anywhere:** AUG 01, 2000

**Design Phrase:** THE FONT "MATISSE ITC" IS USED THROUGHOUTIN BOLD TYPE; SIX LINES OF TYPE ARE USED TO CREATE THIS LOGOTHE FIRST LINE CONTAINS THE WORDS "DISCOVER THE" IN BLACK TYPE; THE SECOND LINE CONTAINS THE WORDS "POSSIBILITIES OF JAVA . . ." IN BLACK TYPE WITH THREE PERIODS (SEE ORIGINAL)

**Registrant:** JOE CANNON ARTZ AND MICHAEL LOPEZ
502 TUNICA DRIVE EAST
MARKSVILLE, LOUISIANA 71351

Search: 238481711    Analyst: SUZY TORRES    State Page: 122

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    IF00005224

# ANALYST REVIEW – WEB COMMON LAW REPORT

## Search Information

Type of Search:   **U.S. Full Search**
Mark:   **IMPOSSIBLE**
Goods/Services:   PROTEIN – RAW, RESIN AND PROTEINS WHICH MIMIC FOOD; NUTRITIONAL SUPPLEMENTS; BABY FOOD AND FORMULA; PET FOOD; ALL FOOD PRODUCTS WITH A FOCUS ON AGAIN: PROTEINS WHICH MIMIC FOOD, SUCH AS MEAT, POULTRY, EGGS, MILK AND MILK PRODUCTS, INCLUDING YOGURT, YOGURT DRINKS, BUTTER, AND ICE CREAM; EDIBLE OILS AND FATS, FLOUR AND PREPARATIONS, BREAD, PASTRY, CONFECTIONERY, GRAINS, ALL BEVERAGE PRODUCTS WITH A FOCUS ON: PROTEIN SHAKES/SMOOTHIES, JUICES, COFFEE, TEA, WATER, NON–ALCOHOLIC DRINKS, ALCOHOLIC DRINKS

## Data Information

Our Analysts search against the top search engines to find and report examples of potentially conflicting marks, and include snapshots and links to the Web page(s) on which the reference was found.

Your Web Common Law report may also include a focused search against targeted industry websites, chosen to enhance the web coverage for your specific goods and services.

## Important Notices

Due to the dynamic nature of the Web, citations may become available or unavailable at any time. The search results included in this section are a sampling of the information available at the time of the preparation of this search report, and are not a comprehensive representation of all Web sites. Any of the citations included in your search report may become unavailable at any time following the preparation of this report. Additionally, please be aware that we do not filter Web content, which makes it possible that your Web Common Law citation may include objectionable material.

## Analyst Information

Name:   **Wayne Fitzpatrick**
Comments:

## Search Strategy

Query

"IMPOSSIBLE" OR "MPOSSIBLE" OR "POSSIBLE" OR "IMPOSSIBILITY" site:newproductsonline.com OR site:refrigeratedfrozenfood.com

"IMPOSSIBLE" OR "MPOSSIBLE" OR "POSSIBLE" OR "IMPOSSIBILITY" site:food411.com

http://namechk.com/

+"IMPOSSIBLE" PROTEIN OR PROTEINS OR RESIN OR FOOD OR SUPPLEMENTS OR NUTRITIONAL OR NUTRITION OR FORMULA OR PET OR FOOD OR MEAT OR POULTRY OR EGGS OR MILK OR YOGURT OR DRINKS OR BUTTER OR EDIBLE OR ICE OR CREAM OR BREAD OR PASTRY OR BEVERAGES OR ALCOHOLIC

+"IMPOSSIBLE"

+"eMPOSSIBLE" PROTEIN OR PROTEINS OR RESIN OR FOOD OR SUPPLEMENTS OR NUTRITIONAL OR NUTRITION OR FORMULA OR PET OR FOOD OR MEAT OR POULTRY OR EGGS OR MILK OR YOGURT OR DRINKS OR BUTTER OR EDIBLE OR ICE OR CREAM OR BREAD OR PASTRY OR BEVERAGES OR ALCOHOLIC

+"MPOSSIBLE" PROTEIN OR PROTEINS OR RESIN OR FOOD OR SUPPLEMENTS OR NUTRITIONAL OR NUTRITION OR FORMULA OR PET OR FOOD OR MEAT OR POULTRY OR EGGS OR MILK OR YOGURT OR DRINKS OR BUTTER OR EDIBLE OR ICE OR CREAM OR BREAD OR PASTRY OR BEVERAGES OR ALCOHOLIC

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005225

IMPOSSIBLE

Search Strategy

Query

+"POSSIBLE" PROTEIN OR PROTEINS OR RESIN OR FOOD OR SUPPLEMENTS OR NUTRITIONAL OR NUTRITION OR FORMULA OR PET OR FOOD OR MEAT OR POULTRY OR EGGS OR MILK OR YOGURT OR DRINKS OR BUTTER OR EDIBLE OR ICE OR CREAM OR BREAD OR PASTRY OR BEVERAGES OR ALCOHOLIC

+"IMPOSSIBILITY" PROTEIN OR RESIN OR FOOD OR SUPPLEMENTS OR NUTRITIONAL OR NUTRITION OR FORMULA OR PET OR FOOD OR MEAT OR POULTRY OR EGGS OR MILK OR YOGURT OR DRINKS OR BUTTER OR EDIBLE OR ICE OR CREAM OR BREAD OR PASTRY OR BEVERAGES OR ALCOHOLIC

+"IMPOSSIBILY" PROTEIN OR RESIN OR FOOD OR SUPPLEMENTS OR NUTRITIONAL OR NUTRITION OR FORMULA OR PET OR FOOD OR MEAT OR POULTRY OR EGGS OR MILK OR YOGURT OR DRINKS OR BUTTER OR EDIBLE OR ICE OR CREAM OR BREAD OR PASTRY OR BEVERAGES OR ALCOHOLIC

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005226

## Web Common Law Summary

| Record Number | URL | Web Page Title | Page |
|---|---|---|---|
| 1. | https://www.the-impossible-project.com/ | Impossible. Analog Instant Film and Cameras. | 126 |
| 2. | http://impossiblehq.com/ | Impossible HQ \| Push Your Limits, Do The Impossible | 127 |
| 3. | http://www.foodnetwork.com/restaurant-impossible/index.html | Restaurant: Impossible : Robert Irvine : Food Network | 128 |
| 4. | http://impossiblenutrition.com/ | Impossible Nutrition | 129 |
| 5. | http://www.food.com/recipe/impossible-pie-424705 | Impossible Pie Recipe – Food.com – 424705 | 130 |
| 6. | http://www.cooks.com/recipe/qs9kt3sg/impossible-seafood-pie.html | Impossible Seafood Pie – Recipe – Cooks.com | 131 |
| 7. | http://www.showbizspy.com/article/60040/dinner-impossible-chef-fired-by-the-food-network.html | Dinner Impossible chef fired by the Food Network | 132 |
| 8. | http://queenbeecoupons.com/food-network-paint-the-impossible-sweepstakes-win-a-trip-to-the-newest-restaurant-impossible-location-more/ | Food Network Paint the Impossible Sweepstakes Win a trip to the newest Restaurant Impossible location & more! | 133 |
| 9. | http://www.mrfood.com/Pie/Impossible-Chocolate-Cream-Pie-3137/ct/1 | Impossible Chocolate Cream Pie \| mrfood.com | 134 |
| 10. | http://baking.food.com/recipe/impossible-brownie-pie-107238 | Impossible Brownie Pie Recipe – Baking.Food.com – 107238 | 135 |
| 11. | http://www.myfitnesspal.com/food/calories/homemade-impossible-tuna-pie-3534539 | Calories in Homemade Impossible Tuna Pie – Calories and Nutrition Facts \| MyFitnessPal.com | 136 |
| 12. | http://possiblemissionbelieve.blogspot.com/2013/03/food-prep-sunday.html | Mission I'mPOSSIBLE: Food Prep Sunday | 137 |
| 13. | http://www.manta.com/c/mxjqrdq/i-mpossible | I'mpossible – Maywood, Illinois (IL) \| Company Profile | 138 |
| 14. | http://www.merchantcircle.com/business/Impossible.301-309-2457 | I'mpossible, Olney MD 20832 | 139 |
| 15. | http://www.syscopossible.com/ | Sysco Possible – Home | 140 |

Search: 238481711        Analyst: WAYNE FITZPATRICK        Web Common Law Summary Page: 125

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005227

**Retrieved as part of your Food Coverage**

https://www.the-impossible-project.com/

 Impossible

- Shop
- Film
    - Film for Polaroid 600-Type Cameras
    - Film for Polaroid SX-70-Type Cameras
    - Film for Polaroid Image/Spectra Cameras
    - Film for Impossible Cameras
    - Film for 8x10 Cameras/Backs
    - Dry Age Kit
    - Film Editions
- Camera
    - Polaroid 600-Type Cameras

**Please Note: The section below appears further down on the actual Web site.**

The Impossible Project Spaces

Learn More

‹ ›

# The Impossible Project



Cited Term

We produce films, cameras and accessories for Analog Instant Photography. This easy to understand beginner's guide will bring you up to speed in no time. Learn more

[x] Getting Started

## Blog

[x] Open House in the Impossible Factory

### Open House in the Impossible Factory

September 2, 2013

Are you ready to explore the place where instant film is produced?....

View more events

## Events

https://www.the-impossible-project.com/

Search: 238481711        Analyst: WAYNE FITZPATRICK        Web Common Law Page: 126

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005228

**Retrieved as part of your Food Coverage**

http://impossiblehq.com/



# Welcome To Impossible HQ

Ready to push your limits, challenge yourself and do the impossible? Here's how you can get started.

- Start By Reading The Blog
- Download The Impossible Manifesto
- Get Your Impossible Gear
- Do Something Impossible

If you want to figure out what this is all about, here are some resources to help you do so:

- Cold Shower Therapy
- How To Start A Blog: The Definitive Guide

Welcome To Impossible HQ

http://impossiblehq.com/

http://www.foodnetwork.com/restaurant-impossible/index.html



http://impossiblenutrition.com/



http://impossiblenutrition.com/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005231

**http://www.food.com/recipe/impossible-pie-424705**



**http://www.food.com/recipe/impossible-pie-424705**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

http://www.cooks.com/recipe/qs9kt3sg/impossible-seafood-pie.html



http://www.cooks.com/recipe/qs9kt3sg/impossible-seafood-pie.html

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



http://www.showbizspy.com/article/60040/dinner-impossible-chef-fired-by-the-food-network.html

## Dinner Impossible chef fired by the Food Network

Posted by

Friday February 29, 2008

The tough-talking British chef who cooked up a story about designing Prince Charles and Princess Diana's wedding cake has been fired from his US TV show.

After it was discovered that Dinner Impossible star Irvine lied about his credentials — including having designed Diana's wedding cake — Food Network bosses investigated the situation.

And now they have revealed they have given Irvine the chop and have not renewed his contract.

A statement from Food Network said: "We have not renewed Robert's contract for future seasons and will be looking for a replacement host."

Irvine has apologized for his actions, saying: "I was wrong to exaggerate in statements related to my experiences regarding the Royal Family."

Irvine pretends to be a slick super-spy in the opening titles to hit series 'Dinner: Impossible', which promise viewers: "What you are about to see…is real."

A voiceover introduces his cooking missions by saying: "Robert has tackled some of the toughest culinary challenges in the world — but can he conquer this one?"

http://www.showbizspy.com/article/60040/dinner-impossible-chef-fired-by-the-food-network.html

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005234

http://queenbeecoupons.com/food-network-paint-the-impossible-sweepstakes-win-a-trip-to-the-newest-restaurant-impossible-location-more/

bee-ginners   coupons   online deals   store deals   recip

Bee More. Spend Less!

QueenBee COUPONS

Quick Links to Savings!   ALBERTSONS   AMAZON   COSTCO   FRED MEYER   QFC   SAFEWAY   TARGET   WINCO

Cited Term

# Food Network "Paint the Impossible" Sweepstakes – Win a trip to the newest 'Restaurant Impossible' location & more!

August 15, 2013



Win a trip to the newest 'Restaurant Impossible' location and a $500 Sherwin-Williams gift card!

WHERE TO ENTER ::

- Head over to the Food Network Sweepstakes page.

http://queenbeecoupons.com/food-network-paint-the-impossible-sweepstakes-win-a-trip-to-the-newest-restaurant-impossible-location-more/

Search: 238481711        Analyst: WAYNE FITZPATRICK                  Web Common Law Page: 133

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005235



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005236

http://baking.food.com/recipe/impossible-brownie-pie-107238



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                      IF00005237

IMPOSSIBLE

WCL-11
Web Common Law



http://www.myfitnesspal.com/food/calories/homemade-impossible-tuna-pie-3534539

**myfitnesspal**

| ABOUT | FOOD | EXERCISE | APPS | BLOG | COMMUNITY |

Millions of people have lost weight using MyFitnessPal, the world's largest nutritional database counter — get it now, completely FREE!

✔ **Doctor recommended** studies show that diet journals are essential for weight loss.

Please Note: The section below appears further down on the actual Web site.

life..."

Cassie Bailey
(superstarcassie)

**Read more success stories**

## Calories in Homemade Impossible Tuna Pie

**Nutrition Facts**

Homemade - Impossible Tuna Pie

Search our food database by name:

Cited Term

Search

| Servings: 1 | 1/8 slice | |
|---|---|---|

| Calories | 118 | Sodium | 0 mg |
|---|---|---|---|
| Total Fat | 2 g | Potassium | 0 mg |
| Saturated | 0 g | Total Carbs | 8 g |
| Polyunsaturated | 0 g | Dietary Fiber | 0 g |
| Monounsaturated | 0 g | Sugars | 0 g |
| Trans | 0 g | Protein | 13 g |
| Cholesterol | 0 mg | | |

| Vitamin A | 0% | Calcium | 0% |
|---|---|---|---|
| Vitamin C | 0% | Iron | 0% |

*Percent Daily Values are based on a 2000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

http://www.myfitnesspal.com/food/calories/homemade-impossible-tuna-pie-3534539

Search: 238481711          Analyst: WAYNE FITZPATRICK          Web Common Law Page: 136

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          IF00005238

http://possiblemissionbelieve.blogspot.com/2013/03/food-prep-sunday.html



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005239

http://www.manta.com/c/mxjqrdq/i-mpossible



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                        IF00005240

http://www.merchantcircle.com/business/Impossible.301-309-2457



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005241

IMPOSSIBLE

WCL−15
Web Common Law

http://www.syscopossible.com/



http://www.syscopossible.com/

Search: 238481711        Analyst: WAYNE FITZPATRICK                    Web Common Law Page: 140

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                           IF00005242

IMPOSSIBLE

## Common Law Database Summary Page

| Citation | Class(es) | Owner | Source | Page | Record of Interest |
|---|---|---|---|---|---|
| | | | **GROUP ONE** | | |
| | | | No Group One Matches | | |
| | | | **GROUP TWO** | | |
| | | | No Group Two Matches | | |
| | | | **GROUP THREE** | | |
| | | | No Group Three Matches | | |
| | | | **GROUP FOUR** | | |
| | | | No Group Four Matches | | |
| | | | **GROUP FIVE** | | |
| | | | No Group Five Matches | | |

Search: 238481711          Analyst: SUZY TORRES          Common Law/Database Summary Page: 141

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005243

IMPOSSIBLE

## ANALYST REVIEW – COMMON LAW DATABASE REPORT

**Search Information**

| | |
|---|---|
| Type of Search: | **U.S. Full Search** |
| Mark: | **IMPOSSIBLE** |
| Goods/Services: | **PROTEIN – RAW, RESIN AND PROTEINS WHICH MIMIC FOOD; NUTRITIONAL SUPPLEMENTS; BABY FOOD AND FORMULA; PET FOOD; ALL FOOD PRODUCTS WITH A FOCUS ON AGAIN: PROTEINS WHICH MIMIC FOOD, SUCH AS MEAT, POULTRY, EGGS, MILK AND MILK PRODUCTS, INCLUDING YOGURT, YOGURT DRINKS, BUTTER, AND ICE CREAM; EDIBLE OILS AND FATS, FLOUR AND PREPARATIONS, BREAD, PASTRY, CONFECTIONERY, GRAINS, ALL BEVERAGE PRODUCTS WITH A FOCUS ON: PROTEIN SHAKES/SMOOTHIES, JUICES, COFFEE, TEA, WATER, NON–ALCOHOLIC DRINKS, ALCOHOLIC DRINKS** |

**Data Information**

Please refer to the following link for a representative listing of our common law sources.
http://trademarks.thomsonreuters.com/commonlaw

**Analyst Information**

| | |
|---|---|
| Name: | **SUZY TORRES** |
| Comments: | **The queries listed below retrieved 49 potential references from the database. After careful review and analysis I have selected 0 records for your review.** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005244

IMPOSSIBLE

No pertinent references found.

Search: 238481711                    Analyst: SUZY TORRES          Common Law/Database Page: 143

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    IF00005245

This page was intentionally left blank.

Search: 238481711                    Analyst: SUZY TORRES                    Page: 144

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005246

IMPOSSIBLE

**Business Name Database Summary Page**

| Citation | SIC Code | Description | D-U-N-S® Number | Page | Record of Interest |
|---|---|---|---|---|---|
| | | **GROUP ONE** | | | |
| 1. I'MPOSSIBLE | | | 078343414/D&B | 148 | ☐ |
| | 51490602 | HEALTH FOODS | | | |
| | 51490603 | NATURAL AND ORGANIC FOODS | | | |
| | 79910000 | PHYSICAL FITNESS FACILITIES | | | |
| | 82490200 | BUSINESS TRAINING SERVICES | | | |
| | 83310000 | JOB TRAINING AND RELATED SERVICES | | | |
| | | **GROUP TWO** | | | |
| | | No Group Two Matches | | | |
| | | **GROUP THREE** | | | |
| | | No Group Three Matches | | | |
| | | **GROUP FOUR** | | | |
| 2. IMPOSSIBLE FACTORY | | | 014467363/D&B | 148 | ☐ |
| | 73899999 | HOME-BASED BUSINESS, NO FURTHER INFORMATION AVAILABLE | | | |
| 3. IMPOSSIBLE THINGS | | | 618211051/D&B | 148 | ☐ |
| | 73899999 | HOME-BASED BUSINESS, NO FURTHER INFORMATION AVAILABLE | | | |
| 4. IMPOSSIBLE ENTERPRISES | | | 142111009/D&B | 149 | ☐ |
| | 51999923 | VARIETY STORE MERCHANDISE | | | |
| 5. CATERING IMPOSSIBLE | | | 049683094/D&B | 149 | ☐ |
| | 58129903 | CATERERS | | | |
| 6. BURGER IMPOSSIBLE | | | 026086999/D&B | 149 | ☐ |
| | 58120308 | "FAST-FOOD RESTAURANT, INDEPENDENT" | | | |
| | | **GROUP FIVE** | | | |
| | | No Group Five Matches | | | |

Search: 238481711          Analyst: SUZY TORRES          Common Law/Business Name Page: 145

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005247

IMPOSSIBLE

## ANALYST REVIEW – COMMON LAW/BUSINESS NAME REPORT

Search Information

Type of Search:  **U.S. Full Search**
Mark:  **IMPOSSIBLE**
Goods/Services:  **PROTEIN – RAW, RESIN AND PROTEINS WHICH MIMIC FOOD; NUTRITIONAL SUPPLEMENTS; BABY FOOD AND FORMULA; PET FOOD; ALL FOOD PRODUCTS WITH A FOCUS ON AGAIN: PROTEINS WHICH MIMIC FOOD, SUCH AS MEAT, POULTRY, EGGS, MILK AND MILK PRODUCTS, INCLUDING YOGURT, YOGURT DRINKS, BUTTER, AND ICE CREAM; EDIBLE OILS AND FATS, FLOUR AND PREPARATIONS, BREAD, PASTRY, CONFECTIONERY, GRAINS, ALL BEVERAGE PRODUCTS WITH A FOCUS ON: PROTEIN SHAKES/SMOOTHIES, JUICES, COFFEE, TEA, WATER, NON–ALCOHOLIC DRINKS, ALCOHOLIC DRINKS**

Data Information

**DUN & BRADSTREET®** records, compiled from their marketing, credit and business investigation lists contains:

    –name of the business
    –secondary or "DBA" name, if applicable
    –city, state, zip code, and telephone number
    –D–U–N–S® number
    –up to six SIC codes & corresponding description of goods/services.
    –sales volume

**LAST D&B UPDATE**            08/31/2013

Analyst Information

Name:  **SUZY TORRES**
Comments:  **This report is the result of a computerized search of over 15 million business names. The database used is licensed from Dun & Bradstreet, Inc.®(D&B®). While D&B considers their database reliable, the accuracy, currentness and completeness cannot be guaranteed.**

**These queries, listed below, retrieved the records that follow.**

Search Strategy

| Type | Query | Classes | #References |
|---|---|---|---|
| 1. EXACT MARK | IMPOSSIBL(E,ES) | 1,5,29,30,31,32,33 | 1 |
| 2. EXACT MARK | IMPOSSIBL(E,ES) | ALL CLASSES | 1 |
| 3. EXACT MARK | THEIMPOSSIBL(E,ES) | ALL CLASSES | 0 |
| 4. EXACT MARK | IMPOSSIBL(E, ES)(COMPANY, COMPANIES)(0 – 255 CHARACTERS) | ALL CLASSES | 0 |
| 5. EXACT MARK | IMPOSSIBL(E,ES)CO | ALL CLASSES | 0 |
| 6. EXACT MARK | IMPOSSIBL(E,ES)CORP(0 – 255 CHARACTERS) | ALL CLASSES | 0 |
| 7. EXACT MARK | IMPOSSIBL(E,ES)INC | ALL CLASSES | 0 |
| 8. EXACT MARK | IMPOSSIBL(E,ES)INCORP(0 – 255 CHARACTERS) | ALL CLASSES | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005248

### Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 9. | EXACT MARK | IMPOSSIBL(E,ES)(LTD, LIMITED)(0 ~ 255 CHARACTERS) | ALL CLASSES | 0 |
| 10. | PREFIX | IMPOSSIBLE(PROTEIN, RESIN,MIMIC,NUTR, SUPPLEM,FORMUL,PET, MEAT,POULT,EGG,MILK, YOGUR) | ALL CLASSES | 0 |
| 11. | EXACT MARK  WORD | IMPOSSIBL(E,ES)(0 ~ 255 CHARACTERS) <and> IMPOSSIBL(E,ES) | 1,5,29,30,31,32,33 | 1 |
| 12. | WORD | IMPOSSIBL(E,ES) | 1,5,29,30,31,32,33 | 1 |
| 13. | PREFIX | IMPOSSIBLE | 1,5,29,30,31,32,33 | 0 |
| 14. | PREFIX | (IM,IMM,EM,EMM,M, MM)POSSIB | 1,5,29,30,31,32,33 | 0 |
| 15. | PREFIX | (IM,IMM,EM,EMM,M, MM)POSSIB | ALL CLASSES | 67 |

### Class Identification

| | |
|---|---|
| 01 | CHEMICALS |
| 05 | PHARMACEUTICALS |
| 29 | MEATS AND PROCESSED FOODS |
| 30 | STAPLE FOODS |
| 31 | NATURAL AGRICULTURAL PRODUCTS |
| 32 | LIGHT BEVERAGES |
| 33 | WINES AND SPIRITS |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005249

IMPOSSIBLE

**BUS-1**
**Group:** One

I'MPOSSIBLE

| | |
|---|---|
| **Address:** | 1922 S 2ND AVE<br>MAYWOOD, IL 60153-3308 |
| **Phone:** | 732-768-6150 |
| **Line Of Business:** | WHOL GROCERIES PHYSICAL FITNESS FACLTY VOCATIONAL<br>SCHOOL JOB TRAINING/RELATED SVC |
| **SIC Code/Description:** | |
| | 51490602  HEALTH FOODS<br>51490603  NATURAL AND ORGANIC FOODS<br>79910000  PHYSICAL FITNESS FACILITIES<br>82490200  BUSINESS TRAINING SERVICES<br>83310000  JOB TRAINING AND RELATED SERVICES |
| **Sales Volume:** | $62,000 ESTIMATE |
| **Year Started:** | 2011 |
| **Employees Total:** | 1 |
| **Employees Here:** | 1 |
| **Legal Status:** | Proprietorship |
| **D-U-N-S® Number:** | 078343414-D&B |

---

**BUS-2**
**Group:** Four

IMPOSSIBLE FACTORY

| | |
|---|---|
| **Address:** | 8 HICKORY LN<br>BEVERLY, MA 01915-1418 |
| **Phone:** | 978-801-1110 |
| **Line Of Business:** | BUSINESS SERVICES AT NON-COMMERCIAL SITE |
| **SIC Code/Description:** | |
| | 73899999  HOME-BASED BUSINESS, NO FURTHER<br>INFORMATION AVAILABLE |
| **Sales Volume:** | $92,000 ESTIMATE |
| **Year Started:** | 2010 |
| **Employees Total:** | 2 |
| **Employees Here:** | 2 |
| **D-U-N-S® Number:** | 014467363-D&B |

---

**BUS-3**
**Group:** Four

IMPOSSIBLE THINGS

| | |
|---|---|
| **Address:** | 1310 NEWTON ST<br>KEY WEST, FL 33040-7026 |
| **Phone:** | 305-294-3500 |
| **Line Of Business:** | BUSINESS SERVICES AT NON-COMMERCIAL SITE |
| **SIC Code/Description:** | |
| | 73899999  HOME-BASED BUSINESS, NO FURTHER<br>INFORMATION AVAILABLE |
| **Sales Volume:** | $82,000 ESTIMATE |
| **Year Started:** | 2006 |
| **Employees Total:** | 2 |
| **Employees Here:** | 2 |
| **D-U-N-S® Number:** | 618211051-D&B |

Search: 238481711          Analyst: SUZY TORRES          Common Law/Business Name Page: 148

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005250

IMPOSSIBLE

**BUS-4**
Group: Four

| | | |
|---|---|---|
| **IMPOSSIBLE ENTERPRISES** | **Address:** | 3472 GIBSON AVE<br>SANTA CLARA, CA 95051-6649 |
| | **Phone:** | 408-261-8872 |
| | **Line Of Business:** | WHOL NONDURABLE GOODS |
| | **SIC Code/Description:** | |
| | | 51999923  VARIETY STORE MERCHANDISE |
| | **Sales Volume:** | $110,000 ESTIMATE |
| | **Year Started:** | 2003 |
| | **Employees Total:** | 1 |
| | **Employees Here:** | 1 |
| | **D-U-N-S® Number:** | 142111009-D&B |

**BUS-5**
Group: Four

| | | |
|---|---|---|
| **CATERING IMPOSSIBLE** | **Address:** | 1489 SUDDEN VLY<br>BELLINGHAM, WA 98229 |
| | **Phone:** | 360-220-5084 |
| | **Line Of Business:** | EATING PLACE |
| | **SIC Code/Description:** | |
| | | 58129903  CATERERS |
| | **Year Started:** | 2010 |
| | **D-U-N-S® Number:** | 049683094-D&B |

**BUS-6**
Group: Four

| | | |
|---|---|---|
| **BURGER IMPOSSIBLE** | **Address:** | 13416 BENNS CHURCH BLVD<br>SMITHFIELD, VA 23430-6061 |
| | **Phone:** | 757-356-9243 |
| | **Line Of Business:** | EATING PLACE |
| | **SIC Code/Description:** | |
| | | 58120308  "FAST-FOOD RESTAURANT, INDEPENDENT" |
| | **Year Started:** | 2013 |
| | **D-U-N-S® Number:** | 026086999-D&B |

Search: 238481711          Analyst: SUZY TORRES          Common Law/Business Name Page: 149

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005251

This page was intentionally left blank.

Search: 238481711          Analyst: SUZY TORRES          Page: 150

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005252

IMPOSSIBLE

## Domain Name Summary Page

| Citation | Page | Record of Interest |
|---|---|---|
| **GROUP ONE** | | |
| 1. I-M-POSSIBLE.NAME | 156 | ☐ |
| 2. I-M-POSSIBLE.COM | 158 | ☐ |
| 3. I-M-POSSIBLE.NET | 160 | ☐ |
| 4. I-M-POSSIBLE.ORG | 160 | ☐ |
| 5. I-M-POSSIBLE.US | 162 | ☐ |
| 6. I-M-POSSIBLE.INFO | 164 | ☐ |
| 7. I-MPOSSIBLE.ORG | 166 | ☐ |
| 8. I-MPOSSIBLE.COM | 166 | ☐ |
| 9. I-MPOSSIBLE.NET | 167 | ☐ |
| 10. IM-POSSIBLE.ORG | 167 | ☐ |
| 11. IM-POSSIBLE.NET | 170 | ☐ |
| 12. IM-POSSIBLE.COM | 172 | ☐ |
| 13. IM-POSSIBLE.INFO | 174 | ☐ |
| 14. IMPOSSIBLE.MOBI | 176 | ☐ |
| 15. IMPOSSIBLE.TEL | 178 | ☐ |
| 16. IMPOSSIBLE.ASIA | 180 | ☐ |
| 17. IMPOSSIBLE.CAT | 181 | ☐ |

Search: 238481711          Analyst: SUZY TORRES          Domain Name Summary Page: 151

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005253

| Citation | Page | Record of Interest |
|---|---|---|
| 18. IMPOSSIBLE.NAME | 183 | ☐ |
| 19. IMPOSSIBLE.US | 185 | ☐ |
| 20. IMPOSSIBLE.COM | 187 | ☐ |
| 21. IMPOSSIBLE.NET | 189 | ☐ |
| 22. IMPOSSIBLE.ORG | 191 | ☐ |
| 23. IMPOSSIBLE.BIZ | 193 | ☐ |
| 24. IMPOSSIBLE.INFO | 195 | ☐ |
| 25. IMPOSSIBLES.US | 197 | ☐ |
| 26. IMPOSSIBLES.ASIA | 199 | ☐ |
| 27. IMPOSSIBLES.ORG | 201 | ☐ |
| 28. IMPOSSIBLES.NET | 203 | ☐ |
| 29. IMPOSSIBLES.COM | 205 | ☐ |
| 30. THE-IMPOSSIBLE.COM | 207 | ☐ |
| 31. THE-IMPOSSIBLE.NET | 209 | ☐ |
| 32. THEIMPOSSIBLE.INFO | 211 | ☐ |
| 33. THEIMPOSSIBLE.ASIA | 213 | ☐ |
| 34. THEIMPOSSIBLE.US | 215 | ☐ |
| 35. THEIMPOSSIBLE.NET | 217 | ☐ |
| 36. THEIMPOSSIBLE.COM | 219 | ☐ |

Search: 238481711          Analyst: SUZY TORRES          Domain Name Summary Page: 152

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005254

| Citation | Page | Record of Interest |
|---|---|---|
| 37. THEIMPOSSIBLE.ORG | 221 | ☐ |
| 38. THEIMPOSSIBLES.NET | 223 | ☐ |
| 39. THEIMPOSSIBLES.COM | 224 | ☐ |

### GROUP TWO

No Group Two Matches

### GROUP THREE

No Group Three Matches

### GROUP FOUR

| Citation | Page | Record of Interest |
|---|---|---|
| 40. IMPOSSIBLENUTRITION.COM | 226 | ☐ |

### GROUP FIVE

No Group Five Matches

Search: 238481711    Analyst: SUZY TORRES    Domain Name Summary Page: 153

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005255

IMPOSSIBLE

## ANALYST REVIEW – INTERNET DOMAIN NAME REPORT

---

Search Information

Type of Search:     **U.S. Full Search**
Mark:               **IMPOSSIBLE**
Goods/Services:     PROTEIN – RAW, RESIN AND PROTEINS WHICH MIMIC FOOD; NUTRITIONAL SUPPLEMENTS; BABY FOOD AND FORMULA; PET FOOD; ALL FOOD PRODUCTS WITH A FOCUS ON AGAIN: PROTEINS WHICH MIMIC FOOD, SUCH AS MEAT, POULTRY, EGGS, MILK AND MILK PRODUCTS, INCLUDING YOGURT, YOGURT DRINKS, BUTTER, AND ICE CREAM; EDIBLE OILS AND FATS, FLOUR AND PREPARATIONS, BREAD, PASTRY, CONFECTIONERY, GRAINS, ALL BEVERAGE PRODUCTS WITH A FOCUS ON: PROTEIN SHAKES/SMOOTHIES, JUICES, COFFEE, TEA, WATER, NON–ALCOHOLIC DRINKS, ALCOHOLIC DRINKS

---

Important Notices

Due to the constantly changing nature of the Internet, and the reasons detailed below, it is possible that the status of domain names may change between the time this report is generated and the time you receive this report. Therefore, we strongly recommend that you conduct additional domain name searching before attempting to register a domain name or forming a final opinion on the availability of a trademark or domain name.

*   The dynamic nature of the Web allows for the registration of new domain names virtually continuously, 24 hours a day.
*   All steps are taken to ensure the completeness and accuracy of our database. However, due to registrar/registry administrative procedures during domain name registration, some domain names may not be present in our database.
*   Domain name registrars do not report domain names which are not currently registered, nor do they report domain names which may be "on hold" with the registrar.
*   All domain names cited in this report should be considered to be REGISTERED as of the time this report was generated.
*   For common names, retrieval may be limited to the identical spelling of the name as ordered.

Due to the nature of the Web, and because we do not filter Web content, it is possible that the Web Page Lookups included in this report may contain objectionable material. If you wish to avoid the possiblity of receiving such material, please contact us to "opt out" of Web Page Lookups.

---

Data Information

This report is the result of a computerized search of our database of top–level domain names. Our database is regularly updated with domain name data from all ICANN–accredited registrars and covers the following suffixes:

          .aero – air transport industry
          .asia – Asian businesses and individuals
          .biz – business
          .cat – Catalan language/culture
          .com – commercial
          .coop – for cooperatives
        *.edu – educational institution
      **.gov – U.S. Government agency
          .info – information
          .jobs – human resource management
          .mobi – content designed for mobile devices
          .name – for individuals and personalities
          .net – network
          .org – non–profit organization
          .pro – for credentialed professionals
          .tel – telephone/communications
          .travel – travel agents, airlines, hoteliers, tourism bureaus, etc.
          .us – country code for the United States
          .xxx – adult

This report covers domain names updated to our database as of the following date:          **SEP 20, 2013**

---

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Review Page: 154

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005256

---

**Data Information**

\* The United States Department of Commerce no longer allows collection of the .edu domain names. Some records remain and may be cited from collections done prior to this restriction.

\*\* The General Services Administration (GSA) no longer allows collection of the .gov domain names. Some records remain and may be cited from collections done prior to this restriction.

---

**Analyst Information**

Name:     **SUZY TORRES**
Comments:

---

**Search Strategy**

| | Type | Query | #References |
|---|---|---|---|
| *1. | LETTERSTRING LETTERSTRING | MPOSSIB <and> (PROTEI, RESIN, MIMI, NUTR, SUPPLEM, FORMUL, PET, MEAT, POULT, EGG, MILK, YOGUR) | 4 |
| 2. | LETTERSTRING LETTERSTRING | MPOSSIB <and> (DRINK, BEVERAG, BUTTER, ICECREAM, OIL, FATS, FLOUR, BREAD, PASTR, CONFECT) | 1 |
| *3. | LETTERSTRING LETTERSTRING | MPOSSIB <and> (GRAIN, SMOOTH, JUIC, COFFEE, TEA, WATER, SODA, ALCOHOL) | 27 |
| 4. | EXACT MARK | IMPOSSIBL(E, ES) | 29 |
| 5. | EXACT MARK | THEIMPOSSIBL(E, ES) | 10 |

\* Alternate spellings and/or phonetic equivalents were generated for this query.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          IF00005257

IMPOSSIBLE

DN−1
**Group:** One

# I−M−POSSIBLE.NAME

[Querying whois.nic.name]
[whois.nic.name]
indicates that the object is within a Redemption Grace Period status.
****
Domain Name ID: 10698099DOMAIN−NAME
Domain Status: ok

### WHOIS

### Web Page Information

| | |
|---|---|
| **HTML Title:** | Webhosting je vypnutý |
| **Status:** | Accessible |

---

**Search:** 238481711              **Analyst: SUZY TORRES**              **Domain Name Page:** 156

HIGHLY CONFIDENTIAL − ATTORNEYS' EYES ONLY                                    IF00005258





## Webhosting je vypnutý

Tento webhosting je vypnutý. Pro více detailů zkontrolujte vaši e-mailovou schránku či kontaktujte

Další informace a návody hledejte ve znalostní bázi WEDOS.

Hosting WEDOS - registrace domén, webhosting, serverhosting

I-M-POSSIBLE.NAME

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 157

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005259

# I-M-POSSIBLE.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | Registration Private Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale Arizona 85260 United States |
| **Administrative Contact:** | Registration Private Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale Arizona 85260 United States Phone: (480) 624-2599 Fax: (480) 624-2598 Email: I-M-POSSIBLE.COM@domainsbyproxy.com |
| **Technical Contact:** | Registration Private Organization: Domains By Proxy, LLC Tech Street: Domains ByProxy.com Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale Arizona 85260 United States Phone: (480) 624-2599 Fax: (480) 624-2598 Email: I-M-POSSIBLE.COM@domainsbyproxy.com NS25.DOMAINCONTROL.COM NS26.DOMAINCONTROL.COM The data contained in GoDaddy.com, LLC 's Whols database, permission of GoDaddy.com, LLC. By submitting an inquiry, in the "registrant" section. In most cases, GoDaddy.com, LLC |
| **Record History:** | **Record created on** 28-jun-2012<br>**Record last updated on** 09-aug-2013<br>**Record expires on** 28-jun-2014 |
| **Domain Servers in Listed Order:** | NS25.DOMAINCONTROL.COM<br>NS26.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | i-m-possible.com |
| **Status:** | Accessible |

---

| | | |
|---|---|---|
| Search: 238481711 | **Analyst: SUZY TORRES** | Domain Name Page: 158 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005260

IMPOSSIBLE



Welcome to: **i-m-possible.com**
Visit GoDaddy.com.

**Search for domains similar to**
**i-m-possible.com**

**Get Started**

Ads

**Don't Live With Back Pain**  www.BackInstitute.com
Visit Us For Safe 1-Hr FDA-Approved Spinal Procedures--Call Today!

**Senior Hotel Discounts**  Marriott.com/FairfieldInn
Quality Service of a Marriott Brand Senior Rates Available. Book Now.

**BELIZE Beach & Jungle**  www.jaguarreef.com
Get the Best or both Worlds Package Two Top Lodges & Big Discounts now

**LifeLock® Official Site**  www.LifeLock.com
Find the Right Plan from LifeLock to Protect You and Your Family.

**Belmont Seat Cover Co**  www.belmontseatcover.com
Convertible Tops & Auto Upholstery Since 1957

**Hotels - Up to 70% Off**  www.travelzoo.com
Find the Cheapest Hotel Rooms Now. Compare Rates and Save up to 70%!

**Best Daycare in Newton**  www.AtoZchildcare.com
Visit our high quality child care for Infants, Toddlers & Preschool

**Local Daycare Listings**  www.Care.com/daycare
Search for Local Daycare Today. Find Quality Help. Fast & Easy

**Convenient Banking**  www.WorkersCreditUnion.com
With Convenient Locations & Online Access, Workers' is all About You!

**18" - 24" Rockstar Rims**  www.ZekesCustomWheels.com
Save on KMC XD Series Wheels Black or Chrome XD775 - Call Today!

Search the Web







Visit GoDaddy.com for the best values on:
Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See p

**I-M-POSSIBLE.COM**

Search: 238481711            Analyst: SUZY TORRES            Domain Name Page: 159

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                 IF00005261

IMPOSSIBLE

**DN-3**
**Group:** One

## I-M-POSSIBLE.NET

| | |
|---|---|
| **Registered by:** | ENOM, INC. |
| **Registrant:** | Print World Puneet Rawat () 211-A2, Shah & Nahar Industrial Estate Lower Parel Mumbai, MAHARASHTRA 400013 IN Status: Locked |
| **Administrative Contact:** | Print World Puneet Rawat (puneet.rawat@gmail.com) +91.2266602415 Fax: +91.2266347180 211-A2, Shah & Nahar Industrial Estate Lower Parel Mumbai, MAHARASHTRA 400013 IN |
| **Technical Contact:** | Print World Puneet Rawat (puneet.rawat@gmail.com) +91.2266602415 Fax: +91.2266347180 211-A2, Shah & Nahar Industrial Estate Lower Parel Mumbai, MAHARASHTRA 400013 IN |
| **Record History:** | **Record created on** 10-mar-2010<br>**Record last updated on** 04-jun-2012<br>**Record expires on** 10-mar-2014 |
| **Domain Servers in Listed Order:** | NS01.BID2SPLASH.COM<br>NS02.BID2SPLASH.COM<br>Status: clientTransferProhibited |

**WHOIS**

**Web Page Information**
**Status:** Site not accessible at time of analysis on September 23, 2013 at 4:39:51 PM.

---

**DN-4**
**Group:** One

## I-M-POSSIBLE.ORG

| | |
|---|---|
| **Registered by:** | BigRock Solutions Ltd. (R1841-LROR) |
| **Registrant:** | DI_1122629 Pranav Upasani PRNV 103 Ramnimi Mandlik Road Colaba Mumbai 400001 IN Phone: +91.2222881255 Ext.: Fax Ext.: Email: a@prnv.com |
| **Administrative Contact:** | DI_1122629 Pranav Upasani PRNV 103 Ramnimi Mandlik Road Colaba Mumbai 400001 IN Phone: +91.2222881255 Phone: Ext: Admin FAX: Admin FAX Ext: Email: a@prnv.com |
| **Technical Contact:** | DI_1122629 Pranav Upasani Organization: PRNV 103 Ramnimi Mandlik Road Colaba Mumbai 400001 IN Phone: +91.2222881255 Phone: Ext: Tech FAX: Tech FAX Ext: Email: a@prnv.com |
| **Record History:** | **Record created on** 01-Nov-2007 19:39:44 UTC<br>**Record last updated on** 02-Nov-2012 01:24:10 UTC<br>**Record expires on** 01-Nov-2013 19:39:44 UTC |
| **Domain Servers in Listed Order:** | DNS.PARKPAGE.FOUNDATIONAPI.COM<br>DNS2.PARKPAGE.FOUNDATIONAPI.COM<br>DNSSEC:Unsigned |

**WHOIS**

**Web Page Information**
**Status:** Accessible

Search: 238481711    **Analyst: SUZY TORRES**    **Domain Name Page: 160**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    IF00005262

IMPOSSIBLE

I-M-POSSIBLE.ORG

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 161

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005263

IMPOSSIBLE

DN-5
**Group:** One

# I-M-POSSIBLE.US

**Registered by:**          GODADDY.COM, INC.

**Registrant:**             CR17348832 Vinh Huynh 429 6th Ave N Onalaska Wisconsin 54650 United Stat
                            es US Phone: +1.7142449861 Email: i8m8possible@gmail.com Registrant Applic
                            ation Purpose: P3 Registrant Nexus Category: C11

**Administrative Contact:** CR17348834 Vinh Huynh Address1: 429 6th Ave N Onalaska Wisconsin 54650
                            United States US Phone: +1.7142449861 Email: i8m8possible@gmail.com Admi
                            nistrative Application Purpose: P3 Administrative Nexus Category: C11

**Technical Contact:**      CR17348833 Vinh Huynh 429 6th Ave N Onalaska Wisconsin 54650 United Stat
                            es US Phone: +1.7142449861 Email: i8m8possible@gmail.com Technical Applic
                            ation Purpose: P3 Technical Nexus Category: C11

**Billing Contact:**        CR17348835 Vinh Huynh 429 6th Ave N Onalaska Wisconsin 54650 United Stat
                            es US Phone: +1.7142449861 Email: i8m8possible@gmail.com Billing Applicati
                            on Purpose: P3 Billing Nexus Category: C11

**Record History:**         **Record created on** Fri Feb 20 04:11:07 GMT 2009
                            **Record last updated on** Thu Sep 09 02:43:38 GMT 2010
                            **Record expires on** Wed Feb 19 23:59:59 GMT 2020

**Domain Servers in Listed Order:**

                            NS19.DOMAINCONTROL.COM
                            NS20.DOMAINCONTROL.COM

**WHOIS**

**Web Page Information**

**HTML Title:**             i-m-possible.us
**Status:**                 Accessible

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005264

IMPOSSIBLE



Welcome to: **i-m-possible.us**
This Web page is parked for FREE, courtesy of GoDaddy.com.

[                                ]    Search the Web



Is this your domain?
Let's turn it into a we

OR

Would you like to bu
domain?



**Free Domain Name**
**Builder Purchase!***

Your business deserves a b
Our design wizard makes it
and drop!

Ads

**Payroll Services**  Payroll.EveryManBusiness.com
Compare Payroll Service Prices. Find the Best Deal & Save Today!

**Don't Live With Back Pain**  www.BackInstitute.com
Visit Us For Safe 1-Hr FDA-Approved Spinal Procedures--Call Today!

**LifeLock® Official Site**  www.LifeLock.com
Find the Right Plan from LifeLock to Protect You and Your Family.

**Fireproof Coatings**  www.painttoprotect.com
Code Compliants Thermal Barrier Lowest Cost Fireproof Solutions

**Check Your Credit**  www.FreeCreditReport.com
See Your Credit Report in Seconds. Easy to View from Your Phone!

**Senior Hotel Discounts**  Marriott.com/FairfieldInn
Quality Service of a Marriott Brand Senior Rates Available. Book Now.

**Paradise Inn Bennington**  www.vermontparadiseinn.com
Competitive Rates. Secluded & Quiet Rooms. 5 min walk to Bennington

**Toco Bell Jobs**  jobapplicationsearch.net
Apply for now hiring job openings. Find & view positions online.

**Generator Conversion Kit**  www.propaneparts.net
Gas Generator to NaturalGas/Propane Call Directly From Your Cell Phone!

**Clinical Practice**  www.Info.com
Management Software Info. Access 10 Search Engines At Once.



Visit GoDaddy.com for the best values on:
Domain names  •  Web hosting  •  Website builders  •  Email accounts  •  SSL Certificates  •  eCommerce tools  •  See p

GoDaddy Super Bowl® Commercial  •  Danica Patrick  •  Dale Jr  •  GoDaddy Girls®

+ New .COMs $7.99/yr plus 18 cents/yr ICANN fee. Discount based on new one-year registration prices as of 1/27/2012 with sale price reflected in your shopping cart at
renewals and cannot be used in conjunction with any other offer or promotion. Domains purchased through this offer will renew at regular price after
Offer ends January 4, 2014 5:00 pm (MST).
*One FREE .COM, .CO, .NET or .ORG with purchase of a new 12-, 24- or 36-month website builder plan. Plus ICANN fee of $0.18 per dom
You must add the domain name into your cart before purchase, and you must select a domain term length equal to or less than the term length of your website buil
If you purchase a domain name for a term longer than the term of the website builder plan, you will be charged for the additional registration term
Cannot be used in conjunction with any other offer, sale, discount or promotion.
Free domain offer applies only to the initial purchase term.

I-M-POSSIBLE.US

Search: 238481711                 Analyst: SUZY TORRES                 Domain Name Page: 163

DN-6
**Group:** One

# I-M-POSSIBLE.INFO

| | |
|---|---|
| **Registered by:** | GoDaddy.com, LLC (R171-LRMS) |
| **Registrant:** | CR25792981 Christina Mueller I-M-POSSIBLE 2907 Shelter Island Dr. Suite 105 San Diego California 92106-2797 US Phone: +1.2137252496 Ext.: Fax Ext.: Email: talk2chrissystar@chrissystar.com |
| **Administrative Contact:** | CR25792983 Christina Mueller I-M-POSSIBLE 2907 Shelter Island Dr. Suite 105 San Diego California 92106-2797 US Phone: +1.2137252496 Phone: Ext: Admin FAX: Admin FAX Ext: Email: talk2chrissystar@chrissystar.com |
| **Technical Contact:** | CR25792982 Christina Mueller Organization: I-M-POSSIBLE 2907 Shelter Island Dr. Suite 105 San Diego California 92106-2797 US Phone: +1.2137252496 Phone: Ext: Tech FAX: Tech FAX Ext: Email: talk2chrissystar@chrissystar.com |
| **Billing Contact:** | CR25792984 Christina Mueller I-M-POSSIBLE 2907 Shelter Island Dr. Suite 105 San Diego California 92106-2797 US Phone: +1.2137252496 Ext.: Fax Ext: email: talk2chrissystar@chrissystar.com |
| **Record History:** | **Record created on** 20-Oct-2008 06:37:26 UTC<br>**Record last updated on** 21-Oct-2012 10:05:15 UTC<br>**Record expires on** 20-Oct-2013 06:37:26 UTC |
| **Domain Servers in Listed Order:** | NS39.DOMAINCONTROL.COM<br>NS40.DOMAINCONTROL.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | This Web site coming soon |
| **Status:** | Accessible |

| | | |
|---|---|---|
| Search: 238481711 | **Analyst: SUZY TORRES** | **Domain Name Page:** 164 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005266

IMPOSSIBLE



If you are the owner of this web site you have not uploaded (or incorrectly uploaded) your web site. For information on uploading your web site using FTP client software or web design software, click here for FTP Upload Information.

**I-M-POSSIBLE.INFO**

Search: 238481711                 Analyst: SUZY TORRES                 Domain Name Page: 165

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005267

IMPOSSIBLE

**DN-7**
Group: One

# I-MPOSSIBLE.ORG

| | |
|---|---|
| **Registered by:** | Tucows Inc. (R11-LROR) |
| **Registrant:** | tuhRmR9Swg5JwG12 PALLOTTA TeamWorks PALLOTTA TeamWorks 6213 Yucca St Los Angeles CA 90028 US Phone: +1.3239087451 Ext.: Fax: +1.9999999999 Fax Ext.: Email: jwein@44KEYS.COM |
| **Administrative Contact:** | tu4fl2z3RoJOVqQh joe wein 44 Keys 13828 albers street sherman oaks CA 91401 US Phone: +1.818989781 Phone: Ext: Admin FAX:+1.999999999 Admin FAX Ext: Email: joew@44keys.com |
| **Technical Contact:** | tudZeKieUaen4fB4 Technical Support Organization: Affinity.com 101 Continental Boulevard, 3rd Floor El Segundo CA 90245 US Phone: +1.3105243000 Phone: Ext: Tech FAX:+1.3103881335 Tech FAX Ext: Email: support@affinity.com |
| **Record History:** | Record created on 26-May-1999 18:53:33 UTC<br>Record last updated on 13-Jun-2013 15:29:05 UTC<br>Record expires on 26-May-2014 18:54:09 UTC |
| **Domain Servers in Listed Order:** | NS1.AFFINITY.COM<br>NS2.AFFINITY.COM<br>DNSSEC:Unsigned |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **Status:** | Site not accessible at time of analysis on September 23, 2013 at 4:40:22 PM. |

---

**DN-8**
Group: One

# I-MPOSSIBLE.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | Dan Pallotta 6231 Yucca St. Los Angeles California 90028 United States |
| **Administrative Contact:** | Dan Pallotta 6231 Yucca St. Los Angeles California 90028 United States Phone: +1.3237029083 Email: dan@danpallotta.com |
| **Technical Contact:** | Domain Admin Organization: Tech Street: P.O. Box 481166 Tech Street: http://www.mobreg.com/ Los Angeles California 90048 United States Phone: 310-918-5333 Fax: 520-395-2884 Email: dns-admin@mobreg.com NS3.SUDJAM.COM NS1.SUDJAM.COM NS2.SUDJAM.COM The data contained in GoDaddy.com, LLC's WhoIs database, permission of GoDaddy.com, LLC. By submitting an inquiry, in the "registrant" section. In most cases, GoDaddy.com, LLC |
| **Record History:** | Record created on 26-may-1999<br>Record last updated on 27-may-2013<br>Record expires on 26-may-2014 |
| **Domain Servers in Listed Order:** | NS1.SUDJAM.COM<br>NS2.SUDJAM.COM<br>NS3.SUDJAM.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **Status:** | Site not accessible at time of analysis on September 23, 2013 at 4:40:27 PM. |

**Search: 238481711**          **Analyst: SUZY TORRES**          **Domain Name Page: 166**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005268

DN-9
Group: One

# I-MPOSSIBLE.NET

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | Pallotta TeamWorks, Inc. 2709 Media Center Drive Los Angeles California 90065 United States |
| **Administrative Contact:** | Dan Pallotta 2709 Media Center Drive Los Angeles California 90065 United States Phone: 323-467-8888 Fax: 323-467-1303 Email: domain-billing@sudjam.com |
| **Technical Contact:** | Domain Admin Organization: Tech Street: P.O. Box 481166 Tech Street: http://www.mobreg.com/ Los Angeles California 90048 United States Phone: +1.3109185333 Fax: +1.3233723686 Email: dns-admin@mobreg.com NS2.AFFINITY.COM NS1.AFFINITY.COM The data contained in GoDaddy.com, LLC's WhoIs database, permission of GoDaddy.com, LLC. By submitting an inquiry, in the "registrant" section. In most cases, GoDaddy.com, LLC |
| **Record History:** | **Record created on** 26-may-1999<br>**Record last updated on** 27-may-2013<br>**Record expires on** 26-may-2014 |
| **Domain Servers in Listed Order:** | NS1.AFFINITY.COM<br>NS2.AFFINITY.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **Status:** | Site not accessible at time of analysis on September 23, 2013 at 4:40:44 PM. |

---

DN-10
Group: One

# IM-POSSIBLE.ORG

| | |
|---|---|
| **Registered by:** | GoDaddy.com, LLC (R91-LROR) |
| **Registrant:** | CR150295746 A Wise I'm Possible po box West Hollywood California 90046 US Phone: +1.3107700152 Ext.: Fax Ext.: Email: hollywoodsellout@yahoo.com |
| **Administrative Contact:** | CR150295748 A Wise I'm Possible po box West Hollywood California 90046 US Phone: +1.3107700152 Phone: Ext: Admin FAX: Admin FAX Ext: Email: hollywoodsellout@yahoo.com |
| **Technical Contact:** | CR150295747 A Wise Organization: I'm Possible po box West Hollywood California 90046 US Phone: +1.3107700152 Phone: Ext: Tech FAX: Tech FAX Ext: Email: hollywoodsellout@yahoo.com |
| **Record History:** | **Record created on** 04-Sep-2013 21:34:28 UTC<br>**Record last updated on** 04-Sep-2013 21:34:29 UTC<br>**Record expires on** 04-Sep-2014 21:34:28 UTC |
| **Domain Servers in Listed Order:** | NS77.DOMAINCONTROL.COM<br>NS78.DOMAINCONTROL.COM<br>DNSSEC:Unsigned |

**WHOIS**

**Web Page Information**

| | | |
|---|---|---|
| Search: 238481711 | Analyst: SUZY TORRES | Domain Name Page: 167 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005269

IMPOSSIBLE

HTML Title:          www.im-possible.org
Status:              Accessible

Search: 238481711          Analyst: SUZY TORRES          Domain Name Page: 168

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005270

IMPOSSIBLE

IM-POSSIBLE.ORG

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 169

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005271

IMPOSSIBLE

**DN-11**
**Group:** One

# IM-POSSIBLE.NET

**Registered by:**                              PDR LTD. D/B/A PUBLICDOMAINREGISTRY.COM

[Querying whois.PublicDomainRegistry.com]
[whois.PublicDomainRegistry.com]
Registration Service Provided By: FOUR SQUARE INFO SOLUTION
Registration Date: 17-Jan-2013
Expiration Date: 17-Jan-2014
Status:LOCKED
Note: This Domain Name is currently Locked.
This feature is provided to protect against fraudulent acquisition of the domain name,
as in this status the domain name cannot be transferred or modified.
Name Servers:
ns1.hanscybertechnologies.net
ns2.hanscybertechnologies.net
Registrant Contact Details:
Im-Possible Solutions & Services
Mr. Sanjay Nagpal (impossible@99business.com)
6/135, White House
Sant Nirankari Colony
Delhi
Delhi,110009
IN
Tel. +91.8586869999
Administrative Contact Details:
Im-Possible Solutions & Services
Mr. Sanjay Nagpal (impossible@99business.com)
6/135, White House
Sant Nirankari Colony
Delhi
Delhi,110009
IN
Tel. +91.8586869999
Technical Contact Details:
Im-Possible Solutions & Services
Mr. Sanjay Nagpal (impossible@99business.com)
6/135, White House
Sant Nirankari Colony
Delhi
Delhi,110009
IN
Tel. +91.8586869999
Billing Contact Details:
Im-Possible Solutions & Services
Mr. Sanjay Nagpal (impossible@99business.com)
6/135, White House
Sant Nirankari Colony
Delhi
Delhi,110009
IN
Tel. +91.8586869999
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
circumstances will you use this data to:
this whois database system providing you this information; or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.

## WHOIS

**Web Page Information**

**Status:**                              Accessible

Search: 238481711                **Analyst: SUZY TORRES**                Domain Name Page: 170

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                IF00005272

IMPOSSIBLE



IM-POSSIBLE.NET

Search: 238481711          Analyst: SUZY TORRES          Domain Name Page: 171

IMPOSSIBLE

DN-12
Group: One

# IM-POSSIBLE.COM

| | |
|---|---|
| **Registered by:** | 1 & 1 INTERNET AG |
| **Registrant:** | Igor Berezovsky SHAPE Services GmbH Fritz-Elsas-Str. 50 Stuttgart 70174 DE Phone: +49.7114687880 Fax: +49.7114687881 Email: berezovsky@shapeservices.com |
| **Administrative Contact:** | Igor Berezovsky SHAPE Services GmbH Fritz-Elsas-Str. 50 Stuttgart 70174 DE Phone: +49.7114687880 Fax: +49.7114687881 Email: berezovsky@shapeservices.com |
| **Technical Contact:** | Hostmaster EINSUNDEINS Organization: 1&1 Internet AG Tech Street: Brauerstr. 48 Karlsruhe 76135 DE Phone: +49.7219600 Fax: +49.72191374248 Email: hostmaster@1und1.de ns55.1und1.de ns56.1und1.de % URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ % See http://registrar.1und1.info for information about 1&1 Internet AG |
| **Record History:** | **Record created on** 24-oct-2005<br>**Record last updated on** 25-oct-2012<br>**Record expires on** 24-oct-2013 |
| **Domain Servers in Listed Order:** | NS55.1UND1.DE<br>NS56.1UND1.DE<br>Status: ok |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | im-possible |
| **Status:** | Accessible |

---

Search: 238481711               **Analyst: SUZY TORRES**               Domain Name Page: 172

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                            IF00005274



IM-POSSIBLE.COM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005275

# IM-POSSIBLE.INFO

**Registered by:**    DomainContext Inc. (R524-LRMS)

**Registrant:**    DI_7109146 Vladislav Alexeev N/A Luncharskogo, 53-5 Kaluga 248000 RU Phone: +7.4842724463 Ext.: Fax Ext.: Email: impossible.world@gmail.com

**Administrative Contact:**    DI_7109146 Vladislav Alexeev N/A Luncharskogo, 53-5 Kaluga 248000 RU Phone: +7.4842724463 Phone: Ext: Admin FAX: Admin FAX Ext: Email: impossible.world@gmail.com

**Technical Contact:**    DI_7109146 Vladislav Alexeev Organization: N/A Luncharskogo, 53-5 Kaluga 248000 RU Phone: +7.4842724463 Phone: Ext: Tech FAX: Tech FAX Ext: Email: impossible.world@gmail.com

**Billing Contact:**    DI_7109146 Vladislav Alexeev N/A Luncharskogo, 53-5 Kaluga 248000 RU Phone: +7.4842724463 Ext.: Fax Ext: email: impossible.world@gmail.com

**Record History:**    **Record created on** 29-Jul-2006 11:27:13 UTC
**Record last updated on** 21-Apr-2013 17:20:01 UTC
**Record expires on** 29-Jul-2014 11:27:13 UTC

**Domain Servers in Listed Order:**    NS1.MASTERHOST.RU
NS.MASTERHOST.RU
NS2.MASTERHOST.RU

## WHOIS

**Web Page Information**

**HTML Title:**    Impossible world

**Keywords:**    impossible, figures, world, ???????????, ??????, ??????, ????, ???, ?????????, ????????, ???????, ???????????, ???????, Escher

**Description:**    Impossible figures in art. Galleries of images with such figures by M.C. Escher, Jos de Mey and many others

**Status:**    Accessible

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                IF00005276



Welcome to
Impossible World

English

Russian

IM-POSSIBLE.INFO

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 175

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005277

IMPOSSIBLE

DN-14
**Group:** One

# IMPOSSIBLE.MOBI

| | |
|---|---|
| **Registered by:** | GMO Internet, Inc. d/b/a Onamae.com (49) |
| **Registrant:** | 13ED5ED2D8B katsuhiko fukuyama fukuyama katsuhiko 5-4-74 kamifukubara yonago-shi Tottori 683-0004 JP Phone: +81.0859234129 Email: meet_collection@yahoo.co.jp |
| **Administrative Contact:** | 13ED5ED3005 katsuhiko fukuyama fukuyama katsuhiko 5-4-74 kamifukubara yonago-shi Tottori 683-0004 JP Phone: +81.0859234129 Email: meet_collection@yahoo.co.jp |
| **Technical Contact:** | 13ED5ED31AE Technical Contact Organization: GMO Internet Inc. 26-1 Sakuragaoka-cho Cerulean Tower 11F Shibuya-ku Tokyo 150-8512 JP Phone: +81.0354562555 Tech FAX:+81.0354562556 Email: admin@onamae.com |
| **Record History:** | **Record created on** 24-May-2013 09:44:53 UTC<br>**Record last updated on** 24-Jul-2013 05:05:04 UTC<br>**Record expires on** 24-May-2014 09:44:53 UTC |
| **Domain Servers in Listed Order:** | UNS01.LOLIPOP.JP<br>UNS02.LOLIPOP.JP |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | 403 Error – Forbidden |
| **Status:** | Accessible |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005278

IMPOSSIBLE



## 403 ERROR FORBIDDEN

▶▶ LOLIPOP! RentalServer ロリポップ！レンタルサーバー

※指定されたページ（URL）へのアクセスは禁止されています。

・URLに間違いがないか、再度確認してください。再読み込みしてください。
・ご利用中のユーザー様は【 ロリポップ！よくある質問集 】をご参照ください。
・疑問点等ございましたら【 ロリポップ！お問合せフォーム 】よりお問合せください。

### 掘り出し物が見つかるショッピングモール「カラメル」

【通販】人気キーワード

| ビール | スマートフォン | トレンド |
|---|---|---|
| ・黒ビール | ・iPhone5ケース | ・山ガール |
| ・地ビール | ・iPhone4ケース | ・北欧 |
| ・クラフトビール | ・XPERIAケース | ・文房具 |
| ・ベルギービール | ・GALAXYケース | ・あまちゃん |
| ・ドイツビール | ・AQUOS PHONEケース | ・カメラ |
| ・ノンアルコールビール | ・REGZAケース | ・スマートフォン女子 |
| ・フルーツビール | ・スマートフォンピアス | ・ニューバランス男子 |
| ・ホワイトビール | ・タッチペン | ・インド人完全無視カレー |
| ・ペールエール | ・タブレットアクセサリー | ・夏フェス |

【通販】人気カテゴリー

| ファッション | バッグ | ファッション小物 |
|---|---|---|
| ・レディースファッション | ・レディースバッグ | ・レディース小物 |
| ・メンズファッション | ・メンズバッグ | ・メンズ小物 |

| 食品・スイーツ | ドリンク・お酒 | インテリア・家具 |
|---|---|---|
| ・水産物・水産加工品 | ・日本酒 | ・カーテン・ブラインド |
| ・スイーツ・洋菓子 | ・ワイン | ・ライト・照明 |

| 日用品雑貨・キッチン | 本・雑誌・コミック | 家電・AV・カメラ |
|---|---|---|
| ・和食器 | ・コミック | ・生活・季節家電 |
| ・洋食器 | ・文庫・新書 | ・キッチン家電 |

株式会社 paperboy&co.
copyright(c)2001- paperboy&co. all rights reserved

IMPOSSIBLE.MOBI

Search: 238481711          Analyst: SUZY TORRES          Domain Name Page: 177

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                IF00005279

# IMPOSSIBLE.TEL

**Registered by:**                    Telnic Ltd

[Querying whois.nic.tel]
[whois.nic.tel]
Domain ID: D2875810-TEL
Sponsoring Registrar IANA ID: 625
Registrar URL (registration services): www.name.com
Domain Status: clientTransferProhibited
Registrant Name: Gibraan Ali
Name Server: A0.CTH.DNS.NIC.TEL
Name Server: D0.CTH.DNS.NIC.TEL
Name Server: N0.CTH.DNS.NIC.TEL
Name Server: S0.CTH.DNS.NIC.TEL
Name Server: T0.CTH.DNS.NIC.TEL
Domain Registration Date: Sat Dec 22 20:19:54 GMT 2012
Domain Expiration Date: Sat Dec 21 23:59:59 GMT 2013
Domain Last Updated Date: Sat Dec 22 20:19:57 GMT 2012

## WHOIS

**Web Page Information**

**HTML Title:**                    impossible.tel
**Status:**                        Accessible

**Search:** 238481711              **Analyst: SUZY TORRES**              **Domain Name Page:** 178

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005280

IMPOSSIBLE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                        IF00005281

IMPOSSIBLE

DN-16
**Group:** One

# IMPOSSIBLE.ASIA

**Registered by:**                  PDR Ltd. d/b/a PublicDomainRegistry.com R28-ASIA (303)

**Registrant:**                     CR_23357300 Gleb Bazhanov N/A 1-y Saratovskiy pr., 4-141 Moscow Moscow
                                    RU 109125 Phone: +7.9261940800 Ext.: Fax Ext.: Email: gleb.bazhanov@gmail.
                                    com

**Administrative Contact:**         CR_23357300 Gleb Bazhanov N/A 1-y Saratovskiy pr., 4-141 Moscow Moscow
                                    RU 109125 Phone: +7.9261940800 Phone: Ext: Fax Ext: Email: gleb.bazhanov@
                                    gmail.com

**Technical Contact:**              CR_4545 ASIA Domain Manager PDR Domains Solutions Private Limited 101/10
                                    2, Osia Friendship, Gaothan Lane No. 4, Andheri (West) Mumbai Maharashtra IN
                                    400058 Phone: +91.2266797550 Phone: Ext: Fax Ext: Email: compliance@pdrdo
                                    mains.com

**Billing Contact:**                CR_23357300 Gleb Bazhanov N/A 1-y Saratovskiy pr., 4-141 Moscow Moscow
                                    RU 109125 Phone: +7.9261940800 Ext.: Fax Ext: Email: gleb.bazhanov@gmail.c
                                    om

**Record History:**

                                    **Record last updated on** 20-Sep-2013 21:00:03 UTC
                                    **Record expires on** 24-Jul-2014 15:03:39 UTC

**Domain Servers in Listed Order:**

                                    NS1.CENTROHOST.RU
                                    NS2.CENTROHOST.RU

**WHOIS**

**Web Page Information**
**Status:**                         Site not accessible at time of analysis on September 23, 2013 at 4:42:45 PM.

**Search:** 238481711               **Analyst: SUZY TORRES**               **Domain Name Page:** 180

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005282

# IMPOSSIBLE.CAT

| | |
|---|---|
| **Registered by:** | R-2001 (Nominalia) |
| **Registrant:** | a5ebaa0df4c4 Tornasol Turisme, SL Tornasol Turisme, SL Vistalegre, 53 Ripoll GI 17500 ES Phone: +34.97202747 Ext.: Fax: +34.97200431 Fax Ext: Email: jordi@tornasol.com |
| **Administrative Contact:** | a59888b8198c Munell Garcia Jordi Jordi Munell Garcia Vistalegre, 53 Ripoll GI 17500 ES Phone: +34.97202747 Phone: Ext: Fax: +34.97200431 Fax Ext.: Email: jordi@tornasol.com |
| **Technical Contact:** | NIC_CAT_TECH Technical Department Organization: Nominalia Internet, S.L. Tech Street: Josep Pla 2, Torres Diagonal Litoral, Edificio B3, planta 3-D Barcelona Barcelona 08019 ES Phone: +34.935074360 Phone: Ext: Fax: Ext: Email: tecnico@nominalia.com |
| **Billing Contact:** | NIC_CAT_BILLING Billing Department Nominalia Internet, S.L. Josep Pla 2, Torres Diagonal Litoral, Edificio B3, planta 3-D Barcelona Barcelona 08019 ES Phone: +34.935074360 Ext.: Fax Ext: email: payment@nominalia.com |
| **Record History:** | **Record created on** 2010-10-01 13:30:20 GMT<br>**Record last updated on** 2012-11-15 15:12:02 GMT<br>**Record expires on** 2013-10-01 13:30:20 GMT |
| **Domain Servers in Listed Order:** | dns1.nominalia.com<br>ACE: dns1.nominalia.com<br>dns2.nominalia.com<br>ACE: dns2.nominalia.com |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | impossible |
| **Keywords:** | impossible, esdeveniments, eventos, barcelona, munell, jordi munell, ripoll, team building, events, meetings, marketing, outdoor, spain, costa brava, gaudÃ, gaudi, imposible, teamworking, team, motivation, motivacÃÃ³n, branding, bonding |
| **Description:** | Special and different ?amp; memorable events and outdoor marketing solutions for your corporate motivation, incentive, presentation, celebration, meeting... |
| **Status:** | Accessible |

---

**Search: 238481711**          **Analyst: SUZY TORRES**          **Domain Name Page: 181**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



**IMPOSSIBLE.CAT**

Search: 238481711                   Analyst: SUZY TORRES                   Domain Name Page: 182

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005284

# IMPOSSIBLE.NAME

[Querying whois.nic.name]
[whois.nic.name]
indicates that the object is within a Redemption Grace Period status.
****
Domain Name ID: 5005276DOMAIN-NAME
Domain Status: clientTransferProhibited

## WHOIS

## Web Page Information

**HTML Title:**                    Apache HTTP Server Test Page powered by CentOS
**Status:**                        Accessible

---

**Search: 238481711**          **Analyst: SUZY TORRES**          **Domain Name Page: 183**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                          IF00005285

## Apache 2 Test Page
### powered by CentOS

This page is used to test the proper operation of the Apache HTTP server after it has been installed. If you can read this page it means that the Apache HTTP server installed at this site is working properly.

---

**If you are a member of the general public:**

The fact that you are seeing this page indicates that the website you just visited is either experiencing problems or is undergoing routine maintenance.

If you would like to let the administrators of this website know that you've seen this page instead of the page you expected, you should send them e-mail. In general, mail sent to the name "webmaster" and directed to the website's domain should reach the appropriate person.

For example, if you experienced problems while visiting www.example.com, you should send e-mail to "webmaster@example.com".

**If you are the website administrator:**

You may now add content to the directory /var/www/html/. Note that until you do so, people visiting your website will see this page and not your content. To prevent this page from ever being used, follow the instructions in the file /etc/httpd/conf.d/welcome.conf.

You are free to use the images below on Apache and CentOS Linux powered HTTP servers. Thanks for using Apache and CentOS!





**About CentOS:**

**The Community ENTerprise Operating System** (CentOS) is an Enterprise-class Linux Distribution derived from sources freely provided to the public by a prominent North American Enterprise Linux vendor. CentOS conforms fully with the upstream vendors redistribution policy and aims to be 100% binary compatible. (CentOS mainly changes packages to remove upstream vendor branding and artwork.) The CentOS Project is the organization that builds CentOS.

For information on CentOS please visit the CentOS website.

**Note:**

CentOS is an Operating System and it is used to power this website; however, the webserver is owned by the domain owner and not the CentOS Project. **If you have issues with the content of this site, contact the owner of the domain, not the CentOS project.**

Unless this server is on the CentOS.org domain, the CentOS Project doesn't have anything to do with the content on this webserver or any e-mails that directed you to this site.

IMPOSSIBLE.NAME

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 184

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005286

IMPOSSIBLE

DN-19
**Group:** One

# IMPOSSIBLE.US

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | CR117057367 Lester Dales I Am Possible Ltd 88 Baker St London London W1U 6TQ United Kingdom UK Phone: +44.2072981899 Email: lorna@impossible.com Registrant Application Purpose: P3 Registrant Nexus Category: C11 |
| **Administrative Contact:** | CR117057377 Leading Edge Technologies Leading Edge Technologies, Corp Address1: 141 Velma Ave Pittsfield MA 01267 United States US Phone: +1.4134 589639 Fax: +1.4134589639 Email: bob@letechcorp.com Administrative Applicat ion Purpose: P3 Administrative Nexus Category: C11 |
| **Technical Contact:** | CR117057372 Leading Edge Technologies Leading Edge Technologies, Corp 141 Velma Ave Pittsfield MA 01267 United States US Phone: +1.4134589639 Fax: +1.4134589639 Email: bob@letechcorp.com Technical Application Purpose: P3 Technical Nexus Category: C11 |
| **Billing Contact:** | CR117057387 Lester Dales I Am Possible LTD 88 Baker St London W1U 6TQ United Kingdom UK Phone: +44.2072981899 Email: info@impossible.com Billing Application Purpose: P3 Billing Nexus Category: C11 |
| **Record History:** | **Record created on** Tue Jun 22 13:40:14 GMT 2004 <br> **Record last updated on** Sun Jun 24 16:07:39 GMT 2012 <br> **Record expires on** Mon Jun 21 23:59:59 GMT 2021 |
| **Domain Servers in Listed Order:** | DNS1.NAME-SERVICES.COM <br> DNS2.NAME-SERVICES.COM <br> DNS3.NAME-SERVICES.COM <br> DNS4.NAME-SERVICES.COM <br> Last Transferred Date: Sun Jun 24 16:06:36 GMT 2012 |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Impossible.us |
| **Keywords:** | cash advance debt consolidation insurance impossible.us |
| **Description:** | Find Cash Advance, Debt Consolidation and more at Impossible.us. Get the best of Insurance or Free Credit Report, browse our section on Cell Phones or learn about Life Insurance. Impossible.us is the site for Cash Advance. |
| **Status:** | Accessible |

---

**Search:** 238481711                **Analyst: SUZY TORRES**                **Domain Name Page: 185**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                IF00005287



IMPOSSIBLE.US

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 186

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                              IF00005288

IMPOSSIBLE

**DN-20**
**Group:** One

# IMPOSSIBLE.COM

| | |
|---|---|
| **Registered by:** | CSC CORPORATE DOMAINS, INC. |
| **Registrant:** | I AM POSSIBLE LIMITED Domain Administrator 88-90 BAKER STREET London, EN W1U 6TQ GB Email: lesterdales@dalesevans.co.uk Domain Name: impossible.com |
| **Administrative Contact:** | Dales Evans Lester Dales 88-90 BAKER STREET London, EN W1U 6TQ GB Phone: +44.2072981899 Email: lesterdales@dalesevans.co.uk |
| **Technical Contact:** | Corporation Service Company Domain Registrar PO Box 597 Yarmouth, NS B5A 4B4 CA Phone: +1.9027465201 Email: admin@internationaladmin.com |
| **Record History:** | **Record created on** 01-nov-1994 **Record last updated on** 24-oct-2011 **Record expires on** 31-oct-2014 |
| **Domain Servers in Listed Order:** | DNS1.CSCDNS.NET DNS2.CSCDNS.NET Status: clientTransferProhibited |

## WHOIS

**Web Page Information**
**Status:**                    Accessible

---

**Search: 238481711**          **Analyst: SUZY TORRES**          **Domain Name Page: 187**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          IF00005289

IMPOSSIBLE



**IMPOSSIBLE.COM**

Search: 238481711                 Analyst: SUZY TORRES                 Domain Name Page: 188

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                 IF00005290

IMPOSSIBLE

**DN-21**
**Group:** One

## IMPOSSIBLE.NET

| | |
|---|---|
| **Registered by:** | DNC HOLDINGS, INC. |
| **Registrant:** | Direct Privacy ID B1E18 P.O. Box 6592 Metairie, LA 70009 US 1-504-355-0082 |
| **Administrative Contact:** | Direct Privacy ID B1E18, Domain Name Proxy Service, Inc impossible.net@domainnameproxyservice.com P.O. Box 6592 Metairie, LA 70009 US 1-504-355-0082 |
| **Technical Contact:** | Direct Privacy ID B1E18, Domain Name Proxy Service, Inc impossible.net@domainnameproxyservice.com P.O. Box 6592 Metairie, LA 70009 US 1-504-355-0082 |
| **Record History:** | **Record created on** 06-29-1998 **Record last updated on** 02-11-2012 11:21:09 AM **Record expires on** 06-29-2017 |
| **Domain Servers in Listed Order:** | NS1.DREAMHOST.COM 66.33.206.206 NS2.DREAMHOST.COM 208.96.10.221 NS3.DREAMHOST.COM 66.33.216.216 DNC Holdings, Inc. DNC Holdings reserves the right to terminate your access to its WHOIS DNC Holdings reserves the right to modify these terms at any time. |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | . . . life .. can.... seem..impossible. |
| **Status:** | Accessible |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    IF00005291

IMPOSSIBLE



IMPOSSIBLE.NET

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 190

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# IMPOSSIBLE.ORG

| | |
|---|---|
| **Registered by:** | GoDaddy.com, LLC (R91-LROR) |
| **Registrant:** | CR30602359 Architects of the Impossible Architects of the Impossible Architects of the Impossible 397 Donlands Ave Toronto Ontario M4J3S2 CA Phone: +1.416 4215791 Ext.: Fax Ext.: Email: admin@impossible.org |
| **Administrative Contact:** | CR30602361 Ryan Sutherland 397 Donlands Ave Toronto Ontario M4J3S2 CA Phone: +1.4164215791 Phone: Ext: Admin FAX: Admin FAX Ext: Email: admin@impossible.org |
| **Technical Contact:** | CR30602360 Ryan Sutherland 397 Donlands Ave Toronto Ontario M4J3S2 CA Phone: +1.4164215791 Phone: Ext: Tech FAX: Tech FAX Ext: Email: webmaster@impossible.org |
| **Record History:** | **Record created on** 27-Feb-1998 05:00:00 UTC<br>**Record last updated on** 15-Mar-2013 03:21:07 UTC<br>**Record expires on** 26-Feb-2014 05:00:00 UTC |
| **Domain Servers in Listed Order:** | NS1.INTERAXIVE.NET<br>NS2.INTERAXIVE.NET<br>DNSSEC:Unsigned |

## WHOIS

| | |
|---|---|
| **Web Page Information**<br>**Status:** | Accessible |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    IF00005293



IMPOSSIBLE.ORG

Search: 238481711              Analyst: SUZY TORRES              Domain Name Page: 192

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              IF00005294

IMPOSSIBLE

**DN-23**
**Group:** One

# IMPOSSIBLE.BIZ

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | CR128041574 anshul goyal guava softs pvt ltd mall road ludhiana punjab 141001 India IN Phone: +91.9988955555 Email: anshul@z.biz |
| **Administrative Contact:** | CR128041608 anshul goyal guava softs pvt ktd Address1: mall road ludhiana Punjab 141001 India IN Phone: +91.9988955555 Email: anshul@z.biz |
| **Technical Contact:** | CR128041580 anshul goyal guava softs pvt ktd mall road ludhiana Punjab 1410 01 India IN Phone: +91.9988955555 Email: anshul@z.biz |
| **Billing Contact:** | CR128041626 anshul goyal guava softs pvt ktd mall road ludhiana Punjab 1410 01 India IN Phone: +91.9988955555 Email: anshul@z.biz |
| **Record History:** | **Record created on** Thu Jan 22 20:49:35 GMT 2004<br>**Record last updated on** Mon Nov 26 22:56:50 GMT 2012<br>**Record expires on** Tue Jan 21 23:59:59 GMT 2014 |
| **Domain Servers in Listed Order:** | NS1.GUAVASOFTS.BIZ<br>NS2.GUAVASOFTS.BIZ<br>Last Transferred Date: Sat Nov 03 16:03:28 GMT 2012 |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.impossible.biz – Not able to occur, exist, or be done. |
| **Status:** | Accessible |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          IF00005295



IMPOSSIBLE.BIZ

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005296

**DN-24**
**Group:** One

# IMPOSSIBLE.INFO

| | |
|---|---|
| **Registered by:** | Vautron Rechenzentrum AG (R567-LRMS) |
| **Registrant:** | AH824-ANT Hoeller Andreas Eduard Lexi Impossible GmbH Halbgasse 3/2/1 Wien AT 1070 AT Phone: +43.18903190 Ext.: Fax: +43.1890319015 Fax Ext.: Email: lexi@the-impossible-project.com |
| **Administrative Contact:** | AH824-ANT Hoeller Andreas Eduard Lexi Impossible GmbH Halbgasse 3/2/1 Wien AT 1070 AT Phone: +43.18903190 Phone: Ext: Admin FAX:+43.18903190 15 Admin FAX Ext: Email: lexi@the-impossible-project.com |
| **Technical Contact:** | AH824-ANT Hoeller Andreas Eduard Lexi Organization: Impossible GmbH Halb gasse 3/2/1 Wien AT 1070 AT Phone: +43.18903190 Phone: Ext: Tech FAX:+43. 1890319015 Tech FAX Ext: Email: lexi@the-impossible-project.com |
| **Billing Contact:** | AH824-ANT Hoeller Andreas Eduard Lexi Impossible GmbH Halbgasse 3/2/1 Wien AT 1070 AT Phone: +43.18903190 Ext.: Fax: +43.1890319015 Fax Ext: email: lexi@the-impossible-project.com |
| **Record History:** | **Record created on** 19-Sep-2001 14:38:19 UTC<br>**Record last updated on** 13-Jun-2013 05:37:12 UTC<br>**Record expires on** 19-Sep-2014 14:38:19 UTC |
| **Domain Servers in Listed Order:** | NS1.FIRST-NS.DE<br>ROBOTNS2.SECOND-NS.DE<br>ROBOTNS3.SECOND-NS.COM |

**WHOIS**

**Web Page Information**
**Status:**    Accessible

---

Search: 238481711    **Analyst: SUZY TORRES**    Domain Name Page: 195

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IMPOSSIBLE

SHOP BY CATEGORY ▾     INFO ABOUT FILM & CAMERAS     0 ITEMS

## (SEE ALL 8 PRODUCTS)







PX 680 Color Protection

23.49 USD

View details

PX 70 Color Protection

23.49 USD

View details

PZ 680 Color Protection

23.49 USD

View details

PX
Bl

23

## (SEE ALL 19 PRODUCTS)



Impossible Instant Lab
Black

299.00 USD

View details





IMPOSSIBLE.INFO

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 196

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005298

# IMPOSSIBLES.US

| | |
|---|---|
| **Registered by:** | ENOM, INC. |
| **Registrant:** | A2C92004C2CDDAFD Joel Runyon 1231 Champion Forest Ct. Wheaton IL 601 87 United States US Phone: +1.6303377221 Email: joel.runyon@ymail.com Regi strant Application Purpose: P3 Registrant Nexus Category: C11 |
| **Administrative Contact:** | A2C92004C2CDDAFD Joel Runyon Address1: 1231 Champion Forest Ct. Wheat on IL 60187 United States US Phone: +1.6303377221 Email: joel.runyon@ymail. com Administrative Application Purpose: P3 Administrative Nexus Category: C11 |
| **Technical Contact:** | A2C92004C2CDDAFD Joel Runyon 1231 Champion Forest Ct. Wheaton IL 601 87 United States US Phone: +1.6303377221 Email: joel.runyon@ymail.com Tech nical Application Purpose: P3 Technical Nexus Category: C11 |
| **Billing Contact:** | A2C92004C2CDDAFD Joel Runyon 1231 Champion Forest Ct. Wheaton IL 601 87 United States US Phone: +1.6303377221 Email: joel.runyon@ymail.com Billi ng Application Purpose: P3 Billing Nexus Category: C11 |
| **Record History:** | **Record created on** Fri Aug 30 07:33:54 GMT 2013<br>**Record last updated on** Fri Aug 30 07:33:54 GMT 2013<br>**Record expires on** Fri Aug 29 23:59:59 GMT 2014 |
| **Domain Servers in Listed Order:** | DNS1.REGISTRAR-SERVERS.COM<br>DNS2.REGISTRAR-SERVERS.COM<br>DNS3.REGISTRAR-SERVERS.COM<br>DNS4.REGISTRAR-SERVERS.COM<br>DNS5.REGISTRAR-SERVERS.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | impossibles.us – Registered at Namecheap.com |
| **Status:** | Accessible |

**Search: 238481711**          **Analyst: SUZY TORRES**          **Domain Name Page: 197**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IMPOSSIBLE

## impossibles.us



Welcome to namecheap.com. This domain was recently registered at namecheap.com. The domain owner may currently be creating a great site for this domain. Please check back later!

Related Searches:

**Domain Name**

www. [          ]

☑ com  ☐ ɪ
☐ biz  ☑ ᴄ
☐ co.uk ☐ t

Products and

**Domain Name**

Purchase domai
You can also tra
to us for the sam

**WhoisGuard ꜰ**

WhoisGuard is ᴀ
provided FREE ᴠ
and transfer. Ke
spammers harve

**Low Cost 256**

We sell industry
GeoTrust Quick.
very low price. G
certificates are fᵣ
RapidSSL from ꜱ

**Namecheap ɴ**

List your domain
is another venue
process is straig
sellers..

**Free DNS Ser**

Take advantage
DNS you can ha
that are not regi:

Copyright © 2011-2013. All rights reserved. Legal Disclaimers

IMPOSSIBLES.US

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 198

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005300

IMPOSSIBLE

**DN-26**
**Group:** One

## IMPOSSIBLES.ASIA

| | |
|---|---|
| **Registered by:** | Megazone Corp., dba HOSTING.KR R204-ASIA (1489) |
| **Registrant:** | HK1329453109772K baby face baby face 21 Yeoksam-dong Seoul Gangnam-gu KR 135080 Phone: +82.26518443 Ext.: Fax Ext.: Email: solarsunp2010@hotmail.com |
| **Administrative Contact:** | HK1329453109772K baby face baby face 21 Yeoksam-dong Seoul Gangnam-gu KR 135080 Phone: +82.26518443 Phone: Ext: Fax Ext: Email: solarsunp2010@hotmail.com |
| **Technical Contact:** | HK1329453109772K baby face baby face 21 Yeoksam-dong Seoul Gangnam-gu KR 135080 Phone: +82.26518443 Phone: Ext: Fax Ext: Email: solarsunp2010@hotmail.com |
| **Billing Contact:** | HK1329453109772K baby face baby face 21 Yeoksam-dong Seoul Gangnam-gu KR 135080 Phone: +82.26518443 Ext.: Fax Ext: Email: solarsunp2010@hotmail.com |
| **Record History:** | |
| | **Record last updated on** 01-Mar-2013 20:51:06 UTC<br>**Record expires on** 31-Dec-2013 03:00:45 UTC |
| **Domain Servers in Listed Order:** | NS1.HOSTING.CO.KR<br>NS2.HOSTING.CO.KR |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | ???? |
| **Status:** | Accessible |

| | | |
|---|---|---|
| Search: 238481711 | **Analyst: SUZY TORRES** | Domain Name Page: 199 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005301

IMPOSSIBLE

















IMPOSSIBLES.ASIA

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 200

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                            IF00005302

IMPOSSIBLE

**DN-27**
**Group:** One

# IMPOSSIBLES.ORG

| | |
|---|---|
| **Registered by:** | eNom, Inc. (R39-LROR) |
| **Registrant:** | e1594886ac899834 Whois Agent Whois Privacy Protection Service, Inc. PMB 368, 14150 NE 20th St – F1 C/O impossibles.org Bellevue WA 98007 US Phone: +1.4252740657 Ext.: Fax: +1.4259744730 Fax Ext.: Email: tldyyrkqwb@whoisprivacyprotect.com |
| **Administrative Contact:** | e1594886ac899834 Whois Agent Whois Privacy Protection Service, Inc. PMB 368, 14150 NE 20th St – F1 C/O impossibles.org Bellevue WA 98007 US Phone: +1.4252740657 Phone: Ext: Admin FAX:+1.4259744730 Admin FAX Ext: Email: tldyyrkqwb@whoisprivacyprotect.com |
| **Technical Contact:** | e1594886ac899834 Whois Agent Organization: Whois Privacy Protection Service, Inc. PMB 368, 14150 NE 20th St – F1 C/O impossibles.org Bellevue WA 98007 US Phone: +1.4252740657 Phone: Ext: Tech FAX:+1.4259744730 Tech FAX Ext: Email: tldyyrkqwb@whoisprivacyprotect.com |
| **Record History:** | **Record created on** 16-Jul-2009 19:08:56 UTC<br>**Record last updated on** 20-Sep-2013 09:58:04 UTC<br>**Record expires on** 16-Jul-2014 19:08:56 UTC |
| **Domain Servers in Listed Order:** | DNS1.NAME-SERVICES.COM<br>DNS2.NAME-SERVICES.COM<br>DNS3.NAME-SERVICES.COM<br>DNS4.NAME-SERVICES.COM<br>DNS5.NAME-SERVICES.COM<br>DNSSEC:Unsigned |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Impossibles.org |
| **Keywords:** | cash advance debt consolidation insurance impossibles.org |
| **Description:** | Find Cash Advance, Debt Consolidation and more at Impossibles.org. Get the best of Insurance or Free Credit Report, browse our section on Cell Phones or learn about Life Insurance. Impossibles.org is the site for Cash Advance. |
| **Status:** | Accessible |

**Search:** 238481711           **Analyst: SUZY TORRES**           **Domain Name Page: 201**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005303

IMPOSSIBLE

The domain impossibles.org may be for sale. Click here for details.



This domain may be for sale. Buy this Domain

Legal Terms

IMPOSSIBLES.ORG

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 202

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                IF00005304

IMPOSSIBLE

DN-28
Group: One

# IMPOSSIBLES.NET

| | |
|---|---|
| **Registered by:** | ENOM, INC. |
| **Registrant:** | Whois Privacy Protection Service, Inc. Whois Agent () PMB 368, 14150 NE 20th St – F1 C/O IMPOSSIBLES.NET Bellevue, WA 98007 US Status: Locked |
| **Administrative Contact:** | Whois Privacy Protection Service, Inc. Whois Agent (hjgspwpf@whoisprivacyprotect.com) +1.4252740657 Fax: +1.4259744730 PMB 368, 14150 NE 20th St – F1 C/O IMPOSSIBLES.NET Bellevue, WA 98007 US |
| **Technical Contact:** | Whois Privacy Protection Service, Inc. Whois Agent (hjgspwpf@whoisprivacyprotect.com) +1.4252740657 Fax: +1.4259744730 PMB 368, 14150 NE 20th St – F1 C/O IMPOSSIBLES.NET Bellevue, WA 98007 US |
| **Record History:** | **Record created on** 06–jun–2005 **Record last updated on** 12–aug–2013 **Record expires on** 06–jun–2014 |
| **Domain Servers in Listed Order:** | NS1.ABOVE.COM NS2.ABOVE.COM Status: clientTransferProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | impossibles.net |
| **Keywords:** | impossibles.net |
| **Description:** | impossibles.net |
| **Status:** | Accessible |

---

| Search: 238481711 | Analyst: SUZY TORRES | Domain Name Page: 203 |
|---|---|---|

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005305



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005306

# IMPOSSIBLES.COM

| | |
|---|---|
| **Registered by:** | IREGISTRY CORP. |
| **Registrant:** | Name Administration Inc. (BVI) Box 10518 A.P.O. Grand Cayman, Cayman Islands B.W.I. KY |
| **Administrative Contact:** | Domain, Administrator admin@nameadmininc.com Box 10518 A.P.O. Grand Cayman, Cayman Islands B.W.I. KY +1.345.946.6879 |
| **Technical Contact:** | Domain, Administrator admin@nameadmininc.com Box 10518 A.P.O. Grand Cayman, Cayman Islands B.W.I. KY +1.345.946.6879 Registrar of Record: iRegistry |
| **Record History:** | **Record created on** 08-aug-2002<br>**Record last updated on** 31-jan-2013<br>**Record expires on** 08-aug-2016 |
| **Domain Servers in Listed Order:** | NS1.HOSTINGNET.COM<br>NS2.HOSTINGNET.COM<br>Status: clientDeleteProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Impossibles.com: The Leading Personal Achievement Site on the Net |
| **Status:** | Accessible |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005307



**Click here** to buy Impossibles.com for your website name!

## Impossibles.com

Related Links

» **Math Game**

» **Host a Murder Mystery Dinner**

» **Puzzle Bobble Game**

» **Spelling Word Game**

» **Play Mario Games**

» **Play Fun Games for Kids**

» **Car Games to Play**

» **Free Play Arcade Games**

» **Games Free Game**

» **Games You Can Play**

Search [                    ] [ Search Ads ]

Privacy Policy

An NA MEDIA Service © Copyright 2001-2012
Listed in the marketplace at DomainNameSales.com

IMPOSSIBLES.COM

Search: 238481711               **Analyst: SUZY TORRES**               Domain Name Page: 206

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005308

IMPOSSIBLE

**DN-30**
**Group:** One

# THE-IMPOSSIBLE.COM

| | |
|---|---|
| **Registered by:** | ALLWORLDNAMES.COM LLC |
| **Registrant:** | JIll Pietrini ahuerta@smrh.com 1901 Ave. of the Stars Los Angeles CA 90067 US |
| **Administrative Contact:** | JIll Pietrini ahuerta@smrh.com 1901 Ave. of the Stars Los Angeles CA 90067 US Phone: +1.3102282251 |
| **Technical Contact:** | JIll Pietrini ahuerta@smrh.com 1901 Ave. of the Stars Los Angeles CA 90067 US Phone: +1.3102282251 |
| **Billing Contact:** | JIll Pietrini ahuerta@smrh.com 1901 Ave. of the Stars Los Angeles CA 90067 US Phone: +1.3102282251 |
| **Record History:** | **Record created on** 20-jan-2013 **Record last updated on** 14-mar-2013 **Record expires on** 20-jan-2014 |
| **Domain Servers in Listed Order:** | NS1.INTERIMNAMESERVER.COM NS2.INTERIMNAMESERVER.COM Status: clientDeleteProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | the-impossible.com |
| **Status:** | Accessible |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005309



THE−IMPOSSIBLE.COM

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 208

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                IF00005310

IMPOSSIBLE

**DN-31**
**Group:** One

# THE-IMPOSSIBLE.NET

| | |
|---|---|
| **Registered by:** | KEY-SYSTEMS GMBH |
| **Registrant:** | P-ADB1780 A Bogerd Zijderveldselaan 82 City: Zijderveld Postal Code: 4122 GR Country: NL Phone: +31 0345642994 EMail: abrahambogerd@hotmail.com |
| **Administrative Contact:** | P-ADB1780 A Bogerd Zijderveldselaan 82 City: Zijderveld Postal Code: 4122 GR Country: NL Phone: +31 0345642994 EMail: abrahambogerd@hotmail.com |
| **Technical Contact:** | P-HBM165 tech-organization: Metaregistrar.nl tech-title: Mr. Hostmaster Metaregistrar Jaagpad 20 City: Gouda Postal Code: 2802 AZ Country: NL Phone: +31 848338137 tech-fax: +31 877845100 EMail: hostmaster@metaregistrar.nl |
| **Billing Contact:** | P-HBM165 billing-organization: Metaregistrar.nl billing-title: Mr. Hostmaster Metaregistrar Jaagpad 20 City: Gouda Postal Code: 2802 AZ Country: NL Phone: +31 848338137 billing-fax: +31 877845100 EMail: hostmaster@metaregistrar.nl |
| **Record History:** | **Record created on** 12-feb-2011 **Record last updated on** 13-feb-2013 **Record expires on** 12-feb-2014 |
| **Domain Servers in Listed Order:** | NS1.METAREGISTRAR.NL NS2.METAREGISTRAR.NL Status: ok |

## WHOIS

| | |
|---|---|
| **Web Page Information** | |
| **HTML Title:** | Tsunami\|Aftermath\|The Impossible task to bring back the missing after the Tsunami hitting Khao Lak. |
| **Keywords:** | the impossible, tsunami, tsunami 2004, impossible, impossible movie, tsunami khao lak, khao lak tsunami, impossible task , impossible thailand, Tsunami, japan, Khao Lak, khaolak, impossible, rescue, thailand, wave, missing |
| **Description:** | Volunteers from all over the world had the almost impossible task to find the missing famaly members after the tsunami 2004. Tsunami - Aftermath - Rescue workers had the impossible task to bring back the missing people after the Tsunami hit Khao Lak |
| **Status:** | Accessible |

| | | |
|---|---|---|
| Search: 238481711 | **Analyst: SUZY TORRES** | **Domain Name Page: 209** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                     IF00005311



# KHAO LAK RESCUE WORKERS HAD THE IMPOSSIBLE TASK AFTER THE TSUNAMI

Photos by Abraham Bogerd

After the wounded were evacuated from Khao Lak , rescue workers started the almost impossible task of finding all the missing persons

Man and women , young and old , from Thailand and all over the world helped to bring fathers , mothers , brothers , sisters , grandparents

back to their famaly so that they could give them the last honour.

THE-IMPOSSIBLE.NET

Search: 238481711                     Analyst: SUZY TORRES                     Domain Name Page: 210

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                     IF00005312

# THEIMPOSSIBLE.INFO

**Registered by:** Wild West Domains, LLC (R213-LRMS)

**Registrant:** CR148311792 Vitalij Tiaskevic Fabijoniskiu 27-20 Vilnius Vilnius 07121 LT Phone: +370.60352600 Ext.: Fax Ext.: Email: stormpayclicker@gmail.com

**Administrative Contact:** CR148311794 Vitalij Tiaskevic Fabijoniskiu 27-20 Vilnius Vilnius 07121 LT Phone: +370.60352600 Phone: Ext: Admin FAX: Admin FAX Ext: Email: stormpayclicker@gmail.com

**Technical Contact:** CR148311793 Vitalij Tiaskevic Organization: Fabijoniskiu 27-20 Vilnius Vilnius 07121 LT Phone: +370.60352600 Phone: Ext: Tech FAX: Tech FAX Ext: Email: stormpayclicker@gmail.com

**Billing Contact:** CR148311795 Vitalij Tiaskevic Fabijoniskiu 27-20 Vilnius Vilnius 07121 LT Phone: +370.60352600 Ext.: Fax Ext: email: stormpayclicker@gmail.com

**Record History:** **Record created on** 02-Aug-2013 06:32:17 UTC
**Record last updated on** 02-Aug-2013 06:37:13 UTC
**Record expires on** 02-Aug-2014 06:32:17 UTC

**Domain Servers in Listed Order:**

NS1.FIRSTVDS.RU
NS2.FIRSTVDS.RU

## WHOIS

**Web Page Information**

**HTML Title:** ???????????.info ??????????? ??????, ???????? ???????, ??????????? ???????, ??????????? ???????????

**Keywords:** ???????????, ???????????, ??????????, ????????

**Description:** ???????????.info ?????? ? ??????????? ???????? ??????????? ? ????.

**Status:** Accessible

---

Search: 238481711                    **Analyst: SUZY TORRES**                    **Domain Name Page: 211**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005313

IMPOSSIBLE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          IF00005314

IMPOSSIBLE

**DN-33**
**Group:** One

# THEIMPOSSIBLE.ASIA

| | |
|---|---|
| **Registered by:** | Network Solutions, LLC R213-ASIA (2) |
| **Registrant:** | 52274529 Mike Rea 500 5th Ave. Seattle WA US 98102 Phone: +1.4153778043 Ext.: Fax Ext.: Email: mikehrea@mac.com |
| **Administrative Contact:** | ASIA-ADMIN S McManus Safenames Ltd 301-2, Hang seng Wanchain Building Floor No. 200 Hennessy Road, Wanchai Hong Kong HK HK5ARS Phone: +862.8610885 Phone: Ext: Fax: +44.1908325192 Fax Ext: Email: hostmaster@safenames.net Administrative ID:52274529 Administrative Name:Mike Rea 500 5th Ave. Seattle WA US 98102 Phone: +1.4153778043 Phone: Ext: Fax Ext: Email: mikehrea@mac.com |
| **Technical Contact:** | 52274529 Mike Rea 500 5th Ave. Seattle WA US 98102 Phone: +1.4153778043 Phone: Ext: Fax Ext: Email: mikehrea@mac.com |
| **Billing Contact:** | 52274529 Mike Rea 500 5th Ave. Seattle WA US 98102 Phone: +1.4153778043 Ext.: Fax Ext: Email: mikehrea@mac.com |
| **Record History:** | **Record last updated on** 03-Jan-2013 20:50:04 UTC<br>**Record expires on** 03-Nov-2013 21:41:48 UTC |
| **Domain Servers in Listed Order:** | NS95.WORLDNIC.COM<br>NS96.WORLDNIC.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Not found. |
| **Status:** | Accessible |

---

| Search: 238481711 | Analyst: SUZY TORRES | Domain Name Page: 213 |
|---|---|---|

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IMPOSSIBLE



**THEIMPOSSIBLE.ASIA**

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 214

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005316

IMPOSSIBLE

**DN−34**
**Group:** One

# THEIMPOSSIBLE.US

| | |
|---|---|
| **Registered by:** | ENOM, INC. |
| **Registrant:** | 79C8267E8DF8A21A Mary Lou Brady 305 Marlbrook Lane Lansdale PA 19446 United States US Phone: +1.6106138759 Email: mlbrady83@gmail.com Registrant Application Purpose: P3 Registrant Nexus Category: C11 |
| **Administrative Contact:** | 92D0C40E871FCC44 Mary Lou Brady Address1: 305 Marlbrook Lane Lansdale PA 19446 United States US Phone: +1.6106138759 Email: mlbrady83@gmail.com |
| **Technical Contact:** | 9543980E871FCC44 Mary Lou Brady 305 Marlbrook Lane Lansdale PA 19446 United States US Phone: +1.6106138759 Email: mlbrady83@gmail.com |
| **Billing Contact:** | 79C8267E8DF8A21A Mary Lou Brady 305 Marlbrook Lane Lansdale PA 19446 United States US Phone: +1.6106138759 Email: mlbrady83@gmail.com Billing Application Purpose: P3 Billing Nexus Category: C11 |
| **Record History:** | **Record created on** Fri Nov 02 21:56:43 GMT 2012 <br> **Record last updated on** Fri Nov 02 21:56:44 GMT 2012 <br> **Record expires on** Wed Nov 01 23:59:59 GMT 2017 |
| **Domain Servers in Listed Order:** | DNS1.REGISTRAR-SERVERS.COM <br> DNS2.REGISTRAR-SERVERS.COM <br> DNS3.REGISTRAR-SERVERS.COM <br> DNS4.REGISTRAR-SERVERS.COM <br> DNS5.REGISTRAR-SERVERS.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | theimpossible.us − Registered at Namecheap.com |
| **Status:** | Accessible |

| | | |
|---|---|---|
| Search: 238481711 | **Analyst: SUZY TORRES** | **Domain Name Page: 215** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005317

IMPOSSIBLE

## theimpossible.us



Welcome to namecheap.com. This domain was recently registered at namecheap.com. The domain owner may currently be creating a great site for this domain. Please check back later!

Related Searches:

**Domain Name**

www. [          ]

☑ com   ☐ ı
☐ biz   ☑ (
☐ co.uk ☐ t

Products anc

**Domain Name**

Purchase domai
You can also tra
to us for the sam

**WhoisGuard I**

WhoisGuard is ∂
provided FREE ι
and transfer. Ke
spammers harve

**Low Cost 256**

We sell industry
GeoTrust Quick!
very low price. G
certificates are fι
RapidSSL from !

**Namecheap N**

List your domain
is another venue
process is straig
sellers..

**Free DNS Ser**

Take advantage
DNS you can ha
that are not regis

Copyright © 2011-2013. All rights reserved. Legal Disclaimers

**THEIMPOSSIBLE.US**

Search: 238481711               **Analyst: SUZY TORRES**               Domain Name Page: 216

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              IF00005318

# THEIMPOSSIBLE.NET

| | |
|---|---|
| **Registered by:** | ENOM, INC. |
| **Registrant:** | BuyDomains.com This Domain For Sale Toll Free: 866-822-9073 Worldwide: 339-222-5132 (brokerage@buydomains.com) +1.3392225132 Fax: +1.7818392 801 738 Main Street, #389 Waltham, MA 02451 US |
| **Administrative Contact:** | BuyDomains.com This Domain For Sale Toll Free: 866-822-9073 (brokerage@b uydomains.com) +1.3392225132 Fax: +1.7818392801 738 Main Street, #389 Waltham, MA 02451 US |
| **Technical Contact:** | BuyDomains.com This Domain For Sale Toll Free: 866-822-9073 (brokerage@b uydomains.com) +1.3392225132 Fax: +1.7818392801 738 Main Street, #389 Waltham, MA 02451 US Status: Locked |
| **Record History:** | **Record created on** 11-oct-2008 **Record last updated on** 12-sep-2013 **Record expires on** 11-oct-2014 |
| **Domain Servers in Listed Order:** | NS.BUYDOMAINS.COM THIS-DOMAIN-FOR-SALE.COM Status: clientTransferProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | theimpossible.net | Free Car Insurance Quote | Online Education | Free Credit Score | Online Checking Account |
| **Keywords:** | Free Car Insurance Quote, Online Education, Free Credit Score, Online Checking Account, Free Legal Advice, Classified Ads, Credit Card Help, Online Shopping |
| **Description:** | theimpossible.net |
| **Status:** | Accessible |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          IF00005319



THEIMPOSSIBLE.NET

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 218

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005320

IMPOSSIBLE

**DN-36**
**Group:** One

# THEIMPOSSIBLE.COM

| | |
|---|---|
| **Registered by:** | DOMAIN.COM, LLC |
| **Registrant:** | Daruna, LLC PO Box 8119-1000 San Jose, Costa Rica Central America CR |
| **Administrative Contact:** | unknown, unknown darunallc@gmail.com PO Box 8119-1000 San Jose, Costa Rica Central America CR 5068195918 |
| **Technical Contact:** | unknown, unknown darunallc@gmail.com PO Box 8119-1000 San Jose, Costa Rica Central America CR 5068195918 |
| **Record History:** | **Record created on** 01-May-2002. **Record last updated on** 07-Jun-2013. **Record expires on** 01-May-2015. |
| **Domain Servers in Listed Order:** | NS1.DSREDIRECTION.COM NS2.DSREDIRECTION.COM Domain status: ok |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | theimpossible.com |
| **Keywords:** | theimpossible.com |
| **Description:** | theimpossible.com |
| **Status:** | Accessible |

Search: 238481711                    **Analyst: SUZY TORRES**                    Domain Name Page: 219

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005321



**Theimpossible.com**

SEARCH

Related Searches

Related Searches

- 1st Grade Math Games
- Impossible Movie
- Math Sites
- Math Tutoring
- Maths Quiz
- Bubble Puzzle Game
- Bible Quiz Game
- Games Free Game
- Play Car Game
- Download Games

- 1st Grade Math Games
- Math Sites
- Maths Quiz
- Bible Quiz Game
- Play Car Game
- Quiz For Kids
- Car Games Racing Games
- Multiplication Math Games
- Gratis Game
- Free Game Online To Play

- Imp
- Ma
- Bub
- Gar
- Dov
- Play
- Onl
- Car
- Vid
- Rac

Related Searches:    Quiz For Kids    Play A Racing Game    Car Games Racing Games    Online Quiz Test    Multiplication Math Games
Video Game Tester

Privacy Policy   Legal Policies

**THEIMPOSSIBLE.COM**

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 220

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005322

# THEIMPOSSIBLE.ORG

| | |
|---|---|
| **Registered by:** | Domain.com, LLC (R1915-LROR) |
| **Registrant:** | DOTR-00166279 Paul Loeb 3232 41st AVE SW Seattle WA 98116 US Phone: +1.2069359132 Ext.: Fax: +1.2069359132 Fax Ext.: Email: loeb@soulofacitizen.org |
| **Administrative Contact:** | DOTC-00773824 Paul Loeb 3232 41st AVE SW Seattle WA 98116 US Phone: +1.2069359132 Phone: Ext: Admin FAX:+1.2069359132 Admin FAX Ext: Email: loeb@soulofacitizen.org |
| **Technical Contact:** | DOTC-00773829 Paul Loeb 3232 41st AVE SW Seattle WA 98116 US Phone: +1.2069359132 Phone: Ext: Tech FAX:+1.2069359132 Tech FAX Ext: Email: loeb@soulofacitizen.org |
| **Record History:** | Record created on 20-Oct-2003 23:58:17 UTC<br>Record last updated on 05-Dec-2012 16:39:53 UTC<br>Record expires on 20-Oct-2015 23:58:17 UTC |
| **Domain Servers in Listed Order:** | NS1.NAMERESOLVE.COM<br>NS2.NAMERESOLVE.COM<br>NS3.NAMERESOLVE.COM<br>NS4.NAMERESOLVE.COM<br>DNSSEC:Unsigned |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Paul Loeb - The Impossible Will Take a Little While |
| **Keywords:** | activist, activism, community, Iraq, peace movement, peace activism, pyschology, sprituality, citizen activist, citizen activism, student activism, student activist, civic involvement, values, community service, community involvement, Iraq, peace mo vement, peace activism, justice, social justice, social movements, sociology, soci al work, peace, terrorism, World Trade Center, bin Laden, Afghanistan, anti-war, political sciences, freshman english, english comp, community activist, grassroot s, Paul Loeb, Paul Rogat Loeb, protests, service, service learning, social change, politics, justice, labor unions, feminism, environment, civil society, democracy, history, religion, spirituality, faith, hope, healing, future, youth activism, WTO, WTO protests, Civic Engagement |
| **Description:** | The Impossible Will Take a Little While: A Citizen's Guide to Hope in a Time of Fear, a book by Paul Rogat Loeb. Citizen Activism and Social Movements, Civic Engagement. |
| **Status:** | Accessible |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005323

# PAUL LOEB                                    THE IMPOSSIBLE

Home  •  The Impossible  •  Soul of a Citizen  •  Lectures  •  Articles  •  Discuss  •  Subscribe  •
Pass the Word  •  Buy

> Reviews  •  Excerpts  •  Classroom Use  •  Book Groups

**Paul Rogat Loeb**

**Paul Loeb Home Page-
-including info on
Soul of a Citizen**

**More reviews of
The Impossible**

**Please Pass the Word**

**Receive Loeb articles
by email**

**Invite Paul Loeb to
Speak**

**Classroom Use**

**Reading group
questions**

**Paul Loeb Articles**

**Paul Loeb's
Other Books**

**Web Links**

**Paul Loeb Bio**

*Contact Paul Loeb*
Paul@PaulLoeb.org

Named the #3 political book for 2004 by the History
Channel and The American Book Association
One of six books selected for the Sierra Club reading
program
Winner of the Nautilus award for best social change book
Quality Paperback, One Spirit and Insight/Out book clubs
BookSense bestseller--over 65,000 in print through 17
printings
**Buy the book**

"Paul Loeb brings hope for a better world in a time when
we so urgently need it."
—Millard Fuller, founder, Habitat for Humanity

"You are part of what's good about this world and I admire
your work very much.
This book can even make one hopeful about the future
despite so many signs to the contrary."
—Bill Moyers

"Deeply moving and motivating...a plethora of commentary
from those dedicated to the concept of a better world"—
Baltimore Sun

"Hopeful, inspiring, and motivating...May well be required
reading for us all."—Sierra Club magazine

"This might possibly be the most important collection of
stories and essays you will ever read."
—from American Book Association and History Channel
listing of top ten 2004 political books

"[This] magnificent anthology celebrates hope, guts, and
the power of taking action.
—Pam Houston, The Oprah Magazine, lead review

"For anyone worn down, The Impossible Will Take a Little
While is a bracing double cappuccino!"
— Barbara Ehrenreich

**Buy**
*The Impossible*

**Send a Message of
Hope from The
Impossible**

**Pass the Word in
other ways**

**See Paul Loeb's
lecture schedule**

**Click here for
Loeb's live talks
and video clips**

**Join Paul's monthly
email list**

**Follow Paul on
Facebook**

THEIMPOSSIBLE.ORG

Search: 238481711                    Analyst: SUZY TORRES                    Domain Name Page: 222

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005324

# THEIMPOSSIBLES.NET

| | |
|---|---|
| **Registered by:** | WILD WEST DOMAINS, LLC |
| **Registrant:** | 840Domains Tsukuba 840Domains Tsukuba Baien 2-1-15 Supuringutekku Tsukuba bld. 401 Tsukuba Ibaraki 305-0045 Japan |
| **Administrative Contact:** | 840Domains Tsukuba 840Domains Tsukuba Baien 2-1-15 Supuringutekku Tsukuba bld. 401 Tsukuba Ibaraki 305-0045 Japan Phone: +81.5055349763 Email: web.site.com111@gmail.com |
| **Technical Contact:** | 840Domains Tsukuba 840Domains Organization: Tsukuba Tech Street: Baien 2-1-15 Tech Street: Supuringutekku Tsukuba bld. 401 Tsukuba Ibaraki 305-0045 Japan Phone: +81.5055349763 Email: web.site.com111@gmail.com NS110.PRIVATEDNSSERVER.COM NS111.PRIVATEDNSSERVER.COM The data contained in this Registrar's Whois database, while believed by the registrar to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining the prior written permission of this registrar. By submitting an otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or |
| **Record History:** | **Record created on** 28-mar-2012<br>**Record last updated on** 25-feb-2013<br>**Record expires on** 28-mar-2014 |
| **Domain Servers in Listed Order:** | NS110.PRIVATEDNSSERVER.COM<br>NS111.PRIVATEDNSSERVER.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

## WHOIS

| | |
|---|---|
| **Web Page Information** | |
| **Status:** | Site not accessible at time of analysis on September 23, 2013 at 4:49:07 PM. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005325

IMPOSSIBLE

DN-39
**Group:** One

# THEIMPOSSIBLES.COM

**Registered by:**        TURNCOMMERCE, INC. DBA NAMEBRIGHT.COM

**Registrant:**          Domain Admin domains@hugedomains.com THIS DOMAIN IS FOR SALE
                         HugeDomains.com 2635 Walnut Street Denver, CO 80205 US +1.303.502.9124
                         Registrar: NameBright.com (http://www.namebright.com) Domain Name: TheIm-
                         possibles.com Creation Date: 10/31/2010 Expiration Date: 10/31/2013

**Administrative Contact:**  Domain Admin domains@hugedomains.com THIS DOMAIN IS FOR SALE
                         HugeDomains.com 2635 Walnut Street Denver, CO 80205 US +1.303.502.9124

**Technical Contact:**   Domain Admin domains@hugedomains.com THIS DOMAIN IS FOR SALE
                         HugeDomains.com 2635 Walnut Street Denver, CO 80205 US +1.303.502.9124
                         To view domain listing visit http://www.hugedomains.com/
                         domain_profile.cfm?d=TheImpossibles&e=com

**Record History:**      **Record created on** 31-oct-2010
                         **Record last updated on** 01-nov-2012
                         **Record expires on** 31-oct-2013

**Domain Servers in Listed Order:**

                         NSG1.NAMEBRIGHTDNS.COM
                         NSG2.NAMEBRIGHTDNS.COM
                         Status: clientTransferProhibited

**WHOIS**

**Web Page Information**

**HTML Title:**          HugeDomains.com – TheImpossibles.com is for Sale (The Impossibles)
**Status:**              Accessible

---

Search: 238481711              **Analyst: SUZY TORRES**              Domain Name Page: 224

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005326



TheImpossibles.com is for sale (The Impossibles)

Click here to buy TheImpossibles.com for **$1,695**

Create a blog, promote your business, or build a site for your personal use.
Your web address is memorable and uniquely your own.

▸ **Buy Now**

Only **$1,695**
Call us for more information: **1-303-893-0552**



Shop with confidence - return any domain within 3
**30 Day Satisfaction Guarantee!** Learn More

| Quick Facts | | |
|---|---|---|
| Domain Name: | ....... | TheImpossibles.com |
| Sale Type: | .......... | Fixed Price - Buy Now for only $1,695 |
| Domain Length: | ..... | 14 Characters |
| Base Domain: | ....... | The Impossibles |
| TLD Extension: | ...... | .com |
| Categories: | ......... | Rock and Pop |
| ...................... | | Blues |
| ...................... | | Europe |
| Brandability: | ........ | VERY HIGH |

| Similar Domains | See More | Le |
|---|---|---|
| GreenAbsinthe.com ... | $14,900 | · E |
| TheApparelStore.com .. | $11,950 | · D |
| TheArtOfKamaSutra.com .. | $19,950 | · C |
| TheFabricWorkshop.com | $12,950 | · V |
| TheFlurry.com ......... | $12,500 | · I |
| TheGottiBoys.com ..... | $10,900 | |
| TheHornOfAfrica.com .. | $16,950 | |
| TheMaleReproductiveSys | $12,950 | |

**Click here** to buy TheImpossib

Home | About | Privacy | Terms & Conditions | Testimonials
© 2013 HugeDomains.com. All rights reserved.

 DEDICATED TO CUSTOMER SERVICE  GeoTrust

**THEIMPOSSIBLES.COM**

Search: 238481711          Analyst: SUZY TORRES          Domain Name Page: 225

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005327

IMPOSSIBLE

**DN-40**
**Group:** Four

# IMPOSSIBLENUTRITION.COM

| | |
|---|---|
| **Registered by:** | ENOM, INC. |
| **Registrant:** | WhoisGuard, Inc. WhoisGuard Protected () P.O. Box 0823-03411 Panama, Panama NA PA |
| **Administrative Contact:** | WhoisGuard, Inc. WhoisGuard Protected (89813f76b8d74eeb91bda035829df85e.protect@whoisguard.com) +507.8365503 Fax: +51.17057182 P.O. Box 0823-03411 Panama, Panama NA PA |
| **Technical Contact:** | WhoisGuard, Inc. WhoisGuard Protected (89813f76b8d74eeb91bda035829df85e.protect@whoisguard.com) +507.8365503 Fax: +51.17057182 P.O. Box 0823-03411 Panama, Panama NA PA Status: Locked |
| **Record History:** | **Record created on** 08-jan-2013<br>**Record last updated on** 24-jan-2013<br>**Record expires on** 08-jan-2014 |
| **Domain Servers in Listed Order:** | NS1.BLUEHOST.COM<br>NS2.BLUEHOST.COM<br>Status: clientTransferProhibited |

## WHOIS

| | |
|---|---|
| **Web Page Information** | |
| **Status:** | Accessible |

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY      IF00005328

IMPOSSIBLE





**IMPOSSIBLENUTRITION.COM**

Search: 238481711                 Analyst: SUZY TORRES                 Domain Name Page: 227

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005329

This page was intentionally left blank.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005330

## ANALYST REVIEW – COMMON LAW REFERENCE

### Search Information

Type of Search:    **U.S. Full Search**
Mark:              **IMPOSSIBLE**
Goods/Services:    **PROTEIN – RAW, RESIN AND PROTEINS WHICH MIMIC FOOD; NUTRITIONAL SUPPLEMENTS; BABY FOOD AND FORMULA; PET FOOD; ALL FOOD PRODUCTS WITH A FOCUS ON AGAIN: PROTEINS WHICH MIMIC FOOD, SUCH AS MEAT, POULTRY, EGGS, MILK AND MILK PRODUCTS, INCLUDING YOGURT, YOGURT DRINKS, BUTTER, AND ICE CREAM; EDIBLE OILS AND FATS, FLOUR AND PREPARATIONS, BREAD, PASTRY, CONFECTIONERY, GRAINS, ALL BEVERAGE PRODUCTS WITH A FOCUS ON: PROTEIN SHAKES/SMOOTHIES, JUICES, COFFEE, TEA, WATER, NON–ALCOHOLIC DRINKS, ALCOHOLIC DRINKS**

### Data Information

**www.namechk.com**
Checks the availability of a username on dozens of popular social networking and social bookmarking websites.

**Shepard's**
Legal citations that pertain to trademarks involved in court decisions, administrative decisions, and regulations.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005331

IMPOSSIBLE

## Common Law Reference Summary

| Record Number | Source | Source Name | Page |
|---|---|---|---|
| 1. | http://namechk.com/ | Check Username Availability at Multiple Social Networking Sites | 231 |

Search: 238481711        Analyst: WAYNE FITZPATRICK        Common Law Reference Summary Page: 230

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005332

IMPOSSIBLE

**REF-1**
Web Common Law Reference

## Retrieved as part of your Food Coverage

## http://namechk.com/

Check Username Availability at Multiple Social Networking Sites

THIS REFERENCE WAS RETRIEVED THROUGH ADDITIONAL RESEARCH

### Web Page Information

| | |
|---|---|
| **HTML Title:** | Check Username Availability at Multiple Social Networking Sites |
| **Keywords:** | |
| **Description:** | Check to see if your desired username or vanity url is still available at dozens of popular Social Networking and Social Bookmarking websites. Promote your brand consistently by registering a username that is still available on the majority of the most popular sites. Find the best username with namechk. |
| **Status:** | Accessible |

Search: 238481711          Analyst: WAYNE FITZPATRICK          Common Law Reference Page: 231

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005333

IMPOSSIBLE



http://namechk.com/

Search: 238481711          Analyst: WAYNE FITZPATRICK          Common Law Reference Page: 232

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00005334

IMPOSSIBLE

SHEPARD'S UNITED STATES CITATIONS

The following references have been selected from our computerized database, organized from information supplied by Shepard's. Shepard's considers the data to be reliable, but accuracy, currentness and completeness cannot be guaranteed. Please consult the indicated material by volume and page for further information. OFFICIAL GAZETTE status information (OGT) has been excluded so that the file contains litigation information only.

No pertinent references found.

Search: 238481711　　　　　　Analyst: SUZY TORRES　　　　　　Shepard's Page: 233

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY　　　　　　　　　　IF00005335

This page was intentionally left blank.

Search: 238481711                    Analyst: SUZY TORRES                    Page: 234

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005336

IMPOSSIBLE

## REPORTED OWNER INDEX

The following is an alphabetical listing of names reported in the OWNER field of records cited in this search report, with all marks owned by a single entity carried under that entity. (Due to inconsistent spellings, corporate designations, and other discrepancies in data collected from diverse sources, multiple listings of what are in fact the same owner may occur.) The Business Name and Domain Name sections of the report are not included in this index.

This tool is designed to facilitate your review of the search report and to help you identify trends in data. There has been no analysis made to determine if the company name listed is the actual owner of the trademark. In the case of USPTO listings, only officially reported owners are included; assignees are not considered owners for the purpose of this index.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005337

IMPOSSIBLE

## Reported Owner Index

| Reported Owner Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| **1. 1872 TRADEMARKS LLC** | | | | |
| TO LIVE MORE IS IMPOSSIBLE | ABANDONED | 33 | USPTO | 69 |
| VIVIR MAS ES IMPOSIBLE | ABANDONED | 33 | USPTO | 71 |
| **2. ARMSTRONG VINEYARDS, INC.** | | | | |
| POSSIBILITY | PUBLISHED | 33 | USPTO | 21 |
| **3. ASAT, INC.** | | | | |
| POSSIBLY THE MOST REFRESHING DRINK EVER! | PENDING | 32 | USPTO | 59 |
| **4. BEYOND COFFEE & CAPPUCCINO LLC** | | | | |
| FULL OF POSSIBILITIES | REGISTERED | 30 | USPTO | 54 |
| **5. BODY PLUS NUTRITIONAL PRODUCTS INC.** | | | | |
| THE CLEANEST PROTEIN POSSIBLE | REGISTERED | 5 | USPTO | 50 |
| **6. CAPDEPON, ROGER** | | | | |
| INCREDIBLE !! IMPOSSIBLE !! | ABANDONED | 29 | USPTO | 72 |
| **7. CITROMAX FLAVORS, INC.** | | | | |
| FLAVOR THE POSSIBILITIES | REGISTERED | 31 | USPTO | 31 |
| FLAVOR THE POSSIBILITIES | REGISTERED | 32, 33 | USPTO | 38 |
| FLAVOR THE POSSIBILITIES | REGISTERED | 1, 3, 30 | USPTO | 45 |
| FLAVOR THE POSSIBILITIES | PUBLISHED | 29 | USPTO | 57 |
| **8. CULINARY DESTINATIONS LIMITED** | | | | |
| SAVOR THE POSSIBILITIES | REGISTERED | 29, 30 | USPTO | 52 |
| **9. DISHAKA GOURMET IMPORTS, L.L.C.** | | | | |
| EK CHATKA KHANA...IMPOSSIBLE | ABANDONED | 30 | USPTO | 64 |
| **10. FRED MEYER STORES, INC** | | | | |
| POSSIBLY THE BEST HAM YOU'LL EVER TASTE! | REGISTERED | 29 | USPTO | 62 |
| **11. FRITO-LAY NORTH AMERICA, INC.** | | | | |
| FLAT EARTH IMPOSSIBLY GOOD | REGISTERED | 29, 30 | USPTO | 16 |
| FLAT EARTH IMPOSSIBLY GOOD | REGISTERED | 29, 30 | USPTO | 18 |
| FLAT EARTH IMPOSSIBLY GOOD | ABANDONED | 29, 30 | USPTO | 77 |
| FLAT EARTH IMPOSSIBLY GOOD | ABANDONED | 29, 30 | USPTO | 79 |
| **12. H. J. HEINZ COMPANY** | | | | |
| UNWRAP THE POSSIBILITIES | REGISTERED | 30 | USPTO | 22 |
| **13. HEIDI SHEPPARD** | | | | |
| ENDLESS PASTABILITIES | REGISTERED | 30, 42 | Sta | 120 |
| **14. HILL, JENNIFER** | | | | |
| POSSIBILITY WATER | ABANDONED | 32 | USPTO | 94 |
| **15. HOWARD PARK WINES PTY LTD** | | | | |
| BALZAC THE IMPOSSIBLE | ABANDONED | 33 | USPTO | 67 |
| **16. I AM POSSIBLE LIMITED** | | | | |
| IMPOSSIBLE | PENDING | 35, 45 | USPTO | 110 |
| **17. IDEAL SNACKS, INC.** | | | | |
| POSSIBLY THE MIRACLE FOOD OF THE CENTURY | ABANDONED | 29 | USPTO | 99 |
| **18. IMPOSSIBLE B.V.** | | | | |
| IMPOSSIBLE | REGISTERED | 1, 9, 16, 20, 40 | USPTO | 100 |
| **19. IOMEDIX DEVELOPMENT INTERNATIONAL SRL** | | | | |
| ENORMOUSLY POWERFUL. IMPOSSIBLY SMALL | ABANDONED | 5 | USPTO | 76 |
| **20. JAY CASHMAN, INC.** | | | | |

Search: 238481711

Reported Owner Page: 236

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00005338

| Reported Owner Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| IMPOSSIBLE | REGISTERED | 37, 40, 42 | USPTO | 102 |
| 21.  JOE CANNON ARTZ AND MICHAEL LOPEZ | | | | |
| JAVA JOINT "DISCOVER THE POSSIBILITIES OF JAVA . . ." | EXPIRED | 30, 35, 43 | Sta | 122 |
| 22.  JOHN FORTIN, III | | | | |
| THE IMPASTABLE DREAM RESTAURANT | RENEWED | 43 | Sta | 119 |
| 23.  JOSEPH DEFRANCO AND RICHARD KATZ | | | | |
| PASTABILITIES | ABANDONED | 30 | USPTO | 95 |
| 24.  LACTALIS RETAIL DAIRY, INC. | | | | |
| POSSIBILICHEESE | REGISTERED | 29 | USPTO | 55 |
| 25.  M & M SALES COMPANY | | | | |
| IMMPUL$ABLES | RENEWED | Classes Not Available | Sta | 116 |
| 26.  MATTHEW T WOLF | | | | |
| PASTABILITIES | ABANDONED | 30 | USPTO | 89 |
| 27.  MBUYU, YOHE | | | | |
| NOTHING IS IMPOSSIBLE | ABANDONED | 32 | USPTO | 66 |
| 28.  MICAH DILCHER | | | | |
| IMPOSSIBLES PIZZA | REGISTERED | 43 | Sta | 117 |
| 29.  NOODLE, INC. | | | | |
| PASTABILITIES DAILY | REGISTERED | 30 | USPTO | 58 |
| 30.  PARAMOUNT PICTURES CORPORATION | | | | |
| MISSION IMPOSSIBLE | ABANDONED | 29, 30 | USPTO | 73 |
| 31.  PASTABILITIES ACQUISTION COMPANY | | | | |
| PASTABILITIES | CANCELLED | 30 | USPTO | 92 |
| 32.  PASTABILITIES FOOD SERVICE CORPOATION | | | | |
| PASTABILITIES | CANCELLED | 30 | USPTO | 86 |
| 33.  PASTABILITIES FOOD SERVICE CORPORATION | | | | |
| PASTABILITIES | ABANDONED | 42 | USPTO | 84 |
| 34.  PLAY VISIONS, INC. | | | | |
| IMPOSSIBALL | REGISTERED | 28 | USPTO | 106 |
| 35.  POSHAGREEN LLC | | | | |
| IT'S NATURALLY POSSIBLE. | PUBLISHED | 5 | USPTO | 49 |
| 36.  POSSIBILITY LIVING, LLC | | | | |
| POSSIBILITY LIVING VIBRANT LIFE NUTRIENTS | ABANDONED | 5 | USPTO | 98 |
| 37.  PRIME TIME TABLES, LLC | | | | |
| SPECIALIZING IN IMPOSSIBLE RESERVATIONS | ABANDONED | 43 | USPTO | 70 |
| 38.  PROTEIN POSSIBILITIES | | | | |
| PROTEIN POSSIBILITIES | ABANDONED | 29 | USPTO | 97 |
| 39.  QUALITY INGREDIENTS CORPORATION | | | | |
| IMAGINE THE POSSIBILITIES | REGISTERED | 1, 5, 29, 30, 40 | USPTO | 47 |
| 40.  QUEST NUTRITION, LLC | | | | |
| IMPASTABILITY | PUBLISHED | 30 | USPTO | 15 |
| IMPASTABLES | PUBLISHED | 30 | USPTO | 14 |
| 41.  RICH PRODUCTS CORPORATION | | | | |

Search: 238481711                                    Reported Owner Page: 237

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00005339

| Reported Owner<br>Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| POPPABILITIES | PENDING | 30 | USPTO | 20 |
| 42. RUNYON, JOEL | | | | |
| IMPOSSIBLE | REGISTERED | 25, 41 | USPTO | 104 |
| 43. SAGATIBA BRASIL S/A | | | | |
| S EXPLORE INFINITE POSSIBILITIES | PUBLISHED | 33 | USPTO | 27 |
| 44. SOCIETE DES PRODUITS NESTLE S.A. | | | | |
| MAKING MORE POSSIBLE | PENDING | 16, 30, 35 | USPTO | 29 |
| 45. SOLAZYME ROQUETTE NUTRITIONALS, LLC | | | | |
| DISCOVER ENDLESS POSSIBILITIES | PUBLISHED | 1, 5, 29, 31 | USPTO | 43 |
| 46. SPAGHETTI FACTORY, INC., THE | | | | |
| PASTA BILITIES | ABANDONED | 30 | USPTO | 90 |
| 47. STEVEN ADRIAN ALKANA | | | | |
| MEET ME WHERE ANYTHING'S POSSIBLE | REGISTERED | 13, 15, 16, 25, 26, 30, 32, 33, 35, 41, 42 | Sta | 118 |
| 48. TALKING RAIN BEVERAGE COMPANY, INC. | | | | |
| PERFECTLY POSSIBLE | PUBLISHED | 32 | USPTO | 37 |
| 49. THE COCA-COLA COMPANY | | | | |
| IT'S POSSIBLE | REGISTERED | 32 | USPTO | 40 |
| MAKE IT POSSIBLE | PUBLISHED | 32 | USPTO | 41 |
| 50. THE DANNON COMPANY, INC. | | | | |
| POSSIBLY THE BEST DIP IN THE WORLD | PUBLISHED | 29 | USPTO | 60 |
| POSSIBLY THE BEST YOGURT IN THE WORLD | PUBLISHED | 29 | USPTO | 61 |
| 51. TRANSPACIFIC TRADING CO. LIMITED | | | | |
| BECAUSE DOING THE IMPOSSIBLE IS ON YOUR AGENDA | ABANDONED | 5 | USPTO | 65 |
| 52. UNIVERSITY GAMES CORPORATION | | | | |
| IMPOSSIBLES | REGISTERED | 28 | USPTO | 107 |
| 53. UNLIMITED PASTABILITIES, INC. | | | | |
| UNLIMITED PASTABILITIES | ABANDONED | 30 | USPTO | 81 |
| 54. VELVETTE FOODS, INC. | | | | |
| THE IMPOSSIBLE DREAM | CANCELLED | 30 | USPTO | 63 |
| 55. VIRGINIA MARY NEWLIN | | | | |
| ALPASTABILITYS | EXPIRED | 30, 42 | Sta | 121 |
| 56. VITAL PHARMACEUTICALS, INC. | | | | |
| THE IMPOSSIBLE TO GET FAT | ABANDONED | 41, 44 | USPTO | 74 |
| THE IMPOSSIBLE TO GET FAT DIET! | ABANDONED | 44 | USPTO | 75 |
| 57. WALDEN-HAYS, INC. | | | | |
| NUTRITION POSSIBLE | ABANDONED | 5, 44 | USPTO | 96 |
| 58. WILLIAM J. OLIVER AND MARGUERITE OLIVER | | | | |
| PASTABILITIES | ABANDONED | 30 | USPTO | 91 |
| 59. WYETH HOLDINGS CORPORATION | | | | |
| NUTRITION POSSIBLE | REGISTERED | 5, 44 | USPTO | 33 |
| NUTRITION POSSIBLE | REGISTERED | 5 | USPTO | 35 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00005340

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA**

Case No: 5:21-cv-02419-BLF (*Impossible Foods Inc. v. Impossible X LLC, et al.*)

**Joint** Exh. No.: 2181

Date Admitted: