Message

| | |
|---|---|
| **From**: | Matthew Sade [matthew@maraxi.com] |
| on behalf of | Matthew Sade <matthew@maraxi.com> [matthew@maraxi.com] |
| **Sent**: | 3/10/2014 4:11:40 PM |
| **To**: | Nick Halla [nick@maraxi.com] |
| **CC**: | Michael B. Eisen [mbeisen@gmail.com]; Pat Brown [pat@maraxi.com] |
| **Subject**: | Re: quote |

Typically, it has to do with whether it is in the public domain, how long ago the quote was put into the public domain, and how we treat the words when we do use them.  Sorry, I didn't reply all when I responded to Mike.

M

On Mon, Mar 10, 2014 at 6:52 AM, Nick Halla <nick@maraxi.com> wrote:
Awesome!  We have some options...

http://impossiblehq.com/25-impossible-quotes

As we launch our PR, what do you think about making some t-shirts with Impossible quotes?  It could be fun for our team.

In regards to using this, I believe it depends on what context that was used in as the quote could be property of Disney.  Seems easy enough to check though.  There are other companies using it though (hard to tell if they license it).

http://www.amazon.com/Impossible-D%C3%A9cor-Sticker-Vinyl-Decal/dp/B00F5BINTO

Nick

On Sun, Mar 9, 2014 at 10:10 PM, Michael Eisen <mbeisen@gmail.com> wrote:
Can we quote him in our ads?

On Sun, Mar 9, 2014 at 10:08 PM, Matthew Sade <matthew@maraxi.com> wrote:
Nice!

On Mar 9, 2014, at 9:54 PM, Michael Eisen <mbeisen@gmail.com> wrote:

**"It's kind of fun to do the impossible." -Walt Disney**

--
Michael Eisen, Ph.D.
Investigator, Howard Hughes Medical Institute
Professor of Genetics, Genomics and Development
Department of Molecular and Cell Biology
University of California, Berkeley

**Exhibit
Halla # 7**
04/29/2025

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                  IF00035046

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00035047

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA**

Case No: 5:21-cv-02419-BLF (*Impossible
Foods Inc. v. Impossible X LLC, et al.*)

Plaintiff Exh. No.: 0033

Date Admitted: