# IMPOSSIBLE

Search...

**Home**    **The Team**    **Blog**    **Impossible List**    **Impossible Gear**    **Manifesto**    **Impossible Abs**    **Resources**    **Contact**

You are here: **Home** / **Hacks** / 25 Quotes To Inspire You To Do The Impossible

# 25 Quotes To Inspire You To Do The Impossible

August 12, 2010 By **Joel Runyon** — **86 Comments**



## Subscribe and Do the Impossible

50 Quotes to Inspire you to Do the Impossible

First Name...

Enter your email address...

GET IT NOW

No Spam. Ever.



**Exhibit**
**Exhibit # 8**
04/29/2025

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



GET IT NOW

No Spam. Ever.



## How To Start A Blog Walkthrough




"It always seems impossible until its done." **- Nelson Mandela**

"To believe a thing impossible is to make it so." **- French Proverb**

"Never tell a young person that anything cannot be done. God may have been waiting centuries for someone ignorant enough of the impossible to do that very thing." **- G. M. Trevelyan**

## Get Your Impossible Gear



**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

waiting centuries for someone ignorant enough of the impossible to do that very thing." **- G. M. Trevelyan**

"So many of our dreams at first seem impossible, then they seem improbable, and then, when we summon the will, they soon become inevitable." **- Christopher Reeve**

"Sometimes I've believed as many as six impossible things before breakfast." **- Lewis Carroll**

"It is either easy or impossible." **- Salvador Dali**

"To the timid and hesitating everything is impossible because it seems so." **- Sir Walter Scott**

"We have more power than will; and it is often by way of excuse to ourselves that we fancy things are impossible." **- Francois Duc De la Rochefoucauld**

"Everything is theoretically impossible, until it is done." **- Robert A. Heinlein**

## Products





## Resources



**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)





> "Everything is theoretically impossible, until it is done." - **Robert A. Heinlein**

> "The word impossible is not in my dictionary." - **Napoleon Bonaparte**

> "Impossible only means that you haven't found the solution yet." - **Anonymous**

> "No one gets very far unless he accomplishes the impossible at least once a day." - **Elbert Hubbard**

> "Because a thing seems difficult for you, do not think it impossible for anyone to accomplish." - **Marcus Aurelius**

> "What we can or cannot do, what we consider possible or impossible, is rarely a function of our true capability. It is more likely a function of our beliefs about who we are." - **Anthony Robbins**

> "The impossible often has a kind of integrity which the merely improbable lacks." – **Douglas Adams**

> "We would accomplish many more things if we did not think of them as

## Featured Guides

**How To Get Motivated To Workout**

**How To Start A Blog: The Definitive Guide**

**Nutrition Resources**

**The Cold Shower Therapy Guide**

**The Health Benefits of Cold Showers**

**The Ultimate Paleo Diet Guide**

## Recent Posts

**A Beginners Guide To Parkinson's Law: How To Do More Stuff By Giving Yourself Less Time**

**My 97 Things (Or How I Moved Across The Country With Just 3 Bags)**

**A Beginner's Guide To The 80/20 Principle**

**Workstation Popcorn: How To Become Uber Productive While Working For Yourself**

**Don't "Follow Your Passion" – An Alternative**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

> "We would accomplish many more things if we did not think of them as impossible." **- Vince Lombardi**

> "The only place where your dream becomes impossible is in your own thinking." **- Robert Schuller**

> "The positive thinker sees the invisible, feels the intangible and achieves the impossible." **- Anonymous**

> "In order to attain the impossible, one must attempt the absurd." **- Miguel de Cervantes**

> "There is only one thing that makes a dream impossible to achieve: the fear of failure." **- Paulo Coelho**

> "Women, like men, should try to do the impossible. And when they fail, their failure should be a challenge to others." **- Amelia Earhart**

> "Believe and act as if it were impossible to fail." **- Charles F. Kettering**

## Workstation Popcorn: How To Become Uber Productive While Working For Yourself

## Don't "Follow Your Passion" – An Alternative Framework For Creating Your Work

Search...

## Download The CST App



**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

 "Believe and act as if it were impossible to fail." - Charles F. Kettering

 "Every noble work is at first impossible." - Thomas Carlyle

 "There is nothing impossible to him who will try." - Alexander the Great

 "It's kind of fun to do the impossible." - Walt Disney

[**Photo Credit**]

Filed Under: **Hacks**

Tagged With: **Anthony Robbins**, **Christopher Reeve**, **Douglas Adams**, **Elbert Hubbard**, **Impossible**, **Lewis Caroll**, **Marcus Aurelius**, **Napoleon bonaparte**, **Nelson Mandela**, **Quotes**, **Salvador ali**, **Sir Walter Scott**, **Vince Lombardi**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



### About Joel Runyon

I try to live a life worth writing about by pushing my limits, living an adventure & telling a great story by **doing the impossible**. You can get free updates in your inbox via **your new favorite newsletter.**

 **IMPOSSIBLE** is built on **Genesis & Hosted by InMotion**. For more details, read our step-by-step guide to on how to **start your own blog**.

# Comments

 **David Crandall** says

**August 12, 2010 at 10:05 am**

These are great, Joel. My favorite is by far the last one by Disney.

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

These are great, Joel. My favorite is by far the last one by Disney. 😃

I love that you continue to challenge people to do what they have believed to be impossible. Keep it up!

**Reply**



**Joel Runyon** says
**August 12, 2010 at 1:44 pm**

I have about 3 favorite ones here, but that's one of 'em. Thanks David! Keep doing the Impossible at **HD**. Better see you speak at SXSW this spring 😃

**Reply**



**Chris Navarro** says
**September 8, 2012 at 6:41 am**

Joel I have been a professional artist as a bronze sculptor for over 26 years. I specialize in large monumental sculpture. I

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

Joel I have been a professional artist as a bronze sculptor for over 26 years. I specialize in large monumental sculpture. I love it when others tell me I can't do something. I love it when I prove them wrong. If you want to do something bad enough you will find a way. If not you will find an excuse! You can check out my sculptures at **http://www.chrisnavarro.com** It is all in the power of belief.

**Reply**



**Elisabeth** says

**January 18, 2014 at 1:29 pm**

Note to Chris Navarro: I tried to log on to your website but found that your godaddy subscription had ended two days ago. I don't know whether you're aware of this, so I thought I'd drop you a note here in case it helps as a reminder for you to renew it if you plan to keep it open. I saw some your work on another site and it's impressive! Congratulations!

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

Lorcán says

**August 24, 2012 at 8:50 am**

"It is either easy or impossible." – Salvador Dali

That's ridiculous ! The Apollo moon landings weren't easy. Defeating Nazism wasn't easy. Finding a cure for cancer isn't easy. Comforting a dying child isn't easy. The list is endless. Some quotes are just silly.

**Reply**



Sam says

**September 23, 2012 at 9:25 pm**

@Lorcán, I don't think that quote is meant to be literal. It's only

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

@Lorcán, I don't think that quote is meant to be literal. It's only because if we find it easy, we do it. But when it gets really difficult, we find it impossible. Quoting Paulo Coelho "There is only one thing that makes a dream impossible to achieve: the fear of failure."

**Reply**

 **Milt** says

**August 12, 2010 at 10:17 am**

Impossibly incredible post, Joel.

Hard to pick a favorite but,

"It is either easy or impossible." – Salvador Dali

is a definite contender.

Thanks

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

"It is either easy or impossible." – Salvador Dali

is a definite contender.

Thanks

---

## Reply

 **Joel Runyon** says

### August 12, 2010 at 1:46 pm

Thanks Milt! Dali's, Mandela & Disney were my favorites 😀 Glad you liked them!

## Reply

 **Josh Crocker** says

### August 12, 2010 at 10:50 am

I love the 3rd! Two others come to mind:

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

I love the 3rd! Two others come to mind:

"Do one thing every day that scares you" (unknown)

"I guess I'm not really good at reality" (Ferriss, The Four Hour Workweek)

Love it Joel! Thanks for the inspiration!!

**Reply**

 **Joel Runyon** says
**August 12, 2010 at 1:47 pm**

Thank you Josh!
"Do one thing everyday that scares you" – I like that a lot 😃

**Reply**

 **Josh Crocker** says
**August 12, 2010 at 2:35 pm**

I like it also. It's terrifyingly good advice to bring action to a dull



**August 12, 2010 at 2:35 pm**

I like it also. It's terrifyingly good advice to bring action to a dull day! 😃

**Reply**



**Joel Runyon** says

**August 12, 2010 at 5:44 pm**

Terrifying is right! 😃

**Reply**

**URL**

https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**

Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



**Steve** says

**August 12, 2010 at 1:16 pm**

Very inspirational quotes! thanks for sharing

**Reply**



**Joel Runyon** says

**August 12, 2010 at 1:48 pm**

No problem Steve! Thanks for stopping by!

**Reply**



**Jess** says

August 12, 2010 at 2:01 pm

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



**Jess** says
August 12, 2010 at 2:01 pm

This is easily my favorite one:

"We have more power than will; and it is often by way of excuse to ourselves that we fancy things are impossible."

The word "can't" is all in our heads. I don't think of things as impossible on a full term scale. At this point in time, it is not possible for me to do one unassisted pull-up, but at some point in the future, I will be able to do one 😃

**Reply**



**Joel Runyon** says
**August 12, 2010 at 2:59 pm**

it's often an excuse, an easy way out. It's a lot easier to say it's flat-out impossible than to admit it's just impossible for you, right now.

That's why I like Marcus Aurelius's quote 😃 . When's the deadline for the pull-up?

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

That's why I like Marcus Aurelius's quote 😊. When's the deadline for the pull-up?

**Reply**



**Mark Lawrence** says
**August 12, 2010 at 5:19 pm**

I LOVE THE MIGUEL DE CERVANTES QUOTE!!! Nikola Tesla was "insane" for proposing impossible inventions like "the radio". Those that thought the world was round and not flat were "insane" and "blasphemous"!!!!!!!

**Reply**



**Joel Runyon** says
**August 12, 2010 at 5:56 pm**

Tesla was a nut! He was also pretty frickin' brilliant! I've read about him on the web, but I need to sit down with his biographer and give it a

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

Tesla was a nut! He was also pretty frickin' brilliant! I've read about him on the web, but I need to sit down with his biographer and give it a proper reading. For now, I'm off to attempt the absurd.

**Reply**



**Lach** says

**August 13, 2010 at 1:04 am**

Tesla was a genius of extraordinary proportions; and such an enigma. His life story is fascinating.

Here's a few nuggets from Arthur C. Clarke:

"Every revolutionary idea seems to evoke three stages of reaction. They may be summed up by the phrases: (1) It's completely impossible. (2) It's possible, but it's not worth doing. (3) I said it was a good idea all along."

Clarke's three laws:

1. When a distinguished but elderly scientist states that something is possible, he is almost certainly right. When he states that something is impossible, he is probably wrong.

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

1. When a distinguished but elderly scientist states that something is possible, he is almost certainly right. When he states that something is impossible, he is probably wrong.

2. The only way of discovering the limits of the possible is to venture a little way past them into the impossible.

3. Any sufficiently advanced technology is indistinguishable from magic.

**Reply**



**Joel Runyon** says
**August 13, 2010 at 12:18 pm**

Haven't heard of Arthur C. Clarke before…I'll have to look him up. So much reading to do!

**Reply**



Charles Richmond says
**November 19, 2012 at 2:11 pm**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

**Charles Richmond says**

**November 19, 2012 at 2:11 pm**

Nicola Tesla is "the man who invented the 20th century". More specifically, he invented the 3-phase electric motor. This motor is the one that industry uses to do all the "heavy lifting" in manufacturing. Without the 3-phase electric motor, the 20th century would *not* be the one that you recognize.



**Nate** says

**August 12, 2010 at 9:11 pm**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

 **Nate** says
**August 12, 2010 at 9:11 pm**

Wooo! Very nice, man. My fav:

"The positive thinker sees the invisible, feels the intangible and achieves the impossible."

If I was smart I would read that every day. Simply thinking positive can go such a long way.

**Reply**

 **Joel Runyon** says
**August 13, 2010 at 12:02 pm**

Print it out. Make it your wallpaper. Read it everyday. What's stopping you 😃

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

 **Matt** says
**August 12, 2010 at 10:41 pm**

I really like the Alexander the Great quote – "There is nothing impossible to him who will try". So true. If you don't try you'll never know and it will always seem impossible and out of reach. I also like this quote by Doug Larson:

"Some of the world's greatest feats were accomplished by people not smart enough to know they were impossible." This bodes well for me. 😃

**Reply**

 **Joel Runyon** says
**August 13, 2010 at 12:16 pm**

Nice find!

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

**Reply**



**Lach** says
**August 13, 2010 at 1:00 am**

Thanks so much for this post, Joel. They're all great, but perhaps the ones I most resonate with is Christopher Reeve and Tony Robbins.

One of my favourite Chinese proverbs:

"The person who says it cannot be done, should not interrupt the person who is doing it"

**Reply**



**Joel Runyon** says
**August 13, 2010 at 12:17 pm**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



**Joel Runyon** says

**August 13, 2010 at 12:17 pm**

I like it! While some people are busy giving reasons for why something can't be done, others are busy doing it.

**Reply**



**wilson** says

**August 22, 2010 at 8:18 pm**

"The word impossible is not in my dictionary." – Napoleon Bonaparte

How cocky was he? But that's the kind of mentality we should all have.

**Reply**



**Joel Runyon** says

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



**Joel Runyon** says

**August 22, 2010 at 8:35 pm**

Dude, this ended up in spam! Sorry I missed it!

And of course it wasn't in his dictionary…he spoke French 😃 Either way, that's the type of mentality you need to conquer Europe.

**Reply**



Dave M says

**August 23, 2010 at 8:06 pm**

"The man who says it cannot be done should not interrupt the one doing it." – Chinese proverb

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

 **Joel Runyon** says
**August 23, 2010 at 10:13 pm**

I love that one. I might have to include it on the version #2 of this.

**Reply**

 **Martin** says
**August 27, 2010 at 1:19 pm**

Great quotes! I got a few more:

Christopher Morley (1890-1957):
"There is only one success – to be able to spend your life in your own way."

Anais Nin (1903-1977):

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

"There is only one success – to be able to spend your life in your own way."

Anais Nin (1903-1977):

"Life shrinks or expands in proportion to one's courage."

Indira Gandhi (1917-1984):

"There are two kinds of people, those who do the work and those who take the credit. Try to be in the first group; there is less competition there."

John F. Kennedy (1917-1963):

"Conformity is the jailer of freedom and the enemy of growth."

"Efforts and courage are not enough without purpose and direction."

"We should not let our fears hold us back from pursuing our hopes."

**Reply**

 **Joel Runyon** says

**August 27, 2010 at 9:32 pm**

ooo, thanks for the additions! I love the Anais Nin one =)

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



**Sarah** says
**September 11, 2010 at 3:12 pm**

These are great, Joel! Thank you so much for sharing with everyone.

I'm really liking the GM Trevelyan quote. How often does this occur…the dreams & exuberance of youth squelched out by the limitations of adults??!? What else is possible?! How can adults set aside their limitations to allow the dreams of youth to occur?! WOW!

So grateful for your sharing!
Sarah

**Reply**



**Joel Runyon** says
**September 12, 2010 at 6:29 pm**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



**Joel Runyon** says
**September 12, 2010 at 6:29 pm**

No problem Sarah! glad you liked 'em. The more & more I read it, the more & more I like the GM quote.

**Reply**



**crazy sexy fun traveler** says
**December 10, 2010 at 9:49 am**

very inspirational all of them 😃 I always say IMPOSSIBLE IS NOTHING 🙂

**Reply**



**Joel Runyon** says
**December 10, 2010 at 12:01 pm**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

**Joel Runyon** says

**December 10, 2010 at 12:01 pm**

Thanks Alexandra! I think Adidas says that too =)

**Reply**



Ricardo Jimenez says

**December 23, 2010 at 1:28 pm**

Here is my favorite quote on the topic, "The person who says it cannot be done should not interrupt the person doing it." -Chinese Proverb

**Reply**



**Joel Runyon** says

**December 23, 2010 at 3:12 pm**

That seems to be a favorite around here :).

**URL**

https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**

Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

That seems to be a favorite around here :).

**Reply**



**Kim** says
**January 1, 2011 at 1:31 pm**

I've got one more, my favorite poem by Shel Silverstein

Listen to the musn'ts child,

Listen to the don'ts,

Listen to the shouldn'ts, the impossibles, the won'ts,

Listen to the neverhaves, then listen close to me.

Anything can happen, child,

Anything can be.

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



**Joel Runyon** says
**January 1, 2011 at 2:38 pm**

Shel Silverstein is awesome. What collection does this happen to be in?

**Reply**



**Kim** says
**January 1, 2011 at 3:39 pm**

It's in Where the Sidewalk Ends. It is one of the few poems I've also managed to carry around in my head (aka memorize)

**Reply**



**Joel Runyon** says
**January 4, 2011 at 12:25 pm**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



**Joel Runyon** says

**January 4, 2011 at 12:25 pm**

I'll have to do that.

**Reply**



**Jez** says

**March 5, 2011 at 7:14 pm**

Brilliant set of quotes there. They've given me some important motivation to keep on going when I need to, as has your blog.
Keep on going and keep being awesome. Cheers

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

**Reply**



**Joel Runyon** says

**March 8, 2011 at 10:11 pm**

Thanks for stopping by Jez :). Hope to see you around!

**Reply**



Andrea D says

**May 5, 2011 at 12:50 am**

The Lewis Caroll quote is one of my ultimate favorites. I really like how much emphasis they put on it in the new Alice in Wonderland movie.

**Reply**

**URL**

https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**

Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



**Joel Runyon** says

**May 6, 2011 at 1:05 am**

I haven't seen the movie, but I love the quote

**Reply**



Adrian A. says

**July 26, 2011 at 5:22 am**

These are all great, I really like Paulo Coelho's. Just thought I'd add on with my favorite quote… "If you believe in the impossible, the incredible can come true"

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



**Joel Runyon** says

**July 26, 2011 at 2:22 pm**

Thanks Adrian – any idea who that's from?

**Reply**



Adrian A. says

**July 26, 2011 at 4:23 pm**

Unfortunately I don't know the author but I first heard it in a movie called Field of Dreams and it's stuck with me ever since…

**Reply**



**Joel Runyon** says

July 29, 2011 at 12:24 am

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



**Joel Runyon** says
**July 29, 2011 at 12:24 am**

Best Movie Ever 😀

**Reply**



rohit says
**July 29, 2011 at 4:26 am**

nothing is impossible its just time which take place to make that possible……

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

 Susan says

**July 31, 2013 at 7:34 pm**

Rohit – you are Soooo right. I remember when I was a child, (I am now 72) and there was a Sunday Comic Strip called "Flash Gordon" – about a man who could travel into space – on a regular basis. Now we all knew that was IMPOSSIBLE and that NO ONE could ever travel in space, after all the gravity would prevent it, but it was just FANTASY and made for a good story. And lo and behold, someone DARED to attempt the impossible, and in 1967 when my youngest son was born, the newspaper headlines touted "Men walking on the Moon."
YES, it truly was TIME that made the IMPOSSIBLE now POSSIBLE!
SO instead of giving up on things that just APPEAR impossible, we just need to keep TRYING until such time passes and it becomes POSSIBLE!
I recently went to the State Capital in Austin to ATTEMPT to BLOCK something HORRIBLY wrong in the public schools, and this was after many people stronger than I, insisted it could not be done! But, Little old me, refused to listen, and guess what? I DID IT! I came back from Austin and my feet never touched the ground all the way home! WOW, the feeling of empowerment is unbelievable. I know now I can move ANY mountain that dares to stand my way, for haven't we all heard, "All things are possible . . with GOD." And without GOD, I never could

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

the feeling of empowerment is unbelievable. I know now I can move ANY mountain that dares to stand my way, for haven't we all heard, "All things are possible . . . with GOD." And without GOD, I never could have attempted it, let alone achieved it.

I hope that everyone who has read ANY of these comments, will apply what they have learned here, for if they do, they will never regret it, AND they will go far in life. God bless each of you for sharing inspiration with others!

**Reply**



**Joakim** says

**October 27, 2011 at 3:59 am**

"Whether you think you can, or you think you can't–you're probably right." – Henry Ford

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

 **Sergio Felix** says
**December 21, 2011 at 11:56 am**

Hey Joel,

I normally thought that many things were impossible until I got to see them happening.

I think that's why I love to watch amazing things happen and now I normally think "I believe it can be possible".

The right mindset changes everything.

Sergio

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https:/impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



**Todd Kuslikis** says
**January 25, 2012 at 5:07 pm**

Very inspirational Joel! I am starting a website and this was very encouraging for me.

Todd

**Reply**



**Kathy Hilsinger Walliser** says
**May 29, 2012 at 2:09 am**

I like this quote by Fridtjof Hansen:
"The difficult is what takes a little time; the impossible is what takes a little longer." He was a Norwegian (born 10 October 1861 – 13 May 1930) explorer, scientist, diplomat, humanitarian and Nobel Peace Prize laureate. In his youth he led the team that made the first crossing of the Greenland interior in 1888, and won international fame after reaching a record northern latitude of 86°14′ during his North Pole expedition of 1893–96.

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

he led the team that made the first crossing of the Greenland interior in 1888 and won international fame after reaching a record northern latitude of 86°14′ during his North Pole expedition of 1893–96.

**Reply**



Alain says

**August 7, 2012 at 4:37 am**

I especially like a commercial (yes… ;)) about "impossible". This is from Adidas.

"Impossible is just a big word thrown around by small men who find it easier to live the world they have been given, rather than to explore the power they have to change it. Impossible is not a fact. It is an opinion. Impossible is not a declaration. It is a dare. Impossible is potential. Impossible is temporary. Impossible is nothing."

(A bit more details here: **http://en.wikipedia.org/wiki/Adidas#Marketing**)

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



Martin Gebhardt says

**August 8, 2012 at 5:37 am**

Great collection and very inpiring! I immediately felt that I missed Arthur C. Cark's quote about the limits of the possible, because I went along with that one for quite some time. But for me it was more like: I really wonder, where the limit is. And when I made a guess and went there — it was not.

But anyway, I like this place and very likely come back. 😃

**Reply**



**Dave** says

**August 19, 2012 at 10:04 am**

How about "Impossible is just an opinion." by Paulo Coelho

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

How about "Impossible is just an opinion." by Paulo Coelho

**Reply**



Matt Law says

**August 24, 2012 at 8:06 am**

"Whether you think you can, or you think you can't; you are right." – Henry Ford

**Reply**



Graham Page says

**August 28, 2012 at 9:36 pm**

"The difference between the impossible and the possible lies in a person's determination." – Tommy Lasorda (Former manager of the LA Dodgers)

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

"The difference between the impossible and the possible lies in a person's determination." — Tommy Lasorda (Former manager of the LA Dodgers)

Read some of your impossible quotes and though of this one. Your encouraging words are great.

- Graham Page

**Reply**



jeff says

**November 15, 2012 at 5:47 pm**

How about this one: "The person who says it cannot be done should not interrupt the person doing it." not sure who said it but i like it.

**Reply**

**URL**

https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**

Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



Rahul Yadav says

**May 8, 2013 at 11:10 am**

i loved this site and i liked the napoleon bonaparte's quote:

the word impossible is not in my dictionary

**Reply**



Anders Persson says

**September 2, 2013 at 3:38 pm**

Impossible is not a word. It's just a reason for someone not to try – Kutless

**Reply**



**Sebastian** says

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)



**Sebastian** says
**October 22, 2013 at 10:14 am**

Great collection! I saw this after I subscribed!

**Reply**



Ray says
**October 23, 2013 at 11:13 am**

I love this site … here is a few inspirational quotes that I live by …

If you do what you have always done, you will get what you've always got

A distraction is only a distraction if you pay attention to it

The man who makes no mistakes does not usually make anything

Fear is something you learn. You are not born with it

Remember, no-one can make you feel inferior without your consent" Eleanor

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

Fear is something you learn. You are not born with it

Remember, no-one can make you feel inferior without your consent" Eleanor Roosevelt

We cannot discover new oceans until we have the courage
to lose sight of the shore "Muriel Chen"

Success is often achieved by those who don't know that
failure is inevitable "Coco Chanel"
Every man takes the limits of his own field of vision for the limits of the world
"Arthur Schopenhauer"

**Reply**



Praveen says
**December 16, 2013 at 10:41 am**

Thank you so much for this 😃 and also for "Do the impossible" pdf……. I am making 2014 calender out of it…… My 2014 is going to be awesome!!

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

making 2014 calendar out of it!!!! My 2014 is going to be awesome!!

**Reply**

# Trackbacks

**How To Keep Going When You Don't Feel Like It | Blog Of Impossible Things** says:
**August 17, 2010 at 10:01 pm**

[...] of traffic [just wrote the most trafficked article ever on the [...]

**Reply**

**Impossible…Is That Even Real? « Sarah Dawn: Energy Mover of Magnitude** says:
**September 30, 2010 at 8:54 pm**

[...] Gratitude, impossible, Inner Strength, living at 6:00 pm by Sarah I read a quote on a blog by Joel Runyon.  His blog is all about doing the "impossible."  It's a really great [...]

URL
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
Timestamp
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

[...] Gratitude, impossible, Inner Strength, living blog by Joel Runyon.  His blog is all about doing the "impossible."  It's a really great [...]

**Reply**

**The Inescapable Truth About Every Book, Guide, or Blog Post You'll Ever Read [Including This One] | Blog Of Impossible Things** says:

**January 27, 2011 at 12:02 pm**

[...] can read inspirational quotes until your vision gets blurry. You can read and re-read about writing a better story with your [...]

**Reply**

**The Fun Manifesto | Blog Of Impossible Things** says:

**February 17, 2011 at 7:51 am**

[...] I Do The Impossible It's kind of fun to do the impossible – Walt [...]

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

**Reply**

---

**The Free Ultimate Minimalist Resource Guide (and a fond farewell.) | Minimalist Adventures** says:

**April 30, 2011 at 2:16 pm**

[...] of your reality. Do something you've always wanted to – and ignore the price tag on it. Get inspired. Conquer fear. Write an ebook. (Make sure it doesn't suck.) Stomp on a white picket fence just [...]

**Reply**

**33 More Impossible Quotes | Blog Of Impossible Things** says:

**May 10, 2011 at 10:56 am**

[...] –> The first installment of 25 impossible quotes [...]

**Reply**

**URL**

https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**

Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

**Literally Impossible | Blog Of Impossible Things** says:

**August 17, 2011 at 6:03 am**

[...] what's literally impossible? You tell me. "It always seems impossible until its done." - Nelson [...]

**Reply**

**Secret Passport to the Impossible « Rogue Priest** says:

**October 10, 2011 at 9:07 am**

[...] The impossible isn't. Impossible is just a word most people use to describe things they're scared to bring into existence. It's an artificial barrier we put up to keep us from living an amazing life and doing what we really want to do. Once we get past that word, we realize that, like Walt Disney said, "It's kind of fun to do the impossible." [...]

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

**9 Impossible Things I'll Do In 2012 | Blog Of Impossible Things** says:

**January 3, 2012 at 7:23 am**

[...] take some sort of pride in slogging through mundane work and treat it as a battle scar. I love the great impossible quotes about getting stuff done and not letting excuses get in your way – they're needed and [...]

**Reply**

**Do The Impossible: 50 Quotes To Inspire You To Do The Impossible | Blog Of Impossible Things** says:

**January 10, 2012 at 4:40 am**

[...] 25 Quotes To Inspire You To Do The Impossible [...]

**Reply**

**How To Be More Creative (or Why Tom Cruise Makes an Awesome Spock) | Baker Lawley** says:

**March 28, 2012 at 2:04 pm**

[...] It's cool to think about all the idea connections going on in crafting or ceramics or personal finance or living in a tiny house or doing impossible things. [...]

**Reply**

**Attract 100,000 Pageviews in 1 Month Using Slideshare : @ProBlogger** says:

**April 16, 2012 at 5:08 pm**

[...] was a no-brainer and I commissioned him to do a piece based on one of my most popular posts ever—25 Impossible Quotes—a year-and-a-half-old post that gets crazy amounts of Stumble Upon and social media [...]

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

**Four hundred and seventy-one | threehundredsixtysixdays** says:

**June 13, 2012 at 11:48 pm**

[...] just read 25 Quotes To Inspire You To Do The Impossible on triathlete, traveller and spear-thrower Joel Runyon's Blog of Impossible Things, with [...]

**Reply**

**A Serving of Motivation « The Holistic Triathlete** says:

**July 20, 2012 at 7:41 am**

[...] You can do it! [...]

**Reply**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

**5 Common Myths About Six Pack Abs** says:

**March 7, 2013 at 3:00 pm**

[...] "It always seems impossible until its done." - Nelson Mandela [...]

**Reply**

**Running Quotes for Motivation** says:

**August 8, 2013 at 8:35 pm**

[…] 25 inspiring quotes to challenge the impossible […]

**Reply**

**Introducing The Impossible League | IMPOSSIBLE** says:

**October 18, 2013 at 1:57 pm**

[…] The impossible isn't. Impossible is just a word most people use to describe things

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

**Introducing The Impossible League | IMPOSSIBLE** says:

**October 18, 2013 at 1:57 pm**

[…] The impossible isn't. Impossible is just a word most people use to describe things they're scared to bring into existence. It's an artificial barrier we put up to keep us from living an amazing life and doing what we really want to do. Once we get past that word, we realize that, like Walt Disney said, "It's kind of fun to do the impossible." […]

**Reply**

**Do The Impossible: 50 Quotes To Inspire You To Do The Impossible | IMPOSSIBLE**

says:

**October 18, 2013 at 2:04 pm**

[…]  25 Quotes To Inspire You To Do The Impossible […]

**Reply**

## Leave a Reply

Your email address will not be published. Required fields are marked *

**URL**

https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**

Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

# Leave a Reply

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

Comment

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title="">`
`<acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime="">`

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

POST COMMENT

**IMPOSSIBLE** is built on **Genesis** & **Hosted by InMotion**. For more details, read our step-by-step guide to on how to **start your own blog**.

## Impossible Network

**Impossible HQ on Kiva**

**Impossible Gear**

**Impossible Abs**

**No Excuse Workout**

**Impossible School**

## Recent Posts

**A Beginners Guide To Parkinson's Law: How To Do More Stuff By Giving Yourself Less Time**

**My 97 Things (Or How I Moved Across The Country With Just 3 Bags)**

**A Beginner's Guide To The 80/20 Principle**

**Workstation Popcorn: How To**

## Inspiration

**An Unexpected Ass Kicking**

**How Bad Do You Want It?**

**The Iron & The Soul**

**The Only 2 Real Excuses Why People Refuse To Take Cold Showers**

**URL**
https://web.archive.org/web/20140214193730/https://impossiblehq.com/25-impossible-quotes/
**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

## Principle

### Workstation Popcorn: How To Become Uber Productive While Working For Yourself

### Don't "Follow Your Passion" – An Alternative Framework For Creating Your Work

---

**Return to top of page**

**Created By Joel Runyon** | Copyright © 2014 | **Built on Genesis** & **Hosted By InMotion**

**URL**
https://web.archive.org/web/20140214193730/https:/impossiblehq.com/25-impossible-quotes/

**Timestamp**
Mon Apr 28 2025 19:41:25 GMT-0700 (Pacific Daylight Time)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF**
**CALIFORNIA**

Case No: 5:21-cv-02419-BLF (*Impossible Foods Inc. v. Impossible X LLC, et al.*)

Plaintiff Exh. No.: 0034

Date Admitted: