# TRIAL EXHIBIT 694

## FILED UNDER SEAL PURSUANT TO LOCAL RULE 79-5(d)