## AGREEMENT

**This Agreement** (the "Agreement") **dated as of the 24th day of September, 2019** between Chronicle Books LLC of 680 Second Street, San Francisco, California 94107 (the "Publisher") and **Impossible Foods Inc.** (the "Client") concerning the design and publication of a custom exclusive edition of an unjacketed hardcover book entitled ***"The Impossible Cookbook"*** (referred to in this Agreement as the "Work" or the "Copies" or the "Book")

NOW THEREFORE, in consideration of the parties' promises and obligations as set forth below, the parties agree as follows:

**1.      ORDER, PRICE, DELIVERY**

**(A)  Services**

(1) **Publisher Services**:  Subject to the terms and conditions of this Agreement, the Publisher shall provide the Services outlined in this Section (A)(1), in accordance with the specifications set forth in Exhibit A (the "Specifications") and the schedule set forth in Exhibit B (the "Schedule") referred to collectively as "Publisher Services", in order to finalize text, photography, and design for an unjacketed hardcover book, as the Work. The Work shall be a cookbook to complement the company's national product launch based on recipes made by chefs using the Impossible Burger product.

(a) Project management: The Publisher shall oversee, coordinate, and manage all elements of Publishers Services.

(b) Editorial services: The Publisher shall oversee the editorial development of the Work.

(c) Writing: The Publisher shall hire at its own expense a writer (the "Writer") to perform the following services: (i) write up to ten thousand (10,000) words, including the introductory material, contributor information, headnotes, sidebars, and cover copy. (ii) rework the recipes supplied by the Client.

(d) Copyediting: The Publisher shall hire at its own expense a professional copyeditor to edit the finished manuscript.

(e)  Art direction: The Publisher shall oversee the design and visual development of the Book, direct commissioned photography and image editing.

(f) Photography: The Publisher shall hire at its own expense a professional photographer to take approximately twenty (20) plated food photographs for the Work, which will take place in the Photographer's studio, and twenty (20) atmospheric photographs over three to four (3-4) days. This includes all photography staff, equipment, digital tech, food stylist, prop stylist, props, and groceries for food shoots. However, travel costs for the Photographer are not included for 3-4 days of shooting the 20 atmospheric shots and will be billed additionally. The copyright will be held by the photographer. The client will hold the rights to reproduce the photographs in the book and use them in publicity for the book. Additional rights to the photos may be purchased for an additional fee for a buy-out of all photographs for the cost of Eighteen Thousand Dollars ($18,000). The rights for transfer of copyright

*The Impossible Cookbook*
*7/30/19*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                      IF00035073

can be purchased separately and costs are contingent upon the choice of the photographer.

(h) Design services: The Publisher shall hire at its own expense a designer to design the Book. The Publisher shall purchase limited rights for reproduction in the Book and for publicity for the Book. Additional rights to the design files may be purchased by the Client for an additional fee of Twelve Thousand Dollars ($12,000) to be billed separately.

(i) Indexing: The Publisher shall hire at its own expense a professional indexer to create an index for the Work.

(j) Proofreading: The Publisher shall hire at its own expense a professional proofreader to proofread the final files.

(k) Production services: The Publisher shall oversee the production of the Work, including the color proofing, printing, and binding. However, press check visits are not included in the unit cost or creative fees, and will be charged separately.

(l) Shipping: The Publisher shall coordinate shipping of the Books from the Printer to the Client's warehouse.

(m) Permissions and Clearances: The Publisher shall provide to Client all permissions, clearances, and/or releases related to materials provided by the Publisher prior to production of the Work.

(2) **Client Responsibilities:** The Client shall be responsible for the following elements, at its own expense, referred to collectively as "Client Responsibilities":

(a)  The Client shall provide approximately forty (40) tested recipes for the home chef to the Publisher.

(b) Permissions and Clearances: The Client shall provide all permissions, clearances, and/or releases related to materials provided by the Client and/or to the Client's brand to the Publisher prior to production of the Work.

(c)  The Client shall provide background information and interviews to the Writer, on reasonable notice to work on the creation of the Book. In addition, the Client agrees to cooperate and make available any background information or access to the Client's business to assist in the Publisher's creation of the content for the Work.

(d) The Client shall provide the Publisher the non-exclusive right to use its name, brand and any associated trademarks in the scope of preparing, selling and marketing the Book and for no other purpose. The Publisher shall not acquire any right, title or interest to any of the Client's intellectual property. Any other use of Client's name, band, or trademark by Publisher shall require Client's express prior written approval.

*The Impossible Cookbook*                                    2
*9/24/19*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00035074

**(B) Per Unit Purchase Price**

(1) Subject to the terms and conditions of this Agreement, the Client agrees to purchase a quantity of Books for the agreed upon unit price as per the quotations below.

**5,000 copies at $6.88 / copy.**

The quotations of unit price are based on the Specifications outlined in Exhibit A and according to the Schedule outlined in Exhibit B. The Client acknowledges that any material alterations to the Book Specifications or Schedule by the Client during development or production could result in additional costs incurred and added to the final cost of the Work to which the Client would be responsible for paying as further described in this Agreement. Both parties hereby agree that each party shall act reasonably and in good faith in determining what constitutes a material alteration. Any such material alterations, and corresponding price increases, if any, must be in writing and signed by the parties. Any corresponding additional costs must be approved in advance by the Client. The Books are sold on a non-returnable basis. In addition to the per unit price, the Client shall be billed for a Creative Fee in the amount of $106,500.00 for the Publisher Services outlined above.

(2) Sales Channels: The Books shall be for exclusive sale or give-away by the Client.

(3) Cancellation Fee: If the Client cancels this Agreement any time after the signature of this Agreement but before October 1, 2019, at its convenience and not due to the Publisher's breach of the Agreement, the Client agrees to pay to the Publisher a non-refundable $75,000 fee. All cancellations must be made in writing. If the Client cancels this Agreement after October 1, 2019, at its convenience and not due to the Publisher's breach of the Agreement, the Client agrees to pay to the Publisher a non-refundable fee of one hundred thirty thousand ($130,000.00) dollars.

**(C) Delivery and Shipping**

The Publisher shall arrange for the bulk delivery of the Books from the printer to the Client's California distribution Center at an address to be provided by the Client (the "Client's Destination"). Shipping costs are included in the pricing. For greater certainty, the Client shall assume ownership and title of the Copies upon the receipt at the Client's Destination by the Client's designated representative. Such representative shall be noted in the Routing Instructions. Delivery is scheduled for **December 23, 2019.** Upon receipt of the Copies, the Client shall have five (5) business days to inspect the Copies, and notify the Publisher in writing about any Copies that are unacceptable in terms of quantity and quality. Once the Copies are received by the Client, and excepting such notification, the Client shall assume all responsibility for the Copies in terms of quality and quantity.

If the delivery is delayed later than **December 27, 2019** (the "Final Delivery Date") other than as a result of Force Majeure, (as that term is defined below) or delay by the Client or Client's failure to meet the delivery schedule for the materials, the Publisher shall use its best efforts to work diligently with the Client and other parties to expedite delivery of the Books at no additional cost to the Client. The Final Delivery Date is contingent upon the Client meeting the deadlines in the Schedule outlined in Exhibit B. The Client acknowledges that any delay in delivery or approval of materials may result in a commensurate delay in the delivery and extra charges may apply.

*The Impossible Cookbook*                                3
*9/24/19*

"Force Majeure" shall mean any event or condition, not existing or reasonably foreseeable as of the date of this Agreement and not reasonably within the control of either party, which prevents in whole or in material part the performance of a party's obligations under this Agreement or which renders the performance of such obligations so difficult or costly as to make such performance commercially impracticable. Without limiting the foregoing, the following shall constitute events or conditions of Force Majeure: acts of state or governmental action, riots, war, terrorist action, epidemics, fire, flood, hurricane, typhoon, earthquake, lightning and explosion. Force Majeure shall not include the failure of a supplier or shipper hired by the Publisher to fulfill its contractual obligations to the Publisher, except, with respect to any such supplier or shipper, if such failure falls within the definition of "Force Majeure," above.

All copies of the Book shall be delivered in merchantable condition conforming to the standards of quality deemed acceptable by the industry for books of this kind.

**(D) Overage/Underage**

The Publisher will use best efforts to deliver the quantity specified of the product, but the Client acknowledges that delivery not to exceed five percent (5%) over or under the number of copies specified shall constitute good delivery. The Client will pay for the actual quantity of products delivered and will be charged at the agreed unit price as specified herein.

**(E)   Reprinting**

All reprints of the Book shall be ordered through the Publisher. The cost of reprints shall be a unit price of $6.88 per unit for a minimum of 5,000 units if the Client's order is received within twelve (12) months of the final execution of this Agreement. If the Client's order is received after the twelve (12) month period, the cost of reprints shall be mutually agreed upon. The cost of reprints does not include shipping costs.

The Client acknowledges that the time required for such reprinting is subject to printer availability and could take up to four (4) months, unless further delayed due to circumstances beyond the Publisher's control. Payment and delivery terms for reprint orders shall be arranged for at the time of order and shall be agreed upon in writing. A partial payment not to exceed 50% may be requested by the Publisher up front and the balance due upon delivery and acceptance of the reprint order to the Client.

**2.     PERMISSIONS, CLEARANCES, AND RELEASES**

(a) The Client shall be solely responsible for obtaining any rights, permissions, clearances, and/or releases from others that it knows of that are required for use of any of the Client Materials in the printing and publication of the Book or in the advertising and promotion of the Book. The Client will provide proof of such releases to the Publisher upon request. Appropriate acknowledgement of trademark and credit notice shall be provided in the Client Materials submitted to the Publisher. The Client warrants to the Publisher that the Client shall have all copyright, trademark and other contract rights to utilize and license the Client Materials as set forth herein. The Client shall defend the Publisher from and against any third party claims and indemnify and hold the Publisher harmless from any damages, demands, liabilities, or expense (including reasonable and documented out of pocket attorneys fees) incurred as a result of such third party claim, where such claim arises directly from the infringement by the Client Materials of any third party's

*The Impossible Cookbook*                                    4
*9/24/19*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00035076

trademarks, copyrights or other contract rights; provided that, (a) the Publisher gives prompt written notice to the Client of the applicable third party claim, and (b) the Publisher provides reasonable cooperation with respect to the Client defense of such claim, at the Client expense.

(b)  The Publisher shall be solely responsible for obtaining any rights, permissions, clearances, and/or releases from others that it knows of that are required for use of any of the materials, other than the Client Materials in the printing and publication of the Book or in the advertising and promotion of the Book. The Publisher warrants to the Client that the Publisher shall have copyright, trademark, and other contract rights to utilize and license the materials, other than Client Materials, as set forth herein.  The Publisher shall defend the Client from and against any third party claims and indemnify and hold the Client harmless from any damages, demands, liabilities, or expense (including reasonable and documented out of pocket attorney's fees) incurred as a result of such third party claim, where such claim arises directly from the infringement of third party owned assets provided by Publisher and included in the Book, other than Client Materials, of any third party's trademarks, copyrights, or other contract rights; provided that (a) the Client gives prompt written notice to the Publisher of the applicable third party claim and (b) the Client provides reasonable cooperation with respect to the Publisher defense of such claim, at the Publisher's expense.

3.    **APPROVALS**

The Publisher shall deliver to the Client the following materials for review and approval in accordance with Exhibit B: preliminary design concept, final manuscript, final photographs, galleys, and color proofs (the "Deliverables").  The Client shall review each Deliverable within the period of time as specified in Exhibit B following each delivery and may request reasonable changes.    Any delays caused by the failure of the Client to respond to approval milestones set out above, shall result in a day to day adjustment of the schedule outlined in Exhibit B.  If the Client requests any substantive changes or revisions to any Deliverable, other than changes or revisions due to errors or omissions for which Publisher is responsible, the Publisher shall notify the Client in writing of any adjustments to the pricing or to the Schedule directly resulting from such changes.  The Client will have five (5) business days to approve or disapprove the adjustments.  If the Client approves the adjustments in writing, then the pricing and the schedule shall be deemed modified to reflect the adjustments and the Publisher shall make such changes and resubmit the material for approval.  The Client acknowledges that requests for substantive changes, after the corresponding date listed on Exhibit B, may affect the production schedule of the Work.  If changes are required as a result of Publisher error or omission, Publisher shall use best efforts to expedite any required changes or revisions in order to keep the schedule consistent with Exhibit B.  Only to the extent that it is delayed, the delivery date for finished copies of the Work will be deemed modified to reflect the effect of the time taken by the Publisher to inform the Client of these possible adjustments on a reasonable basis and only to the extent needed to provide the Client with adjustment information. The Publisher shall use its best efforts to provide delivery of finished copies of the Work to the Client (at the delivery location specified in Section 1 (C), however the Publisher shall not be responsible for delays to the extent caused by anything beyond the Publisher's reasonable control.

4.    **CHANGES OR REVISIONS AFTER APPROVAL**

Once approval of any Deliverable has been granted by the Client, any subsequent request for a change or revision may require adjustments to the pricing (if Publisher incurs additional documented out-of-pocket expenses) or schedule at the Publisher's discretion. The Publisher shall notify the Client in writing of any adjustments to the pricing or to the Schedule directly resulting from such changes and Client may decide whether to move forward with the requested change.

*The Impossible Cookbook*                                    5
*9/24/19*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                IF00035077

The Client will have five (5) business days to approve or disapprove the adjustments. If the Client approves the adjustments in writing, then the pricing and the schedule shall be deemed modified to reflect the adjustments and the Publisher shall make such changes and resubmit the material for approval. The costs of any such subsequent change, including but not limited to costs attributable to the writing, design, or production of the Work, shall be billed to the Client and shall be paid within thirty (30) days by the Client in addition to payments from the Client otherwise due under this Agreement. The Client acknowledges that requests for substantive changes, after the corresponding date listed on Exhibit B, may affect the production schedule of the Work. Only to the extent that it is delayed, the delivery date for finished copies of the Work will be deemed modified correspondingly to reflect the time taken by Client to approve the new schedule and pricing and the actual time agreed upon time to make the requested changes. The Publisher shall use its best efforts to provide delivery of finished copies of the Work to the Client (at the delivery location specified in Section 1 (C), however, the Publisher shall not be responsible for delays to the extent caused by anything beyond The Publisher 's reasonable control.

5.    **PAYMENT**

Subject to the terms and conditions of this Agreement, the Client shall pay to the Publisher the sum of **ONE HUNDRED FORTY THOUSAND NINE HUNDRED DOLLARS ($140,900.00) (the "Purchase Price")** which shall include the consideration for the purchase of 5,000 Copies of the Work and the Creative Fee pursuant to Paragraph 1(A) and 1(B) above (subject to applicable overage/underage section within), which sum shall be paid according to the following schedule:

$7,500.00 due on project start date;
$45,466.67 within thirty (30) days following execution of this Agreement;
$43,466.67 within thirty (30) days following approval by Client of the Galleys for the Work;
$43,466.66 within thirty (30) days following delivery of all Copies to the Client (with adjustments for actual quantity received, applicable sales tax, and any other debits/credits and subject to all purchase price adjustments specified herein).

6.    **COPYRIGHT**

The Publisher shall register copyright in the text of the Work with the United States Copyright Office in the name of **Impossible Foods Inc.** The Publisher shall further ensure that each copy of the Work published by the Publisher contains a copyright notice in such names pursuant to the United States Copyright Act and the Universal Copyright Convention, together with such other notices as the Client may request in writing.

The Work shall include the following notice on the copyright page from the Publisher **"Published exclusively for Impossible Foods Inc. by Chronicle Books LLC**."

7.    **CONFIDENTIALITY**

(1) During the course of fulfilling the obligations under this Agreement, the Client and the Publisher shall be exposed to or come into possession of Protected Information (defined herein). For purposes of this Section 7, the party receiving Protected Information is referred to as the "Recipient" and the party disclosing such information is referred to as the "Disclosing Party".

(2) "Protected Information" shall mean all proprietary information of the Disclosing Party and its affiliated and related companies and all information provided to the Disclosing Party by third

*The Impossible Cookbook*                                        6
*9/24/19*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        IF00035078

parties which the Disclosing Party is obligated to keep confidential, whether provided before or after the parties execute this Agreement and in whatever form and format. Unless excluded in writing by a party, the parties shall assume that any and all information disclosed is Protected Information, whether in oral form, machine-readable form, written, digital, electronic or other tangible form, and whether designated as confidential or unmarked. Without limiting the foregoing, Protected Information includes inventions, discoveries, trade secrets, ideas, drawings, specifications, techniques, models, data, programs, documentation, processes, recipes, know-how, customer lists, marketing plans, financial information, products, business plans, sales positioning strategies and communication strategies.

(3) Protected Information shall not include any information (i) that is generally known to the public through no act or failure to act on the part of the Recipient; (ii) which has been independently developed by Recipient (as evidenced by Recipient's written records), before or after the execution of this Agreement, without violation of any rights which Disclosing Party may have in such information and without use of the Protected Information of the Disclosing Party; (iii) that is furnished or made known on a non-confidential basis to Recipient by a third party who has a lawful right to disclose such information; or (iv) is required by law or court order to be disclosed, but only to the extent of such required disclosure. In any dispute between the parties with respect to the exclusions in this Section, the burden of proof shall be on the Recipient and such proof shall be by clear and convincing evidence.

(4) The Recipient shall not use or disclose Protected Information of the Disclosing Party except as necessary in connection with fulfilling its obligations under this Agreement and to those third parties that are subject by the same terms of confidentiality as the Recipient. Recipient represents and warrants that all work performed or provided by subcontractors, shall be subject to the provisions of this Section 7. The terms, conditions, and obligations of this Section 7 shall survive the termination of this Agreement.

8.    **WARRANTIES, REPRESENTATIONS AND INDEMNIFICATION**

(A)    **The Publisher's Representations and Warranties**

(i)    **Warranties.**

(a) The Publisher represents, warrants, and covenants, that it is a limited liability company validly organized and in good standing under the laws of the state of Delaware; that the Publisher has the right to enter into this Agreement and to fully perform all of its obligations hereunder and that this Agreement creates no conflict with any other agreement entered into by the Publisher; and that the Publisher shall comply fully with all laws, statutes, rules, and regulations in performing its duties and obligations hereunder.

(b) The Publisher represents, warrants, and covenants with respect to any elements of the Work supplied by or on behalf of the Publisher, including the text, photography and design for the Work (excluding the Client Materials as submitted by Client, but including any revisions or modifications made to the Client Materials by the Publisher), the Publisher owns or controls sufficient rights to enable the Publisher to perform its obligations under the Agreement, and that such elements are not defamatory, unlawful, or libelous and do not violate or infringe the rights of any third parties, including any copyright or proprietary or contract or personal right of others, including the right of privacy.

*The Impossible Cookbook*
*9/24/19*

7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    IF00035079

**(ii)    Indemnification.**

(a)  The Publisher shall indemnify and hold harmless Client, its parent company, any affiliated companies, subsidiaries, other related companies, divisions, and each of their officers, directors, employees, agents, representatives, stockholders, successors, licensees and assigns, from and against any and all claims, damages, losses, injuries and/or costs (including, without limitation, reasonable attorneys' fees and disbursements) in connection with any breach or alleged breach by the Publisher of any representation, warranty and/or obligation herein.

(b)  In the event of any claim, demand, suit, action or proceeding (the "Publisher Indemnified Claim") based upon an alleged breach of the Publisher's warranties under Paragraph 9(A)(i), the Publisher shall have the right to select counsel to defend itself and Client, against any such Publisher Indemnified Claim. The foregoing notwithstanding, Client reserves the right to participate in the defense and to employ counsel, at its own expense, separate from the counsel employed by the Publisher.

(c)  If the Publisher's Indemnified Claim is instituted, the party receiving notice of the Publisher's Indemnified Claim shall promptly notify the other in writing and shall give the fullest information obtainable at the time of such Claim.  Client shall cooperate reasonably in the defense of any such Publisher Indemnified Claim.  Publisher may not settle any such Publisher Indemnified Claim, or waive any appeal of any judgment of a trial without Client's express prior written approval.

(B)    **Client's Representations and Warranties**

(i)    **Warranties.**

(a)  Client represents, warrants and covenants that (i) it has full power to enter into and to perform this Agreement;  (ii) the materials provided by Client for the Work in no way violate any copyright or proprietary or contract or personal right of others, including the right of privacy and that it contains nothing unlawful or libelous; and (iii) and that this Agreement creates no conflict with any other agreement entered into by the Client; and that the Client shall comply fully with all applicable laws, statutes, rules, and regulations in performing its duties and obligations hereunder. The foregoing warranties shall be in effect throughout the term of this Agreement and shall survive its termination.

(b)  The Publisher shall have no obligation to make an independent investigation to determine whether the foregoing warranties and representations of Client are true, and any such investigation by or for the Publisher shall not constitute a defense to Client in any action based upon a breach or alleged breach of any of the foregoing representations or warranties of Client.  However, if in the Publisher's reasonable determination there appears to be a substantial risk of liability to third persons or entities or of governmental action against the Work, the Publisher with Client's agreement may undertake an investigation, verification and analysis of the Work and request revisions of the Work with the written approval of Client which the Publisher believes may eliminate or lessen such risk.  Notwithstanding anything to the contrary contained herein, in no event shall the Publisher be obliged to publish the

*The Impossible Cookbook*
*9/24/19*

8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                         IF00035080

Work if in its reasonable determination the Work contains libelous material, or its publication would violate the rights of privacy, copyright, or any other rights of any person or entity.

**(ii)    Indemnification.**

(a)  Client shall indemnify and hold harmless the Publisher and its affiliated companies, from and against any and all claims, damages, losses, injuries and/or costs (including, without limitation, reasonable attorneys' fees and disbursements) resulting from any breach or alleged breach by Client of any warranty under Paragraph 9(B)(i).

(b)  In the event of any claim, demand, suit, action or proceeding ("Client Indemnified Claim") resulting from a breach or an alleged breach of Client's warranties under Paragraph 9(B)(i), Client shall have the right to select counsel to defend itself and the Publisher, against any such Client Indemnified Claim.

(c) If a Client Indemnified Claim is instituted, the party receiving notice of the Client Indemnified Claim shall promptly notify the other in writing and shall give the fullest information obtainable at the time of such Claim.  The Publisher shall cooperate reasonably in the defense of any such Client Indemnified Claim.  Client may not settle any such Client Indemnified Claim, or waive any appeal of any judgment of a trial without Publisher's prior written approval.

10.    **INSURANCE**

Publisher shall, at all times during the term of this Agreement, carry at its sole cost and expense the following coverages: (a) Commercial General Liability insurance, including Products and Completed Operations and Blanket Contractual Liability coverage of not less than one million dollars ($1,000,000) per bodily injury, personal injury, death or for property damages, two million dollars ($2,000,000) aggregate, with an umbrella coverage of five million dollars ($5,000,000), including coverage for the obligations assumed under this engagement, (b) Workers' Compensation coverage In accordance with applicable law, (c) Automobile Liability coverage including owned, hired and non-owned automobiles with a combined single limit per accident of one million dollars ($1,000,000), and (d) Media Liability insurance with minimum limits of liability of two million dollars  ($2,000,000) per occurrence and two million dollars ($2,000,000) in the aggregate. Publisher shall also carry all statutorily and commercially reasonable coverages. Collectively these coverages are the "Required Coverages." Publisher shall provide Client insurance certificates for the Required Coverages.

All Required Coverages shall be carried with insurance companies with an AM Best rating of at least A-VII and qualified to do business in all states in which goods or services are provided under this Agreement. All policies shall include a Waiver of Subrogation in favor of Impossible Foods as it pertains to Commercial General Liability, Workers' Comp, and Automobile Liability insurance coverages.

Publisher shall be responsible for any insurance policy deductible with respect to any Required Coverage.

Publisher shall provide Impossible Foods with written notice no less than thirty (30) days in advance of the cancellation or non-renewal of any Required Coverage.

*The Impossible Cookbook*
*9/24/19*

9

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                            IF00035081

Publisher shall name "Impossible Foods Inc., its subsidiaries and affiliates and their respective directors, officers and employees" as additional insured on all liability policies included in the Required Coverage for all liability arising out of the operations by or on behalf of the named insured in the manufacture of goods or performance of services for the additional insured. Such additional insured coverage(s) shall be primary insurance over any other valid and collectible insurance which Impossible Foods may have with respect to loss under any of the above-listed policies. If any policies that make up the Required Coverage are carried on a "claims made" basis, Publisher shall continue such insurance for period of three (3) years subsequent to the termination of this Agreement.

Other insurance maintained by Impossible Foods will be non-contributory and excess over Publisher's insurance.

Publisher agrees that the insurance limits stated in this provision are the minimum requirement and that Impossible Foods does not in any way represent that the insurance or the limits required are sufficient or adequate to protect [Counterparty]'s interests or liabilities.

## 11.    GENERAL LEGAL

(A) Except as expressly set forth in this Agreement, each party will be responsible for all costs and expenses incurred by such party in performing its obligations or exercising its rights under this Agreement.

(B) A party shall not be liable for failure to perform its obligations under this Agreement to the extent such delays are caused by actions or events beyond such party's reasonable control irrespective of the place of execution of performance.

(C) This Agreement shall be governed, construed and enforced in accordance with the laws of the State of California. If either party elects to bring suit in connection with this Agreement, the parties consent to the jurisdiction and venue of the state and federal courts located in the State of California, for the resolution of any dispute arising hereunder.

(D) The Publisher shall not assign any of its rights or delegate any of its obligations under this Agreement, either in whole or in part, without the prior written consent of Client.

(E) No agency, partnership, joint venture or employee-employer relationship is intended or created by this Agreement.

(F) A waiver by either Party of any of the terms or conditions of this Agreement in any instance shall not be deemed or construed to be a continuing waiver of such terms or conditions, or of any subsequent breach thereof.

(G) All remedies, rights, undertakings, obligations and agreements contained in this Agreement shall be cumulative and none of them shall limit any other remedy, right, undertaking, obligation or agreement of either Party.

(H) This Agreement, including the attached Attachments, constitutes the entire agreement between the parties with respect to its subject matter hereof, and supersedes and replaces all prior or contemporaneous understandings or agreements, written or oral, regarding such subject matter. No amendment to or modification of this Agreement will be binding unless agreed to in writing and signed by a duly authorized representative of both parties.

*The Impossible Cookbook*                    10
*9/24/19*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00035082

(I) If any provision of this Agreement is deemed illegal, invalid, or unenforceable, the remaining provisions shall remain in full force and effect.

(J) This Agreement may be executed in multiple counterparts, each of which shall be deemed an original and shall have the full force and effect thereof.

Both parties agree to the above terms.

DocuSigned by:

*Rachel Konrad*

8BDABDAEC1F54E3...

Impossible Foods
Rachel Konrad
Chief Communications Officer
400 Saginaw Dr.
Redwood City, CA 94063

Sep 26, 2019

Date

DocuSigned by:

*Tom Fernald*

91C820A32E1E4A5...

Chronicle Books, LLC
Tom Fernald
Vice President of Finance and Operations
680 Second Street
San Francisco, CA 94107

Sep 24, 2019

Date

*The Impossible Cookbook*
*9/24/19*

11

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## EXHIBIT A
### Specifications

| | |
|---|---|
| **Format** | Unjacketed hardcover |
| **Trim Size** | 7.25 x 9 inches |
| **Page Count** | 144 |
| **Interior** | Prints four color on 80# matt art paper |
| **Ends** | Prints four color on 100# opaque paper with varnish to protect |
| **Case** | Prints four color on 100# matte art paper with matte lamination |
| **Jacket** | 4/0 + matte lam 157 gsm HiQ FSC gloss |
| **Binding** | Smythe sewn, square back, head and tail bands |
| **Extras** | |
| **Number of photographs** | 40 |
| **Print Location** | North America |
| **Proofing** | Full proofs |

**The following extras can be available time permitting at the following costs:**

**Spot UV: $.30 per unit**
**Foil stamping: $.32 per unit**

*The Impossible Cookbook*
*9/24/19*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00035084

# EXHIBIT B

## Schedule of Deliverables

Both parties agree to adhere to the schedule set forth by Chronicle Books to ensure final delivery of books by December 23, 2019 and no later than January 7, 2020.

Both parties agree to keep to this schedule to ensure prompt delivery. Both parties shall promptly advise of any anticipated delays in review or delivery.

| | |
|---|---|
| Recipe list/contributor list/outline from client | 7/8/2019 |
| Final recipes from client | 7/22/2019 |
| Preliminary design to client | 7/29/2019 |
| Photography shot list final | 8/5/2019 |
| Preliminary design from client | 8/5/2019 |
| Revised design/cover design to client | 8/12/2019 |
| Non-recipe text to client | 8/15/2019 |
| Copyedited recipes to client | 8/19/2019 |
| Non-recipe text from client | 8/22/2019 |
| Copyedited recipes from client/chefs | 8/26/2019 |
| Recipes final/to design | 8/26/2019 |
| Food photos final | 8/29/2019 |
| Revised non-recipe text to client | 8/29/2019 |
| Revised non-recipe text from client | 8/29/2019 |
| Non-recipe text approved/to copyeditor | 9/5/2019 |
| Galleys to client (with final recipes/photos) | 9/19/2019 |
| Galleys from client | 9/26/2019 |
| Revised galleys to client (with final non-recipe text) | 10/7/2019 |
| Revised galleys from client | 10/14/2019 |
| Final corrections to client | 10/22/2019 |
| Galleys approved to print | 10/28/2019 |
| Delivery | 12/23/2019 |

*The Impossible Cookbook*
*9/24/19*

13

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    IF00035085

ELECTRONIC DELIVERY REQUIREMENTS

If the Client has agreed to submit electronic files, it is presumed by Chronicle Works that the Client is knowledgeable about electronic page composition and accepts responsibility for the creation and submission of electronic files which are ready to process directly to plates. This includes, but is not limited to, all tints and colored type created in screen percentages of CMYK, no scanned type or line art, appropriately-masked silhouettes, files which are clean and updated before submission, and if there high resolution images are included (e.g., maps, line art, graphics), such images shall be provided at the correct resolution.

If Chronicle Works or the Printer is obligated to make corrections to incorrectly prepared files, these costs will be charged back to the Client, with the exception of Chronicle Works' office corrections. Final responsibility for files that will RIP (process to plates) rests with the Client.

FINAL LAYOUT AND ART FILES DELIVERED ON DISK MUST ADHERE TO THE FOLLOWING SPECIFICATIONS. Questions regarding this information must be addressed prior to construction and delivery of electronic files.

SUPPLIED MATERIALS
*We will provide in electronic form the following materials:*
- Chronicle Works type and glasses logo for the spine and title page, and instructions for placement
- Barcode to place on the back cover (paperback) or back of jacket (hard cover), and instructions for use
- Jacket layout specs for reference while creating the final jacket layout

ACCEPTABLE SOFTWARE
*Page Layout.* Work interiors should be created in Indesign CS3 or greater. For alternate software options, please contact your in-house designer.
*Covers.* Can also be submitted in Adobe Illustrator CS3 or greater. This includes printed casewrap, foil stamping mech, endpaper art, and jacket layouts as well.
*Fonts.* We only accept documents that use PostScript or OpenType fonts.
*Compression.* We will accept any document compressed as a self-extracting file ("document.zip"). We prefer the Stuffit-Deluxe program software or Zip archives.

LAYOUT FILE SPECIFICATIONS
*Case/Cover/Jacket*
- Must be set up as flat art in one continuous layout, from left (back flap) to right (front flap)
- Have the price(s) located in the upper right corner of the front flap, printing one-color only
- Contain spine logo and barcode formatted according to instructions supplied with each

*Interior Pages*
- Must be laid out as facing pages
- Numbered to correspond to final page count, with correct folios appearing in each file section
- Show bleeds extending a minimum of 1/8" beyond the crop marks on all images and tints that bleed
- Broken up by chapter or logical section breaks if individual file size exceeds 40Mb.

*The Impossible Cookbook*                    14
*9/24/19*

*File Names.* Each file should be named sequentially, with the page numbers first (example: "001-050_Ch2_NameOfWork" "051-100_Ch3_NameOfWork").

*Tints.* 4-color tints must be created and named using their CMYK percentages (example: "c100m100y10k40") and check "process separation" in the "Edit colors" dialog box. Clientis encouraged to use the Pantone Process Color System Specifier; please also attach color chip(s) to the laser printouts so the printer can identify the correct tint desired. For 1- or 2-color spot color, label by vendor and number (example: Pantone 123) and attach color chip.

*Trapping.* The Client is not responsible for trapping or choking page layout files, and should not attempt to do so on any files.

Client will not be producing match prints from the electronic files, unless such costs have been discussed beforehand and agreed in writing to be included.

IMAGE FILE SPECIFICATIONS

*Low Resolution FPO Scans.* (to be replaced by printer with high-res scans) Label each FPO scan as FPO 000, replacing the zeros with the number taken from the label on the artwork (these will also correspond to numbers on the original materials artlog provided at the beginning of the project.) FPO number must be clearly visible on the laser printouts. Any instructions to the printer should also be included in the FPO label (silhouette, drop out background, duotone, etc.).

*High Resolution Images* or *Live Art.* (will print as is, directly from file) Such images must be provided in position in the file at 100%. Images must be at 350dpi at final size if not vector art (created in Adobe Illustrator, for example). See digital Image Delivery Requirements below. Client must provide match prints or other accurate color reference for review and approval prior to final delivery on disk. Art must be labeled and identified in printer's artlog and on laser proofs using the name assigned to the final electronic file.

Image Delivery Requirements: Final high resolution tiff files should be delivered for all images.
   • Minimum system requirements: Mac OS X; Photoshop 6 or Illustrator 10
   • TIFF files, minimum 50MB at 350dpi, RGB, 8 bits (JPEG or RAW files will NOT be accepted)
   • Images must be color corrected.
In supplying digital art to Chronicle Works, you are ultimately and finally responsible for the quality of color reproduction of these images. Under no circumstances shall Chronicle Books be held responsible for the final quality or color reproduction of digitally supplied images. Any color corrections made to the files must be made either by you (the originator), or by our outside vendor. Per contract, there is a fee for color adjustments to your supplied images as Chronicle Books will not alter or "fix" the files you deliver. Costs are charged by our vendors on a per hour basis and will be determined by the extent of the corrections required.

*The Impossible Cookbook*                         15
*9/24/19*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    IF00035087

DELIVERY

*Format.* We prefer files to be delivered via ftp site or on DVD.

*Files must be clean.* Remove all extraneous fonts, type, picture boxes, colors, items on pasteboard, etc. Make sure unnecessary items have been removed, and required fonts and graphics supplied. In InDesign, run "Package" and include the resulting report.

*All relevant electronic job elements must be on your disks:*
- Page layout files
- TIFF files
- EPS files,
- Low resolution FPO image scans (optional)
- Chronicle Works logos
- Barcode(s) in position
- Typefaces (place in one "Fonts" folder; be sure to include those used in EPS files)

*All of the hard copy printouts listed below are required at final delivery:*
- B+W laser proofs from supplied file of all pages at 100% with crop marks; marked with any printer's instructions
- Color printout of the full cover or jacket (reduced size is fine)

*All of these materials must be submitted with your disks:*
- Complete list of files
- Completed Printer's Artlog
- All original photos and transparencies, keyed to FPO scans, with original materials artlog
- Thumbnails or schematic of Work
- All hard-copy printouts listed above

Chronicle Works will open delivered files to confirm that all electronic elements necessary for production have been provided and that files have been constructed as required before approving payment of final invoice.

*The Impossible Cookbook*                    16
*9/24/19*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    IF00035088

CHRONICLE WORKS

DIGITAL IMAGE DELIVERY REQUIREMENTS

To ensure the highest quality reproduction of your supplied digital files, Chronicle Books has the following guidelines.

Please be sure that you:

Submit final, high resolution EPS or TIFF files (not JPEG or RAW format) that are named appropriately.

Provide at a minimum of 350dpi at full reproduction size, bigger if cropping is possible.

Use a minimum of 12 megapixel camera (producing 36mb image size)

Create and supply files in RGB (even though they will ultimately print in CMYK), ideally Adobe 1998 colorspace.

Submit "tagged", color-corrected images so the color house can adjust your profiles to match those of the final output.

Provide a color output of all images for content reference and file review only. Please note that this RGB output you deliver will not accurately reflect the color you will see in the CMYK printing process.

TEST PROOFS:

If deemed necessary, we will test a sampling of the files prior to final delivery to get an indication of the results of our outside vendor's CMYK conversion and to better assess file setup. While these tests will not accurately display the printing results, due to press configuration variations from printer to printer, they will serve as a guide during the production process.

Chronicle Works will select images from your art delivery that encompass the full range of color to be reproduced in the Work and will send those to our film house. They will convert images to CMYK and then output proofs of their own. These proofs will be evaluated by you as well as by our production coordinator and designer. Once you have these tests, please adjust your files accordingly, and we should receive final RGB files that are ready to RIP directly to film or plates.

OTHER CONSIDERATIONS

*CMYK limitations:*

Please note that the following colors cannot be accurately reproduced within the standards of final CMYK printing: Brilliant reds, oranges and greens; Royal blues; Violets; Any fluorescent color.

*Computer monitor viewing:*

All monitors display images in RGB whereas printed materials are produced in CMYK. In order to view images on screen as accurately as possible, please try to control the following conditions, all of which can affect color perception.

- Monitor color settings should be D65/2.2 gamma
- Monitor should be in an area of subdued lighting, not facing a window
- There should be no bright, fluorescent lighting nearby
- If possible, the person working at the monitor should not wear bright clothing as this will reflect back on the monitor

*NOTE: In supplying digital art to Chronicle Books, you are ultimately and finally responsible for the quality of color reproduction of these images. Under no circumstances shall Chronicle Books be held responsible for the final quality or color reproduction of digitally supplied images. Any color corrections made to the files must be made either by you (the originator). Color corrections made by the printer will be charged back to you in full.*

## CHRONICLE BOOKS
### DESIGN GUIDELINES

• inside margins (gutters) need to be at least $3/4$" deep, even more in paperbacks

Regarding color type: Unless otherwise stated by Publisher:
- no colored type inside the Work, no type knocking out of color
- black type can run over a color tint only if there is no black in the tint; black type must surprint (not knock out of) color
- title page, copyright page, and flap copy must print one color and type cannot drop out of four-color interior pages and flaps.

• ellipses should always have spaces between the dots (i.e. . . . not ...).

• unless otherwise stated by publisher, tints behind sidebars need to be generous in size to accommodate foreign translations.

• barcode must print black or an extremely dark PMS color; the background of the barcode should be white or can have a pale tint but that tint cannot have cyan or black in it; see barcode separate instruction sheet.

Regarding retail price:
- retail price on flap must surprint black—cannot knock out or print in a color (so that it is a one-plate change only if price changes
- put retail price on flap close to upper right corner so it can be cut off when Work is bought as a gift
- retail price must be written in this format: $11.95 U.S.

• all FPO images must be labeled as such and keyed to the number on the original. We prefer that the printer instructions and art log number go in a text box right on the fpo, so the instructions will be archived with the digital file. (i.e. a box over the image that says "FPO #223 Prints 4/C ")

• title page logo must go on title page; it can be reduced as much as 80% but no more.

• spines for cookWorks have a special treatment; see separate sheet that explains it.

• cookWork design has special considerations; see separate sheet that explains them.

• for all electronic delivery, see separate sheets that explains requirements.

*The Impossible Cookbook*
*9/24/19*

18

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

IF00035090

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA**

Case No: 5:21-cv-02419-BLF (*Impossible Foods Inc. v. Impossible X LLC, et al.*)

Plaintiff Exh. No.: 0076

Date Admitted: