| | | | | | |
|---|---|---|---|---|---|
| **ISBN** | 9781797203041 | | | **US Price** | 29.99 |
| **Author** | Impossible Foods Inc | | | **CA Price** | 39.99 |
| **Format** | Cloth | | | **GB Price** | |
| **Status** | Out of Print | | | **AU Price** | |

| | | | | |
|---|---|---|---|---|
| **First In Stock** | 6/2/2020 |
| **Last In Stock** | 1/16/2026 |
| **RT Promised Date** | |
| **RT Promised Qty** | |

| | | | | |
|---|---|---|---|---|
| **Pub Date** | 7/14/2020 | **Restriction** | | |
| **Stock No** | 428396 | **Disc Group** | LON | |
| **Prod Code** | T1_IPG | **POD Flag** | No | |
| **Season** | Spring 2020 | **Weight** | 1.24 | |
| **Catalog** | General Trade | **Case Qty** | 24 | |
| **Territory Rights** | US, CA, HK, SG & MO | **Web Code** | IMF | |
| **BISAC1** | Vegetarian | | | |
| **BISAC2** | | | | |
| **Publisher** | Impossible Foods Inc. | | | |
| **Imprint** | Impossible Foods Inc. | | | |
| **Prod Line** | IPG | **Pub Code** | IMF | |

| | | | |
|---|---|---|---|
| **Base Cost Price** | | **Pub Orders Thru** | |
| **Net Price** | | **Pub Returns Thru** | |
| | | **Title Returns Thru** | 6/1/2026 |
| | | **Not Returnable** | No |

**Supplier Account** 561450 - Impossible Foods Inc.
**Supplier List Price**
**Supplier Discount**

**Also available in the following formats:**

| | | |
|---|---|---|
| 9781797203041 | Cloth | Out of Print |

## Current Inventory

| | On Hand | Alloc | Avail | |
|---|---|---|---|---|
| **Main** | 3592 | 0 | 3592 | |
| **Cust Reserve*** | | 0 | | |
| **Reserved** | 0 | 0 | 0 | |
| **Project** | 0 | 0 | 0 | |
| **Off-Site** | 0 | 0 | 0 | |
| **Consign** | | | | 0 |

## Sales Summary

| | Ship Qty | Ret Qty | Ship Val | Ret Val |
|---|---|---|---|---|
| **Prev 12** | 117 | -116 | $1,756.05 | ($1,800.75) |
| **Last 12** | 12 | -25 | $179.80 | ($380.65) |
| **2025** | 12 | -25 | $179.80 | ($380.65) |
| **LYTD** | 4 | -4 | $59.99 | ($61.77) |
| **YTD** | | -37 | $0.00 | ($532.65) |
| **MTD** | | -37 | $0.00 | ($532.65) |
| **WTD** | | -2 | $0.00 | ($28.80) |

## Backorder Summary

| **Total Qty** |
|---|

## Receipts Summary

| **Total Qty (MTD)** |
|---|

## Weekly Sellthrough - Week 5 ending

| Vendor | This Week | On Hand |
|---|---|---|
| **TOTAL** | | |

## Orders Summary

| | Order Qty | Order Val |
|---|---|---|
| **WTD** | | |
| **MTD** | | |
| **YTD** | | |

## Lifetime Sales Information

| Free Qty | Ship Qty | Ret Qty | Net Qty | Ship Val | Ret Val | Net Val |
|---|---|---|---|---|---|---|
| 5,331 | 9,324 | -1,883 | 12,772 | $138,994.97 | ($28,237.50) | $110,757.47 |

## Monthly Sales Summary

| Month/Year | Free Qty | Ship Qty | Ret Qty | Ship Val | Ret Val |
|---|---|---|---|---|---|
| *JAN 2026* | | | *-37* | *$0.00* | *($532.65)* |
| DEC 2025 | | | -2 | $0.00 | ($29.75) |
| NOV 2025 | | 3 | -3 | $44.81 | ($45.00) |
| JUL 2025 | | 1 | | $15.00 | $0.00 |
| JUN 2025 | | 1 | -1 | $15.00 | ($15.59) |
| APR 2025 | | | -1 | $0.00 | ($15.59) |
| MAR 2025 | | 3 | -11 | $45.00 | ($166.77) |
| FEB 2025 | | | -3 | $0.00 | ($46.18) |
| JAN 2025 | | 4 | -4 | $59.99 | ($61.77) |
| DEC 2024 | | | -11 | $0.00 | ($164.98) |
| NOV 2024 | | 6 | -6 | $89.99 | ($93.54) |
| OCT 2024 | | 11 | -21 | $164.97 | ($327.39) |

This report contains confidential and privileged information and is intended for the private use only by the designated client of Independent Publishers Group to which this information pertains and it shall not be made public. Any unauthorized copying, disclosure, or distribution of the information is strictly forbidden.

CONFIDENTIAL                                                                                    IF00035860

| | | | | |
|---|---|---|---|---|
| SEP 2024 | 3 | -23 | $97.97 | ($843.98) |
| **TOTAL** | **41** | **-122** | **$614.73** | **($1,842.19)** |

This report contains confidential and privileged information and is intended for the private use only by the designated client of Independent Publishers Group to which this information pertains and it shall not be made public.  Any unauthorized copying, disclosure, or distribution of the information is strictly forbidden.

Generated on 1/29/2026                                    Title Snapshot

CONFIDENTIAL                                                                                              IF00035861

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA**

Case No: 5:21-cv-02419-BLF (*Impossible Foods Inc. v. Impossible X LLC, et al.*)

Plaintiff Exh. No.: 2229

Date Admitted: