**Generated on:** This page was generated by TSDR on 2024-09-30 15:38:41 EDT

**Mark:** IMPOSSIBLE

# IMPOSSIBLE

| | | |
|---|---|---|
| **US Serial Number:** 88855875 | | **Application Filing Date:** Apr. 01, 2020 |

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Opposition Pending

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided.

**Status:** An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Nov. 25, 2020

**Publication Date:** Jul. 28, 2020

## Mark Information

**Mark Literal Elements:** IMPOSSIBLE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing information about recipes, ingredients and cooking information; providing an online computer database to consumers featuring information about recipes, ingredients and cooking information

| | | |
|---|---|---|
| **International Class(es):** 043 - Primary Class | | **U.S Class(es):** 100, 101 |

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Impossible Foods Inc.

**Owner Address:** 400 Saginaw Drive
Redwood City, CALIFORNIA UNITED STATES 94063

IF00003788

| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
|---|---|---|---|

## Attorney/Correspondence Information

**Attorney of Record**

| Attorney Name: | H. FORREST FLEMMING III | | |
|---|---|---|---|
| Attorney Primary Email Address: | fflemming@ktslaw.com | Attorney Email Authorized: | Yes |

**Correspondent**

| Correspondent Name/Address: | H. FORREST FLEMMING III<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 PEACHTREE STREET, SUITE 2800<br>ATLANTA, GEORGIA UNITED STATES 30309 | | |
|---|---|---|---|
| Phone: | 404-815-6500 | Fax: | (206) 359-9000 |
| Correspondent e-mail: | fflemming@ktslaw.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 04, 2023 | ASSIGNED TO EXAMINER | |
| Nov. 25, 2020 | OPPOSITION INSTITUTED NO. 999999 | 266170 |
| Aug. 27, 2020 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jul. 28, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 28, 2020 | PUBLISHED FOR OPPOSITION | |
| Jul. 08, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 23, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 22, 2020 | ASSIGNED TO EXAMINER | |
| Apr. 09, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 04, 2020 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

| TM Attorney: | MACDOUGALL, KIERRA | Law Office Assigned: | LAW OFFICE 126 |
|---|---|---|---|

**File Location**

| Current Location: | TMO LAW OFFICE 126 | Date in Location: | Dec. 04, 2023 |
|---|---|---|---|

## Proceedings

**Summary**

| Number of Proceedings: | 5 |
|---|---|

**Type of Proceeding: Opposition**

| Proceeding Number: | 91274964 | Filing Date: | Mar 09, 2022 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Jun 08, 2022 |
| Interlocutory Attorney: | TASHIA A BUNCH | | |

**Defendant**

| Name: | Baodup IP LLC |
|---|---|
| Correspondent Address: | ADRIAN RESENDEZ<br>BROUGH & RESENDEZ PLLC<br>1213 W SLAUGHTER LANE, SUITE 100<br>AUSTIN TX UNITED STATES , 78748 |

IF00003789

| | |
|---|---|
| **Correspondent e-mail:** | adrian@bandrlaw.com , katie@bandrlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBAO | | 90573283 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Impossible Foods Inc. |
| **Correspondent Address:** | GRACE HAN STANTON<br>PERKINS COIE LLP<br>1201 THIRD AVENUE, SUITE 4900<br>SEATTLE WA UNITED STATES , 98101 |
| **Correspondent e-mail:** | pctrademarks@perkinscoie.com , GStanton@perkinscoie.com , LindaSanchez@perkinscoie.com , colleenferguson@perkinscoie.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE | | 86102158 | 5459255 |
| IMPOSSIBLE | | 86286900 | 5370337 |
| IMPOSSIBLE | | 88855875 | |
| IMPOSSIBLE BURGER | | 87983509 | 6211591 |
| IMPOSSIBLE SAUSAGE | | 88981556 | 6405011 |
| IMPOSSIBLE BEEF | | 90183070 | |
| IMPOSSIBLE | | 88982771 | 6496345 |
| IMPOSSIBLE | | 88982772 | 6496346 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Jun 08, 2022 | |
| 5 | BD DECISION: OPP SUSTAINED | Jun 08, 2022 | |
| 4 | NOTICE OF DEFAULT | Apr 29, 2022 | |
| 3 | INSTITUTED | Mar 09, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 09, 2022 | Apr 18, 2022 |
| 1 | FILED AND FEE | Mar 09, 2022 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91272525 | **Filing Date:** | Oct 26, 2021 |
| **Status:** | Terminated | **Status Date:** | Jan 26, 2022 |
| **Interlocutory Attorney:** | GEOFFREY MCNUTT | | |

**Defendant**

| | |
|---|---|
| **Name:** | MVRK Research, LLC |
| **Correspondent Address:** | MICHAEL J WASCO<br>PAUL FRANK + COLLINS PC<br>ONE CHURCH STREET<br>BURLINGTON VT UNITED STATES , 05402 |
| **Correspondent e-mail:** | trademarks@pfclaw.com , mwasco@pfclaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE TOBACCO | | 90342562 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Impossible Foods Inc. |
| **Correspondent Address:** | GRACE HAN STANTON<br>PERKINS COIE LLP<br>PO BOX 2608<br>SEATTLE WA UNITED STATES , 98111 |

IF00003790

| Correspondent e-mail: | pctrademarks@perkinscoie.com , lcojulun@perkinscoie.com , GStanton@perkinscoie.com , BAnderson@perkinscoie.com , LindaSanchez@perkinscoie.com |
|---|---|

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE | | 86102158 | 5459255 |
| IMPOSSIBLE | | 86286900 | 5370337 |
| IMPOSSIBLE | | 90709175 | |
| IMPOSSIBLE | | 90709191 | |
| IMPOSSIBLE | | 90709206 | |
| IMPOSSIBLE | | 88855875 | |
| IMPOSSIBLE | | 90709284 | |
| IMPOSSIBLE | | 88982772 | 6496346 |
| IMPOSSIBLE | | 88669426 | |
| IMPOSSIBLE | | 88982771 | 6496345 |
| IMPOSSIBLE | | 88669448 | |
| IMPOSSIBLE BURGER | | 87983509 | 6211591 |
| IMPOSSIBLE SAUSAGE | | 88981556 | 6405011 |
| IMPOSSIBLE BEEF | | 90183070 | |
| IMPOSSIBLE MEAT | | 90726622 | |
| IMPOSSIBLE CHICKEN NUGGETS | | 97038102 | |
| IMPOSSIBLE NUGGETS | | 97038094 | |

| Prosecution History | | | |
|---|---|---|---|
| Entry Number | History Text | Date | Due Date |
| 6 | TERMINATED | Jan 26, 2022 | |
| 5 | BD DECISION: OPP SUSTAINED | Jan 26, 2022 | |
| 4 | NOTICE OF DEFAULT | Dec 16, 2021 | |
| 3 | INSTITUTED | Oct 26, 2021 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 26, 2021 | Dec 05, 2021 |
| 1 | FILED AND FEE | Oct 26, 2021 | |

## Type of Proceeding: Opposition

| Proceeding Number: | 91266170 | Filing Date: | Nov 25, 2020 |
|---|---|---|---|
| Status: | Suspended | Status Date: | Apr 05, 2021 |
| Interlocutory Attorney: | ANDREW P BAXLEY | | |

**Defendant**

| Name: | Impossible Foods Inc. |
|---|---|
| Correspondent Address: | H. FORREST FLEMMING III<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 PEACHTREE STREET, SUITE 2800<br>ATLANTA GA UNITED STATES , 30309 |
| Correspondent e-mail: | fflemming@ktslaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE | | 88855875 | |

**Plaintiff(s)**

| Name: | Impossible X LLC |
|---|---|
| Correspondent Address: | DAVID E. WESLOW<br>WILEY REIN LLP<br>2050 M STREET, N.W.<br>WASHINGTON DC UNITED STATES , 20036 |
| Correspondent e-mail: | dweslow@wiley.law , akosak@wiley.law , tmdocket@wiley.law |

IF00003791

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE | | 85578345 | 4260617 |
| IMPOSSIBLE FITNESS | | 86208828 | 4624158 |
| IMPOSSIBLE X | | 87116499 | 5155646 |
| IMPOSSIBLE HQ | | 87116490 | 5179974 |
| IMPOSSIBLE | | 87116503 | 5376208 |
| IMPOSSIBLE NUTRITION | | 87116501 | 5387588 |
| DO SOMETHING IMPOSSIBLE | | 87116483 | 5576376 |
| IMPOSSIBLE FITNESS | | 87125862 | 5590801 |
| IMPOSSIBLE FITNESS | | 87687403 | 5603025 |
| IMPOSSIBLE | | 87755108 | 5620625 |
| IMPOSSIBLE | | 87884481 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 19 | SUSP PEND DISP OF CIVIL ACTION | Jun 05, 2024 | |
| 18 | D RESP TO BD ORDER/INQUIRY | May 02, 2024 | |
| 17 | D APPEARANCE / POWER OF ATTORNEY | May 02, 2024 | |
| 16 | RESPONSE DUE 30 DAYS (DUE DATE) | Apr 30, 2024 | May 30, 2024 |
| 15 | SUSP PEND DISP OF CIVIL ACTION | Apr 27, 2023 | |
| 14 | P RESP TO BD ORDER/INQUIRY | Apr 20, 2023 | |
| 13 | P CHANGE OF CORRESP ADDRESS | Apr 20, 2023 | |
| 12 | RESPONSE DUE 30 DAYS (DUE DATE) | Apr 05, 2023 | May 05, 2023 |
| 11 | SUSP PEND DISP OF CIVIL ACTION | Apr 05, 2022 | |
| 10 | P RESP TO BD ORDER/INQUIRY | Apr 05, 2022 | |
| 9 | RESPONSE DUE 30 DAYS (DUE DATE) | Apr 05, 2022 | May 05, 2022 |
| 8 | SUSP PEND DISP OF CIVIL ACTION | Apr 05, 2021 | |
| 7 | D MOT TO SUSP PEND DISP CIV ACTION | Apr 02, 2021 | |
| 6 | ANSWER | Jan 29, 2021 | |
| 5 | EXTENSION OF TIME GRANTED | Dec 31, 2020 | |
| 4 | D MOT FOR EXT W/ CONSENT | Dec 31, 2020 | |
| 3 | INSTITUTED | Nov 25, 2020 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 25, 2020 | Jan 04, 2021 |
| 1 | FILED AND FEE | Nov 25, 2020 | |

## Type of Proceeding: Extension of Time

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 88855875 | **Filing Date:** | Aug 27, 2020 |
| **Status:** | Terminated | **Status Date:** | Nov 25, 2020 |
| **Interlocutory Attorney:** | | | |

**Defendant**

| | |
|---|---|
| **Name:** | Impossible Foods Inc. |
| **Correspondent Address:** | GRACE HAN STANTON<br>PERKINS COIE LLP<br>1201 THIRD AVENUE, SUITE 4900<br>SEATTLE WA UNITED STATES , 98101 |
| **Correspondent e-mail:** | pctrademarks@perkinscoie.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE | | 88855875 | |

**Potential Opposer(s)**

| | |
|---|---|
| **Name:** | Impossible X LLC |

IF00003792

| | |
|---|---|
| **Correspondent Address:** | DAVID E. WESLOW<br>WILEY REIN LLP<br>1776 K STREET, N.W.<br>WASHINGTON DC UNITED STATES , 20006 |
| **Correspondent e-mail:** | dweslow@wiley.law , akosak@wiley.law , tmdocket@wiley.law |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

| **Prosecution History** | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 2 | EXT GRANTED | Aug 27, 2020 | |
| 1 | FIRST 90-DAY REQUEST TO EXT TIME TO OPPOSE | Aug 27, 2020 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91263966 | **Filing Date:** | Jul 29, 2020 |
| **Status:** | Terminated | **Status Date:** | Nov 23, 2020 |
| **Interlocutory Attorney:** | JENNIFER KRISP | | |

**Defendant**

| | |
|---|---|
| **Name:** | JUICELAB Nature's Juice Ltda |
| **Correspondent Address:** | JUICELAB NATURE'S JUICE LTDA<br>R FREI CANECA, 558 CJ 711, CONJUNTO 711<br>SAO PAULO BRAZIL , 01307001 |
| **Correspondent e-mail:** | leonardo.msoares@uol.com.br , urias@juicelab.com.br |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE WATER | | 88438608 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Impossible Foods Inc. |
| **Correspondent Address:** | GRACE HAN STANTON<br>PERKINS COIE LLP<br>1201 THIRD AVENUE SUITE 4900<br>SEATTLE WA UNITED STATES , 98101 |
| **Correspondent e-mail:** | pctrademarks@perkinscoie.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| IMPOSSIBLE | | 86102158 | 5459255 |
| IMPOSSIBLE | | 86286900 | 5370337 |
| IMPOSSIBLE | | 87796487 | |
| IMPOSSIBLE | | 87796488 | |
| IMPOSSIBLE | | 87742446 | |
| IMPOSSIBLE | | 88855875 | |
| IMPOSSIBLE | | 88669426 | |
| IMPOSSIBLE | | 88669448 | |
| IMPOSSIBLE BURGER | | 87924475 | |
| IMPOSSIBLE BURGER | | 87924479 | |
| IMPOSSIBLE SAUSAGE | | 88391621 | |
| IMPOSSIBLE SAUSAGE | | 88391624 | |
| IMPOSSIBLE CHEESESTEAK | | 88226582 | |
| IMPOSSIBLE CHEESESTEAK | | 88226584 | |
| IMPOSSIBLE TASTE PLACE | | 88454411 | |

IF00003793

| | |
|---|---|
| IMPOSSIBLE TASTE PLACE | 88454433 |
| IMPOSSIBLE TASTE PLACE | 88454437 |
| IMPOSSIBLE TASTE PLACE | 88454445 |
| IMPOSSIBLE TASTE PLACE | 88454448 |
| IMPOSSIBLE TASTE PLACE | 88454452 |
| IMPOSSIBLE TASTE PLACE | 88454456 |
| IMPOSSIBLE TASTE PLACE | 88454462 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Nov 23, 2020 | |
| 5 | BD DECISION: OPP SUSTAINED | Nov 23, 2020 | |
| 4 | NOTICE OF DEFAULT | Sep 18, 2020 | |
| 3 | INSTITUTED | Jul 29, 2020 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 29, 2020 | Sep 07, 2020 |
| 1 | FILED AND FEE | Jul 29, 2020 | |

IF00003794

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF**
**CALIFORNIA**

Case No: 5:21-cv-02419-BLF (*Impossible Foods Inc. v. Impossible X LLC, et al.*)

**Joint** Exh. No.: 2182

Date Admitted: