# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

IMPOSSIBLE FOODS INC.,

      Plaintiff,

v.

IMPOSSIBLE X LLC,

      Defendant.

Case No.  5:21-cv-02419-BLF

**ORDER REGARDING IMPOSSIBLE X LLC'S NONCOMPLIANT CHAMBERS COPIES**

[Re: ECF No. 476]

The Court is in receipt of the chambers copies of Impossible X LLC's motion for post-trial relief.  The chambers copies do not comply with the Court's standing orders, which require numbered tabs between exhibits.  *See* Standing Order re Civil Cases § IX.C.  Impossible X LLC SHALL either appear at the courthouse to tab the chambers copies in the Court's possession or send a compliant set of chambers copies to the Court by April 14, 2026, at 12:00 p.m.

    **IT IS SO ORDERED.**

Dated:  April 13, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California