J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
  cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
  gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
  rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
  omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
  benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff / Counter-Defendant, <br><br> v. <br><br> IMPOSSIBLE LLC and JOEL RUNYON, <br><br> Defendants / Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK) <br><br> **DECLARATION OF MARISSA BENAVIDES IN SUPPORT OF IMPOSSIBLE LLC'S REPLY IN SUPPORT OF MOTION FOR POST-TRIAL RELIEF** <br><br> **Judge:** Hon. Beth Labson Freeman <br> **Date:** April 23, 2026 <br> **Time:** 9:00 a.m. |

DECLARATION OF MARISSA BENAVIDES IN SUPPORT OF IMPOSSIBLE LLC'S REPLY IN SUPPORT OF MOTION FOR POST-TRIAL RELIEF

I, Marissa Benavides, declare:

1.     I am an attorney licensed to practice before this Court. I am a partner of the law firm BraunHagey & Borden LLP, counsel of record for Impossible LLC. I make this declaration based on personal knowledge and in support of Impossible LLC's Reply in support of Motion for Post-Trial Relief. If called as a witness, I could and would testify competently to the facts stated herein.

1.     Attached as **Exhibit 1** is a true and correct copy of excerpts from the trial transcript dated from March 9, 2026 to March 24, 2026 in this action.

2.     Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Joel Runyon, taken on April 10, 2025.

3.     On April 20, 2026, I visited Impossible Foods's Amazon.com page selling "Impossible: The Cookbook" at https://www.amazon.com/ImpossibleTM-Cookbook-Save-Planet-Delicious/dp/1797203045, and confirmed that the cookbook remains available for purchase through that webpage. Attached as **Exhibit 3** is a true and correct copy of that webpage.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  April 20, 2026                     By:  _/s/ Marissa Benavides_____
                                                    Marissa Benavides

DECLARATION OF MARISSA BENAVIDES IN SUPPORT OF IMPOSSIBLE LLC'S REPLY IN SUPPORT OF MOTION FOR POST-TRIAL RELIEF