United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

IMPOSSIBLE FOODS INC.,

      Plaintiff,

  v.

IMPOSSIBLE X LLC,

      Defendant.

Case No.  5:21-cv-02419-BLF

**ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

[Re: ECF No. 477]

Impossible X LLC has filed an administrative motion to consider whether another party's materials should be sealed pursuant to Civil Local Rules 7-11 and 75-5(f).  ECF No. 477.  Any party that wishes for the portions indicated therein to be filed under seal SHALL file a brief and supporting affidavit within one week of the date of this order.

    **IT IS SO ORDERED.**

Dated:  April 27, 2026

_____
BETH LABSON FREEMAN
United States District Judge