G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY  10020-1104
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

DAVIS WRIGHT TREMAINE LLP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> IMPOSSIBLE LLC, <br><br> Defendant/Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF <br><br> **IMPOSSIBLE FOODS INC.'S NOTICE OF STATEMENT IN RESPONSE TO IMPOSSIBLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> Judge:    Hon. Beth L. Freeman |

By Order dated April 27, 2026 (ECF No. 485), the Court directed that any response to Impossible LLC's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 477) be filed within one week.  Impossible Foods Inc. ("Impossible Foods") previously filed its Statement in Response to Impossible LLC's Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, together with a Proposed Order, at ECF No. 479, and Impossible Foods respectfully refers the Court to that filing.  Should the Court require any further information, Impossible Foods stands ready to provide it.

DATED: April 27, 2026                          Respectfully submitted,

                                               DAVIS WRIGHT TREMAINE LLP


                                               By: */s/ G. Roxanne Elings*
                                                        G. Roxanne Elings
                                                   Attorneys for Plaintiff/Counter-Defendant
                                                   IMPOSSIBLE FOODS INC.

DAVIS WRIGHT TREMAINE LLP

IMPOSSIBLE FOODS INC.'S NOTICE OF STATEMENT IN RESPONSE TO IMPOSSIBLE LLC'S ADMINISTRATIVE MOTION
Case No. 5:21-cv-02419-BLF