G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020-1104
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., | Case No. 5:21-cv-02419-BLF |
| Plaintiff/Counter-Defendant, | **[PROPOSED] ORDER GRANTING IMPOSSIBLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| vs. | |
| IMPOSSIBLE LLC, | Judge:    Hon. Beth L. Freeman |
| Defendant/Counter-Plaintiff. | |

This matter comes before the Court on Defendant/Counter-Plaintiff Impossible LLC's ("ILLC") Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) ("Motion").

Having considered ILLC's Motion and Impossible Foods Inc.'s response thereto, and for the reasons stated therein, the Motion is **GRANTED** to the following extent:

The following documents shall be sealed:

| ECF No. | Exhibit No. | Document | Portion(s) to Seal | Reason(s) |
|---|---|---|---|---|
| 476-41 | Exhibit 691 | Westminster Expenditures from 2021-2025 | Entire document | The information was sealed by the Court in its Order Granting Impossible Foods Inc.'s Administrative Motion to Seal Trial Transcripts and Exhibits (ECF No. 468). |
| 476-46 | Exhibit 699 | BrandVia Expenditures from 2021-2025 | Entire document | |
| 476-47 | Exhibit 700 | Roaming Hunger Expenditures from 2021-2025 | Entire document | |

**IT IS SO ORDERED.**

DATED: April 28, 2026.                    By: _____

Honorable Beth L. Freeman
United States District Judge

1

[PROPOSED] ORDER GRANTING IMPOSSIBLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 5:21-CV-02419-BLF (SVK)