# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., | Case No. 5:21-cv-02419-BLF (SVK) |
| Plaintiff / Counter-Defendant, | **IMPOSSIBLE FOODS' PROPOSED PERMANENT INJUNCTION** |
| v. | |
| IMPOSSIBLE LLC, | |
| Defendant / Counter-Plaintiff. | |

## ORDER

Having considered the entire record in this action, the verdict of the jury, relevant orders of the Court, the Motion, and good cause having been shown,

IT IS HEREBY ORDERED THAT pursuant to 15 U.S.C. § 1116 and Federal Rule of Civil Procedure 65(d), Impossible Foods Inc., and its officers, directors, agents, servants, employees, related entities, and those in active concert or participation with them who receive actual notice of this Order, are ENJOINED from:

1.     Using "Impossible" as a standalone word, without other visible words or symbols, on apparel. This prohibition does not extend to: apparel bearing the name "Impossible Foods"; or apparel that includes additional words, logos, or design elements such that the overall presentation clearly identifies Impossible Foods as the source of the goods;

2.     Using "Impossible" as a standalone word or title, without other visible words or symbols clearly identifying Impossible Foods as the source or author, on cookbooks or recipes. This prohibition does not extend to cookbooks or recipes bearing the name "Impossible Foods" as the title or author; or cookbooks or recipes that include additional words, logos, or design elements such that the overall presentation clearly identifies Impossible Foods as the source of the goods; and

3.     Publicly depicting any good prohibited by Paragraph 2 above in any marketing, promotional, or advertising materials in connection with the sale of those goods. Any such materials that presently exist, whether in physical or digital form, shall be removed from public access and/or consumption within 14 days following entry of this Order.

The Court retains jurisdiction for the purpose of making any further orders necessary or proper for the enforcement of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
Honorable Beth Labson Freeman
United States District Judge

Case No. 5:21-cv-02419-BLF (SVK)