J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Adam S. Cashman, Esq. (SBN: 255063)
    cashman@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
    gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
    rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
    omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210


Marissa R. Benavides (*pro hac vice* admission)
    benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff / Counter-Defendant, <br><br> v. <br><br> IMPOSSIBLE LLC, <br><br> Defendant / Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF (SVK) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING POST-TRIAL MOTIONS** <br><br> **Judge:**       Hon. Beth Labson Freeman |

Pursuant to Federal Rules of Civil Procedure 6(b) and 54(d)(2)(B), Impossible LLC and Impossible Foods Inc. ("Impossible Foods" and, together, the "Parties") hereby stipulate and agree through their undersigned counsel of record as follows:

**WHEREAS**, the Court ordered that "Impossible LLC SHALL file a supplemental brief and accompanying declaration as to attorneys' fees within twenty-eight days after entry of judgment or, if Impossible Foods files a motion pursuant to Federal Rule of Civil Procedure 50(b) or 59(a), within fourteen days after the Court's adjudication of such motion" (Dkt. 492 at 20-21); and

**WHEREAS**, counsel for the Parties met and conferred regarding their respective pending motions on May 26, 2026, during which Impossible Foods affirmed its intent to file a motion for relief pursuant to Federal Rule of Civil Procedure 50(b) (the "Post-Trial Motion"); and

**WHEREAS**, in order to avoid unnecessary expenditure of time and resources;

**NOW THEREFORE, IT IS HEREBY STIPULATED THAT** upon the Court's so-ordering of this joint stipulation, in the event Impossible Foods elects not to file a Post-Trial Motion within the time permitted by the Federal Rules of Civil Procedure, the Parties agree that Impossible LLC shall file a supplemental brief and accompanying declaration as to attorneys' fees no later than fourteen days after the earlier of: (1) Impossible Foods's written notice to Impossible LLC that it will not file a Post-Trial Motion, or (2) June 5, 2026, i.e. the date on which such Post-Trial Motion would have been due.

**IT IS SO STIPULATED.**

Dated: June 2, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:   _/s/ Adam S. Cashman_
Adam S. Cashman

*Attorneys for Impossible LLC*

Dated: June 2, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ G. Roxanne Elings*
G. Roxanne Elings

*Attorneys for Impossible Foods Inc.*

2                    Case No. 5:21-cv-02419-BLF (SVK)
JOINT STIPULATION

# [PROPOSED] ORDER

Having considered the parties' stipulation, and good cause appearing therefore, it is hereby **ORDERED** that:

In the event Impossible Foods Inc. elects not to file a motion pursuant to Federal Rule of Civil Procedure 50(b) or 59(a), Impossible LLC shall file its supplemental brief and accompanying declaration regarding attorneys' fees no later than fourteen (14) days after the earlier of:

1.　　Impossible Foods Inc.'s written notice to Impossible LLC that it will not file a Post-Trial Motion; or

2.　　June 5, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated: _____, 2026

_____
Honorable Beth Labson Freeman
United States District Court Judge