G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IMPOSSIBLE FOODS INC.,

        Plaintiff/Counter-Defendant,

    vs.

IMPOSSIBLE LLC,

        Defendant/Counter-Plaintiff.

Case No. 5:21-cv-02419-BLF

**[PROPOSED] ORDER GRANTING IMPOSSIBLE FOODS INC.'S POST-TRIAL MOTIONS**

Judge:    Hon. Beth L. Freeman

This matter comes before the Court on Plaintiff/Counter-Defendant Impossible Foods Inc.'s Motion for Judgment as a Matter of Law or a New Trial, and Alteration or Amendment of the Judgment, Pursuant to Rule 50(b), 59(a), and 59(e) ("Motion").

Having considered the Motion, and for the reasons stated therein, the Motion is **GRANTED**.  It is hereby **ORDERED AND ADJUDGED** that Judgment as a matter of law is entered for Plaintiff/Counter-Defendant Impossible Foods Inc. and against Defendant/Counter-Plaintiff Impossible X LLC on Impossible X LLC's claims against Impossible Foods Inc. Furthermore, the Judgment is **ALTERED** to the extent that Impossible X LLC's entitlement to attorneys' fees under 15 U.S.C. § 1117(a) is **DENIED**.

**IT IS SO ORDERED.**

DATED:_____, 2026.        By:_____

Honorable Beth L. Freeman
United States District Judge

1