# EXHIBIT 2

# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**Adam S. Cashman, Esq.**
cashman@braunhagey.com

June 22, 2026

**BY EMAIL**

G. Roxanne Elings
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Email: roxanneelings@dwt.com

> **Re:** *Impossible Foods Inc. v. Impossible LLC*, No. 5:21-cv-02419-BLF (N.D. Cal.) –
> **Violation of the Court's Permanent Injunction**

Counsel:

On behalf of Impossible LLC, we write regarding Impossible Foods Inc.'s continued violation of the permanent injunction entered against it in this action. (Dkt.. 493 (the "Injunction").)

As you are aware, following the jury's finding that Impossible Foods willfully infringed Impossible LLC's registered and unregistered trademarks, the District Court permanently enjoined Impossible Foods from: (1) using "Impossible" as a standalone word, without other visible words or symbols, on apparel; (2) using "Impossible" as a standalone word or title, without other identifiers showing Impossible Foods is the source or author, on cookbooks or recipes; and (3) publicly depicting prohibited goods in any marketing, promotional, or advertising materials in connection with the sale of those goods. (*See* Dkt. 493.) The Injunction further requires Impossible Foods to remove any existing violating materials from public access and consumption within fourteen days of the Judgement, *i.e.* no later than May 22, 2026.

Impossible Foods has violated and continues to violate the District Court's injunction as follows:

1. <u>Maintaining a standalone "Impossible" header in connection with recipes on the Impossible Foods website</u>: As of the date of this letter, the recipe page on the Impossible Foods website continues to display a standalone "Impossible" header, without additional words, logos, or design elements to clearly identify Impossible Foods as the source or author of the recipes depicted therein. This is expressly prohibited by Paragraph 2 of the Injunction, which bars use of "Impossible" as a standalone word on recipes without additional source identification. For example:

**San Francisco**
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel.: (415) 599-0210
Fax: (415) 276-1808

**New York**
200 Madison Avenue, 23rd Floor
New York, NY 10016
Tel.: (646) 829-9403
Fax: (646) 403-4089

June 22, 2026
Page 2



https://impossiblefoods.com/recipes?3-filters=recipes%3A5DBTf21nC5c8aA7zRfyMoa

2. <u>Promoting "Impossible"-branded apparel on Impossible Foods social media</u>: As of the date of this letter, Impossible Foods's Instagram account continues to display multiple video posts (or "reels") of celebrity endorser Joey Chestnut wearing a t-shirt with the standalone "Impossible" logo:

*Instagram*



www.instagram.com/reel/C__NuOzP7jO/

June 22, 2026
Page 3



www.instagram.com/reel/C_asK1GOSrd/

Paragraphs 1 and 3 of the Injunction expressly prohibit apparel with "Impossible" as a standalone word without additional source identification on that apparel, as well as related advertising of such infringing apparel.

To remedy these violations of the Court's injunction, Impossible Foods must (1) immediately remove or modify the standalone "Impossible" header on the recipe webpage to identify Impossible Foods as the source; and (2) immediately and permanently delete the Instagram posts identified above, together with any other infringing reels, posts, disclosures, or advertisements. Please confirm that Impossible Foods has done so and will not reinstate these prohibited uses per the express terms of the Injunction.

If Impossible Foods fails to comply with the Injunction as specified above, Impossible LLC reserves all rights and remedies available to it, including bringing a motion for contempt, to seek monetary and other sanctions, an award for associated fees and costs, and any other relief the Court deems just and proper.

We trust that Impossible Foods will take the steps necessary to comply with the Court's Order without the need for further judicial intervention. Please immediately take the necessary steps to avoid further violation of the permanent injunction and confirm you have done so by no later than Monday, June 29, 2026.

Very truly yours,

Adam S. Cashman