

Instagram
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
Also from Meta

impossible ✔

**impossible** ✔ Edited · 277w
"If you could do two things of equal value for the world, and in one of them someone is trying to stop you, I would do that one" Here's to the guy who inspires us daily. Happy Birthday to our Founder & CEO Pat Brown! 🎂 🎉

**goldliuadc** 276w
Brilliantly brilliant mind. Thank You for your vision
Reply

**mitchri923** 276w
Happy Birthday to guy that is making the world a better place!
Reply

**dorothyscoop** 277w
Made impossible gyro pita sandwiches complete w/ garlic sauce and tzatziki sauce 😋
3 likes  Reply
  Hide all replies
    **impossible** ✔ 277w
    @dorothyscoop That's a meal after our own heart!
    Reply

**untamed_84** 277w
Thanks for creating fake food.
Reply
  Hide all replies
    **jaytorra** 276w
    @untamed_84 apparently it's 3 dimensional and has real taste and you eat it! So, in my book it's real!
    Reply
    **untamed_84** 276w
    @jaytorra you good on u. Keep eating gmo soys.
    Reply

**mimimitt** 277w
Happy Belated Birthday!
Reply

**rebellefbsyk** 277w
Happy Birthday!!
❤️❤️
Reply

**ingridleaf97** 277w
❤️❤️
Reply

**shirt_waiter** 277w
Nice Shirt Bro :)
Reply

**pearlydewdrop** 277w
Thank you pat! 💜💜💜
Reply

**ceejayztons** 277w
Happy bday 🙌🙌
Reply

**jaymefoxx** ✔ 277w
👏👏
Reply

**terrysplane** 277w
Happy Birthday Pat! Thank you for the vision and the leadership!
Reply

**memphiskingpin** 277w
It's finally in Houston!! Just cooked it last night.
Reply
  Hide all replies
    **impossible** ✔ 277w
    @memphiskingpin Woohoo, what did you think? 😋👏
    Reply
    **memphiskingpin** 277w
    @impossible_foods I have had the product before and but it taste just like a real beef burger, but I wasn't tired after I ate it like you be after you eat meat. I have been vegan for going on three years and I can say you guys have the best meat substitute, I could feed it to my meat eating friend and they would not know.
    Reply
    **impossible** ✔ 277w
    @memphiskingpin We're so glad to hear this! Thanks for the awesome feedback. We're so glad you love it! 😍
    Reply

**chefphilipdoll** 277w
Happy Birthday Pat!
Reply

**adele129** 277w
Happy Birthday Pat!!! Thank you for such an AMAZING product!!!
Reply

**franksquarry** 277w
👏
Reply

**funny.butter** 277w
Happy Birthday, Pat! And thank you for your delicious products! 💕🌱
Reply

**luvthehead68** 277w
❤️
Reply

**morethisgoodburger** ✔ 277w
Happy Birthday Boss! 🎉
1 like  Reply

**crossroadskitchen** ✔ 277w
happy birthday Pat!!
Reply

**chrisnablus41** 277w
Happy Birthday Pat!! 🎂🎉🎈🎉🎂
Reply

**existwastefree** 277w
🎂
Reply

**yourgirl_tanee** 277w
Happy Birthday!!
Reply

**fernandovillamisar77** 277w
Happy Birthday giant!!!
Reply

**sluttyveganatl** ✔ 277w
Happy bday PAT!
1 like  Reply

**5x10fascination** 277w
Happy Birthday! Have a Wonderful Day!!
Reply

**veganonthegoftll** 277w
Happy Birthday and thank you for allowing us the opportunity to change the world with you 🙏
3 likes  Reply
  Hide all replies
    **impossible** ✔ 277w
    @veganonthegoftll Thanks for helping us pursue our bold mission! 😍
    2 likes  Reply

**all_one_one_world** 277w
I love the mission of the brand and absolutely love the product. Hats off to PB and everyone at this company.
1 like  Reply
  Hide all replies
    **impossible** ✔ 277w
    @all_one_one_world 💚🙌❤️
    Reply

♡ 1.4K  💬 88  ↻  ⬇️                    🔖

September 22, 2020

Add a comment...                                      😊

More posts from **impossible**



Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Locations  Instagram Lite  Meta AI  Threads  Contact Uploading & Non-Users
Meta Verified
English (US)  ✔  © 2025 Instagram from Meta

IMP00107495

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA**

Case No: 5:21-cv-02419-BLF (*Impossible Foods Inc. v. Impossible X LLC, et al.*)

Plaintiff Exh. No.: 0421

Date Admitted: