

IMP00107741

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA**

Case No: 5:21-cv-02419-BLF (*Impossible Foods Inc. v. Impossible X LLC, et al.*)

Plaintiff Exh. No.: 0759

Date Admitted: