



Cooking with Beyond and Impossible Meat: 60 Vegan Recipes Using…
›Ramin Ganeshram
★★★★½ 22
Paperback
$19⁹⁹
Get it as soon as **Wednesday, Nov 20**
FREE Shipping on orders over $35 shipped by Amazon
Only 1 left in stock (more o…



Cooking with Plant-Based Meat: 75 Satisfying Recipes Using Next-…
›America's Test Kitchen
★★★★½ 98
Hardcover
-22% $21⁷⁴
List: $27.99
Get it as soon as **Wednesday, Nov 20**
FREE Shipping on orders over $35 shipped by Amazon
Only 2 left in stock - order…



The Planet-Loving Kitchen Cookbook: Simple, Delicious and Sustainable Recipes to…
Alex K. Aton
Paperback
$12⁹⁹
Get it as soon as **Wednesday, Nov 20**
FREE Shipping on orders over $35 shipped by Amazon



The Nobody Has Died Cookbook: Vegan Recipes and Meal Ideas
›Barry Pomeroy
Paperback
$8⁷⁹
Get it as soon as **Wednesday, Nov 20**
FREE Shipping on orders over $35 shipped by Amazon



A Cookbook to Saving the Planet: A Minimalist's Zero-Waste Beginner's Guide to Sustainable…
Amanda J. Torres
Paperback
$13⁹⁹
Get it as soon as **Wednesday, Nov 20**
FREE Shipping on orders over $35 shipped by Amazon



The Zero-Waste Chef: Plant-Forward Recipes and Tips for a Sustaina…
›Anne-Marie Bonneau
★★★★½ 197
Paperback
-14% $23²¹
List: $27.00
Get it as soon as **Wednesday, Nov 20**
FREE Shipping on orders over $35 shipped by Amazon

---

## Similar items that ship from close to you



The Complete Plant-Based Cookbook: 500 Inspired, Flexible Recip…
›America's Test Kitchen
★★★★½ 3,873
Paperback
-37% $22¹⁰
List: $34.99
Get it as soon as **Wednesday, Nov 20**
FREE Shipping on orders over $35 shipped by Amazon

---

## From the Publisher









When compared to a burger made from cows, Impossible™ Burger uses:

  

Document title: Impossible™: The Cookbook: How to Save Our Planet, One Delicious Meal at a Time: Impossible Foods Inc: 9781797203041: Amazon.com: Books
Capture URL: https://www.amazon.com/ImpossibleTM-Cookbook-Save-Planet-Delicious/dp/1797203045?ref_=ast_author_dp
Capture timestamp (UTC): Fri, 15 Nov 2024 20:22:28 GMT

IF00005789



When compared to a burger made from cows, Impossible™ Burger uses:

 **96%** LESS LAND   **87%** LESS WATER   **89%** LESS EMISSIONS



## Editorial Reviews

### Review

"In my now 35 years of cooking, this is the most revolutionary product I have encountered." —**Chef Traci Des Jardins**

"All cookbooks have recipes. The best have recipes and ideas. This cookbook thinks hard about the relationship between plants and the planet, between humans and other living beings, all the while making that hard thinking easy for the rest of us. It's a cookbook that's great to look at and fun to read, but don't forget to do the most important thing: cook from it!" —**Questlove**

"Plant-based beef crumbles can go into incognito mode in every dish from burgers to bolognese to taco salad. And now, you don't even have to wing it: Some of the world's greatest chefs—from Pinky Cole to Tanya Holland—will walk you through the steps of fully integrating environmentally-friendly meat products into your everyday cooking." —*Well + Good*

"This book is perfect for those who are totally new to the plant-based meat game (and) to those who eat so many Impossible burgers they need some new recipes. There are more than 40 recipes in the book: Greek salad, tzatziki, and grilled pitas. Lomo saltado. Burger toppings. It's all here." —*Delish*

"Along with a number of Des Jardins' recipes, the cookbook features about four dozen recipes from a variety of well-known chefs. They include Washington, D.C.'s Kwame Onwuachi, a winner of the Beards' Rising Star award. His recipes include Ethiopian Spiced Meat with Hummus and Cashews, and Jamaican Patties with Calypso Sauce." —*Forbes*

"Flipping through the colorful pages, high-contrast photos and wine pairing recommendations — yes, there are wine pairing recommendations — I was impressed by the book's diversity and production value." —*San Francisco Chronicle*

"It's a collection of chef's recipes, written in an approachable style. […] The recipes, from a range of influential chefs like Kwame Onwuachi, Traci Des Jardins, Michael Symon and more, are diverse in style and flavor profiles. We tested over two dozen recipes with both Impossible meat and ground beef, and in the majority of testing, there was no distinguishable difference. When I had a preference, it was the Impossible Burger." —***The Dallas Morning News***

### About the Author

**Impossible Foods Inc.** makes delicious meat products from plants — with a much smaller environmental footprint than meat from animals. Impossible Foods' mission is to make the global food system truly sustainable.

## Product details

**Publisher** : Impossible Foods Inc. (July 14, 2020)

**Language** : English

**Hardcover** : 144 pages

**ISBN-10** : 1797203045

**ISBN-13** : 978-1797203041

**Item Weight** : 1.2 pounds

**Dimensions** : 7.25 x 0.6 x 9 inches

**Best Sellers Rank:** #599,987 in Books (See Top 100 in Books)
  #393 in Vegetarian Cooking
  #514 in Burger & Sandwich Recipes
  #7,145 in Home Improvement & Design Books

**Customer Reviews:** 4.6 ★★★★⯪ ∨     390 ratings

## Videos

Help others learn more about this product by uploading a video!

Document title: Impossible™: The Cookbook: How to Save Our Planet, One Delicious Meal at a Time: Impossible Foods Inc: 9781797203041: Amazon.com: Books
Capture URL: https://www.amazon.com/ImpossibleTM-Cookbook-Save-Planet-Delicious/dp/1797203045?ref_=ast_author_dp
Capture timestamp (UTC): Fri, 15 Nov 2024 20:22:28 GMT

IF00005790

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## About the author

Follow authors to get new release updates, plus improved recommendations.



### Impossible Foods Inc

Impossible Foods Inc. makes delicious meat products from plants — with a much smaller environmental footprint than meat from animals. Impossible Foods' mission is to make the global food system truly sustainable.

Follow

---

✕

## How would you rate your experience shopping for books on Amazon today?



Very poor ------- Neutral ------- Great

---

## Customer reviews

 4.6 out of 5

390 global ratings

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 15% |
| 3 star | | 7% |
| 2 star | | 1% |
| 1 star | | 2% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images

See all photos ›

‹     ›

Top reviews ⌄

### Top reviews from the United States

👤 Amazon Customer

★★★★★ **So far so YUM**

Reviewed in the United States on January 9, 2023

**Verified Purchase**

I was getting tired of recipe books with meals I'd never make at home...but this one is nothing like that. We have tried a couple different recipes and they've all been so tasty and reasonable. Our favorite is the patty melt.

One person found this helpful

Helpful | Report

👤 Jazzlyn

★★★★★ **I love this cook book**

Reviewed in the United States on March 4, 2023

**Verified Purchase**

Document title: Impossible™: The Cookbook: How to Save Our Planet, One Delicious Meal at a Time: Impossible Foods Inc: 9781797203041: Amazon.com: Books
Capture URL: https://www.amazon.com/ImpossibleTM-Cookbook-Save-Planet-Delicious/dp/1797203045?ref_=ast_author_dp
Capture timestamp (UTC): Fri, 15 Nov 2024 20:22:28 GMT

IF00005791

Jazzlyn

★★★★★ **I love this cook book**

Reviewed in the United States on March 4, 2023

**Verified Purchase**

There is a lot of great info about impossible meat in this book as well as awesome creative recipes!

One person found this helpful

Helpful | Report

Waterwhirld

★★★★☆ **Worth-the-Effort Gorgeous Food**

Reviewed in the United States on July 17, 2020

**Verified Purchase**

Know up front that I am conventionally omnivorous. Recipes were contributed by both non-meat-eating and very-meat-eating chefs (I was humorously shocked). Most, not all, of the recipes have a gorgeous full-color photo to go with. Plenty to look at for those of you who need visual inspiration, a sample of which I put up. This is not difficult to cook from, but many of the recipes are multi-phase: make dough + filling, broth from scratch + meatballs, sauce + salad...you get the idea. Got knife skills? Somewhat lengthy ingredient lists call for lots of fresh, sometimes exotic you-need-your-cutting-board items. Asian pears, fresh holy basil leaves, Thai basil, Chinese long beans, makrut lime leaves, peppadew peppers...can you get a hold of that stuff? The flavors throughout the book are mostly global. Spicy Jamaican patties, Vietnamese pho, churrasco with chimichurri? Yes, please! Relatively few recipes seem "American": sloppy joe, biscuits n' gravy, a sandwich melt and an oh, so highly rewarding "cheesesteak". Speaking of cheese, this cookbook is almost ironically not vegan. In service to the widest audience, options/instructions are given for those who don't eat animal products. Besides, there's a vegan equivalent commercially available for every animal product called for: eggs/mayo, fish sauce, dairy. No nutritional information is given for recipes. I've cooked from and splattered the book already to delicious effect, and you will too! This

∨ Read more



35 people found this helpful

Helpful | Report

Kayla Gilberti

★★★★★ **Good recipes.**

Reviewed in the United States on February 10, 2021

**Verified Purchase**

We have tried many meat alternatives and this is the whole family's favorite. The recipes are more gourmet than I usually make on a weeknight but I "dumb" them down and we really enjoy them. I highly recommend the impossible products and the cookbook!

5 people found this helpful

Helpful | Report

julia

★★★★★ **Worth it**

Reviewed in the United States on March 8, 2021

**Verified Purchase**

It's a good cookbook for impossible lovers. It could have been better with more pictures and easier recipes but I'm happy to have it.

One person found this helpful

Helpful | Report

Fun2Shop

★★★★★ **Lot's of good options!**

Reviewed in the United States on July 25, 2021

**Verified Purchase**

Bought this as a gift for my husband, and he's happily creating feasts from the recipes. Would recommend.

2 people found this helpful

Fun2Shop

★★★★★ **Lot's of good options!**

Reviewed in the United States on July 25, 2021

**Verified Purchase**

Bought this as a gift for my husband, and he's happily creating feasts from the recipes. Would recommend.

2 people found this helpful

Helpful | Report

Amanda Hopkins

★★★☆☆ **Not what I expected**

Reviewed in the United States on February 25, 2021

**Verified Purchase**

I absolutely LOVE Impossible Meat and was really excited to find new ways to use it, different recipes. I have gotten a few recipes off their website that I liked so I figured the cookbook would be even better. I have to say I was kind of disappointed. The recipes in the cookbook are really difficult, use lots of obscure ingredients, and are time consuming. If you're a really adventurous eater and have tons of time on your hands, I guess it's good. I like trying new things but some of this stuff is just a lot…

17 people found this helpful

Helpful | Report

So. Cal. Kelly

★★★★★ **Great plant based cookbook**

Reviewed in the United States on July 15, 2020

**Verified Purchase**

Love these recipes! I'm wanting to eat more plant based and love impossible meat, so this works for me!

7 people found this helpful

Helpful | Report

**See more reviews ›**

## Top reviews from other countries

T girl

★★★★★  **Buy this book if you want great recipes that are restaurant worthy**

Reviewed in Canada on April 25, 2022

**Verified Purchase**

I am very happy with the purchase of this book because it gives great recipes that are submitted by professional chefs who put their reputations on the line providing them. Instead of the same old cookie cutter recipes these are delicious and fun to make. I am not a novice cook but certainly not a professional one either and I found these recipes exciting to try. Whether you use plant based Impossible meat or beef hamburger the taste is the same. The only difference is that one is good for the world and your health while the other is not. Well worth reading and using in your home.

Report

Ana Martins

★★★☆☆ **Recipe for the impossible burguer itself not included**

Reviewed in Spain on March 15, 2023

**Verified Purchase**

The book and recipes look fine, I checked their website which is quite ok as well, but apparently in Europe you can only get the impossible burguer (which is the base for all the recipes) n the UK. So I'll be trying some of the recipes using another brand of plant-based burguers. I would have liked that they adverted the fact the book relies on a market burguer being available. Anyway, nice book!

Report

Ramya Padmanabhan

★★★★★  **good**

Reviewed in Singapore on November 30, 2022

**Verified Purchase**

I liked this book and i haven't read it yet in ages i will reading it after work today

Report

IF00005793

Ramya Padmanabhan

★★★★★ **good**

Reviewed in Singapore on November 30, 2022

**Verified Purchase**

I liked this book and i haven't read it yet in ages i will reading it after work today

Report

See more reviews ›

## Customers who viewed this item also viewed







**Cooking with Beyond and Impossible Meat: 60 Vegan Recipes Using…**
› Ramin Ganeshram
★★★★☆ 22
Paperback
$19⁹⁹

Get it as soon as **Wednesday, Nov 20**
FREE Shipping on orders over $35 shipped by Amazon
Only 1 left in stock (more o…

**Cooking with Plant-Based Meat: 75 Satisfying Recipes Using Next-…**
› America's Test Kitchen
★★★★☆ 98
Hardcover
-22% $21⁷⁴
List: $27.99
Get it as soon as **Wednesday, Nov 20**
FREE Shipping on orders over $35 shipped by Amazon
Only 2 left in stock - order…

**The Complete Plant-Based Cookbook: 500 Inspired, Flexible Recip…**
› America's Test Kitchen
★★★★☆ 3,873
Paperback
-37% $22¹⁰
List: $34.99
Get it as soon as **Wednesday, Nov 20**
FREE Shipping on orders over $35 shipped by Amazon



Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

Document title: Impossible™: The Cookbook: How to Save Our Planet, One Delicious Meal at a Time: Impossible Foods Inc: 9781797203041: Amazon.com: Books
Capture URL: https://www.amazon.com/ImpossibleTM-Cookbook-Save-Planet-Delicious/dp/1797203045?ref_=ast_author_dp
Capture timestamp (UTC): Fri, 15 Nov 2024 20:22:28 GMT                    Page 7 of 8

IF00005794

Nov 20
FREE Shipping on orders over
$35 shipped by Amazon

## See personalized recommendations

Sign in

New customer? Start here.



Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF**
**CALIFORNIA**

Case No: 5:21-cv-02419-BLF (*Impossible Foods Inc. v. Impossible X LLC, et al.*)

**Joint** Exh. No.: 2208

Date Admitted: