G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020-1104
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., | Case No. 5:21-cv-02419-BLF |
| Plaintiff/Counter-Defendant, | **REPLY DECLARATION OF G. ROXANNE ELINGS IN SUPPORT OF IMPOSSIBLE FOODS INC.'S POST-TRIAL MOTIONS** |
| vs. | |
| IMPOSSIBLE LLC, | Judge:   Hon. Beth L. Freeman |
| Defendant/Counter-Plaintiff. | Date:    July 23, 2026<br>Time:    9:00 a.m. |

## <u>REPLY DECLARATION OF G. ROXANNE ELINGS IN SUPPORT OF</u>

## <u>IMPOSSIBLE FOODS INC.'S POST-TRIAL MOTIONS</u>

I, G. Roxanne Elings, declare under penalty of perjury that the following is true and correct:

1.      I am a partner at Davis Wright Tremaine LLP, which represents Impossible Foods Inc. ("IF") in this action. I am over the age of twenty-one and competent to make this declaration based on my personal knowledge. This declaration is submitted in support of IF's Post-Trial Motions for Judgment as a Matter of Law or a New Trial, and Alteration or Amendment of the Judgment, Pursuant to Rule 50(b), 59(a), and 59(e).

2.      Attached as **Exhibit 1** is a true and correct copy of a June 29, 2026 letter from IF's counsel to Impossible LLC's counsel regarding alleged violations of the permanent injunction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of June 2026, in New York, New York.

By: */s/ G. Roxanne Elings*
G. Roxanne Elings

---

1
ELINGS REPLY DECLARATION IN SUPPORT OF IMPOSSIBLE FOODS' POST-TRIAL MOTIONS
Case No. 5:21-CV-02419-BLF (SVK)