Adam S. Cashman, Esq. (SBN: 255063)
   cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
   hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
   gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
   rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
   omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
   benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff / Counter-Defendant, <br><br> v. <br><br> IMPOSSIBLE LLC and JOEL RUNYON, <br><br> Defendants / Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK) <br><br> **DECLARATION OF MARISSA R. BENAVIDES IN SUPPORT OF IMPOSSIBLE LLC'S ADMINISTRATIVE MOTION TO STRIKE NEW ARGUMENT IN IMPOSSIBLE FOODS'S REPLY BRIEF (DKT. 501) OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY** <br><br> **Judge:** Hon. Beth Labson Freeman <br> **Date:** July 23, 2026 <br> **Time:** 9:00 a.m. |

Case No. 5:21-cv-02419-BLF (SVK)

DECLARATION OF MARISSA R. BENAVIDES IN SUPPORT OF IMPOSSIBLE LLC'S ADMINISTRATIVE
MOTION TO STRIKE OR FOR LEAVE TO FILE A SUR-REPLY

I, Marissa R. Benavides, declare:

1.      I am an attorney licensed to practice before this Court. I am a partner of the law firm BraunHagey & Borden LLP, counsel of record for Impossible LLC. I make this declaration based on personal knowledge and in support of Impossible LLC's Administrative Motion to Strike New Argument in Impossible Foods, Inc.'s Reply Brief (Dkt. 501) or for Leave to file a Sur-Reply. If called as a witness, I could and would testify competently to the facts stated herein.

2.      On July 2, 2026, counsel for Impossible LLC emailed counsel for Impossible Foods in an attempt to confer and reach agreement regarding Impossible LLC's request that Impossible Foods withdraw its new argument or consent to Impossible LLC's request for leave to file a sur-reply. On July 6, 2026, counsel for Impossible Foods responded by email stating Impossible Foods would not withdraw its argument and would not consent to Impossible LLC's request for leave to file a sur-reply, and asserting that Impossible Foods's new argument was in response to Impossible LLC's Opposition (Dkt. 499).

3.      Attached as **Exhibit 1** is a true and correct copy of Impossible LLC's Proposed Sur-Reply in Further Opposition to Impossible Foods Inc.'s Motion for Judgment as a Matter of Law or New Trial, and to Alter or Amend Judgment.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  July 6, 2026                                    By:   _/s/ Marissa R. Benavides_
                                                                            Marissa R. Benavides

DECLARATION OF MARISSA R. BENAVIDES IN SUPPORT OF IMPOSSIBLE LLC'S ADMINISTRATIVE MOTION TO STRIKE OR FOR LEAVE TO FILE A SUR-REPLY