G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

TEAL LUTHY MILLER (*pro hac vice*)
tealmiller@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> IMPOSSIBLE LLC, <br><br> Defendant/Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF <br><br> **[PROPOSED] ORDER DENYING IMPOSSIBLE LLC'S ADMINISTRATIVE MOTION TO STRIKE ALLEGEDLY NEW ARGUMENT IN IMPOSSIBLE FOODS' REPLY BRIEF OR ALTERNATIVELY FOR LEAVE TO FILE A SUR-REPLY** <br><br> Judge:    Hon. Beth L. Freeman |

This matter comes before the Court on Impossible LLC's administrative motion to strike an allegedly new argument in Impossible Foods' reply brief or alternatively for leave to file a sur-reply (Dkt. 504) (the "Motion").  Having considered the Motion and Impossible Foods' response thereto, and for the reasons stated in Impossible Foods' response, the Motion is **DENIED**.

**IT IS SO ORDERED.**


DATED:_____, 2026.        By:_____
                                                Honorable Beth L. Freeman
                                                United States District Judge

1