G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

TEAL LUTHY MILLER (*pro hac vice*)
tealmiller@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC., | Case No. 5:21-cv-02419-BLF |
| Plaintiff/Counter-Defendant, | **IMPOSSIBLE FOODS INC.'S NOTICE REGARDING OBJECTION AT TRIAL TO IMPOSSIBLE LLC'S ARGUMENT ON LITIGATION CONDUCT** |
| vs. | |
| IMPOSSIBLE LLC, | |
| Defendant/Counter-Plaintiff. | Judge:    Hon. Beth L. Freeman |

IMPOSSIBLE FOODS' NOTICE REGARDING OBJECTION TO ARGUMENT ON LITIGATION CONDUCT
Case No. 5:21-CV-02419-BLF (SVK)

At the hearing on July 23, 2026, the question arose whether Impossible Foods Inc. ("IF") objected at trial to Impossible LLC's ("ILLC") argument regarding IF's protected litigation conduct. IF did make that contemporaneous objection, as IF noted in its brief in opposition to ILLC's administrative motion to strike an allegedly new argument in IF's reply brief or alternatively for leave to file a sur-reply. The relevant portion of IF's brief is reproduced below:

> ILLC also contends that IF failed to object to ILLC's attacks on IF's litigation conduct at trial. That is incorrect. In ILLC's punitive closing, IF objected to ILLC's line of argument that IF's law firms "flex[ed] their muscle" and "used the courts as a tool to punch down," and the Court *sustained* IF's objection. Tr. at 1294:6–21.

Dkt. 505 at 3.

IF respectfully submits this notice to clarify the record.

DATED: July 27, 2026                    DAVIS WRIGHT TREMAINE LLP

                                        By: */s/ G. Roxanne Elings*
                                           G. Roxanne Elings

                                        Attorneys for Plaintiff/Counter-Defendant
                                        IMPOSSIBLE FOODS INC.

IMPOSSIBLE FOODS' NOTICE REGARDING OBJECTION TO ARGUMENT ON LITIGATION CONDUCT
Case No. 5:21-CV-02419-BLF (SVK)