**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

          Plaintiff,

    v.

IMPOSSIBLE X LLC,

          Defendant.

Case No.  5:21-cv-02419-BLF

**ORDER DIRECTING PLAINTIFF TO FILE STATUS UPDATE WITHIN SEVEN DAYS**

On July 29, 2026, the Court vacated the jury's punitive damages award and ordered a new trial on punitive damages.  The previously issued judgment is no longer final.  The Court advises the Parties that the Court anticipates that the new trial would last three days and would begin on September 28, 2026, with a final pretrial conference on August 27, 2026, at 1:30 p.m.

Impossible LLC SHALL advise the Court within seven days whether the Parties intend to proceed to a new trial on punitive damages, at which point the Court will issue a final trial schedule.

**IT IS SO ORDERED.**

Dated:  July 29, 2026

_____
BETH LABSON FREEMAN
United States District Judge