Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

*Attorneys for Impossible LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC,<br><br>Defendant / Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**IMPOSSIBLE LLC'S STATUS REPORT**<br><br>**Judge:** Hon. Beth Labson Freeman |

Impossible LLC respectfully submits this Status Report pursuant to the Court's July 29, 2026 Order (Dkt. 513).

First, Impossible LLC intends to proceed to a new trial on punitive damages. In doing so, it respectfully suggests that trial be set following the Court's determination of Impossible LLC's attorneys' fees, with sufficient time in advance to allow the parties opportunity to confer on settlement. As discussed at the April 23, 2026 Hearing, clarity on the quantum of fees will likely facilitate productive settlement discussion. (April 23, 2026 Tr. 69:16-18.)

Second, to aid the Court in determination of the amount of attorneys' fees, Impossible LLC is preparing to submit a timely declaration, chart and other relevant information in accordance with the Court's Order (Dkt. 512 at 40) and Standing Order (Standing Order on Civil Cases, § VII).

Last, Impossible LLC respectfully requests an adjournment of the August 27, 2026 pretrial conference due to the unavailability of the undersigned counsel, who has pre-planned out of state travel from August 26-28. As an alternative, counsel will make himself available anytime during the prior week of August 17, anytime the following week of August 31, or such further date and time as may be convenient to the Court and counsel for Impossible Foods, Inc.

Impossible LLC appreciates the Court's consideration and stands ready to comply with whatever schedule the Court ultimately sets.

Dated: August 4, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/ Adam S. Cashman*
Adam S. Cashman

*Attorneys for Impossible LLC*