**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

Plaintiff,

v.

IMPOSSIBLE X LLC,

Defendant.

Case No. 5:21-cv-02419-BLF

**ORDER SETTING NEW TRIAL ON PUNITIVE DAMAGES**

Impossible LLC has advised the Court that it intends to proceed with the new trial on punitive damages. ECF No. 515. The Court hereby ORDERS THAT:

(1) The Parties SHALL appear before the Court on August 20, 2026, at 1:30 p.m. for the final pretrial conference. Each side is permitted a single motion *in limine*.

(2) The Parties SHALL submit a joint pretrial statement and order as set forth by the Court's Standing Order by August 14, 2026.

(3) The Parties SHALL submit a neutral statement of the case regarding prior findings of liability, willfulness, and compensatory damages to be read to the jury by August 14, 2026.

(4) The Parties SHALL submit an agreed-upon joint jury questionnaire by August 14, 2026.

(5) The trial will begin with jury selection on September 28, 2026, at 8:30 a.m. The Court will set a final trial schedule following the final pretrial conference.

**IT IS SO ORDERED.**

Dated: August 4, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California