**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

        Plaintiff,

    v.

IMPOSSIBLE X LLC,

        Defendant.

Case No.  5:21-cv-02419-BLF

**ORDER CONTINUING FINAL PRETRIAL CONFERENCE**

On August 4, 2026, the Court set the new punitive damages trial for September 28, 2026, and final pretrial conference for August 20, 2026.  ECF No. 516.  Impossible Foods has advised the Court that Impossible LLC did not meet and confer with Impossible Foods prior to proposing the week of August 16, 2026, for the date of the final pretrial conference and that Impossible Foods will be unavailable from August 13, 2026, through August 24, 2026.  ECF No. 517.

The Court VACATES the final pretrial conference currently set for August 20, 2026.  The Court requests that the Parties meet and confer regarding a schedule for the final pretrial conference and file a stipulation or status report with the Court by August 10, 2026.  The Parties are advised that the Court is unavailable from September 1, 2026, through September 11, 2026, and from September 17, 2026, through September 21, 2026.

The Court will issue an order setting a final pretrial conference next week.

    **IT IS SO ORDERED.**

Dated:  August 6, 2026

_____
BETH LABSON FREEMAN
United States District Judge