Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

*Attorneys for Impossible LLC*

[Other counsel of record indicated on docket.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., | Case No. 5:21-cv-02419-BLF (SVK) |
| Plaintiff / Counter-Defendant, | **JOINT STATUS REPORT** |
| v. | **Judge:** Hon. Beth Labson Freeman |
| IMPOSSIBLE LLC, | |
| Defendant / Counter-Plaintiff. | |

Impossible LLC and Impossible Foods Inc. respectfully submit this Status Report pursuant to the Court's Order on August 6, 2026. (Dkt. 518.)

Impossible LLC is available any day between now and the scheduled trial, except for August 26-28, the morning of August 31, and September 12 (Rosh Hashanah).

Impossible Foods is available any day between now and the scheduled trial, except August 13-25 (vacation and associated travel), September 14-16 (oral argument and associated travel), and the morning of September 24 (prior commitment).

The parties further understand that the Court is unavailable September 1-11 and September 17-21.

In light of the foregoing, it appears that the Parties and the Court are mutually available on the following dates: August 31 in the afternoon, September 22, September 23, September 24 in the afternoon, and September 25.

The parties appreciate the Court's consideration and are ready to comply with whatever schedule the Court ultimately sets.

Dated:  August 10, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:  */s/ Adam S. Cashman*
      Adam S. Cashman

*Attorneys for Impossible LLC*

Dated:  August 10, 2026

DAVIS WRIGHT TREMAINE LLP

By:  */s/ G. Roxanne Elings*
      G. Roxanne Elings

*Attorneys for Impossible Foods Inc.*