**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC., | Case No. 5:21-cv-02419-BLF |
| Plaintiff, | |
| v. | **ORDER SETTING FINAL CASE MANAGEMENT CONFERENCE FOR SEPTEMBER 4, 2026, AT 10:00 A.M.** |
| IMPOSSIBLE X LLC, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

(1) The Parties SHALL appear before the Court on September 4, 2026, at 10:00 a.m. for the final pretrial conference.  Each side is permitted a single motion in limine.

(2) The Parties SHALL submit a joint pretrial statement and order as set forth by the Court's Standing Order by August 19, 2026.

(3) The Parties SHALL submit a neutral statement of the case regarding prior findings of liability, willfulness, and compensatory damages to be read to the jury and jury instructions by August 24, 2026.

(4) The Court will utilize the standard jury questionnaire, located on the Court's website.  The parties may jointly submit up to five additional questions by September 2, 2026.

**IT IS SO ORDERED.**

Dated:  August 11, 2026

_____
BETH LABSON FREEMAN
United States District Judge