Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

*Attorneys for Impossible LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC,<br><br>Defendant / Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**NOTICE OF SUBMISSION IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO DKT. NO. 512**<br><br>**Judge:** Hon. Beth Labson Freeman |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's Orders granting and affirming Impossible LLC's post-trial requests for attorneys' fees, Dkts. 492 at 14, 512 at 40, Impossible LLC respectfully submits the concurrently-filed declarations of Adam Cashman, David Weslow, and Joel Runyon documenting Impossible LLC's recoverable attorneys' fees and expenses.

Dated: August 12, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: *Adam S. Cashman*
Adam S. Cashman

*Attorneys for Impossible LLC*