Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides, Esq. (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

*Attorneys for Impossible LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| IMPOSSIBLE FOODS INC., | Case No. 5:21-cv-02419-BLF (SVK) |
|---|---|
| Plaintiff / Counter-Defendant, | **DECLARATION OF ADAM S. CASHMAN IN SUPPORT OF IMPOSSIBLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| IMPOSSIBLE LLC, | **Judge:**       Hon. Beth Labson Freeman |
| Defendant / Counter-Plaintiff. | |

Case No. 5:21-cv-02419-BLF (SVK)
DECLARATION OF ADAM S. CASHMAN ISO ADMINISTRATIVE MOTION TO FILE UNDER SEAL

I, Adam S. Cashman, declare:

1.     I am an attorney licensed to practice before this Court. I am a partner of the law firm of BraunHagey & Borden LLP, counsel of record for Defendant/Counter-Plaintiff Impossible LLC. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2.     I make this declaration in support of Impossible LLC's Administrative Motion to File Under Seal. The documents and portions of documents identified in Impossible LLC's Administrative Motion to Seal disclose the company's confidential financial information about Impossible LLC's business and reveal litigation strategies not disclosed in the ordinary course of business. Revealing such confidential and sensitive materials to the public would put Impossible LLC at a competitive disadvantage with competitors and future business partners because the information is not something the company would otherwise publicly reveal.

3.     Attached as **Exhibit 1** is a true and correct copy of a chart compiling BraunHagey & Borden LLP's billing entries in this litigation.

4.     Attached as **Exhibit 2** is a true and correct copy of Wiley Rein LLP's invoices to Impossible LLC.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 12, 2026                                    BRAUNHAGEY & BORDEN LLP

By:  _/s/ Adam S. Cashman_
       Adam S. Cashman

*Attorneys for Impossible LLC*

DECLARATION OF ADAM S. CASHMAN ISO ADMINISTRATIVE MOTION TO FILE UNDER SEAL