**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>         Plaintiff / Counter-Defendant,<br><br>   v.<br><br>IMPOSSIBLE LLC,<br><br>         Defendant / Counter-Plaintiff. | Case No. 5:21-cv-02149-BLF (SVK)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pending before the Court is Impossible LLC's Administrative Motion to File Under Seal. Having considered the Administrative Motion and its supporting exhibits, the Court **GRANTS** Impossible LLC's motion and **ORDERS** the following material to be maintained under seal:

| ECF No. | Document and Dkt. No. | Portion(s) to Seal | Reason(s) |
|---|---|---|---|
| ECF No. 522-2 | Exhibit 1: BraunHagey & Borden LLP billing entries chart<br><br>Exhibit 2 to Declaration of Adam S. Cashman Dkt. No. 521-3 | Entire document | Privileged attorney-client Communication and attorney work product. |
| ECF No. 522-3 | Exhibit 2: Wiley Rein's invoices to Impossible LLC<br><br>Exhibit 1 to Declaration of David Weslow Dkt. No. 521-9 | Entire document | Privileged attorney-client Communication and attorney work product. |

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
Honorable Beth Labson Freeman
United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL