G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

TEAL LUTHY MILLER (*pro hac vice*)
tealmiller@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>IMPOSSIBLE LLC,<br><br>Defendant/Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF<br><br>**DECLARATION OF SARAH E. BURNS IN SUPPORT OF IMPOSSIBLE FOODS' ADMINISTRATIVE MOTION FOR ORDER EXTENDING DEADLINE TO OPPOSE ILLC'S ATTORNEYS' FEES SUBMISSION**<br><br>Judge: Hon. Beth L. Freeman |

**DECLARATION SARAH E. BURNS**

I, Sarah E. Burns, declare under penalty of perjury that the following is true and correct:

1. I am an associate at Davis Wright Tremaine LLP, which represents Impossible Foods Inc. ("IF") in this action. I am over the age of twenty-one and competent to make this declaration based on my personal knowledge. I submit this declaration in support of IF's Administrative Motion for Order Extending Deadline to Oppose Submission in Support of Award of Attorneys' Fees and Costs.

2. Defendant and Counter-Plaintiff Impossible LLC ("ILLC") filed its "Submission in Support of Award of Attorneys' Fees and Costs Pursuant to Dkt. 512" ("Fees Motion") at 11:53 p.m. on August 12, 2026. Dkt. 521. The next day, August 13, 2026, I asked Adam Cashman, counsel for ILLC, if ILLC would stipulate to a request for an order from the Court extending the deadline for IF to file an opposition to the Fees Motion to two weeks after conclusion of the retrial on ILLC's punitive damages claims. After some back and forth between the parties, Mr. Cashman on August 17, 2026 declined.

3. In light of the enormous scope of ILLC's Fees Motion, which includes time entries from two law firms over six years and spans roughly 300 pages of billing records, together with the preparation required for the retrial of ILLC's claim for punitive damages, requiring IF to submit its opposition by the current August 26, 2026 deadline will result in substantial prejudice to IF.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of August 2026, in Sun City West, Arizona.

By: */s/ Sarah E. Burns*
Sarah E. Burns