United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

Plaintiff,

v.

IMPOSSIBLE X LLC,

Defendant.

Case No. 5:21-cv-02419-BLF

**ORDER DIRECTING PLAINTIFF TO FILE NOTICED MOTION FOR ATTORNEYS' FEES**

[Re: ECF No. 521, 5233]

As required by the Court's order granting Impossible X LLC's request for attorneys' fees, Impossible X LLC has filed a declaration regarding attorneys' fees. ECF No. 521. The declaration, however, must be re-filed as a noticed motion for an award of attorneys' fees with a reserved hearing date.

Impossible Foods Inc.'s administrative motion for an extension to respond to Impossible X LLC's declaration, *see* ECF No. 523, is DENIED as moot.

**IT IS SO ORDERED.**

Dated: August 18, 2026

BETH LABSON FREEMAN
United States District Judge