# APPENDIX A
# WITNESS LISTS

Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides, Esq. (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC,<br><br>Defendants / Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**APPENDIX A TO JOINT PRETRIAL STATEMENT – IMPOSSIBLE LLC'S WITNESS LIST**<br><br>**Judge:** Hon. Beth Labson Freeman<br>**Conference Date:** September 4, 2026<br>**Conference Time:** 10:00 a.m. |

Pursuant to this Court's Standing Order on Civil Jury Trials, Impossible LLC respectfully submits this list of witnesses that it is likely to call at trial, other than for purposes of rebuttal or impeachment pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure. The inclusion of a potential witness on this list does not mean that Impossible LLC will call that individual to testify or that the individual is within the subpoena power of the Court.

| **Name** | **Description of Testimony** | **Estimated Length of Direct** | **Estimated Length of Cross** | **Estimated Total Length** |
|---|---|---|---|---|
| **Joel Runyon**[1] | Mr. Runyon is the founder, CEO, and sole member of Impossible LLC. Mr. Runyon will testify regarding Impossible LLC's business, product categories, and trademark rights. Mr. Runyon will also testify regarding Impossible Foods's encroachment into Impossible LLC's product categories and continued infringing conduct by Impossible Foods. Mr. Runyon will also testify regarding Impossible Foods's efforts to cancel his trademarks outside of this litigation. | 1.5 | 1.5 | 3 |
| **Caitlyn Hatman** | Ms. Hatman will testify regarding Impossible Foods's use of trademarks, promotional efforts, and expansion into new product categories. Ms. Hatman will also testify regarding Impossible Foods's trademark enforcement efforts. | 0.75 | 0.5 | 1.25 |
| **Keaton Schwarz** | Mr. Schwarz will testify regarding Impossible Foods's promotional expenditures and financial condition. | 0.75 | 0.5 | 1.25 |
| **Neal Olson** | Mr. Olson will testify regarding Impossible Foods's promotional expenditures and financial condition. | 0.75 | 0.5 | 1.25 |

[1] Impossible Foods objects to Impossible LLC's descriptions of the testimony it intends to solicit as beyond the scope of the punitive retrial.

| | | | | |
|---|---|---|---|---|
| **Nick Halla** | Mr. Halla will testify regarding Impossible Foods's use of trademarks, promotional efforts, and product offerings. Mr. Halla will also testify regarding Impossible Foods's knowledge of Impossible LLC before Impossible Foods launched any consumer-facing products and the use of Impossible LLC's website to shape Impossible Foods's early public relations efforts. | 0.5 | 0.5 | 1.0 |
| **Myra Pasek** | Ms. Pasek will testify regarding Impossible Foods's trademark research before adopting the name Impossible Foods. Ms. Pasek will also testify regarding Impossible Foods's efforts to avoid infringing other trademark holders' rights, and its affirmative trademark enforcement efforts. | 0.5 | 0.5 | 1.0 |
| **Jordan Schenck**[2] | Ms. Schenck will testify regarding Impossible Foods's trademark adoption, logo stylization, and consumer branding efforts. | 0.5 | 0.5 | 1.0 |
| **Impossible Foods's Custodian of Records** | If necessary to call Impossible Foods's custodian of records, Impossible LLC expects the witness to authenticate and lay a foundation for the admission into evidence of documents produced by Impossible Foods or collected from Impossible Foods's websites or accounts. | 0.5 | 0.5 | 1.0 |

Dated: August 19, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: /s/ Adam S. Cashman
Adam S. Cashman

*Attorneys for Impossible LLC*

[2] Impossible Foods specifically objects to ILLC calling Jordan Schenck to testify. Ms. Schenck has not been employed by Impossible Foods in more than eight years and was not called at the original trial.

G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

TEAL LUTHY MILLER (*pro hac vice*)
tealmiller@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>IMPOSSIBLE LLC,<br><br>Defendant/Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF<br><br>**APPENDIX A TO JOINT PRETRIAL STATEMENT – IMPOSSIBLE FOODS' WITNESS LIST**<br><br>Judge: Hon. Beth L. Freeman |

Pursuant to this Court's Standing Order on Civil Jury Trials, Impossible Foods respectfully submits this list of witnesses that it is likely to call at trial, other than for purposes of rebuttal or impeachment pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure. The inclusion of a potential witness on this list does not mean that Impossible Foods will call that individual to testify or that the individual is within the subpoena power of the Court.

| **Name** | **Description of Testimony** | **Estimated Length of Direct** | **Estimated Length of Cross** | **Estimated Total Length** |
|---|---|---|---|---|
| **Joel Runyon** | Mr. Runyon will testify about Impossible LLC's use of trademarks, branding, marketing, and product offerings. Mr. Runyon will also testify about Impossible LLC's financial information. | 1.5 | 1.0 | 2.5 |
| **Caitlyn Hatman** | Ms. Hatman will testify about Impossible Foods' use of trademarks, branding, marketing, and product offerings. Ms. Hatman will also testify to Impossible Foods' lack of malice, oppression and fraud. | 0.5 | 0.25 | 0.75 |
| **Keaton Schwarz** | Mr. Schwarz will testify about Impossible Foods' financial information. Mr. Schwarz will also testify to Impossible Foods' lack of malice, oppression and fraud. | 0.5 | 0.25 | 0.75 |
| **Neal Olson** | Mr. Olson will testify about Impossible Foods' financial information. Mr. Olson will also testify to Impossible Foods' lack of malice, oppression and fraud. | 0.5 | 0.25 | 0.75 |
| **Nick Halla** | Mr. Halla will testify about Impossible Foods' use of trademarks, branding, marketing, and product offerings. Mr. Halla will also testify to Impossible Foods' lack of malice, oppression and fraud. | 0.5 | 0.25 | 0.75 |
| **Myra Pasek** | Ms. Pasek will testify about Impossible Foods' trademark practices. Ms. Pasek will also testify to Impossible Foods' | 0.5 | 0.25 | 0.75 |

| | | | | |
|---|---|---|---|---|
| | lack of malice, oppression and fraud. | | | |
| **Emmalee Giffin**[1] | Emmalee Giffin is a paralegal at the firm representing Impossible Foods. She will authenticate publicly available records she downloaded from the Internet. | 0.5 | 0.25 | 0.75 |
| **Impossible LLC's Custodian of Records** | If necessary to call Impossible LLC's custodian of records, Impossible Foods expects that witness to authenticate and lay a foundation for admission into evidence of documents produced by Impossible LLC or collected from Impossible LLC's websites or accounts. | 0.5 | 0.25 | 0.75 |

[1] Impossible LLC objects to Impossible Foods's descriptions of the testimony it intends to elicit as beyond the scope of the punitive retrial. Ms. Giffin is the paralegal for Impossible Foods's counsel and has no independent knowledge of the issues related to oppression, fraud, or malice under Civil Code Section 3294. Moreover, the scope of Ms. Giffin's testimony has no bearing on "reprehensibility of the defendant's conduct, the relationship between the award and the harm done to the plaintiff, and the relationship between the award and civil penalties authorized for comparable conduct." *Simon v. San Paolo U.S. Holding Co.*, 35 Cal. 4th 1159, 1172 (2005). As a result, Ms. Giffin's proposed testimony should not be permitted.