G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

TEAL LUTHY MILLER (*pro hac vice*)
tealmiller@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IMPOSSIBLE FOODS INC.,

Plaintiff/Counter-Defendant,

vs.

IMPOSSIBLE LLC,

Defendant/Counter-Plaintiff.

Case No. 5:21-cv-02419-BLF

**DECLARATION OF G. ROXANNE ELINGS IN SUPPORT OF IMPOSSIBLE FOODS' MOTION IN LIMINE REGARDING PUNITIVE DAMAGES AND ALTERNATIVE REQUEST FOR ORDER TO SHOW CAUSE**

| | |
|---|---|
| Judge: | Hon. Beth L. Freeman |
| Pretrial Conference: | September 4, 2026 |
| Time: | 10:00 a.m. |
| Location: | Courtroom 1, 5th Floor |

**DECLARATION OF G. ROXANNE ELINGS IN SUPPORT OF IMPOSSIBLE FOODS' MOTION IN LIMINE REGARDING PUNITIVE DAMAGES AND ALTERNATIVE REQUEST FOR ORDER TO SHOW CAUSE**

I, G. Roxanne Elings, declare under penalty of perjury that the following is true and correct:

1. I am a partner at Davis Wright Tremaine LLP, which represents Impossible Foods Inc. ("IF") in this action. I am over the age of twenty-one and competent to make this declaration based on my personal knowledge. I submit this declaration in support of IF's Motion in Limine Regarding Punitive Damages and Alternative Request for Order to Show Cause, to attach trial exhibits proffered by Impossible LLC ("ILLC") and letters sent by counsel for ILLC and for IF regarding alleged violations of the Court's permanent injunction.

2. Attached as **Exhibit 1** is a true and correct copy of ILLC's Trial Exhibit 763 (Impossible Foods Cookbook Amazon).

3. Attached as **Exhibit 2** is a true and correct copy of ILLC's Trial Exhibit 764 (Impossible Foods Cookbook B&N).

4. Attached as **Exhibit 3** is a true and correct copy of ILLC's Trial Exhibit 765 (Impossible Foods Cookbook AbeBooks).

5. Attached as **Exhibit 4** is a true and correct copy of ILLC's Trial Exhibit 766 (Impossible Foods Cookbook Walmart).

6. Attached as **Exhibit 5** is a true and correct copy of ILLC's Trial Exhibit 767 (IF Recipes on Website).

7. Attached as **Exhibit 6** is a true and correct copy of ILLC's Trial Exhibit 768 (IF 8/1/26 IG[1] Carousel with 2016 throwback).

8. Attached as **Exhibit 7** is a true and correct copy of ILLC's Trial Exhibit 769 (9/16/24 IF Joey Chestnut IG).[2]

---

[1] "IG" is an abbreviation for the social media platform Instagram.

[2] For the Court's convenience, video exhibits will be provided via an emailed Dropbox link.

9. Attached as **Exhibit 8** is a true and correct copy of ILLC's Trial Exhibit 770 (9/2/24 IF Joey Chestnut IG).

10. Attached as **Exhibit 9** is a true and correct copy of ILLC's Trial Exhibit 771 (12/22/24 IF Joey Chestnut Christmas IG).

11. Attached as **Exhibit 10** is a true and correct copy of ILLC's Trial Exhibit 772 (12/9/24 IF Joey Chestnut Christmas IG).

12. Attached as **Exhibit 11** is a true and correct copy of ILLC's Trial Exhibit 773 (7/1/24 IF Joey Chestnut eating burger IG).

13. Attached as **Exhibit 12** is a true and correct copy of ILLC's Trial Exhibit 774 (10/28/24 IF Joey Chestnut Nuggets video IG).

14. Attached as **Exhibit 13** is a true and correct copy of ILLC's Trial Exhibit 775 (7/15/24 IF Joey Chestnut prep video).

15. Attached as **Exhibit 14** is a true and correct copy of ILLC's Trial Exhibit 776 (8/27/25 IF Joey Chestnut 99 Nuggets Challenge IG).

16. Attached as **Exhibit 15** is a true and correct copy of ILLC's Trial Exhibit 777 (7/4/24 Joey Chestnut Twitter July 4).

17. Attached as **Exhibit 16** is a true and correct copy of ILLC's Trial Exhibit 778 (7/2/24 Joey Chestnut Twitter Meat and Greet).

18. Attached as **Exhibit 17** is a true and correct copy of ILLC's Trial Exhibit 779 (July 4 Meat and Greet).

19. Attached as **Exhibit 18** is a true and correct copy of ILLC's Trial Exhibit 780 (Impossible Foods White T Challenge 7/11/19).

20. Attached as **Exhibit 19** is a true and correct copy of ILLC's Trial Exhibit 781 (Impossible Foods T shirt giveaway 6/3/20).

21. Attached as **Exhibit 20** is a true and correct copy of ILLC's Trial Exhibit 782 (6/3/20 IF Cookbook references on website).

22. Attached as **Exhibit 21** is a true and correct copy of ILLC's Trial Exhibit 783 (6/16/22 IF IG McGuinness interview).

23. Attached as **Exhibit 22** is a true and correct copy of ILLC's Trial Exhibit 784 (4/29/21 IF IG Impossible Merch).

24. Attached as **Exhibit 23** is a true and correct copy of ILLC's Trial Exhibit 785 (10/20/2020 IF IG Pat Brown video).

25. Attached as **Exhibit 24** is a true and correct copy of ILLC's Trial Exhibit 786 (5/7/2020 IF IG Tampa video).

26. Attached as **Exhibit 25** is a true and correct copy of ILLC's Trial Exhibit 787 (2/17/20 Impossible T shirt graphic IG).

27. Attached as **Exhibit 26** is a true and correct copy of ILLC's Trial Exhibit 788 (1/11/20 Impossible socks IG).

28. Attached as **Exhibit 27** is a true and correct copy of ILLC's Trial Exhibit 789 (10/20/20 Pat Brown youtube interview animal agriculture).

29. Attached as **Exhibit 28** is a true and correct copy of ILLC's Trial Exhibit 790 (10/20/20 Pat Brown youtube interview animal agriculture 2).

30. Attached as **Exhibit 29** is a true and correct copy of ILLC's Trial Exhibit 791 (The Impossible Hot Dog Takeover at Slutty Vegan 2/2/24).

31. Attached as **Exhibit 30** is a true and correct copy of ILLC's Trial Exhibit 792 (Live From New York: The Impossible Hot Dog 8/14/20).

32. Attached as **Exhibit 31** is a true and correct copy of ILLC's Trial Exhibit 793 (Impossible Cook-A-Thon Benefiting No Kid Hungry 8/14/20).

33. Attached as **Exhibit 32** is a true and correct copy of ILLC's Trial Exhibit 794 (CES 2020: Launching Impossible™ Pork Made from Plants 1/10/20).

34. Attached as **Exhibit 33** is a true and correct copy of ILLC's Trial Exhibit 795 (Impossible™ Grandma's House 10/15/19).

35. Attached as **Exhibit 34** is a true and correct copy of ILLC's Trial Exhibit 796 (Impossible Foods domain contract purchase).

36. Attached as **Exhibit 35** is a true and correct copy of ILLC's Trial Exhibit 797 (2023-10-5 Impossible energy TikTok promotion video).

37. Attached as **Exhibit 36** is a true and correct copy of ILLC's Trial Exhibit 798 (2023-10-5 Impossible Energy TikTok Screenshot).

38. Attached as **Exhibit 37** is a true and correct copy of ILLC's Trial Exhibit 799 (2024-5-7 TikTok (ultramarathon) "the englishman" video).

39. Attached as **Exhibit 38** is a true and correct copy of ILLC's Trial Exhibit 800 (2024-5-7 TikTok (ultramarathon) "the englishman" screenshot).

40. Attached as **Exhibit 39** is a true and correct copy of ILLC's Trial Exhibit 801 (2024-7-18 Impossible TikTok Dante Wardlaw base jump video).

41. Attached as **Exhibit 40** is a true and correct copy of ILLC's Trial Exhibit 802 (2024-7-18 Impossible TikTok Dante Wardlaw base jump screenshot).

42. Attached as **Exhibit 41** is a true and correct copy of ILLC's Trial Exhibit 803 (2024-11-19 Impossible TikTok base jump (space rocket) video).

43. Attached as **Exhibit 42** is a true and correct copy of ILLC's Trial Exhibit 804 (2024-11-19 Impossible TikTok base jump (space rocket) screenshot).

44. Attached as **Exhibit 43** is a true and correct copy of ILLC's Trial Exhibit 805 (2024-12-16 Impossible TikTok Ice Cross Downhill video).

45. Attached as **Exhibit 44** is a true and correct copy of ILLC's Trial Exhibit 806 (2024-12-16 Impossible TikTok Ice Cross Downhill screenshot).

46. Attached as **Exhibit 45** is a true and correct copy of ILLC's Trial Exhibit 807 (2025-7-14 Impossible TikTok Jake Hinga video).

47. Attached as **Exhibit 46** is a true and correct copy of ILLC's Trial Exhibit 808 (2025-7-14 Impossible TikTok Jake Hinga screenshot).

48. Attached as **Exhibit 47** is a true and correct copy of ILLC's Trial Exhibit 809 (2025-6-17 Impossible TikTok Dante Wardlaw french alps video).

49. Attached as **Exhibit 48** is a true and correct copy of ILLC's Trial Exhibit 810 (2025-6-17 Impossible TikTok Dante Wardlaw french alps screenshot).

50. Attached as **Exhibit 49** is a true and correct copy of ILLC's Trial Exhibit 811 (11/3/25 Impossible Foods IG post using @Impossible_Foods handle).

51. Attached as **Exhibit 50** is a true and correct copy of a June 22, 2026 letter from ILLC to IF.

52. Attached as **Exhibit 51** is a true and correct copy of a June 29, 2026 letter from IF to ILLC.

53. Attached as **Exhibit 52** is a true and correct copy of a July 23, 2026 letter from ILLC to IF.

54. Attached as **Exhibit 53** is a true and correct copy of a July 30, 2026 letter from IF to ILLC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of August 2026, in New York, New York.

By: *<u>/s/ G. Roxanne Elings</u>*
G. Roxanne Elings