# Elings Decl. Exhibit 33

# (Trial Exhibit 795)

# IMAGE PLACEHOLDER FOR NATIVE FILE