# CONDITIONALLY FILED UNDER SEAL

## Elings Decl. Exhibit 34

## (Trial Exhibit 796)