G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

TEAL LUTHY MILLER (*pro hac vice*)
tealmiller@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>IMPOSSIBLE LLC,<br><br>Defendant/Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF<br><br>**DECLARATION OF RAPHAEL HOLOSZYC-PIMENTEL IN SUPPORT OF IMPOSSIBLE FOODS' ADMINISTRATIVE MOTION TO SEAL EXHIBIT FOR MOTION IN LIMINE**<br><br>Judge: Hon. Beth L. Freeman |

DAVIS WRIGHT TREMAINE LLP

**DECLARATION OF RAPHAEL HOLOSZYC-PIMENTEL**

I, Raphael Holoszyc-Pimentel, declare as follows:

1. I am an attorney at Davis Wright Tremaine LLP, which represents Impossible Foods Inc. ("IF") in this action. I am over the age of twenty-one and competent to make this declaration based on my personal knowledge. I submit this Declaration in support of IF's Administrative Motion to Seal Exhibit for Motion in Limine.

2. Attached hereto as **Exhibit A** is a true and correct copy of Elings Declaration Exhibit 34 (Trial Exhibit 796), which is a confidential contract between IF and a third party.

3. IF seeks to seal the aforementioned exhibit. As explained in the Administrative Motion to Seal filed herewith, sealing is necessary because public disclosure would reveal sensitive business information to competitors, vendors, and would-be collaborators and would cause substantial harm to IF relative to its competitors and future business partners.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of August 2026, in New York, New York.

*/s/ Raphael Holoszyc-Pimentel*
Raphael Holoszyc-Pimentel