G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

TEAL LUTHY MILLER (*pro hac vice*)
tealmiller@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IMPOSSIBLE FOODS INC.,

Plaintiff/Counter-Defendant,

vs.

IMPOSSIBLE LLC,

Defendant/Counter-Plaintiff.

Case No. 5:21-cv-02419-BLF

**[PROPOSED] ORDER GRANTING IMPOSSIBLE FOODS' ADMINISTRATIVE MOTION TO SEAL EXHIBIT FOR MOTION IN LIMINE**

Judge: Hon. Beth L. Freeman

This matter comes before the Court on Impossible Foods Inc.'s ("IF") Administrative Motion to Seal Pursuant to Civil Local Rules 7-11 and 79-5(c) ("Motion"), which seeks to seal an exhibit attached to the Declaration of G. Roxanne Elings in support of IF's motion in limine.

Having considered IF's Motion, and for the reasons stated therein, the Motion is **GRANTED** as follows:

The following document shall be sealed:

| ECF No. | Document | Portion(s) to Seal | Reason(s) |
|---|---|---|---|
| 526-35<br><br>527-3 | Elings Declaration Exhibit 34 (Trial Exhibit 796) | Entire exhibit | The material requested to be sealed is a confidential contract between IF and a third party, and contains IF's sensitive information regarding its marketing and financial information and strategies. Public disclosure of such material would harm IF by revealing its business and financial strategies to competitors and business partners alike. |

**IT IS SO ORDERED.**

DATED:____________________, 2026. By:_________________________________

Honorable Beth L. Freeman
United States District Judge