Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

*Attorneys for Impossible LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC,<br><br>Defendant / Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**DECLARATION OF ADAM S. CASHMAN IN SUPPORT OF IMPOSSIBLE LLC'S MOTION IN LIMINE TO PRECLUDE EVIDENCE, TESTIMONY, AND REFERENCING IMPOSSIBLE LLC'S REVENUES OR PROFITS**<br><br>**Judge:** Hon. Beth Labson Freeman |

I, Adam S. Cashman, declare:

1. I am an attorney licensed to practice before this Court. I am a partner of the law firm BraunHagey & Borden LLP ("BHB"), counsel of record for Impossible LLC. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of a chain of email correspondence between counsel for Impossible LLC and counsel for Impossible Foods from August 4, 2026 to August 19, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of a chain of email correspondence between counsel for Impossible LLC and counsel for Impossible Foods from August 4, 2026 to August 21, 2026.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 21, 2026

By: */s Adam S. Cashman*
Adam S. Cashman