**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br>Plaintiff / Counter-Defendant,<br>v.<br>IMPOSSIBLE LLC and JOEL RUNYON,<br>Defendants / Counter-Plaintiffs. | Case No. 5:21-cv-02419-BLF (SVK)<br>**[PROPOSED] ORDER GRANTING IMPOSSIBLE LLC'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES** |

Pending before the Court is Impossible LLC's Motion for an Award of Attorneys' Fees and Litigation Expenses. Having considered Impossible LLC's Motion for an Award of Attorneys' Fees and Litigation Expenses and the papers accompanying thereto, the Court hereby **ORDERS** that Impossible LLC's Motion for an Award of Attorneys' Fees and Litigation Expenses is **GRANTED**. The Court awards Impossible LLC $7,624,556.27 in reasonable attorneys' fees incurred by BraunHagey & Borden LLP; $710,065.29 in reasonable attorneys' fees incurred by Wiley Rein LLP, and $897,043.46 in non-taxable litigation expenses, for a total award of $9,231,665.02, plus post-judgment interest on the total award.

**IT IS SO ORDERED.**

Dated: ______________, 2026

______________________________
Honorable Beth Labson Freeman
United States Magistrate Judge