Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC,<br><br>Defendant / Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**JOINT PROPOSED NEUTRAL STATEMENT**<br><br>**Judge:** Hon. Beth Labson Freeman |

Pursuant to the Court's Order setting new trial on punitive damages, Impossible LLC and Impossible Foods Inc. ("Impossible Foods") respectfully submit the following Joint Proposed Neutral Statement.

This case involves claims for trademark infringement and unfair competition.

In a trial held earlier this year in this Court, a jury determined that Impossible LLC holds senior rights to the IMPOSSIBLE mark for apparel and recipes. The jury found that Impossible Foods infringed Impossible LLC's federal trademark registrations and common law rights in the IMPOSSIBLE mark by Impossible Foods's use in connection with apparel. The jury also found that Impossible Foods infringed Impossible LLC's common law rights in the IMPOSSIBLE mark in connection with recipes by Impossible Foods's use in connection with cookbooks.

That jury also found that Impossible Foods's infringement was willful. Willfulness means that Impossible Foods engaged in the infringing conduct with knowledge that its use of the trademark was likely to infringe Impossible LLC's trademark rights, or with reckless disregard for whether its conduct infringed those rights. Finally, the jury awarded $1.5 million in compensatory damages to Impossible LLC. The amount of compensatory damages is not at issue in this trial.

Impossible LLC also contends that Impossible Foods acted with oppression, fraud, and/or malice in connection with the infringing conduct previously found by the first jury. That is one of the questions you will be asked to decide in this trial. If you find that Impossible Foods acted with oppression, fraud, or malice, you will also be asked to determine what amount of punitive damages, if any, would adequately and appropriately punish Impossible Foods for that conduct, and discourage similar conduct in the future.

Dated: August 24, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/ Adam S. Cashman*
Adam S. Cashman

*Attorneys for Impossible LLC*

Dated: August 24, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ Roxanne Elings*
G. Roxanne Elings

*Attorneys for Impossible Foods Inc.*