G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

TEAL LUTHY MILLER (*pro hac vice*)
tealmiller@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>IMPOSSIBLE LLC,<br><br>Defendant/Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF<br><br>**DECLARATION OF SARAH E. BURNS IN SUPPORT OF IMPOSSIBLE FOODS' ADMINISTRATIVE MOTION FOR ORDER EXTENDING DEADLINE TO OPPOSE ILLC'S ATTORNEYS' FEES MOTION**<br><br>Judge: Hon. Beth L. Freeman |

**DECLARATION SARAH E. BURNS**

I, Sarah E. Burns, declare under penalty of perjury that the following is true and correct:

1. I am an associate at Davis Wright Tremaine LLP, which represents Impossible Foods Inc. ("IF") in this action. I am over the age of twenty-one and competent to make this declaration based on my personal knowledge. I submit this declaration in support of IF's Administrative Motion for Order Extending Deadline to Oppose Impossible LLC's Motion for Attorneys' Fees and Litigation Expenses.

2. On August 26, 2026, I asked counsel for Impossible LLC ("ILLC") if ILLC would stipulate to a request for an order from the Court extending the deadline for IF to file an opposition to ILLC's Motion for Attorneys' Fees and Litigation Expenses ("Fees Motion") to a month after conclusion of the retrial on ILLC's punitive damages claims. Counsel declined on August 27, 2026.

3. In light of the enormous scope of ILLC's Fees Motion, which seeks $9 million, includes time entries from two law firms over six years, and spans roughly 300 pages of billing records, together with preparation for the retrial of ILLC's claim for punitive damages, requiring IF to submit its opposition by the current September 4, 2026 deadline will result in substantial prejudice to IF.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of August 2026, in San Francisco, California.

By: */s/ Sarah E. Burns*
Sarah E. Burns