G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

TEAL LUTHY MILLER (*pro hac vice*)
tealmiller@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IMPOSSIBLE FOODS INC.,

Plaintiff/Counter-Defendant,

vs.

IMPOSSIBLE LLC,

Defendant/Counter-Plaintiff.

Case No. 5:21-cv-02419-BLF

**[PROPOSED] ORDER GRANTING IMPOSSIBLE FOODS INC.'S ADMINISTRATIVE MOTION FOR ORDER EXTENDING DEADLINE TO OPPOSE ILLC'S MOTION FOR ATTORNEYS' FEES**

Judge: Hon. Beth L. Freeman

This matter comes before the Court on Plaintiff/Counter-Defendant Impossible Foods Inc.'s Administrative Motion for Order Extending Deadline to Oppose ILLC's Motion for Attorneys' Fees and Litigation Expenses ("Administrative Motion").

Having considered the Administrative Motion, and for good cause shown, the Motion is **GRANTED**. It is hereby **ORDERED** that the deadline for Impossible Foods to file an opposition to Defendant and Counter-Plaintiff Impossible LLC's ("ILLC") Motion for Attorneys' Fees and Litigation Expenses ("Fees Motion") shall be extended to 30 days after the conclusion of the retrial on ILLC's claim for punitive damages.

**IT IS SO ORDERED.**

DATED:____________________, 2026. By:_________________________________

Honorable Beth L. Freeman
United States District Judge