Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

*Attorneys for Impossible LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC,<br><br>Defendant / Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**DECLARATION OF ADAM S. CASHMAN IN SUPPORT OF IMPOSSIBLE LLC'S OPPOSITION TO IMPOSSIBLE FOODS'S MOTION IN LIMINE REGARDING PUNITIVE DAMAGES AND ALTERNATIVE REQUEST FOR ORDER TO SHOW CAUSE**<br><br>**Judge:** Hon. Beth Labson Freeman<br><br>**Conference Date:** September 4, 2026<br>**Conference Time:** 10:00 a.m. |

I, Adam S. Cashman, declare:

1. I am an attorney licensed to practice before this Court. I am a partner of the law firm BraunHagey & Borden LLP ("BHB"), counsel of record for Impossible LLC. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of Trial Exhibit 33.

3. Attached as **Exhibit 2** is a true and correct copy of Trial Exhibit 34.

4. Attached as **Exhibit 3** is a true and correct copy of Trial Exhibit 312.

5. Attached as **Exhibit 4** is a true and correct copy of Trial Exhibit 347.

6. Attached as **Exhibit 5** is a true and correct copy of Trial Exhibit 348.

7. Attached as **Exhibit 6** is a true and correct copy of Trial Exhibit 712.

8. Attached as **Exhibit 7** is a true and correct copy of Trial Exhibit 750.

9. Attached as **Exhibit 8** is a true and correct copy of Trial Exhibit 763.

10. Attached as **Exhibit 9** is a true and correct copy of Trial Exhibit 764.

11. Attached as **Exhibit 10** is a true and correct copy of Trial Exhibit 765.

12. Attached as **Exhibit 11** is a true and correct copy of Trial Exhibit 766.

13. Attached as **Exhibit 12** is a true and correct copy of Trial Exhibit 767.

14. Attached as **Exhibit 13** is a true and correct copy of Trial Exhibit 768.

15. Attached as **Exhibit 14** is a true and correct copy of Trial Exhibit 769.

16. Attached as **Exhibit 15** is a true and correct copy of Trial Exhibit 770.

17. Attached as **Exhibit 16** is a true and correct copy of Trial Exhibit 771.

18. Attached as **Exhibit 17** is a true and correct copy of Trial Exhibit 772.

19. Attached as **Exhibit 18** is a true and correct copy of Trial Exhibit 773.

20. Attached as **Exhibit 19** is a true and correct copy of Trial Exhibit 774.

21. Attached as **Exhibit 20** is a true and correct copy of Trial Exhibit 775.

22. Attached as **Exhibit 21** is a true and correct copy of Trial Exhibit 776.

23. Attached as **Exhibit 22** is a true and correct copy of Trial Exhibit 780.

24. Attached as **Exhibit 23** is a true and correct copy of Trial Exhibit 781.

25. Attached as **Exhibit 24** is a true and correct copy of Trial Exhibit 782.

26. Attached as **Exhibit 25** is a true and correct copy of Trial Exhibit 783.

27. Attached as **Exhibit 26** is a true and correct copy of Trial Exhibit 784.

28. Attached as **Exhibit 27** is a true and correct copy of Trial Exhibit 785.

29. Attached as **Exhibit 28** is a true and correct copy of Trial Exhibit 786.

30. Attached as **Exhibit 29** is a true and correct copy of Trial Exhibit 787.

31. Attached as **Exhibit 30** is a true and correct copy of Trial Exhibit 788.

32. Attached as **Exhibit 31** is a true and correct copy of Trial Exhibit 789.

33. Attached as **Exhibit 32** is a true and correct copy of Trial Exhibit 790.

34. Attached as **Exhibit 33** is a true and correct copy of Trial Exhibit 791.

35. Attached as **Exhibit 34** is a true and correct copy of Trial Exhibit 792.

36. Attached as **Exhibit 35** is a true and correct copy of Trial Exhibit 793.

37. Attached as **Exhibit 36** is a true and correct copy of Trial Exhibit 794.

38. Attached as **Exhibit 37** is a true and correct copy of Trial Exhibit 796.

39. Attached as **Exhibit 38** is a true and correct copy of Trial Exhibit 797.

40. Attached as **Exhibit 39** is a true and correct copy of Trial Exhibit 807.

41. Attached as **Exhibit 40** is a true and correct copy of Trial Exhibit 811.

42. Attached as **Exhibit 41** is a true and correct copy of Trial Exhibit 2103.

43. Attached as **Exhibit 42** is a true and correct copy of Trial Exhibit 2181.

44. Attached as **Exhibit 43** is a true and correct copy of excerpts from the trial transcript dated from March 9, 2026 to March 24, 2026 in this action.

45. Impossible LLC submits A USB flash drive containing a true and correct copy of Trial Exhibits 769, 770, 771, 772, 773, 774, 775, 776, 783, 784, 785, 786, 787, 788, 789, 790, 791, 792, 793, 794. These native video files were served on Impossible Foods's counsel of record on August 18, 2026, and are being maintained in the case file in the Clerk's office.

46. Impossible LLC submits A USB flash drive containing a true and correct copy of Trial Exhibits 797 and 807. These native video files were served on Impossible Foods's counsel of record on August 19, 2026, and are being maintained in the case file in the Clerk's office.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 28, 2026

By: *\/s Adam S. Cashman*
Adam S. Cashman