Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides, Esq. (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC,<br><br>Defendant / Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**IMPOSSIBLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**Judge:** Hon. Beth Labson Freeman |

Pursuant to Local Rules 7-11 and 79-5(f), Impossible LLC respectfully moves for an order to consider whether to seal select materials filed in connection with Impossible LLC's Opposition to Impossible Foods's Motion in Limine Regarding Punitive Damages and Alternative Request for Order to Show Cause, which Impossible Foods has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this action (Dkt. No. 87). Impossible LLC has reviewed and complied with Local Rule 79-5.

1. The reasons and bases for considering the sealing of the materials are identified below and in the accompanying [Proposed] Order. Impossible LLC requests that the following material be conditionally filed under seal:

| ECF No. | Document | Portion(s) to Seal | Reason(s) |
|---|---|---|---|
| 533-38 | Trial Exhibit No. 796 | Entire Document | Designated by Impossible Foods Inc. as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this action (Dkt. No. 87) |

While Impossible LLC takes no position with regard to the propriety of Impossible Foods's confidentiality designations at this time, Impossible Foods has designated certain documents and content identified above as Highly Confidential – Attorneys' Eyes Only.

Dated: August 28, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/ Adam Cashman*
Adam Cashman

*Attorneys for Impossible LLC*