Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC,<br><br>Defendant / Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**DECLARATION OF ADAM S. CASHMAN IN SUPPORT OF IMPOSSIBLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**Judge:** Hon. Beth Labson Freeman |

I, Adam S. Cashman, declare:

1. I am an attorney licensed to practice before this Court. I am a partner of the law firm of BraunHagey & Borden LLP, counsel of record for Impossible LLC. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. I make this declaration in support of Impossible LLC's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed regarding Impossible LLC's Opposition to Impossible Foods's Motion in Limine Regarding Punitive Damages and Alternative Request for Order to Show Cause.

3. Attached as **Exhibit 1** is a true and correct copy of Trial Exhibit No. 796.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 28, 2026

By: */s/ Adam S. Cashman*
Adam S. Cashman