**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br>Plaintiff / Counter-Defendant,<br>v.<br>IMPOSSIBLE LLC and JOEL RUNYON,<br>Defendants / Counter-Plaintiffs. | Case No. 5:21-cv-02149-BLF (SVK)<br>**[PROPOSED] ORDER GRANTING IMPOSSIBLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

1. Pending before the Court is Impossible LLC's Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Having considered Impossible LLC's Opposition to Impossible Foods's Motion in Limine Regarding Punitive Damages and Alternative Request for Order to Show Cause, the Court hereby **GRANTS** the Response and **ORDERS** the following material to be maintained under seal:

| ECF No. | Document | Portion(s) to Seal | Reason(s) |
|---|---|---|---|
| 533-38 | Trial Exhibit No. 796 | Entire Document | Designated by Impossible Foods Inc. as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this action (Dkt. No. 87) |

**IT IS SO ORDERED.**

Dated: ______________, 2026

______________________________
Honorable Beth Labson Freeman
United States Magistrate Judge