United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

Plaintiff,

v.

IMPOSSIBLE X LLC,

Defendant.

Case No. 21-cv-02419-BLF

**ORDER GRANTING IN PART AND DENYING IN PART IMPOSSIBLE FOODS INC.'S ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO OPPOSE IMPOSSIBLE LLC'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

In light of the punitive damages trial scheduled to begin on September 28, 2026, Impossible Foods Inc. moves to extend the deadline to oppose Impossible LLC's motion for litigation fees until 30 days after the close of retrial. Impossible LLC filed an opposition. After considering the parties' positions, the Court GRANTS Impossible Foods Inc.'s request for an extension but DENIES the requested length. The Court will discuss an appropriate briefing schedule with the parties at the pretrial conference on September 4, 2026.

**IT IS SO ORDERED.**

Dated: August 31, 2026

BETH LABSON FREEMAN
United States District Judge