Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC,<br><br>Defendants/ Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**JOINT SUBMISSION OF ADDITIONAL JUROR QUESTIONS**<br><br>**Judge:** Hon. Beth Labson Freeman |

Impossible LLC and Impossible Foods Inc. respectfully submit the following Joint Submission of Additional Juror Questions in the above-captioned matter pursuant to the Court's August 11, 2026 Order (Dkt. 520):

1. Have you read, seen, or heard anything in the news, on the Internet, on social media, or elsewhere about this lawsuit, or about any legal dispute between Impossible Foods Inc. and Impossible LLC? If yes, please describe what you recall, including where and when you saw or heard it.

2. Are you familiar with Impossible Foods or its products, such as the Impossible Burger? If so, do you have any opinions, positive or negative, about the company or its products?

3. Do you, or anyone close to you, have any financial interest in, or any employment, business, or professional relationship with either Impossible Foods or Impossible LLC?

4. People have different views about punitive damages. Some believe punitive damages should rarely or never be awarded, while others believe they are an important means of punishing companies for wrongful conduct. Do you have any beliefs or opinions about punitive damages, either for or against them, that might make it difficult for you to decide whether punitive damages should be awarded in this case, and in what amount, based solely on the evidence and the Court's instructions?

Dated: September 2, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/Adam S. Cashman*
Adam S. Cashman

*Attorneys for Impossible LLC*

Dated: September 2, 2026

DAVIS WRIGHT TREMAINE LLP

By: /s/ Roxanne Elings
G. Roxanne Elings

*Attorneys for Impossible Foods Inc.*