**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br>Plaintiff / Counter-Defendant,<br>v.<br>IMPOSSIBLE LLC,<br>Defendant / Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**IMPOSSIBLE LLC'S PROPOSED VERDICT FORM** |

Impossible LLC respectfully proposes the following verdict form in the above-captioned matter. Impossible LLC reserves the right to amend, supplement, modify, withdraw, or otherwise revise this verdict form, including, but not limited to, based upon or in response to the parties' stipulations, the Court's ruling on any pending or pretrial motion, evidentiary dispute, or other issue, a final determination as to the manner in which this case will be tried, proof at trial, the parties' pursuit or abandonment of their claims or defenses, or as otherwise reasonable and appropriate. Impossible LLC also reserves the right to amend, supplement, modify, withdraw, or otherwise revise this verdict form in response to any proposed verdict form or jury instruction submitted by Impossible Foods Inc., in response to any objection to this verdict form by Impossible Foods Inc., to conform to the evidence presented at trial, or for any other proper reason.

Dated: September 2, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: *_/s/ Adam S. Cashman_*
Adam S. Cashman

*Attorneys for Impossible LLC*

**VERDICT FORM**

We, the jury impaneled in this case, unanimously answer the questions submitted to us as follows.

1. Did Impossible LLC prove, by clear and convincing evidence, that Impossible Foods acted with oppression, fraud, or malice in infringing Impossible LLC's unregistered trademark in IMPOSSIBLE under California law?

Yes ___ No ___

*Answer Question 2 only if you answered "Yes" to Question 1.*

2. What amount of punitive damages, if any, do you award Impossible LLC?

$___________________________________

*Once you have completed the verdict form, the presiding juror should then sign and date the verdict/arm in the spaces below and notify the clerk that you have reached a verdict.*

Dated: __________________ ____________________________________
Signature of Presiding Juror