UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

United States District Court
Northern District of California

IMPOSSIBLE FOODS INC.,

Plaintiff,

v.

IMPOSSIBLE X LLC,

Defendant.

Case No. 21-cv-02419-BLF

**ORDER APPROVING AND ADOPTING THE PARTIES' JOINT PRETRIAL STATEMENT**

[Re: ECF No. 525]

Pursuant to the Court's Standing Order re Civil Jury Trials, the Parties filed a Joint Pretrial Statement identifying all claims and defenses that remain to be decided in this case. ECF No. 525. The Parties are precluded from presenting claims or defenses at trial that are not set forth in their Joint Pretrial Statement. Fed. R. Civ. P. 16(e); *see also* Standing Order re Civil Jury Trials § II.F. The Court hereby APPROVES AND ADOPTS the Parties' Joint Pretrial Statement, as modified by the Court's rulings on motions *in limine* and rulings made during the course of the trial.

**IT IS SO ORDERED.**

Dated: September 4, 2026

BETH LABSON FREEMAN
United States District Judge