United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

Plaintiff,

v.

IMPOSSIBLE X LLC,

Defendant.

Case No. 21-cv-02419-BLF

**ORDER FOLLOWING PRETRIAL CONFERENCE**

The Final Pretrial Conference was held on September 4, 2026. The Court heard oral arguments on the Parties' motions *in limine*, which will be addressed in separate orders. The Court also advised counsel regarding (1) the fee application briefing schedule; and (2) trial scheduling and procedures, as summarized below.

IT IS HEREBY ORDERED as follows:

**(1) FEE APPLICATION BRIEFING SCHEDULE**

a. Impossible Foods SHALL file its Opposition by October 19, 2026.

b. Impossible LLC may file its optional Reply by October 26, 2026.

**(2) REVISED PRETRIAL MATERIALS**

a. The Parties SHALL submit any additional questions to be considered for inclusion in the Jury Questionnaire by September 11, 2026, at 12:00 p.m.

i. The Parties can expect to receive the operative Jury Questionnaire from the Court by September 22, 2026.

United States District Court
Northern District of California

b. Undisputed facts that the Parties intend to stipulate to (*see* ECF No. 525 at 4–5) should be filed as a separate document.

c. The Parties SHALL submit joint Jury Instructions resolving any outstanding disputes by September 18, 2026, at 5:00 p.m.

**(3) JURY SELECTION**

A total of 8 jurors will be seated. Each side will be permitted 3 peremptory challenges.

**(4) TRIAL SCHEDULE**

Each side will be permitted 6 hours of trial time, which will include all direct examination and cross-examination during the jury and bench phases of the trial. In addition, each side will be permitted 30 minutes for Opening Statement and 1 hour for Closing and Rebuttal Arguments. Defendant/Counter-Plaintiff Impossible X LLC will be permitted to present Closing Argument last.

The trial schedule will be as follows, with normal lunch and rest breaks.

Mondays: 9:00 a.m. – 5:00 p.m.

Tuesdays: 10:00 a.m. – 5:00 p.m.

Wednesdays: 9:00 a.m. – 5:00 p.m.

Thursdays: Dark (except for jury deliberation)

Fridays: 9:00 a.m. – 5:00 p.m.

Jury selection will commence on September 25, 2026, at 8:30 a.m. and is expected to be completed that same day. Opening statements and testimony will take place after jury selection is complete, and thereafter day to day.

**(5) MOTIONS DURING TRIAL**

The Court will be available from 8:30 a.m. – 9:00 a.m. each trial day to hear motions. The parties need not file written motions to raise an issue before the Court. Any written motions SHALL be no more than 3 pages in length, in 12-point font (including footnotes), and double spaced (including footnotes). One such motion may be filed per court day, per side. Any such motion shall

United States District Court
Northern District of California

be filed and emailed to the undersigned by 5:00 p.m. the previous court day. No written opposition is required.

**IT IS SO ORDERED.**

Dated: September 4, 2026

BETH LABSON FREEMAN
United States District Judge