Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Other counsel of record indicated on docket.]

*Attorneys for Impossible LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IMPOSSIBLE FOODS INC.,

Plaintiff / Counter-Defendant,

v.

IMPOSSIBLE LLC,

Defendant / Counter-Plaintiff.

Case No. 5:21-cv-02419-BLF (SVK)

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING NEW TRIAL ON PUNITIVE DAMAGES**

**Judge:** Hon. Beth Labson Freeman

Impossible LLC and Impossible Foods, Inc. ("Impossible Foods"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on May 8, 2026, following a jury trial, the Court entered judgment in the amount of $3,250,000 (composed of $1,500,000 in compensatory damages and $1,750,000 in punitive damages) for Impossible LLC (Dkt. 493);

**WHEREAS**, on July 29, 2026, the Court entered an Order that, among other things, vacated the jury's punitive damages award and ordered a new trial on punitive damages (Dkt. 512), which rendered the previously issued judgment non-final (Dkt. 513);

**WHEREAS**, on September 4, 2026, the Court held a final pretrial conference regarding the punitive damages retrial and issued an Order that, among other things, set a briefing schedule for Impossible LLC's fee application, with Impossible Foods' Opposition due by October 19, 2026, and Impossible LLC's Reply due by October 26, 2026 (Dkt. 546);

**WHEREAS**, on September 14, 2026, the Court issued an Order on the Parties' motions *in limine* regarding evidence at the punitive damages retrial (Dkt. 548);

**WHEREAS**, upon further consideration, Impossible LLC has elected to forego the punitive damages retrial while reserving all rights on appeal and otherwise as to the vacatur of the jury's punitive damages award, and all other interlocutory or final orders;

**WHEREAS**, Impossible Foods also reserves all rights to appeal and otherwise as to all interlocutory or final orders;

**NOW THEREFORE, IT IS HEREBY STIPULATED THAT**:

1. Impossible LLC exercises its right not to conduct a new trial on punitive damages, while reserving all rights on appeal and otherwise as to the vacatur of the punitive damages award, the July 29, 2026 Order (Dkt. 512), and all other interlocutory or final orders.

2. Impossible Foods also reserves all rights on appeal and otherwise as to the July 29, 2026 Order (Dkt. 512) and all other interlocutory or final orders.

3. The Parties hereby agree that Impossible Foods' Opposition to Impossible LLC's fee application (Dkt. 529) shall be filed on or before October 9, 2026, and Impossible LLC's Reply shall be filed on or before October 19, 2026.

4. Impossible Foods respectfully requests that the Court enter an amended final judgment without the punitive damages award. *See* Fed. R. Civ. P. 58(e) ("Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees."). Impossible LLC reserves its position on this issue.

**IT IS SO STIPULATED.**

Dated: September 18, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/ Adam S. Cashman*
Adam S. Cashman

*Attorneys for Impossible LLC*

Dated: September 18, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ Roxanne Elings*
G. Roxanne Elings

*Attorneys for Impossible Foods Inc.*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION**, with each Party reserving all rights, the punitive damages retrial is taken off calendar. The remaining briefing schedule for Impossible LLC's fee application (Dkt. 529) is modified as follows:

1. Impossible Foods shall file its Opposition on or before October 9, 2026.
2. Impossible LLC shall file its Reply on or before October 19, 2026.

**IT IS SO ORDERED**.

Dated: _______________, 2026

________________________________
Honorable Beth Labson Freeman
United States District Court Judge