# EXHIBIT 2

| Task Category | Weslow, David | Kosak, Adrienne | Showalter, Michael | Johnson, Tom | Turner, William | Lynch-Draper, Victoria | Total (All Timekeepers) |
|---|---|---|---|---|---|---|---|
| (Average Billing Rate) | $665.00/hr | $475.83/hr | $595.00/hr | $856.67/hr | $595.00/hr | $495.00/hr | |
| Initial Pleadings and Pre-Complaint Investigation | 2.4 | 5.2 | – | – | – | – | **13.6** |
| Motion for Pro Hac Vice, D. Weslow and A. Kosak | – | 0.2 | – | – | – | – | **0.2** |
| Case Management Statement/Conference | 1.0 | 4.3 | – | – | – | – | **6.2** |
| Motion to Dismiss Original Complaint for Lack of Personal Jurisdiction | 8.5 | 70.2 | – | – | – | – | **80.2** |
| Motion for Leave to Pursue Jurisdictional Discovery | 3.0 | 38.9 | – | – | – | – | **41.9** |
| Ninth Circuit Administrative Tasks | – | 0.6 | – | – | – | – | **1.1** |
| Ninth Circuit Answering Brief | 5.8 | 55.5 | – | 23.2 | – | – | **94.4** |
| Ninth Circuit Oral Argument | – | 4.0 | – | 44.1 | – | – | **51.8** |
| Motion for Extension of Time to File Rehearing Petition | 0.5 | – | 3.8 | – | – | – | **6.3** |
| Petition for Rehearing En Banc | – | 2.7 | 66.2 | 11.3 | – | – | **88.0** |
| Motion to Stay Mandate | – | – | 18.3 | 1.1 | – | – | **22.4** |
| SCOTUS Cert Petition | 0.5 | 1.5 | 166.5 | 7.3 | 13.2 | – | **200.5** |
| Second Case Management Statement/Conference | 0.5 | 4.6 | – | – | – | – | **5.1** |
| Amended Pleadings | 3.8 | 30.9 | – | – | – | 10.1 | **45.5** |
| Discovery | 17.7 | 319.4 | – | – | – | – | **429.8** |
| Motion to Amend Amended Complaint | 1.1 | 20.4 | – | – | – | – | **22.5** |
| Request for Extension of Time | – | 1.9 | – | – | – | – | **1.9** |
| Motion for Sanctions | – | 19.2 | – | – | – | – | **19.2** |
| Motion to Strike | 0.5 | 4.9 | – | – | – | – | **5.4** |
| Motion to Compel | – | 4.3 | – | – | – | – | **4.3** |
| Motion to Seal | 0.7 | 3.1 | – | – | – | – | **3.8** |
| Motion to Amend Counterclaims | 1.8 | 22.6 | – | – | – | – | **24.4** |
| Motion to Amend Second Amended Complaint | – | 2.7 | – | – | – | – | **2.7** |
| Motion for Summary Judgment | – | 3.2 | – | – | – | – | **3.2** |
| Motion for Permanent Injunction/Post-Trial Relief | 0.8 | 1.4 | – | – | – | – | **2.2** |
| Settlement Efforts | 31.7 | 61.8 | – | – | – | – | **93.5** |
| Client Communication | 15.4 | 16.7 | – | 0.9 | – | – | **33.0** |
| Communication with Co-counsel | 0.9 | 6.7 | – | – | – | – | **12.4** |
| Communication with Opposing Counsel | 0.7 | 6.7 | – | – | – | – | **7.4** |
| General Advice | 1.5 | – | – | 1.0 | – | – | **3.3** |
| Internal Case/Docket Management | – | – | – | – | – | – | **5.9** |
| USPTO Filings, Prosecution/Maintenance of Impossible Marks Asserted in Trademark Infringement Claims | – | 7.4 | – | – | – | – | **7.4** |
| USPTO Filings, Activities to the TTAB in Opposition Proceeding Giving Rise to IFI's Declaratory Judgment Claim and Cancellation Proceeding Brought by IFI | 3.3 | 31.8 | – | – | – | – | **35.1** |
| **Total Hours** | **102.1** | **752.8** | **254.8** | **88.9** | **13.2** | **10.1** | **1,374.6** |
| **Total Fees** | **$67,896.50** | **$358,204.82** | **$151,606.00** | **$76,157.96** | **$7,854.00** | **$4,999.50** | **$710,065.29** |

| Task Category | Meltzer, Ari | Weinstein, Corey | Evans, Claire | Conway, Michael | Nadeem, Hafsa | Nazaire, Jasmine J. | Total (All Timekeepers) |
|---|---|---|---|---|---|---|---|
| (Average Billing Rate) | $560.00/hr | $425.00/hr | $845.00/hr | $265.00/hr | $215.00/hr | $235.00/hr | |
| Initial Pleadings and Pre-Complaint Investigation | 6.0 | – | – | – | – | – | **13.6** |
| Motion for Pro Hac Vice, D. Weslow and A. Kosak | – | – | – | – | – | – | **0.2** |
| Case Management Statement/Conference | – | – | – | – | – | 0.9 | **6.2** |
| Motion to Dismiss Original Complaint for Lack of Personal Jurisdiction | 1.5 | – | – | – | – | – | **80.2** |
| Motion for Leave to Pursue Jurisdictional Discovery | – | – | – | – | – | – | **41.9** |
| Ninth Circuit Administrative Tasks | – | – | – | – | – | – | **1.1** |
| Ninth Circuit Answering Brief | – | – | 2.2 | – | – | 7.1 | **94.4** |
| Ninth Circuit Oral Argument | – | – | – | – | – | 3.7 | **51.8** |
| Motion for Extension of Time to File Rehearing Petition | – | – | – | – | – | – | **6.3** |
| Petition for Rehearing En Banc | – | – | – | – | 7.8 | – | **88.0** |
| Motion to Stay Mandate | – | – | – | – | 3.0 | – | **22.4** |
| SCOTUS Cert Petition | – | – | – | – | 11.5 | – | **200.5** |
| Second Case Management Statement/Conference | – | – | – | – | – | – | **5.1** |
| Amended Pleadings | – | – | – | – | – | – | **45.5** |
| Discovery | – | 3.4 | – | 76.5 | – | – | **429.8** |
| Motion to Amend Amended Complaint | – | – | – | – | – | – | **22.5** |
| Request for Extension of Time | – | – | – | – | – | – | **1.9** |
| Motion for Sanctions | – | – | – | – | – | – | **19.2** |
| Motion to Strike | – | – | – | – | – | – | **5.4** |
| Motion to Compel | – | – | – | – | – | – | **4.3** |
| Motion to Seal | – | – | – | – | – | – | **3.8** |
| Motion to Amend Counterclaims | – | – | – | – | – | – | **24.4** |
| Motion to Amend Second Amended Complaint | – | – | – | – | – | – | **2.7** |
| Motion for Summary Judgment | – | – | – | – | – | – | **3.2** |
| Motion for Permanent Injunction/Post-Trial Relief | – | – | – | – | – | – | **2.2** |
| Settlement Efforts | – | – | – | – | – | – | **93.5** |
| Client Communication | – | – | – | – | – | – | **33.0** |
| Communication with Co-counsel | – | – | – | – | – | – | **12.4** |
| Communication with Opposing Counsel | – | – | – | – | – | – | **7.4** |
| General Advice | 0.8 | – | – | – | – | – | **3.3** |
| Internal Case/Docket Management | – | – | – | – | 1.5 | 0.1 | **5.9** |
| USPTO Filings, Prosecution/Maintenance of Impossible Marks Asserted in Trademark Infringement Claims | – | – | – | – | – | – | **7.4** |
| USPTO Filings, Activities to the TTAB in Opposition Proceeding Giving Rise to IFI's Declaratory Judgment Claim and Cancellation Proceeding Brought by IFI | – | – | – | – | – | – | **35.1** |
| **Total Hours** | **8.3** | **3.4** | **2.2** | **76.5** | **23.8** | **11.8** | **1,374.6** |
| **Total Fees** | **$4,648.00** | **$1,445.00** | **$1,859.00** | **$20,272.50** | **$5,117.00** | **$2,773.00** | **$710,065.29** |

| Task Category | Xue, Maryann | Patterson, Elisabeth | Young, Aidan | McElhaney, Quinton | Hauza, Stacie | Omosa, Stacy | Total (All Timekeepers) |
|---|---|---|---|---|---|---|---|
| (Average Billing Rate) | $265.00/hr | $265.00/hr | $265.00/hr | $335.00/hr | $265.00/hr | $265.00/hr | |
| Initial Pleadings and Pre-Complaint Investigation | – | – | – | – | – | – | **13.6** |
| Motion for Pro Hac Vice, D. Weslow and A. Kosak | – | – | – | – | – | – | **0.2** |
| Case Management Statement/Conference | – | – | – | – | – | – | **6.2** |
| Motion to Dismiss Original Complaint for Lack of Personal Jurisdiction | – | – | – | – | – | – | **80.2** |
| Motion for Leave to Pursue Jurisdictional Discovery | – | – | – | – | – | – | **41.9** |
| Ninth Circuit Administrative Tasks | – | – | – | – | – | – | **1.1** |
| Ninth Circuit Answering Brief | – | – | – | 0.6 | – | – | **94.4** |
| Ninth Circuit Oral Argument | – | – | – | – | – | – | **51.8** |
| Motion for Extension of Time to File Rehearing Petition | 1.0 | – | – | – | – | 1.0 | **6.3** |
| Petition for Rehearing En Banc | – | – | – | – | – | – | **88.0** |
| Motion to Stay Mandate | – | – | – | – | – | – | **22.4** |
| SCOTUS Cert Petition | – | – | – | – | – | – | **200.5** |
| Second Case Management Statement/Conference | – | – | – | – | – | – | **5.1** |
| Amended Pleadings | – | – | – | – | – | – | **45.5** |
| Discovery | 1.4 | 1.6 | 3.9 | 2.6 | 2.4 | – | **429.8** |
| Motion to Amend Amended Complaint | – | – | – | – | – | 1.0 | **22.5** |
| Request for Extension of Time | – | – | – | – | – | – | **1.9** |
| Motion for Sanctions | – | – | – | – | – | – | **19.2** |
| Motion to Strike | – | – | – | – | – | – | **5.4** |
| Motion to Compel | – | – | – | – | – | – | **4.3** |
| Motion to Seal | – | – | – | – | – | – | **3.8** |
| Motion to Amend Counterclaims | – | – | – | – | – | – | **24.4** |
| Motion to Amend Second Amended Complaint | – | – | – | – | – | – | **2.7** |
| Motion for Summary Judgment | – | – | – | – | – | – | **3.2** |
| Motion for Permanent Injunction/Post-Trial Relief | – | – | – | – | – | – | **2.2** |
| Settlement Efforts | – | – | – | – | – | – | **93.5** |
| Client Communication | – | – | – | – | – | – | **33.0** |
| Communication with Co-counsel | 4.8 | – | – | – | – | – | **12.4** |
| Communication with Opposing Counsel | – | – | – | – | – | – | **7.4** |
| General Advice | – | – | – | – | – | – | **3.3** |
| Internal Case/Docket Management | – | 2.5 | – | – | – | – | **5.9** |
| USPTO Filings, Prosecution/Maintenance of Impossible Marks Asserted in Trademark Infringement Claims | – | – | – | – | – | – | **7.4** |
| USPTO Filings, Activities to the TTAB in Opposition Proceeding Giving Rise to IFI's Declaratory Judgment Claim and Cancellation Proceeding Brought by IFI | – | – | – | – | – | – | **35.1** |
| **Total Hours** | **7.2** | **4.1** | **3.9** | **3.2** | **2.4** | **2.0** | **1,374.6** |
| **Total Fees** | **$1,908.00** | **$1,086.50** | **$1,033.50** | **$1,072.00** | **$636.00** | **$530.00** | **$710,065.29** |

| **Task Category** | **Lucas, Ryan** | **Manathara, Ritika** | **Rawlson, Hope** | **Paueksakon, Chow** | **McBane, Alana** | **Total (All Timekeepers)** |
|---|---|---|---|---|---|---|
| (Average Billing Rate) | $240.00/hr | $265.00/hr | $265.00/hr | $265.00/hr | $220.00/hr | |
| Initial Pleadings and Pre-Complaint Investigation | – | – | – | – | – | **13.6** |
| Motion for Pro Hac Vice, D. Weslow and A. Kosak | – | – | – | – | – | **0.2** |
| Case Management Statement/Conference | – | – | – | – | – | **6.2** |
| Motion to Dismiss Original Complaint for Lack of Personal Jurisdiction | – | – | – | – | – | **80.2** |
| Motion for Leave to Pursue Jurisdictional Discovery | – | – | – | – | – | **41.9** |
| Ninth Circuit Administrative Tasks | – | – | – | – | 0.5 | **1.1** |
| Ninth Circuit Answering Brief | – | – | – | – | – | **94.4** |
| Ninth Circuit Oral Argument | – | – | – | – | – | **51.8** |
| Motion for Extension of Time to File Rehearing Petition | – | – | – | – | – | **6.3** |
| Petition for Rehearing En Banc | – | – | – | – | – | **88.0** |
| Motion to Stay Mandate | – | – | – | – | – | **22.4** |
| SCOTUS Cert Petition | – | – | – | – | – | **200.5** |
| Second Case Management Statement/Conference | – | – | – | – | – | **5.1** |
| Amended Pleadings | – | 0.7 | – | – | – | **45.5** |
| Discovery | – | – | 0.6 | 0.3 | – | **429.8** |
| Motion to Amend Amended Complaint | – | – | – | – | – | **22.5** |
| Request for Extension of Time | – | – | – | – | – | **1.9** |
| Motion for Sanctions | – | – | – | – | – | **19.2** |
| Motion to Strike | – | – | – | – | – | **5.4** |
| Motion to Compel | – | – | – | – | – | **4.3** |
| Motion to Seal | – | – | – | – | – | **3.8** |
| Motion to Amend Counterclaims | – | – | – | – | – | **24.4** |
| Motion to Amend Second Amended Complaint | – | – | – | – | – | **2.7** |
| Motion for Summary Judgment | – | – | – | – | – | **3.2** |
| Motion for Permanent Injunction/Post-Trial Relief | – | – | – | – | – | **2.2** |
| Settlement Efforts | – | – | – | – | – | **93.5** |
| Client Communication | – | – | – | – | – | **33.0** |
| Communication with Co-counsel | – | – | – | – | – | **12.4** |
| Communication with Opposing Counsel | – | – | – | – | – | **7.4** |
| General Advice | – | – | – | – | – | **3.3** |
| Internal Case/Docket Management | 1.8 | – | – | – | – | **5.9** |
| USPTO Filings, Prosecution/Maintenance of Impossible Marks Asserted in Trademark Infringement Claims | – | – | – | – | – | **7.4** |
| USPTO Filings, Activities to the TTAB in Opposition Proceeding Giving Rise to IFI's Declaratory Judgment Claim and Cancellation Proceeding Brought by IFI | – | – | – | – | – | **35.1** |
| **Total Hours** | **1.8** | **0.7** | **0.6** | **0.3** | **0.5** | **1,374.6** |
| **Total Fees** | **$432.00** | **$185.50** | **$159.00** | **$79.50** | **$110.00** | **$710,065.29** |