G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

TEAL LUTHY MILLER (*pro hac vice*)
tealmiller@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

DAVIS WRIGHT TREMAINE LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br>Plaintiff/Counter-Defendant,<br>v.<br>IMPOSSIBLE LLC,<br>Defendant/Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF<br><br>**PLAINTIFF/COUNTER-DEFENDANT IMPOSSIBLE FOODS INC.'S NOTICE OF APPEAL**<br><br>Judge: Hon. Beth Labson Freeman<br><br>Complaint Filed: April 2, 2021<br>Amended Judgment Entered: September 22, 2026 |

DAVIS WRIGHT TREMAINE LLP

**NOTICE OF APPEAL**

Plaintiff/Counter-Defendant Impossible Foods Inc. appeals to the United States Court of Appeals for the Ninth Circuit from the Amended Judgment entered on September 22, 2026 (ECF No. 552), and from all orders and rulings that merge into that judgment.

In compliance with Ninth Circuit Rule 3-2(b), attached hereto is a Representation Statement that identifies all parties to the action with the names, addresses, telephone numbers, and e-mail addresses of their respective counsel.

Dated: October 8, 2026

Respectfully submitted,

/s/ *G. Roxanne Elings*

G. Roxanne Elings (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: roxanneelings@dwt.com

*Attorneys for Plaintiff/Counter-Defendant Impossible Foods Inc.*

DAVIS WRIGHT TREMAINE LLP

**REPRESENTATION STATEMENT**

Counsel for Plaintiff/Counter-Defendant-Appellant Impossible Foods Inc.:

G. Roxanne Elings (*pro hac vice*)
Raphael Holoszyc-Pimentel (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor,
New York, NY 10020
Telephone: (212) 489-8230
roxanneelings@dwt.com
rhp@dwt.com

Teal Luthy Miller (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
tealmiller@dwt.com

Sarah E. Burns
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
sarahburns@dwt.com

Counsel for Defendant/Counter-Plaintiff-Appellee Impossible LLC:

Adam S. Cashman
cashman@braunhagey.com
J. Noah Hagey
hagey@braunhagey.com
Greg Washington
gwashington@braunhagey.com
J. Tobias Rowe
rowe@braunhagey.com
Oliver McNicholas
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice*)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403