# EXHIBIT 1

| Task | Adam Cashman | J. Tobias Rowe | Marissa Benavides | Gregory Washington | Oliver McNicholas | Faith Barksdale | Tushita Saraf | Cameron Baker | Riya Tapadiya | Wooju Chong | Tristyn Thomas | Selin Surdum | Jonas N Hagey | TOTAL TIME | Total Pre-SJ: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *(Billing Rate)* | $618.00 | $618.00 | $618.00 | $488.00 | $488.00 | $488.00 | $488.00 | $289.42 | $239.96 | $234.10 | $230.34 | $230.63 | $618.00 | | (4,645.4) |
| Discovery | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Settlement Efforts | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Pretrial & Trial | 430.8 | 292.0 | 417.2 | 444.7 | 374.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1,958.9 | |
| Complaint, Answer & Pre-Complaint Investigation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Discovery Motions - Joint Letter Briefs & Related Disputes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Impossible LLC's Motion to Amend Case Schedule and Counterclaims | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Opposition to Impossible Foods' Motion for Leave to Amend Complaint (Third Amended Complaint) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Opposition to Impossible Foods' Motion to Strike Affirmative Defenses | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Opposition to Impossible Foods' Motion for Relief from Magistrate Discovery Order | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Opposition to Impossible Foods' Motion to Modify Scheduling Order | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Impossible Foods' Motion to Reopen Fact Discovery (Resolved by Stipulation) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Impossible LLC's Motion for Rule 11 Sanctions (Stricken) and Related Motion-to-Strike Practice | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Impossible LLC's Motion for Partial Summary Judgment | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Opposition to Impossible Foods' Motion for Partial Summary Judgment | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Impossible LLC's Motions in Limine | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Opposition to Impossible Foods' Motions in Limine | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Impossible LLC's Rule 50(a) Motion for Judgment as a Matter of Law (Denied as Untimely) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Opposition to Impossible Foods' Brief Regarding Laches | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Opposition to Impossible Foods' Renewed Motion for JMOL (Rule 50(b)) and Motion for New Trial | 19.5 | 77.5 | 12.5 | 27.0 | 18.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 155.0 | |
| Impossible LLC's Motion for Permanent Injunction and Other Post-Trial Relief | 7.3 | 50.0 | 15.1 | 12.4 | 6.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 91.3 | |
| Fee Petition & Costs Preparation | 30.9 | 58.5 | 38.1 | 12.1 | 31.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 171.3 | |
| Client Communication | 76.1 | 1.3 | 9.1 | 23.3 | 0.0 | 15.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 125.5 | |
| Miscellaneous (Case File Review) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Miscellaneous (Strategic Factual & Legal Research) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Miscellaneous (Case File Management) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Miscellaneous (Internal Team Communication & Strategy) | 106.0 | 87.5 | 93.2 | 92.1 | 34.8 | 27.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 441.3 | |
| Miscellaneous (Witness & Third-Party Investigation) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| **Total Hours** | **670.6** | **566.8** | **585.2** | **611.6** | **465.8** | **43.4** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **2,943.3** | |
| Total Fees | $414,430.80 | $350,251.50 | $361,653.60 | $298,460.80 | $227,286.00 | $21,179.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,673,261.90 | |

**Discounts:**

| | | |
|---|---|---|
| **IF's Fraud Defense & ILLC's Claims** | **-35%** | **$ (585,641.67)** |
| **USPTO, Contempt & Segregation** | **-1%** | **$ (16,732.62)** |
| **Block-Billed & Vague** | **-29%** | **$ (485,245.95)** |
| **Discounted Total Fees:** | | **$ 585,641.67** |