# EXHIBIT 2

| Task Category | Weslow, David | Kosak, Adrienne | Showalter, Michael | Johnson, Tom | Turner, William | Lynch-Draper, Victoria | Meltzer, Ari | Weinstein, Corey | Evans, Claire | Conway, Michael | Nadeem, Hafsa | Nazaire, Jasmine J. | Xue, Maryann | Patterson, Elisabeth | Young, Aidan | McElhaney, Quinton | Hauza, Stacie | Omosa, Stacy | Lucas, Ryan | Manathara, Ritika | Rawlson, Hope | Paueksakon, Chow | McBane, Alana | Total (All Timekeepers) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Average Billing Rate) | $665.00 | $475.83 | $595.00 | $856.67 | $595.00 | $495.00 | $560.00 | $425.00 | $845.00 | $265.00 | $215.00 | $235.00 | $265.00 | $265.00 | $265.00 | $335.00 | $265.00 | $265.00 | $240.00 | $265.00 | $265.00 | $265.00 | $220.00 | | |
| Initial Pleadings and Pre-Complaint Investigation | 0.0 | 0.0 | – | – | – | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Motion for Pro Hac Vice, D. Weslow and A. Kosak | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Case Management Statement/Conference | 0.0 | 0.0 | – | – | – | – | – | – | – | – | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | 0.0 | Total PJ: |
| Motion to Dismiss Original Complaint for Lack of Personal Jurisdiction | 0.0 | 0.0 | – | – | – | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Motion for Leave to Pursue Jurisdictional Discovery | 0.0 | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Ninth Circuit Administrative Tasks | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | 0.0 | |
| Ninth Circuit Answering Brief | 0.0 | 0.0 | – | 0.0 | – | – | – | – | 0.0 | – | – | 0.0 | – | – | – | 0.0 | – | – | – | – | – | – | – | 0.0 | (586.6) |
| Ninth Circuit Oral Argument | – | 0.0 | – | 0.0 | – | – | – | – | – | – | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Motion for Extension of Time to File Rehearing Petition | 0.0 | – | 0.0 | – | – | – | – | – | – | – | – | – | 0.0 | – | – | – | – | 0.0 | – | – | – | – | – | 0.0 | |
| Petition for Rehearing En Banc | – | 0.0 | 0.0 | 0.0 | – | – | – | – | – | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Motion to Stay Mandate | – | – | 0.0 | 0.0 | – | – | – | – | – | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| SCOTUS Cert Petition | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | – | – | – | – | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Second Case Management Statement/Conference | 0.0 | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Amended Pleadings | 0.0 | 0.0 | – | – | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | – | – | – | 0.0 | |
| Discovery | 0.0 | 0.0 | – | – | – | – | – | 0.0 | – | 0.0 | – | – | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | – | – | – | 0.0 | 0.0 | – | 0.0 | |
| Motion to Amend Amended Complaint | 0.0 | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | – | – | – | – | – | 0.0 | |
| Request for Extension of Time | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Motion for Sanctions | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Motion to Strike | 0.0 | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Motion to Compel | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Motion to Seal | 0.0 | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Motion to Amend Counterclaims | 0.0 | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Motion to Amend Second Amended Complaint | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Motion for Summary Judgment | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Motion for Permanent Injunction/Post-Trial Relief | 0.0 | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Settlement Efforts | 0.0 | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Client Communication | 0.0 | 0.0 | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Communication with Co-counsel | 0.0 | 0.0 | – | – | – | – | – | – | – | – | – | – | 0.0 | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Communication with Opposing Counsel | 0.0 | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| General Advice | 0.0 | – | – | 0.0 | – | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| Internal Case/Docket Management | – | – | – | – | – | – | – | – | – | – | 0.0 | 0.0 | – | 0.0 | – | – | – | – | 0.0 | – | – | – | – | 0.0 | Total USPTO: |
| USPTO Filings, Prosecution/Maintenance of Impossible Marks Asserted in Trademark Infringement Claims | – | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | |
| USPTO Filings, Activities to the TTAB in Opposition Proceeding Giving Rise to IFI's Declaratory Judgment Claim and Cancellation Proceeding Brought by IFI | 0.0 | 0.0 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 0.0 | (42.5) |
| **Total Hours** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| **Total Fees** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |