# EXHIBIT 3

# Filed under seal