# EXHIBIT 4

# Filed under seal