# EXHIBIT 6

New York State
Unified Court System

Menu Contact Us

ATTORNEY ONLINE SERVICES
Attorney Directory

# Attorney Information

## Attorney Detail Report

*as of 10/06/2026*

**Registration Number:** 6240865

**Name:** TUSHITA SARAF

**Business Name:** BRAUNHAGEY & BORDEN LLP

**Business Address:** 118 W 22ND ST FL 12
NEW YORK, NY 10011-2416
(New York County)

**Business Phone:** (917) 634-0207

**Email:** TS4583@NYU.EDU

**Date Admitted:** 06/23/2025

**Appellate Division Department of Admission:** 1st

**Law School:** New York University School of Law

**Registration Status:** Currently registered

**Next Registration:** Oct 2027

## Disciplinary History

*No record of discipline*

### Disclaimer

The **Detail Report** above contains information that has been provided by the attorney listed, except REGISTRATION STATUS, which is generated from the Office of Court Administration's

database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.

New York State
Unified Court System
**Attorney Online Services**
**Attorney Directory**

**Search**

- Attorney
- Legal Consultant
- In-House Counsel

**Resources**

- Attorney Registration
- Legal Consultant Registration
- In-House Counsel Registration
- eCourts Home
- Resources
- Contact Us
- Terms of Use