G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

TEAL LUTHY MILLER (*pro hac vice*)
tealmiller@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>IMPOSSIBLE LLC,<br><br>Defendant/Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF<br><br>**IMPOSSIBLE FOODS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Beth L. Freeman |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Impossible Foods Inc. ("IF") hereby brings this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with IF's concurrently filed Opposition to Impossible LLC's ("ILLC") Motion for an Award of Attorneys' Fees and Litigation Expenses ("Opposition"). Certain exhibits referenced in IF's Opposition contain information that ILLC previously filed under seal. IF submits this Administrative Motion to afford ILLC the opportunity to file a response in support of continued sealing of this material should ILLC deem it necessary in accordance with Civ. L.R. 79-5(f)(3). IF identifies the following as containing information previously sealed by ILLC:

| ECF or Ex. No. | Document | Portion(s) to Seal | Reason(s) |
|---|---|---|---|
| Elings Declaration Exhibit 3 | List of BraunHagey & Borden LLP's time entries, with annotations | Entire document | Filed under seal by ILLC at Dkt. 522-2 |
| Elings Declaration Exhibit 4 | List of Wiley Rein LLP's time entries, with annotations | Entire document | Filed under seal by ILLC at Dkt. 522-3 |

IF respectfully requests that the Court permit these documents to be conditionally filed under seal.

DATED: October 9, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ G. Roxanne Elings*
G. Roxanne Elings

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.