G. ROXANNE ELINGS (*pro hac vice*)
roxanneelings@dwt.com
RAPHAEL HOLOSZYC-PIMENTEL (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

TEAL LUTHY MILLER (*pro hac vice*)
tealmiller@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

SARAH E. BURNS (CA State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff/Counter-Defendant
IMPOSSIBLE FOODS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IMPOSSIBLE FOODS INC.,

Plaintiff/Counter-Defendant,

vs.

IMPOSSIBLE LLC,

Defendant/Counter-Plaintiff.

Case No. 5:21-cv-02419-BLF

**[PROPOSED] ORDER GRANTING IMPOSSIBLE FOODS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Judge: Hon. Beth L. Freeman

This matter comes before the Court on Impossible Foods Inc.'s ("IF") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Civil Local Rules 7-11 and 79-5(f) ("Administrative Motion"), which seeks to provisionally seal certain exhibits filed in connection with IF's Opposition to Impossible LLC's Motion for an Award of Attorneys' Fees and Litigation Expenses filed on October 9, 2026 ("Opposition").

Having considered IF's Administrative Motion, and for the reasons stated therein, the Administrative Motion is **GRANTED** as follows:

The following documents filed in connection with IF's Opposition shall remain sealed:

- Elings Declaration Exhibit 3
- Elings Declaration Exhibit 4

**IT IS SO ORDERED.**

DATED:____________________, 2026. By:__________________________________

Honorable Beth L. Freeman
United States District Judge