# EXHIBIT 1

| **Task** | **Adam Cashman** | **J. Tobias Rowe** | **Marissa Benavides** | **Gregory Washington** | **Oliver McNicholas** | **Riya Tapadiya** | **Tristyn Thomas** | **Selin Surdum** | **TOTAL TIME** |
|---|---|---|---|---|---|---|---|---|---|
| *(Billing Rate)* | $1,600.00 | $1,050.00 | $975.00 | $875.00 | $650.00 | $240.00 | $240.00 | $240.00 | |
| Fee Petition & Costs Preparation** | 16.6 | 85.8 | 10.8 | 19.9 | 32.3 | 14.0 | 11.4 | 0.9 | 191.7 |
| **Total Hours** | **16.6** | **85.8** | **10.8** | **19.9** | **32.3** | **14.0** | **11.4** | **0.9** | **191.7** |
| Total Fees | $ 26,560.00 | $ 90,090.00 | $ 10,530.00 | $ 17,412.50 | $ 20,962.50 | $ 3,360.00 | $ 2,736.00 | $ 216.00 | $ 171,867.00 |

** Category includes: redrafting of Impossible LLC's fee declaration as a motion for attorneys' fees at the Court's direction; opposing Impossible Foods's administrative motion for extension of time to oppose Impossible LLC's motion for attorneys' fees; negotiating a stipulated briefing schedule re same; and preparing Impossible LLC's reply in support of its motion for attorneys' fees.