# EXHIBIT 2

| EntryDate | Timekeeper | Description | Billable Hrs | Rate | Value |
|---|---|---|---|---|---|
| 8/12/2026 | Adam Cashman | Review and revise declarations, exhibits, and other supporting materials in support of fee application; confer with co-counsel and team regarding same. Factual and legal research regarding same. Review and finalize Motion to Seal and Declaration in support of same. | 5.30 | $1,600.00 | $8,480.00 |
| 8/12/2026 | Gregory Washington | Review and edit Cashman declaration in support of motion for fees; review and edit Runyon declaration in support of motion for fees; confer with A. Cashman, M. Benavides, T. Rowe, and O. McNicholas regarding fee petition filing; multiple conferences with J. Runyon regarding fee petition declaration regarding attorneys' fees and costs; confer with A. Cashman and T. Rowe regarding exhibits in support of fee petition filing; draft and edit administrative motion to seal; draft and edit Cashman declaration in support of administrative motion to seal; draft proposed order for administrative motion to seal; multiple conferences with A. Cashman regarding fee petition filing; review and draft internal correspondence; billing entry exhibit; review and draft internal correspondence regarding fee petition; review and edit Weslow declaration and draft internal and co-counsel correspondence regarding the same; lead fee petition filing. | 12.80 | $875.00 | $11,200.00 |
| 8/12/2026 | John T Rowe | Prepare application for attorneys' fees; conduct legal research and analysis re: same. | 11.40 | $1,050.00 | $11,970.00 |
| 8/12/2026 | Marissa Benavides | Finalize fee chart; review and redact individual time entries for attorney-client and work product privilege. | 4.80 | $975.00 | $4,680.00 |
| 8/12/2026 | Oliver McNicholas | Prepare costs filing. | 4.50 | $650.00 | $2,925.00 |
| 8/12/2026 | Riya Tapadiya | Pull information re Wiley attorneys fees; update formatting and naming of various documents; prepare sealing shells; cite check declaration; finalize, file, and serve fee petition and related documents. | 12.20 | $240.00 | $2,928.00 |
| 8/12/2026 | Selin Surdum | Draft admin motion sealing shells for G. Washington. | 0.90 | $240.00 | $216.00 |
| 8/12/2026 | Tristyn Thomas | Circulate zoom meeting for G. Washington, O. McNicholas, and R. Tapadiya; review bill of costs items with team and explain methodology; begin to finalize Weslow declaration; circulate all sealing papers drafts; work on finalizing all documents, assist R. Tapadiya with Cashman declaration; circulate various iterations of excel for exhibit; circulate all finals to team; file with R. Tapadiya; serve sealed documents on opposing counsel (end at 12:30am). | 10.20 | $240.00 | $2,448.00 |
| 8/13/2026 | Riya Tapadiya | Coordinate courtesy copies. | 0.30 | $240.00 | $72.00 |
| 8/13/2026 | Tristyn Thomas | Confirm delivery of courtesy copies; update docket; ensure all deadlines are calendared. | 1.20 | $240.00 | $288.00 |
| 8/30/2026 | Adam Cashman | Review and revise Opposition to Admin Motion to Change Time; confer with M. Benavides regarding same. | 1.40 | $1,600.00 | $2,240.00 |
| 8/30/2026 | Marissa Benavides | Draft and edit opposition to Impossible Foods motion for extension of time to file opposition to motion for attorneys fees. | 1.40 | $975.00 | $1,365.00 |
| 8/31/2026 | Riya Tapadiya | Research courtesy copies; cite check opposition to administrative motion. | 0.20 | $240.00 | $48.00 |
| 9/7/2026 | Gregory Washington | Research case law regarding expert opinions for attorneys' fees request. | 1.90 | $875.00 | $1,662.50 |
| 9/8/2026 | Gregory Washington | Review and draft internal correspondence regarding the use of expert witnesses to support fee application. | 0.20 | $875.00 | $175.00 |
| 9/8/2026 | John T Rowe | Conduct legal research and analysis re: motion for attorneys' fees; coordinate with team re: same. | 1.20 | $1,050.00 | $1,260.00 |
| 9/9/2026 | Gregory Washington | Research case law regarding the use of expert opinions to justify fee awards; review and draft internal correspondence regarding fee awards, supporting evidence, and expert witness testimony in support. | 3.30 | $875.00 | $2,887.50 |
| 9/10/2026 | John T Rowe | Conduct legal research and analysis re: motion for attorneys' fees and strategize re: same. | 0.90 | $1,050.00 | $945.00 |
| 9/14/2026 | Adam Cashman | Factual and legal research regarding Reply ISO Motion for Fees, attention to proportionality issue, potential expert witnesses, and factual bases for opposing same; confer with T. Rowe regarding same. | 0.90 | $1,600.00 | $1,440.00 |
| 9/22/2026 | Gregory Washington | Confer with A. Cashman regarding Wiley Fee exhibits; review and analyze updated Wiley Fee chart and draft internal correspondence regarding the same; review and draft internal correspondence regarding fee petition. | 0.90 | $875.00 | $787.50 |
| 9/22/2026 | Marissa Benavides | Review and approve Wiley revised fee chart for filing. | 0.20 | $975.00 | $195.00 |
| 9/22/2026 | Riya Tapadiya | Re-format Exhibit 2 Fees Chart. | 0.70 | $240.00 | $168.00 |
| 9/24/2026 | Gregory Washington | Review and draft co-counsel and internal correspondence regarding Wiley Fee chart. | 0.40 | $875.00 | $350.00 |
| 9/24/2026 | Riya Tapadiya | File reformatted exhibit for Attorneys Fees motion. | 0.60 | $240.00 | $144.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/29/2026 | Gregory Washington | Review and draft internal correspondence regarding fee petition; review and draft internal correspondence regarding fee expert opinions. | 0.40 | $875.00 | $350.00 |
| 9/29/2026 | John T Rowe | Conduct legal research and analysis re: fee motion and reply arguments; identify potential expert witnesses and follow up re: same. | 5.60 | $1,050.00 | $5,880.00 |
| 9/30/2026 | John T Rowe | Develop reply arguments in support of attorneys' fees; conduct research re: potential expert witnesses and confer with expert witness firm re: same. | 1.80 | $1,050.00 | $1,890.00 |
| 10/5/2026 | John T Rowe | Confer with potential expert witness re: attorneys' fees; conduct legal research and analysis re: motion for attorneys' fees. | 1.80 | $1,050.00 | $1,890.00 |
| 10/5/2026 | Marissa Benavides | Interview potential fees expert in advance of preparing reply in support of motion for attorneys' fees. | 0.50 | $975.00 | $487.50 |
| 10/6/2026 | John T Rowe | Strategize re: Impossible Foods's likely arguments in opposition to motion for attorneys' fees and develop responsive arguments. | 1.50 | $1,050.00 | $1,575.00 |
| 10/7/2026 | John T Rowe | Conduct legal research and analysis re: motion for attorneys' fees; anticipate Impossible Foods's opposition arguments and prepare responses; coordinate with team re: fee expert retention. | 3.90 | $1,050.00 | $4,095.00 |
| 10/7/2026 | Marissa Benavides | Correspond with client re preparations needed for reply in support of motion for attorneys' fees. | 0.10 | $975.00 | $97.50 |
| 10/8/2026 | John T Rowe | Conduct legal research and analysis re: motion for attorneys' fees; anticipate Impossible Foods's opposition arguments and prepare responses. | 2.90 | $1,050.00 | $3,045.00 |
| 10/9/2026 | Adam Cashman | Review and analyze Impossible Foods Opposition to fee application; prepare outline regarding Reply ISO same. | 0.60 | $1,600.00 | $960.00 |
| 10/9/2026 | John T Rowe | Review and analyze Impossible Foods's opposition to motion for attorneys fees; develop responses to arguments; conduct legal research and analysis re: same. | 5.40 | $1,050.00 | $5,670.00 |
| 10/9/2026 | Marissa Benavides | Review and analyze Impossible Foods's opposition to Impossible LLC's motion for attorney fees. | 0.30 | $975.00 | $292.50 |
| 10/10/2026 | Adam Cashman | Review and analyze Impossible Foods Opposition to fee application; prepare outline regarding Reply ISO same, teleconference with drafting and research team regarding same. | 0.80 | $1,600.00 | $1,280.00 |
| 10/10/2026 | John T Rowe | Outline responses to Impossible Foods's arguments in opposition to motion for attorneys' fees. | 1.70 | $1,050.00 | $1,785.00 |
| 10/10/2026 | Marissa Benavides | Strategize with A. Cashman and T. Rowe re reply arguments in response to Impossible Foods's opposition to Impossible LLC's motion for attorney fees. | 0.70 | $975.00 | $682.50 |
| 10/11/2026 | John T Rowe | Outline responses to Impossible Foods's arguments in opposition to motion for attorneys' fees; conduct legal research and analysis re: same. | 3.30 | $1,050.00 | $3,465.00 |
| 10/11/2026 | Marissa Benavides | Draft and assign priority legal research questions for reply brief. | 0.20 | $975.00 | $195.00 |
| 10/12/2026 | Adam Cashman | Review and analyze legal research regarding proportionality of fees to award and IF's argument regarding same. | 0.60 | $1,600.00 | $960.00 |
| 10/12/2026 | John T Rowe | Review and analyze authorities cited in Impossible Foods's opposition to motion for attorneys' fees; develop responses and identify contrary authorities. | 3.20 | $1,050.00 | $3,360.00 |
| 10/12/2026 | Oliver McNicholas | Research law on fees and apportionment. | 4.00 | $650.00 | $2,600.00 |
| 10/13/2026 | John T Rowe | Conduct legal research and analysis re: reply in support of motion for attorneys' fees; analyze Impossible Foods's case law and develop responses; further develop reply outline; confer with O. McNicholas to develop reply arguments and coordinate further legal research. | 4.50 | $1,050.00 | $4,725.00 |
| 10/13/2026 | Oliver McNicholas | Research fees and apportionment. | 9.75 | $650.00 | $6,337.50 |
| 10/14/2026 | Adam Cashman | Review and revise Reply in further support of Request for Attorneys Fees, factual research regarding same, confer with T. Rowe regarding same. | 1.30 | $1,600.00 | $2,080.00 |
| 10/14/2026 | John T Rowe | Draft reply in support of motion for attorneys' fees, including sections on apportionment and related issues; communicate with O. McNicholas regarding legal research findings; conduct further legal research and analysis in support of brief. | 7.40 | $1,050.00 | $7,770.00 |
| 10/14/2026 | Marissa Benavides | Strategize with A. Cashman re fee reduction. | 0.20 | $975.00 | $195.00 |
| 10/14/2026 | Oliver McNicholas | Research reasonableness of fees and apportionment. | 10.00 | $650.00 | $6,500.00 |
| 10/15/2026 | John T Rowe | Draft reply in support of motion for attorneys' fees, including sections on apportionment and reasonable hours; circulate draft to team and revise further; communicate with O. McNicholas regarding legal research findings; conduct further legal research and analysis in support of brief. | 8.20 | $1,050.00 | $8,610.00 |
| 10/15/2026 | Oliver McNicholas | Research law on fees; review fees Reply. | 1.50 | $650.00 | $975.00 |
| 10/16/2026 | Adam Cashman | Review and revise Reply ISO Motion for Attorneys Fees and Costs. Factual research regarding same, review and analyze IF's Opposition and supporting declarations regarding same. | 2.70 | $1,600.00 | $4,320.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/16/2026 | John T Rowe | Draft reply in support of motion for attorneys' fees, including sections on reasonable hours, rates, and expenses; communicate with O. McNicholas regarding legal research findings; conduct further legal research and analysis in support of brief; revise brief and re-circulate to team. | 8.50 | $1,050.00 | $8,925.00 |
| 10/16/2026 | Marissa Benavides | Review and approve team time entries on work in support of fee motion since 8/12/26 for inclusion in reply in support of fee motion. | 1.00 | $975.00 | $975.00 |
| 10/16/2026 | Oliver McNicholas | Research case law for fees Reply. | 2.50 | $650.00 | $1,625.00 |
| 10/17/2026 | Adam Cashman | Review and revise Reply ISO fee petition, factual research regarding same. Review and revise supplemental Declaration ISO same, factual research regarding same. | 1.40 | $1,600.00 | $2,240.00 |
| 10/17/2026 | John T Rowe | Revise reply in support of motion for attorneys fees; conduct legal research and analysis re: same. | 4.20 | $1,050.00 | $4,410.00 |
| 10/18/2026 | Adam Cashman | Review and revise Reply ISO fee petition, factual research regarding same. Review and revise supplemental Declaration ISO same, factual research regarding same. | 1.60 | $1,600.00 | $2,560.00 |
| 10/18/2026 | John T Rowe | Revise reply in support of motion for attorneys fees; conduct legal research and analysis re: same; prepare supporting declaration. | 8.40 | $1,050.00 | $8,820.00 |
| 10/18/2026 | Marissa Benavides | Edit reply brief in support of fee motion; review fee entries to which Impossible Foods objects and identify entries where Impossible LLC does not dispute removal from the total. | 1.40 | $975.00 | $1,365.00 |