# EXHIBIT 3

| Entry Date | Timekeeper | Description | Hours Billed | Rate | Value |
|---|---|---|---|---|---|
| 2025-02-07 | Adam Cashman | Review and analyze second amended counterclaims and IFI's second amended complaint regarding A/C Priv. ; meeting with R. Palmatier regarding A/C Priv. ; confer with F. Barksdale and G. Washington regarding amendment of interrogatory responses and initial disclosures; factual research regarding same; review and analyze research regarding fraud and abandonment claims; emails with team regarding same. | 3.8 | 1300 | 4940 |
| 2025-02-28 | Jonas N Hagey | Services month ended February 2025: Draft and revise opposition to motion to amend; confer with client re. strategy; draft and revise correspondence to IFI; discussions with marketing expert Palmatier; analyze A/C Priv. ; analyze court orders re. amendment. | 8.5 | 1800 | 15300 |
| 2025-03-02 | Adam Cashman | Review and analyze A/C Priv. ; factual research regarding same; review and analyze email from opposing counsel regarding open discovery issues; teleconference with G. Washington regarding same; review and revise correspondence in response to IFI; factual research regarding same. | 2.4 | 1300 | 3120 |
| 2025-03-03 | Adam Cashman | Review and analyze correspondence from IFI regarding document search and collection procedures; review and analyze Rule 30b6 notice of deposition on Impossible; confer with G. Washington regarding A/C Priv. , motion to compel further document production, review and analysis of IFI's production, and subpoenas and depo notices to IFI witnesses; review and revise cover letter to third party witnesses; review and revise draft supplemental interrogatory responses. | 3.4 | 1300 | 4420 |
| 2025-03-03 | Selin Surdum | A/C Priv. ; zoom call with T. Saraf to discuss. | 4.5 | 220 | 990 |
| 2025-03-04 | Adam Cashman | Meet and confer with expert A/C Priv. ; factual research regarding same; review and analyze Order granting motion for leave to amend; emails with client regarding same; factual research regarding A/C Priv. ; meet with G. Washington regarding ongoing discovery tasks, attention to supplementation of interrogatories, further document requests, IFI's document collection efforts, and scheduling of depositions; emails with opposing counsel regarding service of subpoenas; confer with N. Hagey regarding case strategy. | 4.6 | 1300 | 5980 |

| | | | | | |
|---|---|---|---|---|---|
| 2025-03-04 | Faith Barksdale | Editing amended interrogatory responses; correspondence with client about amended interrogatory responses; meeting with expert A/C Priv. ; reviewing correspondence by T. Saraf. | 3.9 | 725 | 2827.5 |
| 2025-03-05 | Adam Cashman | Review and revise supplemental interrogatory responses; factual research regarding same; prepare for and conduct teleconference with A. Kosak regarding document review and production issues; prepare for and meet with expert to discuss A/C Priv. ; factual research regarding same; teleconference with client regarding case strategy, attention to discovery issues, remedies sought by new IFI claims, A/C Priv. ; review and revise correspondence with opposing counsel regarding deposition scheduling, document collection issues, and MTC further discovery. | 5.1 | 1300 | 6630 |
| 2025-03-05 | Gregory Washington | Review and analyze search terms and custodial information; review and analyze notice of 30(b)(6) deposition; confer with expert regarding A/C Priv. ; review and analyze Judge Freeman's standing orders for depositions; confer with A. Kosak, A. Cashman, T. Saraf, and F. Barksdale regarding document collection, document production, and case strategy; confer with R. Palmatier and A. Cashman regarding A/C Priv. draft and edit correspondence regarding IFI's document search, collection, and production deficiencies; draft and edit task list; review and draft internal correspondence regarding IFI's product offerings; review IFI October 2013 search report; review and draft internal correspondence regarding amended interrogatory responses; review and draft internal correspondence regarding A/C Priv. . | 7 | 800 | 5600 |
| 2025-03-06 | John T Rowe | Review and analyze A/C Priv. ; follow-up re: same. | 1.5 | 975 | 1462.5 |
| 2025-03-06 | Adam Cashman | Review and revise correspondence with IFI counsel regarding document search protocols and search terms; confer with G. Washington regarding same; teleconference with client regarding case status, attention to document collection and production, status of discovery and depositions, A/C Priv. , and amendment of pleadings; teleconference with T. Rowe regarding A/C Priv. . | 3.6 | 1300 | 4680 |
| 2025-03-12 | John T Rowe | Review A/C Priv. ; review pleadings and strategize re: affirmative defenses. | 2.4 | 975 | 2340 |
| 2025-03-14 | John T Rowe | Review A/C Priv. ; conduct research and analysis re: A/C Priv. . | 1.5 | 975 | 1462.5 |

| | | | | | |
|---|---|---|---|---|---|
| 2025-03-17 | Adam Cashman | Review and analyze IFI documents and pleadings in preparation for depositions; review and revise emails with opposing counsel regarding request for sanctions and motion to compel; confer with N. Hagey regarding A/C Priv. ; review and analyze IFI pleading regarding fraud in procurement and abandonment; confer with G. Washington regarding deposition scheduling; emails with expert regarding A/C Priv. ; emails with client regarding document collection and production. | 4.2 | 1300 | 5460 |
| 2025-03-18 | John T Rowe | Review and assess A/C Priv. ; review meet-and-confer history and background materials re: discovery disputes; follow-up with team re: same. | 1.9 | 975 | 1852.5 |
| 2025-03-19 | Adam Cashman | Review and revise opposition to motion for sanctions; factual and legal research regarding same; confer with client regarding A/C Priv. ; meet with expert regarding A/C Priv. ; factual research regarding information pertaining to instances of actual confusion; review and revise stipulation and order regarding response to TAC; review and revise deposition notices and subpoenas for IFI's witnesses. | 6.8 | 1300 | 8840 |
| 2025-03-19 | Gregory Washington | Confer with R. Palmatiere regarding A/C Priv. ; confer with client regarding litigation and settlement strategy; confer with N. Hagey and A. Cashman regarding litigation strategy; research public statements and reporting of Impossible Foods valuation; research case law regarding discovery sanctions; review and draft; review and draft internal and opposing counsel correspondence regarding examples of customer confusion; review and draft opposing counsel correspondence regarding depositions; review and draft expert correspondence regarding A/C Priv. ; review and draft expert correspondence regarding A/C Priv. ; review and draft opposing counsel correspondence regarding interrogatory response; review Impossible Foods's motion to compel further response to Amended Interrogatory No. 10; review and draft internal correspondence regarding exhibit to joint statement on discovery sanctions. | 6.5 | 800 | 5200 |
| 2025-03-19 | John T Rowe | Review A/C Priv. ; confer with expert witness R. Palmatier re: same; review case history and background materials for use in framing expert analysis. | 3.1 | 975 | 3022.5 |
| 2025-03-31 | Jonas N Hagey | Services month ended March 2025: Strategy discussions with team; analyze court filings; review court orders re amendment; discovery strategy; prepare for and hold settlement calls; calls with marketing expert A/C Priv. ; analyze damages theories; A/C Priv. . | 14.5 | 1800 | 26100 |

| | | | | | |
|---|---|---|---|---|---|
| 2025-04-04 | Tushita Saraf | Review 30(b)(6) notice for J.Runyon; prepare summary and dispatch to A.Cashman; correspond with co-counsel re client's deposition preparation and corresponding materials; attend teleconference call with A.Cashman re the same; prepare and dispatch materials for A/C Priv. A/C Priv.; correspond with S.Surdrum re the same; prepare materials for client's deposition. | 7.8 | 575 | 4485 |
| 2025-04-13 | John T Rowe | Prepare for an participate in call with R. Palmatier re: A/C Priv. . | 1.7 | 975 | 1657.5 |
| 2025-04-15 | Gregory Washington | Review and draft internal correspondence regarding Placek deposition; multiple conferences with F. Barksdale regarding Placek deposition; multiple conferences with A. Cashman regarding deficient discovery responses from Impossible Foods; research case law regarding corrective advertising; review and draft internal correspondence regarding A/C Priv. A/C Priv. ; review and draft internal correspondence regarding Impossible Foods's deficient discovery responses; draft meet and confer correspondence to opposing counsel regarding discovery deficiencies; review and draft internal correspondence regarding financial documents to send to damages expert; review and draft opposing counsel correspondence regarding Impossible LLC's response to Interrogatory No. 25; review and draft internal correspondence regarding joint statement on Impossible LLC's privilege log; review and edit draft joint statement on Impossible LLC's privilege log; review and draft correspondence with Kholsa ventures counsel regarding third-party document subpoena. | 12.8 | 800 | 10240 |
| 2025-04-22 | Gregory Washington | Review and draft internal correspondence regarding Impossible LLC's motions to compel further discovery responses; draft and edit correspondence with the Court regarding proposed orders; confer with damages expert team regarding damages evidence and available categories of damages to recover from Impossible Foods; review and draft internal correspondence regarding Impossible Foods's production of Nick Halla's custodial documents; review and draft internal correspondence regarding documentary evidence for market expert report; review and analyze Impossible Foods document production of Nick Halla custodial documents; review and draft internal correspondence regarding A/C Priv. ; multiple conference with A. Cashman regarding Impossible Foods document production and Nick Halla deposition; review and draft opposing counsel correspondence regarding Nick Halla deposition; review and draft internal correspondence regarding A/C Priv. ; review and draft opposing counsel correspondence regarding expert discovery deadlines; review motion o seal for confidentiality designations; review and analyze court order regarding joint statements on motions to compel. | 8.3 | 800 | 6640 |

| | | | | | |
|---|---|---|---|---|---|
| 2025-06-02 | Adam Cashman | Team call regarding case status, attention to expert reports, summary judgment, and potential mediation. Prepare A/C Priv. for client payment of invoices. Emails with client regarding same. | 2.1 | 1300 | 2730 |
| 2025-06-03 | Adam Cashman | Emails with client regarding mediation and case scheduling. Prepare A/C Priv. regarding same. Confer with G. Washington regarding responsive expert reports and deposition schedule. Emails with opposing counsel regarding same. | 2.9 | 1300 | 3770 |
| 2025-06-06 | Adam Cashman | Emails and teleconference with client regarding A/C Priv. . Confer with opposing counsel regarding expert deposition schedule. Review and analyze Court order regarding identification and submission of privileged communications. | 2.4 | 1300 | 3120 |
| 2025-06-09 | Adam Cashman | Emails with opposing counsel regarding scheduling of expert depositions. Review and revise settlement demand letter to IFI. Factual research regarding same. Confer with client regarding A/C Priv. and payment of invoices. | 2.7 | 1300 | 3510 |
| 2025-06-10 | Adam Cashman | Emails with counsel for IFI regarding request to adjourn trial date. Confer with N. Hagey regarding same. Review and analyze declaration of W. Van Curen regarding spoliation issues. Confer with G. Washington regarding response to same. Emails with client regarding A/C Priv. A/C Priv. . Review and analyze subpoenas for expert materials. Confer with experts regarding same. | 3.2 | 1300 | 4160 |
| 2025-06-11 | Adam Cashman | Prepare for and conduct meeting with client regarding A/C Priv. and payment. Review and revise same. Confer with G. Washington regarding expert depositions. Confer with M. Benevides regarding submission of materials for in camera inspection. | 2.2 | 1300 | 2860 |
| 2025-06-12 | Gregory Washington | Multiple conferences with R. Palmatier to determine response to Impossible Foods's document subpoena; review and draft internal correspondence regarding draft letter in response to document subpoenas; draft opposing counsel correspondence highlighting deficiencies in Van Curen declaration; review and draft document subpoena to Impossible Foods's damages expert; review and draft correspondence to Judge Freeman's courtroom clerk regarding summary judgment hearing; review and draft expert correspondence regarding responses to Impossible Foods's document subpoena; review and draft opposing counsel correspondence regarding Impossible LLC expert deposition; review and draft internal correspondence regarding A/C Priv. A/C Priv. . | 3.5 | 800 | 2800 |

| | | | | | |
|---|---|---|---|---|---|
| 2025-06-13 | Adam Cashman | Review and revise A/C Priv. . Emails with client regarding same. Confer with M. Benevides regarding summary judgment. Review and revise pleading regarding submission of privileged emails for in camera inspection. Teleconference with R. Palmatier regarding deposition testimony and rebuttal expert report. | 2.9 | 1300 | 3770 |
| 2025-06-16 | Adam Cashman | Review and revise A/C Priv. . Confer with client regarding same. Review and analyze correspondence with opposing counsel regarding expert depositions and production of documents. Review and analyze subpoena to IF expert regarding same. Review and revise correspondence to Court regarding in camera submission of documents. Review and finalize settlement demand letter to IF. | 2.6 | 1300 | 3380 |
| 2025-06-17 | Adam Cashman | Prepare A/C Priv. . Factual research regarding same, review and analyze A/C Priv. regarding same. Emails with client regarding same. Review and revise email correspondence with counsel for IF regarding response to expert subpoenas. Confer with M. Benevides regarding MSJ. | 3.2 | 1300 | 4160 |
| 2025-06-18 | Adam Cashman | Emails with client regarding A/C Priv. . Review and revise joint statement regarding insufficiency of Van Curen declaration regarding destruction of documents. Confer with G. Washington regarding same. Review and revise response to opposing counsel regarding response to subpoenas served on experts. | 2.7 | 1300 | 3510 |
| 2025-06-20 | Adam Cashman | Emails with client regarding A/C Priv. . Emails with team regarding expert depositions and preparation for same. | 1.6 | 1300 | 2080 |
| 2025-06-23 | Adam Cashman | Emails with M. Benavides regarding MSJ. Emails with client regarding A/C Priv. . | 0.8 | 1300 | 1040 |
| 2025-06-24 | Adam Cashman | Review and revise Opposition to Motion to Continue Trial. Factual and legal research regarding same. Confer with M. Benavides regarding deposition of Plumpe. Emails with client regarding A/C Priv. . | 1.6 | 1300 | 2080 |
| 2025-06-25 | Adam Cashman | Review and revise Opposition to Motion to Continue Trial, and Cashman Decl ISO same. Confer with G. Washington regarding same. Review and revise joint statement regarding Van Curen Decl. Factual research regarding same. Emails with client regarding A/C Priv. . | 3.5 | 1300 | 4550 |

| | | | | | |
|---|---|---|---|---|---|
| 2025-06-30 | Jonas N Hagey | Services month ended June 2025: Analyze court order re privilege materials; review court orders re amended answer; strategy discussion with A. Cashman and team; analyze deposition summaries; coordination re A/C Priv. . | 15 | 1800 | 27000 |
| 2025-07-21 | Adam Cashman | Prepare A/C Priv. . Confer with JNH regarding same. Factual research regarding same. | 1.4 | 1300 | 1820 |
| 2025-07-22 | Adam Cashman | Emails with client regarding A/C Priv. . Emails with IFI counsel regarding reopening deposition of Runyon. Prepare response to same. Prepare response to Rule 11 sanctions threat. | 1.2 | 1300 | 1560 |
| 2025-07-23 | Adam Cashman | Emails with client A/C Priv. . Finalize and send letter regarding A/C Priv. . Review and revise stipulation regarding further deposition of Runyon. Review and revise emails with opposing counsel regarding same. | 1.6 | 1300 | 2080 |
| 2025-07-31 | Jonas N Hagey | Services month ended July 2025: Confer with team re strategy and impossible sanctionable conduct; confer re summary judgment strategy; draft and revise A/C Priv. ; draft and revise correspondence with client re engagement; draft and revise A/C Priv. A/C Priv.; confer with A. Cashman re client strategy. | 20 | 1800 | 36000 |