# EXHIBIT 4



ELM Solutions

# 2025 Real Rate Report® powered by LegalVIEW® DynamicInsights

The industry's leading analysis of law firm rates, trends, and practices

Wolters Kluwer

Wolters Kluwer

## Report Editor

**Jennifer McIver**
Director, Legal Operations and Industry Insights
Wolters Kluwer ELM Solutions

## Lead Data Analysts

**Anand Kumar Pathinettam Padian**
Software and Data Engineer
Wolters Kluwer ELM Solutions

**Farhan Shaikh**
Data Scientist
Wolters Kluwer ELM Solutions

## ELM Solutions Creative

**David Andrews**
Senior Graphic Designer
Wolters Kluwer ELM Solutions

## Contributing Analysts and Authors

**Haemi Jung**
Strategic Business Intelligence Manager
Wolters Kluwer ELM Solutions

**Manish Sharma**
Director, Business Analysis
Wolters Kluwer ELM Solutions

**Karen Sekley-Dandrea**
Director, Marketing
Wolters Kluwer ELM Solutions

**Mat Greener**
Project & Program Management Director
Wolters Kluwer ELM Solutions

## Executive Sponsor

**Brian Jorgenson**
Vice President, Product Management
Wolters Kluwer ELM Solutions

©2004 - 2025 Wolters Kluwer ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

Wolters Kluwer ELM Solutions
2929 Allen Pkwy Ste 3300
Houston, TX 77019 United States
ATTN: Marketing
ELMSolutionsSales@wolterskluwer.com

**LEGAL CAVEAT**

Wolters Kluwer ELM Solutions has worked to ensure the accuracy of the information in this report powered by LegalVIEW DynamicInsights; however, we cannot guarantee accuracy in all cases. Neither this report nor LegalVIEW DynamicInsights constitute legal, accounting, or professional advice and should not be used as such. This material should not be construed as a substitute for professional advice based on specific facts or circumstances. ELM Solutions is not responsible for any claims or losses arising from reliance on the information or recommendations included in this solution. View terms of use.

# Table of Contents - 2025 Real Rate Report


**A Letter to Our Readers • 4**

**Real Rate Report Overview • 5**

**Section I: High-Level Data Cuts • 9**

- Partners, Associates, and Paralegals
- Partners, Associates, and Paralegals by Practice Area and Matter Type
- Partners and Associates by City
- Partners and Associates by City and Matter Type
- Partners by City and Years of Experience
- Associates by City and Years of Experience
- Partners and Associates by Firm Size and Matter Type

**Section II: Industry Analysis • 71**

- Partners, Associates, and Paralegals by Industry Group
- Partners and Associates by Industry Group and Matter Type
- Basic Materials and Utilities
- Consumer Goods
- Consumer Services
- Financials (Excluding Insurance)
- Health Care
- Industrials
- Insurance
- Technology and Telecommunications

**Section III: Practice Area Analysis • 98**

- Bankruptcy and Collections
- Commercial
- Corporate: Mergers, Acquisitions, and Divestitures
- Corporate: Other
- Corporate: Regulatory and Compliance
- Employment and Labor
- Environmental
- Finance and Securities
- General Liability (Litigation Only)
- Insurance Defense (Litigation Only)
- Intellectual Property: Other
- Intellectual Property: Patents
- Intellectual Property: Trademarks
- Real Estate

**Section IV: In-Depth Analysis for Select US Cities • 201**

- Boston, MA
- Chicago, IL
- Los Angeles, CA
- New York, NY
- Philadelphia, PA
- San Francisco, CA
- Washington, DC

**Section V: International Analysis • 226**

**Section VI: Matter Staffing Analysis • 255**

**Appendix: Data Methodology • 259**


**NOTE:**
You may experience an issue that can sometimes occur in PDF viewer. Thin lines (like table borders) may appear to "disappear" or look broken when zoomed out in a PDF viewer. This is usually a display/rendering issue rather than a problem with the actual content of the PDF.

**Solution:**
- Open the PDF in Acrobat and go to Edit > Preferences > Page Display.
- Uncheck Enhance thin lines (if it's checked).
- Restart Acrobat and reopen the PDF.

# A Letter to Our Readers

**Welcome to the latest edition of the Real Rate Report®, the legal industry's most trusted benchmark for legal billing rates.**

Since 2010, the Real Rate Report has helped legal departments and law firms make smarter decisions about pricing, resourcing, and vendor management. That hasn't changed. What has changed is how we deliver those insights.

This year, the Real Rate Report is powered by LegalVIEW® DynamicInsights—our new digital-first platform that brings the same trusted LegalVIEW data to life in a more interactive, flexible, and timely way. Leveraging Wolters Kluwer's LegalVIEW database, with over $200B in anonymized, approved, invoice data, LegalVIEW DynamicInsights offers dynamic filters, quarterly updates, and calendar-year alignment to help users tailor benchmarks to their unique needs, on demand.

The Real Rate Report remains a vital snapshot of the market, and we know many of you rely on it as a reference tool. But DynamicInsights goes further. It enables deeper exploration of rate trends by role, experience, geography, practice area, industry, and more. Whether you're negotiating rates, evaluating law firm performance, or planning budgets, DynamicInsights gives you the agility and precision today's legal environment demands.

As always, we welcome your feedback and thank our data contributors for making this work possible. We're proud to be your partner in legal analytics and look forward to continuing to deliver insights that drive better business outcomes.

Sincerely,

**Brian Jorgenson**
Vice President, Product Management
Wolters Kluwer ELM Solutions

Case 2:21-cv-04410-JLH-JC Document 58-30 Filed 10/09/26 Page 6 of 265 Page ID #:4378

# Real Rate Report Overview

The Real Rate Report is powered by LegalVIEW DynamicInsights, a web-based solution that delivers dynamic, invoice-backed insights through approved legal billing rates. It enables legal professionals to analyze rate trends by role, experience, industry, geography, practice area, and more using the world's largest repository of legal spend data.

DynamicInsights leverages the same trusted LegalVIEW database that has powered the Real Rate Report for years, now encompassing over $200B+ in anonymized, approved legal invoice data. As with previous Real Rate Reports, our data is sourced from corporations' and law firms' e-billing and time management solutions. We have included lawyer and paralegal rate data filtered by specific practice and sub-practice areas, metropolitan areas, and types of matters. This level of granularity gives legal departments and law firms the precision they need to identify areas of opportunity.

**What's different with DynamicInsights?**

Same source, same methodology: DynamicInsights uses the same rigorous data validation and methodology as the Real Rate Report.

- **Enhanced flexibility:** With dynamic filters, DynamicInsights enables users to tailor benchmarks to their unique needs and on demand.
- **Full year data:** DynamicInsights now aligns to a calendar year view—January through December—replacing the previous July-to-June format used in the Real Rate Report, reducing confusion and improving consistency across reporting periods.
- **More up to date:** Unlike the annual and static Real Rate Report, DynamicInsights is refreshed quarterly, offering more timely insights.
- **Digital-first access:** Delivered via a secure online interface, users can interact with the data, bookmark views, and share insights in real time.

DynamicInsights provides the same level of credibility and analytical power long trusted in the Real Rate Report with more agility and transparency for today's legal environment.

**2025 Real Rate Report use considerations**

- Examines law firm rates over time
- Identifies rates by location, experience, firm size, areas of expertise, industry, and timekeeper role (i.e., partner, associate, and paralegal)
- Itemizes variables that drive rates up or down

All the analyses included in DynamicInsights and this report are derived from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment.

Examining real, approved rate information, along with the ranges of those rates and their changes over time, highlights the role these variables play in driving aggregate legal cost and income. The analyses can energize questions for both corporate clients and law firm principals.

Legal departments might ask whether they are paying the right amount for different types of legal services, while law firm principals might ask whether they are charging the right amount for legal services and whether to modify their pricing approach.

**Examples of data to consider when reviewing rates:**

- **Industry** – Compare spend and rate trends across various industries
- **Practice area** – Analyze cost variations in different legal practice areas
- **Detailed practice area** – Drill down into niche legal specialties for precise benchmarking
- **Am Law** – Benchmark against top-ranked law firms for competitive rate analysis
- **City** – Understand rate trends in specific metropolitan areas
- **Country** – Gain a global perspective on legal costs and spend management
- **Role** – Assess legal spend distribution across different law firm roles

# Real Rate Report Overview

### Understanding key statistical terms

To help interpret the legal rate data presented in DynamicInsights and this report, it’s important to understand the statistical measures used. Below are definitions of the core metrics:

- **Mean (average):** The sum of all rate values divided by the total number of values added. It provides a general sense of the central tendency of the rates but can be influenced by extreme values (outliers).
- **Median:** The middle value when all rates are arranged in ascending order. If there is an even number of rates being analyzed, the median is the average of the two middle rates. It is a robust measure of central tendency of rates that is less affected by outliers.
- **First quartile (Q1):** The value below which 25% of the rates fall. It marks the lower boundary of the middle 50% of the rates and helps identify the lower range of typical values.
- **Third quartile (Q3):** The value below which 75% of the rates fall. It marks the upper boundary of the middle 50% of the rates and helps identify the upper range of typical values.
- **n:** The number of unique timekeepers contributing to the data.

These metrics are used to provide a more nuanced view of legal rates, helping users identify trends, outliers, and benchmarks across various dimensions.

# Section I: High-Level Data Cuts

## Cities

By Matter Type

**2025 Real Rates for Associate and Partner** | **Trend Analysis - Mean**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2025 | 2024 | 2023 |
|---|---|---|---|---|---|---|---|---|---|
| **San Francisco CA** | **Litigation** | Partner | 106 | $400 | $718 | $1,378 | $908 | $819 | $803 |
| | | Associate | 80 | $385 | $666 | $875 | $683 | $652 | $614 |
| | **Non-Litigation** | Partner | 132 | $445 | $689 | $1,249 | $856 | $868 | $788 |
| | | Associate | 97 | $335 | $550 | $922 | $640 | $664 | $593 |
| **San Jose CA** | **Litigation** | Partner | 23 | $650 | $800 | $1,250 | $998 | $1,024 | $1,011 |
| | | Associate | 20 | $625 | $815 | $1,030 | $852 | $802 | $721 |
| | **Non-Litigation** | Partner | 33 | $745 | $950 | $1,266 | $1,033 | $1,104 | $1,108 |
| | | Associate | 27 | $527 | $610 | $966 | $718 | $709 | $701 |
| **Seattle WA** | **Litigation** | Partner | 57 | $520 | $902 | $925 | $790 | $719 | $628 |
| | | Associate | 29 | $425 | $653 | $700 | $586 | $518 | $475 |
| | **Non-Litigation** | Partner | 119 | $402 | $615 | $925 | $694 | $635 | $652 |
| | | Associate | 79 | $307 | $445 | $676 | $496 | $484 | $467 |

# Section VI: Matter Staffing Analysis

## Detailed Practice Areas

### Long Litigation Matters, More Than 100 Total Hours Billed

2020 to 2025 -- Percentage of Hours Billed per Matter



# Section VII: Data Methodology

All data and analysis based on data collected thru Q2 2025

# Appendix: Data Methodology

## Invoice information

Data in DynamicInsights is taken from invoice line-item entries contained in invoices received and approved by participating companies through Wolters Kluwer. Invoice data were received in the Legal Electronic Data Exchange Standard (LEDES) format (LEDES.org). The following information was extracted from those invoices and their line items:

- Law firm (which exists as a random number in the ELM Solutions reference database)
- Timekeeper ID (which exists as a random number in the ELM Solutions reference database)
- Matter ID (which exists as a random number in the ELM Solutions reference database)
- Timekeeper's position (role) within the law firm (partner, associate, paralegal, etc.)
- Uniform Task-Based Management System (UTBMS) code set, task codes, and activity codes
- Date of service
- Hours billed
- Hourly rate billed
- Fees billed

## Non-invoice information

To capture practice area details, the matter ID within each invoice was associated with matter profiles containing areas of work in the systems of each company. The areas of work were then systematically categorized into legal practice areas. Normalization of practice areas was done based on company mappings to system-level practice areas available in the ELM Solutions system and by naming convention.

The majority of analyses included in DynamicInsights have been mapped to one of 12 practice areas, further divided into sub-areas and litigation/non-litigation.

To capture location and jurisdiction details, law firms and timekeepers were systematically mapped to the existing profiles within ELM Solutions systems, as well as with publicly available data sources for further validation and normalization. Where city location information is provided, it includes any address within that city's defined Core-Based Statistical Area (CBSA) as defined by the Office of Management and Budget (OMB). The CBSAs are urban centers with populations of 10,000 or more and include all adjacent counties that are economically integrated with that urban center.

Where the analyses focus on partners, associates, of counsel, and paralegals, the underlying data occasionally included some sub-roles, such as "senior partner" or "junior associate." In such instances, those timekeeper sub-roles were placed within the broader partner, associate, and paralegal segments. The years-of-experience for timekeepers is populated from data submitted by vendors within ELM Solutions systems and supplemented by available data from Martindale-Hubbell.

Demographics regarding law firm size, location, and lawyer years of experience were augmented by incorporating publicly available information.

Case 2:21-cv-00124-TPB-UE Document 158-5 Filed 01/06/26 Page 25 of 265
PageID #: 4763

# Appendix: Data Methodology

## A Note on US Cities

Throughout the report, we have used city names to refer to CBSA and consistently used the principal city in the CBSA to refer to the entire area. The following are the shorthand city names used in this report and the corresponding CBSA designations, as defined by the OMB.

| Principal City | CBSA Name |
|---|---|
| Akron, OH | Akron, OH |
| Albany, NY | Albany-Schenectady-Troy, NY |
| Albuquerque, NM | Albuquerque, NM |
| Atlanta, GA | Atlanta-Sandy Springs-Alpharetta, GA |
| Austin, TX | Austin-Round Rock-Georgetown, TX |
| Baltimore, MD | Baltimore-Columbia-Towson, MD |
| Baton Rouge, LA | Baton Rouge, LA |
| Beaumont, TX | Beaumont-Port Arthur, TX |
| Billings, MT | Billings, MT |
| Birmingham, AL | Birmingham-Hoover, AL |
| Boise, ID | Boise, ID |
| Boston, MA | Boston-Cambridge-Newton, MA-NH |
| Bridgeport, CT | Bridgeport-Stamford-Norwalk, CT |
| Brownsville, TX | Brownsville-Harlingen, TX |
| Buffalo, NY | Buffalo-Cheektowaga, NY |
| Burlington, VT | Burlington-South Burlington, VT |
| Cape Coral, FL | Cape Coral-Fort Myers, FL |
| Charleston, SC | Charleston-North Charleston, SC |
| Charleston, WV | Charleston, WV |
| Charlotte, NC | Charlotte-Concord-Gastonia, NC-SC |
| Chicago, IL | Chicago-Naperville-Elgin, IL-IN-WI |
| Cincinnati, OH | Cincinnati, OH-KY-IN |
| Cleveland, OH | Cleveland-Elyria, OH |
| Columbia, SC | Columbia, SC |
| Columbus, OH | Columbus, OH |
| Dallas, TX | Dallas-Fort Worth-Arlington, TX |
| Dayton, OH | Dayton-Kettering, OH |
| Denver, CO | Denver-Aurora-Lakewood, CO |
| Des Moines, IA | Des Moines-West Des Moines, IA |
| Detroit, MI | Detroit-Warren-Dearborn, MI |
| El Paso, TX | El Paso, TX |
| Fresno, CA | Fresno, CA |
| Grand Rapids, MI | Grand Rapids-Kentwood, MI |
| Greenville, SC | Greenville-Anderson, SC |
| Gulfport, MS | Gulfport-Biloxi, MS |

Case 2:21-cv-00124-TJH-JC Document 578-6 Filed 01/06/26 Page 125 of 129 Page ID #:27544

# Appendix: Data Methodology

## A Note on US Cities

| Principal City | CBSA Name |
|---|---|
| Harrisburg, PA | Harrisburg-Carlisle, PA |
| Hartford, CT | Hartford-East Hartford-Middletown, CT |
| Honolulu, HI | Urban Honolulu HI |
| Houston, TX | Houston-The Woodlands-Sugar Land, TX |
| Huntsville, AL | Huntsville, AL |
| Indianapolis, IN | Indianapolis-Carmel-Anderson, IN |
| Jackson, MS | Jackson, MS |
| Jacksonville, FL | Jacksonville, FL |
| Kansas City, MO | Kansas City, MO-KS |
| Knoxville, TN | Knoxville, TN |
| Lafayette, LA | Lafayette, LA |
| Las Vegas, NV | Las Vegas-Henderson-Paradise, NV |
| Lexington, KY | Lexington-Fayette, KY |
| Little Rock, AR | Little Rock-North Little Rock-Conway, AR |
| Los Angeles, CA | Los Angeles-Long Beach-Anaheim, CA |
| Louisville, KY | Louisville/Jefferson County, KY-IN |
| Macon, GA | Macon-Bibb County, GA |
| Madison, WI | Madison, WI |
| Manchester, NH | Manchester-Nashua, NH |
| Memphis, TN | Memphis-Forrest City, TN-MS-AR |
| Miami, FL | Miami-Fort Lauderdale-Pompano Beach, FL |
| Milwaukee, WI | Milwaukee-Waukesha, WI |
| Minneapolis, MN | Minneapolis-St. Paul-Bloomington, MN-WI |
| Missoula, MT | Missoula, MT |
| Montgomery, AL | Montgomery, AL |
| Morgantown, WV | Morgantown, WV |
| Nashville, TN | Nashville-Davidson-Murfreesboro-Franklin, TN |
| New Haven, CT | New Haven-Milford, CT |
| New Orleans, LA | New Orleans-Metairie, LA |
| New York, NY | New York-Newark-Jersey City, NY-NJ-PA |
| Oklahoma City, OK | Oklahoma City, OK |
| Omaha, NE | Omaha-Council Bluffs, NE-IA |
| Orlando, FL | Orlando-Kissimmee-Sanford, FL |
| Oxnard, CA | Oxnard-Thousand Oaks-Ventura, CA |
| Pensacola, FL | Pensacola-Ferry Pass-Brent, FL |
| Philadelphia, PA | Philadelphia-Camden-Wilmington, PA-NJ-DE-MD |
| Phoenix, AZ | Phoenix-Mesa-Chandler, AZ |
| Pittsburgh, PA | Pittsburgh, PA |
| Portland, ME | Portland-South Portland, ME |

# Appendix: Data Methodology

## A Note on US Cities

| Principal City | CBSA Name |
| --- | --- |
| Portland, OR | Portland-Vancouver-Hillsboro, OR-WA |
| Providence, RI | Providence-Warwick, RI-MA |
| Raleigh, NC | Raleigh-Cary, NC |
| Reno, NV | Reno-Carson City-Fernley, NV |
| Richmond, VA | Richmond, VA |
| Riverside, CA | Riverside-San Bernardino-Ontario, CA |
| Roanoke, VA | Roanoke, VA |
| Rochester, NY | Rochester, NY |
| Sacramento, CA | Sacramento-Roseville-Folsom, CA |
| Salt Lake City, UT | Salt Lake City, UT |
| San Antonio, TX | San Antonio-New Braunfels, TX |
| San Diego, CA | San Diego-Chula Vista-Carlsbad, CA |
| San Francisco, CA | San Francisco-Oakland-Berkeley, CA |
| San Jose, CA | San Jose-Sunnyvale-Santa Clara, CA |
| San Juan, PR | San Juan-Bayamon-Caguas, PR |
| Savannah, GA | Savannah, GA |
| Scranton, PA | Scranton-Wilkes-Barre, PA |
| Seattle, WA | Seattle-Tacoma-Bellevue, WA |
| Shreveport, LA | Shreveport-Bossier City, LA |
| Sioux Falls, SD | Sioux Falls, SD |
| Spartanburg, SC | Spartanburg, SC |
| St. Louis, MO | St. Louis, MO-IL |
| Syracuse, NY | Syracuse, NY |
| Tallahassee, FL | Tallahassee, FL |
| Tampa, FL | Tampa-St. Petersburg-Clearwater, FL |
| Toledo, OH | Toledo, OH |
| Trenton, NJ | Trenton-Princeton, NJ |
| Tulsa, OK | Tulsa, OK |
| Virginia Beach, VA | Virginia Beach-Norfolk-Newport News, VA-NC |
| Washington, DC | Washington-Arlington-Alexandria, DC-VA-MD-WV |
| Wheeling, WV | Wheeling, WV-OH |
| Wichita, KS | Wichita, KS |
| Winston, NC | Winston-Salem, NC |
| Worcester, MA | Worcester, MA-CT |

Case 2:21-cv-00124-TBH-JE Document 578-5 Filed 01/06/26 Page 26 of 29
Page ID #27546

# Appendix: Data Methodology

### Anonymization of the dataset

Prior to inclusion in the ELM Solutions reference database, we systematically scrubbed the data of any information that would identify a particular matter, company, law firm, invoice, or timekeeper (individual). To ensure relationships necessary for analysis, those variables were assigned randomly generated numbers. To maintain data integrity and allow for proper analysis, these numbers are linked across data tables to enforce their associations. To further ensure anonymity and confidentiality:

- The information is published in such a manner as to make it reasonably impervious to reverse analysis should some attempt be made to determine what data might pertain to any company, law firm, timekeeper, invoice, or matter.
- Neither DyanmicInsights nor this report will reveal which ELM Solutions client or clients are included or excluded in its analyses.
- Clients are not and will not be informed as to whether their data are included within a particular facet of analysis.
- No textual description of any legal work performed by any individual exists in the ELM Solutions reference database.

### A note on insurance litigation

Our aim is to provide a point of comparison for companies purchasing law firm services. To improve comparability, we removed data related to insurance company defense litigation for all analyses unless noted otherwise. Insurance litigation tends to be less expensive than other types of litigation, as it is typically more repetitive and less complex.

### "Real rate" definition

The information in DynamicInsights consists of data taken from client invoices submitted by law firms for work performed through the service dates referenced in the platform. All invoices are submitted through Wolters Kluwer ELM Solutions' e-billing systems and are updated on a quarterly basis to ensure data recency and relevance.

The analyses contained in DynamicInsights are derived from aggregating hours, fees, and rates submitted as line items on those invoices. For a line item to qualify for inclusion, it had to undergo multiple and rigorous testing processes to ensure its validity.

For example, for a rate to be loaded to the ELM Solutions reference database and used in DynamicInsights, it must have been part of an invoice line entry in which all of the following items were included:

- Name of the biller
- Role of the biller
- Date of activity
- Hourly rate charged
- Time charged
- UTBMS code associated with the time charged
- Total amount charged for the activity

In addition, each line-item's hourly rate was validated against its "real rate" (calculated by dividing the total amount charged for the activity by the time charged). Any line items with an hourly rate that did not align closely with the real rate were not loaded to the reference database.

Real rate = Line-item total/Line-item hours (units)
Example: $4,000/10 hours = Real rate of $400

Adjustments the client made to line-item amounts subsequent to submission are not factored into the dataset. These types of adjustments may impact the effective rate paid by the client to the law firm but do not reflect the real rate billed.

In short, the real rate is the rate appearing on an approved invoice at the invoice line-item level.

Aggregations of data taken from millions of these line item–level invoice entries are the core of the information analyzed.

# Appendix: Data Methodology

### A note on negotiated rates and billing

Practices law firms can generally follow vary for submitting “negotiated” rates on invoices. Firms may submit the negotiated rate as the hourly rate identified on the invoice line item, insert a vendor line-item adjustment to ensure compliance, or provide a vendor invoice level adjustment to bring the total amount of the fees into compliance with agreed-on discounts. Although the former two are considered part of the real rate calculation, the latter can be problematic. It is not directly linked to a line item, and therefore, for the purposes of determining the rate, it should not be assumed that the adjustment is related to a specific line item. Invoice-level adjustments may represent a credit or some other type of adjustment placed on the invoice. To ensure these types of adjustments would not adversely impact the analysis contained within LegalVIEW DynamicInsights, the team reviewed the population of invoices and line items to determine what the deviation of the real rate might be based on inclusion or exclusion. The analysis demonstrated that the variance was not significant (less than 1%).

As such, we decided not to include the vendor-level adjustments in DynamicInsights.

### Types of matters included in the analysis

Matters within the ELM Solutions system are associated with areas of work described and defined by ELM Solutions clients. Those areas of work were analyzed and systematically categorized into legal practice areas. Normalization of practice areas was supported by mappings to system-level practice areas available in the ELM Solutions system and by naming convention.

All data included within DynamicInsights has been mapped to a corresponding practice area. The majority of our analyses focus on the following 14 practice areas:

- Bankruptcy and Collections
- Commercial
- Corporate
- Employment and Labor
- Environmental
- Finance and Securities
- General Liability
- Government Relations
- Insurance Defense
- Insurance Policies and Coverage
- Intellectual Property
- Marketing and Advertising
- Real Estate
- Request for Information

Within each client’s areas of work, sub-areas are often identified. The lists that follow identify client areas of work and, within those areas, the sub-areas underneath each practice area. Often, the same sub-area appears within different practice areas. For example, the sub-area “General/Other” when listed under “Commercial and Contracts” refers to general work provided regarding Commercial and Contracts matters. When listed under the “Employment and Labor” practice area, the same sub-area refers to work provided on Employment and Labor. Where applicable and practicable, each area and sub-area has been further subdivided into litigation and non-litigation work for the purposes of granular analysis.

Case 2:21-cv-00124-TJH-JC Document 578-6 Filed 01/06/26 Page 17 of 19
Page ID #:24563

# Appendix: Data Methodology

**Bankruptcy and Collections**

Chapter 11
Collections
General/Other
Workouts and Restructuring

---

**Commercial (Commercial Transactions and Agreements)**

Contract Breach or Dispute
General, Drafting, and Review
General/Other

---

**Corporate**[1]

Antitrust and Competition
Corporate Development
General/Other
Governance
Information and Technology
International
Mergers, Acquisitions, and Divestitures
Partnerships and Joint Ventures
Regulatory and Compliance
Tax
Treasury
White Collar/Fraud/Abuse

---

**Employment and Labor**

ADA
Agreements
Compensation and Benefits
Discrimination, Retaliation, and Harassment/EEO
Employee Dishonesty/Misconduct
ERISA
General/Other
Immigration
OFCCP
OSHA
Union Relations and Negotiations/NLRB
Wages, Tips, and Overtime
Workers Compensations
Wrongful Termination

---

**Environmental**

General/Other
Health and Safety
Permits
Superfund
Waste/Remediation

---

**Finance and Securities**

Commercial Loans and Financing
Debt/Equity Offerings
Fiduciary Services
General/Other
Investments and Other Financial Instruments
Routine Financial Transactions
SEC Filings and Financial Reporting
Securities and Banking Regulations

---

1 All references to “Corporate: General/Other” in the 2025 Real Rate Report are the aggregation of all Corporate subareas excluding the Mergers, Acquisitions, and Divestitures sub-area and the Regulatory and Compliance sub-area.

# Appendix: Data Methodology

**General Liability**

Asbestos/Mesothelioma
Auto and Transportation
Consumer Related Claims
Crime, Dishonesty and Fraud
Employment
General/Other
Personal Injury/Wrongful Death
Premises
Product and Product Liability
Property Damage
Toxic Tort
Workplace Safety

**Government Relations**

General/Other

**Insurance Defense**

Advertising Injury
Asbestos/Mesothelioma
Auto and Transportation
Errors and Omissions
General/Other
Insurer Work Comp
Marine
Personal Injury/Wrongful Death
Pollution
Premises
Product and Product Liability
Professional Liability
Property Damage

**Insurance Policies and Coverage**

Claims and Coverage Analysis
General/Other
Policy Coverage Dispute

**Intellectual Property**

Copyrights
General/Other
Licensing
Opinions
Patents
Trademarks

**Marketing and Advertising**

General/Other

**Real Estate**

Construction/Development
Easement and Right of Way
General/Other
Land Use/Zoning/Restrictive Covenants
Landlord/Tenant Issues
Leasing
Liens
Property/Land Acquisition or Disposition
Titles

**Requests for Information**

Subpoena

Wolters Kluwer

# About Wolters Kluwer ELM Solutions

ELM Solutions is the market-leading global provider of enterprise legal spend and matter management and legal analytics solutions. It provides a comprehensive suite of tools that address the growing needs of corporate legal operations and insurance claims departments to increase operational efficiency and reduce costs, including the LegalVIEW legal spend database featuring more than $200B+ in invoices. Corporate legal and insurance claims departments trust its innovative technology and end-to-end customer experience to drive world-class business outcomes. In 2025, Wolters Kluwer ELM Solutions earned Globee Awards for Achievement (Gold): Legal Technology Solutions – LegalVIEW DynamicInsights and Merit Awards for Business (Silver): Business Technology – LegalVIEW DynamicInsights.