Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

*Attorneys for Impossible LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC,<br><br>Defendant / Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF (SVK)<br><br>**IMPOSSIBLE LLC'S NOTICE OF CROSS-APPEAL**<br><br>**Judge:** Hon. Beth Labson Freeman<br><br>**Complaint Filed:** April 2, 2021<br>**Amended Judgment Entered:** September 22, 2026 |

**NOTICE OF CROSS-APPEAL**

Defendant/Counter-Plaintiff Impossible LLC cross-appeals to the United States Court of Appeals for the Ninth Circuit from the Amended Judgment entered on September 22, 2026 (ECF No. 552), including the Court's Order dated July 29, 2026 (Dkt. 512) vacating the jury's punitive damages award and ordering a new trial on punitive damages, together with all other orders and rulings that merge into the Amended Judgment.

In compliance with Ninth Circuit Rule 3-2(b), attached hereto is a Representation Statement that identifies all parties to the action with the names, addresses, telephone numbers, and e-mail addresses of their respective counsel.

Dated: October 20, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: *_/s/ Adam S. Cashman_*
Adam S. Cashman

*Attorneys for Impossible LLC*

**REPRESENTATION STATEMENT**

Counsel for Defendant/Counter-Plaintiff-Appellant Impossible LLC:

Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

Counsel for Plaintiff/Counter-Defendant-Appellee

G. Roxanne Elings (*pro hac vice*)
roxanneelings@dwt.com
Raphael Holoszyc-Pimentel (*pro hac vice*)
rhp@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor,
New York, NY 10020
Telephone: (212) 489-8230

Sarah E. Burns
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500

Teal Luthy Miller (*pro hac vice*)
tealmiller@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150