Adam S. Cashman, Esq. (SBN: 255063)
cashman@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
rowe@braunhagey.com
Oliver McNicholas, Esq. (SBN: 363554)
omcnicholas@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Marissa R. Benavides (*pro hac vice* admission)
benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

*Attorneys for Impossible LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMPOSSIBLE FOODS INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>IMPOSSIBLE LLC,<br><br>Defendant / Counter-Plaintiff. | Case No. 5:21-cv-02419-BLF (SVK)<br>Ninth Cir. Nos. 26-6802, 26-7024<br><br>**IMPOSSIBLE LLC'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON CROSS-APPEAL**<br><br>**Judge:** Hon. Beth Labson Freeman<br>**Complaint Filed:** April 2, 2021<br>**Amend. Judg. Entered:** September 22, 2026 |

Pursuant to Federal Rule of Appellate Procedure 10(b)(3)(A), Cross-Appellant Impossible LLC submits the following statement of issues and designation of record on cross-appeal:

**STATEMENT OF ISSUES ON CROSS-APPEAL**

1. Whether the District Court erred in vacating the jury's $1.75 million punitive damages award notwithstanding the jury's express findings that Impossible Foods willfully infringed Impossible LLC's trademarks and acted with oppression, fraud, or malice.

2. Whether the District Court erred by entering a permanent injunction that failed to encompass the full scope of Impossible Foods's infringing conduct.

**DESIGNATION OF RECORD**

The proceedings bearing on the cross-appeal issues have been transcribed and filed:

- Dkt. 312: Transcript of summary judgment hearing held on October 23, 2025;
- Dkt. 379: Transcript of final pre-trial conference and motions *in limine* argument held on February 12, 2026;
- Dkt. 445: Transcript of trial proceedings held on March 6, 2026;
- Dkt. 446: Transcript of trial proceedings held on March 9, 2026;
- Dkt. 447: Transcript of trial proceedings held on March 10, 2026;
- Dkt. 448: Transcript of trial proceedings held on March 11, 2026;
- Dkt. 449: Transcript of trial proceedings held on March 12, 2026;
- Dkt. 450: Transcript of trial proceedings held on March 13, 2026;
- Dkt. 451: Transcript of trial proceedings held on March 16, 2026;
- Dkt. 452: Transcript of trial proceedings held on March 18, 2026;
- Dkt. 453: Transcript of trial proceedings held on March 20, 2026;
- Dkt. 454: Transcript of trial proceedings held on March 23, 2026;
- Dkt. 455: Transcript of trial proceedings held on March 24, 2026;
- Dkt. 473: Transcript of laches hearing held on March 26, 2026;
- Dkt. 488: Transcript of Impossible LLC's post-trial motions hearing held on April 23, 2026;

- Dkt. 514: Transcript of Impossible Foods's post-trial motions hearing held on July 23, 2026;
- Dkt. 547: Transcript of final pre-trial conference and motions *in limine* argument held on September 4, 2026.

Impossible LLC does not intend to order additional transcripts for its cross-appeal.

Dated: November 3, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP
By: /s/ Adam S. Cashman
Adam S. Cashman

*Attorneys for Impossible LLC*